1    KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2    TIMOTHY R. PATTERSON, State Bar No. 72209
Supervising Deputy Attorney General
3    THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
4    DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
5       300 South Spring Street, Suite 1702
Los Angeles, CA 90013
6    Telephone: (213) 897-2628
7    Fax: (213) 897-2802
E-mail: Thomas.Heller@doj.ca.gov
8    *Attorneys for the California Department of Toxic*
*Substances Control and the Toxic Substances*
9    *Control Account*

10

11             IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                 SACRAMENTO DIVISION

14

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,** | Case No. 2:14-cv-00595-WBS-EFB **CERTIFICATE OF SERVICE** |
|          Plaintiffs, | |
|     v. | |
| **JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,** | |
|         Defendants. | |

1

1       I declare:

2       I am employed in the Office of the Attorney General, which is the office of a member of

3 the California State Bar, at which member's direction this service is made.  I am 18 years of age

4 or older and not a party to this matter; my business address is 300 South Spring Street, Suite

5 1702, Los Angeles, CA  90013.

6       On March 14, 2014, I served the following documents:

7       •   **ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE**

8       •   **NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO**

9            **EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS**

10      •   **NOTICE OF AVAILABILITY – VOLUNTARY DISPUTE**

11           **RESOLUTION**

12 by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid,

13 along with a in the United States Mail at Los Angeles, California, addressed as follows:

14

15      Lester O. Brown
     Perkins Coie LLP

16      1888 Century Park East, Suite 1700
     Los Angeles, CA 90067-1721

17

18      *Counsel for defendant West Coast Wood Preserving, LLC*

19       I declare under penalty of perjury that the foregoing is true and correct.  Executed on

20 March 19, 2014, at Los Angeles, California.

21

22      Carol Chow                               
      Declarant                                 Signature

23

24

25

26

27

28

CERTIFICATE OF SERVICE