Kamala D. Harris, State Bar No. 146672
Attorney General of California
Timothy R. Patterson, State Bar No. 72209
Supervising Deputy Attorney General
Thomas G. Heller (Counsel for service)
State Bar No. 162561
Dennis L. Beck, Jr., State Bar No. 179492
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-2628
  Fax: (213) 897-2802
  E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for the California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC.**, a California corporation; **CONTINENTAL RAIL, INC.**, a Delaware corporation; **DAVID VAN OVER**, individually; **PACIFIC WOOD PRESERVING**, a dissolved California corporation; and **WEST COAST WOOD PRESERVING, LLC**, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**CERTIFICATE OF SERVICE** |

1

1   I declare:

2   I am employed in the Office of the Attorney General, which is the office of a member of
3   the California State Bar, at which member's direction this service is made. I am 18 years of age
4   or older and not a party to this matter; my business address is 300 South Spring Street, Suite
5   1702, Los Angeles, CA 90013.

6   On March 14, 2014, I served the following documents:

7   • **ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE**
8   • **NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO**
9   **EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS**
10  • **NOTICE OF AVAILABILITY – VOLUNTARY DISPUTE**
11  **RESOLUTION**

12  by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid,
13  along with a in the United States Mail at Los Angeles, California, addressed as follows:

Nicole R. Gleason
King Williams & Gleason LLP
520 Capitol Mall, Suite 750
Sacramento, CA 95814

*Counsel for defendant Jim Dobbas, Inc.*

19  I declare under penalty of perjury that the foregoing is true and correct. Executed on
20  March 21, 2014, at Los Angeles, California.

_____      _____
Carol Chow                                                     Signature
Declarant

28                                                          2