JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE GLEASON (Bar No. 199655)
SHELBY M. GATLIN (Bar No. 272701)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:     (916) 379-7530
Facsimile:      (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
sgatlin@kwgattorneys.com

Attorneys for Jim Dobbas, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT<br><br>Plaintiff,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.  2:14-cv-00595-WBS-EFB<br><br>**STIPULATION TO EXTEND DEFENDANT JIM DOBBAS, INC.'S TIME TO RESPOND TO THE COMPLAINT** |

STIPTO~1.1

**WHEREAS** Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") filed a complaint in the above-captioned action against multiple defendants, including Jim Dobbas, Inc. ("Dobbas"), on March 3, 2014.

**WHEREAS** Dobbas waived the service of summons on April 10, 2014, based on Plaintiffs' March 14, 2014 request for that waiver.

**WHEREAS** the deadline for Dobbas to answer or otherwise respond to Plaintiffs' complaint is May 13, 2014.

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Dobbas, through their respective counsel, that Dobbas shall have an extension of twenty eight days, to and including June 10, 2014, within which to answer or otherwise respond to Plaintiffs' complaint.

The parties enter this stipulation pursuant to Local Rule 144(a). There have been no previous extensions of time for Dobbas to respond to the complaint.

DATED: April 30, 2014

BY: */s/ Jennifer Hartman King (as authorized on 4-30-14)*
JENNIFER HARTMAN KING, ESQ.

ATTORNEYS FOR JIM DOBBAS, INC.

DATED: April 30, 2014

BY: */s/ Thomas G. Heller (as authorized on 4-30-14 )*
THOMAS G. HELLER

ATTORNEYS FOR THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT

STIPTO~1.1

Stipulation to Extend Time

## **PROOF OF SERVICE**

I, Jenni Lloyd, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is King Williams & Gleason LLP, 520 Capitol Mall, Suite 750, Sacramento, California 95814. On May 1, 2014, I served the within document(s):

**STIPULATION TO EXTEND DEFENDANT JIM DOBBAS, INC.'S TIME TO RESPOND TO THE COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the Attorney for Plaintiff at fax number(s) set forth below on this date.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below.

☐ I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery by Federal Express following the firm's ordinary business practices.

☐ via electronic/e-mail service. The document(s) listed above were served via e-mail.

## **SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 1, 2014, at Sacramento, California.

*/s/Jenni Lloyd (as authorized on 5-1-14)*
Jenni Lloyd

California Department of Toxic Substance Control and the Toxic Substances Control Account
United States District Court, Eastern District of California
Case No. 2:14-cv-00595-WBS-EFB

**SERVICE LIST**

| Attorney(s)/Firm | Represented Party(ies) |
|---|---|
| Thomas G. Heller<br>Deputy Attorney General<br>300 South Sptring Street, Suite 1702<br>Los Angeles, CA  90013<br>T;  (213) 897-2802<br>F:  (213) 897-2802<br>Thomas.Heller@doj.ca.gov | Attorneys for Plaintiff the California Department of Toxic Substances Control and the Toxic Substances Control Account. |
| Lester O. Brown<br>Perkins Cole LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA  90067<br>T:  (310) 788-3203<br>F:<br>Lbrown@perkinscole.com | Attorneys for Defendant West Coast Wood Preserving, LLC |
| David Van Over<br>216 F Street, #108<br>Davis, CA  95616<br>T: (775) 830-3888<br>David.vanover@gmail.com | In Pro Per |

STIPTO~1.1                    POS, -2-
Stipulation to Extend Time