KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone:  (213) 897-2628
  Fax:  (213) 897-2802
  E-mail:  Thomas.Heller@doj.ca.gov
*Attorneys for the California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,**<br><br>Defendants. | Case No.:  2:14-cv-00595-WBS-EFB<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-CV-00595-WBS-EFB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Continental Rail, Inc., a Delaware corporation
was received by me on *(date)* 04/17/2014 .  c/o The Corporation Trust Company

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* The Corporation Trust Company, Agent Received by Amy McLaren, Process Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Continental Rail, Inc., at 1209 Orange Street, Wilmington, Delaware 19801 at 2:00 pm (EST) on *(date)* 04/18/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/22/2014

*Server's signature*

DENORRIS BRITT, Not a Registered California Process Server
*Printed name and title*

Ace Attorney Service, Inc.
2500 Delaware Avenue, Wilmington, Delaware 19806-1220
Phone #: (800) 952-2288 / Fax #: (302) 239-0928
*Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: COMPLAINT; CIVIL COVER SHEET; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; [UNSIGNED] STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; LETTER ADDRESSED TO THE PRESIDENT, THE CORPORATION TRUST COMPANY, REGISTERED AGENT FOR CONTINENTAL RAIL, INC., CORPORATION TRUST CENTER, dated April 16, 2014; ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; [UNSIGNED] CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

CALIFORNIA DEPARTMENT OF TOXIC, etc. v. JIM DOBBAS, INC.; et al.         #1097124KS

**CERTIFICATE OF SERVICE**

1
2   I certify that on May 2, 2014, a copy of this document was served by mail on
3   all parties who have been served or who have appeared in the action, at the
4   addresses listed on the attached service list, pursuant to Fed. R. Civ. P. 5(b)(2)(C)
5   and in compliance with Local Rules 135(c) and 210(b).

*/s/ Thomas G. Heller*
_____

# SERVICE LIST

Jennifer Hartman King
King Williams & Gleason LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
*Counsel for defendant Jim Dobbas, Inc.*

The Corporation Trust Company
Registered Agent for Continental Rail, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

David van Over
216 F Street #108
Davis, CA  95616-4515

Pacific Wood Preserving
c/o Joan Jackson
3312 Canoe Place
Davis, CA  95616

Lester O. Brown
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
*Counsel for defendant West Coast Wood Preserving, LLC*