KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-2628
 Fax: (213) 897-2802
 E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for the California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,**<br><br>Defendants. | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS** |

PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-CV-00595-WBS-EFB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pacific Wood Preserving, a dissolved California corporation was received by me on *(date)* 04/16/2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Joan Jackson, Director, who is designated by law to accept service of process on behalf of *(name of organization)* Pacific Wood Preserving, a dissolved California corporation at 3312 Canoe Place, on *(date)* 04/27/2014 ; or
Davis, California 95616 at 8:25 p.m.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 04/30/2014

*Server's signature*

ONESIMO CENDEJAS, Registered Process Server
*Printed name and title*

Ace Attorney Service, Inc.
901 F Street, Suite 150, Sacramento, California 95814
Phone #: (916) 447-4000 / Fax #: (916) 447-8000
Registration #: 2010-77 / Sacramento County
*Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: COMPLAINT; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; [UNSIGNED] CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; [UNSIGNED] STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE; LETTER ADDRESSED TO JOAN JACKSON, PACIFIC WOOD PRESERVING dated April 16, 2014
CALIFORNIA DEPARTMENT OF TOXIC, etc. v. JIM DOBBAS, INC.; et al.                    #1096427KS

# PROOF OF SERVICE

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013.

On May 12, 2014, I served the attached **PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND RELATED DOCUMENTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2014, at Los Angeles, California.

_____          _____
Carol Chow                                                                    Signature
Declarant

# SERVICE LIST

Jennifer Hartman King
King Williams & Gleason LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
*Counsel for defendant Jim Dobbas, Inc.*

The Corporation Trust Company
Registered Agent for Continental Rail, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

David van Over
216 F Street #108
Davis, CA  95616-4515

Pacific Wood Preserving
c/o Joan Jackson
3312 Canoe Place
Davis, CA  95616

Lester O. Brown
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
*Counsel for defendant West Coast Wood Preserving, LLC*