1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  THOMAS G. HELLER (Counsel for service)
   State Bar No. 162561
4  DENNIS L. BECK, JR., State Bar No. 179492
   Deputy Attorneys General
5    300 South Spring Street, Suite 1702
     Los Angeles, CA 90013
6    Telephone:  (213) 897-2628
     Fax:  (213) 897-2802
7    E-mail:  Thomas.Heller@doj.ca.gov
   *Attorneys for the California Department of Toxic*
8  *Substances Control and the Toxic Substances*
   *Control Account*
9
10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                      SACRAMENTO DIVISION

14

15

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,**<br><br>Defendants. | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**STIPULATION TO EXTEND DEFENDANT DAVID VAN OVER'S TIME TO RESPOND TO THE COMPLAINT** |

STIPULATION TO EXTEND TIME

1  **WHEREAS** Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") filed a complaint in the above-captioned action against multiple defendants, including David van Over ("Van Over"), on March 3, 2014.

**WHEREAS** Van Over waived the service of summons on April 10, 2014, based on Plaintiffs' March 14, 2014 request for that waiver.

**WHEREAS** the deadline for Van Over to answer or otherwise respond to Plaintiffs' complaint is May 13, 2014.

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Van Over that Van Over shall have an extension of twenty eight days, to and including June 10, 2014, within which to answer or otherwise respond to Plaintiffs' complaint.

The parties enter this stipulation pursuant to Local Rule 144(a). There have been no previous extensions of time for Van Over to respond to the complaint.

Dated: May 7, 2014                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

/s/ Thomas G. Heller

THOMAS G. HELLER
DENNIS L. BECK, JR.
Deputy Attorneys General
*Attorneys for the California Department of Toxic Substances Control and the Toxic Substances Control Account*

Dated: May 9, 2014                    Respectfully submitted,

DAVID VAN OVER

STIPULATION TO EXTEND TIME

# PROOF OF SERVICE

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013.

On May 12, 2014, I served the attached **STIPULATION TO EXTEND DEFENDANT DAVID VAN OVER'S TIME TO RESPOND TO THE COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2014, at Los Angeles, California.

| Carol Chow | [signature] |
|---|---|
| Declarant | Signature |

STIPULATION TO EXTEND TIME


**SERVICE LIST**
**Case No.:  2:14-cv-00595-WBS-EFB**

Jennifer Hartman King
King Williams & Gleason LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
*Counsel for defendant Jim Dobbas, Inc.*

The Corporation Trust Company
Registered Agent for Continental Rail, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

David van Over
216 F Street #108
Davis, CA  95616-4515

Pacific Wood Preserving
c/o Joan Jackson
3312 Canoe Place
Davis, CA  95616

Lester O. Brown
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
*Counsel for defendant West Coast Wood Preserving, LLC*