1   Lester O. Brown, Bar No. 160828
    LBrown@perkinscoie.com
2   James G. Bernald, Bar No. 205519
    JBernald@perkinscoie.com
3   PERKINS COIE LLP
    1888 Century Park East, Suite 1700
4   Los Angeles, CA 90067t-1721
    Telephone:  310.788.9900
5   Facsimile:   310.788.3399

6   Attorneys for Defendant
    West Coast Wood Preserving, LLC
7
    KAMALA D. HARRIS, Bar No. 146672
8   Attorney General of California
    THOMAS G. HELLER, Bar No. 162561
9   Deputy Attorney General
    300 South Spring Street, Suite 1702
10  Los Angeles, CA 90013
    Telephone: 213.897.2628
11  Fax: 213.897.2802
    E-mail: Thomas.Heller@doj.ca.gov
12
    Attorneys for Plaintiffs
13

14              UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

17  CALIFORNIA DEPARTMENT OF          Case No. 2:14-cv-00595-WBS-EFB
    TOXIC SUBSTANCES CONTROL
18  and the TOXIC SUBSTANCES          **STIPULATION TO EXTEND TIME
    CONTROL ACCOUNT,                  TO RESPOND TO COMPLAINT
19                                    RE: DEFENDANT WEST COAST
                  Plaintiffs,         WOOD PRESERVING, LLC**
20
          v.                          Judge:      William B. Shubb
21
    JIM DOBBAS, INC., a California
22  corporation; CONTINENTAL RAIL,
    INC., a Delaware corporation;
23  DAVID VAN OVER, individually;
    PACIFIC WOOD PRESERVING, a
24  dissolved California corporation; and
    WEST COAST WOOD
25  PRESERVING, LLC, a Nevada
    limited liability company,
26
                  Defendants.
27

28

    LEGAL120903976.2                          STIP TO EXTEND TIME TO RESPOND
                                              CASE #2:14-cv-00595-WBS-EFB

## STIPULATION

Pursuant to Local Rule 144(a), it is stipulated between and among Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account ("Plaintiffs") and Defendant West Coast Wood Preserving, LLC ("Defendant"), by their respective attorneys of record, that the time period for Defendant to answer or otherwise respond to Plaintiffs' complaint is extended twenty eight days to June 10, 2014.

The parties have not previously requested extensions of any deadlines.

IT IS SO STIPULATED.

DATED:  May 13, 2014                              By: /s/Thomas G. Heller
                                                 Thomas G. Heller

                                                 Attorneys for Plaintiffs


DATED:  May 13, 2014                              **PERKINS COIE LLP**

                                                 By:   /s/ Lester O. Brown
                                                 Lester O. Brown

                                                 Attorneys for Defendant
                                                 West Coast Wood Preserving, LLC

## ATTESTATION

I, Lester O. Brown, do hereby declare pursuant to Rule 131(e) of the Local Rules of the United States District Court for the Eastern District of California that I obtained concurrence in the filing of the foregoing document from Plaintiffs' counsel Thomas G. Heller on this 13th day of May 2014.

                                                  /s/ Lester O. Brown