KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-2628
 Fax: (213) 897-2802
 E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for the California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,**<br><br>Defendants. | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**DECLARATION OF THOMAS G. HELLER IN SUPPORT OT REQUEST TO ENTER DEFAULT OF DEFENDANT CONTINENTAL RAIL, INC.**<br><br>Action filed: March 3, 2014 |

I, Thomas G. Heller, declare:

1.   I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General. In that capacity, I am one of the attorneys for plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account in this action.

2.   On May 2, 2014, I filed the Proof of Service of the Summons and Complaint on defendant Continental Rail, Inc., a Delaware corporation. (Docket No. 11.) The Proof of Service indicates that Continental Rail, Inc. was served with the Summons and Complaint on April 18, 2014, by personal delivery of the documents to its registered agent, The Corporation Trust Company, at 1209 Orange Street, Wilmington, Delaware. *Id.*

3.   Attached as Exhibit A is a certified copy from the Delaware Secretary of State of the "Certificate of Incorporation of Continental Rail, Inc.," dated August 29, 1991. Paragraph two of this document lists the corporation's registered office as Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware, and its registered agent at that address as The Corporation Trust Company.

4.   Attached as Exhibit B is a true and correct copy of a report from the Delaware Division of Corporations' website, accessed on February 28, 2014, which states that The Corporation Trust Company, at 1209 Orange Street, Wilmington, Delaware, is still the registered agent for Continental Rail, Inc.

5.   Attached as Exhibit C is a true and correct copy of the cover letter, dated April 16, 2014, that accompanied personal delivery of the Summons and Complaint on April 18, 2014 to The Corporation Trust Company. The letter stated that The Corporation Trust Company was being served with the Summons, Complaint, and related documents as the registered agent of Continental Rail, Inc. under Federal Rule of Civil Procedure 4(h).

6.   Before plaintiffs served the registered agent for Continental Rail, Inc. at its registered office in the State of Delaware, I also mailed copies of the Summons, Complaint, and related documents to Gary Kerley, President, Continental Rail, Inc., 3218 Nacogdoches Rd., San Antonio, TX 78217, on April 11, 2014. Attached as Exhibit D is a true and correct copy of the

1

DECLARATION OF THOMAS G. HELLER IN SUPPORT OF REQUEST TO ENTER DEFAULT OF DEFENDANT CONTINENTAL RAIL, INC.

1   cover letter that accompanied this mailing, and a true and correct copy of the certified mail return
2   receipt that I received in response.  In Continental Rail, Inc.'s prior bankruptcy case in this Court,
3   (*In re Continental Rail, Inc.*, Case No. 2:08-bk-34986 (closed December 7, 2010)), Mr. Kerley
4   was identified in the corporation's bankruptcy petition as its President, and the corporation's
5   mailing address was listed as Suite #8 of the above-referenced address.

6       7.   Continental Rail, Inc. has not appeared in this action and has not responded to the
7   Complaint within the time permitted by law.

8       8.   Continental Rail, Inc. is a Delaware corporation.  As such, it is not a minor,
9   incompetent person, or person in military service that is exempted from default judgment under
10  the Soldiers' and Sailors' Civil Relief Act of 1940.

11      I declare under penalty of perjury that the foregoing is true and correct.  Executed on May
12  30, 2014, at Los Angeles, California.

13      */s/ Thomas G. Heller*
14      Thomas G. Heller

2

DECLARATION OF THOMAS G. HELLER IN SUPPORT OF REQUEST TO ENTER DEFAULT OF
DEFENDANT CONTINENTAL RAIL, INC.