Exhibit B

2/28/2014                                    Division of Corporations - Online Services

Case 2:14-cv-00595-WBS-JDP   Document 16-3   Filed 05/30/14   Page 2 of 3
Delaware.gov | Text Only                                             Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Privacy Policy    Frequently Asked Questions    View Search Results    Summary of Charges    Logout

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 2272380 | Incorporation Date / Formation Date: | **08/29/1991** (mm/dd/yyyy) |
| Entity Name: | CONTINENTAL RAIL, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | **VOID** | Status Date: | **03/01/2010** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | **2007** | Tax Due: | $ **708.56** |
| Annual Tax Assessment: | $ **0.00** | Total Authorized Shares: | **20,000** |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON |
| County: | NEW CASTLE |
| State: | DE |
| Postal Code: | 19801 |
| Phone: | (302)658-7581 |

**FILING HISTORY (Last 5 Filings)**

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0102S | Incorp Delaware Stock Co. | 5 | 08/29/1991 | 15:30 | 08/29/1991 |

[Back to Entity Search]

[Printable Version]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov