Exhibit C



**KAMALA D. HARRIS**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013

Public: (213) 897-2000
Telephone: (213) 897-2628
Facsimile: (213) 897-2802
E-Mail: Thomas.Heller@doj.ca.gov

April 16, 2014

President
The Corporation Trust Company
Registered Agent for Continental Rail, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

RE: *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*
United States District Court, Eastern District of California, Case No. 2:14-cv-00595-WBS-EFB

Dear Sir or Madam:

Enclosed are the following concerning the above-referenced case:

- Summons in a Civil Case

- Complaint for Recovery of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; and Civil Penalties

- Order re: Status (Pretrial Scheduling) Conference

- Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions

- Notice of Availability – Voluntary Dispute Resolution

Continental Rail, Inc. is a defendant in the case. The Corporation Trust Company is being served with these documents on behalf of Continental Rail, Inc. under Federal Rule of

President, The Corporation Trust Company
April 16, 2014
Page 2


Civil Procedure 4(h), as the registered agent of Continental Rail, Inc.

                                Sincerely,

                                THOMAS G. HELLER
                                Deputy Attorney General

                    For    KAMALA D. HARRIS
                                Attorney General

TGH:cc
Enclosures

LA2012602448
51495682.doc