Exhibit D



*KAMALA D. HARRIS*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013

Public: (213) 897-2000
Telephone: (213) 897-2628
Facsimile: (213) 897-2802
E-Mail: Thomas.Heller@doj.ca.gov

April 11, 2014

**VIA FIRST CLASS MAIL**
**CERTIFIED, RETURN RECEIPT REQUIRED**

Gary L. Kerley
President
Continental Rail, Inc.
3218 Nacogdoches Rd.
San Antonio, TX 78217

RE: *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.* United States District Court, Eastern District of California, Case No. 2:14-cv-00595-WBS-EFB

Dear Mr. Kerley:

Enclosed are the following concerning the above-referenced case:

- Summons in a Civil Case
- Complaint for Recovery of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; and Civil Penalties
- Order re: Status (Pretrial Scheduling) Conference and attachments

Continental Rail, Inc. is a defendant in the case. You are hereby served with these documents on behalf of Continental Rail, Inc. under California Code of Civil Procedure sections 415.40 and 416.10, and Federal Rule of Civil Procedure 4(h). Under California Code of Civil

Procedure section 415.40, this service is deemed complete on the 10th day after mailing.

Sincerely,

THOMAS G. HELLER
Deputy Attorney General

For KAMALA D. HARRIS
Attorney General

TGH:cc
Enclosures

LA2012602448
51492452.doc

7196 9008 9111 4929 5175

**TO:**
Gary L. Kerley
President
Continental Rail, Inc.
3218 Nacogdoches Rd.
San Antonio, TX 78217

**SENDER:** THOMAS HELLER, DAG

**REFERENCE:** LA2012602448

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**US Postal Service®**

**Receipt for Certified Mail™**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

04/11/14

2. Article Number

7196 9008 9111 4929 5175

3. Service Type **CERTIFIED MAIL™**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Gary L. Kerley
President
Continental Rail, Inc.
3218 Nacogdoches Rd.
San Antonio, TX 78217

LA2012602448
*THOMAS HELLER, DAG*

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) Rachel Harper

B. Date of Delivery 4/14/14

C. Signature

X Rachel Harper

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, January 2005 Domestic Return Receipt

-k you for using Return Receipt Service

**UNITED STATES POSTAL SERVICE®**

First Class Mail®
US Postage Paid
Permit No. G - 10

PRINT YOUR NAME, ADDRESS AND ZIP CODE™ BELOW

**DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**
**300 S SPRING ST**
**LOS ANGELES CA 90013**

2015 APR 18 AM 10:26

RECEIVED

