KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone:  (213) 897-2628
  Fax:  (213) 897-2802
  E-mail:  Thomas.Heller@doj.ca.gov
*Attorneys for the California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC,  a Nevada limited liability company,**<br><br>Defendants. | Case No.:  2:14-cv-00595-WBS-EFB<br><br>**REQUEST TO ENTER DEFAULT OF DEFENDANT PACIFIC WOOD PRESERVING**<br><br>Action filed:  March 3, 2014 |

REQUEST TO ENTER DEFAULT OF DEFENDANT PACIFIC WOOD PRESERVING

TO:  THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account request, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, that the Clerk enter default in this matter against defendant Pacific Wood Preserving, on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by law.

On April 27, 2014, plaintiffs served the complaint on Pacific Wood Preserving, a dissolved California corporation, as evidenced by the Proof of Service on file with the Court. (Docket No. 12, filed May 12, 2014.)  The Proof of Service reflects personal delivery of the Summons and Complaint to Joan Jackson, one of Pacific Wood Preserving's directors from its incorporation until its dissolution.  (*See id.*; Declaration of Thomas G. Heller, attached.)

A corporation may be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."  Fed. R. Civ. P. 4(e)(1), (h)(1)(A).  California state law provides that "[a] summons may be served on a corporation that … has dissolved, by delivering a copy of the summons and complaint:  … (b) When authorized by any provision of Sections 2011 or 2114 of the Corporations Code…."  Cal. Civ. Proc. Code § 416.20.  California Corporations Code section 2011(b) provides that "[s]ummons or other process against [a dissolved] corporation may be served by delivering a copy thereof to an officer, *director* or person having charge of its assets…."  Cal. Corp. Code § 2011(b) (emphasis added).  Personal delivery of a copy of the Summons and Complaint to Ms. Jackson as a director of Pacific Wood Preserving satisfied these state law provisions, and therefore satisfied Rule 4(h)(1)(A) of the Federal Rules of Civil Procedure.

Despite being served with process, Pacific Wood Preserving has failed to appear or otherwise respond to the Complaint within twenty-one days of service as directed by the Summons.

1 | Based on the above, the Clerk should enter the default of defendant Pacific Wood
2 | Preserving.

Dated:  May 30, 2014

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Thomas G. Heller*

THOMAS G. HELLER
DENNIS L. BECK, JR.
Deputy Attorneys General
*Attorneys for the California Department of Toxic Substances Control and the Toxic Substances Control Account*