KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-2628
 Fax: (213) 897-2802
 E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for the California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,**<br><br>Defendants. | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**DECLARATION OF THOMAS G. HELLER IN SUPPORT OT REQUEST TO ENTER DEFAULT OF DEFENDANT PACIFIC WOOD PRESERVING**<br><br>Action filed: March 3, 2014 |

I, Thomas G. Heller, declare:

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General. In that capacity, I am one of the attorneys for plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account in this action.

2. On May 12, 2014, I filed the Proof of Service of the Summons and Complaint on defendant Pacific Wood Preserving, a dissolved California corporation. (Docket No. 12.) The Proof of Service indicates that Pacific Wood Preserving was served with the Summons and Complaint on April 27, 2014, by personal delivery of the documents to Joan Jackson, Director. *Id.*

3. Corporate records indicate that Joan Jackson was a director of Pacific Wood Preserving from its incorporation until its dissolution. Attached as Exhibit A are certified copies of California Secretary of State records about Pacific Wood Preserving. Included among these records are the "Articles of Incorporation of Pacific Wood Preserving," filed April 27, 1972 (Ex. A., pp. 3-6), and the "Certificate of Winding Up and Dissolution of Pacific Wood Preserving," dated September 11, 1980 (*id.* at 8). Joan Jackson is listed as a director of Pacific Wood Preserving in both of these documents. (*Id.* at 4, 8.)

4. Attached as Exhibit B is a certified copy of a record from the California Secretary of State for Pacific Wood Preserving entitled "State of California Statement by Domestic Stock Corporation," filed May 8, 1979. On line 7(A), it lists "Joan Jackson, 3312 Canoe, Davis, California 95616" as a director of Pacific Wood Preserving. This is the same address at which Ms. Jackson was served with the Summons and Complaint on April 27, 2014. (Docket No. 12.)

5. Attached as Exhibit C is true and correct copy of the cover letter, dated April 16, 2014, that accompanied personal delivery of the Summons and Complaint to Ms. Jackson on April 27, 2014. The letter stated that Ms. Jackson was being served with the Summons, Complaint, and related documents as a director of Pacific Wood Preserving from its incorporation until its dissolution under California Code of Civil Procedure 416.20, California Corporations Code sections 2010-2011, and Federal Rule of Civil Procedure 4(h).

1
DECLARATION OF THOMAS G. HELLER IN SUPPORT OF REQUEST TO ENTER DEFAULT OF DEFENDANT PACIFIC WOOD PRESERVING

6. Pacific Wood Preserving has not appeared in this action and has not responded to the Complaint within the time permitted by law.

7. Pacific Wood Preserving is a dissolved California corporation. As such, it is not a minor, incompetent person, or person in military service that is exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2014, at Los Angeles, California.

*/s/ Thomas G. Heller*

Thomas G. Heller