Exhibit A

## State of California
### Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of __7__ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

JUN 1 6 2008

DEBRA BOWEN
Secretary of State

Sec/State Form CE 108 (REV 1/2007)                    OSP 06 99733



650__.

FILED
In the office of the Secretary of State
of the State of California

APR 2 7 1972

EDMUND G. BROWN Jr., Secretary of State

By Ralph Br__ Deputy

## ARTICLES OF INCORPORATION

### OF

### PACIFIC WOOD PRESERVING

I

The name of this corporation is PACIFIC WOOD PRESERVING.

II

The corporation's purposes are:

A.  Primarily to engage in the specific business of the application of chemical preservatives to wood products.

B.  To engage generally in the business of buying, selling, manufacturing and otherwise dealing with, and commercially using, wood preservatives and construction materials of all kinds.

C.  To engage in any business related or unrelated to those described in clauses A and B of this Article II and from time to time authorized or approved by the board of directors of this corporation;

D.  To act as partner or joint venturer or in any other legal capacity in any transaction;

E.  To do business anywhere in the world; and,

F.  To have and exercise all rights and powers from time to time granted to a corporation by law.

The above purpose clauses shall not be limited by reference to or inference from one another, but each such purpose clause shall be construed as a separate statement conferring independent purposes and powers upon the corporation.

III

The county in the State of California where the principal office for the transaction of the business of the corporation is located is the County of Solano.

1

IV

The number of directors of the corporation is four (4).

The names and addresses of the persons who are appointed to act as first directors are:

EVERETT L. JOHNSTON
1126 Beaver Street
Santa Rosa, California 95404

RICHARD F. JACKSON
434 Estado Way
Novato, California 94947

CAROLYN JOHNSTON
1126 Beaver Street
Santa Rosa, California 95404

JOAN JACKSON
434 Estado Way
Novato, California 94947

V

The total number of shares which the corporation is authorized to issue is 7,500 shares. Each share shall be without par value. No distinction shall exist between the shares of the corporation or the holders thereof.

VI

Each shareholder of this corporation shall be entitled to full preemptive or preferential rights, as such rights are defined by law, to subscribe for or purchase his proportional part of any shares which may be issued at any time by this corporation.

IN WITNESS WHEREOF the undersigned and above named incorporators and first directors of this corporation have executed these Articles of Incorporation on the 6th day of MARCH, 1972.

EVERETT L. JOHNSTON

RICHARD F. JACKSON

CAROLYN JOHNSTON

JOAN JACKSON

2

IV

The number of directors of the corporation is four (4).

The names and addresses of the persons who are appointed
to act as first directors are:

EVERETT L. JOHNSTON
1126 Beaver Street
Santa Rosa, California 95404

RICHARD F. JACKSON
434 Estado Way
Novato, California 94947

CAROLYN JOHNSTON
1126 Beaver Street
Santa Rosa, California 95404

JOAN JACKSON
434 Estado Way
Novato, California 94947

V

The total number of shares which the corporation is authorized
to issue is 7,500 shares. Each share shall be without par value.
No distinction shall exist between the shares of the corporation
or the holders thereof.

VI

Each shareholder of this corporation shall be entitled to
full preemptive or preferential rights, as such rights are defined
by law, to subscribe for or purchase his proportional part of
any shares which may be issued at any time by this corporation.

IN WITNESS WHEREOF the undersigned and above named incorporators
and first directors of this corporation have executed these Articles
of Incorporation on the 6th day of MARCH, 1972.

_____
EVERETT L. JOHNSTON

_____
RICHARD F. JACKSON

_____
CAROLYN JOHNSTON

_____
JOAN JACKSON

2

STATE OF CALIFORNIA )

COUNTY OF SOLANO     )

On _April 6, 1972_ before me, a Notary Public in

and for the said county and state, personally appeared_____

_____Everett L. Johnston_____

_____

known to me to be the person whose names are subscribed to the

foregoing Articles of Incorporation and acknowledged to me that

~~they~~ he executed the same.

_Dorothy L Owens_

NAME
   TYPED OR PRINTED

Notary Public in and for the County

of Solano, State of California

DOROTHY L. OWENS
NOTARY PUBLIC - CALIFORNIA
SOLANO COUNTY
My Commission Expires Oct 17 1975

---

STATE OF CALIFORNIA
COUNTY OF _MARIN_         } ss.

On _APRIL 4, 1972_ before me, the undersigned, a Notary Public in and for said

State, personally appeared _RICHARD F. JACKSON and JOAN C. JACKSON_

_____, known to me

to be the person s whose name s are subscribed

to the within instrument and acknowledged that they

executed the same.

WITNESS my hand and official seal.

