Exhibit B



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of _____ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

JUN 1 6 2008

DEBRA BOWEN
Secretary of State

*Sec/State Form CE 108 (REV 1/2007)*                                    OSP 06 99733

P.O. BOX 2(?)
SACRAMENTO, CA 95812

**STATE OF CALIFORNIA**

(916) 445-2020

OFFICE USE ONLY

# STATEMENT BY DOMESTIC STOCK CORPORATION

THIS STATEMENT MUST BE FILED WITH CALIFORNIA SECRETARY OF STATE (SEC. 1502, CORPORATIONS CODE)

PLEASE READ INSTRUCTIONS ON BACK OF FORM

THE CORPORATION NAMED HEREIN, ORGANIZED UNDER THE LAWS OF THE STATE OF CALIFORNIA, MAKES THE FOLLOWING STATEMENT:

9 197010

| | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | SUITE OR ROOM | 1A | 1B |
|---|---|---|---|---|
| 1 | A Street and Edwards | | Elmira, Calif. | 95625 |
| | (DO NOT USE P.O. BOX NO.) | | CITY & STATE | ZIP CODE |
| 2 | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIF. (IF ANY) | SUITE OR ROOM 2A | 2B | |
| | A Street and Edwards | | Elmira,    CALIF. | 95625 |
| | (DO NOT USE P.O. BOX NO.) | | CITY | ZIP CODE |
| 3 | MAILING ADDRESS (OPTIONAL) | SUITE OR ROOM 3A | 3B | |
| | P. O. Box 128 | | Elmira, California | 95625 |
| | | | CITY & STATE | ZIP CODE |

NAMES OF THE FOLLOWING OFFICERS ARE:

| | | | | |
|---|---|---|---|---|
| 4. | Richard F. Jackson | 4A A Street & Edwards | 4B Elmira, California | 4C 95625 |
| | CHIEF EXECUTIVE OFFICER | BUSINESS OR RESIDENCE ADDRESS (DO NOT USE P.O. BOX) | CITY & STATE | ZIP CODE |
| 5. | Marjorie Moore | 5A A Street & Edwards | 5B Elmira, California | 5C 95625 |
| | SECRETARY | BUSINESS OR RESIDENCE ADDRESS (DO NOT USE P.O. BOX) | CITY & STATE | ZIP CODE |
| 6. | Gary Jackson | 6A 1182 Market Street #306 | 6B San Francisco, Calif. | 6C 94102 |
| | CHIEF FINANCIAL OFFICER | BUSINESS OR RESIDENCE ADDRESS (DO NOT USE P.O. BOX) | CITY & STATE | ZIP CODE |

7. NAMES AND COMPLETE BUSINESS OR RESIDENCE ADDRESS OF INCUMBENT DIRECTORS INCLUDING THOSE DIRECTORS WHO ARE ALSO OFFICERS. (Attach a supplemental list of directors if needed).

| | NAME | BUSINESS OR RESIDENCE ADDRESS (DO NOT USE P.O. BOX) | CITY & STATE | ZIP CODE |
|---|---|---|---|---|
| A | Joan Jackson | 3312 Canoe | Davis, California | 95616 |
| B | | | | |
| C | | | | |
| D | | | | |
| E | | | | |

8. THE NUMBER OF VACANCIES ON THE BOARD, IF ANY

9. AGENT FOR SERVICE OF PROCESS: Richard F. Jackson

California business or residence address if an **individual**. Only one agent can be named. Do not include address if agent is a corporation. (DO NOT USE P.O. BOX)

DO NOT WRITE IN THIS SPACE

March Fong Eu
SECRETARY OF STATE

MAY 0 1979

FILED
In the office of the Secretary of State
of the State of California

10. (EXPLANATION MUST BE BRIEF)

11. TYPE OF BUSINESS: Treatment and/or sales of lumber and/or poles

I DECLARE THAT I HAVE EXAMINED THIS STATEMENT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF IT IS TRUE, CORRECT AND COMPLETE.

4/26/79     President

DATE     TITLE     SIGNATURE OF CORPORATE OFFICER OR AGENT

**FEE FOR FILING THIS STATEMENT — $5.00**

12.     6503810   DUE DATE  04/30/79 37530

PACIFIC WOOD PRESERVING
P O BOX 128
ELMIRA, CA 95625

18
MAY 2 4 1979

19
JUN 7 1979

FORM S/O 200   DO NOT ALTER PREPRINTED NAME, IF ITEM 12 IS BLANK PLEASE ENTER CORPORATE NAME.