Exhibit C



**KAMALA D. HARRIS**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013

Public:  (213) 897-2000
Telephone:  (213) 897-2628
Facsimile:  (213) 897-2802
E-Mail:  Thomas.Heller@doj.ca.gov

April 16, 2014

Joan Jackson
Pacific Wood Preserving
3312 Canoe Place
Davis, CA 95616

RE:  *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*
United States District Court, Eastern District of California, Case No. 2:14-cv-00595-WBS-EFB

Dear Ms. Jackson:

Enclosed are the following concerning the above-referenced case:

- Summons in a Civil Case

- Complaint for Recovery of Response Costs; Declaratory Relief; Injunctive Relief; Treble Damages; and Civil Penalties

- Order re: Status (Pretrial Scheduling) Conference

- Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions

- Notice of Availability – Voluntary Dispute Resolution

Pacific Wood Preserving, a dissolved California corporation, is a defendant in the case. You are being served with these documents on behalf of Pacific Wood Preserving under California Code of Civil Procedure section 416.20, California Corporations Code sections 2010-2011, and Federal Rule of Civil Procedure 4(h), as a director of Pacific Wood Preserving from its

Joan Jackson
April 16, 2014
Page 2

incorporation on or about March 5, 1972, through its dissolution on or about December 20, 1979.

Sincerely,

*[signature]*

THOMAS G. HELLER
Deputy Attorney General

For   KAMALA D. HARRIS
Attorney General

TGH:cc
Enclosures

LA2012602448
51495693.doc