## CERTIFICATE OF SERVICE

Case Name:   California Department of Toxic            No.   2:14-cv-00595-WBS-EFB
Substances Control, et al. v. Jim
Dobbas, Inc., et al.

I certify that on <u>May 30, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST TO ENTER DEFAULT OF DEFENDANT PACIFIC WOOD PRESERVING; DECLARATION OF THOMAS G. HELLER IN SUPPORT OF REQUEST TO ENTER DEFAULT OF DEFENDANT PACIFIC WOOD PRESERVING**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, a member of the California State Bar, and admitted in this district.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On **May 30, 2014**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

| | |
|---|---|
| The Corporation Trust Company<br>Registered Agent for Continental Rail, Inc.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801 | David van Over<br>216 F Street #108<br>Davis, CA  95616-4515 |
| Pacific Wood Preserving<br>c/o Joan Jackson<br>3312 Canoe Place<br>Davis, CA  95616 | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on **May 30, 2014**, at Los Angeles, California.

| Thomas G. Heller | /s/ Thomas G. Heller |
|---|---|
| Declarant | Signature |