UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, ET AL.,** | **CLERKS CERTIFICATE OF ENTRY OF DEFAULT**<br><br>2:14–CV–00595–WBS–EFB |
| v. | |
| **JIM DOBBAS, INC., ET AL.,** | |

**TO ALL COUNSEL:**

By application of Plaintiff and it appearing that the defendant having been duly served with process as appears from the record and papers on file herein; and having failed to appear, plead or answer Plaintiff's complaint within the time allowed by law; the default of the following Defendant(s) is/are hereby entered:

Pacific Wood Preserving

Counsel is/are referred to Rule 55(b), of the Federal Rules of Civil Procedure, and Local Rules 302(c)(19) and 230. If there is more then one defendant in this case, counsel are further referred to Fed. R. Civ. P. 54(b).



**IN TESTIMONY WHERE OF,** I have hereunto subscribed my name and affixed the seal of the United States District Court for the Eastern District of California, on June 2, 2014.

**MARIANNE MATHERLY**
**CLERK OF COURT**

By:  /s/  G. Michel
_____
**Deputy Clerk**