1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  THOMAS G. HELLER (Counsel for service)
   State Bar No. 162561
4  DENNIS L. BECK, JR., State Bar No. 179492
   Deputy Attorneys General
5    300 South Spring Street, Suite 1702
     Los Angeles, CA 90013
6    Telephone:  (213) 897-2628
     Fax:  (213) 897-2802
7    E-mail:  Thomas.Heller@doj.ca.gov
8  *Attorneys for the California Department of Toxic
   Substances Control and the Toxic Substances
9  Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,** | Case No.: 2:14-cv-00595-WBS-EFB |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | Action filed: March 3, 2014 |
| **JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,** | |
| Defendants. | |

CERTIFICATE OF SERVICE

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al. v. JIM DOBBAS, INC., et al.

No.:  2:14-CV-00595-WBS-EFB

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA 90013.

On June 3, 2014, I served the following documents:

**CLERKS CERTIFICATE OF ENTRY OF DEFAULT (CONTINENTAL RAIL, INC.)**

**CLERKS CERTIFICATE OF ENTRY OF DEFAULT (PACIFIC WOOD PRESERVING)**

**STATUS (PRETRIAL SCHEDULING) ORDER**

by placing a true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

David van Over
216 F Street #108
Davis, CA 95616-4515

Pacific Wood Preserving
c/o Joan Jackson
3312 Canoe Place
Davis, CA 95616

The Corporation Trust Company
Registered Agent for Continental Rail, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 4, 2014, at Los Angeles, California.

_____          _____
         Carol Chow                                Signature
         Declarant

LA2012602448
AG Declaration of Service-U S Mail (W).doc