LODGED

JUN 10 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY CLERK

1  DAVID VAN OVER
2  216 F STREET, #108
   DAVIS, CA 95616
3  Email: david.vanover@gmail.com
   Telephone: (775) 830-3888
4  IN PRO PER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBS, INC., a California corporation; CONTINANTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PERSERVING, LLC, a Nevada limited liability company,<br><br>Defendants. | CIV. NO. 2:14-595 WBS EFB<br><br>**STIPULATION TO ALLOW DEFENDANT DAVID VAN OVER'S PERMISSION BY THE COURT TO FILE ELECTRONICALLY** |

**WHEREAS** Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") filed a complaint in the above-captioned action against multiple defendants, including David van Over ("Van Over"), on March 3, 2014.

**WHEREAS** Van Over is representing himself pro se.

**WHEREAS** Van Over may be unable to file documents in person and therefore requests permission from the assigned Honorable Magistrate Judge Edmund F. Brennan (EFB) to file documents electronically.

907480

1

STIPULATION TO ALLOW DEFENDANT DAVD VAN OVER'S PERMISSION BY THE COURT TO FILE ELECTRONICALLY

1     **IT IS HEREBY STIPULATED** by The United States District Court for Eastern District
2 of California Sacramento Division that Van Over shall hereby be granted permission to file
3 documents electronically.

4     The parties enter this stipulation pursuant to Local Rule 133(b).

5 Dated: June __, 2014                             Respectfully submitted,

6                                                             BY:
7                                                  _____
8                                                  UNITED STATES MAGISTRATE JUDGE
                                                 EDMUND F. BRENNAN (EFB)
9

10 Dated: June 10, 2014                            Respectfully submitted,
11
12                                               By: _____
13                                                 DAVID VAN OVER

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

907480