Kamala D. Harris, State Bar No. 146672
Attorney General of California
Sarah E. Morrison, State Bar No. 143459
Supervising Deputy Attorney General
Thomas G. Heller (Counsel for service)
State Bar No. 162561
Dennis L. Beck, Jr., State Bar No. 179492
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-2628
  Fax: (213) 897-2802
  E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,**<br><br>Defendants.<br><br>And related counterclaim and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**STIPULATION TO EXTEND TIME OF PLAINTIFFS CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND TOXIC SUBSTANCES CONTROL ACCOUNT TO RESPOND TO THE COUNTERCLAIM OF DEFENDANT JIM DOBBAS, INC.**<br><br>Action filed: March 3, 2014 |

**WHEREAS** Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") filed a complaint in the above-captioned action on March 3, 2014 (Docket #1).

**WHEREAS** defendant Jim Dobbas, Inc. filed an answer, counterclaim, and crossclaims on June 10, 2014 (Docket #23).

**WHEREAS** the deadline for Plaintiffs to respond to the counterclaim is July 7, 2014.

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Jim Dobbas, Inc. that Plaintiffs shall have an extension of 28 (twenty-eight) days, to and including August 4, 2014, within which to respond to Jim Dobbas, Inc.'s counterclaim.

The parties enter this stipulation pursuant to Local Rule 144(a). There have been no previous extensions of time for Plaintiffs to respond to the counterclaim.

Dated: July 1, 2014                                  Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

/s/ Dennis L. Beck, Jr.

THOMAS G. HELLER
DENNIS L. BECK, JR.
Deputy Attorneys General
*Attorneys for plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

Dated: July 1, 2014                                  Respectfully submitted,

KING WILLIAMS & GLEASON LLP

/s/ Jennifer Hartman King
(as authorized on June 27, 2014)

JENNIFER HARTMAN KING
*Attorneys for defendant Jim Dobbas, Inc.*

**ATTESTATION**

I, Dennis L. Beck, Jr., do hereby declare pursuant to Rule 131(e) of the Local Rules of the United States District Court for the Eastern District of California that I obtained concurrence in the filing of the forgoing document from Jennifer Hartman King, counsel for Defendant Jim Dobbas, Inc., on June 27, 2014.

/s/  Dennis L. Beck, Jr.

# CERTIFICATE OF SERVICE

**Case Name:** *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*

**Case No.:** 2:14-cv-00595-WBS-EFB

I certify that on <u>July 1, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME OF PLAINTIFFS CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND TOXIC SUBSTANCES CONTROL ACCOUNT TO RESPOND TO THE COUNTERCLAIM OF DEFENDANT JIM DOBBAS, INC.**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, a member of the California State Bar, and admitted in this district. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>July 1, 2014</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

David Van Over
216 F Street, #108
Davis, CA  95616-4515

I declare under penalty of perjury that the foregoing is true and correct. Executed on <u>July 1, 2014</u>, at Sacramento, California.

| Dennis L. Beck, Jr. | */s/ Dennis L. Beck, Jr.* |
|---|---|
| Declarant | Signature |