1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  THOMAS G. HELLER (Counsel for service)
   State Bar No. 162561
4  DENNIS L. BECK, JR., State Bar No. 179492
   Deputy Attorneys General
5    300 South Spring Street, Suite 1702
     Los Angeles, CA 90013
6    Telephone: (213) 897-2628
     Fax: (213) 897-2802
7    E-mail: Thomas.Heller@doj.ca.gov
   *Attorneys for Plaintiffs California*
8  *Department of Toxic Substances Control and Toxic*
   *Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,**<br><br>Defendants.<br><br>And related counterclaim and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFFS TO DISMISS DEFENDANT JIM DOBBAS, INC.'S COUNTERCLAIM, AND TO STRIKE PORTIONS OF ANSWERS OF DEFENDANTS JIM DOBBAS, INC., DAVID VAN OVER, AND WEST COAST WOOD PRESERVING, LLC**<br><br>Date:    August 25, 2014<br>Time:    2:00 p.m.<br>Place:   Courtroom 5, 14th Floor<br>         Robert T. Matsui United States Courthouse<br>         501 I Street<br>         Sacramento, CA 95814<br><br>Judge:       Hon. William B. Shubb<br>Trial Date:  January 4, 2017<br>Action Filed: March 3, 2014 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on August 25, 2014, at 2:00 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, in Courtroom 5 of the Honorable William B. Shubb, plaintiffs California Department of Toxic Substances Control (DTSC) and the Toxic Substances Control Account (TSCA) (collectively, Plaintiffs) will and hereby do move the Court:

(1) to dismiss the counterclaim of defendant Jim Dobbas, Inc. (Dobbas) against Plaintiffs (Counterclaim, June 10, 2014, ECF No. 23; *see also* ECF No. 25 (Errata to Counterclaim)), for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6);

(2) to strike the following portions of the answers of defendants Dobbas, David van Over (Van Over), and West Coast Wood Preserving, LLC (WCWP) under Federal Rule of Civil Procedure 12(f):

(a) the demands of Dobbas, Van Over, and WCWP for a jury trial on Plaintiffs' complaint (Dobbas Answer, June 10, 2014, ECF No. 23; Van Over Answer, June 10, 2014, ECF No. 24; WCWP Answer, June 10, 2014, ECF No. 22);

(b) the prayers for attorney's fees of Dobbas, Van Over, and WCWP (Dobbas Answer 18:27; Van Over Answer 11:27; WCWP Answer 14:10);

(c) the following affirmative defenses in the answers of Dobbas, Van Over, and WCWP:

(i) Dobbas Affirmative Defenses 3, 6, 10, 11, 12, 13, 14, 16, 17, 18, 21, 23, 25, 26, 27, 28, 29, 33, 35, 36, 37, 38, 39, and 42

(ii) Van Over Affirmative Defenses 5, 6, 7, 9, 10, 11, 12, 13, 14, 27, 28, 34, 35, 39, 41, 42, and 44

(iii) WCWP Affirmative Defenses 5, 10, 11, and 12

///

1

1     This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently, the pleadings and papers filed in this case, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: July 7, 2014

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Thomas G. Heller*

THOMAS G. HELLER
DENNIS L. BECK, JR.
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*