IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,**<br><br>Defendants.<br><br>And related counterclaim and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFFS TO DISMISS DEFENDANT JIM DOBBAS, INC.'S COUNTERCLAIM, AND TO STRIKE PORTIONS OF ANSWERS OF DEFENDANTS JIM DOBBAS, INC., DAVID VAN OVER, AND WEST COAST WOOD PRESERVING, LLC**<br><br>Date: August 25, 2014<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 14th Floor<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA  95814<br><br>Judge: Hon. William B. Shubb<br>Trial Date: January 4, 2017<br>Action Filed: March 3, 2014 |

1   On August 25, 2014, at 2:00 p.m., the Court heard argument on the motion of plaintiffs
2   California Department of Toxic Substances Control (DTSC) and the Toxic Substances Control
3   Account (TSCA) (collectively, Plaintiffs) to dismiss defendant Jim Dobbas, Inc.'s counterclaim
4   against Plaintiffs, and to strike portions of the answers of defendants Jim Dobbas, Inc., David van
5   Over, and West Coast Wood Preserving, LLC.  Having considered the papers filed by all the
6   parties, the papers and pleadings on file in this matter, and the arguments of counsel, the Court
7   ORDERS the following:
8   (1) the counterclaim of defendant Jim Dobbas, Inc. (Dobbas) against Plaintiffs
9   (Counterclaim, June 10, 2014, ECF No. 23; *see also* ECF No. 25 (Errata to Counterclaim)), is
10  dismissed for failure to state a claim upon which relief can be granted under Federal Rule of Civil
11  Procedure 12(b)(6), with leave to amend within 14 days;
12  (2) to following portions of the answers of defendants Dobbas, David van Over (Van Over),
13  and West Coast Wood Preserving, LLC (WCWP) are stricken under Federal Rule of Civil
14  Procedure 12(f), without leave to amend:
15       (a)   the demands of Dobbas, Van Over, and WCWP for a jury trial on Plaintiffs'
16             complaint (Dobbas Answer, June 10, 2014, ECF No. 23; Van Over Answer,
17             June 10, 2014, ECF No. 24; WCWP Answer, June 10, 2014, ECF No. 22);
18       (b)   the prayers for attorney's fees of Dobbas, Van Over, and WCWP (Dobbas
19             Answer 18:27; Van Over Answer 11:27; WCWP Answer 14:10);
20       (c)    the following affirmative defenses in the answers of Dobbas, Van Over, and
21             WCWP:
22             (i)    Dobbas Affirmative Defenses 3, 6, 10, 11, 12, 13, 14, 16, 17, 18, 21, 23,
23                    25, 26, 27, 28, 29, 33, 35, 36, 37, 38, 39, and 42
24             (ii)   Van Over Affirmative Defenses 5, 6, 7, 9, 10, 11, 12, 13, 14, 27, 28, 34,
25                    35, 39, 41, 42, and 44
26             (iii)  WCWP Affirmative Defenses 5, 10, 11, and 12
27  ///
28
1

IT IS SO ORDERED.

Dated:_____      _____
                                    Hon. William B. Shubb
                                    United States District Judge

Submitted by:

*/s/ Thomas G. Heller 7/7/2014*
Thomas G. Heller
Deputy Attorney General
Attorney for Plaintiffs