# CERTIFICATE OF SERVICE

Case Name:  California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.   No.   2:14-cv-00595-WBS-EFB

I certify that on <u>July 7, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF MOTION AND MOTION OF PLAINTIFFS TO DISMISS DEFENDANT JIM DOBBAS, INC.'S COUNTERCLAIM, AND TO STRIKE PORTIONS OF ANSWERS OF DEFENDANTS JIM DOBBAS, INC., DAVID VAN OVER, AND WEST COAST WOOD PRESERVING, LLC**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS DEFENDANT JIM DOBBAS, INC.'S COUNTERCLAIM, AND TO STRIKE PORTIONS OF ANSWERS OF DEFENDANTS JIM DOBBAS, INC., DAVID VAN OVER, AND WEST COAST WOOD PRESERVING, LLC**

- **[PROPOSED] ORDER GRANTING MOTION OF PLAINTIFFS TO DISMISS DEFENDANT JIM DOBBAS, INC.'S COUNTERCLAIM, AND TO STRIKE PORTIONS OF ANSWERS OF DEFENDANTS JIM DOBBAS, INC., DAVID VAN OVER, AND WEST COAST WOOD PRESERVING, LLC**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, a member of the California State Bar, and admitted in this district.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>July 7, 2014</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

David van Over
216 F Street #108
Davis, CA  95616-4515

I declare under penalty of perjury that the foregoing is true and correct.  Executed on <u>July 7, 2014</u>, at Los Angeles, California.

|  Thomas G. Heller  |  */s/ Thomas G. Heller*  |
| :---: | :---: |
|  Declarant  |  Signature  |