| | |
|---|---|
| 1 | Lester O. Brown, Bar No. 160828 |
| 2 | LBrown@perkinscoie.com |
|   | James G. Bernald, Bar No. 205519 |
| 3 | JBernald@perkinscoie.com |
|   | PERKINS COIE LLP |

Lester O. Brown, Bar No. 160828
LBrown@perkinscoie.com
James G. Bernald, Bar No. 205519
JBernald@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Defendant
West Coast Wood Preserving, LLC

David Van Over
david.vanover@gmail.com
216 F Street, #108
Davis, CA 95616
Telephone:  775.830.3888

IN PRO PER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**STIPULATION TO EXTEND DEFENDANT WEST COAST WOOD PRESERVING, LLC'S TIME TO RESPOND TO THE CROSSCLAIM OF DEFENDANT DAVID VAN OVER**<br><br>Judge:    William B. Shubb |
| AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | |

## STIPULATION

**WHEREAS** Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account filed a complaint in the above-captioned action on March 3, 2014;

**WHEREAS** defendant David Van Over filed an answer, counterclaim, and crossclaims, including a crossclaim against defendant West Coast Wood Preserving, LLC on June 10, 2014;

**WHEREAS** the deadline for defendant West Cost Wood Preserving, LLC to respond to David Van Over's crossclaim is July 7, 2014;

**IT IS HEREBY STIPULATED** by and between defendant David Van Over and defendant West Coast Wood Preserving, LLC that West Coast Wood Preserving, LLC shall have an extension of 28 (twenty-eight) days, to and including August 4, 2014, within which to respond to David Van Over's crossclaim.

The parties enter this stipulation pursuant to Local Rule 144(a). There have been no previous extensions of time for defendant West Coast Wood Preserving, LLC to respond to the crossclaim.

DATED: July 7, 2014                         Respectfully submitted,

                                            PERKINS COIE LLP

                                            By: _____
                                                  Lester O. Brown

                                            Attorneys for Defendant
                                            West Coast Wood Preserving, LLC

DATED: July 7, 2014                         By: _____
                                                  David Van Over

                                            IN PRO PER

### ATTESTATION

I, Lester O. Brown, do hereby declare pursuant to Rule 131(e) of the Local Rules of the United States District Court for the Eastern District of California that I obtained concurrence in the filing of the foregoing document from Defendant David Van Over on this 7th day of July, 2014.

_____

(Pursuant to Rule 131(e), a fully executed signature page is attached separately.)