# ATTACHMENT

| | | |
|---|---|---|
| DATED: July 7, 2014 | | Respectfully submitted, |
| | | PERKINS COIE LLP |
| | | By: _____ |
| | | Lester O. Brown |
| | | Attorneys for Defendant<br>West Coast Wood Preserving, LLC |
| DATED: July 7, 2014 | | By: _____<br>David Van Over |
| | | IN PRO PER |

## ATTESTATION

I, Lester O. Brown, do hereby declare pursuant to Rule 131(e) of the Local Rules of the United States District Court for the Eastern District of California that I obtained concurrence in the filing of the foregoing document from Defendant David Van Over on this 7th day of July, 2014.

LEGAL122623804.1