Lester O. Brown, Bar No. 160828
LBrown@perkinscoie.com
James G. Bernald, Bar No. 205519
JBernald@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
West Coast Wood Preserving, LLC

Jennifer Hartman King (Bar No. 211313)
Nicole R. Gleason (Bar No. 199655)
Shelby M. Gatlin (Bar No. 272701)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: 916.379.7530
Facsimile: 916.379.7535
jhartmanking@kwgattorneys.com
sgatlin@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**STIPULATION TO EXTEND DEFENDANT WEST COAST WOOD PRESERVING, LLC'S TIME TO RESPOND TO THE CROSSCLAIM OF DEFENDANT JIM DOBBAS, INC.**<br><br>Judge:   William B. Shubb |

# STIPULATION

**WHEREAS** Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account filed a complaint in the above-captioned action on March 3, 2014;

**WHEREAS** defendant Jim Dobbas, Inc. filed an answer, counterclaim, and crossclaims, including a crossclaim against defendant West Coast Wood Preserving, LLC on June 10, 2014;

**WHEREAS** the deadline for defendant West Cost Wood Preserving, LLC to respond to Jim Dobbas Inc.'s crossclaim is July 7, 2014;

**IT IS HEREBY STIPULATED** by and between defendant Jim Dobbas, Inc. and defendant West Coast Wood Preserving, LLC that West Coast Wood Preserving, LLC shall have an extension of 28 (twenty-eight) days, to and including August 4, 2014, within which to respond to Jim Dobbas, Inc.'s crossclaim.

The parties enter this stipulation pursuant to Local Rule 144(a). There have been no previous extensions of time for defendant West Coast Wood Preserving, LLC to respond to the crossclaim.

DATED:  July 7, 2014         Respectfully submitted,

PERKINS COIE LLP

By:   /s/ Lester O. Brown
          Lester O. Brown

Attorneys for Defendant
West Coast Wood Preserving, LLC

DATED:  July 7, 2014         KING WILLIAMS & GLEASON LLP

By:   /s/ Jennifer Hartman King
          (as authorized on July 7, 2014)

Attorneys for Defendant Jim Dobbas, Inc.

## ATTESTATION

I, Lester O. Brown, do hereby declare pursuant to Rule 131(e) of the Local Rules of the United States District Court for the Eastern District of California that I obtained concurrence in the filing of the foregoing document from defendant's counsel Jennifer Hartman King on this 7th day of July, 2014.

/s/ Lester O. Brown

LEGAL122620038.2

# CERTIFICATE OF SERVICE

Case Name: *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc. et al*

Case No.:   **2:14-cv-00595-WBS-EFB**

I certify that on July 7, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND DEFENDANT WEST COAST WOOD PRESERVING, LLC'S TIME TO RESPOND TO THE CROSSCLAIM OF DEFENDANT JIM DOBBAS, INC.**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am a partner of the law firm of Perkins Coie, LLP, a member of the California State Bar, and admitted in this district. I am 18 years of age or older and not a party to this matter. I am familiar with the business at Perkins Coie LLP for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at Perkins Coie LLP is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On July 7, 2014, I have caused to be mailed in Perkins Coie LLP's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

David Van Over
216 F Street, #108
Davis, CA  95616
david.vanover@gmail.com
(775) 830-3888

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2014, at Los Angeles, California

| Lester O. Brown | /s/ Lester O. Brown |
|---|---|
| Declarant | Signature |