Lester O. Brown, Bar No. 160828
LBrown@perkinscoie.com
James G. Bernald, Bar No. 205519
JBernald@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
West Coast Wood Preserving, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF ERRATRA RE: STIPULATION TO EXTEND DEFENDANT WEST COAST WOOD PRESERVING, LLC'S TIME TO RESPOND TO THE CROSSCLAIM OF DEFENDANT DAVID VAN OVER**<br><br>Judge:   William B. Shubb |

LEGAL122639453.1

NOTICE OF ERRATA
CASE #2:14-cv-00595-WBS-EFB

# NOTICE OF ERRATA

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that the following document was inadvertently filed in the above-captioned case without a proof of service:

>Document No. 28: STIPULATION TO EXTEND DEFENDANT WEST COAST WOOD PRESERVING, LLC'S TIME TO RESPOND TO THE CROSSCLAIM OF DEFENDANT DAVID VAN OVER.

A copy of Document No. 28, with a proof of service attached, is attached hereto as Exhibit 1.

DATED: July 7, 2014

Respectfully submitted,

PERKINS COIE LLP

By:   /s/ Lester O. Brown
          Lester O. Brown

Attorneys for Defendant
West Coast Wood Preserving, LLC

# CERTIFICATE OF SERVICE

Case Name: *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc. et al*

Case No.:   **2:14-cv-00595-WBS-EFB**

I certify that on July 7, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ERRATRA RE: STIPULATION TO EXTEND DEFENDANT WEST COAST WOOD PRESERVING, LLC'S TIME TO RESPOND TO THE CROSSCLAIM OF DEFENDANT DAVID VAN OVER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am a partner of the law firm of Perkins Coie, LLP, a member of the California State Bar, and admitted in this district. I am 18 years of age or older and not a party to this matter. I am familiar with the business at Perkins Coie LLP for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at Perkins Coie LLP is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On July 7, 2014, I have caused to be mailed in Perkins Coie LLP's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

David Van Over
216 F Street, #108
Davis, CA  95616
david.vanover@gmail.com
(775) 830-3888

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2014, at Los Angeles, California

|       Lester O. Brown       |     /s/ Lester O. Brown     |
|:---------------------------:|:---------------------------:|
|          Declarant          |          Signature          |