JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE R. GLEASON (Bar No. 199655)
SHELBY M. GATLIN (Bar No. 272701)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:     (916) 379-7530
Facsimile:      (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
sgatlin@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>     Plaintiffs,<br><br>     v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC,  a Nevada limited liability company,<br><br>     Defendants,<br><br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No.:  2:14-cv-00595-WBS-EFB<br><br>**STIPULATED REQUEST OF DEFENDANT JIM DOBBAS, INC. TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DISMISS DEFENDANT JIM DOBBAS, INC.'S COUNTERCLAIM, AND TO STRIKE PORTIONS OF ANSWERS OF DEFENDANTS JIM DOBBAS, INC., DAVID VAN OVER, AND WEST COAST WOOD PRESERVING, LLC**<br><br>Current motion hearing date:<br><br>**AUGUST 25, 2014**<br><br>Proposed continued motion hearing date:<br><br>**September 8, 2014**<br><br>Action filed:  March 3, 2014 |

/ / /

/ / /
00011864.1

KING WILLIAMS & GLEASON LLP
520 CAPITOL MALL, SUITE 750
SACRAMENTO, CA 95814
TELEPHONE: (916) 379-7530 FAX: (916)379-7535

Defendant Jim Dobbas, Inc. requests, and IT IS HEREBY STIPULATED, by and among all parties who have appeared in the above-entitled action, through their designated counsel:

1. That the August 25, 2014 hearing currently scheduled for Plaintiffs' "Motion to Dismiss Defendant Jim Dobbas, Inc.'s Counterclaim, and to Strike Portions of Answers of Defendants Jim Dobbas, Inc., David Van Over, and West Coast Wood Preserving, LLC" be continued to **September 8, 2014,** at 2:00 p.m. in Courtroom 5.

2. That, based on the new hearing date described in Paragraph 1, all opposition papers from all defendants be filed and served (via CM/ECF or mail) by **August 22, 2014.**

3. That, based on the new hearing date described in Paragraph 1, Plaintiffs' reply papers be filed and served (via CM/ECF or mail) by **August 29, 2014.**

SO STIPULATED.

Respectfully submitted,

Dated: August 7, 2014                    KING WILLIAMS & GLEASON LLP


                                          By:___/s/ Jennifer Hartman King_____
                                             Jennifer Hartman King
                                             Nicole R. Gleason
                                             Shelby M. Gatlin
                                          Attorneys for Defendant Jim Dobbas, Inc.


Dated: August 1, 2014                    KAMALA D. HARRIS
                                          ATTORNEY GENERAL OF CALIFORNIA
                                          Sarah E. Morrison
                                          Supervising Deputy Attorney General


                                          By:/s/ Thomas G. Heller *as authorized on 8/7/14*
                                             Thomas G. Heller
                                             Dennis L. Beck, Jr.
                                          Deputy Attorneys General
                                          Attorneys for the California Department of
                                          Toxic Substances Control and the Toxic
                                          Substances Control Account

Dated: August 7, 2014
                                          By: _/s/  David Van Over *as authorized on 8/7/14*
                                             David Van Over
                                             Pro Se

00011864.1                               -2-

Dated: August 7, 2014                                    PERKINS COIE LLP

                                                         By:  /s/ Lester O. Brown *as authorized on 8/7/14*
                                                             Lester O. Brown
                                                             Attorney for Defendant West Coast Wood
                                                             Preserving, LLC

*Pursuant to Local Rule 131 of the United States District Court for the Eastern District of*

*California, fully executed signature pages may be attached separately.*

## ATTESTATION

        I, Jennifer H. King, do hereby declare pursuant to Rule 131(e) of the Local Rules of the

United States District Court for the Eastern District of California that I obtained concurrence in

the filing of foregoing documents from Plaintiffs' counsel Thomas G. Heller on the 1st day of

August, 2014, and defendant's counsel Lester O. Brown on this 7th day of August, 2014.

        I, Jennifer H. King, do hereby declare pursuant to Rule 131(e) of the Local Rules of the

United States District Court for the Eastern District of California that I obtained concurrence in

the filing of foregoing documents from Defendant David Van Over on this 7th day of August,

2014.


                                                    /s/  Jennifer H. King

1

## **ORDER**

2   The Court, having reviewed and considered the Stipulated Request of Defendant Jim

3 Dobbas, Inc. to Continue the Hearing Date for Plaintiffs' Motion to Dismiss Defendant Jim

4 Dobbas, Inc.'s Counterclaim, and to Strike Portions of Answers of Defendants Jim Dobbas, Inc.,

5 David Van Over, and West Coast Wood Preserving, LLC, set forth above and good cause

6 appearing therefore:

7   IT IS HEREBY ORDERED that the hearing date for the above-entitled motion is

8 continued to September 8, 2014, at 2:00 p.m. in Courtroom 5.

9   IT IS HEREBY FURTHER ORDERED that the current deadline for filing opposition

10 papers is continued to August 22, 2014, with CM/ECF or mail service by that day.

11   IT IS HEREBY FURTHER ORDERED that the current deadline for filing Plaintiffs'

12 reply is continued to August 29, 2014, with CM/ECF or mail service by that day.

13

14   **IT IS SO ORDERED.**

15

16 Dated:     _____

17        The Honorable William B. Shubb

18

19

20

21

22

23

24

25

26

27

28