JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE R. GLEASON (Bar No. 199655)
SHELBY M. GATLIN (Bar No. 272701)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:     (916) 379-7530
Facsimile:      (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
sgatlin@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC,  a Nevada limited liability company,<br><br>Defendants, | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**STIPULATED REQUEST OF DEFENDANT JIM DOBBAS, INC. TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DISMISS DEFENDANT JIM DOBBAS, INC.'S COUNTERCLAIM, AND TO STRIKE PORTIONS OF ANSWERS OF DEFENDANTS JIM DOBBAS, INC., DAVID VAN OVER, AND WEST COAST WOOD PRESERVING, LLC**<br><br><u>Current motion hearing date:</u><br><br>**August 25, 2014**<br><br><u>Proposed continued motion hearing date:</u><br><br>**September 8, 2014**<br><br>Action filed:  March 3, 2014 |
| AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | |

/ / /

/ / /
00011864.1

1  Defendant Jim Dobbas, Inc. requests, and IT IS HEREBY STIPULATED, by and among
2  all parties who have appeared in the above-entitled action, through their designated counsel:

3  1. That the August 25, 2014 hearing currently scheduled for Plaintiffs' "Motion to
4  Dismiss Defendant Jim Dobbas, Inc.'s Counterclaim, and to Strike Portions of
5  Answers of Defendants Jim Dobbas, Inc., David Van Over, and West Coast Wood
6  Preserving, LLC" be continued to **September 8, 2014,** at 2:00 p.m. in Courtroom 5.

7  2. That, based on the new hearing date described in Paragraph 1, all opposition papers
8  from all defendants be filed and served (via CM/ECF or mail) by **August 22, 2014.**

9  3. That, based on the new hearing date described in Paragraph 1, Plaintiffs' reply papers
10  be filed and served (via CM/ECF or mail) by **August 29, 2014.**

11  SO STIPULATED.

12  Respectfully submitted,

Dated: August 8, 2014                          KING WILLIAMS & GLEASON LLP

                                               By:   /s/ Jennifer Hartman King
                                                     Jennifer Hartman King
                                                     Nicole R. Gleason
                                                     Shelby M. Gatlin
                                               Attorneys for Defendant Jim Dobbas, Inc.

Dated: August 1, 2014                          KAMALA D. HARRIS
                                               ATTORNEY GENERAL OF CALIFORNIA
                                               Sarah E. Morrison
                                               Supervising Deputy Attorney General


                                               By:/s/ Thomas G. Heller *as authorized on 8/7/14*
                                                    Thomas G. Heller
                                                    Dennis L. Beck, Jr.
                                               Deputy Attorneys General
                                               Attorneys for the California Department of
                                               Toxic Substances Control and the Toxic
                                               Substances Control Account

Dated: August 7, 2014
                                               By:  /s/  David Van Over *as authorized on 8/7/14*
                                                    David Van Over
                                                    Pro Se

| | |
|---|---|
| Dated: August 7, 2014 | PERKINS COIE LLP |

> By: /s/ Lester O. Brown *as authorized on 8/7/14*
>     Lester O. Brown
>     Attorney for Defendant West Coast Wood
>     Preserving, LLC

*Pursuant to Local Rule 131 of the United States District Court for the Eastern District of California, fully executed signature pages may be attached separately.*

## ATTESTATION

I, Jennifer H. King, do hereby declare pursuant to Rule 131(e) of the Local Rules of the United States District Court for the Eastern District of California that I obtained concurrence in the filing of foregoing documents from Plaintiffs' counsel Thomas G. Heller on the 1st day of August, 2014, and defendant's counsel Lester O. Brown on this 7th day of August, 2014.

I, Jennifer H. King, do hereby declare pursuant to Rule 131(e) of the Local Rules of the United States District Court for the Eastern District of California that I obtained concurrence in the filing of foregoing documents from Defendant David Van Over on this 7th day of August, 2014.

                                                    /s/ Jennifer H. King

# **ORDER**

The Court, having reviewed and considered the Stipulated Request of Defendant Jim Dobbas, Inc. to Continue the Hearing Date for Plaintiffs' Motion to Dismiss Defendant Jim Dobbas, Inc.'s Counterclaim, and to Strike Portions of Answers of Defendants Jim Dobbas, Inc., David Van Over, and West Coast Wood Preserving, LLC, set forth above and good cause appearing therefore:

IT IS HEREBY ORDERED that the hearing date for the above-entitled motion is continued to September 8, 2014, at 2:00 p.m. in Courtroom 5.

IT IS HEREBY FURTHER ORDERED that the current deadline for filing opposition papers is continued to August 22, 2014, with CM/ECF or mail service by that day.

IT IS HEREBY FURTHER ORDERED that the current deadline for filing Plaintiffs' reply is continued to August 29, 2014, with CM/ECF or mail service by that day.

**IT IS SO ORDERED.**

Dated:  August 8, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE