KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-2628
  Fax: (213) 897-2802
  E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,**<br><br>Defendants.<br><br>And related counterclaim and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER BETWEEN PLAINTIFFS AND DEFENDANT WEST COAST WOOD PRESERVING, LLC TO STRIKE PORTIONS OF WEST COAST WOOD PRESERVING, LLC'S ANSWER**<br><br>Date:        September 8, 2014<br>Time:       2:00 p.m.<br>Place:      Courtroom 5, 14th Floor<br>              Robert T. Matsui United States Courthouse<br>              501 I Street<br>              Sacramento, CA  95814<br><br>Judge:      Hon. William B. Shubb<br>Trial Date: January 4, 2017<br>Action Filed: March 3, 2014 |

WHEREAS plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively "Plaintiffs") filed a Complaint in the above-captioned action on March 3, 2014 (ECF No. 1);

WHEREAS defendant West Coast Wood Preserving, LLC ("WCWP") filed an Answer to Plaintiffs' Complaint on June 10, 2014 (ECF No. 22);

WHEREAS Plaintiffs filed a Motion to Dismiss Defendant Jim Dobbas, Inc.'s Counterclaim, and to Strike Portions of Answers of Defendants Jim Dobbas, Inc., David van Over, and WCWP (the "Motion") on July 7, 2014 (ECF No. 27);

WHEREAS after the filing of the Motion, counsel for WCWP and Plaintiffs conferred and agreed to resolve via stipulation the portions of the Motion that concern WCWP's Answer;

IT IS HEREBY STIPULATED by and between Plaintiffs and WCWP that:

1. WCWP's demand for a jury trial and prayer for attorney's fees are stricken from WCWP's Answer to Plaintiffs' Complaint;

2. WCWP's Fifth (Laches), Tenth (Minimal Contribution), Eleventh (Waiver), and Twelfth (Failure to Mitigate) Affirmative Defenses are stricken from WCWP's Answer to Plaintiffs' Complaint; and

3. If WCWP is found to be liable to Plaintiffs in this case, nothing in this stipulation shall affect WCWP's rights under 42 U.S.C. section 9613(f)(1) with respect to the Court's allocation of response costs in resolving contribution claims among liable persons.

This stipulation does not resolve the portions of the Motion that concern the counterclaim and answer of Defendant Jim Dobbas, Inc. and the answer of Defendant David van Over. Therefore, the Motion remains set for hearing at the above date and time.

1

STIPULATION AND PROPOSED ORDER BETWEEN PLS. AND DEF. WEST COAST WOOD PRESERVING, LLC TO STRIKE PORTIONS OF WEST COAST WOOD PRESERVING, LLC'S ANSWER
(2:14-cv-00595-WBS-EFB)

| | | |
|---|---|---|
| 1 | Dated: August 19, 2014 | Respectfully Submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | SARAH E. MORRISON<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ Thomas G. Heller |
| 6 | | THOMAS G. HELLER<br>DENNIS L. BECK, JR.<br>Deputy Attorneys General |
| 7 | | *Attorneys for Plaintiffs California Department of Toxic Substances Control* |
| 8 | | *and Toxic Substances Control Account* |
| 9 | Dated: August 18, 2014 | Respectfully Submitted, |
| 10 | | PERKINS COIE, LLP |
| 11 | | */s/ Lester O. Brown (as authorized on 8/18/14)* |
| 12 | | |
| 13 | | LESTER O. BROWN<br>Attorneys for Defendants West Coast Wood Preserving, LLC |

**IT IS SO ORDERED.**

**Dated: August 20, 2014**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND PROPOSED ORDER BETWEEN PLS. AND DEF. WEST COAST WOOD PRESERVING, LLC TO STRIKE PORTIONS OF WEST COAST WOOD PRESERVING, LLC'S ANSWER
(2:14-cv-00595-WBS-EFB)