JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE GLEASON (Bar No. 199655)
SHELBY M. GATLIN (Bar No. 272701)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:     (916) 379-7530
Facsimile:      (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
sgatlin@kwgattorneys.com

Attorneys for Jim Dobbas, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT JIM DOBBAS, INC. TO RESPOND TO WEST COAST WOOD PRESERVING, LLC'S CROSSCLAIM**<br><br>Action filed: March 3, 2014 |

**WHEREAS** Defendant Jim Dobbas, Inc. ("Dobbas") filed its crossclaim in the above-captioned action against Defendant West Coast Preserving, LLC ("WCWP") on June 10, 2014, Docket No. 23-4.

**WHEREAS** Defendant Jim Dobbas, Inc. ("Dobbas") filed its crossclaim in the above-captioned action against Defendant West Coast Preserving, LLC ("WCWP") on June 10, 2014, Docket No. 23-4.

00012222.3

STIPULATION TO EXTEND TIME FOR DOBBAS TO RESPOND TO WCW PRESERVING'S CROSSCLAIM
2:14-cv-00595-WBS-EFB

1  **WHEREAS** WCWP filed its answer and crossclaim in the above-captioned action against Dobbas, on August 4, 2014, Docket No. 31 ("WCWP's Crossclaim").

**WHEREAS** the deadline for Dobbas to answer or otherwise respond to WCWP's Crossclaim is Thursday, August 28, 2014.

**IT IS HEREBY STIPULATED** by and between WCWP and Dobbas, through their respective counsel, that Dobbas shall have an extension of twenty eight (28) days, to and including Thursday, September 25, 2014, within which to answer or otherwise respond to WCWP's Crossclaim.

The parties enter this stipulation pursuant to Local Rule 144(a). There have been no previous extensions of time for Dobbas to respond to WCWP's Crossclaim.

Dated: August 21, 2014            KING WILLIAMS & GLEASON LLP

By:   /s/ Jennifer Hartman King
        Jennifer Hartman King
        Nicole R. Gleason
        Shelby M. Gatlin
Attorneys for Defendant Jim Dobbas, Inc.

Dated: August 21, 2014            PERKINS COIE LLP

By:/s/ James G. Bernald *as authorized on 8/21/14*
        James G. Bernald
Attorney for Defendant West Coast Wood Preserving, LLC

*Pursuant to Local Rule 131 of the United States District Court for the Eastern District of California, fully executed signature pages may be attached separately.*

### ATTESTATION

I, Jennifer H. King, do hereby declare pursuant to Rule 131(e) of the Local Rules of the United States District Court for the Eastern District of California that I obtained concurrence in the filing of the foregoing documents from WCWP's counsel James G. Bernald, Perkins Coie, LLP, on the 21st day of August, 2014.

/s/ Jennifer Hartman King

## CERTIFICATE OF SERVICE

I, Joani Wise, declare:

I certify that on August 21, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION TO EXTEND TIME FOR DEFENDANT JIM DOBBAS, INC. TO RESPOND TO WEST COAST WOOD PRESERVING, LLC'S CROSSCLAIM**

☐ by transmitting via facsimile the document(s) listed above to the Attorney for Plaintiff at fax number(s) set forth below on this date.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below.

☐ I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery by Federal Express following the firm's ordinary business practices.

☐ via electronic/e-mail service. The document(s) listed above were served via e-mail.

## SEE ATTACHED SERVICE LIST

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed by Jennifer Hartman King, a member of the California State Bar, and admitted in this district. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at King Williams & Gleason, LLP ("KWG") for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system of KWG and is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On August 21, 2014, I have caused to be mailed in the internal mail system of KWG, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Executed on August 21, 2014, at Sacramento, California.

_____
Joani Wise

00012264.1

CERTIFICATE OF SERVICE
2:14-cv-00595-WBS-EFB

## SERVICE LIST

David van Over                                In Pro Per
216 F Street #108
Davis, CA 95616-4515