**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

1209 Orange Street
Wilmington, DE 19801

877 428 3477 tel
302 658 5459 fax
www.ctcorporation.com

**FILED**

AUG 2 8 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

July 30, 2014

Jennifer Hartman King
King Williams & Gleason LLP
520 Capitol Mall,
Suite 750,
Sacramento, CA 95814

Re: California Department of Toxic Substances, Pltf./Petiitoner vs. Jim Dobbas, Inc., etc., et al. including Continental Rail, Inc., Dfts./Respondents

Case No. 214CV00595WBSEFB

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Continental Rail, Inc..

Continental Rail, Inc. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we have not done so.

Very truly yours,


The Corporation Trust Company

Log# 525419322

Sent By Regular Mail

cc: Eastern District of California-Sacramento Division
    U S District Court,
    Sacramento Division, CA 95814

**(Returned To)**

Jennifer Hartman King
King Williams & Gleason LLP
520 Capitol Mall,
Suite 750,
Sacramento, CA 95814

8/18/2014