LODGED

JUN 10 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY CLERK

1  DAVID VAN OVER
   216 F STREET, #108
2  DAVIS, CA 95616
   Email: david.vanover@gmail.com
3  Telephone:   (775) 830-3888

4  IN PRO PER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBS, INC., a California corporation; CONTINANTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PERSERVING, LLC, a Nevada limited liability company,<br><br>Defendants. | CIV. NO. 2:14-595 WBS EFB<br><br>**STIPULATION TO ALLOW DEFENDANT DAVID VAN OVER'S PERMISSION BY THE COURT TO FILE ELECTRONICALLY** |

**WHEREAS** Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") filed a complaint in the above-captioned action against multiple defendants, including David van Over ("Van Over"), on March 3, 2014.

**WHEREAS** Van Over is representing himself pro se.

**WHEREAS** Van Over may be unable to file documents in person and therefore requests permission from the assigned Honorable Magistrate Judge Edmund F. Brennan (EFB) to file documents electronically.

907480

1    **IT IS HEREBY STIPULATED** by The United States District Court for Eastern District
2    of California Sacramento Division that Van Over shall hereby be granted permission to file
3    documents electronically.

4      The parties enter this stipulation pursuant to Local Rule 133(b).

5    Dated: June __, 2014           Respectfully submitted,

6                                    BY:

7                                    _____

                                     UNITED STATES MAGISTRATE JUDGE
8                                    EDMUND F. BRENNAN (EFB)

9

10    Dated: June 10, 2014          Respectfully submitted,
11

12                                    By: _/s/ David Van Over_____

13                                    DAVID VAN OVER

907480