# UNITED STATES DISTRICT COURT
for the
Eastern District of California ▼

| | |
|---|---|
| Department Toxic Control Substances ) <br> *Plaintiff* ) <br> v. ) <br> Jim Dobbas, Inc., et al. ) <br> *Defendant* ) | Case No. 2:14-cv-00595-WBS-EFB |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Cross Claimant, and Cross-Defendant Jim Dobbas, Inc.

Date:   09/03/2014

*Attorney's signature*

Louinda V. Lacey  SBN 275888
*Printed name and bar number*

520 Capitol Mall, Suite 750
Sacramento, CA 95814

*Address*

llacey@kwgattorneys.com
*E-mail address*

(916) 379-7530
*Telephone number*

(916) 379-7535
*FAX number*

## CERTIFICATE OF SERVICE

I, Joani Wise, declare:

I certify that on September 22, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **APPEARANCE OF COUNSEL (LOUINDA V. LACEY)**

☐ by transmitting via facsimile the document(s) listed above to the Attorney for Plaintiff at fax number(s) set forth below on this date.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below.

☐ I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery by Federal Express following the firm's ordinary business practices.

☐ via electronic/e-mail service. The document(s) listed above were served via e-mail.

## SEE ATTACHED SERVICE LIST

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed by Jennifer Hartman King, a member of the California State Bar, and admitted in this district. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at King Williams & Gleason, LLP ("KWG") for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system of KWG and is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 22, 2014, I have caused to be mailed in the internal mail system of KWG, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

Executed on September 22, 2014, at Sacramento, California.

_/s/ Joani Wise_
Joani Wise

## SERVICE LIST

David van Over                                    In Pro Per
216 F Street #108
Davis, CA 95616-4515