1  Lester O. Brown, Bar No. 160828
   LBrown@perkinscoie.com
2  James G. Bernald, Bar No. 205519
   JBernald@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Defendant and Cross-Defendant
7  West Coast Wood Preserving, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JIM DOBBAS, INC., et al., <br><br> Defendants. | Case No. 2:14-cv-00595-WBS-EFB <br><br> **DECLARATION OF LESTER O. BROWN IN SUPPORT OF MOTION FOR LEAVE TO FILE COUNTERCLAIM** <br><br> **[Filed concurrently with Notice of Motion and Motion for Leave to File Counterclaim and [Proposed] Order]** <br><br> Date: November 3, 2014 <br> Time: 2:00 p.m. <br> Judge: William B. Shubb <br> Trial Date: January 4, 2017 <br> Action Filed: March 3, 2014 |
| AND RELATED COUNTERCLAIM AND CROSSCLAIMS. | |

LEGAL123625155.1

DECLARATION
2:14-cv-00595-WBS-EFB

# DECLARATION

I, Lester O. Brown, declare as follows:

1. I am an attorney at law duly licensed to practice before all the state courts in the State of California and this Court. I am a partner at Perkins Coie LLP, counsel for Defendant and Cross-Defendant West Coast Wood Preserving, LLC ("WCWP"). I make this declaration in support of WCWP's Motion for Leave to File Counterclaim against Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively "DTSC"). I have personal knowledge regarding the facts stated in this declaration and am competent to testify regarding the same.

2. Attached as **Exhibit A** to my declaration is a true and correct copy of the Proposed Counterclaim that WCWP will file should the Court grant WCWP's Motion for Leave to File Counterclaim.

3. At the time WCWP's Motion for Leave to File Counterclaim was filed, the Court had not yet heard DTSC's motion to strike portions of defendant David Van Over's answer. Also, defendant Van Over had not yet answered WCWP's crossclaim against him.

4. The parties are still in the early stages of discovery. WCWP and DTSC have served initial disclosures, and have exchanged documents.

5. WCWP received notice of the Court's Memorandum and Order Re: Motion to Dismiss Counterclaims and Motion to Strike on September 16, 2014 (ECF Document Number 43). This Order clarified the Court's position on whether private parties may bring a CERCLA section 113(f) action against state government agencies even where the only nexus between the state and the site at issue is the state's response actions. Subsequent and pursuant to the Court's September 16 Order, WCWP filed its Motion for Leave to File Counterclaim against DTSC.

1  I declare under penalty of perjury under the laws of the State of California
2  and this Court that the foregoing is true and correct. Executed on this 2nd day of
3  October 2014 at Los Angeles, California.

          /s/ Lester O. Brown
            Lester O. Brown