1  Lester O. Brown, Bar No. 160828
   LBrown@perkinscoie.com
2  James G. Bernald, Bar No. 205519
   JBernald@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Defendant and Cross-
   Defendant
7  West Coast Wood Preserving, LLC

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM AND CROSSCLAIMS. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE COUNTERCLAIM**<br><br>**[E.D. Calif. Gen. R. 137(c)]**<br><br>Date:         November 3, 2014<br>Time:         2:00 p.m.<br>Judge:        William B. Shubb<br>Trial Date:   January 4, 2017<br>Action Filed: March 3, 2014 |
|---|---|

LEGAL123626156.1

[PROPOSED] ORDER 2:14-cv-00595-WBS-EFB

1  Defendant West Coast Wood Preserving, LLC's ("WCWP") Motion for
2  Leave to File Counterclaim against Plaintiffs California Department of Toxic
3  Substances Control and the Toxic Substances Control Account came on regularly
4  for hearing before the Honorable William B. Shubb on November 3, 2014 at 2:00
5  p.m. in Courtroom 5 of the above-entitled Court.
6  After full consideration of the parties' submissions and the arguments of
7  counsel, and good cause appearing therefrom,
8  IT IS HEREBY ORDERED that WCWP's Motion for Leave to File
9  Counterclaim is GRANTED.

11  **IT IS SO ORDERED.**

14  DATED: _____   _____
             HON. WILLIAM B. SHUBB

# **CERTIFICATE OF SERVICE**

Case Name: *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc. et al*

Case No.:   **2:14-cv-00595-WBS-EFB**

I certify that on October 2, 2014, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE COUNTERCLAIM**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am a partner of the law firm of Perkins Coie, LLP, a member of the California State Bar, and admitted in this district. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at Perkins Coie LLP for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at Perkins Coie LLP is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 2, 2014, I have caused to be mailed in Perkins Coie LLP's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

David Van Over
216 F Street, #108
Davis, CA  95616

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2014, at Los Angeles, California

| Lester O. Brown | /s/ Lester O. Brown |
|---|---|
| Declarant | Signature |

38020-0017/LEGAL123670837.1