1  Lester O. Brown, Bar No. 160828
   LBrown@perkinscoie.com
2  James G. Bernald, Bar No. 205519
   JBernald@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Defendant and Cross-Defendant
7  West Coast Wood Preserving, LLC

8
           UNITED STATES DISTRICT COURT
9
           EASTERN DISTRICT OF CALIFORNIA
10

11
12  CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,
13
14              Plaintiffs,
15       v.
16  JIM DOBBAS, INC., et al.,
17              Defendants.
18
19
20
21
22  AND RELATED COUNTERCLAIM AND CROSSCLAIMS.
23

Case No. 2:14-cv-00595-WBS-EFB

**DECLARATION OF LESTER O. BROWN IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AGAINST COLLINS & AIKMAN PRODUCTS, LLC**

**[Filed concurrently with Notice of Motion and Motion for Leave to File Third Party Complaint and [Proposed] Order]**

Date:        November 3, 2014
Time:        2:00 p.m.
Judge:       William B. Shubb
Trial Date:  January 4, 2017
Action Filed: March 3, 2014

24
25
26
27
28

LEGAL123503355.1

DECLARATION
2:14-cv-00595-WBS-EFB

# DECLARATION

I, Lester O. Brown, declare as follows:

1. I am an attorney at law duly licensed to practice before all the state courts in the State of California and this Court. I am a partner at Perkins Coie LLP, counsel for Defendant and Cross-Defendant West Coast Wood Preserving, LLC ("WCWP"). I make this declaration in support of WCWP's Motion for Leave to File a Third-Party Complaint against Collins & Aikman Products, LLC (the "Motion for Leave"). I have personal knowledge regarding the facts stated in this declaration and am competent to testify regarding the same.

2. Attached as **Exhibit A** to my declaration is a true and correct copy of the Proposed Third-Party Complaint that WCWP will file should the Court grant WCWP's Motion for Leave.

3. Based upon my review of reputable online news sources, including USA Today, Bloomberg Businessweek, and CBS Marketwatch, I am informed that Collins & Aikman Products, LLC's direct corporate predecessor Collins & Aikman Products Company, Inc. filed for bankruptcy on or about May 17, 2005, and that it ceased business operations on or about October 12, 2007.

4. A true and correct copy of the Delaware Certificate of Formation of "Collins & Aikman Products Company, LLC" as produced in this case in discovery by Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), is attached as **Exhibit B**.

5. A true and correct copy of the Certificate of Conversion of a Delaware corporation under the name of "Collins & Aikman Products Co." to a Delaware limited liability company, changing its name to "Collins & Aikman Products, LLC" as produced in this case in discovery by DTSC is attached as **Exhibit C**.

6. A true and correct copy of Collins & Aikman Products, LLC's Certificate of Cancellation, produced in this case in discovery by DTSC, is attached as **Exhibit D**.

7.      In discovery, DTSC also produced a copy of a civil complaint filed in 1992 by Collins & Aikman Group, Inc. against its insurers for environmental liabilities, including liabilities arising out of the Elmira Site. A true and correct copy of the complaint (as produced by DTSC) in the action *Collins & Aikman Group, Inc. v. Allianz Insurance Company, et al.*, Los Angeles Superior Court case number SC 019932 (filed September 25, 1992) is attached hereto as **Exhibit E**.

8.      According to this complaint, Collins & Aikman Group, Inc. and its corporate predecessors-in-interest, including the Wickes Corporation, purchased insurance policies for environmental liabilities, including liabilities relating to the Elmira Site. Funds from these insurance policies may be available to pay for DTSC's alleged recovery costs.

9.      I am informed and believe that in 1994, Collins & Aikman Group, Inc. merged into Collins & Aikman Products Company, Inc. *See Arevalo v. Saginaw Machine Systems, Inc.*, 782 A.2d 931, 934 (N.J. Super. Ct. App. Div. 2001) ("In 1992, Wickes II changed its name once again to Collins & Aikman Group, Inc., and eventually acquired or created a wholly-owned subsidiary, Collins & Aikman Products Co., into which it statutorily merged in 1994. The surviving corporation was known as Collins & Aikman Products Co., Inc. (C & A).").

I declare under penalty of perjury under the laws of the State of California and this Court that the foregoing is true and correct. Executed on this 2nd day of October 2014 at Los Angeles, California.

/s/ Lester O. Brown
   Lester O. Brown