# EXHIBIT B

# Delaware

PAGE 2

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF CERTIFICATE OF FORMATION OF "COLLINS & AIKMAN PRODUCTS, LLC" FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2007, AT 10:55 O'CLOCK A.M.*

0220030   8100V

131357509

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: *0972861*

DATE: *12-12-13*

DTSC, et al. v. Jim Dobbas, Inc., et al.

AGO000380

-15-

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 10:55 AM 12/31/2007*
*FILED 10:55 AM 12/31/2007*
*SRV 071376002 - 0220030 FILE*

CERTIFICATE OF FORMATION

OF

COLLINS & AIKMAN PRODUCTS, LLC

This Certificate of Formation is being executed as of December 6, 2007, for the purpose of forming a limited liability company pursuant to the Delaware Limited Liability Company Act, 6 Del. C. §§ 18-101, et seq.

The undersigned, being duly authorized to execute and file this Certificate, does hereby certify as follows:

3. Name. The name of the limited liability company is Collins & Aikman Products, LLC (the "Company").

4. Registered Office and Registered Agent. The Company's registered office in the State of Delaware is located at 2711 Centerville Road, Suite 400, in the City of Wilmington, New Castle County, Delaware 19808. The registered agent of the Company for service of process at such address is Corporation Service Company.

IN WITNESS WHEREOF, the undersigned has duly executed this Certificate of Formation as of the day and year first above written.

By: */s/ Joan D. Donovan*
Joan D. Donovan, an Authorized Person

Certificates of Formation- CA CA Products_(12297976_1)

DTSC, et al. v. Jim Dobbas, Inc., et al.
AGO000381