# EXHIBIT C

# Delaware

PAGE   1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "COLLINS & AIKMAN PRODUCTS CO." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "COLLINS & AIKMAN PRODUCTS CO." TO "COLLINS & AIKMAN PRODUCTS, LLC", FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2007, AT 10:55 O'CLOCK A.M.

0220030   8100V

131357509

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 0972861

DATE: 12-12-13

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 10:55 AM 12/31/2007*
*FILED 10:55 AM 12/31/2007*
*SRV 071376002 - 0220030 FILE*

## CERTIFICATE OF CONVERSION
## FROM A CORPORATION TO
## A LIMITED LIABILITY COMPANY

• • • • • • • • •

*In accordance with the provisions of Section 18-214 of the*
*Delaware Limited Liability Act*
• • • • • • • • •

      The undersigned, being duly authorized to execute and file this Certificate of Conversion from a domestic corporation to a domestic limited liability company for the purposes of converting Collins & Aikman Products Co., Inc., a Delaware corporation (the "Corporation"), into a domestic limited liability company pursuant to Section 18-214 of the Delaware Limited Liability Act, does hereby certify as follows:

      **FIRST**:    The name of the Corporation immediately prior to filing this Certificate is Collins & Aikman Products Co.

      **SECOND:**    The date the Certificate of Incorporation was first filed is July 8, 1927.

      **THIRD**:    The original name of the Corporation as set forth in the Certificate of Incorporation is Collins & Aikman Corporation.

      **FOURTH:**    The conversion has been approved in accordance with the provisions of Section 18-214 of the Delaware Limited Liability Act.

      **FIFTH:**    Upon the filing of the conversion, the name of the limited liability company shall be Collins & Aikman Products, LLC.

      The undersigned, being the duly authorized person of the Corporation, for the purposes of converting the Corporation into a domestic limited liability company pursuant to Section 18-214 of the Delaware Limited Liability Act, does make this Certificate of Conversion, hereby declare and certify that this is my act and deed and the facts stated herein are true, and accordingly have hereunto set my hand on the 6th day of December, 2007.

                            */s/ Peter Chadwick*
                            Peter Chadwick, an authorized person

Certificates of Conversion - CA CA Products_{12297902_1}

DTSC, et al. v. Jim Dobbas, Inc., et al.

AGO000379