-20-

# EXHIBIT D

# Delaware

PAGE 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CANCELLATION OF "COLLINS & AIKMAN PRODUCTS, LLC", FILED IN THIS OFFICE ON THE TWENTY-EIGHTH DAY OF AUGUST, A.D. 2013, AT 10:30 O'CLOCK A.M.

0220030   8100

131357509

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: *0972860*

DATE: *12-12-13*

```
                                          State of Delaware
                                          Secretary of State
                                        Division of Corporations
                                      Delivered 10:30 AM 08/28/2013
                                        FILED 10:30 AM 08/28/2013
                                     SRV 131033130 - 0220030 FILE
```

# STATE OF DELAWARE
# CERTIFICATE OF CANCELLATION

1. The name of the limited liability company is _____
   Collins & Aikman Products, LLC

2. The Certificate of Formation of the limited liability company was filed on
   July 8, 1927

   **IN WITNESS WHEREOF,** the undersigned has executed this Certificate of Cancellation this 19th day of August, A.D. 2013.

   By: _____
   Authorized Person(s)

   Name: Peter Chadwick
   Print or Type

DTSC, et al. v. Jim Dobbas, Inc., et al.
AGO000383

-22-