DAVID VAN OVER
216 F STREET, #108
DAVIS, CA 95616
Email: david.vanover@gmail.com
Telephone:   (775) 830-3888

IN PRO PER

**LODGED**

OCT - 2 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBS, INC., a California corporation; CONTINANTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PERSERVING, LLC, a Nevada limited liability company,<br><br>Defendants. | CIV. NO. 2:14-595 WBS EFB<br><br>**PROPOSED ORDER BY THE COURT TO ALLOW DEFENDANT DAVID VAN OVER PERMISSION TO FILE ELECTRONICALLY** |

**WHEREAS** Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") filed a complaint in the above-captioned action against multiple defendants, including David van Over ("Van Over"), on March 3, 2014.

**WHEREAS** Van Over is representing himself pro se.

**WHEREAS** Van Over may be unable to file documents in person and therefore requests permission from the assigned Honorable Magistrate Judge Edmund F. Brennan (EFB) to file documents electronically.

907480

1

STIPULATION TO ALLOW DEFENDANT DAVD VAN OVER'S PERMISSION BY THE COURT TO FILE ELECTRONICALLY

1  **IT IS HEREBY ORDERED** by The United States District Court for Eastern District of California Sacramento Division that Van Over shall hereby be granted permission to file documents electronically.

The parties enter this stipulation pursuant to Local Rule 133(b).

Dated: _____, 2014         Respectfully submitted,

                                BY: _____
                                UNITED STATES MAGISTRATE JUDGE
                                EDMUND F. BRENNAN (EFB)

Dated: September 29, 2014       Respectfully submitted,

                                By: _____
                                DAVID VAN OVER

907480