Lester O. Brown, Bar No. 160828
LBrown@perkinscoie.com
James G. Bernald, Bar No. 205519
JBernald@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant and Cross-Defendant West Coast Wood Preserving, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>JIM DOBBAS, INC., et al.,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AGAINST COLLINS & AIKMAN PRODUCTS, LLC**<br><br>Judge:　William B. Shubb<br>Trial:　January 4, 2017<br>Filed:　March 3, 2014 |

LEGAL123689600.1

NOTICE OF WITHDRAWAL OF
MOTION 2:14-cv-00595-WBS-EFB

1  2  TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3  4  5  6  7  8  PLEASE TAKE NOTICE that Defendant and Cross-Defendant West Coast Wood Preserving, LLC ("WCWP") hereby withdraws its Motion for Leave to File Third-Party Complaint against Collins & Aikman Products, LLC, filed on October 2, 2014 at ECF Document Numbers 50, 50-1, 50-2, 50-3, 50-4, 50-5, 50-6, and 50-7 in this matter. WCWP reserves the right to re-file this motion should the circumstances change.

DATED: October 6, 2014          **PERKINS COIE LLP**

By: /s/ Lester O. Brown
    Lester O. Brown

Attorneys for Defendant and Cross-Defendant West Coast Wood Preserving, LLC

# CERTIFICATE OF SERVICE

Case Name: *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc. et al*

Case No.:   **2:14-cv-00595-WBS-EFB**

I certify that on October 6, 2014, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AGAINST COLLINS & AIKMAN PRODUCTS, LLC**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am a partner of the law firm of Perkins Coie, LLP, a member of the California State Bar, and admitted in this district. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at Perkins Coie LLP for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at Perkins Coie LLP is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 6, 2014, I have caused to be mailed in Perkins Coie LLP's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

David Van Over
216 F Street, #108
Davis, CA  95616

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2014, at Los Angeles, California

| Lester O. Brown | /s/ Lester O. Brown |
| --- | --- |
| Declarant | Signature |

LEGAL123689600.1