1 DAVID VAN OVER
216 F STREET, #108
2 DAVIS, CA 95616
Email: david.vanover@gmail.com
3 Telephone:   (775) 830-3888

LODGED
OCT -9 2014
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBS, INC., a California corporation; CONTINANTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PERSERVING, LLC, a Nevada limited liability company,<br><br>Defendants. | CIV. NO. 2:14-595 WBS EFB<br><br>**EX PARTE APPLICATION BY DEFENDANT DAVID VAN OVER REQUESTING PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY** |

**WHEREAS** Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") filed a complaint in the above-captioned action against multiple defendants, including David van Over ("Van Over"), on March 3, 2014.

**WHEREAS** Van Over is representing himself pro se.

**WHEREAS** Van Over may be unable to file documents in person and therefore requests the assigned Honorable Senior Judge William B. Shubb to grant Van Over permission to file and receive documents electronically.

**IT IS HEREBY ORDERED** by The United States District Court for Eastern District of

1

1 | California Sacramento Division that Van Over shall hereby be granted permission to file
2 | documents electronically.
3 |     This order is pursuant to Local Rule 131.
4
5 | Dated: _____, 2014          By:
6 |                      WILLIAM B. SHUBB
7 |                      UNITED STATES DISTRICT JUDGE
8
9 | Dated: October 07, 2014         Respectfully submitted,
10 |                      By: [signature]
11 |                      DAVID VAN OVER
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EX PARTE APPLICATION BY DEFENDANT DAVID VAN OVER REQUESTING PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY