1  Lester O. Brown, Bar No. 160828
   LBrown@perkinscoie.com
2  James G. Bernald, Bar No. 205519
   JBernald@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399

6  Attorneys for Defendant
   West Coast Wood Preserving, LLC
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 | CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al., | Case No. 2:14-cv-00595-WBS-EFB |
|----|---|---|
| 12 | | **STATEMENT OF NON-OPPOSITION TO EX PARTE APPLICATION BY DEFENDANT DAVID VAN OVER REQUESTING PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY** |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | JIM DOBBAS, INC., et al., | |
| 16 | Defendants. | Judge:        William B. Shubb |
| 17 | | Trial Date:   January 4, 2017 |
| | | Action Filed: March 3, 2014 |
| 18 | AND RELATED COUNTERCLAIM AND CROSS-ACTIONS. | |
| 19 | | |
| 20 | | |

21
22
23
24
25
26
27
28

LEGAL123767297.1                                STATEMENT OF NON-OPPOSITION 2:14-
                                                cv-00595-WBS-EFB

1   Pursuant to United States District Court for the Eastern District of California
2   Local Rule 230(c), Defendant West Coast Wood Preserving, LLC hereby submits
3   this Statement of Non-Opposition to the Ex Parte Application of Defendant David
4   Van Over Requesting Permission to File and Receive Documents Electronically
5   (ECF Document No. 55).

DATED:  October 10, 2014            **PERKINS COIE LLP**

By:/s/ Lester O. Brown
    Lester O. Brown

Attorneys for Defendant
West Coast Wood Preserving, LLC

LEGAL123767297.1            -1-            STATEMENT OF NON-OPPOSITION 2:14-cv-00595-WBS-EFB