KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-2628
 Fax: (213) 897-2802
 E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,**<br><br>Defendants.<br><br>And related counterclaim and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**PLAINTIFFS' NON-OPPOSITION TO EX PARTE APPLICATION OF DEFENDANT DAVID VAN OVER REQUESTING PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY**<br><br>Judge:           Hon. William B. Shubb<br>Trial Date:    January 4, 2017<br>Action Filed: March 3, 2014 |

Pursuant to Local Rule 230(c), plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account hereby notify the Court that they do not oppose the Ex Parte Application of Defendant David Van Over Requesting Permission to File and Receive Documents Electronically (ECF No. 55.) and have no objection to the Court granting the request made therein.

Dated:  October 10, 2014            Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Dennis L. Beck, Jr.*

THOMAS G. HELLER
DENNIS L. BECK, JR.
Deputy Attorneys General
*Attorneys for Plaintiffs California*
*Department of Toxic Substances Control*
*and Toxic Substances Control Account*

1

PLAINTIFFS' NON-OPPOSITION TO EX PARTE APPLICATION OF DEFENDANT DAVID VAN OVER
(2:14-cv-00595-WBS-EFB)