# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al. | No. | 2:14-cv-00595-WBS-EFB |

I certify that on <u>October 10, 2014</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' NON-OPPOSITION TO EX PARTE APPLICATION OF DEFENDANT DAVID VAN OVER REQUESTING PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, a member of the California State Bar, and admitted in this district.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>October 10, 2014</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

David van Over
216 F Street #108
Davis, CA  95616-4515

I declare under penalty of perjury that the foregoing is true and correct.  Executed on <u>October 10, 2014</u>, at Sacramento, California.

| Dennis L. Beck, Jr. | /s/ Dennis L. Beck, Jr. |
|---|---|
| Declarant | Signature |