JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE R. GLEASON (Bar No. 199655)
LOUINDA V. LACEY (Bar No. 275888)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone:     (916) 379-7530
Facsimile:     (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
sgatlin@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>          Plaintiffs,<br><br>          v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>          Defendants,<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**DEFENDANT JIM DOBBAS, INC.'S STATEMENT OF NON-OPPOSITION TO DEFENDANT DAVID VAN OVER'S EX PARTE APPLICATION REQUESTING PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY**<br><br>Action filed: March 3, 2014 |

00013483.1

1        Pursuant to Local Rule of Court 230(c), Defendant, Cross-Defendant, and Cross-Claimant

2   Jim Dobbas, Inc. ("Dobbas") respectfully advises the Court that Dobbas does not oppose

3   Defendant David Van Over's Ex Parte Application Requesting Permission to File and Receive

4   Documents Electronically (ECF Document No. 55).

5   Dated: October 10, 2014                          KING WILLIAMS & GLEASON LLP

6

7                                                    By:_____/s/ Jennifer Hartman King_____

8                                                    Jennifer Hartman King
                                                     Nicole R. Gleason
9                                                    Louinda v. Lacey

10                                                   Attorneys for Defendant JIM DOBBAS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I, Deborah Brazell, declare:

I certify that on October 10, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT JIM DOBBAS, INC.'S STATEMENT OF NON-OPPOSITION TO DEFENDANT DAVID VAN OVER'S EX PARTE APPLICATION REQUESTING PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY**

☐ by transmitting via facsimile the document(s) listed above to the Attorney for Plaintiff at fax number(s) set forth below on this date.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below.

☐ I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery by Federal Express following the firm's ordinary business practices.

☐ via electronic/e-mail service. The document(s) listed above were served via e-mail.

# SEE ATTACHED SERVICE LIST

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed by Jennifer Hartman King, a member of the California State Bar, and admitted in this district. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at King Williams & Gleason, LLP ("KWG") for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system of KWG and is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 10, 2014, I have caused to be mailed in the internal mail system of KWG, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

David van Over
216 F Street #108
Davis, CA 95616-4515

Executed on October 10, 2014, at Sacramento, California.

Joani L. Wise

00012264.1

1

2                              **SERVICE LIST**

3
   David van Over                        In Pro Per
4  216 F Street #108
   Davis, CA 95616-4515
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   00012264.1                            -2-