JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE R. GLEASON (Bar No. 199655)
LOUINDA V. LACEY (Bar No. 275888)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 379-7530
Facsimile: (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
sgatlin@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants, | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**DEFENDANT JIM DOBBAS, INC.'S NOTICE OF REQUEST FOR COUNSEL JENNIFER HARTMAN KING TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION TO STRIKE PORTIONS OF ANSWERS OF DEFENDANT DAVID VAN OVER**<br><br>*[Filed concurrently with Order Granting Request to Appear Telephonically]*<br><br>Date: **October 20, 2014**<br>Time: **2:00 p.m.**<br>Place: **Courtroom 5, 14th Floor**<br>       Robert T. Matsui United States Courthouse<br>       501 I Street<br>       Sacramento, CA 95814<br><br>Judge: **Hon. William B. Shubb**<br><br>Trial Date: January 4, 2017<br>Action Filed: March 3, 2014 |
| AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | |

00013484.1

1  Defendant Jim Dobbas, Inc. ("DOBBAS") respectfully requests the Court allow Jennifer Hartman King of King Williams & Gleason LLP, counsel for DOBBAS, to appear by telephone at the above-referenced hearing currently set for October 20, 2014, at 2:00 p.m. This request is made on the grounds that DOBBAS's counsel will be traveling more than an hour away from the court's location and because the telephonic appearance of DOBBAS's counsel will not prejudice any party.

During the hearing, Ms. Hartman King will be appearing and will be available at (916) 616-4378.

Dated: October 10, 2014                            KING WILLIAMS & GLEASON LLP


By:    /s/ Jennifer Hartman King
       Jennifer Hartman King
       Nicole R. Gleason
       Louinda v. Lacey

Attorneys for Defendant JIM DOBBAS, INC.

## CERTIFICATE OF SERVICE

I, Deborah Brazell, declare:

I certify that on October 10, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT JIM DOBBAS, INC.'S NOTICE OF REQUEST FOR COUNSEL JENNIFER HARTMAN KING TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION TO STRIKE PORTIONS OF ANSWERS OF DEFENDANT DAVID VAN OVER;**

- **[PROPOSED] ORDER GRANTING REQUEST FOR COUNSEL JENNIFER HARTMAN KING TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION TO STRIKE PORTIONS OF ANSWER OF DEFENDANT DAVID VAN OVER**

☐ by transmitting via facsimile the document(s) listed above to the Attorney for Plaintiff at fax number(s) set forth below on this date.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below.

☐ I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list. Such envelope was deposited for delivery by Federal Express following the firm's ordinary business practices.

☐ via electronic/e-mail service. The document(s) listed above were served via e-mail.

## SEE ATTACHED SERVICE LIST

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed by Jennifer Hartman King, a member of the California State Bar, and admitted in this district. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at King Williams & Gleason, LLP ("KWG") for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system of KWG and is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

00012264.1

I further certify that some of the participants in the case are not registered CM/ECF users. On October 10, 2014, I have caused to be mailed in the internal mail system of KWG, the foregoing document(s) by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

David van Over
216 F Street #108
Davis, CA 95616-4515

Executed on October 10, 2014, at Sacramento, California.

_____
Joani L. Wise

00012264.1                                    -2-

PROOF OF SERVICE
2:14-cv-00595-WBS-EFB

## SERVICE LIST

David van Over                                In Pro Per
216 F Street #108
Davis, CA 95616-4515