JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE R. GLEASON (Bar No. 199655)
LOUINDA V. LACEY (Bar No. 275888)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone:   (916) 379-7530
Facsimile:   (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
sgatlin@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>  Plaintiffs,<br><br>  v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>  Defendants,<br><br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR COUNSEL JENNIFER HARTMAN KING TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION TO STRIKE PORTIONS OF ANSWER OF DEFENDANT DAVID VAN OVER**<br><br>*[Filed concurrently with Notice of Request to Appear Telephonically]*<br><br>Date: **October 20, 2014**<br>Time: **2:00 p.m.**<br>Place: **Courtroom 5, 14th Floor**<br>       Robert T. Matsui United States Courthouse<br>       501 I Street<br>       Sacramento, CA 95814<br><br>Judge: **Hon. William B. Shubb**<br><br>Trial Date: January 4, 2017<br>Action Filed: March 3, 2014 |

00013486.1

Pursuant to the written request by Jennifer Hartman King of King Williams & Gleason LLP, counsel for Jim Dobbas, Inc., to appear telephonically at the hearing on Plaintiffs' Motion to Strike Portions of Answer of Defendant David Van Over set for October 20, 2014, this Court hereby grants such request. Ms. Hartman King will be available at (916) 616-4378.

The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

Dated: October 10, 2014

_____
Hon. WILLIAM B. SHUBB
United States District Judge