1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>  Plaintiffs,<br><br>  v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>  Defendants,<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**ORDER DENYING REQUEST FOR COUNSEL JENNIFER HARTMAN KING TO APPEAR TELEPHONICALLY AT HEARING ON PLAINTIFFS' MOTION TO STRIKE PORTIONS OF ANSWER OF DEFENDANT DAVID VAN OVER** |

00013486.1

1    The court has received the written request by Jennifer Hartman King of King Williams & Gleason LLP, counsel for Jim Dobbas, Inc., to appear telephonically at the hearing on Plaintiffs' Motion to Strike Portions of Answer of Defendant David Van Over set for October 20, 2014.  While the request states that Ms. King will be traveling more than an hour to get the courthouse, it appears from the pleadings that her office is located at 520 Capitol Mall, walking distance from the courthouse.  The court would benefit from having counsel present at the time of the hearing.

**IT IS THEREFORE ORDERED** that the request to appear telephonically at the hearing on October 20, 2014 be, and the same hereby is, **DENIED.**

Dated:  October 14, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE