DAVID VAN OVER
216 F STREET, #108
DAVIS, CA 95616
Email: david.vanover@gmail.com
Telephone:     (775) 830-3888

IN PRO PER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBS, INC., a California corporation; CONTINANTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PERSERVING, LLC, a Nevada limited liability company,<br><br>Defendants. | CIV. NO. 2:14-595 WBS EFB<br><br>**EX PARTE APPLICATION BY DEFENDANT DAVID VAN OVER REQUESTING PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY** |

**WHEREAS** Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") filed a complaint in the above-captioned action against multiple defendants, including David van Over ("Van Over"), on March 3, 2014.

**WHEREAS** Van Over is representing himself pro se.

**WHEREAS** Van Over may be unable to file documents in person and therefore requests the assigned Honorable Senior Judge William B. Shubb to grant Van Over permission to file and receive documents electronically.

EX PARTE APPLICATION BY DEFENDANT DAVID VAN OVER REQUESTING PERMISSION TO FILE AND RECEIVE DOCUMENTS ELECTRONICALLY

**IT IS HEREBY ORDERED** by The United States District Court for Eastern District of California Sacramento Division that Van Over shall hereby be granted permission to file documents electronically.

This order is pursuant to Local Rule 131.

Dated: October 14, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: October 07, 2014

Respectfully submitted,

By: /s/ David van Over

_____
DAVID VAN OVER