1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10                                   ----oo0oo----

11

12   CALIFORNIA DEPARTMENT OF          CIV. NO. 2:14-595 WBS EFB
     TOXIC SUBSTANCES CONTROL and
13   the TOXIC SUBSTANCES CONTROL      ORDER RE: MOTION TO STRIKE
     ACCOUNT,
14                Plaintiffs,

15        v.

16   JIM DOBBAS, INC., a
17   California corporation;
     CONTINENTAL RAIL, INC., a
18   Delaware corporation; DAVID
     VAN OVER, individually;
19   PACIFIC WOOD PRESERVING, a
     dissolved California
20   corporation; and WEST COAST
     WOOD PRESERVING, LLC, a
21   Nevada limited liability
     company,
22                Defendants,

23

24   AND RELATED COUNTERCLAIMS AND
     CROSS-CLAIMS.
25

26                                   ----oo0oo----

27        Plaintiffs California Department of Toxic Substances

28   Control ("DTSC") and the Toxic Substances Control Account

                                       1

1   ("TSCA") brought this action under the Comprehensive

2   Environmental Response, Compensation, and Liability Act of 1980

3   ("CERCLA"), 42 U.S.C. §§ 9601 et seq., to recover cleanup costs

4   from defendants Jim Dobbas, Inc. ("Dobbas"), Continental Rail,

5   Inc., Pacific Wood Preserving, West Coast Wood Preserving, LLC

6   ("WCWP"), and David van Over.  Dobbas, van Over, and WCWP

7   answered the Complaint.  Plaintiffs now move to strike portions

8   of the Answer filed by van Over pursuant to Federal Rule of Civil

9   Procedure 12(f), including van Over's jury trial demand, request

10  for attorney's fees, and seventeen of van Over's forty-five

11  affirmative defenses.[1]

12          For the reasons set forth in this court's September 16,

13  2014 Memorandum and Order, (Docket No. 43), IT IS HEREBY ORDERED

14  that:

15          (1) plaintiffs' motion to strike the jury demand of

16  defendant David van Over be, and the same hereby is, DENIED;

17          (2) plaintiffs' motion to strike the prayer for

18  attorney's fees of defendant David van Over be, and the same

19  hereby is, GRANTED;

20          (3) plaintiffs' motion to strike David van Over's

21  affirmative defenses be, and the same hereby is, DENIED with

22  respect to the ninth, tenth, and thirty-fourth affirmative

23  defenses and GRANTED in all other respects;

24          David Van Over has twenty days from the date this Order

25          [1]   The seventeen challenged affirmative defenses are van

26  Over's fifth, sixth, seventh, ninth, tenth, eleventh, twelfth,
    thirteenth, fourteenth, twenty-seventh, twenty-eighth, thirty-

27  fourth, thirty-fifth, thirty-ninth, forty-first, forty-second,
    and forty-fourth affirmative defenses.  (Pls.' Mem. at 11-21

28  (Docket No. 27-1).)

is signed to file an amended answer or counterclaim, if he can do

so consistent with this Order.

Dated:   October 16, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE