KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-2628
  Fax: (213) 897-2802
  E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for Plaintiffs California Department of
Toxic Substances Control and Toxic Substances
Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,**<br><br>Defendants.<br><br>And related counterclaim and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**PLAINTIFFS' NON-OPPOSITION TO MOTION OF DEFENDANT WEST COAST WOOD PRESERVING, LLC FOR LEAVE TO FILE COUNTERCLAIM**<br><br>Judge:         Hon. William B. Shubb<br>Trial Date:    January 4, 2017<br>Action Filed:  March 3, 2014 |

Under Local Rule 230(c), and in light of the Court's September 16, 2014 order concerning the similar counterclaim of Defendant Jim Dobbas, Inc., Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account do not oppose the motion of Defendant West Coast Wood Preserving, LLC for leave to file a counterclaim (ECF No. 49).

Dated:  October 16, 2014                    Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Dennis L. Beck, Jr.*

THOMAS G. HELLER
DENNIS L. BECK, JR.
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

1

PLFS.' NON-OPPOSITION TO MOT. OF DEF. WEST COAST WOOD PRESERVING, LLC FOR LEAVE TO FILE COUNTERCLAIM (2:14-cv-00595-WBS-EFB)