JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE R. GLEASON (Bar No. 199655)
LOUINDA V. LACEY (Bar No. 275888)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:     (916) 379-7530
Facsimile:      (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
llacey@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC,  a Nevada limited liability company,<br><br>Defendants,<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No.:  2:14-cv-00595-WBS-EFB<br><br>**DEFENDANT JIM DOBBAS, INC.'S STATEMENT OF NON-OPPOSITION TO DEFENDANT WEST COAST WOOD PRESERVING, LLC'S MOTION FOR LEAVE TO FILE COUNTERCLAIM**<br><br>Action filed:  March 3, 2014 |

00013693.1

Pursuant to Local Rule of Court 230(c), Defendant, Cross-Defendant, and Cross-Claimant Jim Dobbas, Inc. ("Dobbas") respectfully advises the Court that Dobbas does not oppose Defendant West Coast Wood Preserving, LLC's Motion for Leave to File a Counterclaim (ECF Document No. 49).

Dated: October 20, 2014           KING WILLIAMS & GLEASON LLP


By: */s/ Jennifer Hartman King*
    Jennifer Hartman King
    Nicole R. Gleason
    Louinda v. Lacey

Attorneys for Defendant JIM DOBBAS, INC.

00013693.1

1