UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>        Plaintiffs,<br><br>  v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>        Defendants,<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | CIV. NO. 2:14-595 WBS EFB<br><br>ORDER RE: MOTION FOR LEAVE TO FILE COUNTERCLAIM |

----oo0oo----

Plaintiffs California Department of Toxic Substances Control ("DTSC") and the Toxic Substances Control Account

1

1  ("TSCA") brought this action under the Comprehensive
2  Environmental Response, Compensation, and Liability Act of 1980
3  ("CERCLA"), 42 U.S.C. §§ 9601 et seq., to recover cleanup costs
4  from defendants Jim Dobbas, Inc. ("Dobbas"), Continental Rail,
5  Inc., Pacific Wood Preserving, West Coast Wood Preserving, LLC
6  ("WCWP"), and David van Over.  Dobbas, van Over, and WCWP
7  answered the Complaint.  WCWP now moves pursuant to Federal Rule
8  of Civil Procedure 15 for leave to file a counterclaim against
9  DTSC and TSCA for contribution and declaratory judgment.  (Docket
10 No. 49); Fed. R. Civ. P. 15(a)(2) ("[A] party may amend its
11 pleading only with the opposing party's written consent or the
12 court's leave.  The court should freely give leave when justice
13 so requires.").

14      WCWP's counterclaims would emulate those counterclaims
15 made by Dobbas against DTSC, which the court addressed in its
16 September 16, 2014 Order.  (Docket No. 43.)  In light of the
17 court's order, DTSC and TSCA have filed notice of non-opposition
18 to WCWP's motion pursuant to Local Rule 230(c).  (Docket No. 64.)

19      IT IS THEREFORE ORDERED that WCWP's motion for leave to
20 file counterclaim be, and the same hereby is, GRANTED.

21 Dated:  October 22, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2