KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-2628
  Fax: (213) 897-2802
  E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,**<br><br>Defendants.<br><br>And related counterclaims and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFFS FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**<br><br>(FRCP Rules 15(a)(2) and 21)<br><br>Date:        December 15, 2014<br>Time:       2:00 p.m.<br>Place:       Courtroom 5, 14th Floor<br>              Robert T. Matsui United States Courthouse<br>              501 I Street<br>              Sacramento, CA  95814<br><br>Judge:      Hon. William B. Shubb<br>Trial Date: January 4, 2017<br>Action Filed: March 3, 2014 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 15, 2014, or as soon thereafter as counsel may be heard by the above-entitled Court, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, in Courtroom 5 of the Honorable William B. Shubb, plaintiffs California Department of Toxic Substances Control ("DTSC") and the Toxic Substances Control Account ("TCSA") (collectively, "Plaintiffs") will hereby move the Court for leave to file a First Amended Complaint to add Collins & Aikman Products, LLC ("C&A Products LLC") as a defendant, pursuant to Federal Rules of Civil Procedure 15(a)(2) and 21.

Plaintiffs make this motion on the grounds that C&A Products LLC may be joined as a defendant under Federal Rule of Civil Procedure 20(a)(2), and allowing filing of the proposed First Amended Complaint would be in the interests of justice. Furthermore, there is no evidence of undue delay, bad faith, or dilatory motive on Plaintiffs' part, and the proposed First Amended Complaint would not prejudice any other party or be futile.

C&A Products LLC is a cancelled Delaware limited liability company. As required by law, DTSC has petitioned the Delaware Court of Chancery to appoint a receiver for C&A Products LLC under 6 Delaware Code § 18-805, to ensure that C&A Products has the capacity to be sued in this case under Federal Rule of Civil Procedure 17(b)(3). Given the December 31, 2014 deadline for adding new parties in this case, Plaintiffs make this motion while their Delaware petition is pending. Plaintiffs have requested that the Delaware Court of Chancery expedite proceedings on that petition.

This motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declaration of Thomas G. Heller, the pleadings and other documents on file in this case, and on any other matter that may be presented to the Court during the hearing on the motion.

| | | |
|---|---|---|
| 1 | Dated: November 14, 2014 | Respectfully Submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | SARAH E. MORRISON<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s/ Thomas G. Heller* |
| 6 | | THOMAS G. HELLER<br>DENNIS L. BECK, JR. |
| 7 | | Deputy Attorneys General<br>*Attorneys for Plaintiffs California*<br>*Department of Toxic Substances Control* |
| 8 | | *and Toxic Substances Control Account* |