KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
　300 South Spring Street, Suite 1702
　Los Angeles, CA 90013
　Telephone:  (213) 897-2628
　Fax:  (213) 897-2802
　E-mail:  Thomas.Heller@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,**<br><br>　　　　　　　　　　　　　　Defendants.<br><br>And related counterclaims and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**DECLARATION OF THOMAS G. HELLER IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**<br><br>(FRCP Rules 15(a)(2) and 21)<br><br>Date:　　　December 15, 2014<br>Time:　　　2:00 p.m.<br>Place:　　　Courtroom 5, 14th Floor<br>　　　　　　Robert T. Matsui United States Courthouse<br>　　　　　　501 I Street<br>　　　　　　Sacramento, CA  95814<br><br>Judge:　　　Hon. William B. Shubb<br>Trial Date:　January 4, 2017<br>Action Filed:　March 3, 2014 |

I, Thomas G. Heller, declare:

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General. In that capacity, I am one of the attorneys for plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") in this action.

2. Attached as Exhibit A is a copy of Plaintiffs' proposed First Amended Complaint ("FAC").

3. When Plaintiffs filed their original complaint, they were unaware of any unexhausted insurance coverage or other assets of Collins & Aikman Products, LLC ("C&A Products LLC") that would have justified naming the company as a defendant. But since then, Plaintiffs have undertaken an extensive insurance investigation and discovered more information regarding C&A Products LLC's historic insurance coverage, including a list of primary, excess, and umbrella insurance carriers, policy numbers, and policy limits between 1979 and 1985. A copy of a letter enclosing that list is attached as Exhibit B. Plaintiffs' counsel received it in October 2014.

4. Plaintiffs want to add C&A Products LLC as additional defendant on their CERCLA causes of action, as the first step in pursuing the historic insurance coverage of C&A Products LLC.

5. Attached as Exhibit C is a redline showing the changes between the complaint and the proposed FAC.

6. Plaintiffs have petitioned the Delaware Court of Chancery to appoint a receiver for C&A Products LLC under 6 Delaware Code § 18-805, and have requested that the Delaware Court of Chancery expedite that petition given the deadline for adding new parties or otherwise amending pleadings in this case, and the hearing date on this motion. A copy of that petition, excluding exhibits, is attached as Exhibit C. A copy of the motion for expedition concerning the petition is attached as Exhibit D.

1 | I declare under penalty of perjury that the foregoing is true and correct.  Executed on
2 | November 14, 2014, at Los Angeles, California.

*/s/ Thomas G. Heller*

Thomas G. Heller