Exhibit E

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN RE:                                                    )
COLLINS & AIKMAN PRODUCTS, LLC,          )         C.A. No. _____
a cancelled Delaware limited liability company   )

## PETITIONER CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL'S MOTION TO EXPEDITE PROCEEDINGS

Petitioner California Department of Toxic Substances Control, a California state agency, on behalf of itself and California's Toxic Substances Control Account (collectively "DTSC"), by and through its undersigned counsel, respectfully moves the Court for expedited proceedings with respect to the Verified Petition for the Appointment of a Receiver for a Cancelled Limited Liability Company. The grounds for this motion are more particularly stated in the Verified Petition, filed contemporaneously herewith.

This Court may grant, in its discretion, a motion to expedite proceedings for good cause shown. Good cause requires demonstration of a colorable claim and sufficient possibility of threatened irreparable injury. *See Morton v. Am. Mktg. Indus. Holdings, Inc.*, 1995 WL 1791090, at *2 (Del. Ch. Oct. 5, 1995); *see also Giammargo v. Snapple Beverage Corp.,* 1994 WL 672698, at *2 (Del. Ch. Nov. 15, 1994). DTSC has met this standard set forth herein and in the Verified Petition.

With respect to the colorable claim standard, DTSC has made such a claim for the appointment of a receiver of an otherwise cancelled Delaware limited

liability company pursuant to 6 *Del. C.* § 18-805.  DTSC seeks to add Collins & Aikman Products, LLC ("C&A Products LLC") as an additional defendant in pending federal litigation related to DTSC response actions under CERCLA (42 U.S.C. § 9601(25)) related to the release and/or threatened release of hazardous substances at property owned by C&A Products LLC.  The pending federal litigation is styled *California Dept. of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*, No. 2:14-cv-00595 (E.D. Cal., filed March 3, 2014) (hereinafter *DTSC v. Dobbas*).

DTSC needs to add C&A Products LLC as a defendant to *DTSC v. Dobbas* as the first step in pursuing a direct action against the company's historic insurers. As a result of taking response actions at the Site (defined in the Verified Complaint), DTSC's unpaid costs related to the Site from November 2005 through September 2013 total $2,202,176.92, exclusive of interest.  DTSC expects to continue incurring additional response costs related to the release and/or threatened release of hazardous substances at, beneath, and/or from the Site.

Regarding the irreparable harm and the need for expedition, the current deadline in the *DTSC v. Dobbas* litigation to amend pleadings to add parties is December 31, 2014.  Further, the last available hearing date before that deadline at which a motion to amend may be heard in *DTSC v. Dobbas* is December 15, 2014. Without the ability to add C&A Products, LLC by December 15, 2014, DTSC

2

could lose the ability to pursue its claims for response costs to be paid by C&A Products, LLC's historic insurers.  The elimination of such a right would leave DTSC without a remedy, causing it to suffer harm that is thereafter irreparable.

WHEREFORE, for the foregoing reasons, DTSC respectfully requests an Order expediting these proceedings.

Dated: November 13, 2014     PINCKNEY, WEIDINGER, URBAN
    & JOYCE LLC

    _/s/ Michael A. Weidinger_____
    Michael A. Weidinger (DE No. 3330)
    1220 N. Market Street, Suite 950
    Wilmington, DE 19801
    Telephone:  (302) 504-1497
    Facsimile:  (302) 655-5123
    Email:     mweidinger@pwujlaw.com

    *Counsel for Petitioner*