IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,**<br><br>Defendants.<br><br>And related counterclaims and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**<br><br>(FRCP Rules 15(a)(2) and 21)<br><br>Date:    December 15, 2014<br>Time:    2:00 p.m.<br>Place:   Courtroom 5, 14th Floor<br>          Robert T. Matsui United States Courthouse<br>          501 I Street<br>          Sacramento, CA  95814<br><br>Judge:       Hon. William B. Shubb<br>Trial Date:  January 4, 2017<br>Action Filed: March 3, 2014 |

Plaintiffs California Department of Toxic Substances Control ("DTSC") and the Toxic Substances Control Account ("TSCA") brought this action under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"), 42 U.S.C. §§

1

9601 et seq., to recover cleanup costs from defendants Jim Dobbas, Inc., Continental Rail, Inc., Pacific Wood Preserving, West Coast Wood Preserving, LLC, and David van Over, and for additional relief under California's Carpenter-Presley-Tanner Hazardous Substance Account Act, Cal. Health & Saf. Code §§ 25300 et seq.  Plaintiffs now move for leave to file a First Amended Complaint adding Collins & Aikman Products, LLC as a defendant.  Fed. R. Civ. P. 15(a)(2) ("[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."), 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party.")  Plaintiffs' motion came on regularly for hearing before the Honorable William B. Shubb on December 15, 2014 at 2:00 p.m. in Courtroom 5 of the above-entitled Court.

After consideration of Plaintiffs' motion and supporting documents, all other materials submitted by the parties, arguments by counsel, and review of the record, the Court finds that the requirements for amending the pleadings under Federal Rule of Civil Procedure 15(a)(2) and 21 have been met.

IT IS THEREFORE ORDERED that Plaintiffs' motion for leave to file a First Amended Complaint be, and the same hereby is, GRANTED.

Dated: _____

_____
WILLIAM B. SHUBB
UNITES STATES DISTRICT JUDGE.