# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al. | No. | 2:14-cv-00595-WBS-EFB |

I certify that on <u>November 14, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION OF PLAINTIFFS FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**

**DECLARATION OF THOMAS G. HELLER IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on <u>November 14, 2014</u>, at Los Angeles, California.

| | |
|---|---|
| Thomas G. Heller | */s/ Thomas G. Heller* |
| Declarant | Signature |