Lester O. Brown, Bar No. 160828
LBrown@perkinscoie.com
James G. Bernald, Bar No. 205519
JBernald@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Defendant
West Coast Wood Preserving, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JIM DOBBAS, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION OF PLAINTIFFS FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**<br><br>Date:　　December 15, 2014<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 5, 14th Floor<br>　　　　　Robert T. Matsui United States Courthouse<br>　　　　　501 I Street<br>　　　　　Sacramento, CA  95814 |
| AND RELATED COUNTERCLAIMS AND CROSS-ACTIONS. | Judge:　　　William B. Shubb<br>Trial Date:　January 4, 2017<br>Action Filed:　March 3, 2014 |

38020-0017/LEGAL124179087.1

STATEMENT OF NON-OPPOSITION
2:14-cv-00595-WBS-EFB

Pursuant to United States District Court for the Eastern District of California Local Rule 230(c), Defendant West Coast Wood Preserving, LLC hereby submits this Statement of Non-Opposition to Motion Of Plaintiffs For Leave To File First Amended Complaint Adding Collins & Aikman Products, LLC As A Defendant (ECF Document No. 68).

DATED:  November 25, 2014     **PERKINS COIE LLP**

By:/s/ Lester O. Brown
    Lester O. Brown

Attorneys for Defendant
West Coast Wood Preserving, LLC

# **CERTIFICATE OF SERVICE**

Case Name: *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc. et al*

Case No.:   **2:14-cv-00595-WBS-EFB**

I certify that on November 25, 2014, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**STATEMENT OF NON-OPPOSITION TO MOTION OF PLAINTIFFS FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 25, 2014, at Los Angeles, California

|  Lester O. Brown  | /s/ Lester O. Brown |
|---|---|
| Declarant | Signature |

38020-0017/LEGAL124179087.1