DAVID VAN OVER
216 F STREET, #108
DAVIS, CA 95616
Email: david.vanover@gmail.com
Telephone: (775) 830-3888

IN PRO PER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBS, INC., a California corporation; CONTINANTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PERSERVING, LLC, a Nevada limited liability company,<br><br>Defendants. | CIV. NO. 2:14-595 WBS EFB<br><br>**STATEMENT OF NONOPPOSITION TO MOTION OF PLAINTIFFS FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**<br><br>Date: December 15, 2014<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 14th Floor<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA 95814<br><br>Judge: William B. Shubb<br>Trial Date: January 4, 2017<br>Action Filed: March 3, 2014 |

1

DEFENDANT DAVID VAN OVER'S STATEMENT OF NON-OPPOSITION

Pursuant to United States District Court for the Eastern District of California Local Rule 230(c), Defendant David van Over hereby submits this Statement of Non-Opposition to Motion Of Plaintiffs For Leave To File First Amended Complaint Adding Collins & Aikman Products, LLC As A Defendant (ECF Document No. 68).

DATED: December 1, 2014

**DAVID VAN OVER**

By:/s/ David van Over

IN PRO PER

**CERTIFICATE OF SERVICE**

Case Name: *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc. et al*

Case No.: **2:14-cv-00595-WBS-EFB**

I certify that on December 1, 2014, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**STATEMENT OF NON-OPPOSITION TO MOTION OF PLAINTIFFS FOR LEAVE TO FILE FIRST AMENDED COMPLAINT ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2014, at Los Angeles, California

David van Over /s/ David van Over

Declarant Signature