KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-2628
 Fax: (213) 897-2802
 E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,**<br><br>Defendants.<br><br>And related counterclaims and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**REQUEST FOR JUDICIAL NOTICE OF DELAWARE COURT OF CHANCERY ORDER APPOINTING RECEIVER FOR COLLINS & AIKMAN PRODUCTS, LLC RE PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**<br><br>Date: December 15, 2014<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 14th Floor<br>  Robert T. Matsui United States Courthouse<br>  501 I Street<br>  Sacramento, CA  95814<br><br>Judge: Hon. William B. Shubb<br>Trial Date: January 4, 2017<br>Action Filed: March 3, 2014 |

On November 14, 2014, Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs"), moved for leave to file a first amended complaint adding Collins & Aikman Products, LLC (C&A Products LLC), a cancelled Delaware limited liability company, as a defendant.  (ECF No. 68.)  As described in the motion, Plaintiffs petitioned the Delaware Court of Chancery on November 13, 2014 to appoint a receiver for C&A Products LLC under Delaware law, to ensure that the company had the capacity to be sued in this case. (Memo. of Points and Authorities at 11.)

On December 8, 2014, the Delaware Court of Chancery appointed a receiver for C&A Products LLC under 6 Delaware Code § 18-805.  A copy of the order appointing the receiver for the company is attached as Exhibit A.  Under Federal Rule of Evidence 201, Plaintiffs request judicial notice of this order of the Delaware Court of Chancery in connection with Plaintiffs' motion, because the order is a matter of public record "whose accuracy cannot reasonably be questioned."  Fed. R. Civ. P. 201(b)(2); *see NuCal Foods, Inc. v. Quality Egg LLC*, 887 F.Supp.2d 977, 984 (E.D. Cal. 2012) ("Courts have consistently held that courts may take judicial notice of documents filed in other court proceedings.")

Dated:  December 8, 2014                        Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General


*/s/ Dennis L. Beck, Jr.*

THOMAS G. HELLER
DENNIS L. BECK, JR.
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*