# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al. | No. | 2:14-cv-00595-WBS-EFB |

I certify that on <u>December 8, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST FOR JUDICIAL NOTICE OF DELAWARE COURT OF CHANCERY ORDER APPOINTING RECEIVER FOR COLLINS & AIKMAN PRODUCTS, LLC RE PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on <u>December 8, 2014</u>, at Sacramento, California.

| Dennis L. Beck, Jr. | */s/ Dennis L. Beck, Jr.* |
|---|---|
| Declarant | Signature |