1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  THOMAS G. HELLER (Counsel for service)
   State Bar No. 162561
4  DENNIS L. BECK, JR., State Bar No. 179492
   Deputy Attorneys General
5    300 South Spring Street, Suite 1702
     Los Angeles, CA 90013
6    Telephone:  (213) 897-2628
     Fax:  (213) 897-2802
7    E-mail:  Thomas.Heller@doj.ca.gov
   *Attorneys for Plaintiffs California*
8  *Department of Toxic Substances Control and Toxic*
   *Substances Control Account*

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

13

| | |
|---|---|
| 14  **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,** | 2:14-cv-00595-WBS-EFB |
| 16                                    Plaintiffs, | **NOTICE OF *ERRATA* TO REQUEST FOR JUDICIAL NOTICE OF DELAWARE COURT OF CHANCERY ORDER APPOINTING RECEIVER FOR COLLINS & AIKMAN PRODUCTS, LLC RE PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, ADDING COLLINS & AIKMAN PRODUCTS, LLC AS A DEFENDANT** |
| 17                      v. | |
| 18  **JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,** | |
| 23                                   Defendants. | Date:          December 15, 2014<br>Time:          2:00 p.m.<br>Place:         Courtroom 5, 14th Floor<br>               Robert T. Matsui United States Courthouse<br>               501 I Street<br>               Sacramento, CA  95814 |
| 24  And related counterclaims and cross-claims. | Judge:         Hon. William B. Shubb<br>Trial Date:    January 4, 2017<br>Action Filed:  March 3, 2014 |

26

27

28

1    Plaintiffs California Department of Toxic Substances Control and the Toxic Substances

2    Control Account (collectively, "Plaintiffs"), have discovered that their Request for Judicial

3    Notice, filed on December 8, 2014 (ECF No. 73), contained an incorrect citation on page 1, line

4    13 to the Federal Rules of Civil Procedure, which should have been a citation to the Federal Rules

5    of Evidence.

6    Therefore, attached hereto as Exhibit A, is a copy of the Request for Judicial Notice with

7    the corrected citation.

8

9    Dated:  December 8, 2014                          Respectfully Submitted,

10                                                     KAMALA D. HARRIS
                                                       Attorney General of California
                                                       SARAH E. MORRISON
11                                                     Supervising Deputy Attorney General

12

13                                                     */s/ Dennis L. Beck, Jr.*

14                                                     THOMAS G. HELLER
                                                       DENNIS L. BECK, JR.
                                                       Deputy Attorneys General
15                                                     *Attorneys for Plaintiffs California*
                                                       *Department of Toxic Substances Control*
16                                                     *and Toxic Substances Control Account*

17

18

19

20

21

22

23

24

25

26

27

28

1