# Exhibit C

# INTRODUCING
## A Brand New Treating Company



*PWPB*

"We'll treat your lumber right." Our CCA Salt Treating cylinder is one of the largest in the West; more than 30,000 board feet capacity per charge

STEVE RYAN
General Manager

- Posts
- Poles
- Pilings
- Grape Stakes
- Dimension Lumber
- Timbers
- Cross Arms

**Wolmanized** Pressure-Treated Lumber



**PACIFIC WOOD PRESERVING OF BAKERSFIELD, CORP.**

Try our custom treating combined with our *computerized* inventory control

5601 District Boulevard, Bakersfield, California 93309
**(805) 833-0429**

## New wood treating plant

Reflecting the increased demand for pressure treated wood products, a new treating company has opened in the Southernmost city in California's Great Central Valley.

Pacific Wood Preserving of Bakersfield, situated on 10 acres, with an 8 car rail spur, has a CCA salt treating cylinder which can handle more than 30,000 board feet per charge, making it one of the largest in the West.

A Koppers' licensee, PWPB uses the Wolman method to treat posts, poles, pilings, grape stakes, dimension lumber, timbers and cross arms as well as doing customer treating. According to general manager Steve Ryan, PWPB has weekend loading and unloading, computerized inventory control, and can provide limited storage for customers at the plant, which is 1½ miles off Hwy 99. The firm has two 18,000 lb. forklifts to speed material handling.

An IBM System 32 handles computerized inventory control for the firm and customer as well as payroll, accounts receivable and accounts payable. Bi-weekly printouts including numerical unit designation of dimension, species, grade, total pieces and lengths is available to customers.

An electric eye sorting and stacking machine with the capability of 150,000 feet per day enables the pulling of random length products, a service offered free to customers.

The company marketing area is the entire Pacific southwest.

**TREATING CYLINDER** at Pacific Wood Preserving of Bakersfield facility is capable of handling more than 30,000 board feet per charge.



WCWP000527