1  Lester O. Brown, Bar No. 160828
   LBrown@perkinscoie.com
2  James G. Bernald, Bar No. 205519
   JBernald@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399

6  Attorneys for Defendant
   West Coast Wood Preserving, LLC
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al., | Case No. 2:14-cv-00595-WBS-EFB |
12 | | **[PROPOSED] ORDER RE: MOTION FOR SUMMARY JUDGMENT BY DEFENDANT WEST COAST WOOD PRESERVING, LLC** |
13 | Plaintiffs, | |
14 | v. | |
15 | JIM DOBBAS, INC., et al., | Judge:  Hon. William B Shubb |
16 | Defendants. | Date:  January 26, 2015<br>Time:  2:00 p.m.<br>Place:  Courtroom 5, 14th Floor<br>501 I Street<br>Sacramento, CA 95814<br>Trial:  January 4, 2017<br>Action Filed:  March 3, 2014 |
17 | | |
18 | | |
19 | | |
20 | AND RELATED CROSS-ACTIONS. | |
21 | | |

LEGAL124008069.1

[PROPOSED] ORDER
2:14-cv-00595-WBS-EFB

1  The Motion by Defendant West Coast Wood Preserving, LLC ("WCWP") for summary judgment against Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") came on for a scheduled hearing before Hon. William B. Shubb, Judge Presiding, for the United States District Court Eastern District of California. Thomas G. Heller appeared as attorney for Plaintiffs. Lester O. Brown appeared as attorney for WCWP.

After full consideration of the evidence and briefs submitted by both parties, and the oral arguments of counsel, the Court finds that WCWP has shown by admissible evidence and reasonable inferences therefrom, and matters judicially noticed by the Court, not contradicted by other evidence or inferences, that there is no triable issue as to any material fact, and, WCWP is entitled to judgment as a matter of law. The reasons for the Court's order that there is no triable issue of material fact are set forth in the Court's Memorandum and Order Re: Motion for Summary Judgment.

IT IS THEREFORE ORDERED that the Motion is granted and judgment shall be entered as requested in favor of WCWP and against DTSC.

DATED: _____, 2015

HON. WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DATED: December 15, 2014

**PERKINS COIE LLP**

By: /s/Lester O. Brown
    Lester O. Brown

Attorneys for Defendant
West Coast Wood Preserving, LLC