# Exhibit A

**CH2M HILL**
engineers
planners
economists
scientists

9 May 1979

M12649.A0

Mr. Stephen Ryan
Pacific Wood Preserving Corp.
P.O. Box 12C
Elmira, CA  95625

Dear Mr. Ryan:

Subject: Report on Industrial Wastewater and Storm Water Control

This letter report recommends action to be taken by Pacific Wood Preserving to implement programs for industrial wastewater and storm water control at your site (Figure 1). Technical data supporting key recommendations and alternatives are attached in the appendices. The work performed by CH2M HILL is generally as outlined in our Proposal for Engineering Services, dated 16 March 1979. The only deviation from our work scope involved the quantitive definition of the ground water situation. Analysis of water samples from the wells in both the retail yard area and the stock storage area showed the same concentrations of chrome, copper and arsenic present in the 1972 well data collected prior to plant operation. The well in the process area yielded samples high in chrome. The site soil samples yielded concentrations of chrome, copper and arsenic ranging both above and below the concentrations from an off-site sample. The concentrations on- and off-site were of the same order of magnitude. When viewed together, these data yield an uncertain picture of ground water quality. To better evaluate the situation, we recommend that two monitor well systems be installed - one in the process area and the other in the treated stock storage area. Samples from these wells would provide the data needed to quantitatively define the ground water situation.

**Sacramento Office**
555 Capitol Mall, Sacramento, California 95814   916/441-3955

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029266

Mr. Stephen Ryan
Page 2
9 May 1979
M12649.A0

## BASIS FOR ANALYSIS

Analysis of your plant operations showed that the most logical method of dealing with your site was to consider it as two distinct areas:

- process area
- storage area

The process area includes the retorts, drip pads, chemical storage tanks, mixing tanks and truck unloading areas. Both industrial wastewater and storm water runoff are generated in the process area.

The storage area includes the remainder of the site and may be divided into three sub-areas:

- treated stock storage area
- white (untreated) stock storage area
- buildings

Only storm water runoff is generated in the storage area.

## ALTERNATIVE SOLUTIONS

### PROCESS AREA

#### Industrial Wastewater

Industrial wastewater in the process area includes:

- drip water from newly treated stock
- retort drippings
- compressor seal water
- delivery truck spillage
- storage tank spillage
- mixing tank spillage (potential)

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029267

Mr. Stephen Ryan
Page 3
9 May 1979
M12649.A0

Currently, there are attempts to contain and collect these industrial wastewaters and use them as process water make-up. The facilities required to completely control these wastewaters and recycle them are the same facilities needed to collect storm water runoff in the process area, and are described in the next section.

Storm Water Runoff

Drip pad area runoff, retort drippings, and compressor seal water are presently collected in the retort sumps, pumped to the refuse tank, and used as treatment solution make-up water. Storm water runoff from the tank truck unloading areas, tank pads, and retort areas should be collected and reused.

Based on climatological data for Elmira, California (Appendix 1), our analysis shows that the total average storm water runoff from existing and proposed paved process areas can be reused as make-up water (Appendix 2). Storm water collection, storage and reuse is the alternative selected for all process area storm water runoff.

For the months of November through February, the average annual net precipitation (precipitation-pond evaporation) is 8.7 inches. For the 10-year frequency, net precipitation doubles in the winter months. To facilitate plant operations, we recommend all walled tank areas and retort process areas be drained to the reuse sump to avoid ponding.

Draining the walled tank areas will also solve the problem of reinforcing the existing block walls to hold a one tank failure. With these areas free draining to the sump, the walls only have to be coated to prevent leakage and not to withstand the hydraulic pressure caused by a tank failure.

Existing paved areas total 20,775 square feet, which include the process tank pads and drip pad. To collect the remaining process area storm water runoff, the following paving is required:

- o   Paving under and around the retorts - 3,500 sq ft

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029268

Mr. Stephen Ryan
Page 4
9 May 1979
M12649.A0

- Paving a 12-foot wide strip around the outside of the process tanks to contain unloading spills - 1,560 sq ft

- Expand drip pad area to allow all treated stock to drip for a minimum of 48 hours - 5,460 sq ft

Thus, the total paved process area will be 31,295 sq ft.

