Exhibit B



engineers
planners
economists
scientists

16 March 1979

M468.32

Mr. Stephen Ryan
Pacific Wood Preserving
Corporation
P.O. Box 128
Elmira, California 95625

Dear Mr. Ryan:

Subject: Proposal for Engineering Services
Storm Water and Industrial Wastewater Control

CH2M HILL is pleased to provide this proposal for engineering services to assist you in complying with the Regional Water Quality Control Board's waste discharge requirements. We appreciate the time that you took to brief us on the current conditions at Pacific Wood Preserving's premises. Since that meeting we have visited the Regional Board's office in Sacramento, and have spoken with Mr. Greg Vaughn, who provided additional data on the situation at your plant.

Our proposal for engineering services deals with control of both storm water runoff and process water. Storm water runoff is the most serious concern. We suggest that the time-phased program described herein be undertaken. In it, the necessary work is broken into logical steps. Yet, there is flexibility to allow a change in direction if the preliminary investigations uncover opportunities worth following.

We have divided the project into four phases:

| | | |
|---|---|---|
| Phase I | A. | Data Collection and Evaluation |
| | B. | Problem Definition |
| Phase II | A. | Site Modification Analysis |
| | B. | Treatability Analysis |
| | C. | Selection of Technical Solution |
| Phase III | A. | Design of Control System |
| Phase IV | A. | Construction of Control System |
| | B. | Start Up, Operation and Monitoring |

The description of the work to be performed in each phase and the proposed project schedule follows:

**Sacramento Office**
555 Capitol Mall, Sacramento, California 95814 916/441-3955

Phase I

A. DATA COLLECTION AND EVALUATION

This portion of the project covers collection and evaluation of existing information on wastewater characteristics.

Specific work items to be performed are:

- Review Pacific Wood Preserving records and reports on:
  - Well water quality
  - Water usage
  - Soil characteristics
  - Plant chemical usage
  - Storm water runoff quality
  - Process wastewater quality
  - Wastewater treatability
  - Chemical delivery and storage techniques
- Sampling of site soil and process wastewater and engineering analysis of:
  - Concentrations of pollutants in process wastewater
  - Concentration of pollutants in soil
  - Rainfall patterns to determine runoff storage requirements and concentrations of pollutants in runoff
- Meet with:
  - Regional Water Quality Control Board to verify waste control requirements

B. PROBLEM DEFINITION

From the investigation and evaluations performed in A above, the specific causes of the pollution problem will be determined and the extent of surface and ground water pollution will be quantified.

This portion of the project will result in:

- Clear understanding of the Regional Water Quality Control Board's waste discharge requirements

- Quantitative definition of surface and ground water pollution problem from the storm water runoff and process wastewater generated on site

Phase II

A. SITE MODIFICATION ANALYSIS

This portion of the project covers analysis of paving, grading, berms and other site modifications which may reduce the volume of storm water runoff that requires storage. Specific work items to be performed are:

- Evaluate site for areas where:
  - Potential chemical spills could occur
  - Newly treated lumber could safely be stored
  - Processing leakage could cause site contamination
- Prepare preliminary designs and unit cost estimates for paving, grading and other remedial works

This portion of the project will result in:

- Site modifications that could reduce the volume of storm water to be stored
- Costs of these modifications for comparison with possible treatment costs

B. TREATABILITY ANALYSIS

Based on the storm water runoff and process wastewater constituents identified, CH2M HILL will analyze alternative treatment processes for the runoff and process wastewater to meet the site discharge requirements.

Specific work items to be performed are:

- Laboratory and/or bench-scale pilot plant work to determine design parameters
- Preparation of preliminary equipment layouts and process flow sheets

- Evaluation of the performance of these processes over the range of loadings expected due to alternative site modifications identified
- Estimation of costs for achieving discharge requirements

This portion of the project will result in:

- Identification of treatment processes required to meet allowable discharge levels
- Costs of these treatment processes

C. SELECTION OF TECHNICAL SOLUTION

This portion of the project involves the evaluation of combinations of wastewater treatment and site modifications to develop the lowest cost method to obtain compliance with the waste discharge requirements.

