# Exhibit C

19 November 1979

Mr. Richard F. Jackson
Pacific Wood Preserving
Post Office Box 128
Elmira, CA 95625

PACIFIC WOOD PRESERVING CORPORATION, SOLANO COUNTY

On 1 November 1979, staff made a compliance inspection of your wood treating plant.

This inspection indicates that you are currently in compliance with both the waste discharge requirements governing the facility and Cleanup and Abatement Order issued 2 March 1978. But, as noted in the staff memorandum, future sampling of monitoring wells shall be done to assure continued compliance with water quality criteria.

Based upon this information, the Cleanup and Abatement Order for Pacific Wood Preserving Corporation is hereby rescinded.

JAMES A. ROBERTSON
Executive Officer

GKV/gs

Enclosure

```
APPROVED
GKV
author
WSJ for SRP
Sr. Engineer
```

MEMORANDUM

TO: Stan Phillippe            DATE: 19 November 1979

FROM: Greg K. Vaughn

SUBJECT: PACIFIC WOOD PRESERVING

On 1 November 1979, I inspected the subject facility to ascertain compliance with the Cleanup and Abatement Order issued 2 March 1978 and with Board Order No. 79-56. Inspection was made in company of Mr. Richard Jackson, owner-manager. Inspection revealed that all the work has now been completed as illustrated in CH2M Hill's report of 9 May 1979 and Pacific Wood's letter of 19 October 1979. This included the complete removal of all contaminated soil to a Class I landfill and its replacement with clean native soils. The upgrading of the wood treating facilities is now complete, including construction of an additional 70,000 gallon holding tank to prevent further discharges to surface waters and surface water drainage courses.

It should be noted that the first monitoring report submitted showed levels of chromium approaching drinking water standards. Pacific Wood will continue monitoring shallow groundwater to determine what effect, if any, the spills from the plant have had on groundwater. Three shallow wells and one deep well are provided on-site in accordance with Monitoring Program No. 79-56 and are to be sampled semi-annually.

With cleanup complete and measures constructed to prevent further incidences of spillage, the facility is now in compliance with the Cleanup and Abatement Order and the governing waste discharge requirements.

*Greg K. Vaughn*
GREG K. VAUGHN, Area Engineer

GKV/gs

cc: Pacific Wood Preserving

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029230