# Exhibit E



**State of California**
**Department of Justice**
**George Deukmejian**
(PRONOUNCED DUKE-MAY-GIN)
**Attorney General**

555 CAPITOL MALL, SUITE 350
SACRAMENTO 95814
(916) 445-9555

July 30, 1979

Law Offices of
Dobbins, Weir, Thompson
 & Stephenson
500 Main Street
Vacaville, California 95688

Attention: Donald P. Stephenson, Esq.

Re: People v. Pacific Wood Preservation
Corporation, et al.
Solano Superior Court No. 72764

Dear Mr. Stephenson:

We have reviewed this entire matter with our client in light of the points raised in your recent letter. Of particular concern to our client is the fact the plant manager (Mr. Murphy) and the acting plant manager (Mr. Bonifacio) were requested on three separate occasions in January and February 1979 to cease the practice of allowing chemical contaminants from the plant to reach surface water drainage courses. When these facts re coupled with the existence of a clean-up and abatement der issued March 2, 1978, directing correction of the ischarge violations your client was continuing to perpetrate, our office and our client could only conclude that the laws prohibiting such discharges and at least the spirit of the order involved, if not the order itself, were being intentionally ignored. Accordingly, we do not feel that a $2,500 penalty constitutes an adequate disposition of your client's failure to comply with the law or the clean-up and abatement order involved, and your offer is rejected. Our officer, however, is willing to recommend to our client that it accept $7,500 in full settlement of this matter. We will not recommend settlement at a lower figure. Please advise us no later than August 31, 1979 whether you wish to settle for $7,500. If your client does not wish to settle for this amount, your answer or other responsive pleading must be filed by that same August 31, 1979 date.

Very truly yours,

George Deukmejian
Attorney General

Walter E. Wunderlich
Deputy Attorney General

WEW:kd

CC: Greg Vaugh

RECEIVED Jul 31 2:58 PM '79 CENTRAL VALLEY REGION CALIFORNIA WATER CONTROL

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029255