# Exhibit F

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | U.S. Edition

SUBSCRIBE NOW | Log In | Register Now | Help

**The New York Times**

**Business Day**

Search All NYTimes.com [Go]

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

[Search] International | DealBook | Markets | Economy | Energy | Media | Technology | Personal Tech | Small Business | Your Money

SAS Visual Analytics — Running your business is costly. Your analytics shouldn't be. Try the demo. SAS THE POWER TO KNOW.

# Wickes Reaches an Agreement With Creditors

By THOMAS C. HAYES, Special to The New York Times
Published: February 24, 1984

**LOS ANGELES, Feb. 23—** The Wickes Companies said today that it had reached an agreement in principle with representatives of more than 250,000 creditors, thus clearing the major hurdle in one of the largest bankruptcies in corporate history.

The pact calls for creditors of Wickes's two operating companies, the Wickes Corporation and Gamble-Skogmo Inc., to receive $289 million in cash and $524.9 million in a series of long-term notes for a portion of the $1.21 billion in unsecured debt still owed. To cover another $400 million in debt, the creditors would also receive 82.5 percent of the common stock in the company that emerges from bankruptcy.



Richard H. Daniel, an executive vice president of the Security Pacific National Bank and head of a committee of Wickes Corporation creditors, called the agreement "a good resolution from all aspects." He said the package of cash and notes is worth 61 cents on the dollar for creditors of the Wickes Corporation, and 90 cents on the dollar for Gamble-Skogmo creditors. The value of the stock to be issued will depend on the company's performance. The Wickes Corporation unit is prmarily involved in lumber and building products. Gamble-Skogmo operates a chain of retail stores in the Middle West

Bankruptcy Filing in 1982

Wickes sought protection from creditors under Chapter 11 of the Federal on April 24, 1982, when its new management found itself confronted with a lack of cash and a loss of supplier confidence. With debts totaling $1.6 billion, Wickes at the time was the second-largest corporate bankruptcy, after the Penn Central filing in 1970.

Wickes shares, removed from the New York Stock Exchange after the bankruptcy filing, are traded on the Pacific Stock Exchange and in the over-the-counter market. They were quoted in over-the-counter trading Thursday at $3.50 bid, off 25 cents.

Sanford C. Sigoloff, the executive who was hired two years ago to rescue Wickes, intends to remain with the company, said Jeff Chanin, executive vice president.

Indeed, noting the concern of many creditors who wanted Mr. Sigoloff to stay, Edmund M. Kaufman, an outside lawyer for Wickes, said "management continuity will be a significant subject" outlined in a disclosure statement that Wickes plans to file within 30 days "There will be employment ag reements with most key executives to ensure creditors that this management will be around to pay the obligations that it plans to issue," he said.
Salary and Bonuses

Mr. Sigoloff, who is 53 years old, was paid $564,648 in salary and bonuses in the fiscal year ended Jan. 29, 1983. Mr. Kaufman added that stock options or other "financial rewards" were likely to be part of a new compensation package.

Wickes lost more than $400 million in the 15 months before Mr. Sigoloff's appointment. The company owed $580 million in short-term loans, plus $618.3 million in long-term debt, much of which was taken on in 1980 when Wickes acquired Gamble-Skogmo.

Mr. Sigoloff, nicknamed "Ming the Merciless" from his previous experience in cost-cutting

FACEBOOK | TWITTER | GOOGLE+ | EMAIL | SHARE | PRINT | REPRINTS

MORE IN BUSINESS DAY (1 OF 30 ARTICLES)
The Upshot: What Bourbon Producers Can Teach the Oil Industry
Read More »

MOST EMAILED | RECOMMENDED FOR YOU

1. In College Football, Now the Trophies Precede the Rivalries
2. ALABAMA 25, MISSISSIPPI STATE 20 — Facing the Best, the Tide, as Usual, Are Better
3. GEORGIA 34, AUBURN 7 — Georgia Dominates Auburn, but a Late Injury Dampens the Celebration
4. Facebook Will Curtail Unpaid Ads by Brands
5. BITS — Facebook Testing Collaboration Tools for Businesses
6. Win or Lose on Sunday, Social Media Is a Draw
7. 'More Awesome Than Money,' by Jim Dwyer
8. Virtual Reality Fails Its Way to Success
9. Domestic Violence Counts Lead to

at other bankrupt companies, cut Wickes's employment by 10,000, to the current 28,000. He sold several businesses and shut the Alden's mail-order unit, which employed 3,000 and was losing $40 million a year.

The slimmed-down Wickes earned $23.3 million in the three quarters ended last October, compared with a loss of $232.8 million for the comparable period in 1982. It continues to operate profitably, said Michael Sitrick, a company spokesman. Sales Increase Expected

He said the company expected to post sales of about $2.9 million for the year ended Jan. 29, up from $2.6 billion a year earlier. Building materials and home-improvement products now account for about 40 percent of the parent company's sales.

Bruce Spector, an outside lawyer handling Wickes's bankruptcy affairs, said the company hoped to announce an agreement soon on repayment of $45 million in debt still in dispute among creditors of Wickes's Howard Brothers subsidiary, a hardware retailer in the Southeast.

The company said in a statement that it hoped to receive court approval for the reorganization of its two operating companies this fall so payments could be made before the end of the year. A majority of each class of creditors and stockholders, accounting for at least two-thirds of the dollar amount of existing debt and stock in each class, must also approve the plan.

Wickes last year reached settlements involving $380 million owed to creditors of its Gamble-Skogmo and Wickes credit companies.

FACEBOOK   TWITTER   GOOGLE+   EMAIL   SHARE

Ads by Google                                    what's this?

**Progress in Top .1% in US**
A child'hood is a terrible thing to
waste: Don't underestimate ur child
www.championschool.org

10. Todd Gurley's Return Is Brief



Log in to discover more articles based on what you've read.

Log In   Register Now   What's This? | Don't Show





© 2014 The New York Times Company | Site Map | Privacy | Your Ad Choices | Advertise | Terms of Sale | Terms of Service | Work With Us | RSS | Help | Contact Us | Site Feedback