Exhibit G

CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD
CENTRAL VALLEY REGION

CLEANUP AND ABATEMENT ORDER
FOR
WICKES FOREST INDUSTRIES
THE WICKES CORPORATION
ELMIRA, SOLANO COUNTY

The California Regional Water Quality Control Board, Central Valley Region (hereafter Board), finds that:

1.  Wood treatment at the Elmira facilities was started in 1972.  Since 12 September 1979 it has been owned by The Wickes Corporation and operated by Wickes Forest Industries.  The previous owner and operator was Pacific Wood Preservation Corporation.

2.  Pacific Wood Preservation Corporation was dissolved from corporation in the State of California on 11 September 1980.

3.  The facility treats lumber with a fifty percent solution of chromated copper arsenate in a vacuum tank.

4.  Surface drainage from the facilities is to Ulatis Creek, tributary to Cache Slough, tributary to the Sacramento River.

5.  The beneficial uses of Cache Slough and downstream waters are domestic, municipal, agricultural, and industrial supply; recreation, including body contact sports; esthetic enjoyment; navigation; and the preservation and enhancement of fish, wildlife, and other aquatic resources.  The beneficial uses of local ground waters are domestic, industrial, and agricultural supply.

6.  Cache Slough is the domestic water supply for the city of Vallejo.  Local ground water in the area is used for Elmira's domestic supply.

7.  On 7 November 1980, the first reported spill during Wickes' ownership included approximately 12,000 gallons of water from a mixing tank to a nearby ditch.  About 6,000 gallons were pumped from the ditch back into the mixing tanks.  Some of the soil in the ditch, contaminated by this spill, was removed.  Soil samples from the ditch before 7 November 1980 showed high levels of contaminants.

8.  The Engineering Report, dated 25 June 1981, which was required by Waste Discharge Requirements, Order No. 81-031 defined the extent of soil contaminated with hazardous levels of pollutants as determined by the State Department of Health Services.  The Report recommended the contaminated soil be removed to a Class I disposal site.

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029747

-40-

WICKES FOREST INDUSTRIES                                                    -2-

9.  In a 28 September 1981 letter, Wickes Forest Industries stated "...the cost of compliance is prohibitive... We are requesting that the Board reevaluate its finding and rescind its Order 80-031."

10. In a 30 April 1982 letter, The Wickes Corporation stated "On 24 April 1982, in the Federal Bankruptcy Court, Central District of California, Los Angeles, California, Case Number LA 82-OO659WL, The Wickes Corporation filed a petition in bankruptcy under Chapter 11, Corporation Reorganization, which petition included its division, Wickes Forest Industries... we are requesting an extension in providing a revised plan for excavating and removing the contaminated soil..."

11. Concentrations of arsenic and chromium have exceeded drinking water standards in ground water monitoring and production wells. Although the Engineering Report could not identify the source of ground water pollution, it recommended future corrective actions if the apparent contamination continues to persist.

12. The contaminated soil poses a threat to ground water quality and could further contribute to the existing ground water contamination.

13. Section 13304(a) of the California Water Code provides that "Any person who...has caused or permitted causes or permits or threatens to cause or permit any waste to be discharged or deposited where it is, or probably will be, discharged into waters of the State and creates, or threatens to create, a condition of pollution or nuisance, shall upon order of the regional board clean up such waste or abate the effects thereof or, in the case of threatened pollution or nuisance, take other necessary remedial action..."

14. Issuance of this Order is exempt from the provisions of the California Environmental Quality Act (Public Resources Code Section 21000, et seq.) in accordance with Section 15121, Chapter 3, Title 14, California Administrative Code.

IT IS HEREBY ORDERED, that pursuant to California Water Code Section 13304, Wickes Forest Industries, owned by The Wickes Corporation, shall:

1. Immediately remove contaminated soil as identified by the Engineering Report to an approved disposal site utilizing an approved hazardous waste hauler. Soils shall be cleaned up to reach concentrations below the hazardous level, which are 50 mg/kg arsenic, 50 mg/kg chromium and 150 mg/kg copper as defined by the Health Department.

2. Additional cleanup actions may be required if ground water contamination persists after contaminated soils have been removed from the site.

JAMES A. ROBERTSON, Executive Officer

GHW:sb  6/7/82

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029748

-41-