-69-

# Exhibit K

STATE OF CALIFORNIA  
GEORGE DEUKMEJIAN, Governor

## CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD—CENTRAL VALLEY REGION
3201 S STREET  
SACRAMENTO, CALIFORNIA 95816-7090  
PHONE: (916) 445-0270

12 August 1983

Ms. Jeannette Meir Zacker  
Wickes Forest Industries  
P.O. Box 4056  
Santa Monica, CA  90405

REVISED TIME SCHEDULE FOR ACTIONS RELATED TO THE ELMIRA WOOD TREATING FACILITY

This letter presents the revised time schedule agreed upon by Wickes representatives and Regional Board staff at our meeting on 5 August 1983 (list of participants attached.) The schedule includes tasks and submittals necessary for cleanup, and stormwater management, and monitoring related to the Elmira facility.

| Date | Action |
|---|---|
| 12 August 1983 | Woodward Clyde furnishes costs of treatability to Wickes. |
| 15 August 1983 | DOHS gives 'direct contact' members to Woodward/Clyde. |
| 19 August 1983 | Wickes approves performance of treatability work by Woodward. |
| 12 September 1983 | Wickes submits proposed plan to RWQCB. It will include but not be limited to stormwater management, cleanup/containment of contaminated soil; groundwater cleanup; procedure for ongoing monitoring and testing. |
| 19 September 1983 | RWQCB and DOHS approve Wickes proposed plan. Wickes will have completed resin bench test results. (Assuming approval on 8/19/83). |
| 10 October 1983 | Wickes will complete the following: 1.) Construction of french drain and stormwater trench. 2.) Design and specifications for fabrications. 3.) Selection of vendors. |
| 7 November 1983 | Wickes will complete construction of treatment plant on site. |
| 21 November 1983 | Wickes will complete start up testing. |

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029607

Ms. Jeannette Meir Zacker       -2-       12 August 1983

Two other issues discussed at the meeting but not included on the above time schedule were hook-up to the Vacaville sewer system and Wickes monitoring the School and A Street wells. I have been in contact with the City of Vacaville and will notify you of any development towards using this option. Please let me know of progress you are making towards monitoring the wells.

I appreciate the cooperative attitude you expressed at our last meeting. I believe that this approach will help achieve a rapid and effective clean-up of the water quality problems.

If you have any questions please contact me.


KAREN A. O'HAIRE
Chief
North Valley Regulatory

KOH:amr
Attachment

cc:    Messers El Kessler; Steve Debusky, Wickes
       Mr. James Levine, Levine Fricke
       Mr. Gary Reents, Department of Health Services
       Mr. Al Ridley, Woodward Clyde

APPROVED

author

Sr. Engineer

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029608