# Exhibit L

STATE OF CALIFORNIA — GEORGE DEUKMEJIAN, *Governor*

## CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD—
## CENTRAL VALLEY REGION
3201 S STREET
SACRAMENTO, CALIFORNIA 95816-7090
PHONE: (916) 445-0270



19 September 1983

Ms. Jeannette Meir Zacker
Wickes Forest Industries
P.O. Box 4055
Santa Monica, CA 90405

Thank you for submitting your proposed remedial action plan. We and the Department of Health Services (DOHS) have reviewed it. The Board, with the concurrence of DOHS, conceptually approves the stormwater management plan and the cleanup plan. As I explained in our phone conversation on 15 September 1983, we still have some concerns regarding the plans (these concerns are discussed below and in the attached memo). Please address these as you begin construction on the french drain and stormwater diversion ditches.

1. Prepare and submit a detailed monitoring program for the ion exchange effluent and stormwater runoff. It should include but not be limited to sampling frequency, constituents, and duration of the program. Monitoring will be required after the ground water treatment has been shut down.

2. Develop and provide a financial assurance program for continuing operation, maintenance and long term monitoring.

3. Demonstrate that chromium and arsenic will not leach into high ground water under the sealed pavement.

4. Submit a proposal for deed restriction on use and sale of the property. Because the site will retain high soil concentrations of arsenic, chromium, and copper, it is a hazardous waste site.

5. Submit engineering certification for design of the facilities (and for construction when completed).

6. Submit the backup design calculations for the stormwater drainage, french drain and ion exchange reservoir (for arsenic, chromium III and VI and copper.    X

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029481

Ms. Jeannette Meir Zacker        -2-        19 September 1983

7. Complete studies that will define background concentrations of arsenic, chromium and copper in the Elwira area.

8. Design and install a fail-safe shutoff device on the ion exchange treatment system to prevent untreated waters from leaving the site.

9. Submit plans for the roof to demonstrate that it will keep rainwater off of the processing area and show where it will drain.

10. Seal and abandon wells M-1 and M-2, and production well DW-2 to prevent future conductance of pollutants into the deeper aquifer. The construction and casings of these wells appear inadequate to prevent movement of contaminants from shallow to deep aquifers.

The concepts and design for the stormwater management system and french drain, appear adequate. Construction of the stormwater and french drain facilities prior to winter rains is our primary concern. Your construction work can proceed on these facilities as we work with you on these concerns.

KAREN O'HAIRE
Chief
North Valley Regulatory

KOH:ljl

Enclosure

| APPROVED |
| --- |
| author |
| Sr. Engineer |

cc: Mr. Gary Reents, DOHS, HWMB, Sacramento
    Dave Eubanks, Solano County Health Department, Vallejo
    Joe Munoz, City of Vacaville, Vacaville
    Messers EL Kessler, Steve Debusky, Wickes Forest Industries, Dinuba
    Mr. Al Ridley, Woodland/Clyde Consultants, Walnut Creek
    Mr. James Levine, Levine Fricke, Walnut Creek

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029482

-74-