-108-

# Exhibit N

**Johnston - Ridley - McConnell**     Geotechnical Engineers & Geologists

2717 No. Main Street, Suite 7A, Walnut Creek, California 94596
(415) 947-2900

Robert E. Johnston, PE
John R. McConnell, PE
Albert P. Ridley, EG

*Wickes*

December 19, 1983
Project No. 1001

Woodward-Clyde Consultants
100 Pringle Avenue
Walnut Creek, CA 94596

Attention: Dr. Donald Treadwell

### PROGRESS REPORT
### WICKES ELMIRA REMEDIAL ACTIONS
### WICKES ELMIRA FACILITY

**INTRODUCTION**

The following report summarizes the progress of remedial action work at the Wickes Elmira Site through December 16, 1983. Remedial action items that have been completed included:

1. Two surface water diversion ditches;

2. Two subsurface drainage trenches and two groundwater recovery wells;

3. Resurfacing concrete drying pad with 4-inches of asphaltic concrete;

4. Sealing of well DW-2;

5. Excavation and hauling of contaminated soil from truck loading pad;

6. Construction of pole shed metal roofed building over process area.

The cementing of well DW-2 and installation of two recovery wells was observed by Mr. Kenneth Weaver, a Woodward-Clyde Consultants geologist. The remaining remedial actions were observed by Mr. Albert Ridley of Johnston-Ridley-McConnell and/or Mr. James Levine of Levine-Fricke Engineering Consultants, Walnut Creek, California.

RECEIVED
SACRAMENTO
CVRWQCB
88 MAR -3 AM 10:30

A California Corporation

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029141

-109-

Johnson - Ridley - McConnell

Dr. Donald Treadwell
December 19, 1983
Page 2

## CEMENTING WELL DW-2

On November 6, 1983 Weeks Drilling Company removed the pump from well DW-2 and began drilling out the well casing. The plastic well casing was removed by drilling through the casing using rotary drilling methods with a 9 7/8-inch diameter tri-cone bit using bentonite drilling fluid. The broken pieces of casing and gravel pack were removed from the hole by the drilling fluid. The drill bit was advanced to a depth of 142 feet. The well casing and gravel pack terminated at a depth of 140 feet.

Halliburton Services from Rio Vista, California cemented well DW-2 by pumping cement through the drill pipe extending to the bottom of the hole. Pumping continued until cement returned throught the well annulus to the surface. Approximately 98 sacks of API Class G cement were used in this cementing operation. The bentonite drilling fluid was removed from the site by Landi Trucking company of Rio Vista and taken to an approved waste disposal site. Solid materials including plastic casing and gravel pack were placed in waste barrels for removal to an approved disposal site.

Monitoring wells M-2 and M-3 were previously cemented during the Phase II site studies. Well M-1 was inspected and appears to have a cement seal around the casing at the surface. Therefore, well M-1 remains as a functioning monitoring well.

## TRUCK LOADING PAD SOIL REMOVAL

Mr. James Levine observed the excavation of concrete and contaminated soil from the truck loading pad. Soil was excavated to a depth of 2 1/2 feet below the bottom of the pad. The contaminated soil and concrete were hauled by I. T. Corporation to the I. T. Benecia disposal facility. The excavated area was re-filled with clean imported soil.

## GROUNDWATER RECOVERY WELLS

Weeks Drilling Company installed two groundwater recovery wells in accordance with Figures 2 and 4 of the Remedial Action Plan Construction Details dated September 28, 1983. A 12-inch diameter 20 foot long P.V.C. casing, with 0.020 inch slots in the screened section, was installed adjacent to "A" Street. A 12-inch diameter 12 foot long P.V.C. casing, with 0.020 inch slots in the screened section, was installed west of the concrete drying pad.

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029142

**Johnston - Ridley - McConnell**

Dr. Donald Treadwell
December 19, 1983
Page 3

## SUBSURFACE DRAINAGE TRENCHES

Ghilotti Brothers Construction Company of San Rafael, California constructed a 15 foot deep, 200 foot long, drainage trench (Trench A) adjacent to "A" Street, and a 7 foot deep, 170 foot long, drainage trench (Trench B) on the west side of the concrete drying pad. The excavated trenches were backfilled with Class 2 Permeable Material in accordance with the remedial action details. Since no shoring was used during excavation, the excavation for Trench A was up to 12 feet wide at the top. During construction care was taken to provide continuity between the permeable material in the trench and the perforated section of the recovery wells. Soil excavated from the trenches was placed at the northern corner of the Wickes Property. Four composite samples of soil excavated from the trenches (A, B, C and D) were taken by Mr. James Levine and submitted to Brown and Caldwell Environmental Laboratories for analysis. The results of laboratory tests show the concentration of copper, arsenic and chrome are within background limits. Laboratory results are attaches.

## SURFACE WATER DIVERSION DITCHES

Two concrete surface water diversion ditches were constructed by Ghilotti Brothers in accordance with the remedial action plan. An 18-inch diameter culvert extends from Ditch 1 to the "A" Street ditch, north of the facility.

A concrete drainage ditch was constructed to remove surface water from the concrete drying pad instead of using a metal culvert. An 18-inch metal culvert was not used because of insufficient clearance in the "A" Street ditch.

## PAVING CONCRETE DRYING PAD

The surface of the concrete drying pad was washed with water and cracks were sealed with a sealing compound by Ghilotti Brothers. An oil emulsion was sprayed on the pad and a "Petromat" fabric was placed on the pad. Four inches of asphaltic concrete was placed in 2-inch lifts over the fabric. The low permeability asphaltic concrete was provided by SYAR Industries.

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029143

**Johnston - Ridley - McConnell**

Dr. Donald Treadwell
December 19, 1983
Page 4

## POLE SHED BUILDING

On December 16, 1983 the pole shed over the process area was essentially completed by San Antonio Builders, Brea, California. The metal roof and three of the metal sides were completed. When this building is completed, the roof drainage will be carried in pipes to the surface water diversion ditches. Roof drainage from the existing metal office building will also be diverted to the surface drainage ditches. Chain-link fencing around the site was nearing completion on December 16, 1983.

## REMAINING WORK ITEMS

Work items that remain to be completed include: installation of the groundwater recovery pump and installation of the ion-exchange water treatment system. We will continue to work closely with Dr. Treadwell and Mr. Levine until these work items are complete.

Very truly yours,
JOHNSTON-RIDLEY-MCCONNELL

Albert P. Ridley
Engineering Geologist
CEG #926

APR:jp

cc: James Levine; Levine-Fricke

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029144

-112-