-113-

# Exhibit O

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | U.S. Edition

SUBSCRIBE NOW | Log In | Register Now | Help

**The New York Times**

**U.S.**

Search All NYTimes.com  Go

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

POLITICS  EDUCATION  TEXAS

# WICKES TO BUY COLLINS & AIKMAN FOR 1.16 BILLION

By PAULINE YOSHIHASHI, Special to the New York Times
Published: November 9, 1986

**Correction Appended**

FACEBOOK
TWITTER
GOOGLE+
EMAIL
SHARE
PRINT
REPRINTS



**LOS ANGELES, Nov. 8—** The Wickes Companies, a diversified retail and manufacturing conglomerate, said today that it had agreed to acquire the Collins & Aikman Corporation, a manufacturer of industrial and automotive fabrics and specialty products based in New York City, for $1.16 billion in a cash merger.

Wickes, based in Santa Monica, Calif., said it would begin a tender offer Monday of $54 a share for Collins & Aikman's approximately 21.8 million shares of common stock outstanding. Sanford C. Sigoloff, chairman and chief executive of Wickes, said in a statement that Collins & Aikman would be a separate unit and that its senior management would be retained.

Collins & Aikman's stock closed Friday on the New York Stock Exchange at $38, up $2.375.

Wickes, which emerged from Chapter 11 bankruptcy proceedings in January 1985, had been considering a major acquisition for several months.

"The acquisition of Collins & Aikman is an excellent fit, not only because of the added dimension that it brings to Wickes' home furnishings and automotive segments, but because of the resulting synergy it provides with businesses within those segments," Mr. Sigoloff, who has launched the company into an aggressive acquisition and expansion program since its emergence from bankruptcy proceedings. Net Income of $66.4 M

Collins & Aikman is a leading manufacturer of decorative fabrics, floor coverings, wall coverings, yarn, fashion fabrics and textile bath accessories. It reported net income of $66.4 million on revenues of $1.1 billion for the year ended last February.

Wickes said Donald F. McCullough, Collins & Aikman's chairman and chief executive, would join the Wickes board. "We view the acquisition of Collins & Aikman by the Wickes Companies as an opportunity to grow our businesses at a more accelerated pace that would have been possible had we stayed independent," Mr. McCullough said in a statement.

William Krenn, a Wickes spokesman, said Mr. Sigoloff, Mr. McCullough and other executives of the two companies were not available to discuss the merger.

The boards of both companies approved the deal Friday. Barring extension, the tender offer is set to expire on Dec. 12, 1986, Mr. Sigoloff said, and the merger is to be consummated "as soon as is practicable" after the completion of the offer. 'Impressed by Management'

**MORE IN U.S.** (1 OF 44 ARTICLES)
Missouri Governor Says He's Prepared to Use National Guard in Ferguson Again
Read More »

MOST EMAILED | RECOMMENDED FOR YOU

1. Maryland-Penn State Scuffle Leads to Penalties

2. THE UPSHOT
The Places in America Where College Football Means the Most

3. THE UPSHOT 
Paternity Leave: The Rewards and the Remaining Stigma

4. COLLEGE FOOTBALL SPOTLIGHT 
The Mascot Will Sit This One Out, Thanks

5. Michael McAdoo, Former North Carolina Player, Files a Suit

6. COLLEGE ROUNDUP 
Two Late Fumbles Prove Costly to Auburn; Alabama Edges L.S.U.

Michael Sitrick, a Wickes spokesman, said Wickes had been familiar with Collins & Aikman because it operates units in some of the same commercial and home products businesses. "We were very impressed by their management and the quality of their businesses," Mr. Sitrick said. Collins & Aikman's sales have nearly doubled since 1982, when the company posted net earnings of $18.8 million on revenues of $66.9 million.

Mr. Sigoloff said earlier this year that Wickes was interested in changing the nature of its businesses. It is in the process of selling much of its general retailing business, which accounted for about a quarter of the company's revenues last year and are expected to bring in about $200 million after the sale.

Earlier this year, Wickes made an unsuccessful $2.1 billion offer for the Owens-Corning Fiberglas Corporation and a $1.23 billion offer for the National Gypsum Company that later was rejected.

In July, Wickes raised $1.4 billion in a debenture offering, and used about $200 million of that to acquire two home-improvement and building materials units from W. R. Grace & Company. In September 1985 Wickes bought the consumer and industrial products groups of Gulf & Western for about $1 billion.

Wickes's businesses include stores that sell lumber and building materials; apparel and hosiery manufacturing, and automotive and electronics products manufacturing.

In the fiscal year that ended Jan. 25, Wickes reported earnings of $76.1 million on revenues of $2.8 billion. Its stock closed unchanged at $4.50 Friday on the American Stock Exchange.

***Correction:*** *November 11, 1986, Tuesday, Late City Final Edition An article in some editions Sunday about the planned purchase of Collins & Aikman by the Wickes Companies misstated the per-share price. It is $53.*

FACEBOOK   TWITTER   GOOGLE+   EMAIL   SHARE

Ads by Google — what's this?

**Home Solar Grants**
Go Solar For $0 Down With Sunrun.
Free Install Upkeep & Maintenance.
sunrun.com

7. Auburn Will Plant Trees to Replace Ones Poisoned by Alabama Fan
8. EAST ROUNDUP
Penn State Tops Indiana to Halt Skid
9. Saturday's College Football Games to Watch
10. No Need to Hype Clash Between Kansas State and T.C.U.

Log in to discover more articles based on what you've read.

Log In   Register Now   What's This? | Don't Show

**ELSEWHERE ON NYTIMES.COM**




**Skin-deep anxieties**
The physician assistant will see you
Time management: One-year M.B.A.s

FirstDraft — Political news. Now. Sign up now >

© 2014 The New York Times Company | Site Map | Privacy | Your Ad Choices | Advertise | Terms of Sale | Terms of Service | Work With Us | RSS | Help | Contact Us | Site Feedback