-148-

# Exhibit S

## FINAL RAP CHECKLIST

Site Name: Wickes Forest Industries        Date of Final RAP: 02/94

Reviewer's Name: Timothy Patenaude        Review Date: 02/11/94

### POLICY ISSUES

|   | | Yes | No |
|---|---|---|---|
| o | Will the proposed remedial alternative result in a permanent solution to the contamination problem (e.g. total removal)? | X | |
| o | If a temporary remedy is proposed, is an ultimate long-term solution provided? | N/A | |
| o | If a temporary remedy is proposed, does it include long-term financial assurance and/or deed restrictions? | N/A | |
| o | Does the proposed alternative result in a net benefit to public health and the environment? | X | |
| o | If the final RAP proposes to leave contaminated soil or ground water in place, has a deed restriction been proposed? Has mitigation been proposed for concentrations which may pose future public health or environmental concern? | X | |
| o | Are the environmental effects of the proposed alternative discussed, and are mitigation measures proposed for any potentially adverse impacts? | X | |
| o | Has the final RAP been signed and stamped by a California registered professional engineer, certified engineering geologist, or registered geologist? | X | |
| o | Is the final RAP a complete, stand-alone document which reflects Department policies? | X | |

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC017833

- o  If the proposed alternative transfers the contamination problem to another location, other than to a permitted hazardous waste disposal facility, are appropriate mitigation measures discussed?  N/A ___

- o  Does the RAP include a nonbinding preliminary allocation of responsibility among all identifiable potential responsible parties?  _X_ ___

- o  Does the RAP summarize the community relations plan, or other community involvement?  _X_ ___

## TECHNICAL ISSUES

- o  Does the final RAP include a discussion of health and safety risks posed by site conditions?  _X_ ___

- o  Does the final RAP discuss the impact of contamination on present, future, and probable beneficial uses of contaminated, polluted, or threatened resources?  _X_ ___

- o  Do the alternatives evaluated consider the present, future, and probable beneficial uses of surface and ground water supplies?  _X_ ___

- o  Does the final RAP consider practical and cost-effective treatment technologies, rather than excavation and offsite disposal of contaminated material?  _X_ ___

- o  Does the final RAP discuss the potential for offsite migration of contaminants?  _X_ ___

- o  Does the final RAP summarize site-specific characteristics such as subsurface conditions and hydrogeology?  _X_ ___

- o  Does the final RAP contain a reasonably detailed cost analysis of each proposed alternative, including both short-term and longer-term costs (e.g. O & M or alternative treatment costs)?  _X_ ___

-2-

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC017834

- o  Are there sensitive environmental receptors which may be affected by the proposed alternative-including rare, threatened, or endangered flora and fauna as identified by FWS and CDFG?  ___  _X_

- o  Does the final RAP consider alternatives in addition to land disposal and/or in-situ capping or encapsulation?  _X_  ___

- o  Is an evaluation of the alternatives consistent with state and federal regulations included in the final RAP?  _X_  ___

- o  Does the final RAP contain a detailed discussion of each alternative considered and rationale for selection of the proposed alternative?  _X_  ___

- o  Does the final RAP specify clean-up levels, and state how determined?  _X_  ___

- o  If applicable, does the final RAP contain a schedule and details on O & M requirements and/or deed restrictions?  _X_  ___

- o  Does the final RAP contain a schedule for implementing the selected alternative?  _X_  ___

- o  Does the final RAP estimate quantities of contaminated material requiring off-site disposal/treatment/etc?  _X_  ___

- o  Does the final RAP discuss: 1. public health; 2. environmental; 3. technical, and 4. community relations concerns for each alternative?  _X_  ___

- o  Has the responsible party implemented all of the recommendations in the Community Relations Profile?  _X_  ___

- o  Has the responsible party prepared a sufficient number of copies of the final RAP for public circulation (minimum 5 copies, depends on specific site)?  _X_  ___

- o  Have copies of the final RAP been sent to all public agencies who have jurisdiction by law regarding the proposed alternative?  _X_  ___

-3-

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC017835

- o  Has a notice of the proposed remedial action been published in a newspaper of general circulation in the site area?  X  ___

- o  Has a notice been posted at and around the facility or site?  X  ___

- o  Has a notice been sent to all property owners contiguous to the site of the proposed remedial action?  X  ___

- o  Have copies of the final RAP been sent to all members of the public who requested them?  X  ___

- o  Has a copy of the final RAP been left with a local repository (e.g., public library)?  X  ___

- o  Has at least one (1) public meeting been held to discuss the final RAP?  X  ___

- o  Have all reviewers, both public agencies and private citizens, been afforded a full 30-day review period?  X  ___

- o  Has the responsible party responded to all of the public and private comments made concerning the final RAP?  X  ___

**VERIFICATION OF COMPLETENESS:**

I have reviewed the draft Remedial Action Plan (RAP) for Wickes Forest Industries prepared by Levine*Fricke compliance and dated February 1994.  I have checked the final RAP for proper content and completeness based on the preceding checklist, and for any applicable State and federal laws, regulations, and technical guidance documents.  The final RAP is ready for approval and implementation.

_____
Timothy Patenaude
Waste Management Engineer

-4-

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC017836

-152-