Exhibit W

 

Department of Toxic Substances Control

*Linda S. Adams*
Acting Secretary for
Environmental Protection

Leonard E. Robinson
Acting Director
8800 Cal Center Drive
Sacramento, California 95826

*Edmund G. Brown Jr.*
Governor

March 17, 2011

Agreement No.: 10-T1069 Certified Mail No.: 7009 2820 0001 3868 2468
Site Name: Wickes Forest Industries
Work Order Number: 1-069-1.0-100164
Scope of Work Title: Preparation for a Removal Action

Mr. Alan D. Gibbs, P.G., C.HG., REA II
Vice President – Principal Hydrogeologist
Arcadis U.S., Inc.
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661

**START WORK ORDER**

Dear Mr. Gibbs:

In accordance with this Agreement, enclosed are a Work Order Approval Form and a Work Order to initiate and complete the work necessary to plan and prepare a removal action for the Wickes Forest Industries site in Elmira, Solano County, California. This letter serves as the Contractor's authorization to commence work on Tasks 1a – 1c. Following are the Tasks:

- Task 1a: File Review;
- Task 1b: Site Visit/Walk; and
- Task 1c: Removal Action Implementation Plan and Detailed Cost Estimate.

The contractor shall commence work within five (5) days of the date of this letter. Work Order deliverables for these tasks shall be provided in accordance with the schedule in Attachment A (Specifications of Work Ordered).

The Project Manager for this Work Order is Mr. Peter MacNicholl and should be contacted at (916) 255-3713 for further information.

Sincerely,

Timothy Petricola for

Richard B. Hume, P.E.
Supervising Hazardous Substances Engineer I
Brownfields and Environmental Restoration Program

Enclosures

cc: See Next Page

Printed on Recycled Paper

M-C

Agreement No.: 10-T1069
Site Name: Wickes Forest Industries
Work Order No.: 1-069-1.0-100164
March 17, 2011
Page 2

cc: Ms. Annette Stark
Associate Governmental Program Analyst
Contract Administration and Purchasing
Department of Toxic Substances Control
1001 "I" Street, 21st Floor
P.O. Box 806
Sacramento, California 95812-0806

Mr. Peter MacNicholl, P.E.
Project Manager
Brownfields and Environmental Restoration Program
Department of Toxic Substances Control
8800 Cal Center Drive, 3rd Floor
Sacramento, California 95826-3200

Ms. Angie Alfaro
Associate Governmental Program Analyst
Brownfields and Environmental Restoration Program
Department of Toxic Substances Control
8800 Cal Center Drive, 3rd Floor
Sacramento, California 95826-3200

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC019071

-230-

**DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)**
**HAZARDOUS SUBSTANCES/MATERIALS SITE REMEDIATION**

**Work Order Approval Form**

| | |
|---|---|
| Wickes Forest Industries<br>Site Name/Project Name | 10-T1069<br>Contract Number |
| Preparation for a Removal Action<br>Scope of Work Title | 1-069-1.0-100164<br>Work Order Number |
| 100164<br>Project Code | Work Order Amendment Number |
| $ 12,742.00<br>Total Amount of this Work Order or Amendment | $ 12,742.00<br>Total Cumulative Cost of Work Order |

I have reviewed the attached Work Order or Amendment and agree that the Scope of Work described is necessary and adequate and that the project costs, terms and conditions are acceptable and have been issued in accordance with Departmental policies and contract provisions.

| | |
|---|---|
| [signature]<br>DTSC – Project Manager | 3/17/2011<br>Date |
| [signature]<br>DTSC – Technical Review | 3/17/2011<br>Date |
| [signature]<br>Contractor | 3/17/2011<br>Date |
| Timothy [signature] for<br>DTSC – Contract Manager<br>Richard Hume | 3/17/2011<br>Date |

**WORK ORDER**
**Wickes Forest Industries**
**Solano County, California**
**Contract Number: 10-T1069**
**Work Order Number: 1-069-1.0-100164**

Alan D. Gibbs
Arcadis, U.S., Inc.
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661
(916) 786-8129

Contract Manager: Richard B. Hume
Project Manager: Peter MacNicholl
(916) 255-3713

Work Order Number: 1-069-1.0-100164
Work Order Description: Preparation for a Removal Action

Contract No.: 10-T1069
Fund Source: SRA

## I. WORK ORDER DESCRIPTION

The function of this Work Order is for Arcadis (Contractor) to provide personnel, services, materials and equipment necessary to conduct and/or prepare a records review, site visit/walk, implementation plan, and detailed cost estimate in preparation for a removal action at the Wickes Forest Industries site located at 147 A Street, Elmira, Solano County, California (Site). All work performed shall be in accordance with the Contract.

## II. GENERAL REQUIREMENTS OF THE WORK ORDER

This Work Order is issued under the authority Agreement 10-T1069 between the Contractor and the Department of Toxic Substances Control (DTSC). The terms and conditions of the Contract shall govern the execution of this Work Order and this document shall become part of the Agreement upon issuance. Attachments A (Specifications of Work Ordered) and B (Pricing Schedule), are hereby incorporated into this Work Order by reference.

This Work Order shall be implemented by the Contractor upon receipt of the Start Work Order signed by the DTSC Contract Manager, an approved Work Order Approval Form, and a complete Work Order package in accordance with the requirements and date(s) specified therein. Work on the Work Order shall be immediately altered upon receipt of a Work Order Amendment or Field Order issued by the DTSC Contract Manager.

The DTSC Project Manager, or designee, will supervise and approve all work required/performed according to this Work Order. The DTSC Contract Manager, or designee, may make minor change(s) to the Work Order without issuing a Work Order Amendment or Field Order provided that the change(s) do not involve modifications to the unit price and/or the Work Order amount, quantity, type, and quality in accordance with the Agreement. If substantial change(s) to the Work Order is necessary, the DTSC Contract Manager will issue a Work Order Amendment or Field Order to the original Work Order. A Field Order operates as an approved amendment to the Work Order.

If the Contractor fails to notify the DTSC Contract Manager or designee that the cost of work performed will exceed maximums allowed in the Work Order before such costs are incurred, the DTSC Contract Manager may determine that the Contractor has acted as a "volunteer" in rendering those services and is not entitled to additional payment. In determining these maximums, the DTSC Contract Manager has determined that the designated services, hours, staffing levels, and deliverables are reasonable and will ensure that the ordered work will be done in a competent and professional manner. Actual reimbursement under this Work Order shall be based on negotiated Agreement rates for time expended, travel expenses when authorized, and any other type of authorized expenses not included in the Agreement rates up to the maximums set forth in the Work Order Pricing Schedule (Attachment B). These expenses shall be documented in invoices submitted by the Contractor in accordance with Exhibit B (Budget Detail and Payment Provisions) of the Agreement and approved by the DTSC Contract Manager.

Items, services or equipment for which no negotiated Agreement rate exists shall require documentation and justification. The DTSC Contract Manager will direct the Contractor on the competitive process required to obtain best value for these items and services. The DTSC Contract Manager will make the final decision on the pricing of any item, service or equipment for which no negotiated Agreement rate exists.

For all Items for which a negotiated rate has not been established in the Agreement, the Contractor shall be reimbursed for the actual costs incurred plus negotiated fee as applicable. No other costs already allocated to the negotiated Agreement rates in Exhibit B shall be allowed.

DTSC will make payments under this Work Order as described in the Conditions of Payment section of Attachment A of this Work Order.

Except for the payments of money for services already completed, neither Party shall be liable to the other for failure to perform its obligations hereunder if and to the extent that such failure to perform is caused by or results from causes beyond its control, including without limitation, strikes, lockouts, or other industrial disturbances, civil disturbances, fires, acts of God, pandemic or epidemic, or acts of a public enemy.

## III. EXECUTION OF WORK ORDER

In accordance with the terms and conditions of this Agreement, the requirements of this Work Order, and upon signature of the Work Order Approval Form by both the DTSC Contract Manager and authorized Contractor Representative, the Contractor is hereby ordered to commence work.

## IV. TERM OF WORK ORDER

All work under this Work Order shall be completed by June 30, 2011.

**ATTACHMENT A**
**SPECIFICATIONS OF WORK ORDERED**
**Wickes Forest Industries**
**Solano County, California**
**Contract Number: 10-T1069**
**Work Order Number: 1-069-1.0-100164**

## I. WORK ORDERED

### A. Site Description

The Wickes Forest Industries Site (Site) is located at 147 A Street in Elmira, Solano County, California. The Site is a former wood treatment facility and used preservative solutions containing arsenic, chromium, and copper. Wood treating operations began in approximately 1972 and continued until approximately August 1982. In 2008, URS soil sampling results detected arsenic and chromium concentrations in soil ranging from 4.7 mg/kg to 610 mg/kg and 0.2 to 190 mg/kg. Groundwater contaminant concentrations in the source area are approximately 1,500 µg/L for chromium and 700 µg/L for arsenic.

On June 30, 2010, the Site's Removal Action Workplan (RAW) was finalized and approved by DTSC. The RAW identifies groundwater cleanup goals of 10 µg/L for both arsenic and chromium based on current drinking water maximum contaminants limits and with the anticipated cleanup goal for hexavalent chromium. Soil cleanup goals in the RAW specify 13 mg/kg for both arsenic and chromium.

The Final RAW specifies a total volume of 1,364 cubic yards of impacted soil that is expected to be removed. This volume accounts for a 10% over excavation based on preliminary characterization data. Confirmation sampling will be conducted using an x-ray fluorescence analyzer and by laboratory analysis to verify cleanup objectives have been met.

### B. Objective

The objective of this Work Order is to provide personnel, services, materials, and equipment necessary to plan and organize a hazardous substance removal action at the Site. Planning and organizing the removal action shall include a records review, site visit/walk, implementation plan, and detailed cost estimate.

Contractor shall provide all necessary personnel, equipment, materials administration and supervision services to ensure that the hazardous substance removal actions are conducted following the directives of the DTSC Project Manager or other designated DTSC officials. Contractor shall procure and coordinate all necessary subcontractors to complete the tasks specified in this work order. Contractor is responsible for securing all necessary permits to complete the task specified in this Work Order.

Contractor shall perform all work in accordance with State of California and local building codes, rules, and regulations.

## II. SCOPE OF WORK

Arcadis is hereby authorized to perform the following activities at the Site. These activities are required for the preparation to implement a soil removal action in accordance with the approved RAW prepared by DTSC. The tasks necessary to meet the stated objective are described in detail in this section

**Task 1a – <u>File Review</u>**

The Contractor shall contact the DTSC project manager and arrange for a review of Site files and data needed to plan and prepare for a removal action. Contractor shall organize and attend a coordination meeting or conference call with the assigned DTSC project manager.

**Task 1b – <u>Site Visit/Walk</u>**

Contractor shall schedule and conduct a Site visit and walk the Site with the DTSC project manager or designee. The objective of the Site visit/walk is to inspect conditions at the site and to develop an accurate Implementation Plan and detailed Cost Estimate for the removal action.

**Task 1c – <u>Removal Action Implementation Plan and Detailed Cost Estimate</u>**

<u>Removal Action Implementation Plan</u>

The Contractor shall prepare a site-specific Removal Action Implementation Plan. Contractor shall notify all regulatory agencies that may have jurisdiction for this project and procure all necessary permits required to implement the removal action. The Implementation Plan shall outline all necessary activities to mobilize and conduct the removal action. At a minimum, the Implementation Plan shall include:

1. Site and activity specific health and safety plan;
2. Proposed personnel to conduct the removal action;
3. Equipment;
4. Material;
5. Subcontractors;
6. Disposal facility;
7. Transportation routes;
8. Equipment and waste staging areas;
9. Schedule;
10. Permits, utilities clearances, and others approvals needed;
11. Decontamination;
12. Air and transportation tracking control and monitoring; and
13. Uncertainties, possible project upsets and contingencies.

