# Exhibit X





Linda S. Adams
Secretary for
Environmental Protection

## Department of Toxic Substances Control

Maziar Movassaghi
Acting Director
8800 Cal Center Drive
Sacramento, California 95826-3200



Arnold Schwarzenegger
Governor

September 20, 2010

**Certified Mail #: 7008 3230 0000 8783 9228**

Pacific Wood Preserving of Bakersfield, Inc.
Attn: Mr. Ronald Laughlin, Agent for Service of Process
5601 District Boulevard
Bakersfield, California 93313

WICKES FOREST INDUSTRIES SITE, INTERSECTION OF HOLDENER & A
STREETS, ELMIRA, CALIFORNIA 95625

Dear Mr. Laughlin:

The California Department of Toxic Substances Control (DTSC) is a California state agency with authority to oversee the cleanup of contaminated sites in California. This is to advise you that DTSC has information demonstrating that Pacific Wood Preserving of Bakersfield, Inc. is a responsible party for the release of hazardous substances including arsenic and chromium at a former wood preserving and treatment facility known as the Former Wickes Forest Industries Site (the Site). The Site includes the property near the intersection of A Street and Holdener Road in Elmira, California 95625 and the areal extent of contamination that resulted from wood treatment activities. According to records of the Nevada Secretary of State, the California Secretary of State and the California Environmental Protection Agency, a predecessor to Pacific Wood Preserving of Bakersfield owned and operated Pacific Wood Preserving at the Site from approximately 1972 to 1979. During this period, Pacific Wood Preserving treated lumber using wood preservatives that contained arsenic and chromium, and released substantial quantities of these hazardous substances at the Site.

In an effort to determine the source of arsenic and chromium that has contaminated soil and groundwater, DTSC has conducted a search of records regarding the Site. The results of this investigation strongly support the conclusion that the releases of hazardous substances by Pacific Wood Preserving are a continuing source of contamination at the Site.

DTSC is authorized under applicable environmental laws to order (or alternatively, to enter into a consent order with) responsible parties to investigate and abate hazardous substance release sites. We hereby invite representatives of Pacific Wood Preserving of Bakersfield to meet with us regarding its liability with respect to this matter and its

Printed on Recycled Paper

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC027336

Pacific Wood Preserving of Bakersfield, Inc.
Attn: Mr. Ronald Laughlin, Agent for Service of Process
September 20, 2010
Page 3

interest in entering a consent agreement with DTSC for the investigation and cleanup of the Site and associated soil and groundwater contamination.

Please contact Mr. Steven Ross at sross@dtsc.ca.gov and/or (916) 255-3694, by October 6, 2010, to inform DTSC if you wish to meet to discuss entering into a consent order to investigate and cleanup the Site. You may also contact me via email at rhume@dtsc.ca.gov, (916) 255-3690 or in writing at:

> Richard Hume, Chief
> National Priority List Unit
> Brownfields & Environmental Restoration Program
> Department of Toxic Substances Control
> 8800 Cal Center Drive
> Sacramento, California 95826

Sincerely,

Richard Hume
Supervising Hazardous Substances Engineer
National Priority List Unit
Brownfields & Environmental Restoration Program

cc: Ms. Marilee Hanson
Senior Staff Counsel
Office of Legal Counsel
Department of Toxic Substances Control
1001 "I" Street
P.O. Box 806
Sacramento, California 95812-0806

Mr. Steven Ross
Hazardous Substances Engineer
National Priority List Unit
Brownfields & Environmental Restoration Program
Department of Toxic Substances Control
8800 Cal Center Drive
Sacramento, California 95826

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC027337