# Exhibit Z

Envirostor

# DEPARTMENT OF TOXIC SUBSTANCES CONTROL
# ENVIROSTOR

## WICKES FOREST INDUSTRIES (48240001)

SIGN UP FOR EMAIL ALERTS

INTERSECTION OF HOLDENER & A STREETS
ELMIRA, CA  95625
SOLANO COUNTY
**SITE TYPE:** STATE RESPONSE OR NPL

**PROJECT MANAGER:** DEENA STANLEY
**SUPERVISOR:** WILLIAM BECKMAN
**OFFICE:** CLEANUP SACRAMENTO

### Site Information

**CLEANUP STATUS**
**ACTIVE AS OF 3/11/1996**

**SITE TYPE:** STATE RESPONSE OR NPL
**NATIONAL PRIORITIES LIST:** NO
**ACRES:** 7.5 ACRES
**APN:** 142-010-13, 142-010-14, 142-042-010
**CLEANUP OVERSIGHT AGENCIES:**
RWQCB 5R - CENTRAL VALLEY
DTSC - SITE CLEANUP PROGRAM - LEAD

**ENVIROSTOR ID:** 48240001
**SITE CODE:** 100164
**SPECIAL PROGRAM:**
**FUNDING:** ORPHAN FUNDS
**ASSEMBLY DISTRICT:** 11
**SENATE DISTRICT:** 03

### Regulatory Profile

**PAST USE(S) THAT CAUSED CONTAMINATION**
MANUFACTURING - LUMBER/WOOD PRODUCTS

**POTENTIAL CONTAMINANTS OF CONCERN**
ARSENIC
CHROMIUM VI

**POTENTIAL MEDIA AFFECTED**
OTHER GROUNDWATER AFFECTED (USES OTHER THAN DRINKING WATER), SOIL

### Site History

The Wickes Forest Industries (Wickes) site was a former wood treating facility that ceased operation in 1982. Past operations resulted in soil and groundwater contamination. Groundwater contamination was discovered beneath the site and beneath adjacent properties. An Enforceable Agreement was issued for the investigation and remedial actions for the Southern portion of the site. A remedial action plan (RAP) was prepared for soils in the Southern portion of the site and groundwater beneath the entire site which included a groundwater extraction and treatment system. Subsequent groundwater monitoring identified contamination in the northern portion of the site and indicated that area as a potential source. The groundwater extraction system was expanded to capture the contamination and a second RAP was prepared. This second RAP included excavation of soils from the ditches surrounding the site and consolidation of this material on-site, followed by the application of an asphalt cap over the entire site. These remedial actions have been implemented and the site has reached long-term stabilization of the direct contact hazards and the groundwater contamination. Mitigative measures have significantly reduced the risks from both soil and groundwater contamination. DTSC is the lead agency for this site and the RWQCB and Solano County Environmental Health Department are reviewing agencies. Collins & Aikman Product Company of Charlotte, N.C. is the responsible party.