Lester O. Brown, Bar No. 160828
LBrown@perkinscoie.com
James G. Bernald, Bar No. 205519
JBernald@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
West Coast Wood Preserving, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-ACTIONS. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT WEST COAST WOOD PRESERVING , LLC**<br><br>[Filed concurrently with Notice of Motion and Motion for Summary Judgment, Statement of Undisputed Facts, Declaration of Lester O. Brown, Declaration of Stephen Ryan,  and [Proposed] Order]<br><br>Date:	January 26, 2015<br>Time:	2:00 p.m.<br>Place:	Courtroom 5, 14th Floor<br>	501 I Street<br>	Sacramento, CA 95814<br>Trial:	January 4, 2017<br>Action Filed:	March 3, 2014 |

Defendant West Coast Wood Preserving, LLC, by and through its attorneys, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. Pacific Wood Preserving of Bakersfield, Inc. ("PWP-Bakersfield") was incorporated under Nevada law on October 27, 1978. Attached as Exhibit A to this Request for Judicial Notice is a true and correct copy of PWP-Bakersfield's Articles of Incorporation, which establishes the aforementioned facts regarding PWP-Bakersfield's incorporation.

2. PWP-Bakersfield filed a petition for Chapter 11 reorganization in 1991 in the United States Bankruptcy Court for the Eastern District of California, case number 91-28246-A-11, entitled *In re Pacific Wood Preserving of Bakersfield*. Attached as Exhibit B to this Request for Judicial Notice is a true and correct copy of PWP – Bakersfield's Plan of Reorganization, which establishes the aforementioned facts regarding the bankruptcy petition.

3. The California Department of General Services filed a claim in PWP-Bakersfield's bankruptcy case relating to an unfilled purchase order for lumber. Attached as Exhibit C to this Request for Judicial Notice is a true and correct copy of the California Department of General Service's Proof of Claim filed in case 91-28246-A-11, which establishes the agency's claim.

4. The Bankruptcy Court for the Eastern District of California confirmed PWP-Bakersfield's reorganization plan on or about June 8, 1993. Attached as Exhibit D to this Request for Judicial Notice is a true and correct copy of the Order Confirming Amended Plan filed in the United States Bankruptcy Court for the Eastern District of California, which establishes the plan's confirmation.

5. In November, 2013, PWP-Bakersfield converted from a Nevada corporation into a Nevada limited liability company. Attached as Exhibit E to this Request for Judicial Notice is a true and correct copy of the Articles of Conversion

1  establishing PWP-Bakersfield's conversion into a Nevada limited liability
2  company.
3     6.    Pacific Wood Preserving Corporation ("PWP Corp.") filed for
4  incorporation under California law on April 27, 1972.  Attached as Exhibit F to this
5  Request for Judicial Notice is a true and correct copy of PWP Corp.'s Articles of
6  Incorporation establishing the aforementioned facts relating to PWP Corp.'s
7  incorporation.
8     7.    Richard Jackson was one of the initial directors of PWP Corp.
9  Attached as Exhibit F to this Request for Judicial Notice is a true and correct copy
10 of PWP Corp's Articles of Incorporation establishing the aforementioned facts
11 relating to Mr. Jackson's directorship.
12    8.    On or about September 25, 1979, the Superior Court of the State of
13 California, County of Solano entered a Judgment Pursuant to Stipulation between
14 Plaintiff the People of the State of California and Defendant PWP Corp. in Case
15 Number 72764.  Attached as Exhibit G to this Request for Judicial Notice is a true
16 and correct copy of the Judgment Pursuant to Stipulation establishing the
17 aforementioned facts.
18    9.    PWP Corp. filed for dissolution on September 11, 1980.  Attached as
19 Exhibit H to this Request for Judicial Notice are true and correct copies of PWP
20 Corp.'s Certificate of Election to Wind Up and Dissolve and Certificate of Winding
21 Up and Dissolution establishing the facts relating to PWP Corp.'s dissolution.
22    10.   In October 1978, PWP Corp. purchased a parcel of real estate at 5601
23 District Boulevard, Bakersfield, California for $250,000 (the "Bakersfield
24 Property").  Attached as Exhibit I to this Request for Judicial Notice is a true and
25 correct copy of a Grant Deed filed in Kern County, California on October 20, 1978
26 establishing that PWP Corp. purchased the Bakersfield Property described in the
27 Grant Deed for $250,000.  The purchase price is established by the amount of the
28 Documentary Transfer Tax ($275.00) listed on the Grant Deed.

1     11.     PWP Corp. financed $177,500 of the purchase price of the Bakersfield
2  Property with a mortgage secured by a deed of trust from the seller, Tenneco Realty
3  Development Corporation ("Tenneco").  Attached as Exhibit J to this Request for
4  Judicial Notice is a true and correct copy of a Short Form Purchase Money Deed of
5  Trust and Assignment of Rents filed with the Kern County Recorder's Office on
6  October 20, 1978 establishing that PWP Corp. financed $177,500 of the purchase
7  of the Bakersfield Property.
8     12.     On September 19, 1980, Tenneco filed a Full Reconveyance relating to
9  the Short Form Purchase Money Deed of Trust and Assignment of Rents filed with
10 the Kern County Recorder's Office on October 20, 1978.  In the Full
11 Reconveyance, Tenneco affirmed that the mortgage on the Bakersfield Property had
12 been fully paid. The Full Reconveyance also requested that a copy be sent to Lloyds
13 Bank California after it was recorded.  Attached as Exhibit K to this Request for
14 Judicial Notice is a true and correct copy of a Full Reconveyance filed
15 September 19, 1980 by Tenneco establishing the aforementioned facts.
16    13.     Also on September 19, 1980, PWP-Bakersfield filed a Short Form
17 Deed of Trust and Assignment of Rents regarding the Bakersfield Property in favor
18 of Lloyds Bank California.  Attached as Exhibit L to this Request for Judicial
19 Notice is a true and correct copy of a Short Form Deed of Trust and Assignment of
20 Rents filed September 19, 1980 establishing the aforementioned facts.
21    14.     On September 21, 1981, PWP Corp. filed a Grant Deed with the Kern
22 County Recorder's Office granting the Bakersfield Property to PWP-Bakersfield.
23 Attached as Exhibit M to this Request for Judicial Notice is a true and correct copy
24 of a Grant Deed filed September 21, 1981 establishing the aforementioned facts.
25    15.     On August 22, 2014, Defendant Jim Dobbas, Inc. ("Dobbas") filed a
26 Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to
27 Dismiss Defendant Jim Dobbas, Inc.'s Counterclaim, and to Strike Portions of
28 Answers of Defendants Jim Dobbas, Inc., David Van Over, and West Coast Wood

1  Preserving, LLC.  Dobbas' Memorandum establishes that Dobbas contends that it
2  purchased the Wickes Site from Collins & Aikman Products in 1997 in reliance on
3  DTSC's representations in the Certification that "all appropriate removal/remedial
4  actions" had already been completed.  Attached as Exhibit N to this Request for
5  Judicial Notice is a true and correct copy of Dobbas' Opposition to the Motion to
6  Dismiss filed August 22, 2014 establishing the aforementioned facts.

                                         Respectfully submitted,

DATED: December 15, 2014         **PERKINS COIE LLP**


By:  /s/Lester O. Brown
       Lester O. Brown

Attorneys for Defendant
West Coast Wood Preserving, LLC