# EXHIBIT "A"

*DEAN HELLER*
*Secretary of State*

*RENEE L. PARKER*
*Chief Deputy*
*Secretary of State*

*PAMELA RUCKEL*
*Deputy Secretary*
*for Southern Nevada*

**STATE OF NEVADA**



**OFFICE OF THE**
**SECRETARY OF STATE**

*CHARLES E. MOORE*
*Securities Administrator*

*SCOTT W. ANDERSON*
*Deputy Secretary*
*for Commercial Recordings*

*ELLICK HSU*
*Deputy Secretary*
*for Elections*

### Certified Copy

October 11, 2005

**Job Number:**          C20051011-0293
**Reference Number:**   00000438573-90
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

**Document Number(s)**   **Description**          **Number of Pages**
C5547-1978-001            Entire File              49 Pages/1 Copies

Respectfully,

*Dean Heller*

DEAN HELLER
Secretary of State

By _____
Certification Clerk

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4069
Telephone (775) 684-5708
Fax (775) 684-7138

**WCWP000283**

**Exhibit A**
**Page 6**

By: Dorest Associates
850 N. King Rd.  #206
Los Angeles, Calif.  90069

FILED
IN THE OFFICE OF THE
SECRETARY OF STATE OF THE
STATE OF NEVADA

OCT 27 1978

WM. SWACKHAMER - SECRETARY OF STATE

No. 5549-78

ARTICLES OF INCORPORATION

OF

PACIFIC WOOD PRESERVING OF BAKERSFIELD INC.

I

The name of this corporation is: PACIFIC WOOD PRESERVING OF BAKERSFIELD INC.

II

The principal office or place of business of this corporation shall
be located at: c/o Charles Olsen, 1605 East Charleston, Las Vegas, Nevada.

III

The nature of the business, or objects or purposes proposed to be
transacted, promoted or carried on by the corporation shall be
manufacturing and production of wood products and all other lawful
activities.

IV

This corporation shall be authorized to issue only one class of shares
of stock; and the total number of shares which this corporation shall
be authorized to issue shall be 2,500 all of which shall be without par value.

V

The names and addresses of the initial directors of the corporation
shall be as follows:

1. Steven Hollingsworth.........850 N. Kings Rd., Los Angeles, Ca. 90069

2. John A. Deerst...............850 N. Kings Rd., Los Angeles, Ca. 90069

3. George J. Siegal............850 N. Kings Rd., Los Angeles, Ca. 90069

VI

The name and residence address within the State of Nevada of this
corporation's initial resident agent shall be: Mr. Charles Olsen,
1605 East Charleston, Las Vegas, Nevada.

WCWP000284

## VII

The shares of stock of this corporation shall not be subject to assessment to pay the debts of the corporation.

## VIII

The names and post office addresses of each of the incorporators signing these articles of incorporation are:

1. Steven Hollingsworth.........850 N. Kings Rd., Los Angeles, Ca. 90069

2. John A. Boerst...............850 N. Kings Rd., Los Angeles, Ca. 90069

3. George J. Siegel............850 N. Kings Rd., Los Angeles, Ca. 90069

## IX

The duration of the corporation shall be perpetual.

IN WITNESS WHEREOF, we have hereunto set our hands and seals this 20th day of October, 1978.

_Steven C Hollingsworth_ L.S.

_signature_ L.S.

_George J Siegel_ L.S.

WCWP000285

STATE OF CALIFORNIA )
                    )  ss.:
COUNTY OF LOS ANGELES )

On this 20th day of October, 1978, before me JACK WILBANKS
a Notary Public in and for Los Angeles
County, State of California, residing therein, duly commissioned and
sworn, personally appeared Steven Hollingsworth, John A. Boerst and George Siegel
personally known to me to be the said persons whose names are
subscribed to the foregoing Articles of Incorporation as Incorporators
and who are also named therein as Directors, and who acknowledged to
me that they executed the said instrument.

IN WITNESS WHEREOF, I have hereunto affixed my hand and

official seal this 20th day of October, 1978.

_____
NOTARY PUBLIC IN AND FOR SAID STATE

OFFICIAL SEAL
**JACK WILBANKS**
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires Dec. 26, 1978

236 SOUTH ROBERTSON
BEVERLY HILLS, CA. 90211

WCWP000286

Exhibit A
Page 9

# State of Nevada

# Department of State

I, WM. D. SWACKHAMER, Secretary of State of the State of Nevada, do hereby certify that

PACIFIC WOOD PRESERVING OF BAKERSFIELD INC.

did on the ...... TWENTY-SEVENTH ...... day of ...... OCTOBER ...... , 19 .. 78 , file in this office the original Articles of Incorporation; that said Articles are now on file and of record in the office of the Secretary of State of the State of Nevada, and further, that said Articles contain all the statements of facts required by the law of said State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office in Carson City, Nevada, this ...... TWENTY-SEVENTH day of ...... OCTOBER ...... A. D. 19 .. 78

[SEAL.]

Secretary of State

By: .......................................

Deputy

DUPLICATE (File Copy) of Original Certificate Issued

WCWP000287

Exhibit A
Page 10