# EXHIBIT "C"

B10 (Official Form 10)
(Rev. 6/91)

| United States Bankruptcy Court | PROOF OF CLAIM |
|---|---|
| EASTERN District of CALIFORNIA | |

**In re (Name of Debtor)**
PACIFIC WOOD PRESERVING,
STEPHEN K. RYAN

**Case Number**
91-28246-A-11

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor**
(The person or entity to whom the debtor owes money or property)
CALIFORNIA DEPARTMENT OF GENERAL SERVICES

**Name and Addresses Where Notices Should be Sent**
KATHLEEN YATES
DEPARTMENT OF GENERAL SERVICES/OFFICE OF
LEGAL SERVICES
1325 J STREET, SUITE 1911
SACRAMENTO, CA  95814
Telephone No. 916-322-5948

[ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
[X] Check box if you have never received any notices from the bankruptcy court in this case.
[ ] Check box if the address differs from the address on the envelope sent to you by the court.

FILED
JUN 1 4 1993
Clerk, United States Bankruptcy Court
Eastern District of Calif.

THIS SPACE IS FOR COURT USE ONLY

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:**

Check here if this claim: [ ] replaces  [ ] amends  a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:**
[ ] Goods sold
[ ] Services performed
[ ] Money loaned
[ ] Personal injury/wrongful death
[ ] Taxes
[X] Other (Describe briefly) BREACH OF CONTRACT

[ ] Retiree benefits as defined in 11 U.S.C. § 1114(a)
[ ] Wages, salaries, and compensations (Fill out below)
Your social security number _____
Unpaid compensations for services performed
from _____ to _____
     (date)           (date)

**2. DATE DEBT WAS INCURRED:** JANUARY 9, 1989

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

[ ] SECURED CLAIM $ _____
Attach evidence of perfection of security interest
Brief Description of Collateral:
[ ] Real Estate  [ ] Motor Vehicle  [ ] Other (Describe briefly)

Amount of arrearage and other charges included in secured claim above, if any $ _____

[X] UNSECURED NONPRIORITY CLAIM $ 38,433.48
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

[ ] UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.
[ ] Wages, salaries, or commissions (up to $2000), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier)—11 U.S.C. § 507(a)(3)
[ ] Contributions to an employee benefit plan—U.S.C. § 507(a)(4)
[ ] Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6)
[ ] Taxes or penalties of governmental units—11 U.S.C. § 507(a)(7)
[ ] Other—11 U.S.C. §§ 507(a)(2), (a)(5)—(Describe briefly)

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
$ 38,433.48 (Unsecured)   $ _____ (Secured)   $ _____ (Priority)   $ 38,433.48 (Total)

[ ] Check this box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Creditor # 133
Claim # 2
CC 6-17-93

**Date**
JUN 0 7 1993

**Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)**
Robert Hoover, Acting Deputy Director, Department of General Services

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Cc

WCWP000299

Exhibit C
Page 32

STATE OF CALIFORNIA—STATE AND CONSUMER SERVICES AGENCY                          GEORGE DEUKMEJIAN, Governor

**DEPARTMENT OF GENERAL SERVICES**
Box 942804
Sacramento, CA 94204-0001



October 24, 1989                                    Certified Mail
                                                    Return Receipt Requested

Steven K. Ryan
Pacific Wood Preserving
5601 District Blvd.
Bakersfield, CA 93313

Subject:  Purchase Order 1896 Dated January 9, 1989
          Delivery 120 Days ARO (Wood Sign Post)

Dear Mr. Ryan:

Please be advised that since your company's recent default on the above
purchase order the State has obtained the material from another source. We
stated that we would inform you of any additional costs incurred by the State
in making these purchases. The costs of the open market purchases are shown
below.

    1. Total cost open market purchase (including sales tax)   $108,017.18
    2. Your quoted price                                          $65,645.00
    3. Sales tax on your quote                                     $3,938.70
    4. Your total cost to the State (2 + 3)                       $69,583.70
    5. Additional cost to the State (1 - 4)                       $38,433.48

A copy of the open market purchase order is enclosed for your information.
Please remit your check to this office in the amount of $38,433.48 made
payable to the Department of Transportation your check must be received at
this office by Tuesday November 7, 1989. To insure the check is processed to
your benefit, send it to the above address to my attention. If you have any
questions in this matter please contact David Phillips at 916/322-8904 or via
telefax 916/323-4609.

Very truly yours,

*FOR R{ Hoover*

John S. Babich
Deputy Director
Procurement Division

JSB:DP:dp

cc:  B.Layton, DOT
     R. Hoover
     L. Cooper
     J.Demarest/J. Ramos
     C. Burke/D. Phillips
     Vendor Performance File

WCWP000300

Exhibit C
Page 33

STATE OF CALIFORNIA—STATE AND CONSUMER SERVICES AGENCY  GEORGE DEUKMEJIAN, Governor

**DEPARTMENT OF GENERAL SERVICES**
Box 942804
Sacramento, CA 94204-0001



July 28, 1989

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Stephen K. Ryan
Pacific Wood Preserving
5601 District Blvd.
Bakersfield, CA 93313

Subject: Purchase Order No. 1896, dated January 9, 1989
Post wood sign - Department of Transportation

Dear Mr. Ryan:

This is in response to your letter dated May 16, 1989, in which you informed us that you are still unable to comply with our requirement. The State is unable to relieve you of your commitment.

