**EXHIBIT "F"**

ARTICLES OF INCORPORATION

OF

PACIFIC WOOD PRESERVING



FILED
In the office of the Secretary of State
of the State of California
APR 27 1972
EDMUND G. BROWN Jr., Secretary of State
By Ralph _____ Deputy

I

The name of this corporation is PACIFIC WOOD PRESERVING.

II

The corporation's purposes are:

    A. Primarily to engage in the specific business of the application of chemical preservatives to wood products.

    B. To engage generally in the business of buying, selling, manufacturing and otherwise dealing with, and commercially using, wood preservatives and construction materials of all kinds.

    C. To engage in any business related or unrelated to those described in clauses A and B of this Article II and from time to time authorized or approved by the board of directors of this corporation;

    D. To act as partner or joint venturer or in any other legal capacity in any transaction;

    E. To do business anywhere in the world; and,

    F. To have and exercise all rights and powers from time to time granted to a corporation by law.

The above purpose clauses shall not be limited by reference to or inference from one another, but each such purpose clause shall be construed as a separate statement conferring independent purposes and powers upon the corporation.

III

The county in the State of California where the principal office for the transaction of the business of the corporation is located is the County of Solano.

1

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC036148
Exhibit F
Page 78

IV

The number of directors of the corporation is four (4).

The names and addresses of the persons who are appointed to act as first directors are:

EVERETT L. JOHNSTON
1126 Beaver Street
Santa Rosa, California 95404

RICHARD F. JACKSON
434 Estado Way
Novato, California 94947

CAROLYN JOHNSTON
1126 Beaver Street
Santa Rosa, California 95404

JOAN JACKSON
434 Estado Way
Novato, California 94947

V

The total number of shares which the corporation is authorized to issue is 7,500 shares. Each share shall be without par value. No distinction shall exist between the shares of the corporation or the holders thereof.

VI

Each shareholder of this corporation shall be entitled to full preemptive or preferential rights, as such rights are defined by law, to subscribe for or purchase his proportional part of any shares which may be issued at any time by this corporation.

IN WITNESS WHEREOF the undersigned and above named incorporators and first directors of this corporation have executed these Articles of Incorporation on the 5th day of MARCH, 1972.

_____
EVERETT L. JOHNSTON

_____
RICHARD F. JACKSON

_____
CAROLYN JOHNSTON

_____
JOAN JACKSON

2

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC036149

Exhibit F
Page 79

STATE OF CALIFORNIA )
COUNTY OF SOLANO    )

On _April 6, 1972_ before me, a Notary Public in and for the said county and state, personally appeared

_Everett L. Johnston_

known to me to be the persons whose names are subscribed to the foregoing Articles of Incorporation and acknowledged to me that he executed the same.

_Dorothy L. Owens_

NAME TYPED OR PRINTED

DOROTHY L. OWENS
NOTARY PUBLIC - CALIFORNIA
SOLANO COUNTY

Notary Public in and for the County of Solano, State of California

---

STATE OF CALIFORNIA
COUNTY OF MARIN } ss.

On APRIL 4, 1972 before me, the undersigned, a Notary Public in and for said State, personally appeared RICHARD F. JACKSON and JOAN C. JACKSON, known to me to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same.

WITNESS my hand and official seal.

Signature _____

HAROLD L. CLEEK
Name (Typed or Printed)

(This area for official notarial seal)

---

State of California
COUNTY OF SONOMA } ss.

GENERAL ACKNOWLEDGEMENT

ON THIS DATE MARCH 5TH, 1972 before me, WM. L. EHLERT, a Notary Public in and for the said County and State, residing therein, duly commissioned and sworn, personally appeared CAROLYN J. JOHNSTON

OFFICIAL SEAL
Wm. L. EHLERT
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
SONOMA COUNTY
My Commission Expires June 10, 1972

known to me to be the person whose name IS subscribed to the within Instrument, and acknowledged to me that She executed the same.

In Witness Whereof, I have hereunto set my hand and affixed my official seal the day and year in this Certificate first above written.

_Wm L. Ehlert_

Notary Public in and for said County and State of California

My Commission Expires 6-10-72

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC036150
Exhibit F
Page 80