# EXHIBIT "G"

"COPY"

| | | |
|---|---|---|
| 1 | GEORGE DEUKMEJIAN, Attorney General of the State of California | "ENDORSED" FILED |
| 2 | R. H. CONNETT, Assistant Attorney General | SEP 25 1979 |
| 3 | WALTER E. WUNDERLICH, JOEL S. MOSKOWITZ, | NEIL CRAWFORD, County Clerk |
| 4 | Deputy Attorneys General | By D. TENTY, DEPUTY CLERK |

555 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 445-4297

Attorneys for Plaintiff People of the
State of California

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SOLANO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | NO. 72764 |
| Plaintiff, | |
| v. | JUDGMENT PURSUANT TO STIPULATION |
| PACIFIC WOOD PRESERVATION CORPORATION, a California Corporation; and Does I through XX, inclusive, | |
| Defendants. | |

Pursuant to Stipulation for Judgment filed herein, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That the plaintiff, People of the State of California, do have and recover of and from the defendant, Pacific Wood Preservation Corporation, the sum of Seven Thousand Five Hundred Dollars ($7,500) in civil monetary damages on the second and third causes of action of the complaint for mandatory injunctive relief and civil monetary damages.

- - - -

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
OSP

1.

2. That the first cause of action of the complaint for mandatory injunctive relief and civil monetary damages is hereby dismissed without prejudice.

Dated: 9-24-79

/s/ Michael L. McInnis
JUDGE OF THE SUPERIOR COURT

2.

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC029238
Exhibit G
Page 83