# EXHIBIT "H"

650381.

DD93515

**FILED** in the office of the Secretary of State of the State of California

SEP 11 1980

MARCH FONG EU, Secretary of State

By /s/ _____ Deputy

## CERTIFICATE OF ELECTION TO WIND UP AND DISSOLVE

### PACIFIC WOOD PRESERVING

We, the undersigned, RICHARD F. JACKSON and MARJORIE MOORE hereby do certify that we are, and that at all times herein mentioned have been, the President and Secretary of PACIFIC WOOD PRESERVING, a California Corporation, and hereby do further certify and state:

A. That the said corporation has elected to wind up and dissolve.

B. That the total number of outstanding shares of said corporation, the holders of which are entitled to vote on or consent to the election is 4,200 shares.

C. That the election to wind up and dissolve the said corporation was made by the vote of shareholders of record of 4,200 shares of the corporation entitled to vote on or consent to the election and representing 100% of the outstanding shares of the corporation entitled to vote.

IN WITNESS WHEREOF, the undersigned have executed this certificate on _Dec 20_, 1979.

_/s/ Richard F. Jackson_
RICHARD F. JACKSON, President

_/s/ Marjorie Moore_
MARJORIE MOORE, Secretary

RICHARD F. JACKSON and MARJORIE MOORE, the President and Secretary, respectively, of PACIFIC WOOD PRESERVING, a California Corporation, each says:

I declare under penalty of perjury that the foregoing is true and correct. Executed on _Dec 20_, 1979 at Vacaville, California.

_/s/ Richard F. Jackson_
RICHARD F. JACKSON

_/s/ Marjorie Moore_
MARJORIE MOORE

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC050766

Exhibit H
Page 85

650381
DD93516

**FILED**
In the office of the Secretary of State
of the State of California
SEP 1 1 1980
MARCH FONG EU, Secretary of State
By ~~Phyllis E. Ruiz~~
Deputy

## CERTIFICATE OF WINDING UP AND DISSOLUTION

### OF

### PACIFIC WOOD PRESERVING

The undersigned hereby do certify that they are a majority of the authorized number of directors of PACIFIC WOOD PRESERVING, a California Corporation, and they do further certify as follows:

    A.    That the above-named corporation has been completely wound up.

    b.    That its known debts and liabilities have been paid.

    C.    That said corporation's known assets have been distributed to the shareholders.

    D.    That said corporation is dissolved.

IN WITNESS WHEREOF, the undersigned have executed this certificate on _____, 19__.

RICHARD F. JACKSON

MARJORIE MOORE

JOAN JACKSON

RICHARD F. JACKSON, MARJORIE MOORE and JOAN JACKSON, a majority of the Board of Directors of PACIFIC WOOD PRESERVING, a California Corporation, each says:

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, 1979, at Vacaville, California.

RICHARD F. JACKSON

MARJORIE MOORE

JOAN JACKSON

DTSC, et al. v. Jim Dobbas, Inc., et al.
DTSC050767

Exhibit H
Page 86