# EXHIBIT "I"

RECORDING REQUESTED BY
TRANSAMERICA TITLE INSURANCE CO.

040674

BOOK 5148 PAGE 1998

1978 OCT 20 PM 1: 30

RECORDED BY
RAY A. VERCAMMEN
KERN COUNTY RECORDER

AND WHEN RECORDED MAIL TO

Name: PACIFIC WOOD PRESERVING
Street Address: P.O. BOX 128
City & State: Elmira, California 95625

185460-H

A   4.00 ORS
R7400  A 10/20/78   4.00 TA

MAIL TAX STATEMENT TO

When recorded mail to: SAME AS ABOVE

——— SPACE ABOVE THIS LINE FOR RECORDER'S USE ———

GRANT DEED

TENNECO REALTY DEVELOPMENT CORPORATION, a Delaware corporation, hereinafter called "Grantor", hereby grants to PACIFIC WOOD PRESERVING CORPORATION, a California corporation, hereinafter called "Grantee", all that certain real property situated in the City of Bakersfield, Kern County, California, described in Exhibit A attached hereto and made a part hereof.

EXCEPTING AND EXCLUDING THEREFROM all oil, gas and other minerals contained within the property hereinabove described, together with other rights, as excepted and reserved of record by the predecessors of Grantor.

EXCEPT all water and/or water rights within said land.

SUBJECT TO the Covenants, Conditions and Restrictions contained in the Declaration of Restrictive Covenants, executed by Stockdale Development Corporation, recorded April 13, 1973 in Book 4780, page 910 of Official Records, which are hereby imposed as though fully set forth herein, provided, however, that a breach of said restrictions shall not defeat or render invalid the lien of any mortgage or deed of trust made in good faith and for value.

IN WITNESS WHEREOF, Grantor has executed this Grant Deed this 16th day of October, 1978.

TENNECO REALTY DEVELOPMENT CORPORATION

By _____
                Vice President

and _____
              Assistant Secretary

DOCUMENTARY TRANSFER TAX $ 275.00
☒ COMPUTED ON FULL VALUE OF PROPERTY CONVEYED, OR
☐ COMPUTED ON FULL VALUE LESS LIENS & ENCUMBRANCES REMAINING THEREON AT TIME OF SALE.

_____
Signature of declarant or agent determining tax - firm name
TRANSAMERICA TITLE INSURANCE CO.

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF KERN      )

On this 16th day of October, 1978, before me, the undersigned, a Notary Public in and for the State of California, personally appeared CHARLES H. TOLFREE and WAYNE E. BROOME, known to me to be the Vice President and Assistant Secretary, respectively, of TENNECO REALTY DEVELOPMENT CORPORATION, the corporation that executed the within instrument, and known to me to be the persons who executed the within instrument on behalf of the corporation therein named, and acknowledged to me that such corporation executed the within instrument pursuant to its by-laws or a resolution of its board of directors.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

OFFICIAL SEAL
CAROL A. STRINGER
NOTARY PUBLIC CALIFORNIA
PRINCIPAL OFFICE IN
KERN COUNTY
My Commission Expires Dec. 5, 1980

_____
Notary Public in and for the State of California

DTSC, et al. v. Jim Dobbas, Inc., et al.
AGO000062
Exhibit I
Page 88

BOOK 5148 PAGE 1999

Parcel A of Parcel Map 4978 as per Map thereof recorder October 9, 1978 in the Office of the Kern County Recorder in Book 21 of Parcel Maps at page 133.