# EXHIBIT "J"

| Recording requested by: | | |
|---|---|---|
| TRANSAMERICA TITLE INSURANCE | | BOOK 5148 PAGE 2000 |
| AND WHEN RECORDED MAIL TO | 040675 | 1978 OCT 20 PM 1:30 |
| TENNECO REALTY DEVELOPMENT CORP.<br>P.O. Box 9380<br>Bakersfield, California 93309<br>185460-H | | RECORDED BY<br>RAY A. VERCAMMEN<br>KERN COUNTY RECORDER<br>A     4.00 ORS<br>R7402  A 10/20/78   4.00 TA |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**SHORT FORM PURCHASE MONEY DEED OF TRUST AND ASSIGNMENT OF RENTS**

(This Deed of Trust contains an acceleration provision.)

THIS PURCHASE MONEY DEED OF TRUST, dated ..October .19.............., 19....78........, BY AND BETWEEN PACIFIC WOOD PRESERVING CORPORATION, a California corporation

, HEREIN CALLED TRUSTOR

whose address is    P. O. Box 147, Elmira, California 95625
          (number and street)       (city)          (state)       (zip)

TENNECO WEST, INC., a Delaware corporation, herein called TRUSTEE, and TENNECO REALTY DEVELOPMENT CORPORATION, a Delaware corporation, herein called Beneficiary.

WITNESSETH: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Kern County, California, hereinafter called the "secured property" described as follows:

Parcel A of Parcel Map 4978 as per Map thereof recorded October 9, 1978 in the Office of ther Kern County Recorder in Book 21 of Parcel Maps at page 133.

TOGETHER WITH: All rights of way and other easements appurtenant thereto or used in connection therewith or as a means of access thereto; any and all buildings and improvements now or hereafter erected thereon; all estate, interest, homestead or other claim, at law or in equity, which Trustor now has or may hereafter acquire in or to said property, and all rents, issues and profits thereof; SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph 3.1 (b) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

FOR THE PURPOSE OF SECURING: (1) Payment of an indebtedness in the principal sum of $.177,500.00............ with interest thereon, according to the terms of a certain promissory note of even date herewith executed by Trustor, delivered to and payable to the order of Beneficiary, and any and all extensions, modifications, substitutions or renewals thereof; (2) payment of all other sums, with interest thereon, becoming due and payable under the provisions hereof or under the terms of said promissory note to either Trustee or Beneficiary; and (3) due, prompt and complete performance and observance of each and all the terms, covenants and conditions incorporated herein by reference.

TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES: by the execution and delivery of this Deed of Trust and the promissory note secured hereby, that all provisions of the fictitious deed of trust recorded in the Office of the County Recorder of Kern County, California on March 29, 1977, in Book 5017 of Official Records, at page 388, are hereby adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that the references to property, obligations and parties in said provisions shall be construed to refer to the property, obligations and parties set forth in this Deed of Trust. (The provisions contained in said ficitious deed of trust are printed on the reverse side hereof and on pages following.)

IN ADDITION to the provisions incorporated herein by reference, Beneficiary may declare all obligations secured hereby immediately due and payable without any prior notice or demand to or upon Trustor, upon the occurrence of any one or more of the following events:

(a) Trustor sells, conveys, transfers or alienates the secured property, or any part thereof or interest therein, or agree to so do without the written consent of Beneficiary having first been obtained, to any person or persons other than those described in Section 2924.6, California Civil Code. In such event, Beneficiary shall have the right, at its option, to declare all sums secured hereby forthwith due and payable. Consent to one such transaction shall not be deemed to be a waiver of the right to require such consent to future or successive transactions.

(b) Any petition be filed against Trustor in any court, whether or not pursuant to any statute of the United States or of any state, in any bankruptcy, reorganization, composition, extension, arrangement or insolvency proceedings, and Trustor shall thereafter be adjudicated bankrupt, or such petition be approved by the court, or the court assumes jurisdiction of the subject matter, or such proceedings not be dismissed within ninety (90) days after the institution of the same, or any such petition be so filed by Trustor.

(c) A receiver or trustee be appointed in any proceedings for all or any portion of Trustor's property, and such receivership or trusteeship not be vacated within ninety (90) days after the appointment of such receiver or trustee.

(d) Trustor makes an assignment for the benefit of its creditors.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

IN WITNESS WHEREOF, Trustor has executed this deed of trust as of the day and year first above written.

STATE OF CALIFORNIA } ss.
COUNTY OF ____Kern____

On _____ before me, the undersigned, a Notary Public in and for said State, personally appeared _____

_____
_____
_____, known to me to be the person_____whose name_____subscribed to the within instrument and acknowledged that _____executed the same.
WITNESS my hand and official seal.

Signature _____

*Signature of Trustor*

PACIFIC WOOD PRESERVING CORPORATION

By /s/ _____

and by _____

(This area for official notarial seal)

DTSC, et al. v. Jim Dobbas, Inc., et al.
AGO000060
Exhibit J
Page 91

| STATE OF CALIFORNIA | } ss | BOOK 5148 PAGE 2001 |
| COUNTY OF KERN | | |

ON....October..19............................................, 19.78, before me, the undersigned, a Notary Public in and for said County and State, personally appeared ..........Richard..F...Jackson..........................................known to me to be the ......................President, ~~and~~................................................................................. known to me to be the Secretary of the Corporation that executed the within instrument and the officers who executed the within instrument on behalf of the Corporation therein named, and acknowledged to me that such Corporation executed the within instrument pursuant to its By-laws or a Resolution of its Board of Directors.

Notary's Signature......Alyce S. Houser......

ALYCE S. HOUSER
NOTARY PUBLIC - CALIFORNIA
BOND FILED IN
KERN COUNTY
MY COMMISSION EXPIRES NOV. 11, 1981

CORPORATION ACKNOWLEDGMENT
Form No. 14