# EXHIBIT "K"

BOOK **5315** PAGE **2081**

RECORDING REQUESTED BY

081183

1980 SEP 19 PM 12:43

RECORDED BY
RAY A. VERCAMMEN
KERN COUNTY RECORDER

A       3.00 ORS
R6388  B 09/19/80   3.00 CASH

AND WHEN RECORDED MAIL TO

Lloyds Bank California
P O Box 2288
Bakersfield, Ca 93303

——— SPACE ABOVE THIS LINE FOR RECORDER'S USE ———

# FULL RECONVEYANCE

TENNECO WEST, INC., a Delaware corporation, as duly appointed Trustee under Deed of Trust hereinafter referred to, having received from holder of the obligations hereunder a written request to reconvey, reciting that all sums secured by said Deed of Trust have been fully paid, and said Deed of Trust and the note or notes secured thereby having been surrendered to said Trustee for cancellation, does hereby RECONVEY, without warranty, to THE PERSON OR PERSONS LEGALLY ENTITLED THERETO, the estate now held by it thereunder. Said Deed of Trust was executed by  PACIFIC WOOD PRESERVING CORPORATION, a California corporation,

Trustor,

and recorded in the official records of     Kern                 County, California, as follows:

Date  October 20, 1978    As Instr. No. 040675    in Book   5148   , Page   2000

Parcel A of Parcel Map 4978

In Witness Whereof, TENNECO WEST, INC., as Trustee, has caused its corporate name and seal to be hereto affixed by its corporate officers, thereunto duly authorized.

Date  September 19, 1980                   TENNECO WEST, INC.

By /s/ Melvin Jans
                                                   Vice President
and by /s/ Wayne E. Broome
                                                   Assistant Secretary

STATE OF CALIFORNIA ) ss.
COUNTY OF KERN      )
On this  19th  day of  September , 19 80 , before me, Carol A. Stringer , a Notary Public in and for said County and State, personally appeared, Melvin Jans  and  Wayne E. Broome  known to me to be the Vice President and Assistant Secretary, respectively, of TENNECO WEST, INC., the corporation that executed the within instrument as such trustee, and known to me to be the persons who executed the within instrument on behalf of the corporation therein named, and acknowledged to me that such corporation executed the within instrument as such trustee pursuant to its by-laws or a resolution of its board of directors.

In WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

OFFICIAL SEAL
CAROL A. STRINGER
NOTARY PUBLIC CALIFORNIA
PRINCIPAL OFFICE IN
KERN COUNTY
My Commission Expires Dec. 5, 1980

/s/ Carol A. Stringer
Notary Public in and for said County and State