# EXHIBIT "L"

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

Name: LLOYDS BANK CALIFORNIA
Street Address: 1615 Brundage Lane
City & State: Bakersfield, California 93304

Mail - P.O. Box 2288 - 93303

031184

BOOK 5315 PAGE 2082

1980 SEP 19 PM 12: 43

RECORDED at
RAY A. VERCAMMEN
KERN COUNTY RECORDER

A          4.00 ORS
R6389  B 09/19/80    4.00 CASH

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SHORT FORM DEED OF TRUST AND ASSIGNMENTS OF RENTS

**This Deed of Trust**, made this 19th day of September 1980, between

PACIFIC WOOD PRESERVING OF BAKERSFIELD INC.

, herein called TRUSTOR,

whose address is 5601 District Boulevard     Bakersfield, California 93309
(number and street)                           (city)           (zone)  (state)

("Trustor" to be interpreted as "Trustors" where context requires), FIRST BANCORP, a California corporation, as TRUSTEE, and LLOYDS BANK CALIFORNIA, a California corporation, as BENEFICIARY.

**Witnesseth:** That Trustor IRREVOCABLY GRANTS, TRANSFERS and ASSIGNS to TRUSTEE, IN TRUST, WITH POWER OF SALE, the following described property situated in the City of Bakersfield

County of Kern, State of California, to-wit:

PARCEL A OF PARCEL MAP 4978, AS PER MAP THEREOF RECORDED OCTOBER 9, 1978, IN THE OFFICE OF THE COUNTY OF KERN, IN BOOK 21 OF PARCEL MAPS AT PAGE 133.

including all appurtenances and easements used in connection therewith, all water and water rights (whether riparian, appropriative, or otherwise, and whether or not appurtenant) used in connection therewith, all shares of stock evidencing the same, pumping stations, engines, machinery, pipes and ditches, including also all gas, electric, cooking, heating, cooling, air conditioning, refrigeration and plumbing fixtures and equipment which have been or may hereafter be attached in any manner to any building now or hereafter on said property, or to said property, and also the rents, issues, and profits thereof, subject, however, to the right, power and authority given to and conferred hereunder upon the Trustor to collect and apply such rents, issues and profits so long as there is no default hereunder.

FOR THE PURPOSE OF SECURING: (1) Payment of the sum of $200,000 with interest thereon according to the terms of a promissory note or notes of even date herewith, made by Trustor, payable to the order of the Beneficiary, and extensions or renewals thereof; (2) payment of such additional amounts as may hereafter be loaned by Beneficiary or its successor to the Trustor or any of them, or any successor in interest of the Trustor, with interest thereon, and any other indebtedness or obligation of the Trustor, or any of them, and any present or future demands of any kind or nature which the Beneficiary or its successor may have against the Trustor, or any of them, whether created directly, or acquired by assignment, whether absolute or contingent, whether due or not, whether otherwise secured or not, or whether existing at the time of the execution of this instrument or arising thereafter; (3) performance of each agreement of Trustor herein contained including the payment for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded; and (4) payment of all sums to be made by Trustor pursuant to the terms hereof.

