1  Lester O. Brown, Bar No. 160828
   LBrown@perkinscoie.com
2  James G. Bernald, Bar No. 205519
   JBernald@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA 90067-1721
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399

6  Attorneys for Defendant
   West Coast Wood Preserving, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12 | CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT, | Case No. 2:14-cv-00595-WBS-EFB
13 |  | **NOTICE OF *ERRATA* TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT WEST COAST WOOD PRESERVING, LLC**
14 | Plaintiffs, |
15 | v. |
16 | JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company, | Date:  January 26, 2015
17 |  | Time:  2:00 p.m.
18 |  | Place: Courtroom 5, 14th Floor
19 |  |        501 I Street
20 |  |        Sacramento, CA 95814
21 | Defendants. | Trial: January 4, 2017
22 |  | Action Filed: March 3, 2014
23 | AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. |

24
25
26
27
28

38020-0017/LEGAL124491115.1

NOTICE OF ERRATA
CASE #2:14-cv-00595-WBS-EFB

1     PLEASE TAKE NOTICE that in the Request For Judicial Notice In Support Of Motion For Summary Judgment By Defendant West Coast Wood Preserving, LLC, filed as Docket Entry No. 81 on December 15, 2014, Exhibit L was mislabeled as Exhibit M during the uploading process, and Exhibit M was inadvertently omitted.

    Copies of Exhibit L and Exhibit M are attached hereto.

DATED: December 16, 2014     Respectfully submitted,

PERKINS COIE LLP

By:  /s/ Lester O. Brown
      Lester O. Brown

Attorneys for Defendant
West Coast Wood Preserving, LLC

38020-0017/LEGAL124491115.1    -1-    NOTICE OF ERRATA
CASE #2:14-cv-00595-WBS-EFB