# EXHIBIT "M"

RECORDING REQUESTED BY

Transamerica Title Insurance Co.
198776-TO

BOOK 5405 PAGE 1060

A  4.00 OBS
A  1.00 MDEP
R 184 A 09/21/81  5.00 TA

AND WHEN RECORDED MAIL TO

Name: Lloyds Bank California
Street Address: P O Box 2288
City State Zip: Bakersfield, Ca 93303

028996

1981 SEP 21 AM 8 00

RECORDED
RAY A. VERCAMMEN
KERN COUNTY RECORDER

MAIL TAX STATEMENTS TO

Pacific Wood Preserving
5601 District Blvd.
Bakersfield, Ca. 93309

SPACE ABOVE THIS LINE FOR RECORDER'S USE

DOCUMENTARY TRANSFER TAX $ None
_____ COMPUTED ON FULL VALUE OF PROPERTY CONVEYED,
_____ OR COMPUTED ON FULL VALUE LESS LIENS AND ENCUMBRANCES REMAINING AT TIME OF SALE.
M. Blomberg  Transamerica Title Ins.
Signature of Declarant or Agent determining tax, Firm Name

# GRANT DEED
(CORPORATION)

(Escrow No. .....................)

By this instrument dated ............... September 16, 1981 ................................................, for a valuable consideration,

PACIFIC WOOD PRESERVING CORPORATION, a California corporation

hereby GRANTS to   PACIFIC WOOD PRESERVING OF BAKERSFIELD, INC.,
a Nevada corporation

the following described Real Property in the State of California, County of ...... Kern ..................

City of ..... Bakersfield, ..............................................

PARCEL A OF PARCEL MAP 4978, AS PER MAP THEREOF RECORDED OCTOBER 9, 1978, IN THE OFFICE OF THE COUNTY OF KERN, IN BOOK 21 OF PARCEL MAPS AT PAGE 133.

EXCEPT ALL OIL, GAS AND OTHER MINERALS CONTAINED WITHIN THE PROPERTY HEREINABOVE DESCRIBED, WHETHER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED ALL OIL, GAS AND OTHER MINERAL RIGHTS BELONGING OR APPERTAINING TO SAID PROPERTY; THE EXCLUSIVE RIGHT TO PROSPECT FOR, DRILL FOR, PRODUCE, MINE, EXTRACT AND REMOVE OIL, GAS AND OTHER MINERALS UPON AND FROM SAID PROPERTY; THE EXCLUSIVE RIGHT TO DRILL UPON, TO DRILL THROUGH AND OTHERWISE TO USE SAID PROPERTY TO PRODUCE, MINE, EXTRACT AND REMOVE OIL, GAS AND OTHER MINERALS FROM ADJACENT OR NEIGHBORING LANDS; THE EXCLUSIVE RIGHT TO INJECT IN, STORE UNDER AND THEREAFTER WITHDRAW FROM SAID PROPERTY OIL, GAS AND OTHER MINERALS AND PRODUCTS THEREOF, WHETHER PRODUCED FROM SAID PROPERTY OR ELSEWHERE, AS RESERVED IN DEEDS FROM KERN COUNTY LAND COMPANY, A CALIFORNIA CORPORATION, TO STOCKDALE DEVELOPMENT CORPORATION, A CALIFORNIA CORPORATION, WHICH DEEDS RECITES "THAT UNLESS THE GRANTEE THEREIN OR ITS SUCCESSORS OR ASSIGNS SHALL GIVE WRITTEN CONSENT TO THE DRILLING OF WELLS UPON THE SURFACE OF SAID LAND, ALL OF THE FOREGOING RIGHTS SHALL BE EXERCISED ONLY BY THE DRILLING OF WELLS FROM LOCATIONS ON ADJACENT OR NEIGHBORING LANDS, INTO OR THROUGH SAID PROPERTY AT LEAST 500 FEET BELOW THE SURFACE OF THE GROUND, AND WITHOUT ENTERING UPON OR USING ANY PORTION OF SAID PROPERTY LYING ABOVE SAID DEPTH."

BOOK 5405 PAGE 1061

This Deed is given for the purpose of winding up corporate affairs of the Grantor.

PACIFIC WOOD PRESERVING CORPORATION, a California corporation

By: _____ President

By: _____ Assistant Secretary

STATE OF CALIFORNIA } SS.
COUNTY OF KERN

On September 17, 1981, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Richard F. Jackson and Stephen K. Ryan known to me to be the President and Assistant Secretary respectively of the Corporation that executed the within instrument on behalf of the Corporation therein named, and acknowledged to me that such Corporation executed the same.

Notary's Signature _____
Mary Louise McGee

OFFICIAL SEAL
MARY LOUISE McGEE
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN KERN COUNTY
My Commission Exp. Apr. 2, 1985

MAIL TAX STATEMENTS AS DIRECTED ABOVE