Lester O. Brown, Bar No. 160828
LBrown@perkinscoie.com
James G. Bernald, Bar No. 205519
JBernald@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
West Coast Wood Preserving, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**REQUEST TO REMOVE AND REPLACE INCORRECTLY FILED DOCUMENT: DOCKET NUMBER 79-3**<br><br>**[Filed with [Proposed] Order]**<br><br>Date:   January 26, 2015<br>Time:   2:00 p.m.<br>Place:   Courtroom 5, 14th Floor<br>            501 I Street<br>            Sacramento, CA 95814<br>Trial:   January 4, 2017<br>Action Filed:   March 3, 2014 |

LEGAL124493596.3

REQUEST TO REMOVE AND REPLACE
CASE #2:14-cv-00595-WBS-EFB

1  PLEASE TAKE NOTICE that Defendant West Coast Wood Preserving, LLC
2  ("WCWP") respectfully submits this Request to Remove and Replace Incorrectly
3  Filed Document: Docket Number No. 79-3 ("Request").
4  When electronically filing Docket Number 79-3, *Exhibit A to the Declaration*
5  *of Stephen Ryan in support of Defendant West Coast Wood Preserving, LLC's*
6  *Motion for Summary Judgment*, WCWP's counsel inadvertently filed a version of
7  this exhibit containing unredacted private information. For this reason, the
8  document should not be made public, and should be replaced with a corrected
9  version with the private information redacted.
10  After discovering the error, WCWP's counsel contacted the ECF Help Desk
11  and then the Courtroom Deputy, who suggested that WCWP file this Request.
12  Further, on December 16, 2014 WCWP's counsel notified all parties who
13  have appeared in this case of the incorrectly filed document and of WCWP's intent
14  to file this Request.
15  WCWP's counsel reached Defendant David Van Over via telephone, and Mr.
16  Van Over did not have any objection or opposition to this request.
17  WCWP's counsel contacted counsel for Plaintiffs California Department of
18  Toxic Substances Control and the Toxic Substances Control Account Thomas G.
19  Heller via email. In a responding email, Mr. Heller wrote that he had no objection
20  or opposition to this request.
21  WCWP's counsel also contacted counsel for Defendant Jim Dobbas, Inc. via
22  telephone voice mail and email, but as of the time of filing this Request, WCWP's
23  counsel had not yet received a response.
24  Accordingly, WCWP requests that Docket Item 79-3 be removed and
25  replaced with the corrected Exhibit A to the Declaration of Stephen Ryan, a copy of
26  which is attached hereto. A copy of the corrected Exhibit A is also attached to the
27  Proposed Order filed concurrently with this Request.
28

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 16, 2014 | PERKINS COIE LLP |
| 3 | | By: /s/ Lester O. Brown |
| 4 | | Lester O. Brown |
| 5 | | Attorneys for Defendant<br>West Coast Wood Preserving, LLC |