1 | Lester O. Brown, Bar No. 160828
LBrown@perkinscoie.com
2 | James G. Bernald, Bar No. 205519
JBernald@perkinscoie.com
3 | PERKINS COIE LLP
1888 Century Park East, Suite 1700
4 | Los Angeles, CA 90067-1721
Telephone: 310.788.9900
5 | Facsimile: 310.788.3399

6 | Attorneys for Defendant
West Coast Wood Preserving, LLC
7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,

Case No. 2:14-cv-00595-WBS-EFB

**[PROPOSED] ORDER RE: REQUEST TO REMOVE AND REPLACE INCORRECTLY FILED DOCUMENT: DOCKET NUMBER 79-3**

Plaintiffs,

v.

JIM DOBBAS, INC., et al.,

Defendants.

Judge: Hon. William B Shubb
Date: January 26, 2015
Time: 2:00 p.m.
Place: Courtroom 5, 14th Floor
501 I Street
Sacramento, CA 95814
Trial: January 4, 2017
Action Filed: March 3, 2014

AND RELATED CROSS-ACTIONS.

1  Having considered the Request by Defendant West Coast Wood Preserving,
2  LLC to Remove and Replace Incorrectly Filed Document: Docket Number 79-3
3  (the "Request"), and having considered any and all other papers filed by the parties
4  in support of and in opposition to the Request, and good cause having been shown,
5  IT IS THEREFORE ORDERED that:
6  (1) The Request is granted; and
7  (2) The Clerk of the United States District Court for the Eastern District of
8  California shall remove Docket Number 79-3, and replace it with the corrected
9  version, a copy of which is attached to this Order.

DATED: _____

HON. WILLIAM B. SHUBB
UNITED STATES DISTRICT
JUDGE

Respectfully submitted,

DATED: December 16, 2014     **PERKINS COIE LLP**

By: /s/Lester O. Brown
    Lester O. Brown

Attorneys for Defendant
West Coast Wood Preserving, LLC

LEGAL124497075.1              -1-              [PROPOSED] ORDER
                                               2:14-cv-00595-WBS-EFB