JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE R. GLEASON (Bar No. 199655)
LOUINDA V. LACEY (Bar No. 275888)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:     (916) 379-7530
Facsimile:      (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
llacey@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No.:  2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT, CROSS-COMPLAINANT, AND CROSS-DEFENDANT JIM DOBBAS, INC. FOR LEAVE TO FILE FIRST AMENDED CROSS-CLAIM**<br><br>Date: **February 9, 2015**<br>Time: **2:00 p.m.**<br>Place: Courtroom 5, 14th Floor<br>      Robert T. Matsui United States Courthouse<br>      501 I Street<br>      Sacramento, CA  95814<br><br>Action filed:  March 3, 2014 |

00015556.4

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on February 9, 2015, or as soon as thereafter as counsel may be heard by the above-entitled Court, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, in Courtroom 5 of the Honorable William B. Shubb, Defendant, Cross-Complainant, and Cross-Defendant Jim Dobbas, Inc. ("Dobbas") will and does hereby move the Court for leave to file a First Amended Cross-Claim ("FACC") pursuant to this Court's order dated June 2, 2014, and Federal Rule of Civil Procedure 15(a)(2).

Dobbas brings this motion on the grounds that:

1. The proposed FACC comports with Federal Rule of Civil Procedure 13(g) in that Collins & Aikman Products LLC ("C&A Products LLC") may be added as a Cross-Defendant because it is a co-party to this action, and all of the allegations in the FACC arise from a common nucleus of operative fact and involve the same property.

2. The motion is brought in good faith based on new information recently acquired from Plaintiffs' request for leave to file its First Amended Complaint and associated filings to add C&A Products LLC as a Defendant in this action ("Plaintiffs' Motion for Leave"), and for purposes of making typographical corrections and/or to clarify Dobbas' claims and allegations against the remaining Cross-Defendants.

3. C&A Products LLC has capacity to be sued in this action and in this Court as evidenced by the Delaware Court of Chancery's order appointing a receiver for the company (see Docket No. 73).

4. There is no evidence of undue delay because the Court granted Plaintiffs' Motion for Leave on December 10, 2014.

5. The motion complies with the Court's December 31, 2014, deadline to move to amend the pleadings.

6. There is no evidence of bad faith or dilatory motive in bringing this motion.

7. None of the parties to this action will be prejudiced if the Court grants this motion.

8. The FACC will serve the interests of justice and will promote judicial economy by allowing related claims to be resolved in one action.

9. The motion is not futile because Dobbas is entitled to assert its claims against C&A Products LLC for purposes of establishing its liability to secure potentially applicable insurance proceeds.

This motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the supporting Declaration of Jennifer Hartman King, the pleadings and other documents on file in this case, and any other matter that may be presented to the Court during the hearing on this motion.

Dated: December 31, 2014　　　　　　　　　　Respectfully submitted,

KING WILLIAMS & GLEASON LLP

By:　*/s/ Jennifer Hartman King*
　　　Jennifer Hartman King
　　　Nicole R. Gleason
　　　Louinda v. Lacey

Attorneys for Defendant JIM DOBBAS, INC.