IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT, CROSS-COMPLAINANT, AND CROSS-DEFENDANT JIM DOBBAS, INC.'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED CROSS-CLAIM**<br><br>**[FRCP Rules 15(a)(2)]**<br><br>Date: **February 9, 2015**<br>Time: **2:00 p.m.**<br>Place: Courtroom 5, 14th Floor<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA 95814<br><br>Action filed: March 3, 2014 |

00015570.1                                        -1-

[PROPOSED] ORDER GRANTING JIM DOBBAS, INC.'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED CROSS-CLAIM
2:14-cv-00595-WBS-EFB

1  Jim Dobbas, Inc.'s Motion for Leave to File its First Amended Cross-Claim ("FACC")
2  came on regularly for hearing before the Honorable William B. Shubb on February 9, 2015, at
3  2:00 p.m. in Courtroom 5 of the above-entitled Court.
4  After full consideration of the parties submissions, arguments by counsel, and review of
5  the record, the Court finds that the requirements for amending the pleadings under Federal Rule
6  of Civil Procedure 15(a)(2) has been met.
7  IT IS THEREFORE ORDERED that Dobbas' Motion for Leave to File its FACC be, and
8  hereby is, GRANTED.
9  **IT IS SO ORDERED.**

12  Dated: _____    _____
13  HON. WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE