1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  THOMAS G. HELLER (Counsel for service)
   State Bar No. 162561
4  DENNIS L. BECK, JR., State Bar No. 179492
   Deputy Attorneys General
5    300 South Spring Street, Suite 1702
     Los Angeles, CA 90013
6    Telephone: (213) 897-2628
     Fax: (213) 897-2802
7    E-mail: Thomas.Heller@doj.ca.gov
   *Attorneys for Plaintiffs California*
8  *Department of Toxic Substances Control and Toxic*
   *Substances Control Account*

9

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12                          SACRAMENTO DIVISION

13

| | |
|---|---|
| 14 | |
| 15 **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,** | 2:14-cv-00595-WBS-EFB |
| 16 | **STIPULATED REQUEST OF PLAINTIFFS AND DEFENDANT WEST COAST WOOD PRESERVING, LLC TO CONTINUE HEARING ON WEST COAST WOOD PRESERVING, LLC'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER** |
| 17 Plaintiffs, | |
| 18 v. | |
| 19 **JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,** | Current Motion Hearing Date: January 26, 2015 |
| 20 | |
| 21 | Proposed Continued Motion Hearing Date: February 9, 2015 |
| 22 | |
| 23 | Action Filed: March 3, 2014 |
| 24 Defendants. | |
| 25 **AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | |
| 26 | |

27

28

1

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account, and Defendant West Coast Wood Preserving, LLC request, and IT IS HEREBY STIPULATED, by and among all parties who have appeared in the above-entitled action:

1. That the January 26, 2015 hearing currently scheduled for West Coast Wood Preserving, LLC's Motion for Summary Judgment (Docket No. 79) be continued to February 9, 2015, at 2:00 p.m. in Courtroom 5.

2. That, based on the new hearing date described in Paragraph 1, all opposition papers to the motion be filed and served (via CM/ECF or mail) by January 23, 2015.

3. That, based on the new hearing date described in Paragraph 1, any reply papers be filed and served (via CM/ECF or mail) by January 30, 2015.

**SO STIPULATED.**

| | |
|---|---|
| Dated:  December 30, 2014 | Respectfully submitted,<br>KAMALA D. HARRIS<br>Attorney General of California<br>SARAH E. MORRISON<br>Supervising Deputy Attorney General<br><br>*/s/ Thomas G. Heller*<br><br>THOMAS G. HELLER<br>DENNIS L. BECK, JR.<br>Deputy Attorneys General<br>*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account* |
| Dated:  December 30, 2014 | Respectfully submitted,<br><br>PERKINS COIE, LLP<br><br>*/s/ Lester O. Brown (as authorized on 12/30/14)*<br><br>LESTER O. BROWN<br>*Attorneys for Defendant West Coast Wood Preserving, LLC* |

| | | |
|---|---|---|
| 1 | Dated:  December 30, 2014 | Respectfully submitted, |
| 2 | | KING WILLIAMS & GLEASON, LLP |
| 3 | | |
| 4 | | */s Jennifer Hartman King (as authorized on 12/30/14)* |
| 5 | | JENNIFER HARTMAN KING<br>*Attorneys for Defendant Jim Dobbas, Inc.* |
| 6 | Dated:  December 30, 2014 | Respectfully submitted, |
| 7 | | |
| 8 | | */s/ David van Over (as authorized on 12/30/14)* |
| 9 | | DAVID VAN OVER<br>*Defendant in pro per* |

**IT IS SO ORDERED.**

Dated:  December 31, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE