UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WEST COAST WOOD PRESERVING, LLC'S MOTION FOR LEAVE TO FILE CROSSCLAIM AGAINST COLLINS & AIKMAN PRODUCTS, LLC**<br><br>**[Filed concurrently with Motion for Leave to File Crossclaim and Declaration of Lester O. Brown]**<br><br>Judge:         William B. Shubb<br>Trial Date:    January 4, 2017<br>Action Filed:  March 3, 2014<br>Hearing Date:  February 9, 2015<br>Time:          2:00 p.m. |
| WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Crossclaimant,<br><br>v.<br><br>COLLINS & AIKMAN PRODUCTS, LLC, a dissolved Delaware limited liability company,<br>Cross-Defendant. | |
| AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS. | |

38020-0017/LEGAL124665567.1

[PROPOSED ORDER] MOTION FOR LEAVE TO FILE CROSS-CLAIM
2:14-cv-00595-WBS-EFB

1  West Coast Wood Preserving, LLC's Motion for Leave to File its Crossclaim against Collins & Aikman Products LLC came on regularly for hearing before the Honorable William B. Shubb on February 9, 2015, at 2:00 p.m. in Courtroom 5 of the above-entitled Court.

After full consideration of the parties' submissions, arguments by counsel, and review of the record, and good cause having been shown,

IT IS THEREFORE ORDERED that West Coast Wood Preserving, LLC's Motion for Leave to File its Crossclaim is GRANTED.

**IT IS SO ORDERED.**

DATED: _____

HON. WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DATED: January 5, 2015   **PERKINS COIE LLP**

By: /s/Lester O. Brown
   Lester O. Brown

Attorneys for Defendant
West Coast Wood Preserving, LLC