
**FILED** JAN 05 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

December 24, 2014

Thomas G. Heller
Department of Justice
300 South Spring Street,
Suite 1702,
Los Angeles, CA 90013

Re: California Department of Toxic Substances, Pltf./Petiitoner vs. Jim Dobbas, Inc., etc., et al. including Continental Rail, Inc., Dfts./Respondents

Case No. 214CV00595WBSEFB

Dear Mr. Heller:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Continental Raii, Inc.

Continental Rail, Inc. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we have not done so.

Very truly yours,


The Corporation Trust Company

Log# 526300718

Sent By Regular Mail

cc: Eastern District of California-Sacramento Division
   U S District Court,
   Sacramento Division, CA 95814
**(Returned To)**

Thomas G. Heller
Department of Justice
300 South Spring Street,
Suite 1702,
Los Angeles, CA 90013


Wolters Kluwer