1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   SARAH E. MORRISON, State Bar No. 143459
    Supervising Deputy Attorney General
3   THOMAS G. HELLER (Counsel for service)
    State Bar No. 162561
4   DENNIS L. BECK, JR., State Bar No. 179492
    Deputy Attorneys General
5    300 South Spring Street, Suite 1702
     Los Angeles, CA 90013
6    Telephone:  (213) 897-2628
     Fax:  (213) 897-2802
7    E-mail:  Thomas.Heller@doj.ca.gov
    *Attorneys for Plaintiffs California*
8   *Department of Toxic Substances Control and Toxic*
    *Substances Control Account*
9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12                    SACRAMENTO DIVISION

13

14

15  **CALIFORNIA DEPARTMENT OF TOXIC**      2:14-cv-00595-WBS-EFB
    **SUBSTANCES CONTROL and the TOXIC**
    **SUBSTANCES CONTROL ACCOUNT,**
16                                          **PROOF OF SERVICE OF SUMMONS,**
                                            **FIRST AMENDED COMPLAINT, AND**
                                Plaintiffs, **RELATED DOCUMENTS ON**
17                                          **DEFENDANT COLLINS & AIKMAN**
                                            **PRODUCTS, LLC**
18          v.
                                            Trial:  January 4, 2017
19  **JIM DOBBAS, INC., a California**       Action Filed: March 3, 2014
    **corporation; CONTINENTAL RAIL, INC.,**
    **a Delaware corporation; DAVID VAN**
20  **OVER, individually; PACIFIC WOOD**
    **PRESERVING, a dissolved California**
21  **corporation; WEST COAST WOOD**
    **PRESERVING, LLC., a Nevada limited**
22  **liability company; and COLLINS &**
    **AIKMAN PRODUCTS, LLC, a Delaware**
23  **limited liability company,**

24                              Defendants.

25
    **AND RELATED COUNTERCLAIMS AND**
26  **CROSS-CLAIMS**

27

28
                                  1
    PROOF OF SERVICE OF SUMMONS, FIRST AMENDED COMPLAINT, AND RELATED DOCUMENTS ON
              DEF. COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:14-CV-00595-WBS-EFB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Collins & Aikman Products, LLC

was received by me on *(date)*          12/16/2014          .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*          Brian M. Rostocki, Esq., Partner/Counsel          , who is

designated by law to accept service of process on behalf of *(name of organization)*          Collins & Aikman Products,

LLC at 1201 Market Street, Suite 1500, Wilmington,          on *(date)*          12/18/2014          ; or

```
                    Delaware 19801 at 10:25 a.m.  (EST)
```
☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date:     12/23/2014          _____
                                                                 *Server's signature*


                                    KEVIN S. DUNN, Not a Registered California Process Server
                                    _____
                                                          *Printed name and title*

                                                    Ace Attorney Service, Inc.
                                    2500 Delaware Avenue, Wilmington, Delaware 19806-1220
                                        Telephone #: (800) 952-2288 / Fax #: (302) 239-0928
                                    _____
                                                          *Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: 1) FIRST AMENDED COMPLAINT; 2)
ORDER RE: STATUS (PRETRIAL SCHEDULING) CONFERENCE; 3) NOTICE OF AVAILABILITY OF A
MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; 4) NOTICE OF
AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; 5) STATUS (PRETRIAL SCHEDULING) ORDER; 6) ORDER
7) LETTER ADDRESSED TO BRIAN M. ROSTOCKI dated December 16, 2014


CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES, etc. v. JIM DOBBAS, INC., etc.; et al.                    #1169067KS