KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-2628
 Fax: (213) 897-2802
 E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**CERTIFICATE OF SERVICE**<br><br>Trial: January 4, 2017<br>Action Filed: March 3, 2014 |

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.
V. JIM DOBBAS, INC., et al.

No.:   2:14-cv-00595-WBS-EFB

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On December 17, 2014, I served the attached **FIRST AMENDED COMPLAINT FOR RECOVERY OF RESPONSE COSTS; DECLARATORY RELIEF; INJUNCTIVE RELIEF; TREBLE DAMAGES; AND CIVIL PENALTIES** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

**Pacific Wood Preserving**
c/o Joan Jackson
3312 Canoe Place
Davis, CA 95616

**Continental Rail, Inc.**
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 17, 2014, at Los Angeles, California.

Carol Chow
Declarant

Signature

LA2012602448
51661971.doc

## DECLARATION OF SERVICE BY CERTIFIED MAIL

Case Name:   CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al. v. JIM DOBBAS, INC., et al.

No.:   2:14-cv-00595-WBS-EFB

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On December 17, 2014, I served the attached **FIRST AMENDED COMPLAINT FOR RECOVERY OF RESPONSE COSTS; DECLARATORY RELIEF; INJUNCTIVE RELIEF; TREBLE DAMAGES; AND CIVIL PENALTIES** by placing a true copy thereof enclosed in a sealed envelope as certified mail and return receipt requested, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

Gary L. Kerley
President
Continental Rail, Inc.
3218 Nacogdoches Rd. #8
San Antonio, TX 78217

Gary L. Kerley
President
Continental Rail, Inc.
11 Thornhurst, Unit H
San Antonio, TX 78218-6033

I declare under penalty of perjury under the law of the State of California the foregoing is true and correct and that this declaration was executed on December 17, 2014, at Los Angeles, California.

Carol Chow
Declarant

_____
Signature

LA2012602448
51661946.doc

**2. Article Number**

7160 3901 9845 5607 4160

**3. Service Type** CERTIFIED MAIL
**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes
**1. Article Addressed to:**

Gary L. Kerley
President
Continental Rail, Inc.
3218 Nacogdoches Rd. #8
San Antonio, TX  78217

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): R HOFFER
B. Date of Delivery: 12/22
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No

LA2012602448
Thomas G. Heller

PS Form 3811, January 2005    Domestic Return Receipt

---

**2. Article Number**

7160 3901 9845 5607 4153

**3. Service Type** CERTIFIED MAIL
**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes
**1. Article Addressed to:**

Gary L. Kerley
President
Continental Rail, Inc.
11 Thornhurst, Unit H
San Antonio, TX  78218-6033

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly):
B. Date of Delivery:
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No

[Postmark: DEC 22 2014, 78218-USPS, SERNA STATION]

LA2012602448
Thomas G. Heller

PS Form 3811, January 2005    Domestic Return Receipt