DAVID VAN OVER
216 F STREET, #108
DAVIS, CA 95616
Email: david.vanover@gmail.com
Telephone:     (775) 830-3888

IN PRO PER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBS, INC., a California corporation; CONTINANTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PERSERVING, LLC, a Nevada limited liability company,<br><br>Defendants. | CIV. NO. 2:14-595 WBS EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT, CROSS-COMPLAINANT, AND CROSS-DEFENDANT VAN OVER'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED CROSSCLAIM**<br><br>**[FRCP Rules 15(a)(2)]**<br><br>**Date: February 9, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 14th Floor<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA 95814**<br><br>**Action filed: March 3, 2014** |

---

1

[PROPOSED] ORDER GRANTING VAN OVER MOTION FOR LEAVE TO FILE ITS FIRST AMENDED CROSS-CLAIM
CIV. NO. 2:14-595 WBS EFB

1   Van Over's Motion for Leave to File its First Amended Cross-Claim ("FACC")
2  came on regularly for hearing before the Honorable William B. Shubb on February 9, 2015, at
3  2:00 p.m. in Courtroom 5 of the above-entitled Court.
4   After full consideration of the parties submissions, arguments by counsel, and review of
5  the record, the Court finds that the requirements for amending the pleadings under Federal Rule
6  of Civil Procedure 15(a)(2) has been met.
7   IT IS THEREFORE ORDERED that Dobbas' Motion for Leave to File its FACC be, and
8  hereby is, GRANTED.
9   **IT IS SO ORDERED.**

13  Dated: _____, 2014     BY:

14                              _____
15                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE