DAVID VAN OVER
216 F STREET, #108
DAVIS, CA 95616
Email: david.vanover@gmail.com
Telephone:     (775) 830-3888

IN PRO PER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBS, INC., a California corporation; CONTINANTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PERSERVING, LLC, a Nevada limited liability company,<br><br>Defendants. | CIV. NO. 2:14-595 WBS EFB<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT, CROSS-COMPLAINANT, AND CROSS-DEFENDANT VAN OVER FOR LEAVE TO FILE ITS FIRST AMENDED CROSS-CLAIM**<br><br>**Date: February 9, 2015**<br>**Time: 2:00 p.m.**<br>**Place: Courtroom 5, 14th Floor**<br>**Robert T. Matsui United States Courthouse**<br>**501 I Street**<br>**Sacramento, CA 95814**<br><br>**Action filed: March 3, 2014** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on February 9, 2015, or as soon as thereafter as counsel may be heard by the above-entitled Court, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, in Courtroom 5 of the Honorable William B. Shubb, Defendant, Cross-Complainant, and Cross-Defendant David van Over ("VAN OVER") will and does hereby move the Court for leave to file a First Amended Cross-Claim ("FACC") pursuant to this Court's order dated June 2, 2014, and Federal Rule of Civil Procedure 15(a)(2).

VAN OVER brings this motion on the grounds that:

1. The proposed FACC comports with Federal Rule of Civil Procedure 13(g) in that Collins & Aikman Products LLC ("C&A Products LLC") may be added as a CrossDefendant because it is a co-party to this action, and all of the allegations in the FACC arise from a common nucleus of operative fact and involve the same property.

2. The motion is brought in good faith based on new information recently acquired from Plaintiffs' request for leave to file its First Amended Complaint and associated filings to add C&A Products LLC as a Defendant in this action ("Plaintiffs' Motion for Leave"), and for purposes of making typographical corrections and/or to clarify VAN OVER' claims and allegations against the remaining Cross-Defendants.

3. C&A Products LLC has capacity to be sued in this action and in this Court as evidenced by the Delaware Court of Chancery's order appointing a receiver for the company (see Docket No. 73).

4. There is no evidence of undue delay because the Court granted Plaintiffs' Motion for Leave on December 10, 2014.

5. The motion complies with the Court's December 31, 2014, deadline to move to amend the pleadings.

6. There is no evidence of bad faith or dilatory motive in bringing this motion.

7. None of the parties to this action will be prejudiced if the Court grants this motion.

8. The FACC will serve the interests of justice and will promote judicial economy by allowing related claims to be resolved in one action.

9. The motion is not futile because VAN OVER is entitled to assert its claims against C&A Products LLC for purposes of establishing its liability to secure potentially applicable insurance proceeds.

This motion is based on this Notice of Motion and Motion, other documents on file in this case, and any other matter that may be presented to the Court during the hearing on this motion.

Dated: JANUARY 7, 2015                         Respectfully submitted,

DAVID VAN OVER

By: /s/ David van Over

DAVID VAN OVER