1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   SARAH E. MORRISON, State Bar No. 143459
    Supervising Deputy Attorney General
3   THOMAS G. HELLER (Counsel for service)
    State Bar No. 162561
4   DENNIS L. BECK, JR., State Bar No. 179492
    Deputy Attorneys General
5     300 South Spring Street, Suite 1702
      Los Angeles, CA 90013
6     Telephone:  (213) 897-2628
      Fax:  (213) 897-2802
7     E-mail:  Thomas.Heller@doj.ca.gov
    *Attorneys for Plaintiffs California*
8   *Department of Toxic Substances Control and Toxic*
    *Substances Control Account*
9

10                  IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                        SACRAMENTO DIVISION

13

14

15  **CALIFORNIA DEPARTMENT OF TOXIC**        2:14-cv-00595-WBS-EFB
    **SUBSTANCES CONTROL and the TOXIC**
16  **SUBSTANCES CONTROL ACCOUNT,**           **STIPULATED REQUEST OF**
                                              **PLAINTIFFS AND DEFENDANT WEST**
17                              Plaintiffs,   **COAST WOOD PRESERVING, LLC TO**
                                              **FURTHER CONTINUE HEARING ON**
18                                            **WEST COAST WOOD PRESERVING,**
                     v.                       **LLC'S MOTION FOR SUMMARY**
                                              **JUDGMENT; [PROPOSED] ORDER**
19  **JIM DOBBAS, INC., a California**
    **corporation; CONTINENTAL RAIL, INC.,**  Current Motion Hearing Date:
20  **a Delaware corporation; DAVID VAN**
    **OVER, individually; PACIFIC WOOD**      February 9, 2015
21  **PRESERVING, a dissolved California**
    **corporation; WEST COAST WOOD**          Proposed Continued Motion Hearing Date:
22  **PRESERVING, LLC., a Nevada limited**
    **liability company; and COLLINS &**      March 9, 2015
23  **AIKMAN PRODUCTS, LLC, a Delaware**
    **limited liability company,**            Action Filed: March 3, 2014
24                              Defendants.

25
    **AND RELATED COUNTERCLAIMS AND**
26  **CROSS-CLAIMS**

27

28
                                     1
    STIPULATED REQUEST TO FURTHER CONTINUE HEARING AND PROPOSED ORDER (2:14-cv-00595-
                                                                         WBS-EFB)

1    Plaintiffs California Department of Toxic Substances Control and the Toxic Substances

2  Control Account, and Defendant West Coast Wood Preserving, LLC request, and IT IS HEREBY

3  STIPULATED, by and among all parties who have appeared in the above-entitled action:

4    1. That the February 9, 2015 hearing currently scheduled for West Coast Wood Preserving,

5  LLC's Motion for Summary Judgment (Docket No. 79) be continued to March 9, 2015, at 2:00

6  p.m. in Courtroom 5.  (The Court granted one previous request to continue the hearing on the

7  motion from January 26, 2015 until February 9, 2015.)

8    2. That, based on the new hearing date described in Paragraph 1, all opposition papers to

9  the motion be filed and served (via CM/ECF or mail) by February 20, 2015.

10    3. That, based on the new hearing date described in Paragraph 1, any reply papers be filed

11  and served (via CM/ECF or mail) by February 27, 2015.

12    **SO STIPULATED.**

13

14  Dated:  January 20, 2015                Respectfully submitted,
                                            KAMALA D. HARRIS
                                            Attorney General of California
15                                          SARAH E. MORRISON
                                            Supervising Deputy Attorney General
16
                                            */s/ Thomas G. Heller*
17
                                            THOMAS G. HELLER
18                                          Deputy Attorney General
                                            *Attorneys for Plaintiffs California*
19                                          *Department of Toxic Substances Control and*
                                            *Toxic Substances Control Account*
20
    Dated:  January 20, 2015                Respectfully submitted,
21
                                            PERKINS COIE, LLP
22
                                            */s/ Lester O. Brown (as authorized on*
23                                          *1/20/15)*
24
                                            LESTER O. BROWN
25                                          *Attorneys for Defendant West Coast Wood*
                                            *Preserving, LLC*
26

27

28
                                            2

1 | Dated: January 20, 2015

Respectfully submitted,

2 | KING WILLIAMS & GLEASON, LLP

3 | */s/ Jennifer Hartman King (as authorized on 1/20/15)*

4

5 | JENNIFER HARTMAN KING
*Attorneys for Defendant Jim Dobbas, Inc.*

6 | Dated: January 20, 2015

Respectfully submitted,

7

8 | */s/ David van Over (as authorized on 1/20/15)*

9

10 | DAVID VAN OVER
*Defendant in pro per*

11

12 | **IT IS SO ORDERED.**

13 | Dated:_____

14 | _____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

STIPULATED REQUEST TO FURTHER CONTINUE HEARING AND PROPOSED ORDER (2:14-cv-00595-WBS-EFB)