KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 897-2628
 Fax: (213) 897-2802
 E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>And related counterclaims and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**PLAINTIFFS' NON-OPPOSITION TO MOTIONS OF JIM DOBBAS, INC. AND WEST COAST WOOD PRESERVING, AND CONDITIONAL NON-OPPOSITION TO MOTION OF DEFENDANT DAVID VAN OVER, FOR LEAVE TO FILE CROSS-CLAIMS AGAINST DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC**<br><br>Date: February 9, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 14th Floor<br>　　　501 I Street<br>　　　Sacramento, CA 95814<br>Trial: January 4, 2017<br><br>Action Filed: March 3, 2014 |

Pursuant to Local Rule 230(c), plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively "Plaintiffs") hereby notify the Court that they do not oppose the Motion of Defendant, Cross-Complainant, and Cross-Defendant Jim Dobbas, Inc. ("Dobbas") for Leave to File its First Amended Cross-Claim (ECF No. 87) and do not oppose defendant West Coast Wood Preserving, LLC's ("WCWP") Motion for Leave to File Crossclaim Against Collins & Aikman Products, LLC (ECF No. 90).

As to the Motion of Defendant, Cross-Complainant, and Cross-Defendant David Van Over ("Van Over") for Leave to File its First Amended Cross-Claim (ECF No. 94-1), Plaintiffs do not oppose that motion on the condition that Van Over file an Answer to Plaintiffs' First Amended Complaint ("FAC") (ECF No. 77) before the Court grants that motion. The FAC was filed on December 11, 2014, and thus Van Over's deadline to file an Answer to the FAC was January 5, 2015. Fed. R. Civ. P. 5(b)(2)(E), 6(a)(1)(C) and (d), and 15(a)(3). Dobbas filed its Answer to the FAC on December 24, 2014 (ECF No. 85) and WCWP filed its Answer to the FAC on January 5, 2015 (ECF No. 89).

Dated: January 23, 2015

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Dennis L. Beck, Jr.*

THOMAS G. HELLER
DENNIS L. BECK, JR.
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*