KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER (Counsel for service)
State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone:  (213) 897-2628
  Fax:  (213) 897-2802
  E-mail:  Thomas.Heller@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**STIPULATED REQUEST OF PLAINTIFFS AND DEFENDANT WEST COAST WOOD PRESERVING, LLC TO FURTHER CONTINUE HEARING ON WEST COAST WOOD PRESERVING, LLC'S MOTION FOR SUMMARY JUDGMENT; [~~PROPOSED~~] ORDER**<br><br>Current Motion Hearing Date:<br><br>February 9, 2015<br><br>Proposed Continued Motion Hearing Date:<br><br>March 9, 2015<br><br>Action Filed: March 3, 2014 |

1

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account, and Defendant West Coast Wood Preserving, LLC request, and IT IS HEREBY STIPULATED, by and among all parties who have appeared in the above-entitled action:

1. That the February 9, 2015 hearing currently scheduled for West Coast Wood Preserving, LLC's Motion for Summary Judgment (Docket No. 79) be continued to March 9, 2015, at 2:00 p.m. in Courtroom 5.  (The Court granted one previous request to continue the hearing on the motion from January 26, 2015 until February 9, 2015.)

2. That, based on the new hearing date described in Paragraph 1, all opposition papers to the motion be filed and served (via CM/ECF or mail) by February 20, 2015.

3. That, based on the new hearing date described in Paragraph 1, any reply papers be filed and served (via CM/ECF or mail) by February 27, 2015.

**SO STIPULATED.**

Dated:  January 20, 2015               Respectfully submitted,
                                       KAMALA D. HARRIS
                                       Attorney General of California
                                       SARAH E. MORRISON
                                       Supervising Deputy Attorney General

                                       */s/ Thomas G. Heller*

                                       THOMAS G. HELLER
                                       Deputy Attorney General
                                       *Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

Dated:  January 20, 2015               Respectfully submitted,

                                       PERKINS COIE, LLP

                                       */s/ Lester O. Brown (as authorized on 1/20/15)*

                                       LESTER O. BROWN
                                       *Attorneys for Defendant West Coast Wood Preserving, LLC*

| | | |
|---|---|---|
| 1 | Dated:  January 20, 2015 | Respectfully submitted, |
| 2 | | KING WILLIAMS & GLEASON, LLP |
| 3 | | */s/ Jennifer Hartman King (as authorized on 1/20/15)* |
| 5 | | JENNIFER HARTMAN KING<br>*Attorneys for Defendant Jim Dobbas, Inc.* |
| 6 | Dated:  January 20, 2015 | Respectfully submitted, |
| 8 | | */s/ David van Over (as authorized on 1/20/15)* |
| 10 | | DAVID VAN OVER<br>*Defendant in pro per* |

**IT IS SO ORDERED.**

Dated:  January 23, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE