JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE R. GLEASON (Bar No. 199655)
LOUINDA V. LACEY (Bar No. 275888)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:   (916) 379-7530
Facsimile:    (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
llacey@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants,<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No.:  2:14-cv-00595-WBS-EFB<br><br>**DEFENDANT JIM DOBBAS, INC.'S STATEMENT OF NON-OPPOSITION TO WEST COAST WOOD PRESERVING, LLC'S MOTION FOR LEAVE TO FILE CROSSCLAIM AGAINST COLLINS & AIKMAN PRODUCTS, LLC: DOCKET NO. 90; AND DAVID VAN OVER'S MOTION FOR LEAVE TO FILE A FIRST AMENDED CROSSCLAIM: DOCKET NO. 94-1**<br><br>Date: **February 9, 2015**<br>Time: **2:00 p.m.**<br>Place: Courtroom 5, 14th Floor<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA  95814<br><br>Trial: January 4, 2017<br>Action filed: March 3, 2014 |

00016176.1

Pursuant to Local Rule of Court 230(c), Defendant, Cross-Defendant, and Cross-Claimant Jim Dobbas, Inc. ("Dobbas") respectfully advises the Court that Dobbas does not oppose: (1) Defendant, Cross-Defendant, and Cross-Complainant West Coast Wood Preserving, LLC's Motion for Leave to File Crossclaim Against Collins & Aikman Products, LLC (Docket No. 90); and Defendant, Cross-Defendant, and Cross-Complainant David Van Over's Motion for Leave to File a First Amended Crossclaim (Docket No. 94-1).

Dated: January 26, 2015

Respectfully Submitted,

KING WILLIAMS & GLEASON LLP

By: */s/ Nicole R. Gleason*
   Jennifer Hartman King
   Nicole R. Gleason
   Louinda v. Lacey

Attorneys for Defendant JIM DOBBAS, INC.

00016176.1

1

JIM DOBBAS, INC.'S STATEMENT OF NON-OPPOSITION TO MOTIONS FOR LEAVE TO FILE CROSS-CLAIMS
(DOCKET NOS. 90, 94-1)
2:14-cv-00595-WBS-EFB