UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>              Plaintiffs,<br><br>      v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>              Defendants,<br><br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | CIV. NO. 2:14-595 WBS EFB<br><br>ORDER RE: MOTIONS FOR LEAVE TO FILE COUNTERCLAIMS |

----oo0oo----

        Before the court are three motions for leave to file

amended pleadings.  (Docket Nos. 87, 90, 94.)  All three ask for

1

leave pursuant to Federal Rules of Civil Procedure 15 to bring cross-claims against a defendant recently added to this case, Collins & Aikman Products LLC ("C&A Products").[1]  See Fed. R. Civ. P. 15(a)(2) ("[A] party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires.").

First, defendant Jim Dobbas, Inc. ("Dobbas") seeks leave to bring cross-claims against C&A Products as well as to correct typographical errors and clarify allegations against current cross-defendants.  (See Dobbas's Mem. at 3-4 (Docket No. 87-1).)  Second, defendant West Cost Wood Preserving ("WCWP") moves for leave to add cross-claims against C&A Products. (Docket No. 90.)  Third, defendant David van Over ("van Over") also moves for leave to add claims against C&A Products.  (Docket No. 94.)

Plaintiffs California Department of Toxic Substances Control ("DTSC") and the Toxic Substances Control Account ("TSCA") filed a notice of non-opposition to all three motions. (Docket No. 96.)  Dobbas also filed a statement of non-opposition to all motions.  (Docket No. 98.)

IT IS THEREFORE ORDERED that:

  (1)  Defendant Jim Dobbas, Inc.'s motion for leave to file a First Amendment Cross-Claim be, and the same hereby is, GRANTED;

---

[1]     On December 10, 2014, the court gave leave to plaintiffs to file a First Amended Complaint adding C&A Products as a defendant after plaintiffs discovered evidence of potential applicable insurance coverage.  (Docket No. 75.)

2

1      (2)   Defendant West Coast Wood Preserving's motion for leave

2            to file an amended Answer including new cross-claims be,

3            and the same hereby is, GRANTED;

4      (3)   Defendant David van Over's motion for leave to file a

5            First Amendment Cross-Claim be, and the same hereby is,

6            GRANTED.

7   Dated:   February 3, 2015

8                                   _____

                                    WILLIAM B. SHUBB
9                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28