KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
THOMAS G. HELLER, State Bar No. 162561
DENNIS L. BECK, JR., State Bar No. 162561
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 897-2628
  Fax: (213) 897-2802
  E-mail: Thomas.Heller@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD BY THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND TOXIC SUBSTANCES CONTROL ACCOUNT**<br><br>Trial: January 4, 2017<br><br>Action Filed: March 3, 2014 |
| AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | |

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account are lodging the certified Administrative Record concerning the environmental response actions at the site at issue in the above-captioned matter. Under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"), 42 U.S.C. §§ 9601 *et seq.*, the lead government agency for an environmental response action "shall establish an administrative record that contains the documents that form the basis for the selection of a response action." 40 C.F.R. § 300.800(a). The Department of Toxic Substances Control certified the Administrative Record on July 30, 2014, and copies of the Certification and Administrative Record documents were produced to the appearing defendants on July 31, 2014. The Certification is attached as Exhibit 1 to this notice, and includes a detailed index of the items in the Administrative Record.

For ease of use and storage by the Court and the parties, the Certification and Administrative Record documents are on one DVD. Plaintiffs are delivering the DVD via overnight mail to the Court on this date for lodging, in an envelope that accompanies the paper copy of this Notice. Copies of the DVD are also included with the paper copies of this Notice being served on the appearing defendants. The DVD includes indices in .htm and .pdf formats that hyperlink to the associated Administrative Record documents. The Administrative Record documents are all in .pdf format except for two documents (Bates Nos. ADMIN005935-5936), which are in .xls (Microsoft Excel) format.[1]

---

[1] Judge Shubb's standard case management procedures waive the requirement in Local Rule 138(b) of a mandatory courtesy copy of the administrative record in paper format.

Dated: February 12, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Thomas G. Heller*

THOMAS G. HELLER
DENNIS L. BECK, JR.
Deputy Attorneys General
*Attorneys for Plaintiffs*
*California Department of Toxic Substances Control and Toxic Substances Account*

LA2012602448
51679548.doc