Exhibit 1

## CERTIFICATION OF ADMINISTRATIVE RECORD

### WICKES FOREST INDUSTRIES SITE

I certify that the documents identified on this index constitute the administrative record of the State of California Department of Toxic Substances Control for the Wickes Forest Industries (former Pacific Wood Preserving) Site through the date of certification, pursuant to California Health and Safety Code section 25357.5 and 40 C.F.R. section 300.800.


Dated: 7/30/14                    By: _Peter Mac Nicholl_

                                  Peter MacNicholl, Department
                                  of Toxic Substances Control

# Wickes Forest Industries Site
## Administrative Record Index[1]

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN000001 | ADMIN000002 | 3/2/1978 | Cleanup and Abatement Order for Pacific Wood Preserving Corporation, Solano County, issued by California Regional Water Quality Control Board, Central Valley Region |
| ADMIN000003 | ADMIN000009 | 1/19/1981 | U.S. EPA General Information and U.S. EPA Hazardous Waste Permit Application for Wickes Forest Industries |
| ADMIN000010 | ADMIN000012 | 6/7/1982 | Cleanup and Abatement Order for Wickes Forest Industries, The Wickes Corporation, Elmira, Solano County, issued by California Regional Water Quality Control Board, Central Valley Region |
| ADMIN000013 | ADMIN000017 | 10/4/1982 | Cleanup and Abatement Order for Wickes Forest Industries, The Wickes Corporation, Elmira, Solano County, issued by California Regional Water Quality Control Board, Central Valley Region |
| ADMIN000018 | ADMIN000029 | 9/9/1983 | Letter from Jeannette Meier Zacker, Associate Counsel, Wickes Companies, Inc., to Karen O'Haire, Regional Water Quality Conrol Board, re Wickes Forest Industries Facility, Elmira, California, re approved remedial action proposal |
| ADMIN000030 | ADMIN000032 | 9/29/1983 | Letter from Robert I. Tuch, Associate Counsel, Wickes Companies, Inc., to Karen O'Haire, Regional Water Quality Conrol Board, re Wickes Forest Industries Facility, Elmira, California, re proposed remedial action proposal |
| ADMIN000033 | ADMIN000040 | 2/26/1984 | Settlement Agreement and Schedule of Compliance between California Department of Health Services, Central Valley Regional Water Quality Control Board, and The Wickes Corporation |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN000041 | ADMIN000041 | 3/2/1984 | Department of Health Services Press Release Number 23-84, announcing agreement has been reached at the Wickes Forest Industries plant in Elmira |
| ADMIN000042 | ADMIN000042 | 3/9/1984 | Letter from William H. Crooks, California Regional Water Quality Control Board, to Robert Tuch, Wickes Companies, Inc., re Rescission of Cleanup and Abatement Orders |
| ADMIN000043 | ADMIN000067 | 12/18/1987 | Final DHS Community Profile; Prepared by Radian Corp. for Department of Health Services, Toxic Substances Control Division |
| ADMIN000068 | ADMIN000086 | 3/9/1989 | U.S. EPA General Information Application for Wickes Companies, Inc. |
| ADMIN000087 | ADMIN000089 | 5/10/1989 | Memorandum from Toxic Substances Control Division to File re Certification of Wickes Forest Industries, Solano County |
| ADMIN000090 | ADMIN000187 | 7/11/1990 | Results of Hydrogeologic Investigations and Further Recommendations; Prepared by Levine-Fricke for Wickes Companies, Inc. |
| ADMIN000188 | ADMIN000192 | 9/24/1990 | Wickes Forest Industries Fact Sheet |
| ADMIN000193 | ADMIN000345 | 3/29/1991 | Results of Hydrogeologic Investigations and Evaluation of Remedial Action Alternatives; Prepared by Levine-Fricke for Wickes Companies, Inc. |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN000346 | ADMIN000402 | 7/31/1991 | Results of Soil Sample Analyses and Evaluation of Soil Remedial Alternatives; Prepared by Levine-Fricke for Wickes Companies, Inc. |
| ADMIN000403 | ADMIN000412 | 2/5/1992 | Enforceable Agreement between Wickes Companies, Inc. and State of California Environmental Protection Agency, Department of Toxic Substances Control |
| ADMIN000413 | ADMIN000414 | 6/19/1992 | Report of Completion of Removal Action |
| ADMIN000415 | ADMIN000420 | 12/1/1993 | Fact Sheet; Former Wickes Forest Industries also known as the Former Pacific Wood Preserving Site, Elmira, California |
| ADMIN000421 | ADMIN000439 | 1/3/1994 | Initial Study, Wickes Forest Industries, Elmira, California, Remediation of Soil Contamination |
