## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name:   **California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.**

No.:   **2:14-cv-00595-WBS-EFB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is: 300 South Spring Street, Suite 1702, Los Angeles, CA  90013.

On February 12, 2015, I served the attached **NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD BY THE CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND TOXIC SUBSTANCES CONTROL ACCOUNT** by placing a true copy thereof enclosed in a sealed envelope with **FEDEX**, addressed as follows:

**Lester O. Brown**
**Perkins Coie, LLP**
**1888 Century Park East, Suite 1700**
**Los Angeles, CA 90067-1721**
*Attorneys for defendant West Coast Wood*
*Preserving, LLC*

**Jennifer Hartman King**
**King Williams & Gleason LLP**
**520 Capitol Mall, Suite 750**
**Sacramento, CA 95814**
*Attorneys for defendant Jim Dobbas, Inc.*

**David van Over**
**216 F Street #108**
**Davis, CA 95616-451**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 12, 2015, at Los Angeles, California.

|                          |                          |
|--------------------------|--------------------------|
| Carol Chow               |                          |
| Declarant                | Signature                |

LA2012602448.
51683397.doc