KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
LAURA J. ZUCKERMAN, State Bar No. 161896
THOMAS G. HELLER, State Bar No. 162561
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone: (510) 622-2174
 Fax: (510) 622-2270
 E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants..<br><br>**AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | Case No. 2:14-cv-00595-WBS-EFB<br><br>**PLAINTIFFS' NOTICE OF ASSOCIATION OF COUNSEL**<br><br>**[L.R. 83-182(i)]**<br><br>Judge:        Hon. William B. Shubb<br>Trial Date:   January 4, 2017<br>Action Filed: March 3, 2014 |

1  **TO:   CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE**, pursuant to L.R. 83-182(i), that Laura J. Zuckerman of the

3  California Department of Justice, Office of the Attorney General, hereby associates in as counsel

4  with Thomas G. Heller, also of the California Department of Justice, Office of the Attorney

5  General, on behalf of Plaintiffs in the above-captioned action.  All pleadings and other papers

6  served on Plaintiffs should also be directed to the attention of Laura J. Zuckerman at this address:

> LAURA J. ZUCKERMAN, SBN 161896
> Deputy Attorney General
> California Department of Justice
> Office of the Attorney General
> 1515 Clay Street, 20th Floor
> Oakland, CA 94612
> Telephone:  (510) 622-2174
> Fax:  (510) 622-2270
> E-mail:  Laura.Zuckerman@doj.ca.gov

I hereby consent to the above association of counsel.

Dated:  February 13, 2015

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Laura J. Zuckerman*

LAURA J. ZUCKERMAN
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

I hereby consent to the above association of counsel.

Dated:  February 13, 2015

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Thomas G. Heller*
(as authorized on February 13, 2015)

THOMAS G. HELLER
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

1