


Deadline Report

| | |
|---|---|
| **Case:** | Porters v. NLE (Shasta) |
| **Trigger Event:** | Date of trial. (01/05/16 8:45 AM) |

| Date/Time | Description | Authority |
|---|---|---|
| 01/05/16 8:45 AM | Date of trial. | Set by Court |
| 12/07/15 | If expert trial witness information exchanged 50 days before trial, last court day to submit supplemental expert witness lists. | CCP 2034.280(a) |
| 12/31/15 | If judge, other than one assigned to the case for all purposes, was known at least 10 days before trial, last court day to make CCP 170.6 motion challenging the judge. | CCP 170.6(a)(2) |
| 11/30/15 | If no pretrial conference held, last court day for court to order bifurcation of issues under CCP 598. | CCP 598; Local Rule 5.17(A) |
| 10/27/15 | Important: The deadline to demand the exchange of expert witness information is 70 days before trial or 10 days after the initial trial setting, whichever is closer to trial.  The deadline created on this date for the exchange is based only on the trial date.  To determine if this is the correct date, you should also schedule the date of the initial trial setting (the date on which the court set the date for trial). | CCP 2034.220 |
| 12/23/15 | Last court day before trial for either party to serve (by fax/overnight delivery/electronic means) an offer to compromise. *** Consent required for service by fax/electronic means. | CCP 998(b), 1013(c-g); CRC 2.251(h)(2) |
| 12/24/15 | Last court day before trial for either party to serve (by hand) an offer to compromise. | CCP 998(b) |
| 12/21/15 | Last court day before trial for either party to serve (by mail within CA) an offer to compromise. | CCP 998(b), 1013(a) |
| 12/28/15 | Last court day before trial for hearing motions relating to expert witness discovery issues (10 days before the date initially set for trial).  ***Important: If trial date is changed, discovery motion cutoff date does not necessarily change. | CCP 2024.030, 2016.060; Local Rule 5.17(A) |
| 12/21/15 | Last court day before trial for hearing on motions concerning non-expert discovery issues (15 days before the date initially set for trial).  ***Important: If trial date is continued or changed, discovery motion cutoff date does not necessarily change. | CCP 2024.020(a), 2016.060; Local Rule 5.17(A) |
| 11/30/15 | Last court day before trial for hearing on motions for summary judgment/adjudication. | CCP 437c(a), (f); Local Rule 5.17(A) |
| 12/21/15 | Last court day before trial to complete discovery proceedings on expert witnesses (15 days before the date initially set for trial).  ***Important: If trial date is changed, discovery cutoff date does not necessarily change. | CCP 2024.030, 2034.260, 2016.060 |
| 12/07/15 | Last court day before trial to complete non-expert discovery proceedings (30 days before date initially set for trial, unless discovery has already closed).  ***Important: If trial date is continued or changed, the discovery cutoff date does not necessarily change. | CCP 2024.020(a), 2016.060 |
| 12/03/15 | Last court day before trial to file and serve (by hand) motions regarding discovery of expert witnesses. | CCP 1005(b) |
| 11/03/15 | Last court day before trial to file and serve (by hand) notice of motion for bifurcation pursuant to CCP 598. ***Note: This assumes that the motion will be heard and ruled upon on the last day permitted under CCP 598 (30 days prior to trial).  ***Also note: Only applies to cases where no pretrial conference held. | CCP 1005(b), 598 |
| 11/23/15 | Last court day before trial to serve (by electronic means) any motions concerning non-expert discovery.  ***Note: CCP 1005 does not address service by electronic means.  This deadline includes a 2 court day extension for service by electronic means pursuant to CCP 1010.6.  ***Also note: Service by electronic means permitted only by agreement. | CCP 1005(b), 12c, 1010.6(a)(4); CRC 2.251(h)(2) |

| Date/Time | Description | Authority |
|---|---|---|
| 12/01/15 | Last court day before trial to serve (by electronic means) motions regarding discovery of expert witnesses.  ***Note: CCP 1005 does not address service by electronic means.  This deadline includes a 2 court day extension for service by electronic means pursuant to CCP 1010.6.  ***Also note: Service by electronic means permitted only by agreement. | CCP 1005(b), 12c, 1010.6(a)(4); CRC 2.251(h)(2) |
