Page 007

Exhibit 1

February 28, 1974

MEMORANDUM

TO:      Albert T. Vervais, R.S., Director of Environmental Health

FROM:    Ronald F. Scheufler, R.S., Senior Health Inspector

SUBJECT: Chemical Spillage into S.I.D. Canal from Pacific Wood
         Preserving Corporation, Elmira


This office received a phone call on or about 4:30 P.M., Tuesday, February 19, 1974, from Maurice Garza, Weed Control Superintendent for Solano Irrigation District regarding a yellow chemical flowing into the S.I.D. Sawtelle Canal at the corner of Lewis and Hawkins Roads, located about 1 mile N.E. of Elmira. The reason for concern was that this S.I.D. canal empties into Alamo Creek which eventually discharges into Cache Slough, the main water source for the City of Vallejo. Any chemical polluting the tributaries flowing into Cache Slough could possibly pollute the City of Vallejo's water supply.

At 9:00 A.M., Wednesday, February 20, 1974, I met with Maurice Garza and together we inspected the S.I.D. Sawtelle Canal. The drainage ditch along Lewis Road was discharging a yellowish water into the Sawtelle Canal. We continued along the drainage ditch on Lewis Road to the intersection of Lewis and Holdener Roads. The yellow color became more intense. Continuing westward along Holdener Road toward Elmira the yellow chemical had precipitated out and had adhered to the sides and bottom of the drainage ditch. The drainage ditch along Holdener Road intersects "A" Street in Elmira and again the yellow substance was evident along "A" Street. In front of the Pacific Wood Preserving Corporation on "A" Street in Elmira, we located the source. The chemicals (Sodium Dichromate and Copper Sulfate) used in the wood preserving process had somehow been discharged into the drainage ditch along "A" Street. Seasonal rains had washed away a considerable amount of the chemicals from the premises but the yellow color due to the Sodium Dichromate was still visible.

We met with Edwin Johnson, president of the Pacific Wood Preserving Corporation, requesting an explanation for the discharge into the drainage ditch. According to Mr. Johnson, the night crew, while filling one of the chemical storage tanks, had a mishap and 50-100 gallons of wood preserving solution spilled onto the ground. In an effort to remove and dilute the chemical, the night crew hosed the premises with water discharging the chemical into the drainage ditch along "A" Street. The amount of water used in the hosing operation and the rainfall which followed, allowed the chemicals to flow into the S.I.D. canal.

Mr. Johnson was well aware of the toxicity ($LD_{50}$) of the chemicals and consequences thereof, and assured this Department and S.I.D. that if this incident should ever re-occur, the chemicals would be contained on the premises. Also, in the future, all filling of storage tanks would be conducted during daylight hours to minimize future accidents.

DTSC, et al. v. Jim Dobbas, Inc., et al.
Page 008
DTSC008169

Page 2

In the event a similar accident should occur, this Department and S.I.D. were to be notified immediately so emergency procedures could be placed into operation to confine the chemicals on the premises.

cc: Bob Witt
    Calif. Regional Water Quality Control Bd.
    Maurice Garza