Exhibit 2

MEMORANDUM

TO: Files
FROM: Richard Rose
SUBJECT: Pacific Wood Preserving Corp., Elmira, Solano County

On 28 February 1978 Mr. John Antonovich, P.O. Box 4, Elmira (707-448-8237) contacted this office to report a spill of chemicals from the subject facility located at Holdener Road and "A" Street in Elmira.

Mr. Antonovich stated that sometime in the evening or early morning hours of 26-27 February 1978 a spill of wood preserving chemicals occurred. He stated that the roadside ditch on the north side of "A" Street was filled with a green-blue liquid on 27 February 1978. Mr. Antonovich used to work at the plant and stated that copper sulfate and arsenic acid were used to treat wood. The chemical he observed in the ditch appeared to be copper sulfate. He stated that there had been attempts by the company to flush the liquid from in front of the plant and wash it east along the north side of Holdener Road. Franks Septic Tank Pumpers had been used to remove the liquid from the ditch. Mr. Antonovich stated that when the preservative was being pumped back into the holding tanks it could overflow unless it was closely watched. He believed that an overflow had occurred on the night in question. He stated that the road side ditch in front of Pacific Wood eventually drained into Ulatis Creek and then to Cache Slough.

At approximately 1840 hours I met Mr. Antonovich and Warden Lewis Pengilly (DFG) in Elmira. Warden Pengilly and I walked the road side ditch along Holdener Road and observed bluish deposits in the bottom for the entire length that we walked (approximately $\frac{1}{4}$ mile). Standing water was evident in the ditch along Holdener Road. I obtained a sample approximately 500' east of "A" Street on the north side of Holdener Road, placed it on ice, and delivered it to the DWR lab at 0730 hours 3/1/78. Small dikes had been built in the ditch in what appeared to be an attempt to pond the water to aid in pumping. We noted one wet area along the road where pumping had apparently taken place. We further noted that the ditch was wet no further than the Pacific Wood Plant. It was apparent that the liquid originated there. The blue deposits appeared to be copper sulfate as reported. The sample had a noticably greenish tint.

Warden Pengilly and I examined the plant from the roadway and noted two sets of two large green storage tank. No berms or other containment works were in evidence. The more easterly set did appear to have a recently laid foundation. A wet area around the more westerly set was observed.

My investigation indicated that Pacific Wood Preserving Corp. violated Section 13350 of the California Water Code and that an unlicensed hauler had been used to transport liquid waste. Further investigation is required and a Clean-Up and Abatement Order should be considered to remove the remaining liquied and contaminated soil.

*Richard P. Rose*
Richard P. Rose, Staff Engr.

3/1/78 RPR:rr