Exhibit 3

STAFF REPORT

## PACIFIC WOOD PRESERVING CORPORATION
### ELMIRA, SOLANO COUNTY

a. **Consideration of Referral to Appropriate Authorities for Discharge of Waste Without a Permit**

Pacific Wood Preserving Corporation (PWP) is in the town of Elmira, four miles east of the City of Vacaville in Solano County. Lumber is treated in a vacuum-pressure tank which impregnates forest products with 50% solution of chromated copper arsenate. This solution is 47.5% chromic acid $(CrO_3)$, 18.5% cupric oxide $(CuO)$, and 34% arsenic pentoxide $(As_2O5)$. The treated wood is placed on concrete slabs to drip dry. Drippings flow back to a collection sump for reuse in the process.

On 19 February 1974, Solano Irrigation District (SID) phoned in a complaint to staff regarding a yellow chemical flowing into the SID Sawtelle Canal at the corner of Lewis and Hawkins Roads, about one mile northeast of Elmira. Subsequent inspection by local health department and the Board's staff determined the source to be the PWP Corp. Some 50-100 gallons of concentrated wood-preserving chemical spilled while company personnel were filling a chemical storage tank. In an effort to remove and dilute the chemical, the night crew hosed the premises with water, resulting in discharge of the chemical into the drainage ditch along "A" Street. The water used in the hosing operation and later rainfall conveyed the chemicals to the SID canal one mile away.

The company president, Mr. Edwin Johnson, was well aware of the toxicity of the chemicals because a warning notice is supplied by the manufacturer of the chemicals. Mr. Johnson assured the Regional Board, local health, and SID that if this incident should ever recur, the chemicals would be contained on the premises.

PWP was asked to notify the Regional Board and the local health department immediately if future spills occurred so emergency procedures could be placed into operation to confine the chemicals on the premises.

On 27 February 1978, a resident of Elmira complained that a spill of wood preserving chemical had covered the roadside ditch on the north side of "A" Street with a bright yellow chemical. Investigations showed that the chemical spill had emanated from PWP. Chemicals had precipitated out in the "A" Street ditch directly in front of the plant, and in the Holdener Road ditch as far as Lewis Road, approximately one-half mile. Sample results are attached as Table 1. These roadside ditches are tributary to Ulatis Creek which empties into Cache Slough about 500 feet upstream of Vallejo's domestic water intake structure.

Mr. Jim Murphy, plant production manager, described the cause of the discharge as due to heavy rain and insufficient drying pad area. He explained the drying pad area was being expanded to hold more lumber, but in the meantime, wet treated lumber was placed in a nearby graveled yard to drip dry. The drippings of the wet lumber were washed into a low area during the next rainstorm and ponded. When enough contaminated liquid accumulated, the pond discharged to a nearby storm drain. Further

STAFF REPORT
PACIFIC WOOD PRESERVING CORPORATION

-2-

contamination occurs from dry lumber stockpiled as close as 10 feet to drainage ditches. Rain drains over this lumber and washes residues into the ditches. All stormwater in the yard is discharged to the roadside ditches.

On 2 March 1978, a Clean-Up and Abatement Order was issued to PWP requiring: (1) clean-up forthwith of contaminated water and soil in the drainage ditches along the north side of Holdener Road as far east as Lewis Road, and disposal of such waste in an approved Class I site, (2) develop and implement methods to adequately contain all contaminated storm water, and (3) comply with the following time schedule for construction to implement containment methods:

| Task | Task Completion | Report Due |
|------|-----------------|------------|
| Drainage Ditch Cleanup | 9 Mar 1978 | 17 Mar 1978 |
| Engineering Report | | 17 Mar 1978 |
| Complete Construction and Full Compliance | 1 Jun 1978 | 15 Jun 1978 |

A followup inspection on 5 April 1978, found all contaminated soils removed from the drainage ditches and taken to a Class I site. On 2 June 1978, reinspection of the plant showed the additional required work had not been accomplished. Company officials stated it would be done later that summer once the backlog of lumber on site was sent out.

On 28 November 1978, after observing minor spills on site, evidence of discharge to the "A" Street drinage ditch was photographed. A sample of ponded storm-water on site was collected. Results are listed in Table 2. Staff discussed these potential problems with Mr. Murphy. He was advised staff had documented the discharge from this site and that he should pay closer attention to spillage within their operation.

