Exhibit 4

MEMORANDUM

TO: Richard P. Rose
FROM: Greg K. Vaughn
SUBJECT: Pacific Wood Preserver, Elmira, Solano County

*29 Jan 1979*

On 22 January 1979, I made a complaint investigation of the subject plant. Dave Eubanks, Solano County Health Department sanitarian, called to discuss a yellow material lining the ditches along "A" Street and Holdener Road in Elmira. As you may recall, this is the same complaint we had last year when Pacific Wood Preserver had an illegal discharge of toxic wastes containing copper, arsenic, and chromates. Wood treating chemicals had overflowed the treatment area, and with the help of heavy rains washed into the nearby drainage ditches, tributary to Ulatis and Alamo Creeks, and eventually Cache Slough. The chemicals precipitated out; leaving the soil a bright yellow in color. The Clean-up and Abatement Order issued on 2 March 1978 required: (1) clean-up and dispose of all contaminated soil, and (2) develop and implement methods to contain contaminated storm waters. I.T. Corporation was contacted to collect and dispose of the contaminated soils.

Also at that time the wastewater collection and overflow sump was expanded from 36,000 gallon capacity to 60,000 gallons. This additional capacity was expected to prevent further discharges to surface waters by ponding the wastewater elsewhere.

On 5 April 1978, I inspected the site to find that all contaminated soils had been removed and taken to a Class I disposal site.

On 2 June 1978, I re-inspected the plant to see if full compliance was achieved with the C&A Order #2. The work was not done at that time, but company officials stated it would be done later that summer once the backlog of lumber on site was sent out.

On 28 November 1978, after observing some spills on site during a routine inspection, I brought them to the attention of Mr. Murphy, company manager. I asked him to watch his operation more carefully or else he would end up re-cleaning the ditches if they should become contaminated. Any clean-up we may deem necessary should be of no surprise to Mr. Murphy as he was alerted to the condition. Samples taken at the time revealed high levels of arsenic, copper, and chromium. (See inspection memorandum).

On my 22 January 1979 inspection of the subject site I found the following deficiencies:

1. The concrete drying pad was not being used; chemical wastes would normally drip onto this pad and drain back to the collection sump.

2. Wet lumber was allowed to drip dry in the gravel stock yards.

3. Drippings from this lumber had started little ponds in numerous areas of the yard.

4. Grading had not been done to contain contaminated storm water, in violation of the Clean-up and Abatement Order.

DTSC, et al. v. Jim Dobbas, Inc., et al.
Page 022
DTSC015107

Pacific Wood Preserver
Elmira, Solano County

-2-/3

29 January 1979

This resulted in the same large pond as last year of concentrated chemical waste between the plant and the railroad tracks. Pond size is approximately 100 feet long, 8 feet wide, 1 foot deep, and contains approximately 1500 gallons of waste. This large pond drains into a drainage ditch around the plant property and discharges to the drainage ditch on Holdener Road. Pumping from this pond to the opposite side of the railroad tracks for disposal was also evident. During the rain small and large ponds in addition to contaminated soils due to lumber drippings will drain into surface water drainage courses. The large pond has the potential of contaminating groundwater through percolation. (Soil permeability and groundwater data will be obtained.)

Pictures of these deficiencies were taken and will be incorporated into the file.

Water samples were taken and submitted to Bryte Lab using chain of custody procedures. The results of the analysis for total metals are as follows:

|    | Return Sump | Large Ponded Area | "A" Street Drainage Ditch |
|----|-------------|-------------------|---------------------------|
| Cu | 220 mg/l    | 220 mg/l          | 0.35 mg/l                 |
| As | 510 mg/l    | 530 mg/l          | 3.4 mg/l                  |
| Cr | 500 mg/l    | 530 mg/l          | 23 mg/l                   |

Mr. Jim Murphy, plant manager, was contacted and shown the points of concern. He stated that on 31 December 1978 a pipe broke, that is used for make-up water, and flushed off the cement drying pad for an unknown number of hours, because the plant was closed for the holidays. The water valve was not turned off before closing the plant and broke due to the pressure. The flooded pad was washed into the yard and into the drainage ditches. This, along with the large pond and surface runoff, were the sources of contamination to the "A" Street and Holdener Road ditches. Mr. Murphy also stated the large pond was a result of pumping from the sump for evaporation and percolation. He also said the reason for by-passing the drying pad stage was due to the back log of lumber to be processed. It was easier to just take wet lumber and stack it out in the yard where it will be picked up the next day for trucking. I instructed Mr. Murphy to stop this practice to avoid further contamination of the plants soil and neighboring ditches. I also instructed Mr. Murphy not to disturb the soil areas already contaminated since they may have to be removed to a Class I disposal site.

The discharge of these chemicals into drainage water courses may have several environmental impacts. (1) The flow of these ditches empty into Ulatis and Alamo Creeks which are tributary to Cache Slough. Ulatis Creek empties into Cache Slough about 300 feet upstream of the Vallejo's domestic water intake structure. Therefore, concentrations of copper, arsenic, and chromates may be getting into Vallejo's water supply, although highly diluted. (2) All of Elmira's water comes from groundwater, on individual wells. The ponding of these chemicals may enter this groundwater. Further studies will be made. (3) Residents live as near as across the street and an elementary school is located on Holdener Road both of which have access to water flowing within these ditches. Neighborhood pets and small animals also have access to this water. The ease of access presents a serious public hazard.

Pacific Preserver
Elmira, Solano County                        -3-                29 January 1979

The findings show Pacific Wood Preserving Corporation to be in present violation of the Board's Clean-up and Abatement Order issued on 2 March 1978, and Sections 13350 and 13387 of the State Water Code which states in part:

    2. Develop an Engineering Report of methods to assure adequate containment of all storm runoff containing toxic materials to abate future discharge. Include interim measures to be taken to prevent further runoff.

    3. Comply with the following time schedule to complete construction to implement No. 2 above:

| Task | Task Completion | Report Due |
|---|---|---|
| Drainage Ditch Cleanup | 9 Mar 1978 | 17 Mar 1978 |
| Engineering Report | - | 17 Mar 1978 |
| Complete Construction and Full Compliance | 1 Jun 1978 | 15 Jun 1978 |

Section 13350:

    13350. "(a) Any person who...in violation of any waste discharge requirements or <u>other order issued</u>, reissued, or amended by a regional board or the state board, intentionally or negligently discharges waste or causes or permits waste to be deposited where it is discharged into the waters of the state and creates a condition of pollution or nuisance, may be liable civilly in a sum of not to exceed six thousand dollars ($6,000) for each day in which such violation or deposit occurs.

Section 13387

    " Any person who willfully or negligently discharges pollutants except as allowed by waste discharge requirements... shall be punished by a fine of not more than twenty-five thousand dollars ($25,000) nor less than two thousand five hundred ($2,500) for each day in which such violation occurs, or by imprisonment for not more than one year in the county jail, or by both...

*[signed]* Greg K. Vaughn
GREG K. VAUGHN, Staff Engineer

GKV/gs   1/30/79