Exhibit 5

Case 2:14-cv-00595-WBS-JDP    Document 108-5    Filed 02/20/15    Page 2 of 2



| Home | About | Contact | F.A.Q | Literature | Tech/ MSDS | News | Site map |



**THE PACIFIC WOOD PRESERVING COMPANIES**

Home > About us

## About PWP

### Company Directory

Corporate ⌄                                              Back

Dick Jackson
**President & CEO**
668 Tyner Way
Incline Village, NV 89451
Ph: (775) 233-3456
Cell: (775) 560-5146
Fx: (888) 803-7688
Email

**Dick** works out of the Corporate Facility.

**About Dick**

I have worked at the Pacific Wood Preserving Companies since 1972 when I opened our first treating facility in Elmira, Calif. Since selling that facility, we have built two additional treating plants and are building a third in Corning. I have two sons and am married, and like to ski and watch the 49ers (when they are winning).

Enviro
Locatic
Our Pr
Treatm
Directo
Service

Show your support for NWP!

**The Pacific Wood Preserving Companies**
Bakersfield, CA
Eloy, AZ
Silver Springs, NV
Sheridan, OR
New Willard, TX

© 2008 Pacific Wood Preserving

DTSC, et al. v. Jim Dobbas, Inc., et al.
Page 026
DTSC035192