# Exhibit 6

About the The Pacific Wood Preserving Companies. Our History    Page 1 of 2

Case 2:14-cv-00595-WBS-JDP   Document 108-6   Filed 02/20/15   Page 2 of 3

Home | About | Contact | FAQ | Literature | Tech/MSDS | News | Site map



**THE PACIFIC WOOD PRESERVING COMPANIES**



Show your support for NWPI

**The Pacific Wood Preserving Companies**
Bakersfield, CA
Eloy, AZ
Silver Springs, NV
Sheridan, OR
New Willard, TX

© 2008 Pacific Wood Preserving

## About PWP

**About Pacific Wood Preserving**

**Our Vision:**

**The Pacific Wood Preserving** group of companies is the most environmentally mindful and innovative wood treater in its marketplace. It is a dominant supplier of all treated forest products sold into the Western United States, with a well-earned reputation for technological excellence and product integrity. Pacific strives to increase stakeholder value, and to reward the efforts of management and employees who have contributed to its success.

**Our Mission:**

**The Pacific Wood Preserving** group of companies is an innovative wood preserving business. We offer quality, competitively priced treating services and treated products to our customers. We consistently introduce new products and effectively pursue our goals and objectives. Our employees are team members and our managers encourage creative contributions to production, cost control and innovation. We are the leader in our field, capitalizing on our technological acumen, innovative solutions and strategic alliances. Our goals are sustainable growth, annual profitability shared by our employees and the maintenance of our leadership position within our industry.



**Pacific Wood Preserving's** companies are strategically located near lumber supplies, lumber markets and on properties with rail spurs. Its careful site selections in Sheridan, OR; Bakersfield, CA; Eloy, AZ; and Silver Springs, NV, have positioned Pacific to be a low cost producer, offering competitive prices and freight rates to its customers. Pacific also has a reload facility and crane mat production line with a rail spur in New Willard, Texas (one and one half hours Northeast of Houston).

http://www.pacificwood.com/aboutus.cfm                                6/14/2010

DTSC, et al. v. Jim Dobbas, Inc., et al.
Page 028                                    DTSC008315

About the The Pacific Wood Preserving Companies. Our History    Page 2 of 2

Case 2:14-cv-00595-WBS-JDP   Document 108-6   Filed 02/20/15   Page 3 of 3

**Pacific Wood Preserving** is capable of treating in excess of 300 million board feet equivalent of wood prodcuts each year. It is a privately held corporation, with approximately 200 employees. Pacific offers the largest selection of wood preservative treatments on the West Coast, as well as a wide variety of services and products.

**Pacific Wood Preserving** originally started in 1972 in Elmira, Calif. The assets of this facility were sold in 1978, and with the proceeds from this sale, the Bakersfield facility was started in 1979. The Arizona facility was built in 1982. The New Willard, Texas operation was opened in 1985. Nevada Wood Preserving, Inc., merged with the Pacific companies in 1999, adding the Silver Springs, Nevada plant location. The Sheridan, Ore. facility was purchased in 2002. In 2007, PWP installed a crane mat production line at its Texas facility.

http://www.pacificwood.com/aboutus.cfm                                             6/14/2010

DTSC, et al. v. Jim Dobbas, Inc., et al.
Page 029                                       DTSC008316