Exhibit 7

| AGENCY | ☒ INFORMATION REPORT ☐ CONTINUATION ☐ FOLLOW-UP | CASE NUMBER |
|---|---|---|
| SHERIFF 4800 | | 79-3493 |

| 3. COPY TO | D.A. | PROB. | D.O.J. | OTHER STATE of CALIF WATER QUALITY CONTROL BOARD | D.A. - Fernald | PAGE NO. 1 of 4 |
|---|---|---|---|---|---|---|

| 4. DATE & TIME OCCURRED | 5. DATE & TIME REPORTED | 6. DAY | 7. LOCATION | 8. REP. DEV. CODE |
|---|---|---|---|---|
| 12-24-79  1045 | 12-24-79  1045 | 2 | PACIFIC WOOD PRESERVING | MISC |

9. NARRATIVE

RE: CHEMICAL SPILL

RESPONSIBLE: PACIFIC WOOD PRESERVING CO
SUBSIDIARY OF THE WICKES CORP.
EDWARDS & A ST (P.O. BOX 128)
ELMIRA, CALIF 95625
707-448-8429

OPERATIONS MANAGER:

STONE, GARY GLENN
1737 LARKIN DR
FAIRFIELD   CA
RES. (707) 426-3534
BUS. (707) 448-8429
DOB ████ 49   30 YRS

WEATHER CONDITIONS:

Solano Co Sheriff's Dept.
CONTROLLED DOCUMENT
Rel. To: WATER QUALITY CONTROL
Date: 12-27-79
By: ch

MODERATE TO HEAVY RAIN
WIND COMING FROM SOUTHEAST
WIND VELOCITY 15 KNOTS GUSTING TO 25 KNOTS

| 10. SIGNATURE OF REPORTING OFFICER | 11. I.D. NUMBER | 12. REVIEWED BY | 13. FOLLOW-UP REFERRED TO | 14. FURTHER ACTION |
|---|---|---|---|---|
| [signature] | 147 | 152 | | YES ☐ NO ☐ |

DTSC, et al. v. Jim Dobbas, Inc., et al.
Page 031
DTSC008171

| 1. AGENCY | ☐ INFORMATION REPORT | 2. CASE NUMBER |
|---|---|---|
| SHERIFF 4800 | ☒ CONTINUATION  ☐ FOLLOW-UP | 79-3493 |

| 3. COPY TO | D.A. | PROB. | D.O.J. | OTHER | | PAGE NO. 2/4 |
|---|---|---|---|---|---|---|
| 4. DATE & TIME OCCURRED: 122479 1045 | 5. DATE & TIME REPORTED: 122479 1045 | 6. DAY: 2 | 7. LOCATION: Pacific Wood Preserving | 8. REP. DEV. CODE |

**9. NARRATIVE**

molding

ON DEC 24 1979 WHILE ON PATROL OF THE ELMIRA AREA IN SOLANO COUNTY, CALIF. R/O NOTICED A LARGE AMOUNT OF AN UNKNOWN, GREEN LIQUID COMING OUT OF THE TOP OF A LARGE TANK LOCATED IN THE YARD OF THE PACIFIC WOOD PRESERVING COMPANY. R/O CONTACTED DISPATCH WHO IN TURN CONTACTED THE FIRE DEPT AND MANAGER GARY STONE.

WHILE WAITING FOR STONE AND THE FIRE DEPT R/O DROVE AROUND THE AREA IN QUESTION AND OBSERVED THE WIND BLOW THE LIQUID FAR BEYOND A SAFETY TROUGH AROUND THE TANK AND ONTO A DRIVEWAY LEADING TO THE MAIN OFFICE OF THE COMPANY. R/O FOLLOWED THE GREEN LIQUID AS IT FLOWED DOWN THE DRIVEWAY ONTO "A" ST. THERE WAS ALSO A LARGE AMOUNT OF THE LIQUID IN THE DRAINAGE DITCH RUNNING ALONG "A" ST. R/O FOLLOWD THE DRAINAGE DITCH AND OBSERVED A TRACE OF THE GREEN LIQUID APPRX 150 YDS FROM THE POINT OF ENTRANCE AT THE INTERSECTION OF HOLDNER ST AND "B" ST.

Solano Co. Sheriff's Dept.
CONTROLLED DOCUMENT
Rel. To: WATER QUALITY CONTROL
Date: 12-27-79
By: [signature]  ☐ FURTHER ACTION

| 10. SIGNATURE OF REPORTING OFFICER | 11. I.D. NUMBER | 12. REVIEWED BY | 13. FOLLOW-UP REFERRED |
|---|---|---|---|
| [signature] | 167 | 152 | |

| 1. AGENCY | □ INFORMATION REPORT | 2. CASE NUMBER |
|---|---|---|
| SHERIFF 4800 | ☒ CONTINUATION  □ FOLLOW-UP | 79-3493 |

| 3. COPY TO | D.A. | PROB. | D.O.J. | OTHER | | | PAGE NO. 3 of 4 |
|---|---|---|---|---|---|---|---|

| 4. DATE & TIME OCCURRED (MO. DY. YR.) | 5. DATE & TIME REPORTED | 6. DAY | 7. LOCATION | 8. REP. DIV. CODE |
|---|---|---|---|---|
| 122479 1045 | 122479 1045 | 2 | Pacific Wood Preserving | |

9. NARRATIVE

MANAGER STONE ARRIVED AT 1140 HRS AND SHUT OFF A VALVE WHICH STOPPED THE OVERFLOW. IT IS UNCERTAIN HOW LONG THE TANK WAS OVERFLOWING SINCE THE INSTALLATION IS CLOSED ON SUNDAYS AND THE LAST TIME SOMEONE WAS WORKING THERE WAS SATURDAY (122279) AFTERNOON. STONE WAS VERY RELUCTANT TO TELL R/O WHAT THE SUBSTANCE WAS LEAKING OUT OF THE TANK BUT FINALLY INFORMED R/O THAT IT WAS A MIXTURE OF WATER, COPPER CHROMIUM AND ARSENIC.

THE STORAGE TANK FOR THIS LIQUID IS APPROX 40 FEET TALL WITH AN UNKNOWN CAPACITY AND IS SURROUNDED BY A BRICK WALL, APPROX 3 FT HIGH, WHICH IS SUPPOSED TO TRAP ANY SPILLED LIQUID. HOWEVER, DUE TO THE HIGH WINDS, THE LIQUID WAS BLOWING OVER THE WALL AND OUT INTO THE OPEN.

R/O LEFT THE AREA @ 1200 HRS AND TURNED IT OVER TO THE ELMIRA FIRE DEPT.

Solano Co. Sheriff's Dept.
CONTROLLED DOCUMENT
Referred to WATER QUALITY CONTROL
Date: 122779
By: ch

| 10. SIGNATURE OF REPORTING OFFICER | 11. I.D. NUMBER | 12. REVIEWED BY | 13. FOLLOW-UP | 14. FURTHER ACTION |
|---|---|---|---|---|
| [signature] | 127 | 152 | | YES □ NO □ |

