Exhibit 9

MEMORANDUM

TO: Files                                                          10 December 1980

FROM: Kathleen Cole Harder

SUBJECT: WICKES WOOD PRESERVING, SOLANO COUNTY

Mr. Steve Debuskey, Safety Director of Wickes Corporation, met with me on 4 December 1980 to discuss the cleanup of the Elmira plant.

The soil samples, which results showed high levels of contaminants, were taken <u>before</u> the 7 November 1980 spill. This indicates that there was a spill which had not been cleanup up previously, or contaminants on the plant site are leaching laterally and concentrating in the "A" Street ditch. Mr. Dubuskey noted that if they cleanup the ditch and the contamination is from leaching, the problem is not solved. I agreed.

After a discussion with Mr. Larry Pearson, we decided that Wickes Wood will have to hire an engineer to do a comprehensive study to determine what is the source of the problem and the best method to resolve it. An extensive sampling program on the plant site should be part of this study.

KATHLEEN COLE HARDER
Area Engineer
Delta Watershed

KCH/gs