Exhibit 10

**DEWANTE AND STOWELL**
**CONSULTING ENGINEERS**
1910 S STREET, SACRAMENTO, CALIFORNIA 95814, 916-447-3....

RECEIVED
CENTRAL VALLEY REGION
81-79

JUN 26  12 57 PM '81

CALIFORNIA REGIONAL
WATER QUALITY
CONTROL BOARD

June 25, 1981

Mr. Steve Debuskey
The Wickes Corporation
P.O. Box 305
Dinuba, CA 93618

Re: Site Investigation - Elmira Facility

Dear Mr. Debuskey:

As you know, a site investigation was conducted during December 1980 at the Elmira facility. As a result of the initial findings it was determined that a supplemental soil sampling program was required to further define the extent of soil contamination at the site. This report presents the findings of this supplemental program conducted in May 1981 and includes recommendations for site cleanup operations.

Soil samples were collected at 36" and 48" below grade at locations 1,2,4,5,7,18,22, and 25 as shown by Exhibit 1. Samples were also collected at 36" and 48" below grade in the ditch west of the plant entrance (location 51) and at 0", 12", 24", 36", and 48" at location 60, approximately 125 feet west of the plant entrance.

Analyses for arsenic, chromium, and copper were conducted on all of the samples collected at the 36" depth and all of the samples from location 60. Analyses were conducted on the samples collected at 48" for only those locations at which the allowable limits were exceeded. Results of the laboratory analyses are presented in Table 1. Inspection of the results indicates that the limits are exceeded at only three locations below 24". None of the samples analyzed from the 48" depth exceeded the limits. As we reported previously, the soil concentration limits for arsenic, chromium, and copper are 50 mg/kg, 50 mg/kg, and 150 mg/kg, respectively.

A summary of laboratory analyses conducted on the plant production wells and the site groundwater monitoring wells is presented in Table 2. The source of apparent contamination has not been determined at this time and it is recommended that a monthly monitoring program be initiated at all of these wells in lieu of the current quarterly frequency. Future corrective action will be determined if the apparent contamination continues to persist.

Mr. Steve Debuskey
The Wickes Corporation
June 25, 1981
Page 2

     Based on the laboratory analyses and a meeting with the Regional Board staff, it is recommended that contaminated soil be removed to a Class I disposal site. The limits at each location are identified by Exhibit 1 and defined as follows:

1. In the ditch between the plant fence and "A" Street easterly from the plant entrance 340 feet.

2. In the ditch between the plant fence and "A" Street westerly from the plant entrance 150 feet.

3. Between the drying slab and the plant fence.

4. Along the north and east sides of the drying slab.

     It should be pointed out that a concrete slab was encountered at the east end of the drying slab (location 22). This area should be thoroughly examined at the time clean-up operations are undertaken for complete assessment.

     For this soil removal it is recommended that a firm specializing in hazardous waste removal be retained for the safe removal and transportation of the material. We also recommend that the California Regional Water Quality Control Board - Central Valley Region staff approval be obtained before any site operations are initiated.

     Should you have any questions or desire additional information, please let us know.

                          Very truly yours,

                          DEWANTE & STOWELL

                          Robert D. Hedges

RDH:nd
cc: Mr. Greg Walker, Regional Board
    Mr. Dave Eubanks, Solano Co. Health Dept.

Case 2:14-cv-00595-WBS-JDP   Document 108-10   Filed 02/20/15   Page 4 of 6

## Table 1

### WICKES WOOD PRESERVING - SOIL ANALYSIS RESULTS
### All values in mg/kg

| Sample No. | Depth | Cu | Cr | As |
|---|---|---|---|---|
| 1 | 36" | 31 | 35 | <10 |
| 2 | 36" | 23 | 23 | <10 |
| 4 | 36" | 704 | 511 | 76 |
|   | 48" | 37 | 22 | <10 |
| 5 | 36" | 51 | 49 | <10 |
| 7 | 36" | 53 | 49 | <10 |
| 18 | 36" | 322 | 337 | 430 |
|    | 48" | 31 | 20 | <10 |
| 22 | 18"(Hit conc) | 675 | 690 | <10 |
| 25 | 36" | 63 | 53 | <10 |
| 51 | 36" | 79 | 72 | 37 |
|    | 48" | 34 | 22 | <10 |
| 60 | 0" | 182 | 179 | 139 |
|    | 12" | 31 | 49 | <10 |
|    | 24" | 24 | 27 | <10 |
|    | 36" | 31 | 33 | <10 |
|    | 48" | 37 | 43 | <10 |

DTSC, et al. v. Jim Dobbas, Inc., et al.
Page 043
DTSC029407

## Table 2

**PRODUCTION WELLS AND MONITORING WELLS**
**WATER ANALYSIS RESULTS**
All values in mg/l

### MONITORING WELLS

DWS(MCL) .05

| Date | M-1 .05 | | none | M-2 | | | M-3 | | |
|---|---|---|---|---|---|---|---|---|---|
| | As | Cr | Cu | As | Cr | Cu | As | Cr | Cu |
| 10-3-80 | .01 | .03 | <.02 | .007 | .95 | .02 | .196 | .02 | .02 |
| 12-31-80 | .251 | .18 | .10 | .036 | .03 | .04 | .053 | <.02 | .02 |
| 2-25-81 | .225 | .16 | .13 | .097 | .19 | .07 | .053 | <.02 | .03 |
| 3-23-81 | .366 | .21 | .11 | .058 | .19 | .04 | .123 | <.02 | .03 |

### PRODUCTION WELLS

| Date | WW1T | | Cu | WW2T | | | WW3P | | |
|---|---|---|---|---|---|---|---|---|---|
| | As | Cr | | As | Cr | Cu | As | Cr | Cu |
| 10-3-80 | <.004 | .06 | .02 | <.004 | .02 | .02 | <.004 | .22 | .02 |
| 2-25-81 | .122 | .02 | .10 | .008 | .03 | .02 | -- | -- | -- |
| 4-3-81 | .016 | <.02 | .04 | .009 | .02 | .08 | .039 | .20 | .03 |

