Exhibit 11



**Wickes Forest Industries**
A Wickes Company

General Offices:
POST OFFICE BOX 305
DINUBA, CALIFORNIA 93618
209/591-2000

D-789

September 28, 1981

California Water Quality Control Board
Central California Region
3201 S Street
Sacramento, CA 95816

Attn:  Mr. Greg H. Walker
RE:    Wickes Wood, Elmira, CA, Solano County
       Board Order #81-031

Dear Mr. Walker:

I have been corresponding with the board in regard to our plant located in Elmira and the boards order captioned above.

We have received quotations from reputable contractors for the removal and replacement of the soil as per the specifications of the accepted engineering report prepared by Dewante and Stowell dated June 25, 1981. The estimates we have received are in excess of $100,000. Due to the present economic conditions our industry and company is suffering, the cost of compliance is prohibitive.

Due to the plants history, we are not satisfied that the entire burden to clean up should be laid on Wickes. The only spills which have occurred during our ownership have been contaminated rainwater or fresh water. In each instance the spill was reported and cleaned up in accordance with your staff's recommendations. Engineering to prevent the occurance of future spills was also complied with as per your staff's request. We feel that the removal of soils in other areas of the plant may not be necessary and would cause an undue financial hardship on our company. It could mean a permanent closure of the plant causing us to terminate twelve employees.

We are requesting that the board re-evaluate its finding and rescind its order #81-031.

Sincerely,

Steven Debuskey
Loss Prevention Manager

SD:bks

c.c.  L. Edlen