Signature_____

_HAROLD L. CLEEK_
   Name (Typed or Printed)

(This area for official notarial seal)

---

**State of California**

**COUNTY OF SONOMA** _____ } 88

GENERAL ACKNOWLEDGEMENT

ON THIS DATE _MARCH 5TH_ _____ before me a

County and State, residing therein, duly commissioned and sworn, personally ap-

peared _CAROLYN J. JOHNSTON_

_____

known to me to be the person   whose name _____ I s __ subscribed to the

within Instrument, and acknowledged to me that S he   executed the same.

In Witness Whereof, I have hereunto set my hand and affixed my official seal

the day and year in this Certificate first above written. _Wm L Ehlert_

Notary Public in and for said County and State of California

My Commission Expires _6-10-72_

OFFICIAL SEAL
Wm. L. EHLERT
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
SONOMA COUNTY
My Commission Expires June 10, 1972

DD93515

FILED
the office of the Secretary of State
of the State of California

SEP 1 1 1980

MARCH FONG EU, Secretary of State

By _____
          Deputy

## CERTIFICATE OF ELECTION TO WIND UP AND DISSOLVE

## PACIFIC WOOD PRESERVING

We, the undersigned, RICHARD F. JACKSON and MARJORIE MOORE hereby do certify that we are, and that at all times herein mentioned have been, the President and Secretary of PACIFIC WOOD PRESERVING, a California Corporation, and hereby do further certify and state:

A.   That the said corporation has elected to wind up and dissolve.

B.   That the total number of outstanding shares of said corporation, the holders of which are entitled to vote on or consent to the election is 4,200 shares.

C.   That the election to wind up and dissolve the said corporation was made by the vote of shareholders of record of 4,200 shares of the corporation entitled to vote on or consent to the election and representing 100% of the outstanding shares of the corporation entitled to vote.

IN WITNESS WHEREOF, the undersigned have executed this certificate on _____, 1979.

_____
RICHARD F. JACKSON, President

_____
MARJORIE MOORE, Secretary

RICHARD F. JACKSON and MARJORIE MOORE, the President and Secretary, respectively, of PACIFIC WOOD PRESERVING, a California Corporation, each says:

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, 1979 at Vacaville, California.

_____
RICHARD F. JACKSON

_____
MARJORIE MOORE

## CERTIFICATE OF WINDING UP AND DISSOLUTION

### OF

### PACIFIC WOOD PRESERVING

**FILED**

In the office of the Secretary of State
of the State of California

SEP 1 1 1980

MARCH FONG EU, Secretary of State

By _____
Deputy

The undersigned hereby do certify that they are a majority of the authorized number of directors of PACIFIC WOOD PRESERVING, a California Corporation, and they do further certify as follows:

A.   That the above-named corporation has been completely wound up.

B.   That its known debts and liabilities have been paid.

C.   That said corporation's known assets have been distributed to the shareholders.

D.   That said corporation is dissolved.

IN WITNESS WHEREOF, the undersigned have executed this certificate on

_____ , 19 79.

_____
RICHARD F. JACKSON

_____
MARJORIE MOORE

_____
JOAN JACKSON

RICHARD F. JACKSON, MARJORIE MOORE and JOAN JACKSON, a majority of the Board of Directors of PACIFIC WOOD PRESERVING, a California Corporation, each says:

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____ , 1979, at Vacaville, California.

_____
RICHARD F. JACKSON

_____
MARJORIE MOORE

_____
JOAN JACKSON

STATE OF CALIFORNIA

## FRANCHISE TAX BOARD

SACRAMENTO, CALIFORNIA 95857

TELEPHONE (916) 355-0895

**Tax Clearance**

**Certificate**

SEPTEMBER 11, 1980

RICHARD F. JACKSON
301 CREEKVIEW CT.
VACAVILLE, CA.  95688

ISSUED TO:   PACIFIC WOOD PRESERVING
#0650381

This certificate expires on   NOVEMBER 14, 1980

THIS IS TO CERTIFY THAT all taxes imposed on the above-named corporation under the Bank and Corporation Tax Law have been paid or are secured by bond, deposit or other security.

Every corporation qualified to do business in this State is required to file a return and pay at least the minimum tax annually until its existence is terminated or its right to transact intrastate business is surrendered, with the Office of the Secretary of State.

**It is the responsibility of the corporation to file appropriate documents with the Office of the Secretary of State (1230 J Street, Sacramento, CA 95814).**

The issuance of this certificate does not relieve the taxpayer, or any person liable at law or in equity, of the liability for filing any return or the payment of any taxes which may have accrued prior to the effective date of dissolution, merger or withdrawal as recorded by the Office of the Secretary of State.

A copy of this tax clearance certificate has been sent to the Office of the Secretary of State at Sacramento, California. The original of this certificate may be retained for the files of the corporation.

FRANCHISE TAX BOARD

By _Howard Matsu_

Authorized Signature
Corporation Audit
Tax Clearance Unit

BB:11:DL
BM

FTB 2570 (1-79)

87643-4C : 1-79 12M QUAD ⓄT OSP