The Regional Water Quality Control Board's requirement for sizing the retention facility is to contain the one in 100-year storm, 5.19 inches of rainfall. This requires a sump with a volume of 101,000 gallons.

The physical features to be constructed in the process area are:

- Paving retort area - 4-inch slab with drain scuppers to existing sumps at the ends of retorts

- Paving tank truck unloading area - 8-inch slab with perimeter curb sloped to drain into tank pad area

- Paving expanded drip area - asphalt or concrete pad sloped SW to match existing drip pad paving

- Drip pad curbs - install new asphalt curbs, 6 to 12 inches high around the perimeter of the drip pad area

- Coating tank pad area block walls - hot asphalt spray at block/pad joint and 12 inches up the block wall

- Storage tank and pump - 100,000 gallon storage tank (30'∅ x 20') and pump. There are two alternatives:

    - a below-ground tank utilizing gravity drainage and a pump to transfer storm water to the process water make-up tank. Power failure during a storm will not affect the operation of this alternative.

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029269

Mr. Stephen Ryan
Page 5
9 May 1979
M12649.A0

- an above-ground tank requiring a new pump in either the existing retort sump or a new collection sump to transfer runoff into the tank. Curbs must be designed to contain the 100-year storm or emergency back-up power must be provided to operate the sump pump during power interruptions.

Capital costs for the process area storm water collection, storage and reuse system are estimated at $101,000 for the tank below-ground and $91,000 for the tank above-ground (Appendix 4). Operation and maintenance costs are estimated to be less than $1,000 per year.

STORAGE AREA

Treated Stock Storage Area

In the treated stock storage area, including the retail yard, there are two separate requirements:

o   preventing contaminants from being deposited on the area

o   preventing contaminants, if there, from moving off-site

During dry weather, the expanded drip pad area plus PWP's on-going increased drip time program should prevent contaminants from reaching the storage area. During wet weather, these techniques will materially reduce the introduction of contaminants to the storage area. Wrapping of treated material, a relative expensive practice and highly uncommon in the wood preserving industry, would be needed for complete control of contaminants in wet weather. At this time, we recommend that the effectiveness of the longer drip time be confirmed by regular site soil testing.

[handwritten margin note: "no washoff control for treated stock"]

The soil samples collected on-site do not differ significantly from that collected off-site. Thus, with the improved stock drying procedures, surface water runoff from the treated stock storage area may be similar in quality to runoff from the surrounding land. The monitor well in the

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029270

-12-

Mr. Stephen Ryan
Page 6
9 May 1979
M12649.A0

treated stock storage area will yield data on the need for control of ground water under the site. If control is needed, a surface drainage collection and storage system (Appendix 3) or total paving may be needed. These would be major construction projects. The drainage system is estimated to cost $200,000 (Appendix 4), paving would add $200,000 (Appendix 4) to that cost. We recommend that the monitor wells be installed and data from them evaluated to accurately assess the ground water situation.

*[handwritten margin note: they say present data doesn't support this measure]*

### White Stock Storage Area

We recommend that white stock material be stored along the perimeter of the storage yard. A 40-foot strip along Beet Road on the east side of the yard and a 60-foot strip along Holdener Road should be designated for the exclusive use of storing wood prior to treatment. These strips would be graded to drain to the ditches along the adjoining roads. The untreated wood could be stored up to the property line because there is no concern for surface water contamination from these areas. The areas are assumed to be presently draining offsite, and no construction costs are contemplated for these areas.

### Buildings

The main office building will be fitted with gutters and downspouts to carry rainfall landing on this building to the site perimeter.

We estimate that these improvements will cost approximately $800 (Appendix 4).

### RECOMMENDATIONS

Our specific recommendations are as follows:

1. Install the process area wastewater and storm water collection and storage systems as described.

2. Carefully follow your recently revised requirements for treated stock drying time on the drip pad.

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029271

Mr. Stephen Ryan
Page 7
9 May 1979
M12649.A0

3. Install two monitor wells onsite to determine the condition of the ground water under the site. This program is necessary prior to determining if there is a need for the improvements in the treated stock storage area.

4. Move untreated stock to the perimeter of the site.

5. Install office building gutters to convey rainfall away from the process area.

We will be pleased to discuss the contents of this report with you at your convenience. We appreciate the opportunity to assist Pacific Wood Preserving in developing the solution to your water pollution problems. We are prepared to review our recommendation with the Regional Water Quality Control Board and to begin the ground water testing program and the design of facilities you select.