Specific work items include:

- Formulation of alternatives, including treatment of all wastewater and selected combinations of treatment and site modifications
- Determination of the life cycle cost of each alternative based on capital cost and operation and maintenance costs
- Evaluation of the reliability and ease of operation of each alternative
- Recommendation of the alternative that best meets the needs of Pacific Wood Preserving

Phase III

A. PROJECT DESIGN

At this time, we cannot define the work required to design the facilities. At the end of Phase II, a detailed scope of work for Phase III will be prepared.

In general, we see this portion of the project covering the preparation of the construction plans and specifications for the facilities selected by Pacific Wood Preserving. Typical work items to be performed are:

- Preparation of sufficient construction drawings and sketches to show project construction requirements
- Preparation of specifications for key items of equipment and construction

This portion of the project will provide the material needed to allow a contractor to install the facilities designed.

Phase IV

At this time, we cannot define the work required during construction and operation of the facilities. At the end of Phase III, a detailed scope of work for Phase IV will be prepared. In general, we see these services during Phase IV.

A. CONSTRUCTION

During the construction of the project, CH2M HILL will provide construction management services including inspection for compliance with plans, approval of shop drawings and resolution of contractor claims, if any.

B. START UP, OPERATION AND MONITORING

CH2M HILL will assist Pacific Wood Preserving in start up and acceptance of the constructed facilities. During the initial operating period, CH2M HILL staff will be available, as needed, to answer questions concerning new or modified operations. We would also train your staff in the operation of the treatment system, if any. In addition, we would also perform routine monitoring sampling and analysis to verify control effectiveness.

We recognize that 1 July is the date mandated for completion of the selected system. At the end of Phase II, we will be in a position to verify the project completion date. We will work closely with you and your staff to complete our work as quickly and efficiently as possible.

At the start of work on the control system, it may be desirable to visit the California Pollution Control Financing Authority. This State agency assists in financing mandated pollution control facilities. To date, the Authority has financed over $150 million in projects at an average interest of less than 6.5 percent and for repayment periods up to 30 years. CH2M HILL is familiar with the CPCFA requirements, and would assist you in preparing necessary applications for project financing if you wish to pursue that source of funds.

CH2M HILL currently has staff available with experience in industrial waste projects similar to yours. We propose to work under a salary cost multiplier agreement, including reimbursement for direct expenses. We estimate that Phases I and II, as described, would cost $14,000 to $16,000. This estimate and the scope of work are based on information we have to date and may be modified following the meeting next week.

Attached are two copies of an Authorization for Services covering Phases I and II. One copy should be signed and returned to us prior to the 20 March meeting.

Sincerely,

Steve R. Dalrymple
for William P. Henry, P.E.
Manager, Industrial Projects

vl

Enclosures

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029288



| | MARCH | | APRIL | | | | MAY | | | | JUNE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 19 | 26 | 2 | 9 | 16 | 23 | 30 | 7 | 14 | 21 | 28 | 4 |
| **PHASE I** | | | | | | | | | | | | |
| A. DATA COLLECTION AND EVALUATION | | | | | | | | | | | | |
| B. PROBLEM DEFINITION | | | | | | | | | | | | |
| **PHASE II** | | | | | | | | | | | | |
| A. SITE MODIFICATION ANALYSIS | | | | | | | | | | | | |
| B. TREATABILITY ANALYSIS | | | | | | | | | | | | |
| C. SELECTION OF CONTROL/TREATMENT SYSTEM | | | | | | | | | | | | |
| **PHASE III** | | | | | | | | | | | | |
| A. DESIGN | | | | | | UNDEFINED AT THIS TIME | | | | | | |
| **PHASE IV** | | | | | | | | | | | | |
| A. CONSTRUCTION | | | | | | UNDEFINED AT THIS TIME | | | | | | |
| B. OPERATION AND MONITORING | | | | | | UNDEFINED AT THIS TIME | | | | | | |

PROPOSED PROJECT SCHEDULE
PACIFIC WOOD PRESERVING CORPORATION
CONTROL OF STORM WATER
AND INDUSTRIAL WASTEWATER