Detailed Cost Estimate – Removal Action

Contractor shall prepare and submit for DTSC's review and approval a Detailed Cost Estimate. The estimate shall cover the implementation of the Final RAW and preparation of a final Implementation Completion Report. The removal action cost estimate must include all costs necessary to arrive at a current working estimate. The estimate should be prepared with as much detail as the current documents allow. Since the removal action is more complete at this stage, design contingencies normally will be lower at this stage than for the RAW stage. Cost allowances also should be significantly reduced at this stage. The cost estimate is expected to be accurate within plus 15 percent and minus 5 percent. The basis for all unit prices should be provided with the estimate, and must reflect current costs for labor, materials, and equipment. Vendor quotations should be included in the estimate when used. Cost risk analysis should be used for assignment of contingencies to accommodate any potential cost growth.

The Cost Estimate should include a contingency for removal of onsite inert materials that property tenant is unable to remove. These are materials that overlie some of the areas that need to be excavated.

The Detailed Cost Estimate needs to include the established labor and equipment rates specified in the Regional Site Remediation Agreement (09-T9106) and is to be submitted within 30 days of the effective date of this Work Order.

## III.   DELIVERABLES AND IMPLEMENTATION SCHEDULE

Contractor shall start work in accordance with the Start Work Order issued by DTSC. All deliverables identified below must be acceptable to DTSC before they are deemed complete.

| Task / Subtask | Description/Deliverables | Schedule |
|---|---|---|
| 1a | Records review, meeting | Within 15 days of the Work Order |
| 1b | Site Visit/Walk | Within 15 days of the Work Order |
| 1c | Implementation Plan detailed Cost Estimate | Within 30 days of the Work Order |

## IV.   CONDITIONS OF PAYMENT

The Contractor shall submit one invoice for each completed and approved Task as follows:

Task 1a: File Review;
Task 1b: Site Visit/Walk; and
Task 1c: Removal Action Implementation Plan and Detailed Cost Estimate.

ATTACHMENT B

**Pricing Schedule**
**Wickes Forest Industries**
**Contract No.: 10-T1069**
**Work Order No.: 1-069-1.0-100164**

| LABOR HOURS | DTSC Task # | Task 1a File Review | | Task 1b Site Visit/Walk | | Task 1c Removal Action Implementation Plan and Detailed Cost Estimate | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| PERSONNEL SERVICES | Labor Rates | Hours | Cost | Hours | Cost | Hours | Cost | Hours | Cost |
| Program Manager | $ 110.00 | 4 | $ 440 | | $ - | 10 | $ 1,100 | 14 | $ 1,540 |
| Registered Engineer | $ 105.00 | | $ - | | $ - | | $ - | 0 | $ - |
| Non-registered Engineer | $ 81.00 | | $ - | | $ - | | $ - | 0 | $ - |
| Registered Geologist | $ 105.00 | 5 | $ 525 | 20 | $ 2,100 | 20 | $ 2,100 | 45 | $ 4,725 |
| Non-registered Geologist | $ 77.00 | | $ - | | $ - | | $ - | 0 | $ - |
| Scientist | $ 82.00 | 7 | $ 574 | | $ - | 14 | $ 1,148 | 21 | $ 1,722 |
| Technician | $ 52.00 | | $ - | | $ - | | $ - | 0 | $ - |
| Cost Estimator | $ 77.00 | 5 | $ 385 | 20 | $ 1,540 | 20 | $ 1,540 | 45 | $ 3,465 |
| Foreman | $ 76.50 | | $ - | | $ - | | $ - | 0 | $ - |
| Equipment Operator | $ 87.74 | | $ - | | $ - | | $ - | 0 | $ - |
| Laborer | $ 63.42 | | $ - | | $ - | | $ - | 0 | $ - |
| Certified Industrial Hygienist | $ 119.35 | 2 | $ 239 | | $ - | 5 | $ 597 | 7 | $ 835 |
| Drafter | $ 46.00 | | $ - | | $ - | | $ - | 0 | $ - |
| **Total Labor** | | 23 | $ 2,163 | 40 | $ 3,640 | 69 | $ 6,485 | 132 | $ 12,287 |
| | | | | | | | | | |
| **TRAVEL** | **$/Unit** | **Amt.** | **Cost** | **Amt.** | **Cost** | **Amt.** | **Cost** | **Amt.** | **Cost** |
| Mileage | $ 0.50 | | | 350 | $ 175 | | | 350 | $ 175 |
| Per Diem | $ 140.00 | | | 2 | $ 280 | | | 2 | $ 280 |
| **Total Travel** | | | $ - | | $ 455 | | $ - | | $ 455 |
| **TOTAL COSTS:** | | | $ 2,163 | | $ 4,095 | | $ 6,485 | | |
| **TOTAL WORK ORDER COSTS:** | | | | | | | | | **$ 12,742** |



| Author | P MacNicholl (916) 255-3713 | Reviewer | R Hume (916) 255-3690 | Reviewer | | Reviewer | | Reviewer | | File Name/Code | TYPIST | Marlyn Barragan 255-3606 All on 'R1-file01\Vol2\Smb\Cccob' (M:) TYPING & READING\2011\ Wickes Forest Industries\ Wickes IS&E Order 3-8-11 PM.doc, Wickes ISE Cover Letter 3-8-11 PM.doc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Wickes Forest Industries

M-C

DTSC, et al. v. Jim Dobbas, Inc., et al.

DTSC019079





Department of Toxic Substances Control

*Linda S. Adams*
Acting Secretary for
Environmental Protection

Deborah O. Raphael, Director
8800 Cal Center Drive
Sacramento, California 95826

*Edmund G. Brown Jr.*
Governor

June 21, 2011

Certified Mail No.: 7009 2820 0001 3868 1225

Agreement No.: 10-T1069
Site Name: Wickes Forest Industries
Work Order Amendment Number: 1-069-1.1-100164
Scope of Work Title: Preparation for a Removal Action

Mr. Alan D. Gibbs, P.G., C.HG., REA II
Vice President – Principal Hydrogeologist
Arcadis U.S., Inc.
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661

START WORK ORDER

Dear Mr. Gibbs:

In accordance with this Agreement, enclosed are a Work Order Approval Form and a Work Order Amendment to initiate and complete the work necessary to plan and implement a soil removal action for the Wickes Forest Industries site in Elmira, Solano County, California. This letter serves as the Contractor's authorization to commence work on Tasks 1d – 1j. Following are the Tasks:

- Task 1d: Liquid Waste Characterization;
- Task 1e: Permitting, Preparation/Finalization of Grading Plan, and Electrical Assessment;
- Task 1f: Tank Demolition and Disposal;
- Task 1g: Soil Characterization;
- Task 1h: Well Abandonment;
- Task 1i: Building Materials Survey and Reporting; and
- Task 1j: Prepare Cost Estimate for Revised Scope of Work/Implementation Plan.

The contractor shall commence work within five (5) days of the date of this letter. Work Order deliverables for these tasks shall be provided in accordance with the schedule in Attachment A (Specifications of Work Ordered).

Printed on Recycled Paper

Agreement No.: 10-T1069
Site Name: Wickes Forest Industries
Work Order No.: 1-069-1.1-100164
June 21, 2011
Page 2

The Project Manager for this Work Order is Mr. Peter MacNicholl and should be contacted at (916) 255-3713 for further information.

Sincerely,

Richard B. Hume, P.E.
Supervising Hazardous Substances Engineer I
Brownfields and Environmental Restoration Program

Enclosures

cc: Ms. Annette Stark
Associate Governmental Program Analyst
Contract Administration and Purchasing
Department of Toxic Substances Control
1001 "I" Street, 21st Floor
P.O. Box 806
Sacramento, California 95812-0806

Mr. Peter MacNicholl, P.E.
Project Manager
Brownfields and Environmental Restoration Program
Department of Toxic Substances Control
8800 Cal Center Drive, 3rd Floor
Sacramento, California 95826-3200

Ms. Angie Alfaro
Associate Governmental Program Analyst
Brownfields and Environmental Restoration Program
Department of Toxic Substances Control
8800 Cal Center Drive, 3rd Floor
Sacramento, California 95826-3200

DTSC, et al. v. Jim Dobbas, Inc., et al.
ADMIN007187

-240-

**DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)**
**HAZARDOUS SUBSTANCES/MATERIALS SITE REMEDIATION**

**Work Order Approval Form**

| | |
|---|---|
| Wickes Forest Industries | 10-T1069 |
| Site Name/Project Name | Contract Number |
| Preparation for a Removal Action | 1-069-1.0-100164 |
| Scope of Work Title | Work Order Number |
| 100164 | 1-069-1.1-100164 |
| Project Code | Work Order Amendment Number |
| $ 82,733.00 | $ 95,475.00 |
| Total Amount of this Work Order or Amendment | Total Cumulative Cost of Work Order Amendment |

I have reviewed the attached Work Order or Amendment and agree that the Scope of Work described is necessary and adequate and that the project costs, terms and conditions are acceptable and have been issued in accordance with Departmental policies and contract provisions.

| | |
|---|---|
| [signature] | 6/20/2011 |
| DTSC – Project Manager | Date |
| [signature] | 6/20/2011 |
| DTSC – Technical Review | Date |
| [signature] | 6/21/2011 |
| Contractor | Date |
| [signature] | 6/21/11 |
| DTSC – Contract Manager | Date |

**WORK ORDER**
**Wickes Forest Industries**
**Solano County, California**
**Contract No.: 10-T1069**
**Work Order Amendment No.: 1-069-1.1-100164**

Alan D. Gibbs
Arcadis, U.S., Inc.
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661
(916) 786-8129

Contract Manager: Richard B. Hume
Project Manager: Peter MacNicholl
(916) 255-3713

Work Order Amendment No.: 1-069-1.1-100164
Work Order Description: Preparation for a Removal Action

Contract No.: 10-T1069
Fund Source: SRA

## I. WORK ORDER DESCRIPTION

The function of this Work Order Amendment is for Arcadis (Contractor) to provide personnel, services, materials and equipment necessary to conduct pre-mobilization efforts in preparation for a removal action at the Wickes Forest Industries site located at 147 A Street, Elmira, Solano County, California (Site). All work performed shall be in accordance with the Contract.

## II. GENERAL REQUIREMENTS OF THE WORK ORDER AMENDMENT

This Work Order Amendment is issued under the authority Agreement 10-T1069 between the Contractor and the Department of Toxic Substances Control (DTSC). The terms and conditions of the Contract shall govern the execution of this Work Order Amendment and this document shall become part of the Agreement upon issuance. Attachments A (Specifications of Work Ordered) and B (Pricing Schedule), are hereby incorporated into this Work Order Amendment by reference.

This Work Order Amendment shall be implemented by the Contractor upon receipt of the Start Work Order signed by the DTSC Contract Manager, an approved Work Order Approval Form, and a complete Work Order Amendment package in accordance with the requirements and date(s) specified therein. Work on the Work Order Amendment shall be immediately altered upon receipt of another Work Order Amendment or Field Order issued by the DTSC Contract Manager.

The DTSC Project Manager, or designee, will supervise and approve all work required/performed according to this Work Order Amendment. The DTSC Contract Manager, or designee, may make minor change(s) to the Work Order Amendment without issuing a Work Order Amendment or Field Order provided that the change(s) do not involve modifications to the unit price and/or the Work Order Amendment amount, quantity, type, and quality in accordance with the Agreement. If substantial change(s) to the Work

Order is necessary, the DTSC Contract Manager will issue a Work Order Amendment or Field Order to the original Work Order. A Field Order operates as an approved amendment to the Work Order.