Please be advised that your firm is hereby declared in default on this order for failure to deliver. No delivery by your firm against this order will be accepted or considered. We will make a "cover" purchase on the open market, charging your firm for any additional costs incurred by the State in so doing. Upon completing our "cover" purchase, we will advise you of any additional costs incurred. This action is in accordance with Paragraph 13 of the General Provisions of our contract, titled "Rights and Remedies of the State for Default."

In light of your firm's unsatisfactory performance on this order, your firm is hereby removed from the State's list of prequalified bidders for ninety (90) days. This action is in accordance with Section 10303 of the California Public Contract Code.

If you should have any questions, please contact Jess Ramos of my staff at 916/445-0241 or via telefax at 916/323-4609.

Sincerely,

John S. Babich
Deputy Director
Procurement Division

JSB:JR:wl

cc: B. Layton, DOT
    R. Hoover
    J. Demarest/B. Werry/C. Burke
    J. Ramos
    Vendor Performance File
    G. Joachim, PQ

WCWP000301

Exhibit C
Page 34

STATE OF CALIFORNIA—STATE AND CONSUMER SERVICES AGENCY                                                    GEORGE DEUKMEJIAN, Governor

**DEPARTMENT OF GENERAL SERVICES**
Box 942804
Sacramento, CA 94204-0001



May 8, 1989

Mr. Stephen K. Ryan
Pacific Wood Preserving
5601 District Blvd.
Bakersfield, CA 93313

Subject: Purchase Order No. 1896, dated January 9, 1989
Post wood sign - Department of Transportation

Dear Mr. Ryan:

We are in receipt of your letter notifying us of the delay in delivery on Purchase Order No. 1896, in which you informed us that your supplier is on strike. After reviewing your letter and the additional information submitted, we find no legal way to modify or relieve you of your commitment to the State. At the present time the entire lumber industry is not on strike. Therefore, it is your responsibility to locate another source of supply to comply with the purchase order. Delivery on this order is to be completed within 120 days ARO, which should be more than adequate time to perform on such an order.

Therefore, we must insist that you complete delivery in full compliance with the purchase order terms and specifications by no later than 3:00 P.M., Tuesday, May 30, 1989. Failure to deliver by the aforementioned date may result in the State pursuing the remedies outlined in Paragraph 13 of the General Provisions of our contract, titled "Rights and Remedies of State for Default." These remedies include, but are not limited to, purchasing the post wood sign on the open market, with your firm being responsible for any additional costs incurred by the state in so doing. Additionally, failure to complete delivery by May 30, 1989 may result in the reevaluation of your status as a bidder with the State of California.

We require your written reply to arrive in this office by 3:00 P.M., Friday, May 12, 1989 stating your intentions regarding delivery on this order. This reply must indicate whether or not you will be able to complete delivery on the order by May 30, 1989. If you have questions regarding this matter, please contact Jess Ramos of my staff at 916/445-0241 or via telefax at 916/323-4609.

Sincerely,

For R E Hoover

John S. Babich
Deputy Director
Procurement Division

JSB:JR:wl

cc: B. Layton, DOT
    J. Babich
    R. Hoover
    J. Demarest
    J. Ramos
    Vendor Performance File

WCWP000302

Exhibit C
Page 35



PACIFIC WOOD PRESERVING of BAKERSFIELD, CORP.

5601 DISTRICT BLVD
BAKERSFIELD, CA 93309
(805) 833-0429

- POSTS
- POLES
- PILINGS
- GRAPE STAKES
- LUMBER

May 16, 1989

Mr. John S. Babich
Deputy Director
Procurement Division
Department of General Services
Box 942804
Sacramento, CA    94204-0001

Dear Mr. Babich:

I am in receipt of your letter, dated May 8, 1989. Subject: Purchase Order No. 1896.

Your statement that "At the present time the entire Lumber Industry is not on strike" is a valid statement. However, in quoting your project I sourced the material and based our quote on a price from a large, reputable, multi-mill corporation that is on strike. They produce lumber at many locations on the West Coast and all locations are on strike.

I have tried to be fair and timely in executing the P.O., however, with strike conditions it does not appear that we will be able to furnish your material by your deadline. This is not an action that I am happy with nor is it a habit of Pacific Wood Preserving to not fulfil purchase orders. However, due to conditions beyond my control I must request relief on this matter.

Thank You,

Stephen K. Ryan
Vice President

SKR/VP

WE ARE HELPING TO CONSERVE OUR NATION'S TIMBER RESOURCES

WCWP000303

Exhibit C
Page 36