TRUSTOR AGREES that there are incorporated herein and made an integral part hereof, for all purposes, as though set forth herein at length, the agreements, terms and provisions of paragraphs (a), (b) and 1 through 12 of that certain fictitious deed of trust recorded in the Official Records in the Office of the County Recorder of Marin County on February 15, 1956 in Book 1006 at Page 318, and in the Official Records in the Office of the County Recorder of Modoc County on February 20, 1956 in Book 138 at Page 259, and in the Official Records in the Offices of the County Recorders of the following Counties on February 17, 1956, in the Books and at the Pages designated after the name of each County:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 7938 | 201 | Kings | 640 | 42 | Placer | 696 | 470 | Sierra | 13 | 139 |
| Alpine | C | 396 | Lake | 260 | 254 | Plumas | 93 | 87 | Siskiyou | 563 | 467 |
| Amador | 64 | 4 | Lassen | 117 | 285 | Riverside | 1865 | 161 | Solano | 814 | 485 |
| Butte | 814 | 151 | Los Angeles | 50355 | 183 | Sacramento | 3020 | 9 | Sonoma | 1416 | 467 |
| Calaveras | 99 | 440 | Madera | 661 | 228 | San Benito | 220 | 573 | Stanislaus | 1346 | 9 |
| Colusa | 226 | 413 | Marin | 1006 | 318 | San Bernardino | 3860 | 306 | Sutter | 445 | 390 |
| Contra Costa | 2709 | 70 | Mariposa | 53 | 526 | San Diego | 5982 | 275 | Tehama | 288 | 474 |
| Del Norte | 14 | 208 | Mendocino | 421 | 326 | San Francisco | 6790 | 249 | Trinity | 62 | 98 |
| El Dorado | 376 | 521 | Merced | 1248 | 183 | San Joaquin | 1838 | 423 | Tulare | 1896 | 495 |
| Fresno | 3726 | 443 | Modoc | 138 | 259 | San Luis Obispo | 836 | 210 | Tuolumne | 75 | 119 |
| Glenn | 336 | 577 | Mono | 35 | 4 | San Mateo | 3000 | 87 | Ventura | 1378 | 111 |
| Humboldt | 379 | 438 | Monterey | 1682 | 190 | Santa Barbara | 1362 | 135 | Yolo | 477 | 229 |
| Imperial | 930 | 81 | Napa | 504 | 227 | Santa Clara | 3394 | 207 | Yuba | 219 | 302 |
| Inyo | 119 | 653 | Nevada | 217 | 560 | Santa Cruz | 1059 | 573 | | | |
| Kern | 2562 | 381 | Orange | 3403 | 308 | Shasta | 484 | 530 | | | |

The undersigned Trustor requires that a copy of any notice of default and of any notice of sale shall be mailed to him at the address herein above set forth.

STATE OF CALIFORNIA
COUNTY OF Kern } ss.

On September 19, 1980 before me, the undersigned, a Notary Public in and for said State, personally appeared _____ as President of Pacific Wood Preserving of Bakersfield Inc. a Nevada corporation

, known to me to be the person whose name he subscribed to the within instrument and acknowledged that he executed the same on behalf of Pacific Wood Preserving of Bakersfield Inc.
WITNESS my hand and official seal.

Signature _____

Mary Louise McGee
Name (Typed or Printed)

N-131 (02-76)—Lloyds Bank California

SIGNATURE OF TRUSTOR

PACIFIC WOOD PRESERVING OF BAKERSFIELD INC.

OFFICIAL SEAL
MARY LOUISE McGEE
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
KERN COUNTY
My Commission Expires Apr. 2, 1981

(THIS AREA FOR NOTARIAL SEAL)

TITLE ORDER NO. _____
ESCROW OR LOAN NO. _____

DTSC, et al. v. Jim Dobbas, Inc., et al.
AGO000093
Exhibit L
Page 96

| | |
|---|---|
| STATE OF CALIFORNIA, <br> COUNTY OF KERN } ss. | BOOK **5315** PAGE **2083** |

ON September 19, 19 80, before me, the undersigned, a Notary Public in and for said State, personally appeared Richard F. Jackson, known to me to be the President of the Pacific Wood Preserving of Bakersfield, Inc. the Corporation that executed the within Instrument, known to me to be the person who executed the within Instrument, on behalf of the Corporation, therein named, and acknowledged to me that such Corporation executed the same.

WITNESS my hand and official seal.

*Mary Louise McGee*
Notary Public in and for said State.

**OFFICIAL SEAL**
MARY LOUISE McGEE
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
KERN COUNTY
My Commission Expires Apr. 2, 1981

ACKNOWLEDGMENT—Corporation—Wolcotts Form 222—Rev. 3-64

DTSC, et al. v. Jim Dobbas, Inc., et al.
AGO0000094

**Exhibit L**
**Page 97**