| ADMIN000440 | ADMIN000440 | 1/3/1994 | Notice of Completion and Environmental Document Transmittal Form |
| ADMIN000441 | ADMIN000461 | 1/13/1994 | Acknowledgement from Office of Governor; Notice of Completion of Environmental Document Transmittal Form; Negative Declaration, 1-3-94; De Minimis Impact Finding, 1-3-94; Initial Study; Initial Study Special Checklist, 1-3-94 |
| ADMIN000462 | ADMIN000462 | 1/25/1994 | Record of Public Comment on the Remedial Action Plan for Wickes Forest Industries |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN000463 | ADMIN000463 | 2/2/1994 | Letter from Edwin J. Erwin, Department of Transportation, to Timothy Patenaude, Department of Toxic Substances Control, stating Caltrans has reviewed the Negative Declaration and has no comments |
| ADMIN000464 | ADMIN000464 | 2/2/1994 | Letter from Michael Chiriatti, Jr., Governor's Office of Planning and Research, to Timothy Patenaude, Department of Toxic Substances Control, stating the environmental document was submitted to selected state agencies for review; review period is closed and none of the state agencies have comments; in compliance with CEQA |
| ADMIN000465 | ADMIN000465 | 2/11/1994 | Remedial Action Plan Development and Appproval Process, Final Remedial Action Plan Approval Record |
| ADMIN000466 | ADMIN000469 | 2/11/1994 | Final RAP Checklist |
| ADMIN000470 | ADMIN000470 | 2/11/1994 | Report of Completion Annual Workplan Activities - Remedial Action Plan (RAP) |
| ADMIN000471 | ADMIN000471 | 2/11/1994 | Notice of Determination Certificate of Fee Exemption |
| ADMIN000472 | ADMIN000472 | 2/11/1994 | Notice of Determination |
| ADMIN000473 | ADMIN000475 | 2/11/1994 | NOD Filing Checklist |

| BEG ID: | END ID | Date | Document Description |
|---------|--------|------|----------------------|
| ADMIN000476 | ADMIN000476 | 2/11/1994 | Report of Completion Annual Workplan Activities - CEQA |
| ADMIN000477 | ADMIN000488 | 2/11/1994 | Letter from James L. Tjosvold, Department of Toxic Substances Control, to James M. Boggs, Wickes Companies, Inc., re Wickes Forest Industries, Elmira Site: Final Remedial Action Plan (RAP), with enclosure (Final RAP); certified mail receipt; review cover |
| ADMIN000489 | ADMIN000489 | 2/11/1994 | Negative Declaration Approval |
| ADMIN000490 | ADMIN000490 | 2/11/1994 | Report of Completion Annual Workplan Activities - CEQA |
| ADMIN000491 | ADMIN000491 | 2/11/1994 | California Environmental Quality Act Negative Declaration Approval |
| ADMIN000492 | ADMIN000492 | 2/15/1994 | Department of Toxic Substances Control Site Mitigation Sign-Off Sheet - Wickes Forest Industries Remedial Action Plan |
| ADMIN000493 | ADMIN000588 | 2/25/1994 | Remedial Action Plan, Volume I of II; Prepared by Levine-Fricke for Collins & Aikman Group, Inc. |
| ADMIN000589 | ADMIN000769 | 2/25/1994 | Remedial Action Plan, Volume II of II, Tables, Figures, and Appendices A through E; Prepared by Levine-Fricke for Collins & Aikman Group, Inc. |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN000770 | ADMIN000777 | 5/27/1994 | 1994 – Remedial Action Plan Final Design; Prepared by Levine-Fricke for Collins & Aikman Group, Inc. |
| ADMIN000778 | ADMIN000814 | 7/22/1994 | Health & Safety Plan for Implementation of the Remedial Action Plan; Prepared by Levine-Fricke for Collins and Aikman Group, Inc. |
| ADMIN000815 | ADMIN000831 | 7/22/1994 | Air Quality Monitoring Plan and Confirmation Sampling Plan for the Remedial Action Plan; Prepared by Levine-Fricke for The Collins and Aikman Group |
| ADMIN000832 | ADMIN000836 | 7/27/1994 | Letter from James Tjosveld, Department of Toxic Substances Control, to Chip Moore, Collins & Aikman Textile, re Remedial Design |
| ADMIN000837 | ADMIN000940 | 8/19/1994 | Letter from Frank Lorincz, Levine-Fricke, to James Tjosveld, Department of Toxic Substances Control, re Implementation of the Remedial Action Design; Prepared by Levine-Fricke for Collins & Aikman Products Company |
| ADMIN000941 | ADMIN001541 | 12/13/1994 | Completion Report, Former Wickes Forest Industries Site, Elmira, CA; Prepared by Levine-Fricke for Collins and Aikman Products Co. |
| ADMIN001542 | ADMIN001544 | 1/17/1995 | Letter from Fran Anderson, Department of Toxic Substances Control, to J.D. Moore, Collins & Aikman Corporation, re Remedial Action Completion Report for the Remedial Action Implementation |