| 10/30/15 | Last court day before trial to serve (by electronic means) notice of motion for bifurcation pursuant to CCP 598. ***Note: This assumes that the motion will be heard and ruled upon on the last day permitted under CCP 598 (30 days prior to trial).  ***Also note: Only applies to cases where no pretrial conference held.  ***Also note: CCP 1005 does not address service by electronic means.  This deadline includes a 2 court day extension for service by electronic means pursuant to CCP 1010.6.  ***Also note: Service by electronic means permitted only by agreement. | CCP 1005(b), 598, 1010.6(a)(4); CRC 2.251(h)(2) |
| 11/23/15 | Last court day before trial to serve (by fax/overnight delivery) any motions concerning non-expert discovery. ***Service by fax permitted only by written agreement. | CCP 1005(b), 1013(e), 12c |
| 12/01/15 | Last court day before trial to serve (by fax/overnight delivery) motions regarding discovery of expert witnesses. ***Service by fax permitted only by written agreement. | CCP 1005(b), 1013(e), 12c |
| 10/30/15 | Last court day before trial to serve (by fax/overnight delivery) notice of motion for bifurcation pursuant to CCP 598. ***Service by fax permitted only by written agreement.  Only applies to cases where no pretrial conference held.  This assumes that the motion will be heard and ruled upon on the last day permitted under CCP 598 (30 days prior to trial). | CCP 1005(b), 598, 1013(e), 12c |
| 09/14/15 | Last court day before trial to serve (by fax/overnight delivery/electronic means) notice of motion for summary judgment/adjudication and supporting papers. ***Consent required for service by fax/electronic means. | CCP 437c(a), (f), 12c; CRC 2.251(h)(2) |
| 11/25/15 | Last court day before trial to serve (by hand) and file any motions concerning non-expert discovery. | CCP 1005(b) |
| 09/16/15 | Last court day before trial to serve (by hand) and file notice of motion for summary judgment/adjudication and supporting papers.  ***Note: CCP 437c(a) does not set a deadline to file the motion.  The filing deadline may be set by CCP 1005(b).  However, filing the motion at a later date may not ensure the court secures the hearing date. | CCP 437c(a)(f) |
| 11/20/15 | Last court day before trial to serve (by mail within CA) any motions concerning non-expert discovery. | CCP 1005(b), 12c |
| 11/25/15 | Last court day before trial to serve (by mail within CA) motions regarding discovery of expert witnesses. | CCP 1005(b), 12c |
| 10/29/15 | Last court day before trial to serve (by mail within CA) notice of motion for bifurcation pursuant to CCP 598.  This assumes that the motion will be heard and ruled upon on the last day permitted under CCP 598 (30 days prior to trial).  Only applies to cases where no pretrial conference held. | CCP 1005(b), 598, 12c |
| 09/11/15 | Last court day before trial to serve (by mail within CA) notice of motion for summary judgment/adjudication and supporting papers. | CCP 437c(a)(f) |
| 01/04/16 | Last court day for consumer who is party to action and whose personal records are sought, or for employee whose employment records are sought, to bring motion to quash or modify subpoena that requires production on first day of trial. | CCP 1985.3(g), 1985.6(f)(1) |
| 12/31/15 | Last court day for consumer who is party to action and whose personal records are sought, or for employee whose employment records are sought, to give notice to witness and deposition officer of motion to quash or modify subpoena that requires production on first day of trial. | CCP 1985.3(g), 1985.6(f)(1) |
| 01/04/16 | Last court day for nonparty consumer whose personal records are sought by subpoena, or any nonparty employee whose employment records are sought by subpoena, to serve on subpoenaing party, witness and deposition officer a written objection to subpoena that requires production on first day of trial. | CCP 1985.3(g), 1985.6(f)(2) |
| 12/04/15 | Last court day motion for judgment on the pleadings may be made if no pretrial conference order has been entered (31 days before the date initially set for trial).  ***Important: If trial date is changed, the deadline to make a motion for judgment on the pleadings does not necessarily change. | CCP 438(e) |

| Date/Time | Description | Authority |
|---|---|---|