On 22 January 1978) staff investigated a complaint that chemicals were again dis- 1979 charging from the PWP site and found the yellow precipitant along the "A" Street and Holdener Road ditches. Sample results are shown in Table 3. Investigation of the site found the following deficiencies: (1) the concrete drying bed was empty and not being used, (2) chemical wastes that would normally drip into this pad and drain back to the collection sump were allowed to drip in the graveled stockyards, exposed to rain, (3) drippings, along with rainwater, had formed small ponds throughout the site, (4) grading had not been done to contain contaminated storm water in violation of the Clean-Up and Abatement Order, (5) a large pond, containing an estimated 1500 gallons, had collected in back of the plant along the railroad tracks and could potentially discharge to drainage ditches during a rainstorm. This was the same pond that had developed last winter, and (6) evidence was found that the company had pumped waste to the north side of the railroad tracks where it could also reach surface water courses.

Mr. Murphy was again contacted to determine the causes for the spill into the street ditches and for not using the lumber drying area. He stated that on 31 December 1978, a water pipe broke, filling the collection sump and flushing the pad area. Flow occurred for an unknown number of hours while no one was at the plant through a water valve which had been left open. This excessive amount of water had to be disposed of prior to operations so it was pumped to the low spot of the plant. Following start-up, lumber was treated and placed directly out in the graveled yard. Rain, coursing over treated lumber, was flowing into the roadside ditches. Staff instructed Mr. Murphy to cease this practice to prevent further contamination.

On 30 January 1979, staff returned to the site and found the large pond area had been pumped to the collection sump. The lumber drying pad was still not in use and wet treated lumber was still being placed in the gravel yard. Mr. Murphy was on vacation, so Mr. Frank Bonifacio, wood treatment supervisor, was contacted. Again, staff explained the dangers of placing wet lumber in the gravel yard and requested the company only use the concrete drying area. It was raining that day and staff observed drippings from the wet lumber being washed into the drainage ditch along Holdener Road.

On 1 February 1979, staff returned to observe the effect the storm had had on the drainage ways. Mr. Bonifacio was contacted. Wet treated lumber was still being stockpiled in the graveled yards. The pond area, which had been pumped dry, was again beginning to collect stormwaters. Percolation rate of the soil in this area is generally in the order of 40 to 60 minutes per inch. Groundwater is found two to three feet below surface in the winter and eight feet in the summer.

The discharge of these chemicals into drainage water courses may have several environmental impacts. (1) the flow of these ditches empty into Ulatis and Alamo Creeks, which are tributary to Cache Slough. Ulatis Creek empties into Cache Slough about 500 feet upstream of the Vallejo's domestic water intake structure. Therefore, concentrations of copper, arsenic, and chromates may be getting into Vallejo's water supply, although highly diluted. (2) All of Elmira's water comes from groundwater, on individual wells. The ponding of these chemicals may enter this groundwater. (3) Residents live as near as across the street and an elementary school is located on Holdener Road both of which have access to water flowing within these ditches. Neighborhoods pets and small animals also have access to this water. The ease of access presents a serious public hazard. Well water analysis is included in Table 4.

The water quality criteria published by EPA recommends an arsenic limit of 0.05 mg/l for domestic water supplies and 0.1 mg/l for irrigation of crops. For chromium, recommended limits are: 0.05 mg/l for domestic water supply and 0.1 mg/l for freshwater aquatic life. The recommended limits for copper are 1.0 mg/l for domestic water supply and 0.1 mg/l for freshwater aquatic life. (Toxicity of copper to aquatic life is dependent on the alkalinity of the water.) The State of California Water Quality Criteria has the following information: arsenic is notorious for its toxicity to humans. Ingestion of 100 mg usually results in severe poisoning and 130 mg has proved fatal. Furthermore, arsenic accumulates in the body, so small doses may become fatal in time. Copper and chromium levels ingested are excreted by the body and very little is retained. Toxic doses of arsenic in fowl is noted as 0.05-0.1 grams and for dogs 0.10-0.20 grams.

STAFF REPORT                                                                    -4-
PACIFIC WOOD PRESERVING CORPORATION

Staff inspections found PWP to be in present violation of the Board's Clean-Up and
Abatement Order issued on 2 March 1978, and Sections 13350, 13385, and 13387 of
the State Water Code.