Yours truly,

William P. Henry, P.E.
Project Manager

ja

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029272

# APPENDIX

1.  Climatological Data

2.  Process Area Storm Water Water Balance

3.  Treated Stock Storage Area Pond Sizing

4.  Cost Estimates

    Process Area
    Treated Stock Storage Area

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029273

APPENDIX 1

PACIFIC WOOD PRESERVING
CLIMATOLOGICAL DATA FOR ELMIRA, CALIFORNIA

| Month | Precipitation[1] | Pan Evaporation[2] | Pond Evaporation[3] |
|---|---|---|---|
| January | 5.03 | 1.49 | 1.27 |
| February | 3.37 | 2.57 | 2.18 |
| March | 2.29 | 4.61 | 3.92 |
| April | 1.60 | 6.78 | 5.76 |
| May | 0.44 | 8.76 | 7.45 |
| June | 0.12 | 10.19 | 8.66 |
| July | 0.01 | 10.48 | 8.91 |
| August | 0.02 | 9.12 | 7.75 |
| September | 0.24 | 7.46 | 6.34 |
| October | 1.19 | 5.31 | 4.51 |
| November | 2.45 | 2.45 | 2.08 |
| December | 4.24 | 1.48 | 1.26 |
| Annual Total | 21.00 | 70.70 | 60.09 |

[1] Monthly average in inches--based on average annual rainfall of 21 inches and monthly averages for Davis and Vacaville Stations reported by National Climatilogical Center, Ashville, North Carolina.

[2] From data recorded at U.C. Davis Class A Evaporation Pan for period of 1959 to 1978 provided by Dr. William Pruitt of U.C. Davis. Davis data is representative of Elmira conditions.

[3] Pond Evaporation = 0.85 Pan Evaporation--from discussion with Dr. William Pruitt of U.C. Davis. Pan at Davis in pasture, so coefficient of 0.85 is reasonable.

---

100-year, 24-hour rainfall event = 5.19 inches

10-year annual rainfall total = 30.22 inches

From "DWR Bulletin 195, Volume 1 rainfall analysis for drainage design" for Fairfield Station (mean annual rainfall = 21.05 inches).

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029274

APPENDIX 2

PROCESS AREA STORMWATER RUNOFF COLLECTION,
STORAGE, AND REUSE WATER BALANCE

(1,000 Gallons/Month)

|  | \_ | \_ | \_ | \_ | Month | \_ | \_ | \_ | \_ | \_ | \_ | \_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | J | F | M | A | M | J | J | A | S | O | N | D |
| Process Water Use, 1978 | 207 | 216 | 291 | 321 | 323 | 341 | 292 | 288 | 252 | 288 | 170 | 142 |
| Average Precipitation, 31,295 square feet | 98 | 66 | 45 | 31 | 9 | 3 | 0 | 0 | 5 | 23 | 48 | 83 |
| Net Demand | 109 | 150 | 246 | 290 | 314 | 339 | 292 | 288 | 247 | 265 | 122 | 109 |

Storage capacity for 5.19 inches rainfall on 31,295 square feet - 101,242 gallons.

APPENDIX 3

PACIFIC WOOD PRESERVING
SIZING OF HOLDING POND BASED ON 10-YEAR ANNUAL RAINFALL-TREATED STOCK STORAGE AREA

| Item | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-Year Rainfall[1] | 727 | 488 | 331 | 232 | 63 | 17 | 1 | 3 | 35 | 173 | 354 | 613 |
| 10-Year Runoff[2] | 582 | 390 | 265 | 186 | 50 | 14 | 1 | 2 | 28 | 138 | 283 | 490 |
| 10-Year Pond Rainfall[3] | 104 | 70 | 47 | 33 | 9 | 2 | - | - | 5 | 25 | 51 | 88 |
| Total Storage[4] | 686 | 460 | 312 | 219 | 59 | 16 | 1 | 2 | 33 | 163 | 334 | 578 |
| Pond Evaporation[5] | 13 | 22 | 39 | 58 | 75 | 87 | 90 | 78 | 64 | 45 | 21 | 13 |
| Net Storage[6] | 673 | 438 | 273 | 161 | -16 | -71 | -89 | -76 | -31 | 118 | 313 | 565 |
| Production Water Use[7] | 106 | 148 | 245 | 289 | 314 | 339 | 292 | 288 | 247 | 264 | 121 | 107 |
| Storage Balance[8] | 567 | 290 | 28 | -128 | -330 | -410 | -381 | -364 | -278 | -146 | 192 | 458 |

---

[1] All values in 1,000 gallons--based on average monthly distribution of 10-year annual rainfall of 30.22 inches and areas of 1.0 acres in retail yard and 2.6 acres in stock storage area.