If the Contractor fails to notify the DTSC Contract Manager, or designee that the cost of work performed will exceed maximums allowed in the Work Order and Work Order Amendment before such costs are incurred, the DTSC Contract Manager may determine that the Contractor has acted as a "volunteer" in rendering those services and is not entitled to additional payment. In determining these maximums, the DTSC Contract Manager has determined that the designated services, hours, staffing levels, and deliverables are reasonable and will ensure that the ordered work will be done in a competent and professional manner. Actual reimbursement under this Work Order Amendment shall be based on negotiated Agreement rates for time expended, travel expenses when authorized, and any other type of authorized expenses not included in the Agreement rates up to the maximums set forth in the Work Order Pricing Schedule (Attachment B). These expenses shall be documented in invoices submitted by the Contractor in accordance with Exhibit B (Budget Detail and Payment Provisions) of the Agreement and approved by the DTSC Contract Manager.

Items, services or equipment for which no negotiated Agreement rate exists shall require documentation and justification. The DTSC Contract Manager will direct the Contractor on the competitive process required to obtain best value for these items and services. The DTSC Contract Manager will make the final decision on the pricing of any item, service or equipment for which no negotiated Agreement rate exists.

For all items for which a negotiated rate has not been established in the Agreement, the Contractor shall be reimbursed for the actual costs incurred plus negotiated fee as applicable. No other costs already allocated to the negotiated Agreement rates in Exhibit B shall be allowed.

DTSC will make payments under this Work Order Amendment as described in the Conditions of Payment section of Attachment A of this Work Order Amendment.

Except for the payments of money for services already completed, neither Party shall be liable to the other for failure to perform its obligations hereunder if and to the extent that such failure to perform is caused by or results from causes beyond its control, including without limitation, strikes, lockouts, or other industrial disturbances, civil disturbances, fires, acts of God, pandemic or epidemic, or acts of a public enemy.

## III. EXECUTION OF WORK ORDER AMENDMENT

In accordance with the terms and conditions of this Agreement, the requirements of this Work Order Amendment, and upon signature of the Work Order Approval Form by both the DTSC Contract Manager and authorized Contractor Representative, the Contractor is hereby ordered to commence work.

## IV.   TERM OF WORK ORDER

All work under this Work Order Amendment shall be completed by December 31, 2011.

DTSC, et al. v. Jim Dobbas, Inc., et al.
ADMIN007191

-244-

**ATTACHMENT A**
**SPECIFICATIONS OF WORK ORDERED**
**Wickes Forest Industries**
**Solano County, California**
**Contract No.: 10-T1069**
**Work Order Amendment No.: 1-069-1.1-100164**

## I. WORK ORDERED

### A. Site Description

The Wickes Forest Industries Site (Site) is located at 147 A Street in Elmira, Solano County, California. The Site is a former wood treatment facility and used preservative solutions containing arsenic, chromium, and copper. Wood treating operations began in approximately 1972 and continued until approximately August 1982. In 2008, URS soil sampling results detected arsenic and chromium concentrations in soil ranging from 4.7 mg/kg to 610 mg/kg and 0.2 to 190 mg/kg. Groundwater contaminant concentrations in the source area are approximately 1,500 µg/L for chromium and 700 µg/L for arsenic.

On June 30, 2010, the Site's Removal Action Workplan (RAW) was finalized and approved by DTSC. The RAW identifies groundwater cleanup goals of 10 µg/L for both arsenic and chromium based on current drinking water maximum contaminants limits and with the anticipated cleanup goal for hexavalent chromium. Soil cleanup goals in the RAW specify 13 mg/kg for both arsenic and chromium.

The Final RAW specifies a total volume of 1,364 cubic yards of impacted soil that is expected to be removed. This volume accounts for a 10% over excavation based on preliminary characterization data. Confirmation sampling will be conducted using an x-ray fluorescence analyzer and by laboratory analysis to verify cleanup objectives have been met.

### B. Objective

The objective of this Work Order Amendment is for the Contractor to provide personnel, services, materials, and equipment necessary to plan and organize a hazardous substance removal action at the Site. Planning and organizing the removal action shall include a records review, site visit/walk, implementation plan, pre-mobilization efforts and detailed cost estimates.

Contractor shall provide all necessary personnel, equipment, materials administration and supervision services to ensure that the hazardous substance removal actions are conducted following the directives of the DTSC Project Manager or other designated DTSC officials. Contractor shall procure and coordinate all necessary subcontractors to complete the tasks specified in this Work Order Amendment. Contractor is responsible for securing all necessary permits to complete the task specified in this Work Order Amendment.

Contractor shall perform all work in accordance with State of California and local building codes, rules, and regulations.

## II. SCOPE OF WORK

Arcadis is hereby authorized to perform the following activities at the Site. These activities are required for the preparation to implement a soil removal action in accordance with the approved RAW prepared by DTSC. The tasks necessary to meet the stated objective are described in detail in this section

### Task 1d – Liquid Waste Characterization

Contractor shall sample, characterize, and properly dispose of any remaining chemicals and/or liquids in the treatment system tanks.

### Task 1e – Permitting, Preparation/Finalization of Grading Plan, and Electrical Assessment

Contractor shall obtain all necessary permits for grading plan. Contractor shall prepare and finalize grading plan for Site under a registered civil engineer. Task also includes initial site walk by registered structural/civil engineer to review overall Site conditions and assess possible impacts to building foundation due to soil removal action. Contractor shall assess current and future electrical utility needs and the condition of the current electrical system. If warranted, Contractor shall cut-off or modify electrical utility connections in preparation for excavation and possible building demolition. The assessment and electrical modification shall include retention of electrical services for those portions of the site which will need on-going electric power.

### Task 1f – Tank Demolition and Disposal

Contractor shall empty and completely demolish outside metal storage tank, including proper disposal of materials. If appropriate, the tank materials may be recycled. Contractor shall empty and properly dispose of treatment system tanks.

### Task 1g – Soil Characterization

Contractor shall conduct additional soil sampling in accordance with Figure 3 of the Implementation Plan. Soil characterization work will support future waste characterization efforts and to better delineate remaining soil contamination on-site. Scope includes utility clearance by private utility contractor in advance of fieldwork efforts.

### Task 1h – Well Abandonment

Contractor shall obtain necessary permits and conduct well abandonment/destruction of former extraction well/monitoring well (E-6) at the same time as the soil sampling activities.

Well abandonment is necessary to permit full-access for excavation equipment to proceed with the soil removal action.

**Task 1i – Building Materials Survey and Reporting**

Contractor will conduct a sufficient number of bulk building swab samples of the building to verify whether reside of the contaminants of concern remains on the structure. Samples will assist in determining whether building should be demolished and the appropriate disposal facility classification. Reporting should include recommendations for mitigating exposure to contaminants if detected.

**Task 1j – Cost Estimate for Revised Scope of Work and Implementation Plan**

Contractor will prepare a revised cost estimate based on the scope of work identified by DTSC. Estimate will include demolition of the building and associated revisions to the Implementation Plan by DTSC.

Detailed Cost Estimate – Removal Action

Contractor shall prepare and submit for DTSC's review and approval a Detailed Cost Estimate. The estimate shall cover the implementation of the Final RAW and preparation of a final Implementation Completion Report. The removal action cost estimate must include all costs necessary to arrive at a current working estimate. The estimate should be prepared with as much detail as the current documents allow. Since the removal action is more complete at this stage, design contingencies normally will be lower at this stage than for the RAW stage. Cost allowances also should be significantly reduced at this stage. The cost estimate is expected to be accurate within plus 15 percent and minus 5 percent. The basis for all unit prices should be provided with the estimate, and must reflect current costs for labor, materials, and equipment. Vendor quotations should be included in the estimate when used. Cost risk analysis should be used for assignment of contingencies to accommodate any potential cost growth.

The Cost Estimate should include a contingency for removal of onsite inert materials that property tenant is unable to remove. These are materials that overlie some of the areas that need to be excavated.

The Detailed Cost Estimate needs to include the established labor and equipment rates specified in the Regional Site Remediation Agreement (09-T9106) and is to be submitted within 30 days of the effective date of this Work Order Amendment.

## III. DELIVERABLES AND IMPLEMENTATION SCHEDULE

Contractor shall start work in accordance with the Start Work Order issued by DTSC. All deliverables identified below must be acceptable to DTSC before they are deemed complete.

| Task / Subtask | Description/Deliverable | Schedule |
|---|---|---|
| 1a | Records review, meeting | Within 15 days of the Start Work Order - **Complete** |
| 1b | Site Visit/Walk | Within 15 days of the Start Work Order - **Complete** |
| 1c | Implementation Plan/Detailed Cost Estimate | Within 30 days of the Start Work Order – **Complete** |
| 1d | Liquid Waste Characterization | Within 10 days of the Start Work Order |
| 1e | Permitting, Preparation / Finalization of Grading Plan, and Electrical Assessment | Within 10 days of the Start Work Order |
| 1f | Tank Demolition and Disposal | Within 10 days of the Start Work Order |
| 1g | Soil Characterization | Within 10 days of the Start Work Order |
| 1h | Well Abandonment | Within 10 days of the Start Work Order |
| 1i | Building Materials Survey and Reporting | Within 10 days of the Start Work Order |
| 1j | Prepare Cost Estimate for Revised Scope of Work / Implementation Plan | Within 30 days of the Start Work Order |

## IV. CONDITIONS OF PAYMENT

The Contractor shall submit one invoice for each completed and approved Task as follows:

- Task 1d: Liquid Waste Characterization;
- Task 1e: Permitting, Preparation/Finalization of Grading Plan, and Electrical Assessment;
- Task 1f: Tank Demolition and Disposal;
- Task 1g: Soil Characterization;
- Task 1h: Well Abandonment;
- Task 1i: Building Materials Survey and Reporting; and
- Task 1j: Prepare Cost Estimate for Revised Scope of Work/Implementation Plan.

**ATTACHMENT B**

Pricing Schedule
Wickes Forest Industries
Contract No.: 10-T1069
Work Order Amendment No.: 1-069-1.1-100164