| ADMIN001545 | ADMIN002189 | 10/16/1995 | Operations and Maintenance Manual for the Groundwater Extraction and Treatment System; Prepared by Levine-Fricke for Collins & Aikman Products Company |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN002190 | ADMIN002200 | 10/27/1995 | Covenant to Restrict Use of Property between Collins & Aikman Products Co. and Department of Toxic Substances Control |
| ADMIN002201 | ADMIN002203 | 1/5/1996 | Letter from Timothy Patenaude, Department of Toxic Substances Control, to James D. Moore III, Collins & Aikman Products Co., re Wickes Forest Industries, Elmira California, Solano County: Operation and Maintenance Manual |
| ADMIN002204 | ADMIN002265 | 2/26/1996 | Agreement for Operations and Maintenance of the Groundwater Extraction and Treatment System, Storm Water Control System, and the Asphalt Cap |
| ADMIN002266 | ADMIN002271 | 3/6/1996 | Remedial Action Certification Form |
| ADMIN002272 | ADMIN002273 | 3/6/1996 | Site Certification Synopsis |
| ADMIN002274 | ADMIN002274 | 3/6/1996 | Statement that documents are available for public review |
| ADMIN002275 | ADMIN002275 | 3/11/1996 | CalSites Report of Completion - Wickes Forest Industries - Certification of remedial action |
| ADMIN002276 | ADMIN002276 | 3/11/1996 | CalSites Report of Completion - Wickes Forest Industries - Order O&M |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN002277 | ADMIN002311 | 3/12/1996 | Letter from James Tjosvold, Department of Toxic Substances Control, to James Moore, Collins & Aikman Products Co. enclosing Remedial Action Certification form |
| ADMIN002312 | ADMIN002312 | 3/26/1996 | Press Release - Wickes Forest Industries of Elmira Receives Certification |
| ADMIN002313 | ADMIN002314 | 4/18/1996 | Department of Toxic Substances Control Former Wickes Forest Industries Fact Sheet April 1996 |
| ADMIN002315 | ADMIN002329 | 4/1/1997 | Access and Remediation Agreement between Collins & Aikman Products Co., Jim Dobbas, Inc., and Continental Rail Co. |
| ADMIN002330 | ADMIN002407 | 7/27/2001 | Final Five-Year Review Report; Prepared by Levine-Fricke-Recon for Collins & Aikman Products Company |
| ADMIN002408 | ADMIN002410 | 8/24/2001 | Letter from Fran Anderson, Department of Toxic Substances Control, to Greg Mackin, Collins & Aikman Products Company, re Wickes Forest Industries, Solano County, California, Five-Year Review Requirements of the Enforceable Agreement, Docket 95/96-038 |
| ADMIN002411 | ADMIN002417 | 3/18/2002 | Letter from Wendy Cohen, California Regional Water Quality Control Board, to Chip Moore, Collins & Aikman Products Company, enclosing final Monitoring and Reporting Program (MRP) No. R5-2002-0802 |
| ADMIN002418 | ADMIN002418 | 12/20/2002 | Letter from J.D. Moore III, Collins & Aikman, to Shawna Poanessa, California Department of Toxic Substances Control, re Response to Recent Letter Regarding the Pilot Scale Work Plan for In Situ Treatment of the Former Wickes Forest Industries Site, Elmira, California |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN002419 | ADMIN002502 | 2/21/2003 | Results of a Laboratory Treatability Study and Work Plan to Conduct a Pilot Scale Study for In-Situ Treatment; Prepared by Levine-Fricke for Collins & Aikman Products Company |
| ADMIN002503 | ADMIN002729 | 3/25/2004 | Results of a Laboratory Treatability Study and Work Plan to Conduct a Pilot Study for In Situ Treatment; Prepared by Levine-Fricke for Collins & Aikman Products Company |
| ADMIN002730 | ADMIN002759 | 6/4/2004 | California Regional Water Quality Control Board, Central Valley Region, Order No. R5-2004-0066, NPDES No. CA0081531, Waste Discharge Requirements |
| ADMIN002760 | ADMIN002886 | 11/1/2004 | Combined Quarterly NPDES Monitoring Report for the Third Quarter 2004 and Annual Monitoring Report for the Period from November 1, 2003, to June 30, 2004; Report of Additional Effluent and Receiving Water Sampling and Analysis for SIP Compliance; and Dioxin Sampling and Analysis Report; Prepared by Levine-Fricke for Collins & Aikman Products Company |
| ADMIN002887 | ADMIN003043 | 11/15/2004 | Annual Groundwater Monitoring Report (November 2003 through October 2004); Prepared by Levine-Fricke for Collins & Aikman Products Company |