| 11/17/15 | Last court day prior to discovery cutoff to issue deposition subpoena for the production of business records.  ***Note: The date of production shall be no earlier than 20 days after issuance, or 15 days after the service of the subpoena, whichever date is later. | CCP 2020.410(c) |
| 11/17/15 | Last court day prior to discovery cutoff to issue deposition subpoena to produce personal records of a consumer or employment records of an employee. | CCP 2025.270(c) |
| 11/17/15 | Last court day prior to discovery cutoff to issue subpoena duces tecum for production of personal or employment records.  ***Note: Subpoena must be served in time to allow witness reasonable time to locate and produce records. | CCP 1985.3(d), 1985.6(d), 2020.410(c) |
| 11/03/15 | Last court day prior to discovery cutoff to serve (by fax/overnight delivery/electronic means) demand for physical examination. | CCP 2032.220(d); 1013(c-g); CRC 2.25(h)(2) |
| 11/03/15 | Last court day prior to discovery cutoff to serve (by fax/overnight delivery/electronic means) interrogatories and requests for admission. *** Consent required for service by fax/electronic means. | CCP 2030.260(a),2033.250(a),1013(c-g); CRC 2.251(h)(2) |
| 11/23/15 | Last court day prior to discovery cutoff to serve (by fax/overnight delivery/electronic means) notices of depositions. *** Consent required for service by fax/electronic means. | CCP 2025.270(a), (c), 1013(c-g); CRC 2.251(h)(2) |
| 11/12/15 | Last court day prior to discovery cutoff to serve (by fax/overnight delivery/electronic means) on consumer or employee whose records are sought copy of subpoena for production of personal or employment records, any supporting affidavit, notice to consumer/employee and proof of service.  ***Note: Subpoena must be served at least 5 days prior to service on custodian of records. *** Consent required for service by fax/electronic means. | CCP1985.3(b)(3),1985.6(b)(3),1013(c-g); CRC2.251(h)(2) |
| 11/03/15 | Last court day prior to discovery cutoff to serve (by fax/overnight delivery/electronic means) requests/demands for production, inspection, copying, testing or sampling of documents, things, property and electronically stored information. *** Consent required for service by fax/electronic means. | CCP 2031.260(a), 1013(c-g); CRC 2.251(h)(2) |
| 11/06/15 | Last court day prior to discovery cutoff to serve (by hand) demand for physical examination. | CCP 2032.220(d) |
| 11/06/15 | Last court day prior to discovery cutoff to serve (by hand) interrogatories and requests for admission. | CCP 2030.260(a), 2033.250(a) |
| 11/25/15 | Last court day prior to discovery cutoff to serve (by hand) notices of depositions. | CCP 2025.270(a), (c) |
| 11/13/15 | Last court day prior to discovery cutoff to serve (by hand) on consumer or employee whose records are sought copy of subpoena for production of personal or employment records, any supporting affidavit, notice to consumer/employee and proof of service.  ***Note: Subpoena must be served at least 5 days prior to service on custodian of records. | CCP 1985.3(b)(3), 1985.6(b)(3) |
| 11/06/15 | Last court day prior to discovery cutoff to serve (by hand) requests/demands for production, inspection, copying, testing or sampling of documents, things, property and electronically stored information. | CCP 2031.260(a) |
| 11/02/15 | Last court day prior to discovery cutoff to serve (by mail within CA) demand for physical examination. | CCP 2032.220(d); 1013(a) |
| 11/02/15 | Last court day prior to discovery cutoff to serve (by mail within CA) interrogatories and requests for admission. | CCP 2030.260(a), 2033.250(a), 1013(a) |
| 11/20/15 | Last court day prior to discovery cutoff to serve (by mail within CA) notices of depositions. | CCP 2025.270(a), (c), 1013(a) |
| 11/10/15 | Last court day prior to discovery cutoff to serve (by mail within CA) on consumer or employee whose records are sought copy of subpoena for production of personal or employment records, any supporting affidavit, notice to consumer/employee and proof of service.  ***Note: Subpoena must be served at least 5 days prior to service on custodian of records. | CCP 1985.3(b)(3), 1985.6(b)(3), 1013(a) |

| Date/Time | Description | Authority |
|---|---|---|
| 11/02/15 | Last court day prior to discovery cutoff to serve (by mail within CA) requests/demands for production, inspection, copying, testing or sampling of documents, things, property and electronically stored information. | CCP 2031.260(a), 1013(a) |