Section 13350: "(a) Any person who...in violation of any waste discharge
requirements or other order issued, reissued, or amended by
a regional board or the State Board, intentionally or negligently
discharges waste or causes or permits waste to be deposited where
it is discharged into the waters of the state and creates a
condition of pollution or nuisance, may be liable civilly in a
sum of not to exceed six thousand dollars ($6,000) for each day
in which such violation or deposit occurs.

Section 13385: "Any person who discharges pollutants, except as permitted by
waste discharge requirements...shall be subject to a civil
penalty not to exceed ten thousand dollars ($10,000) for each
day in which such discharge, violation, or refusal occurs."

Section 13387: "Any person who willfully or negligently discharges pollutants
except as allowed by waste discharge requirements...shall be
punished by a fine or not more than twenty-five thousand dollars
($25,000) nor less than two thousand five hundred ($2,500) for
each day in which such violation occurs, or by imprisonment for
not more than one year in the county jail, or by both..."

b.    Consideration of Waste Discharge Requirements

Pacific Wood Preserving Corporation is a wood treating operation using
arsenic, copper and chromates in its process.  These chemicals pose a
serious groundwater quality contamination source if not controlled
properly.  The proposed waste discharge requirements would prohibit dis-
charge of these wastes and stormwater contaminated by these wastes to
ground and surface waters.  When the proposed time schedule and spill
prevention plan have been implemented and full compliance obtained,
staff believes the waters of the state will be adequately protected.

Percolation rates for the soils in this area are 40 to 60 minutes per
inch.  Groundwater is found from two to eight feet below the surface
depending on the season.  The community of Elmira utilizes individual wells
for domestic water supply.  Further groundwater data and geology is being
sought and will be presented to the Board at the hearing.  Rainfall is in
the order of 25 inches per year.

## PACIFIC WOOD PRESERVING CORPORATION

### TABLE 1

### SPILL OF 27 FEBRUARY 1978

| Location | Arsenic mg/l | Chromium mg/l | Copper mg/l | Water or Soil |
|---|---|---|---|---|
| A | 175 | 275 | 468 | soil |
| A | 3.5 | 120 | 0.5 | water |
| B | 193 | 316 | 71.9 | soil |
| C | 37 | 531 | 73.0 | soil |
| C | 5 | 2 | 1.5 | water |
| D | 41 | 57 | 138 | soil |
| E | 6 | 2 | 0.8 | water |
| SS | 99 | 274 | 260 | soil |
| SS | 1 | <1 | 1 | water |
| ER | 6.6 | 26.6 | 23.2 | soil |
| RB | 6.7 | 17 | 1.6 | water |

A  -  Left of driveway entering Pacific Wood Preservatives property
B  -  Right of driveway at right end of frontage property
C  -  A small culvert collecting two streams of water runoff from Pacific
       Wood Preservatives property
D  -  Just around the corner from property on Holdener Road
E  -  An additional 50 yards up Holdener Road
SS -  At school sign on Holdener Road
ER -  At the intersection 0.8 miles from Pacific Wood Preservatives
       driveway at Holdener Road and Lewis Road
RB -  Holdener Road 500 feet south of "A" Street

### TABLE 2

### SPILL OF 28 NOVEMBER 1978

| Location | Arsenic mg/l | Chromium mg/l | Copper mg/l | Water or Soil |
|---|---|---|---|---|
| $RB_2$ | 2.8 | 175 | 2.5 | water |