[2] Runoff = 0.8 rainfall

[3] Rainfall on 0.53 acre pond

[4] Storage = runoff + pond rainfall

[5] Evaporation from average surface area of pond of 0.37 acres

[6] Net Storage = storage - pond evaporation

[7] From PWP records less production area runoff amounts

[8] Storage Balance = net storage - water use

Maximum storage balance during year (November through March) = 1,535,000 gallons = 4.7 acre-feet.

APPENDIX 4

PRELIMINARY COST ESTIMATE
FOR PROCESS AREA STORMWATER COLLECTION AND REUSE SYSTEM

| Item | Size/Features | Cost |
|---|---|---|
| Paving Retort Area | Concrete, 43 yds (3,500 sq ft x 4") Scuppers Hand Grading and Fill | $15,000 |
| Paving Tank Truck Unloading Area | Concrete, 38 yds (1,560 sq ft x 8") | 6,000 |
| Paving Expanded Drip Pad Area | Concrete, 106 yds (5,640 sq ft x 6") | 20,000 |
| Drip Pad Curbs | Asphalt, 100 tons (1,900 ft curb) | 5,000 |
| Coating Tank Pad Block Walls | Hot Asphalt Spray 2-ft Strip, over 6" Asphalt Corner Fillets, 400 lineal ft | 2,000 |
| Sump and Pump Below Ground | Concrete Sump, 107 yds (30'∅ x 20', 10" walls, 16" bottom) Reuse Sump Pump | 30,000 3,000 |
| Sump and Pump Above Ground | Steel Tank 30'∅ x 20' Sump Pumps and Emergency Power | $17,000 8,000 |
| Contingency 25% | | 18,000-20,000 |
| Total Cost with Sump In Ground | | $101,000 |
| Total Cost with Sump Above Ground | | $91,000 |

-19-

APPENDIX 4

PRELIMINARY COST ESTIMATE
FOR TREATED STOCK STORAGE AREAS
DRAINAGE AND POND SYSTEM

| Item | Quantity | Unit Cost | Item Cost |
|---|---|---|---|
| 6" Gravity Storm Drain Pipe | 525 ft | $9/ft | $ 4,725 |
| 12" Gravity Storm Drain Pipe | 1,250 ft | $18/ft | 22,500 |
| 6" Pressure Makeup Water Pipe | 950 ft | $12/ft | 11,400 |
| Pond Lift Station | | L.S. | 30,000 |
| 18"⌀ Drain Inlets | 6 | $350 | 2,100 |
| Precast Drain Basins | 2 | $750 | 1,500 |
| Pond Earthwork | | L.S. | 45,000* |
| Pond Valves, Controls and Piping | | L.S. | 25,000 |
| Pond Chain Link Fence | 1,000 ft | $7/ft | 7,000 |
| Site Grading | 175,000 sq ft | $0.05 sq ft | 8,750 |
| Ditch Grading | 21,000 ft | $2/ft | 4,200 |

| | | | |
|---|---|---|---|
| Subtotal | | | $165,000 |
| Contingency - 25% | | | 40,000 |
| TOTAL | | | $203,000 |

Preliminary Cost Estimate - Paving

| | | | |
|---|---|---|---|
| Asphalt Paving | 160,000 sq ft | $1/sq ft | $160,000 |
| Contingency - 25% | | | 40,000 |
| TOTAL | | | $200,000 |

Preliminary Cost Estimate - Buildings

| | | | |
|---|---|---|---|
| Building Gutters | 130 ft | $5/ft | $   650 |
| Contingency - 25% | | | 150 |
| TOTAL | | | $   800 |

*Assumes suitable material onsite.