| LABOR HOURS | | DTSC Task # | Task 1a | | Task 1b | | Task 1c | | Task 1d | | Task 1e | | Task 1f | | Task 1g | | Task 1h | | Task 1i | | Task 1j | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Complete | | Complete | | Complete | | Amdt. 1.1 | | Amdt. 1.1 | | Amdt. 1.1 | | Amdt. 1.1 | | Amdt. 1.1 | | Amdt. 1.1 | | Amdt. 1.1 | | | |
| | | | File Review | | Site Visit/Walk | | Removal Action Implementation Plan and Detailed Cost Estimate | | Liquid Waste Characterization | | Permitting, Preparation / Finalization of Grading Plan, and Electrical Assessment | | Tank Demolition and Disposal | | Soil Characterization | | Well Abandonment | | Building Materials Survey and Reporting | | Prepare Cost Estimate for Revised Scope of Work and Revise Implementation Plan | | | |
| | | Labor Rates | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost |
| Program Manager | | $ 110 | 4 | $ 440 | 0 | $ - | 10 | $ 1,100 | 2 | $ 220 | 2 | $ 220 | 1 | $ 110 | 10 | $ 1,100 | 2 | $ 220 | 2 | $ 220 | 10 | $ 1,100 | 43 | $ 4,730 |
| Registered Engineer | | $ 105 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 96 | $ 10,080 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 96 | $ 10,080 |
| Non-registered Engineer | | $ 81 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 4 | $ 324 | 4 | $ 324 | 0 | $ - | 0 | $ - | 0 | $ - | 10 | $ 810 | 18 | $ 1,458 |
| Registered Geologist | | $ 105 | 5 | $ 525 | 20 | $ 2,100 | 20 | $ 2,100 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 24 | $ 2,520 | 0 | $ - | 69 | $ 7,245 |
| Non-registered Geologist | | $ 77 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Scientist | | $ 82 | 7 | $ 574 | 0 | $ - | 14 | $ 1,148 | 10 | $ 820 | 12 | $ 984 | 20 | $ 1,640 | 48 | $ 3,936 | 10 | $ 820 | 4 | $ 328 | 32 | $ 2,624 | 157 | $ 12,874 |
| Technician | | $ 52 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Cost Estimator | | $ 77 | 5 | $ 385 | 20 | $ 1,540 | 20 | $ 1,540 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,232 | 61 | $ 4,697 |
| Foreman | | $ 77 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,224 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,224 |
| Equipment Operator - Excavator | | $ 88 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Equipment Operator - Loader/Dozer | | $ 88 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 |
| Equipment Operator - Haul Truck | | $ 88 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 |
| Equipment Operator - Forklift/Boomlift | | $ 88 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 |
| Laborer | | $ 63 | 0 | $ - | 0 | $ - | 0 | $ - | 8 | $ 507 | 0 | $ - | 16 | $ 1,015 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 24 | $ 1,522 |
| Laborer | | $ 63 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,015 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,015 |
| Certified Industrial Hygienist | | $ 119 | 2 | $ 239 | 0 | $ - | 5 | $ 597 | 2 | $ 239 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 9 | $ 1,074 |
| Drafter | | $ 46 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 3 | $ 138 | 0 | $ - | 0 | $ - | 6 | $ 276 | 9 | $ 414 |
| Total Labor | | | 23 | $ 2,163 | 40 | $ 3,640 | 69 | $ 6,485 | 22 | $ 1,788 | 114 | $ 11,608 | 121 | $ 9,539 | 61 | $ 5,174 | 12 | $ 1,040 | 30 | $ 3,068 | 74 | $ 6,042 | 566 | $ 50,544 |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| Travel | $/Unit | $/Unit | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost |
| Mileage | $0.50 | $0.51 | 0 | $ - | 350 | $ 175 | 0 | $ - | 240 | $ 122 | 480 | $ 245 | 240 | $ 122 | 480 | $ 245 | 240 | $ 122 | 240 | $ 122 | 0 | $ - | 2,270 | $ 1,154 |
| Per Diem (Hotel and Lodging) | $140.00 | $140.00 | 0 | $ - | 2 | $ 280 | 0 | $ - | 0 | $ - | 0 | $ - | 6 | $ 840 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 8 | $ 1,120 |
| Total Travel | | | | $ - | | $ 455 | | $ - | | $ 122 | | $ 245 | | $ 962 | | $ 245 | | $ 122 | | $ 122 | | $ - | | $ 2,274 |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| EQUIPMENT | Time | Rate | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost |
| Backhoe, Medium Dig Depth 14-15 ft | Dly | $ 433.26 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 433 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 433 |
| Boomlift | Dly | $ 297.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 297 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 297 |
| Roll Off Bins (20 CY Type) | Mth | $ 293.43 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 293 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 293 |
| Water Truck, 1800 Gal | Dly | $ 945.48 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 945 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 945 |
| Portable Sanitation | Mth | $ 111.37 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 111 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 111 |
| Steam Cleaner/Hot Water Pressure Washer | Dly | $ 280.77 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 281 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 281 |
| Trench Plates - 5 Total (Price for each plate) | Wkly | $ 62.64 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 5 | $ 313 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 5 | $ 313 |
| Cutoff Saw - 5Hp Cal Trans Rate | Dly | $ 21.68 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Cutting Torches - Cal Trans Rate | Dly | $ 75.20 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 75 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 75 |
| Pump, 4" Water | Dly | $ 171.46 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Equipment Total | | | | $ - | | $ - | | $ - | | $ 111 | | $ - | | $ 2,638 | | $ - | | $ - | | $ - | | $ - | | $ 2,750 |
| | | | | | | | | | | | | | | | | | | | | | | | | |
| OTHER DIRECT COSTS (ODCs) | Unit | Rate | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost |
| Liquid Waste Characterization Sampling | LS | $ 2,000.00 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 2,000 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 2,000 |
| Liquid Waste Disposal | GAL | $ 2.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1,500 | $ 3,000 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1,500 | $ 3,000 |
| Lab. Analysis-Soil Characterization | LS | $ 11,000.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 11,000 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 11,000 |
| Lab. Analysis-Building Material Sampling | LS | $ 1,200.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,200 | 0 | $ - | 1 | $ 1,200 |
| Drilling Subcontractor-Soil Sampling | LS | $ 9,000.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 9,000 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 9,000 |
| Drilling Subcontractor-Well Abandonment | LS | $ 1,300.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,300 | 0 | $ - | 0 | $ - | 1 | $ 1,300 |
| Electrical Subcontractor-Assessment/Mods. | | $ 1,500.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,500 | 0 | | 0 | | 0 | $ - | | | 0 | $ - | 1 | $ 1,500 |
| Permitting | LS | $ 3,720.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 3,720 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 3,720 |
| Utility Locate | T&M | $ 1,550.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,550 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,550 |
| Visqueen | LS | $ 1,000.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,000 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,000 |
| PPE - Per Person Per Day Level C | Day | $ 56.55 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 10 | $ 566 | 6 | $ 339 | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 905 |
| PPE - Per Person Per Day Level B | Day | $ 104.03 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 104 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 104 |
| ODCs Subtotal | | | | $ - | | $ - | | $ - | | $ 2,104 | | $ 5,220 | | $ 4,566 | | $ 21,889 | | $ 1,300 | | $ 1,200 | | $ - | | $ 36,279 |
| Fee 10% (ODCs only) | | 10% | | $ - | | $ - | | $ - | | $ 210 | | $ 522 | | $ 457 | | $ 2,189 | | $ 130 | | $ 120 | | $ - | | $ 3,628 |
| Total ODCs | | | | $ - | | $ - | | $ - | | $ 2,314 | | $ 5,742 | | $ 5,022 | | $ 24,078 | | $ 1,430 | | $ 1,320 | | $ - | | $ 39,907 |
| TOTAL COSTS | | | | $ 2,163 | | $ 4,095 | | $ 6,485 | | $ 4,334 | | $ 17,595 | | $ 18,162 | | $ 29,497 | | $ 2,592 | | $ 4,510 | | $ 6,042 | | $ 95,475 |





Matthew Rodriquez
*Secretary for Environmental Protection*

# Department of Toxic Substances Control

Deborah O. Raphael, Director
8800 Cal Center Drive
Sacramento, California 95826

Edmund G. Brown Jr.
*Governor*

October 6, 2011

Certified Mail No.: 7010 2780 0000 9665 6135

Agreement No.: 10-T1069
Site Name: Wickes Forest Industries
Work Order Amendment No.: 1-069-1.4-100164
Scope of Work Title: Completion for a Removal Action

Ms. Jenifer J. Beatty, P.G., C.HG.
Vice President/Principal Hydrogeologist
Arcadis U.S., Inc.
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661

**START WORK ORDER**

Dear Ms. Beatty:

In accordance with this Agreement, enclosed are a Work Order Approval Form and a Work Order Amendment to implement and complete a removal action for the Wickes Forest Industries Site in Elmira, Solano County, California. This letter serves as the Contractor's authorization to commence work on Tasks 2a-2f and 3. Following are the Tasks:

- Task 2a: Preconstruction Tasks (Utility Location, Liquid Waste Removal, and Background Air Quality Monitoring);
- Task 2b: Mobilization, Treatment System Demolition and Disposal;
- Task 2c: Treatment Pad Concrete Removal and Disposal;
- Task 2d: Soil Excavation, Waste Characterization and Confirmation Sampling;
- Task 2e: Transportation and Disposal of Excavated Soils;
- Task 2f: Backfill, Restoration, and Demobilization; and
- Task 3: Closure Report.

The Contractor shall commence work within five (5) days of the date of this letter. Work Order deliverables for these tasks shall be provided in accordance with the schedule in Attachment A (Specifications of Work Ordered).

Printed on Recycled Paper

Agreement No.: 10-T1069
Site Name: Wickes Forest Industries
Work Order Amendment No.: 1-069-1.4-100164
October 6, 2011
Page 2

The Project Manager for this Work Order is Mr. Peter MacNicholl and should be contacted at (916) 255-3713 for further information.

Sincerely,

Richard B. Hume, P.E.
Supervising Hazardous Substances Engineer I
Brownfields and Environmental Restoration Program

Enclosures

cc:     Ms. Emily M. Hathaway
        Staff Geologist
        Arcadis U.S., Inc.
        1410 Rocky Ridge Drive, Suite 330
        Roseville, California 95661

        Ms. Annette Stark
        Associate Governmental Program Analyst
        Contract Administration and Purchasing
        Department of Toxic Substances Control
        1001 "I" Street, 21st Floor
        P.O. Box 806
        Sacramento, California 95812-0806

        Mr. Peter MacNicholl
        Project Manager
        Brownfields and Environmental Restoration Program
        Department of Toxic Substances Control
        8800 Cal Center Drive, 3rd Floor
        Sacramento, California 95826-3200

        Ms. Angie Alfaro
        Associate Governmental Program Analyst
        Brownfields and Environmental Restoration Program
        Department of Toxic Substances Control
        8800 Cal Center Drive, 3rd Floor
        Sacramento, California 95826-3200

DTSC, et al. v. Jim Dobbas, Inc., et al.
ADMIN007588

-251-

**DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)**
**HAZARDOUS SUBSTANCES/MATERIALS SITE REMEDIATION**

**Work Order Approval Form**

| | |
|---|---|
| Wickes Forest Industries<br>Site Name/Project Name | 10-T1069<br>Contract Number |
| Completion of a Removal Action<br>Scope of Work Title | 1-069-1.0-100164<br>Work Order Number |
| 100164<br>Project Code | 1-069-1.4-100164<br>Work Order Amendment Number |
| $513,588.00<br>Total Amount of this Work Order or Amendment | $650,000.00<br>Total Cumulative Cost of Work Order |

I have reviewed the attached Work Order or Amendment and agree that the Scope of Work described is necessary and adequate and that the project costs, terms and conditions are acceptable and have been issued in accordance with Departmental policies and contract provisions.

| | |
|---|---|
| [signature]<br>DTSC – Project Manager | 10/6/2011<br>Date |
| for Peter [signature]<br>DTSC – Technical Review | 10/6/2011<br>Date |
| [signature]<br>Contractor | 10/6/2011<br>Date |
| [signature]<br>DTSC – Contract Manager | 10/6/2011<br>Date |

DTSC, et al. v. Jim Dobbas, Inc., et al.
ADMIN007589

**WORK ORDER**
**Wickes Forest Industries**
**Solano County, California**
**Contract Number: 10-T1069**
**Work Order Amendment No.: 1-069-1.4-100164**

Jenifer J. Beatty, P.G., C.HG.
Arcadis, U.S., Inc.
1410 Rocky Ridge Drive, Suite 330
Roseville, California 95661
(916) 786-7971

Contract Manager: Richard B. Hume
Project Manager: Peter MacNicholl
(916) 255-3713

Work Order Amendment No. 1-069-1.4-100164
Work Order Description: Completion of a Removal Action

Contract No.: 10-T1069
Fund Source: SRA

## I. WORK ORDER DESCRIPTION

The function of this Work Order Amendment is for Arcadis (Contractor) to provide personnel, services, materials and equipment necessary to start and complete a removal action at the Wickes Forest Industries Site, Elmira, Solano County, California (Site). All work performed shall be in accordance with the Contract.

## II. GENERAL REQUIREMENTS OF THE WORK ORDER

This Work Order Amendment is issued under the authority Agreement 10-T1069 between the Contractor and the Department of Toxic Substances Control (DTSC). The terms and conditions of the Contract shall govern the execution of this Work Order Amendment and this document shall become part of the Agreement upon issuance. Attachments A (Specifications of Work Ordered) and B (Pricing Schedule), are hereby incorporated into this Work Order Amendment by reference.