| ADMIN003044 | ADMIN003162 | 2/1/2005 | 2004 Annual Monitoring Report for Groundwater Extraction Treatment System, including Results of Fourth Quarter 2004 Monitoring and Additional Monitoring Requirements for SIP Compliance; Prepared by Levine-Fricke for Collins & Aikman Products Company |
| ADMIN003163 | ADMIN003182 | 2/10/2005 | Letter from Wendy Cohen, California Regional Water Quality Control Board, to Chip Moore, Collins & Aikman Products Company, transmitting Adopted Waste Discharge Requirements Order No. R5-2005-0022 |
| ADMIN003183 | ADMIN003294 | 3/1/2005 | Asphalt Cap Report Condition, Maintenance, Effectiveness & Recommendations; Prepared by Levine-Fricke for Collins & Aikman Products Company |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN003295 | ADMIN003337 | 3/18/2005 | Pilot Study Work Plan to Assess the Feasibility of Discontinuing Groundwater Extraction in the Northern Portion of The Fromer Wickes Forest Industries Site; Prepared by Levine-Fricke for Collins & Aikman Products Company |
| ADMIN003338 | ADMIN003340 | 3/31/2005 | Letter from J. Scott Seyfried, Levine-Fricke, to Mary Serra, California Regional Water Quality Control Board, re Work Plan to Assess for Pentachlorophenol in Groundwater at the Former Wickes Forest Industries Facility, Elmira, California |
| ADMIN003341 | ADMIN003343 | 4/1/2005 | Letter from Fernando Amador, Department of Toxic Substances Control, to Chip Moore, Collins & Aikman Products Company, re Asphalt Cap Report |
| ADMIN003344 | ADMIN003549 | 5/1/2005 | First Quarter 2005  Monitoring Report for the Groundwater Extraction Treatment System; Prepared by Levine-Fricke for Collins & Aikman Products Company |
| ADMIN003550 | ADMIN003550 | 5/4/2005 | Letter from Mary Serra, California Regional Water Quality Control Board, to Chip Moore, Collins & Aikman Products Company, re Work Plan to Assess for Pentachlorophenol in Groundwater |
| ADMIN003551 | ADMIN003553 | 5/10/2005 | Letter from Fernando Amador, Department of Toxic Substances Control, to Chip Moore, Collins and Aikman Products Co., re Work Plan to Assess for Pentachlorophenol in Groundwater at the Former Wickes Forest Industries Site Elmira, California, approving the Work Plan |
| ADMIN003554 | ADMIN003556 | 5/10/2005 | Letter from Fernando Amador, Department of Toxic Substances Control, to Chip Moore, Collins and Aikman Products Co., re Discontinuing Groundwater Extraction in the Northern Portion of the Former Wickes Forest Industries Site, Elmira, California |
| ADMIN003557 | ADMIN003692 | 8/1/2005 | Second Quarter 2005 Operations and NPDES Monitoring Report for Groundwater Extraction Treatment System; Prepared by Levine-Fricke for Collins & Aikman Products Company |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN003693 | ADMIN003727 | 8/17/2005 | Results of Analysis for Pentachlorophenol in Groundwater; Prepared by Levine-Fricke for Collins & Aikman Products Company |
| ADMIN003728 | ADMIN003730 | 8/18/2005 | Letter from Perry Myers, Department of Toxic Substances Control, to Chip Moore, Collins and Aikman Products Co., re Project Update for the Former Wickes Forest Industries Site, Elmira, California |
| ADMIN003731 | ADMIN003733 | 8/26/2005 | Letter from J.D. Moore, Collins & Aikman, to Perry Myers, Department of Toxic Substances Control, in response to Perry Myers' letter of August 18, 2005; envelope |
| ADMIN003734 | ADMIN003734 | 11/2/2005 | Email from Perry Myers, Department of Toxic Substances Control, to Marilee Hanson, Steve Koyasako, and Fernando Amador, Department of Toxic Substances Control, re Current Status of Wickes GW Extraction System |
| ADMIN003735 | ADMIN003737 | 3/7/2006 | Letter from James L.Tjosvold, Department of Toxic Substances Control, to Chip Moore, Collins & Aikman Products Co., re Request to Resume Operation and Maintenance Activities at the Former Wickes Forest Industries Site, Elmira, California |
| ADMIN003738 | ADMIN003738 | 3/22/2006 | Letter from J. D. Moore, Collins & Aikman, to James L.Tjosvold, Department of Toxic Substances Control, re Former Wickes Forest Industries Site, Elmira, California, (in response to letter dated March 7, 2006) |
| ADMIN003739 | ADMIN003740 | 4/3/2006 | Hazard Appraisal and Recognition Plan Presite Visit Form |
| ADMIN003741 | ADMIN003742 | 5/10/2006 | Hazard Appraisal and Recognition Plan Daily Site Visit Document |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN003743 | ADMIN003746 | 9/6/2006 | Notes re 9/6/06 Meeting between Department of Toxic Substances Control and Property Owners, Wickes Forest Industries Site, Elmira, CA |