| 11/20/15 | Last court day prior to discovery cutoff to serve deposition subpoena that commands only the production of business records for copying.  ***Note: Date of production shall be no earlier than 20 days after issuance, or 15 days after service of the deposition subpoena, whichever date is later. | CCP 2020.410(c) |
| 11/20/15 | Last court day prior to discovery cutoff to serve on custodian of records subpoena for production of personal or employment records of a consumer/employee. | CCP 1985.3(d), 1985.6(d), 2020.410(c) |
| 12/01/15 | Last court day prior to expert discovery cutoff to issue deposition subpoena for the production of business records.  ***Note: The date of production shall be no earlier than 20 days after issuance, or 15 days after the service of the subpoena, whichever date is later. | CCP 2020.410(c) |
| 12/01/15 | Last court day prior to expert discovery cutoff to issue deposition subpoena to produce personal records of a consumer or employment records of an employee. | CCP 2025.270(c) |
| 12/01/15 | Last court day prior to expert discovery cutoff to issue subpoena duces tecum for production of personal or employment records.  ***Note: Subpoena must be served in time to allow witness reasonable time to locate and produce records. | CCP 1985.3(d), 1985.6(d), 2020.410(c) |
| 12/07/15 | Last court day prior to expert discovery cutoff to serve (by fax/overnight delivery/electronic means) notices of depositions of expert witnesses. *** Consent required for service by fax/electronic means. | CCP 2025.270(a), 1013(c-g); CRC 2.251(h)(2) |
| 11/24/15 | Last court day prior to expert discovery cutoff to serve (by fax/overnight delivery/electronic means) on consumer or employee whose records are sought copy of subpoena for production of personal or employment records, any supporting affidavit, notice to consumer/employee and proof of service.  ***Note: Subpoena must be served at least 5 days prior to service on custodian of records. *** Consent required for service by fax/electronic means. | CCP1985.3(b)(3),1985.6(b)(3),1013(c-g); CRC2.251(h)(2) |
| 12/11/15 | Last court day prior to expert discovery cutoff to serve (by hand) notices of depositions of expert witnesses. | CCP 2025.270(a) |
| 11/25/15 | Last court day prior to expert discovery cutoff to serve (by hand) on consumer or employee whose records are sought copy of subpoena for production of personal or employment records, any supporting affidavit, notice to consumer/employee and proof of service. ***Note: Subpoena must be served at least 5 days prior to service on custodian of records. | CCP 1985.3(b)(3), 1985.6(b)(3) |
| 12/04/15 | Last court day prior to expert discovery cutoff to serve (by mail within CA) notices of depositions of expert witnesses. | CCP 2025.270(a), 1013(a) |
| 11/24/15 | Last court day prior to expert discovery cutoff to serve (by mail within CA) on consumer or employee whose records are sought copy of subpoena for production of personal or employment records, any supporting affidavit, notice to consumer/employee and proof of service.  ***Note: Subpoena must be served at least 5 days prior to service on custodian of records. | CCP 1985.3(b)(3), 1985.6(b)(3), 1013(a) |
| 12/04/15 | Last court day prior to expert discovery cutoff to serve deposition subpoena that commands only the production of business records for copying.  ***Note: Date of production shall be no earlier than 20 days after issuance, or 15 days after service of the deposition subpoena, whichever date is later. | CCP 2020.410(c) |
| 12/04/15 | Last court day prior to expert discovery cutoff to serve on custodian of records subpoena for production of personal or employment records of a consumer/employee. | CCP 1985.3(d), 1985.6(d), 2020.410(c) |
| 01/04/16 | Last court day to accept offer to compromise or offer deemed withdrawn (or 30 days after the offer is made, whichever occurs first). | CCP 998(b)(2) |
| 12/21/15 | Last court day to deliver report of physical or mental examination (or 30 days after service of demand for the report, whichever is earlier). | CCP 2032.610(b), 2016.060 |

| Date/Time | Description | Authority |
|---|---|---|
| 10/27/15 | Last court day to demand the exchange of expert witness information (later of 70 days before initial trial date or 10 days after initial trial date has been set).  ***Important: If trial date is changed, the deadline to demand the exchange of expert witness information does not necessarily change. | CCP 2034.220, 2016.060 |