$RB_2$ -  Small pond near mixing tanks on property

**State of California**
**The Resources Agency**
**DEPARTMENT OF WATER RESOURCES**

LAB NO. 11620

# WATER ANALYSIS (MINOR ELEMENTS)

**CARD - 1**

STATE WELL NO. / STATION NO.  79 0 122

TYPE OF ANALYSIS   11   15   16   total   1680 - 1385

**CARD - 2**

**ARSENIC**
A 0.879    C 0.20
Factor 0.2275 × 4000
A(sam) 0.524

A .532 mg/L   D T   53.0    T

**BARIUM**   ml
A ___   C ___
Factor ___
A(sam) ___

Ba   mg/L   D T

**CADMIUM**   ml
A ___   C ___
Factor ___
A(sam) ___

Cd   mg/L   D T

**CHROMIUM (all)**
10X   26.1%   C 0.50
Factor 0.01916 × 250 C
A(sam) 11.1%

C .532 mg/L   D
53.0    T

**CHROMIUM (-6)**   ml
A ___   C ___
Factor ___
A(sam) ___

Cr+6   mg/L   D T

**COPPER**
57.2%   C 0.50
Factor 0.00874 × 500
A(sam) 51.1%

Cu .223 mg/L   D T   22.0    T

**IRON**   ml
A ___   C ___
Factor ___
A(sam) ___

Fe   mg/L   D T

**LEAD**
A ___   C ___
Factor ___
A(sam) ___

Pt   mg/L   D T

**MANGANESE**
A ___   C ___
Factor ___
A(sam) ___

Mn   mg/L   D T

**MERCURY**
A ___   C ___
Factor ___
A(sam) ___

Hg   mg/L   D T

**SELENIUM**   ml
A ___   C ___
Factor ___
A(sam) ___

Se   mg/L

**SILVER**   ml
A ___   C ___
Factor ___
A(sam) ___

Ag   mg/L

**CARD - 3**

EC = 6570

359
57.3

LAB

OV  pH  EC
___  ___  3

OWNER  Pacific Wood Preserving
Elmira

DETAILED LOCATION  Large ponded water
along railroad tracks

POINT OF COLLECTION ___   BPG ___
REF. POINT ___   CL RESID. ___   COLOR ___
DEPTH TO WATER ___ FT. SECCHI ___   M. ODOR ___
DEPTH OF WELL ___ FT. WIND ___   FOAM ___
USE ___   % CLOUD COVER ___
PERF. INTER. ___   ALGAE ___   TURBID. ___
REMARKS ___

SAMPLER  Vaughn   RESOR S

**ZINC**
A ___   C ___
Factor ___
A(sam) ___

Zn   mg/L   D T

DATE TO LAB   JAN 22 1979
DATE STARTED   JAN 2  1979
DATE COMPLETED   JAN 2  1979
CHEMIST ___

DTSC015117

State of California
The Resources Agency
DEPARTMENT OF WATER RESOURCES

LAB NO. 11,620

# WATER ANALYSIS (MINOR ELEMENTS)

**CARD - 1**

BASIN | STATE WELL NO. STATION NO. `770122` | FIELD NO.

FIELD EC | FIELD PH | PO | DISCHARGE CFS | G.H. FT | DEPTH FT | SAMPLER | COMP. NO.

TYPE OF ANALYSIS `11 , 15 , 16 total` `1380-1385`

**CARD - 2**

ARSENIC (×0.5 mg/l/cc)
A `0.879`  C `0.20`
Factor `0.2275 × 400)`
Atsaml `0.556`

As `50 mg L`  D T `510.` `T`

BARIUM _____ ml
A _____ C _____
Factor _____
Atsaml _____

Ba mg L  D T

CADMIUM _____ ml
A _____ C _____
Factor _____
Atsaml _____

Cd mg L  D T

CHROMIUM total (×0.01 mg/l/cc)
IX  A `26.16` C `0.50`
Factor `0.01916 × 2500`
Atsaml `10.5%`

Cr.88 mg L  D T `50.0.` `T`

CHROMIUM (III) _____ ml
A _____ C _____
Factor _____
Atsaml _____

Cr.16 mg L  D T

COPPER (×0.5 mg/l/cc)
A `57.2 %` `0.50`
Factor `0.00111 × 500`
Atsaml `50.9%`

Cu.222 mg L  D T `22.0.` `T`

IRON _____ ml
A _____ C _____
Factor _____
Atsaml _____

Fe mg L  D T

LEAD _____ ml
A _____ C _____
Factor _____
Atsaml _____

Pb mg L  D T `2`

**CARD - 3**

MANGANESE _____ ml
A _____ C _____
Factor _____
Atsaml _____

Mn mg L  D T

MERCURY _____ ml
A _____ C _____
Factor _____
Atsaml _____

Hg mg L  D T

SELENIUM _____ ml
A _____ C _____
Factor _____
Atsaml _____

Sm mg L  D T

SILVER _____ ml
A _____ C _____
Factor _____
Atsaml _____

Ag mg L  D T

`EC = 3960`

`338`
`35.3`

LAB

OV | PH | EC `3`

OWNER `Pacific Wood Preserving`
NAME  ADDRESS `Elmira`
C.T.  ZIP CODE  COPY TO OWNER