This Work Order Amendment shall be implemented by the Contractor upon receipt of the Start Work Order signed by the DTSC Contract Manager, an approved Work Order Approval Form, and a complete Work Order Amendment package in accordance with the requirements and date(s) specified therein. Work on the Work Order Amendment shall be immediately altered upon receipt of a Work Order Amendment or Field Order issued by the DTSC Contract Manager.

The DTSC Project Manager, or designee, will supervise and approve all work required/performed according to this Work Order Amendment. The DTSC Contract Manager, or designee, may make minor change(s) to the Work Order Amendment without issuing a Work Order Amendment or Field Order provided that the change(s) do not involve modifications to the unit price and/or the Work Order Amendment amount, quantity, type, and quality in accordance with the Agreement. If substantial change(s) to the Work

Order is necessary, the DTSC Contract Manager will issue a Work Order Amendment or Field Order to the original Work Order. A Field Order operates as an approved amendment to the Work Order.

If the Contractor fails to notify the DTSC Contract Manager, or designee that the cost of work performed will exceed maximums allowed in the Work Order and Work Order Amendment before such costs are incurred, the DTSC Contract Manager may determine that the Contractor has acted as a "volunteer" in rendering those services and is not entitled to additional payment. In determining these maximums, the DTSC Contract Manager has determined that the designated services, hours, staffing levels, and deliverables are reasonable and will ensure that the ordered work will be done in a competent and professional manner. Actual reimbursement under this Work Order Amendment shall be based on negotiated Agreement rates for time expended, travel expenses when authorized, and any other type of authorized expenses not included in the Agreement rates up to the maximums set forth in the Work Order Pricing Schedule (Attachment B). These expenses shall be documented in invoices submitted by the Contractor in accordance with Exhibit B (Budget Detail and Payment Provisions) of the Agreement and approved by the DTSC Contract Manager.

Items, services or equipment for which no negotiated Agreement rate exists shall require documentation and justification. The DTSC Contract Manager will direct the Contractor on the competitive process required to obtain best value for these items and services. The DTSC Contract Manager will make the final decision on the pricing of any item, service or equipment for which no negotiated Agreement rate exists.

For all items for which a negotiated rate has not been established in the Agreement, the Contractor shall be reimbursed for the actual costs incurred plus negotiated fee as applicable. No other costs already allocated to the negotiated Agreement rates in Exhibit B shall be allowed.

DTSC will make payments under this Work Order Amendment as described in the Conditions of Payment section of Attachment A of this Work Order Amendment.

Except for the payments of money for services already completed, neither Party shall be liable to the other for failure to perform its obligations hereunder if and to the extent that such failure to perform is caused by or results from causes beyond its control, including without limitation, strikes, lockouts, or other industrial disturbances, civil disturbances, fires, acts of God, pandemic or epidemic, or acts of a public enemy.

## III. EXECUTION OF WORK ORDER

In accordance with the terms and conditions of this Agreement, the requirements of this Work Order Amendment, and upon signature of the Work Order Approval Form by both the DTSC Contract Manager and authorized Contractor Representative, the Contractor is hereby ordered to commence work.

## IV. TERM OF WORK ORDER

All work under this Work Order Amendment shall be completed by June 30, 2012.

DTSC, et al. v. Jim Dobbas, Inc., et al.
ADMIN007592

-255-

**ATTACHMENT A**
**SPECIFICATIONS OF WORK ORDERED**
**Wickes Forest Industries**
**Solano County, California**
**Contract Number: 10-T1069**
**Work Order Amendment No.: 1-069-1.4-100164**

## I. WORK ORDERED

### A. Site Description

The Wickes Forest Industries Site (Site) is located at 147 A Street in Elmira, Solano County, California. The Solano County Assessor's Parcel Numbers are 142-010-130, 142-010-140, and 142-042-01. The Site is a former wood treatment facility and used preservative solutions containing arsenic, chromium, and copper. Wood treating operations began in approximately 1972 and continued until approximately August 1982. In 2008, URS soil sampling results detected arsenic and chromium concentrations in soil ranging from 4.7 mg/kg to 610 mg/kg and 0.2 to 190 mg/kg. Groundwater contaminant concentrations in the source area are approximately 1,500 µg/L for hexavalent chromium and 700 µg/L for arsenic.

On June 30, 2010, the Site's Removal Action Workplan (RAW) was finalized and approved by DTSC. The RAW identifies groundwater cleanup goals of 10 µg/L for both arsenic and chromium based on current drinking water maximum contaminants limits and with the anticipated cleanup goal for hexavalent chromium. Soil cleanup goals in the RAW specify 13 mg/kg for both arsenic and chromium.

The Final RAW specifies a total volume of 1,364 cubic yards of impacted soil that is expected to be removed. This volume accounts for a 10% over excavation based on preliminary characterization data. Confirmation sampling will be conducted using an x-ray fluorescence analyzer and by laboratory analysis to verify cleanup objectives have been met.

### B. Objective

The objective of this Work Order Amendment is for the Contractor to provide personnel, services, materials, and equipment necessary to plan and organize a hazardous substance removal action at the Site. Planning and organizing the removal action shall include coordinating with preparing a grading plan, mobilizing equipment, excavating contaminated soil, transporting impacted soil to a permitted facility, backfill soil, and preparing a closure report.

Contractor shall provide all necessary personnel, equipment, materials administration and supervision services to ensure that the hazardous substance removal actions are conducted following the directives of the DTSC Project Manager or other designated

DTSC officials. Contractor shall procure and coordinate all necessary subcontractors to complete the tasks specified in this Work Order Amendment. Contractor is responsible for securing all necessary permits to complete the task specified in this Work Order Amendment.

Contractor shall perform all work in accordance with State of California and local building codes, rules, and regulations.

## II. SCOPE OF WORK

Arcadis is hereby authorized to perform the following activities at the Site. These activities are required for implementing a soil removal action in accordance with the approved RAW prepared by DTSC. The tasks necessary to meet the stated objective are described in detail in this section.

**Task 1a – File Review and Additional File Review – (Complete)**

**Task 1b – Site Visit/Walk – (Complete)**

**Task 1c – Removal Action Implementation Plan and Detailed Cost Estimate (Complete)**

**Task 1d – Liquid Waste Characterization - (Complete)**

Contractor shall sample, characterize, and properly dispose of any remaining chemicals and or liquids in the treatment system tanks.

**Task 1e - Permitting, Preparation/Finalization of Grading Plan, Electrical Assessment, Topographic Survey, and Electrical Rerouting (Complete)**

Permitting, Preparation/Finalization of Grading Plan, and Electrical Assessment

Contractor shall obtain all necessary permits for grading plan. Contractor shall prepare and finalize grading plan for Site under California registered civil engineer. Task also includes initial site walk by registered engineer to review overall Site conditions and assess possible impacts to building foundation due to soil removal action. Contractor shall assess current electrical utility needs and the condition of the current electrical system. If warranted, Contractor shall cut-off or modify electrical utility connections in preparation for excavation and possible building demolition. The assessment and electrical modification shall include retention of electrical services for those portions of the Site which will need ongoing electric power.

Topographic Survey – **(Complete)**

Electrical Rerouting – **(Complete)**

**Task 1f – Tank Demolition**

Contactor shall empty and completely demolish outside metal storage tank, including proper disposal of materials. If appropriate, the tank materials shall be recycled. Contractor shall empty and properly dispose of treatment system tanks.

**Task 1g – Soil Characterization – (Complete)**

**Task 1h – Well Abandonment – (Complete)**

**Task 1i – Building Materials Survey and Reporting – (Complete)**

**Task 1j – Cost Estimate for Revised Scope of Work and Implementation Plan**

Contractor shall prepare a revised cost estimate based on the scope of work identified by DTSC. Estimate shall include associated revisions to the Implementation Plan by DTSC.

**Task 2a – Preconstruction Tasks (Utility Location, Liquid Waste Removal, and Background Air Quality Monitoring)**

Prior to the proposed removal action, site preparation activities, including but not limited to, delineation of excavation areas, utility clearance, and permitting will be completed.

Prior to the commencement of field activities, the boundaries of the proposed excavations will be clearly marked

The utility clearance will include at least 48-hour notification of the state underground utility notification authority (Underground Service Alert of Northern California – www.usanorth.org) prior to the start of intrusive field activities. In addition, a site inspection will be completed and a private utility locator will be contracted to assess for locations of potential underground utilities (e.g., pipes, electrical conductors, fuel lines, and/or sewer lines) before intrusive work is performed.

A grading permit will be obtained from Solano County for the planned excavation. A copy of the grading permit will be provided to the DTSC, prior to commencement of excavation activities. Copies of any other permits obtained for this project, if any will be included in the Removal Action Implementation Completion Report.

Field logbooks will be maintained to document field activities on a daily basis. Logbook entries will be complete and accurate enough to allow reconstruction of filed activities. Each page will be dated and the time of entry will be noted in military time. All entries will be legible, written in ink, and signed by the individual making the entries. Language will be factual, objective, and free of personal opinions or other terminology, which might prove inappropriate. If an error is made, corrections will be made by crossing a line through the error and entering the correct information. Corrections will be dated and initialed. No entries will be obliterated or rendered unreadable.

Entries in the field logbook will include at a minimum the following information for each day:

- Site name and address;
- Recorder's name;
- Team members;
- Time of site arrival/entry on-site and time of site departure;
- Other personnel on-site;
- Weather conditions including air temperature, precipitation, or high wind conditions;
- A summary of on-site meetings;
- Deviations from sampling plans, or site safety plans;
- Levels of safety protection; and
- Calibration readings for equipment used and equipment model and serial number.

Photographs will be taken as needed at areas of interest on the Site. They will serve to verify information entered in the field logbook. When a photograph is taken, the following information will be written in the daily field notes or will be recorded in a separate field log:

- Time, date, location, and if appropriate, weather conditions;
- Description of the subject photographed, including sample identification number (if appropriate); and
- Point-of-view orientation of the photograph (e.g., to the west, to the east-southeast).

Appropriate air monitoring will be conducted during the remedial action implementation.

**Task 2b – Mobilization, Treatment System Demolition and Disposal**

The GWETS and associated equipment shall be removed from site and properly disposed of. Removal of the GWETS is anticipated to occur before the excavation and is discussed below.

Any equipment to be salvaged, reused, or recycled will need to be removed from the former process building prior to demolition and excavation activities. If the items are being moved to another portion of the site, the items will clearly marked and the new location must be communicated by DTSC to Arcadis prior to excavation.

At the request of the DTSC, the GWETS, associated components, and containers will be dissembled and disposed of in an appropriate manner. The control panel and electronic controls will be preserved.

Unidentified fluids or sludge found in containers associated with the GWETS, will be sampled for waste characterization. Following waste characterization determination, fluids will be poured into drums, if feasible, and/or removed from tanks using vacuum equipment, if appropriate. Fluids will be transported and disposed of in accordance with the waste determination. Containers will then be triple rinsed with a hot water pressure washer. Following the final rinse the containers will be removed from the process building and disposed of as debris.

**Task 2c – Treatment Pad Concrete Removal and Disposal**

The concrete slab located in the southern portion of the building beneath the GWETS will be removed in order to excavate soils from beneath the concrete slab. The concrete slab will be cut near the control panel to preserve the control panel and controls. It will be confirmed by the private utility locator and the project electrician that all utilities are de-energized/decommissioned and/or locked-out-tagged-out prior to work to ensure worker safety.

Prior to excavation activities, soil samples will be collected from the beneath the concrete pad and from the perimeter of the building. Soil samples collected beneath the concrete pad will serve to better define the extent of the excavation. Soil samples will be analyzed for chemicals for concern; arsenic, Cr(III), and Cr(IV).

The sumps have historically been used to hold wood preservative solution. To ensure worker safety and to aid in profiling for the landfill, soil samples will be collected in the vicinity of the sumps and analyzed for volatile organic compounds (VOCs), semi-volatile organic compounds (SVOCs), and total petroleum hydrocarbons (TPH). If requested, additional samples will be collected to allow in place soil to be profiled for landfill disposal.