| ADMIN003747 | ADMIN003756 | 11/9/2006 | Imminent and Substantial Endangerment Determination for the Wickes Forest Industries Site |
| ADMIN003757 | ADMIN003768 | 2/8/2007 | Letter from James Tjosvold, Department of Toxic Substances Control, to David Jenkins, Kleinfelder, Inc., re Start Work Order to resume the operation of the approved remedy at the Wickes Forest Industries site |
| ADMIN003769 | ADMIN003810 | 4/10/2007 | Sampling and Analysis Plan; Prepared by Kleinfelder, Inc. for Department of Toxic Substances Control (final version of plan originally submitted 3/21/2007) |
| ADMIN003811 | ADMIN003818 | 5/4/2007 | Access Agreement between Department of Toxic Substances Control, Jim Dobbas, Inc., and Continental Rail, Inc. |
| ADMIN003819 | ADMIN004081 | 9/24/2007 | 2007 Groundwater Monitoring Report; Prepared by Kleinfelder, Inc. for Department of Toxic Substances Control |
| ADMIN004082 | ADMIN004083 | 11/29/2007 | Letter from Perry Myers, Department of Toxic Substances Control, to Don Dobbas, Jim Dobbas, Inc., and Gary Kerley, Continental Rail, Inc. re Asphalt Cap and Roof Repair Inquiry, Wickes Forest Industries Site |
| ADMIN004084 | ADMIN004086 | 12/3/2007 | Letter from Nicole Gleason, Downey Brand LLP, to Marilee Hanson, Department of Toxic Substances Control, re Former Wickes Forest Industrial Site |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN004087 | ADMIN004094 | 2/1/2008 | Letter from James Tjosvold, Department of Toxic Substances Control, to Scott Rice, URS, re Start Work Order for Remedial Investigation Work Plan and soil sampling |
| ADMIN004095 | ADMIN004538 | 2/12/2008 | 2007 Annual Groundwater Monitoring Report; Prepared by Kleinfelder, Inc. for Department of Toxic Substances Control |
| ADMIN004539 | ADMIN004539 | 2/26/2008 | Email from Perry Myers, Department of Toxic Substances Control, to Manouchehr Salehi, Kleinfelder, re restart of Groundwater Extraction Treatment System |
| ADMIN004540 | ADMIN004628 | 4/7/2008 | Remedial Investigation Work Plan, Wickes Forest Industries, Elmira, CA; Prepared by URS for Department of Toxic Substances Control |
| ADMIN004629 | ADMIN004638 | 4/29/2008 | Emergency Response Expenditure Report re removal of unknown chemicals from site |
| ADMIN004639 | ADMIN004639 | 5/1/2008 | Email from Marilee Hanson, Department of Toxic Substances Control, to Greg Broderick and Nicole Gleason, Downey Brand LLP, re removal of unknown chemicals from site |
| ADMIN004640 | ADMIN004647 | 5/8/2008 | Letter from James Tjosvold, Department of Toxic Substances Control, to Scott Rice, URS, re Start Work Order for Remedial Investigation Completion Report |
| ADMIN004648 | ADMIN004893 | 7/11/2008 | 2008 Semi-Annual Groundwater Monitoring Report; Prepared by Kleinfelder, Inc. for Department of Toxic Substances Control |

| BEG ID: | END ID | Date | Document Description |
|---------|--------|------|----------------------|
| ADMIN004894 | ADMIN004971 | 7/30/2008 | Remedial Investigation Report, Wickes Forest Industries, Elmira, CA; Prepared by URS for Department of Toxic Substances Control |
| ADMIN004972 | ADMIN004981 | 10/31/2008 | Letter from Anthony Landis, Department of Toxic Substances Control, to Scott Rice, URS, re Start Work Order for a Removal Action Workplan and other tasks |
| ADMIN004982 | ADMIN004984 | 11/4/2008 | Sampling and Analysis Plan Addendum; Prepared by URS for Department of Toxic Substances Control |
| ADMIN004985 | ADMIN005175 | 12/30/2008 | Groundwater Monitoring Report; Prepared by URS for Department of Toxic Substances Control |
| ADMIN005176 | ADMIN005245 | 2/27/2009 | Quarterly Groundwater Monitoring Report, February 2009; Prepared by URS for Department of Toxic Substances Control |
| ADMIN005246 | ADMIN005249 | 4/20/2009 | Letter from James Marshall, California Regional Water Quality Control Board, to Perry Myers, Department of Toxic Substances Control, re Notice of Public Hearing; Rescission of NPDES Permit No. CA0081531 |
| ADMIN005250 | ADMIN005342 | 4/23/2009 | Sampling and Analysis Plan; Prepared by URS for Department of Toxic Substances Control |
| ADMIN005343 | ADMIN005344 | 6/12/2009 | California Regional Water Quality Control Board, Central Valley Region, Order No. R5-2009-0064, Rescinding NPDES Permit No. CA0081531 |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN005345 | ADMIN005551 | 7/6/2009 | Semi-Annual Groundwater Monitoring Report; Prepared by URS for Department of Toxic Substances Control |