| 12/16/15 | Last court day to issue subpoena duces tecum for personal or employment records to be produced on first day of trial.  ***Note: Subpoena must be served in time to allow witness reasonable time to locate and produce records. | CCP 1985.3(d), 1985.6(d), 2020.410(c) |
| 12/23/15 | Last court day to serve (by fax/overnight delivery/electronic means) notice upon the attorney for a party requesting the party to appear as a witness on first day of trial. *** Consent required for service by fax/electronic means. | CCP 1987(b), 1013(c-g); CRC 2.251(h)(2) |
| 12/14/15 | Last court day to serve (by fax/overnight delivery/electronic means) notice upon the attorney for a party requesting the party to appear as a witness with books, documents, electronically stored information or other things on first day of trial. *** Consent required for service by fax/electronic means. | CCP 1987(c), 1013(c-g); CRC 2.251(h)(2) |
| 12/14/15 | Last court day to serve (by fax/overnight delivery/electronic means) on consumer or employee whose records are sought copy of subpoena for production of personal or employment records to be produced on first day of trial, together with any supporting affidavit, notice to consumer/employee and proof of service.  ***Note: Subpoena must be served at least 5 days prior to service on custodian of records.  *** Consent required for service by fax/electronic means. | CCP1985.3(b)(3),1985.6(b)(3),1013(c-g); CRC2.251(h)(2) |
| 12/24/15 | Last court day to serve (by hand) notice upon the attorney for a party requesting the party to appear as a witness on first day of trial. | CCP 1987(b) |
| 12/16/15 | Last court day to serve (by hand) notice upon the attorney for a party requesting the party to appear as a witness with books, documents, electronically stored information or other things on first day of trial. | CCP 1987(c) |
| 12/16/15 | Last court day to serve (by hand) on consumer or employee whose records are sought copy of subpoena for production of personal or employment records to be produced on first day of trial, together with any supporting affidavit, notice to consumer/employee and proof of service.  ***Note: Subpoena must be served at least 5 days prior to service on custodian of records. | CCP 1985.3(b)(3), 1985.6(b)(3) |
| 12/21/15 | Last court day to serve (by mail within CA) notice of trial.  ***Note: Notice will only be necessary if clerk fails to serve notice of trial and party wishes to assure adverse party is deemed to have had notice. | CCP 594 |
| 12/21/15 | Last court day to serve (by mail within CA) notice upon the attorney for a party requesting the party to appear as a witness on first day of trial. | CCP 1987(b), 1013(a) |
| 12/11/15 | Last court day to serve (by mail within CA) notice upon the attorney for a party requesting the party to appear as a witness with books, documents, electronically stored information or other things on first day of trial. | CCP 1987(c), 1013(a) |
| 12/11/15 | Last court day to serve (by mail within CA) on consumer or employee whose records are sought copy of subpoena for production of personal or employment records to be produced on first day of trial, together with any supporting affidavit, notice to consumer/employee and proof of service.  ***Note: Subpoena must be served at least 5 days prior to service on custodian of records. | CCP 1985.3(b)(3), 1985.6(b)(3), 1013(a) |
| 12/21/15 | Last court day to serve on custodian of records subpoena for production of personal or employment records of a consumer/employee to be produced on first day of trial. | CCP 1985.3(d), 1985.6(d), 2020.410(c) |
| 12/11/15 | Re action where initial case management conference occurred before 6/28/12 and initial complaint was filed before 7/1/11: Last court day to pay jury fee (25 days before date initially set for trial).  *** Failure to do so will result in waiver of right to jury trial.  *** Important: If trial date is changed, the deadline to pay jury fee does not necessarily change. | CCP 631(c)(3), (f)(5) |
| 12/11/15 | Re action where party requesting a jury has not appeared before the initial case management conference or first appeared more than 365 days after initial complaint filed: Last court day to pay jury fee (25 days before date initially set for trial).  *** Failure to do so will result in waiver of right to jury trial.  ***Important: If trial date is changed, the deadline to pay jury fee does not necessarily change. | CCP 631(c)(4), (f)(5) |