DETAILED LOCATION `at collection sumps`

POINT OF COLLECTION _____ PPG
REF. POINT _____ CL RESID. _____ COLOR
DEPTH TO WATER _____ FT. SECCHI _____ M ODOR
DEPTH OF WELL _____ FT. WIND _____ S CAR
USE _____ % CLOUD COVER
PERF. INTERP. `preservative source` ALGAE
REMARKS _____

ZINC _____ ml
A _____ C _____
Factor _____
Atsaml _____

Zn mg L  D T

DATE TO LAB `JAN 22 1979`
DATE STARTED `JAN 2 1979`
DATE COMPLETED `JAN   1979`

U 1 6207

| BASIN | | STATE WELL NO. STATION NO. | T | R | MO | DAY | TIME (PST) | D | FIELD TEMP. |
|---|---|---|---|---|---|---|---|---|---|
| | 13 | 14 | 25 26 | 79 0 1 22 | 33 | 36 | 37 38 | 39 | 43 |

| FIELD EC | FIELD PH | DO | DISCHARGE (CFS) | G.H. (FT.) | DEPTH (FT.) | SAMPLER | LK CARD CODE |
|---|---|---|---|---|---|---|---|
| 44        49 | 50     52 | 53     55 | 56        61 | 62        66 | 67     68 | | |

TYPE OF ANALYSIS    11    15    16    + or - 1        #1580 - 1365

| ARSENIC (5/08) ___ ml | BARIUM ___ ml | CADMIUM ___ ml | CHROMIUM (all) (5/08) 25 ml |
|---|---|---|---|
| A 0.879   c 3.0 | A ___   c ___ | A ___   c ___ | A 26.1%   c 0.50 |
| Factor 0.2275 × 20 | Factor ___ | Factor ___ | Factor 0.01916 × 100 |
| A(sam) 0.750 | A(sam) ___ | A(sam) ___ | 11.9% |
| As 3.4 mg/L   D/T | Ba mg/L   D/T | Cd mg/L   D/T | Cr 23 mg/L   D/T |
| 3.4   T | | | 23   T |

| CHROMIUM (+6) ___ ml | COPPER 25 ml | IRON ___ ml | LEAD ___ ml |
|---|---|---|---|
| A ___   c ___ | 10X 57.2%   c 0.50 | A ___   c ___ | A ___   c ___ |
| Factor ___ | Factor 0.008741 | Factor ___ | Factor ___ |
| A(sam) ___ | A(sam) 40.3% | A(sam) ___ | A(sam) ___ |
| Cr+6 mg/L   D/T | Cu .35 mg/L   D/T | Fe mg/L   D/T | Pb mg/L   D/T |
| | 0.35   T | | 2 |

| MANGANESE ___ | MERCURY ___ ml | SELENIUM ___ ml | SILVER ___ ml |
|---|---|---|---|
| A ___   c ___ | A ___   c ___ | A ___   c ___ | A ___   c ___ |
| Factor ___ | Factor ___ | Factor ___ | Factor ___ |
| A(sam) ___ | A(sam) ___ | A(sam) ___ | A(sam) ___ |
| Mn mg/L   D/T | Hg mg/L   D/T | Se mg/L   D/T | Ag mg/L   D/T |

EC = 3320

335
101

| LAB |
|---|
| 48   52 |

DV  pH  EC
93  .84  55   3

OWNER  Pacific West Presurion
NAME
Elmira
CITY          ZIP CODE      COPY TO OWNER

DETAILED LOCATION  "A" Street Ditch

POINT OF COLLECTION ___ PPG
REF. POINT ___ Cl RESID. ___ COLOR
DEPTH TO WATER ___ FT. SECCHI ___ M ODOR
DEPTH OF WELL ___ FT. WIND ___ FOAM
USE ___ % CLOUD COVER

PERF. INTER. ___
REMARKS ___ ALGAE ___ TURBID.
Expidite coll in results

| ZINC ___ |
|---|
| A ___   c ___ |
| Factor ___ |
| A(sam) ___ |
| Zn mg/L   D/T |

DATE TO LAB    JAN 22 1979
DATE STARTED   JAN 2 1979
DATE COMPLETED JAN 2 1979
CHEMIST ___