Soil samples will be collected from the surface 0 to 0.5 feet bgs, 2 to 2.5 feet bgs, 3.5 to 4, and 4.5 to 5 or as appropriate. Boring will be advanced direct push technology; samples will be collected as appropriate, and submitted to the laboratory on a standard five day turnaround time.

**Task 2d – Soil Excavation, Waste Characterization and Confirmation Sampling**

Contractor shall excavate contaminated soil according to Figure 3 of the revised Implementation Design Report. The excavation boundaries may be modified based on field screening performed with a handheld X-ray fluorescence (XRF) instrument. XRF spectroscopy is a nondestructive qualitative and quantitative analytical technique used to determine the chemical composition of samples. Field screening with the XRF will be performed by the DTSC on-site representative and will be used to aid in defining the limits of the excavations in the field. Contactor shall collect confirmation soil samples for off-site laboratory analysis and final approval whether soil cleanup goals are met. Contractor will also collect and analyze soil samples from soil stockpiles for waste disposal characterization. Based on the sample results, the disposal facilities will make the determination as to the classification of the waste (Class I, II or III).

The following equipment or equivalent may be utilized during the proposed work:

- JD 120 Excavator;
- JD 410 Backhoe;
- WA 350 Loader;
- HR 200 Hammer;
- 48" Sheepsfoot Compactor;

- Skid Steer;
- Boom Lift;
- Fork Lift; and
- Water Truck.

The Contractor is responsible for contract and sub health and safety. The use of protective systems such as benching, sloping, or shoring is anticipated to ensure structural integrity of the buildings but there is no need for personnel to enter the excavation. Soil samples to be collected from depths greater than 4 feet should be collected from the bucket of excavation equipment. Access to the excavation by on-site personnel will be limited and strictly monitored.

Hand tools and earthmoving equipment will be used to excavate the impacted soil.

If necessary, excavated soil will be stockpiled staged, and loaded in locations outside the former process building. Stockpiling, staging and/or loading will not be conducted outside the site boundaries.

During excavation operations, visquene will be spread between the excavation areas and the trucks being loaded in order to catch any loose material that may fall during loading operations. The visquene and loose material will be loaded out with the material being excavated.

Entry to the impacted area will be limited to avoid unnecessary exposure and transfer of contaminants.

Contractor is responsible for insuring there is no uncontrolled tracking, spills, or air released of hazardous substances from the site during the cleanup.

**Task 2e – <u>Transportation and Disposal of Excavated Soils</u>**

Following characterization, soil will be loaded into trucks for off-site disposal pending determination of an appropriate disposal facility as specified in the implementation plan. Truck routing will proceed in accordance with the Transportation Plan.

Soil samples will be collected from the soil stockpiles and analyzed for arsenic and total chromium as required by the disposal facility. Any composite stockpile soil sample with concentrations exceeding the total threshold limit concentration (TTLC) for any chemical of concern is considered to be California hazardous waste.

Additional analytes may be added at the request of the landfill for waste characterization purposes. Waste characterization data will be presented in the Implementation Completion Report ("the Completion Report").

Representatives of the disposal facility will make the final determination on the classification of the wastes.

**Task 2f – Backfill, Restoration, and Demobilization**

The excavations will be backfilled with "clean" imported fill soil in accordance with the DTSC's "Information Advisory – Clean Imported Fill Material" dated October 2001. Analytical sampling for the backfill material will be completed to ensure backfill material brought to the Site does not contain concentrations of chemical of concern exceeding the cleanup goals.

Backfill will be placed using 8 to 12 inch lifts. The backfill will be compacted using a compaction wheel or a walk-behind compactor. The excavation areas will be restored to original grade. If requested, backfill will be compacted and tested to document compacted areas commensurate with site conditions.

**Task 3 – Closure Report**

Following the removal action, Arcadis will submit a Closure Report (CR) which documents the removal activities. The CR should include the following:

a. A description of field activities completed and justification for deviations from the Implementation Design Report;
b. As-built drawings showing excavation location and final grade;
c. Copies of permits;
d. Summary of implementation activities;
e. Description of excavation area;
f. Depth and volume with figures illustrating the location of confirmation sampling;
g. Contaminated soil disposal location;
h. Photograph log of the implementation;
i. Tabulated confirmation sampling;
j. Site restoration activities;
k. Backfill soil borrow source and location;
l. Backfill soil quantities and analytical data;
m. Statistical analysis of confirmation results to demonstrate whether the remedial action objectives have been met;
n. Conclusions and recommendations associated with the goals and objectives of the RAW and ESD; and
o. Photographs taken before, during, and after the excavation.

The Contract shall also submit a compact disc with the CR which contains the final report and the following:

- field notes;
- laboratory data sheets; and
- copies of disposal manifests.

## III. DELIVERABLES AND IMPLEMENTATION SCHEDULE

Contractor shall start work in accordance with the Start Work Order issued by DTSC. All deliverables identified below must be acceptable to DTSC before they are deemed complete.

| Task / Subtask | Description/Deliverables | Schedule |
|---|---|---|
| 1a | - Records review, meeting<br><br>- Additional File Review | - Within 15 days of the Start Work Order – **Complete**<br><br>- Within 15 days of the Start Work Order – **Complete** |
| 1b | Site Walk/Visit | - Within 15 days of the Start Work Order – **Complete** |
| 1c | Removal Action Implementation Plan and Detailed Cost Estimate | - Within 30 days of the Start Work Order – **Complete** |
| 1d | Liquid Waste Characterization | - Within 10 days of the Start Work Order |
| 1e | Permitting, Preparation & Finalization of Grading Plan<br><br>Topographic Survey & Electrical Rerouting | - Within 10 days of the Start Work Order – **Complete**<br><br>- Within 10 days of the Start Work Order – **Complete** |
| 1f | Outside Metal Tank Demolition & Disposal<br><br>Treatment System Tank Disposal | - Within 10 days of the Start Work Order – **Complete**<br><br>- Within 10 days of the Start Work Order |
| 1g | Soil Characterization | - Within 10 days of the Start Work Order – **Complete** |
| 1h | Well Abandonment | - Within 10 days of the Start Work Order – **Complete** |
| 1i | Building Materials Survey and Reporting | - Within 10 days of the Start Work Order – **Complete** |
| 1j | Prepare Cost Estimate for Revised Scope of Work/Implementation Plan | - Within 10 days of the Start Work Order - **Complete** |
| 2a | Preconstruction Tasks (Utility Location, Liquid Waste Removal, and Background Air Quality Monitoring) | - Within 10 days of the Start Work Order |
| 2b | Mobilization, Treatment System Demolition and Disposal | - Within 10 days of the Start Work Order |
| 2c | Treatment Pad Concrete Removal and Disposal | -Within 10 days of the Start Work Order |

| Task / Subtask | Description/Deliverables | Schedule |
|---|---|---|
| 2d | Soil Excavation, Waste Characterization and Confirmation Sampling | -Within 10 days of the Start Work Order |
| 2e | Transportation and Disposal of Excavated Soils | -Within 10 days of the Start Work Order |
| 2f | Backfill, Restoration, and Demobilization | - Within 20 days of the Start Work Order |
| 3 | Closure Report | -Within 45 days of the Start Work Order |

## IV. CONDITIONS OF PAYMENT

The Contractor shall submit one invoice for each completed and approved Task as follows:

- Task 1a: Additional File Review;
- Task 1d: Liquid Waste Characterization;
- Task 1e: Permitting, Preparation/Finalization of Grading Plan, and Electrical Assessment, Topographic Survey, and Electrical Rerouting;
- Task 1f: Tank Demolition and Disposal;
- Task 1g: Soil Characterization;
- Task 1h: Well Abandonment;
- Task 1i: Building Materials Survey and Reporting;
- Task 1j: Prepare Cost Estimate for Revised Scope of Work/Implementation Plan;
- Task 2a; Preconstruction Tasks (Utility Location, Liquid Waste Removal, and Background Air Quality Monitoring);
- Task 2b: Mobilization, Treatment System Demolition and Disposal;
- Task 2c: Treatment Pad Concrete Removal and Disposal;
- Task 2d: Soil Excavation, Waste Characterization and Confirmation Sampling;
- Task 2e: Transportation and Disposal of Excavated Soils;
- Task 2f: Backfill, Restoration, and Demobilization; and
- Task 3: Closure Report.

**ATTACHMENT B**
**Page 2 of 2**

Pricing Schedule
Wickes Forest Industries
Contract No.: 10-T1069
Work Order Amendment No.: 1-069-1.4-100164