| ADMIN005552 | ADMIN005612 | 8/10/2009 | Quarterly Groundwater Monitoring Report, July 2009; Prepared by URS for Department of Toxic Substances Control |
| ADMIN005613 | ADMIN005621 | 10/30/2009 | Letter from Richard Hume, Department of Toxic Substances Control, to Scott Rice, URS Corporation, re Start Work Order for additional groundwater monitoring and reporting |
| ADMIN005622 | ADMIN005838 | 12/18/2009 | Semi-Annual Report on Groundwater; Prepared by URS for Department of Toxic Substances Control |
| ADMIN005839 | ADMIN005902 | 3/2/2010 | Quarterly Groundwater Monitoring Report, February 2010; Prepared by URS for Department of Toxic Substances Control |
| ADMIN005903 | ADMIN005929 | 4/7/2010 | E-mail from Peter MacNicholl, Department of Toxic Substances Control, to Eric Maher, Department of Toxic Substances Control, re Rarefind Report |
| ADMIN005930 | ADMIN005933 | 5/1/2010 | Fact Sheet, May 2010, Draft Final Removal Action Work Plan for Wickes Forest Industries Site |
| ADMIN005934 ADMIN005935 ADMIN005936 | ADMIN005940 | 5/3/2010 | E-mail from Radhika Majhail, Department of Toxic Substances Control, to Bill Remitz, Department of Toxic Substances Control, Rosa Boyer, Department of Toxic Substances Control, re Mailing fo Wickes Forest Industries |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN005941 | ADMIN005959 | 5/10/2010 | Letter from Charlie Ridenour, Department of Toxic Substances Control, to Don Dobbas, Jim Dobbas, Inc., re Wickes Forest Industires Site |
| ADMIN005960 | ADMIN005961 | 5/13/2010 | Notice of Public Comment Period, Final Draft Removal Action Workplan proposed for the Wickes Forest Industries Site, Public Comment Period May 13 through June 14, 2010 |
| ADMIN005962 | ADMIN005962 | 5/13/2010 | Page from Vacaville Reporter re Notice of Public Comment Period |
| ADMIN005963 | ADMIN005963 | 6/9/2010 | Northern California Public Participation Web Posting Request |
| ADMIN005964 | ADMIN006196 | 6/14/2010 | Semi-Annual Groundwater Monitoring Report; Prepared by URS for Department of Toxic Substances Control |
| ADMIN006197 | ADMIN006197 | 6/21/2010 | E-mail from Radhika Majhail, Department of Toxic Substances Control, to Peter MacNicholl, Department of Toxic Substances Control, cc Angela Blanchette, Re: Wickes Forest Industries - Fact Sheet |
| ADMIN006198 | ADMIN006201 | 6/24/2010 | California Environmental Quality Act Notice of Exemption |
| ADMIN006202 | ADMIN006424 | 6/30/2010 | Removal Action Work Plan. Wickes Forest Industries Site, Elmira, CA, Final June 2010; Prepared by URS for Department of Toxic Substances Control |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN006425 | ADMIN006428 | 7/1/2010 | California Environmental Quality Act Notice of Exemption |
| ADMIN006429 | ADMIN006429 | 7/7/2010 | Final Removal Action Work Plan Approval Record Sign-Off Sheet |
| ADMIN006430 | ADMIN006508 | 8/27/2010 | Quarterly Groundwater Monitoring Report, July 2010; Prepared by URS for Department of Toxic Substances Control |
| ADMIN006509 | ADMIN006510 | 9/9/2010 | Email from Cheryl Reed, Department of Health Care Services, to Peter MacNicholl, Department of Toxic Substances Control, re Wickes Forest Industries clean up and contamination in Elmira, CA |
| ADMIN006511 | ADMIN006511 | 9/14/2010 | Email from Cheryl Reed, Department of Health Care Services to Peter MacNicholl, Department of Toxic Substances Control, re receipt of voicemail |
| ADMIN006512 | ADMIN006516 | 11/22/2010 | Lien on property owned by Jim Dobbas, Inc. |
| ADMIN006517 | ADMIN006767 | 12/3/2010 | Semi-Annual Groundwater Monitoring Report; Prepared by URS for Department of Toxic Substances Control |
| ADMIN006768 | ADMIN006768 | 2/14/2011 | Letter from David van Over to Department of Toxic Substances Control re Notification of Purchase of the former Wickes Forest Industries Site |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN006769 | ADMIN006823 | 3/8/2011 | Quarterly Groundwater Monitoring Report, February 2011; Prepared by URS for Department of Toxic Substances Control |
| ADMIN006824 | ADMIN006824 | 3/14/2011 | Sign Off Sheet, Final Imminent or Substantial Endangerment Order and Remedial Action Order |