| Date/Time | Description | Authority |
|---|---|---|
| 10/20/15 | Re case where no pretrial conference held: Today is 26 court days before the last day any motion to bifurcate under CCP 598 may be granted.  Any motion to bifurcate must be filed and served within the next 10 court days if the hearing is to be set prior to or on the last day the court can order bifurcation. | CCP 598, 1005(b) |
| 12/04/15 | Re creditor's suit: Last court day for judgment debtor to file and serve (by hand) on judgment creditor application on noticed motion for claim of exemption of property or debt in possession of third party from enforcement of money judgment. | CCP 708.260(a) |
| 12/01/15 | Re creditor's suit: Last court day for judgment debtor to serve (by mail within CA) on judgment creditor application on noticed motion for claim of exemption of property or debt in possession of third party from enforcement of money judgment. | CCP 708.260(a), 684.120(b) |
| 01/04/16 | Reminder re jury trial: Before first witness sworn, counsel to deliver to judge and opposing counsel all proposed jury instructions re the law as disclosed by the pleadings. | CCP 607a |
| 01/04/16 | Reminder re jury trial: Party desiring special findings by a jury must present to judge in writing the issues or questions of fact on which the findings are requested in proper form for submission to the jury, and serve copies on all other parties before argument. | CRC 3.1580 |
| 01/07/16 | Reminder: At time presentation of evidence closes or within 5 days after electronic recording of deposition or other prior testimony is presented or offered into evidence, whichever is later, party presenting or offering the recording must file and serve copy of transcript cover and copy of transcript pages where testimony appears.  See CRC 2.1040(a)(3) for exception. | CRC 2.1040(a)(2) |
| 11/10/15 | Reminder: Check with court to determine availability of motion dates prior to motion cutoff as court may not be available on motion hearing cutoff date. | CCP 2024.020(a) |
| 08/27/15 | Reminder: Check with court to determine availability of motion dates prior to summary judgment/adjudication motion cutoff as court may not be available on summary judgment/adjudication motion hearing cutoff date. | CCP 437c |
| 12/21/15 | Reminder: If demand for report of physical or mental examination made, report must be delivered either 30 days after service of the demand or by today, if earlier. | CCP 2032.610(b), 2016.060 |
| 11/20/15 | Reminder: Motion to augment expert witness list or amend expert witness declaration must be made sufficiently in advance of the discovery cutoff to permit deposition of any expert to which the motion relates to be taken before discovery cutoff. | CCP 2034.610(b) |
| 12/22/15 | Reminder: Party who intends to offer audiotaped or videotaped recording of deposition into evidence at trial must notify court and all parties in writing of that intent and of parts to be offered within sufficient time for objections to be made and ruled on by judge and for any editing of the tape. | CCP 2025.340(m) |
| 12/31/15 | Reminder: Prior to production of personal or employment records, subpoenaing party to either serve upon witness proof of service or furnish witness with written authorization signed by consumer/employee or attorney. | CCP 1985.3(c), 1985.6(c) |
| 12/28/15 | Reminder: Request for accommodation of person with disability must be made no fewer than 5 court days before the requested implementation date. | CRC 1.100(c)(3) |
| 10/02/15 | Reminder: Today is 65 days before the discovery cutoff deadline (30 days before trial).  Serving discovery on party within CA after today may not allow sufficient time to bring a motion to compel prior to the deadline for hearing discovery motions (15 days prior to trial). | CCP 2024.020(a) |
| 11/16/15 | Today is 50 days before the initial trial date (or later, if 50th day is non-court day).  Date specified in demand for exchange of expert trial witness information shall be 50 days before initial trial date (today) or 20 days after service of the demand, if later.  ***Important: If trial date is continued or changed, the date to be specified in the demand does not necessarily change. | CCP 2034.230(b), 2016.060 |