| | DTSC Task# | Task 2a | | Task 2b | | Task 2c | | Task 2d | | Task 2e | | Task 2f | | Task 3 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Preconstruction Tasks (Utility Location, Liquid Waste Removal, and Background Air Quality Monitoring) | | Mobilization, Treatment System Demolition and Disposal | | Treatment Pad Concrete Removal and Disposal | | Soil Excavation, Waste Characterization and Confirmation Sampling | | Transportation and Disposal of Excavated Soils | | Backfill, Restoration, and Demobilization | | Removal Action Report | | TOTAL | |
| LABOR HOURS | Labor Rates | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost |
| Program Manager | $ 110.00 | 4 | $ 440 | 2 | $ 220 | 1 | $ 110 | 8 | $ 880 | 8 | $ 880 | 8 | $ 880 | 42 | $ 4,620 | 73 | $ 8,030 |
| Registered Engineer | $ 105.00 | 0 | $ - | 0 | $ - | 0 | $ - | 10 | $ 1,050 | 0 | $ - | 0 | $ - | 0 | $ - | 10 | $ 1,050 |
| Non-registered Engineer | $ 81.00 | 8 | $ 648 | 16 | $ 1,296 | 8 | $ 648 | 28 | $ 2,268 | 20 | $ 1,620 | 20 | $ 1,620 | 12 | $ 972 | 112 | $ 9,072 |
| Registered Geologist | $ 105.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,680 | 16 | $ 1,680 |
| Non-registered Geologist | $ 77.00 | 0 | $ - | 0 | $ - | 0. | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Scientist | $ 82.00 | 20 | $ 1,640 | 40 | $ 3,280 | 20 | $ 1,640 | 70 | $ 5,740 | 60 | $ 4,920 | 60 | $ 4,920 | 125 | $ 10,250 | 395 | $ 32,390 |
| Technician | $ 52.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Cost Estimator | $ 77.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - |
| Foreman | $ 76.50 | 0 | $ - | 24 | $ 1,836 | 16 | $ 1,224 | 56 | $ 4,284 | 24 | $ 1,836 | 24 | $ 1,836 | 0 | $ - | 144 | $ 11,016 |
| Equipment Operator - Excavator | $ 87.74 | 0 | $ - | 24 | $ 2,106 | 16 | $ 1,404 | 56 | $ 4,913 | 48 | $ 4,212 | 0 | $ - | 0 | $ - | 144 | $ 12,635 |
| Equipment Operator - Loader/Dozer | $ 87.74 | 0 | $ - | 0 | $ - | 16 | $ 1,404 | 56 | $ 4,913 | 0 | $ - | 48 | $ 4,212 | 0 | $ - | 120 | $ 10,529 |
| Equipment Operator - Haul Truck | $ 87.74 | 0 | $ - | 0 | $ - | 16 | $ 1,404 | 56 | $ 4,913 | 0 | $ - | 48 | $ 4,212 | 0 | $ - | 120 | $ 10,529 |
| Equipment Operator - Forklift/Boomlift | $ 87.74 | 0 | $ - | 24 | $ 2,106 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 24 | $ 2,106 |
| Laborer | $ 63.42 | 16 | $ 1,015 | 24 | $ 1,522 | 16 | $ 1,015 | 56 | $ 3,552 | 48 | $ 3,044 | 0 | $ - | 0 | $ - | 160 | $ 10,147 |
| Laborer | $ 63.42 | 0 | $ - | 24 | $ 1,522 | 16 | $ 1,015 | 56 | $ 3,552 | 0 | $ - | 48 | $ 3,044 | 0 | $ - | 144 | $ 9,132 |
| Certified Industrial Hygienist | $ 119.35 | 4 | $ 477 | 0 | $ - | 0 | $ - | 4 | $ 477 | 2 | $ 239 | 0 | $ - | 8 | $ 955 | 18 | $ 2,148 |
| Drafter | $ 46.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 20 | $ 920 | 20 | $ 920 |
| Total Labor | | 52 | $ 4,220 | 178 | $ 13,688 | 125 | $ 9,863 | 450 | $ 30,543 | 210 | $ 18,750 | 256 | $ 20,723 | 223 | $ 19,397 | 1,500 | $ 121,384 |
| Travel | $/Unit | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost |
| Mileage | $0.555 | 250 | $ 139 | 250 | $ 139 | 250 | $ 139 | 700 | $ 389 | 400 | $ 222 | 400 | $ 222 | 0 | $ - | 2,250 | $ 1,249 |
| Per Diem | $140.00 | 0 | $ - | 18 | $ 2,520 | 12 | $ 1,680 | 30 | $ 4,200 | 24 | $ 3,380 | 30 | $ 4,200 | 0 | $ - | 114 | $ 15,960 |
| Total Travel | | | $ 139 | | $ 2,659 | | $ 1,819 | | $ 4,589 | | $ 3,582 | | $ 4,422 | | $ - | | $ 17,209 |
| EQUIPMENT | Rate | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost |
| Backhoe, Medium Dig Dept 14-15 ft - DLY | $ 433.26 | 0 | $ - | 4 | $ 1,733 | 2 | $ 867 | 2 | $ 867 | 0 | $ - | 1 | $ 433 | 0 | $ - | 9 | $ 3,899 |
| Backhoe, Medium Dig Dept 14-15 ft - WKLY | $ 1,432.55 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,433 | 0 | $ - | 1 | $ 1,433 | 0 | $ - | 2 | $ 2,865 |
| Forklift, 6000 lbs (Off-road / 4 WD) - DLY | $ 297.00 | 0 | $ - | 4 | $ 1,188 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 4 | $ 1,188 |
| Excavator Dig Depth 12-20 ft - DLY | $ 655.99 | 0 | $ - | 0 | $ - | 2 | $ 1,312 | 2 | $ 1,312 | 1 | $ 656 | 1 | $ 656 | 0 | $ - | 6 | $ 3,936 |
| Excavator Dig Depth 12-20 ft - WKLY | $ 2,118.50 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 2,119 | 1 | $ 2,119 | 1 | $ 2,119 | 0 | $ - | 3 | $ 6,356 |
| Roll Off Bins (20 CY Type) - MTHLY | $ 293.43 | 6 | $ 1,761 | 1 | $ 293 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 7 | $ 2,054 |
| Skid Steer (Bobcat) > 70 HP - DLY | $ 391.44 | 0 | $ - | 2 | $ 783 | 2 | $ 783 | 2 | $ 783 | 1 | $ 391 | 1 | $ 391 | 0 | $ - | 8 | $ 3,132 |
| Skid Steer (Bobcat) > 70 HP - WKLY | $ 1,559.44 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,559 | 1 | $ 1,559 | 1 | $ 1,559 | 0 | $ - | 3 | $ 4,678 |
| Attachments-Skid Steers (Broom,Bucket) - DLY | $ 159.10 | 0 | $ - | 2 | $ 318 | 2 | $ 318 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 4 | $ 636 |
| Attachments-Skid Steers (Broom,Bucket) - WKLY | $ 477.31 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 477 | 1 | $ 477 | 1 | $ 477 | 0 | $ - | 3 | $ 1,432 |
| Vacuum Truck, 100-130 BBL (Mild Steel) - DLY | $ 1,343.02 | 0 | $ - | 3 | $ 4,029 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 3 | $ 4,029 |
| Water Truck, 1800 Gal– DLY | $ 945.48 | 0 | $ - | 4 | $ 3,782 | 2 | $ 1,891 | 2 | $ 1,891 | 1 | $ 945 | 1 | $ 945 | 0 | $ - | 10 | $ 9,455 |
| Water Truck, 1800 Gal - WKLY | $ 3,763.33 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 3,763 | 1 | $ 3,763 | 1 | $ 3,763 | 0 | $ - | 3 | $ 11,290 |
| Med. Truck, mob/demob of dozer, & other necessary equip. - HRLY | $ 108.83 | 0 | $ - | 8 | $ 871 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 8 | $ 871 |
| Heavy Truck, mob/demob of dozer, & other necessary equip. - HRLY | $ 169.26 | 0 | $ - | 8 | $ 1,354 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 8 | $ 1,354 |
| Portable Sanitation - MTHLY | $ 111.37 | 0 | $ - | 2 | $ 223 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 2 | $ 223 |
| Steam Cleaner/Hot Water Pressure Washer-DLY | $ 280.77 | 0 | $ - | 4 | $ 1,123 | 2 | $ 562 | 2 | $ 562 | 1 | $ 281 | 1 | $ 281 | 0 | $ - | 10 | $ 2,808 |
| Steam Cleaner/Hot Water Pressure Washer-WKLY | $ 1,123.39 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,123 | 1 | $ 1,123 | 1 | $ 1,123 | 0 | $ - | 3 | $ 3,370 |
| Plate Compactors (10-20,000 lbs) - WKLY | $ 524.42 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 524 | 0 | $ - | 1 | $ 524 |
| Dump Truck (7.5 Ton) - Cal Trans Rate - DLY | $ 210.96 | 0 | $ - | 0 | $ - | 2 | $ 422 | 7 | $ 1,477 | 6 | $ 1,266 | 6 | $ 1,266 | 0 | $ - | 21 | $ 4,430 |
| Stanley MB2900 Hammer - Cal Trans Rate - DLY | $ 189.28 | 0 | $ - | 0 | $ - | 2 | $ 379 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 2 | $ 379 |
| 4 Light Set - Light Plant Cal Trans Rate - WKLY | $ 281.20 | 0 | $ - | 0 | $ - | 1 | $ 281 | 2 | $ 562 | 1 | $ 281 | 1 | $ 281 | 0 | $ - | 5 | $ 1,406 |
| Shoring - Trench Box (Price for each box) - WKLY | $ 215.33 | 0 | $ - | 0 | $ - | 0 | $ - | 4 | $ 861 | 2 | $ 431 | 2 | $ 431 | 0 | $ - | 8 | $ 1,723 |
| Trench Plates 5 Total (Price for each plate) - WKLY | $ 62.64 | 0 | $ - | 5 | $ 313 | 5 | $ 313 | 5 | $ 313 | 5 | $ 313 | 5 | $ 313 | 0 | $ - | 25 | $ 1,566 |
| Cutoff Saw - 5HP Cal Trans Rate - DLY | $ 21.68 | 0 | $ - | 0 | $ - | 2 | $ 43 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 2 | $ 43 |
| PPE - Per Person Per Day Level C | $ 56.55 | 0 | $ - | 0 | $ - | 14 | $ 792 | 49 | $ 2,771 | 18 | $ 1,018 | 0 | $ - | 0 | $ - | 81 | $ 4,581 |
| Equipment Total | | 0 | $ 1,761 | 0 | $ 16,010 | 0 | $ 7,962 | | $ 21,873 | | $ 14,624 | | $ 15,997 | | $ - | | $ 78,227 |
| OTHER DIRECT COSTS (ODCs) | Rate | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost |
| Utility Locate - T&M | $ 1,550.00 | 1 | $ 1,550 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,550 |
| Liquid Waste Disposal - LS | $ 24,500.00 | 1 | $ 24,500 | 0 | $ - | 0 | | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 24,500 |
| Air Monitoring Equipment - DAY | $ 160.00 | 1 | $ 160 | 0 | $ - | 2 | $ 320 | 5 | $ 800 | 4 | $ 640 | 0 | $ - | 0 | $ - | 12 | $ 1,920 |
| Getter Repair - LS | $ 600.00 | 1 | $ 600 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 600 |
| Visquene - LS | $ 1,000.00 | 0 | $ - | 1 | $ 1,000 | 0 | $ - | 5 | $ 5,000 | 1 | $ 1,000 | 0 | $ - | 0 | $ - | 7 | $ 7,000 |
| Weather Station - WKLY | $ 135.00 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 135 | 4 | $ 540 | 0 | $ - | 0 | $ - | 5 | $ 675 |
| Trans and Disposal Class II - Hay Road - TN | $ 22.50 | 0 | $ - | 25 | $ 563 | 0 | $ - | 0 | $ - | 1800 | $ 40,500 | 0 | $ - | 0 | $ - | 1,825 | $ 41,063 |
| Trans and Disposal Class I CalHaz - BW - TN | $ 111.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 475 | $ 52,725 | 0 | $ - | 0 | $ - | 475 | $ 52,725 |
| Trans and Disposal Class I RCRA - BW - TN | $ 129.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 475 | $ 61,275 | 0 | $ - | 0 | $ - | 475 | $ 61,275 |
| Confirmation Sampling - LS | $ 5,000.00 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 5,000 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 5,000 |
| Controlled Density Fill - CY | $ 115.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 135 | $ 15,525 | 0 | $ - | 135 | $ 15,525 |
| Clean Backfill Delivered to Site - CY | $ 15.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 2500 | $ 37,500 | 0 | $ - | 2,500 | $ 37,500 |
| Aggregate - TN | $ 20.15 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 120 | $ 2,418 | 0 | $ - | 120 | $ 2,418 |
| Compaction Testing - T&M | $ 5,905.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 5,905 | 0 | $ - | 1 | $ 5,905 |
| ODCs Subtotal | | | $ 26,810 | | $ 1,563 | | $ 320 | | $ 10,935 | | $ 156,680 | | $ 61,348 | | $ - | | $ 257,656 |
| Fee 10% (ODCs only) | 10% | | $ 2,681 | | $ 156 | | $ 32 | | $ 1,094 | | $ 15,668 | | $ 6,135 | | $ - | | $ 25,766 |
| Total ODCs | | | $ 29,491 | | $ 1,719 | | $ 352 | | $ 12,029 | | $ 172,348 | | $ 67,483 | | $ - | | $ 283,421 |
| TOTAL COSTS | | | $ 35,610 | | $ 34,275 | | $ 19,996 | | $ 75,033 | | $ 207,305 | | $ 108,625 | | $ 19,397 | | $ 500,241 |
| CONTINGENCY | | | | | | | | | | | | | | | | | $ 13,347 |
| TOTAL PROJECT COST | | | | | | | | | | | | | | | | | $ 513,588 |