| ADMIN006825 | ADMIN006845 | 3/16/2011 | Imminent or Substantial Endangerment Determination Order and Remedial Action Order by Department of Toxic Substances Control against David VanOver, Jim Dobbas, Inc. and Continental Rail, Inc. |
| ADMIN006846 | ADMIN006855 | 3/17/2011 | Letter from Richard Hume, Department of Toxic Substances Control, to Alan Gibbs, Arcadis U.S., Inc., re Start Work Order to plan and prepare a removal action |
| ADMIN006856 | ADMIN006878 | 3/22/2011 | Letter from Nicole Gleason, Downey Brand LLP, to Marilee Hanson, Department of Toxic Substances Control, re Objection to Imminent or Substantial Endangerment Determination Order and Remedial Action Order for Property Known as the Wickes Forest Industrial Site |
| ADMIN006879 | ADMIN006881 | 3/24/2011 | Letter from Rosendo Gonzalez, Gonzalez & Associates, to Charles Ridenour, Department of Toxic Substances Control, re Continental Rail, Inc. |
| ADMIN006882 | ADMIN006883 | 3/29/2011 | Email from David van Over to Marilee Hanson, Department of Toxic Substances Control, re Notice of Intent to Comply |
| ADMIN006884 | ADMIN006887 | 4/22/2011 | Letter from Charles Ridenour, Department of Toxic Substances Control, to David VanOver, Jim Dobbas, Inc., and Continental Rail, Inc. re Notice of Proposed Determination of Noncompliance for Imminent or Substantial Endangerment Determination Order and Remedial Action Order for Wickes Fores Industries (WFI) Site |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN006888 | ADMIN006896 | 5/13/2011 | Letter from Richard Hume, Department of Toxic Substances Control, to Scott Rice, URS Corporation, re Start Work Order for additional groundwater monitoring |
| ADMIN006897 | ADMIN007104 | 5/16/2011 | Removal Action Implementation Plan; Prepared by Arcadis for Department of Toxic Substances Control |
| ADMIN007105 | ADMIN007108 | 5/25/2011 | Right to Enter Agreement between Department of Toxic Substances Control and David VanOver |
| ADMIN007109 | ADMIN007111 | 6/2/2011 | Letter from Charles Ridenour, Department of Toxic Substances Control, to David VanOver, Jim Dobbas, Inc., and Continental Rail, Inc., re Notice of Final Determination of Noncompliance for Imminent or Substantial Endangerment Determination Order and Remedial Action for Wickes Forest Industries (WFI) Site |
| ADMIN007112 | ADMIN007113 | 6/7/2011 | Letter from Rosendo Gonzalez of Gonzalez & Associates to Charles Ridenour of Department of Toxic Substances Control re Continental Rail, Inc. |
| ADMIN007114 | ADMIN007185 | 6/9/2011 | Semi-Annual Groundwater Monitoring Report; Prepared by URS for Department of Toxic Substances Control |
| ADMIN007186 | ADMIN007196 | 6/21/2011 | Letter from Richard Hume, Department of Toxic Substances Control, to Alan Gibbs, Arcadis U.S., Inc., re Start Work Order for preparation for a removal action |
| ADMIN007197 | ADMIN007209 | 8/29/2011 | Letter from Richard Hume, Department of Toxic Substances Control, to Jenifer Beatty, Arcadis U.S., Inc., re Start Work Order for preparation for a removal action |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN007210 | ADMIN007210 | 9/1/2011 | DIG-iT Notice AC51123 |
| ADMIN007211 | ADMIN007212 | 9/8/2011 | Email from Lance McMahan, California Environmental Protection Agency, Department of Toxic Substances Control to Casey Staples, Irish Construction, re Project 6109 A Street, Elmira, CA |
| ADMIN007213 | ADMIN007213 | 9/8/2011 | E-mail from Peter MacNicholl, Department of Toxic Substances Control, to Valerie Mitchell, Department of Toxic Substances Control, re Wickes Forest Industries - Draft Building Survey Report |
| ADMIN007214 | ADMIN007378 | 9/14/2011 | Building Materials Survey Report; Prepared by Arcadis for Department of Toxic Substances Control |
| ADMIN007379 | ADMIN007586 | 9/29/2011 | Revised Removal Action Implementation Plan; Prepared by Arcadis for Department of Toxic Substances Control |
| ADMIN007587 | ADMIN007603 | 10/6/2011 | Letter from Richard Hume, Department of Toxic Substances Control, to Jenifer Beatty, Arcadis U.S., Inc. re Start Work Order to implement and complete a removal action |
| ADMIN007604 | ADMIN007607 | 11/7/2011 | Work Order Approval Form and Letter from Richard Hume, Department of Toxic Substances Control, to Jenifer Beatty, Arcadis U.S., Inc. re Work Order Amendment |