DTSC, et al. v. Jim Dobbas, Inc., et al.
ADMIN007603

**ATTACHMENT B**
Page 1 of 2

**Pricing Schedule**
**Wickes Forest Industries**
**Contract No.: 10-T1069**
**Work Order Amendment No.: 1-069-1.2/1.3-100164**

| LABOR HOURS | DTSC Task # | Task 1a | | | | Task 1b | | Task 1c | | Task 1d | | Task 1e | | | | Task 1f | | | | Task 1g | | Task 1h | | Task 1i | | Task 1j | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Complete | | Amdt. 1.3 | | Complete | | Complete | | Amdt. 1.1 | | Amdt. 1.1 | | Amdt. 1.3 | | Amdt. 1.1 | | Amdt. 1.2 | | Amdt. 1.1 | | Amdt. 1.1 | | Amdt. 1.1 | | Amdt. 1.1 | | | |
| | | File Review | | Additional File Review | | Site Visit/Walk | | Removal Action Implementation Plan and Detailed Cost Estimate | | Liquid Waste Characterization | | Permitting, Preparation / Finalization of Grading Plan, and Electrical Assessment | | Permitting, Preparation / Finalization of Grading Plan, and Electrical Assessment - Topographic Survey, and Electrical Rerouting | | Tank Demolition & Disposal | | Tank Demolition & Disposal | | Soil Characterization | | Well Abandonment | | Building Materials Survey and Reporting | | Prepare Cost Estimate for Revised Scope of Work and Revise Implementation Plan | | | |
| | Labor Rates | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost | Hrs | Cost |
| Program Manager | $110 | 4 | $ 440 | 0 | $ - | 0 | $ - | 10 | $ 1,100 | 2 | $ 220 | 2 | $ 220 | 3 | $ 330 | 1 | $ 110 | 4 | $ 440 | 10 | $ 1,100 | 2 | $ 220 | 2 | $ 220 | 10 | $ 1,100 | 50 | $ 5,500 |
| Registered Engineer | $105 | 0 | $ - | 5 | $ 525 | 0 | $ - | 0 | $ - | 0 | $ - | 56 | $ 10,080 | 1 | $ 105 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 102 | $ 10,710 |
| Non-registered Engineer | $81 | 0 | $ - | 2 | $ 162 | 0 | $ - | 0 | $ - | 0 | $ - | 4 | $ 324 | 0 | $ - | 4 | $ 324 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 10 | $ 810 | 20 | $ 1,620 |
| Registered Geologist | $105 | 5 | $ 525 | 0 | $ - | 20 | $ 2,100 | 20 | $ 2,100 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 24 | $ 2,520 | 0 | $ - | 69 | $ 7,245 |
| Scientist | $82 | 7 | $ 574 | 1 | $ 82 | 0 | $ - | 14 | $ 1,148 | 10 | $ 820 | 12 | $ 984 | 19 | $ 1,558 | 20 | $ 1,640 | 30 | $ 2,460 | 48 | $ 3,936 | 10 | $ 820 | 4 | $ 328 | 32 | $ 2,624 | 207 | $ 16,974 |
| Technician | $52 | 0 | $ - | 4 | $ 208 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 4 | $ 208 |
| Cost Estimator | $77 | 5 | $ 385 | 0 | $ - | 20 | $ 1,540 | 20 | $ 1,540 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,232 | 61 | $ 4,697 |
| Foreman | $77 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,224 | 16 | $ 1,224 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 32 | $ 2,448 |
| Equipment Operator - Excavator | $88 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 |
| Equipment Operator - Loader/Dozer | $88 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 |
| Equipment Operator - Haul Truck | $88 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 |
| Equipment Operator - Forklift/Boomlift | $88 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,404 | 16 | $ 1,404 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 32 | $ 2,808 |
| Laborer | $63 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 8 | $ 507 | 0 | $ - | 4 | $ 254 | 16 | $ 1,015 | 16 | $ 1,015 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 44 | $ 2,790 |
| Laborer | $63 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,015 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 1,015 |
| Certified Industrial Hygienist | $119 | 2 | $ 239 | 0 | $ - | 0 | $ - | 5 | $ 597 | 2 | $ 239 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 9 | $ 1,074 |
| Drafter | $46 | 0 | $ - | 0 | $ - | 0 | $ - | 6 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 3 | $ 138 | 0 | $ - | 0 | $ - | 6 | $ 276 | 9 | $ 414 |
| Total Labor | | 23 | $ 2,153 | 12 | $ 977 | 40 | $ 3,640 | 68 | $ 6,485 | 22 | $ 1,788 | 114 | $ 11,608 | 27 | $ 2,247 | 121 | $ 9,539 | 98 | $ 7,946 | 61 | $ 5,174 | 12 | $ 1,040 | 30 | $ 3,068 | 74 | $ 6,042 | 703 | $ 61,715 |
| Travel | $/Unit | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost |
| Mileage | $0.555 | 0 | $ - | 0 | $ - | 350 | $ 194 | 0 | $ - | 240 | $ 133 | 480 | $ 266 | 324 | $ 180 | 240 | $ 133 | 1122 | $ 623 | 480 | $ 266 | 240 | $ 133 | 240 | $ 133 | 0 | $ - | 3,716 | $ 2,062 |
| Per Diem | $140 | 0 | $ - | 0 | $ - | 2 | $ 280 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 6 | $ 840 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 8 | $ 1,120 |
| Total Travel | | | $ - | | $ - | | $ 474 | | $ - | | $ 133 | | $ 266 | | $ 180 | | $ 973 | | $ 623 | | $ 266 | | $ 133 | | $ 133 | | $ - | | $ 3,182 |
| EQUIPMENT | Rate | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost |
| Backhoe, Medium Dig Depth 14-15 ft - Daily | $ 433.26 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 433 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 433 |
| Boomlift - Daily | $ 297.00 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 297 | 1 | $ 297 | 3 | $ 891 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 5 | $ 1,485 |
| Excavator Dig Depth 12-20 ft - Daily | $ 655.99 | | | | | | | | | | | | | | | | | 3 | $ 1,968 | | | | | | | | | 3 | $ 1,968 |
| Excavator to Backhoe Differential - Daily | $ 222.73 | | | | | | | | | | | | | | | | | 1 | $ 223 | | | | | | | | | 1 | $ 223 |
| Roll Off Bins (20 CY Type) - Mth | $ 293.43 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 293 | 17 | $ 4,988 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 18 | $ 5,282 |
| Water Truck, 1800 Gal - Daily | $ 945.48 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 945 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 945 |
| Water Truck, 500 Gal - Daily | $ 581.87 | | | | | | | | | | | | | | | | | 3 | $ 1,746 | | | | | | | | | 3 | $ 1,746 |
| Medium Truck, mob/demob of backhoe, loader | $ 108.83 | | | | | | | | | | | | | | | | | 4 | $ 435 | | | | | | | | | 4 | $ 435 |
| Heavy Truck, mob/demob of dozer | $ 169.26 | | | | | | | | | | | | | | | | | 12 | $ 2,031 | | | | | | | | | 12 | $ 2,031 |
| Portable Generator 4-8 KW - Daily | $ 105.62 | | | | | | | | | | | | | 2 | $ 211 | | | | | | | | | | | | | 2 | $ 211 |
| Portable Sanitation - Mth | $ 111.37 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 111 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 111 |
| Halogen Work Light - Daily | $ 25.00 | | | | | | | | | | | | | 8 | $ 200 | | | | | | | | | | | | | 8 | $ 200 |
| Steam Cleaner/Hot Water Pressure Washer - Daily | $ 280.77 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 281 | 3 | $ 842 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 4 | $ 1,123 |
| Trench Plates - 5 Total (Price for each plate) - Wkly | $ 62.64 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 5 | $ 313 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 5 | $ 313 |
| Cutting Torches - Cal Trans Rate - Daily | $ 75.20 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 75 | 4 | $ 301 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 5 | $ 376 |
| Equipment Total | | | $ - | | $ - | | $ - | | $ - | | $ 111 | | $ - | | $ 708 | | $ 2,638 | | $ 13,425 | | $ - | | $ - | | $ - | | $ - | - | $ 16,883 |
| OTHER DIRECT COSTS (ODCs) | Rate | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost | Amt | Cost |
| Absorbent - Coastal - Estimated* - LS | $ 590 | | | | | | | | | | | | | | | | | 1 | $ 690 | | | | | | | | | 1 | $ 690 |
| Absorbent - Ramos Environmental - EA | $ 6.16 | | | | | | | | | | | | | | | | | 320 | $ 1,971 | | | | | | | | | 320 | $ 1,971 |
| Portland Cement - Home Depot - EA | $ 176.65 | | | | | | | | | | | | | | | | | 1 | $ 177 | | | | | | | | | 1 | $ 177 |
| Transportation - Loads | $ 150.00 | | | | | | | | | | | | | | | | | 6 | $ 900 | | | | | | | | | 6 | $ 900 |
| Solids Disposal - Ton | $ 20.00 | | | | | | | | | | | | | | | | | 130 | $ 2,600 | | | | | | | | | 130 | $ 2,600 |
| Anticipated Liquid Disposal Costs - LS | ($3,000) | | | | | | | | | | | | | | | | | 1 | $ (3,000) | | | | | | | | | 1 | $ (3,000) |
| Liquid Waste Characterization Sampling - LS | $ 2,000 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 2,000 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 2,000 |
| Liquid Waste Disposal - GAL | $ 2 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1,500 | $ 3,000 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1,500 | $ 3,000 |
| Lab. Analysis-Soil Characterization - LS | $ 11,000 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 11,000 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 11,000 |
| Lab. Analysis-Building Material Sampling - LS | $ 1,200 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,200 | 0 | $ - | 1 | $ 1,200 |
| Lab. Analysis-Sludge Characterization - LS | $ 86 | | | | | | | | | | | | | | | | | 1 | $ 86 | | | | | | | | | 1 | $ 86 |
| Drilling Subcontractor-Soil Sampling - LS | $ 9,000 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 9,000 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 9,000 |
| Drilling Subcontractor-Well Abandonment - LS | $ 1,300 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,300 | 0 | $ - | 0 | $ - | 1 | $ 1,300 |
| Electrical Subcontractor-Assessment/Mods. | $ 1,500 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,500 | 0 | $ - | 0 | | 0 | | 0 | | 0 | $ - | | | 0 | $ - | 1 | $ 1,500 |
| Permitting - LS | $ 3,720 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 3,720 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 3,720 |
| Utility Locate - T&M | $ 1,550 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,550 | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,550 |
| Vacqueen - LS | $ 1,000 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,000 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 1,000 |
| PPE - Per Person Per Day Level C - Day | $ 56.55 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 10 | $ 566 | 0 | $ - | 6 | $ 339 | 0 | $ - | 0 | $ - | 0 | $ - | 16 | $ 905 |
| PPE - Per Person Per Day Level B - Day | $ 104.03 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 104 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 1 | $ 104 |
| Remote Storage Access Fee - LS | $ 80.00 | 0 | $ - | 1 | $ 80 | | | | | | | | | | | | | | | | | | | | | | | 1 | $ 80 |
| Outside Electronic Document Production - LS | $ 50.00 | 0 | $ - | 1 | $ 50 | | | | | | | | | | | | | | | | | | | | | | | 1 | $ 50 |
| Surveying Subcontractor-Topographic Survey - LS | $ 4,000 | 0 | $ - | 0 | $ - | | | | | | | | | 1 | $ 4,000 | | | | | | | | | | | | | 1 | $ 4,000 |
| Electrical Subcontractor-Rerouting Electrical - LS | $ 5,660 | 0 | $ - | 0 | $ - | | | | | | | | | 1 | $ 5,660 | | | | | | | | | | | | | 1 | $ 5,660 |
| ODCs Subtotal | 10% | | $ - | | $ 130 | | $ - | | $ - | | $ 2,104 | | $ 5,220 | | $ 9,660 | | $ 4,556 | | $ 3,324 | | $ 21,889 | | $ 1,300 | | $ 1,200 | | $ - | | $ 49,393 |
| Fee 10% (ODCs only) | | | $ - | | $ 13 | | $ - | | $ - | | $ 210 | | $ 522 | | $ 966 | | $ 457 | | $ 632 | | $ 2,189 | | $ 130 | | $ 120 | | $ - | | $ 5,239 |
| Total ODCs | | | $ - | | $ 143 | | $ - | | $ - | | $ 2,314 | | $ 5,742 | | $ 10,626 | | $ 5,022 | | $ 3,956 | | $ 24,078 | | $ 1,430 | | $ 1,320 | | $ - | | $ 54,632 |
| TOTAL COSTS | | | $ 2,163 | | $ 1,120 | | $ 4,114 | | $ 6,485 | | $ 4,345 | | $ 17,616 | | $ 13,761 | | $ 18,173 | | $ 25,950 | | $ 29,519 | | $ 2,603 | | $ 4,521 | | $ 6,042 | | $ 136,412 |