| ADMIN007608 | ADMIN007608 | 11/10/2011 | Letter from Peter MacNicholl, Department of Toxic Substances Control, to Nicholas Burton, Solano County Resource Management, requesting an extension to the permit to complete the work at the Wickes Forest Industries Site, Elmira, California |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN007609 | ADMIN007614 | 12/29/2011 | Email from Tim Patenaude, Department of Toxic Substances Control, to Sue Upton, re Wickes Forest Industries Site in Elmira, CA |
| ADMIN007615 | ADMIN007617 | 1/9/2012 | Facsimile from Sue Upton to Tim Patenaude, Department of Toxic Substances Control, re Wickes Forest Industries, Elmira, CA |
| ADMIN007618 | ADMIN007619 | 1/18/2012 | Letter from Peter MacNicholl, Department Toxic Substances Control, to Sue Upton, re Response to Resident Concerns with Fieldwork Conducted at the Wickes Forest Industries Site, Elmira, California |
| ADMIN007620 | ADMIN007833 | 1/31/2012 | Semi-Annual Groundwater Monitoring Report; Prepared by URS for Department of Toxic Substances Control |
| ADMIN007834 | ADMIN007834 | 2/24/2012 | Email from Peter MacNicholl, Department of Toxic Substances Control, to Sue Upton, re Wickes Forest Industries - Tenant Response |
| ADMIN007835 | ADMIN007844 | 3/13/2012 | Work Plan for Groundwater Well Replacement and Destruction for Wickes Forest Industries site prepared by URS for Department of Toxic Substances Control |
| ADMIN007845 | ADMIN009285 | 4/24/2012 | Removal Action Completion Report; Prepared by Arcadis for Department of Toxic Substances Control |
| ADMIN009286 | ADMIN009302 | 4/25/2012 | Groundwater Monitoring Well Installation Report letter prepared by URS for Department of Toxic Substances Control; envelope |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN009303 | ADMIN009377 | 5/7/2012 | Quarterly Groundwater Monitoring Report, April 2012 Event; Prepared by URS for Department of Toxic Substances Control |
| ADMIN009378 | ADMIN009379 | 6/14/2012 | Email from Peter MacNicholl, Department of Toxic Substances Control, to Edward Nakamura, re Elmira Site |
| ADMIN009380 | ADMIN009494 | 7/19/2012 | Semi-Annual Groundwater Monitoring Report; Prepared by URS for Department of Toxic Substances Control |
| ADMIN009495 | ADMIN009508 | 9/10/2012 | Letter from Charlie Ridenour, Department of Toxic Substances Control, to Scott Rice, URS Corp., re Start Work Order for additional groundwater monitoring |
| ADMIN009509 | ADMIN009581 | 9/20/2012 | Quarterly Groundwater Monitoring Report, August 2012 event; Prepared by URS for Department of Toxic Substances Control |
| ADMIN009582 | ADMIN009770 | 1/14/2013 | Semi-Annual Groundwater Monitoring Report; Prepared by URS for Department of Toxic Substances Control |
| ADMIN009771 | ADMIN009957 | 4/12/2013 | Semi-Annual Groundwater Monitoring Report; Prepared by URS for Department of Toxic Substances Control |
| ADMIN009958 | ADMIN009966 | 8/5/2013 | Letter from Scott Lookingbill, URS, to Chris Parent, Department of Toxic Substances Control, re Work Plan Groundwater Monitoring Well Destruction |

| BEG ID: | END ID | Date | Document Description |
|---|---|---|---|
| ADMIN009967 | ADMIN009974 | 9/6/2013 | Letter from Scott Lookingbill, URS, to Chris Parent, Department of Toxic Substances Control, re Well Destruction Report |
| ADMIN009975 | ADMIN010188 | 10/3/2013 | Semi-Annual Groundwater Monitoring Report; Prepared by URS for Department of Toxic Substances Control |
| ADMIN010189 | ADMIN010192 | 1/8/2014 | Letter from Marilee Hanson, Department of Toxic Substances Control, to David van Over, re Wickes Forest Industries Site, Site Inspection and Violations |
| ADMIN010193 | ADMIN010244 | 1/21/2014 | Letter from Scott Lookingbill, URS, to Deena Stanley, Department of Toxic Substances Control, re Quarterly Groundwater Monitoring Report, December 2013 Event |
| ADMIN010245 | ADMIN010263 | 2/19/2014 | Letter from Charlie Ridenour, Department of Toxic Substances Control, to Scott Rice, URS Corp., re Start Work Order for additional groundwater monitoring and reporting |
| ADMIN010264 | ADMIN010523 | 5/16/2014 | Semi-Annual Groundwater Monitoring Report, Prepared by URS for Department of Toxic Substances Control |
| ADMIN010524 | ADMIN010528 | 7/23/2014 | Envirostor Activities Index for Wickes Forest Industries site |

[1]Documents listed as bibliographic sources in documents included in the administrative record may not be listed separately in the index. Non-site specific guidance documents listed in bibliographies that are not present in the administrative record are available upon request.