Exhibit 13

February 14, 2011

VIA FEDERAL EXPRESS

Department of Toxic Substances Control
1001 I Street
Sacramento, CA 95814-2828
Attention: Chief,
Northern California – Central Cleanup Operations Branch

Re:  Former Wickes Forest Industries Site; 147 A Street, Elmira, California

Dear Sir/Madam:

On February 14, 2011, I acquired Jim Dobbas, Inc.'s fifty percent (50%) interest in the above referenced property for one dollar ($1.00).  Also on February 14, 2011, I acquired Continental Rail, Inc.'s fifty percent (50%) interest in the above referenced property for one dollar ($1.00). I also agreed to comply with all applicable environmental laws and all applicable regulatory agency directives pertaining to the property and the releases from the former Wickes facility.  In addition, I agreed to take the property subject to DTSC's lien on Jim Dobbas, Inc.'s interest in the property and assume any liability Jim Dobbas, Inc. has for the lien.  I write to provide my contact information and to request a meeting with DTSC to discuss site conditions, my plans for the property and the agency's expectations.

Best Regards,

*[signature]*

David van Over
216 F Street #108
Davis, CA 95616
Cell: 775-830-3888
Fax:  530-231-6372

cc:     Elizabeth Yelland, DTSC (via E-Mail: EYelland@dtsc.ca.gov )
        Ray Leclerc, DTSC (via E-Mail: rleclerc@dtsc.ca.gov )
        Marilee Hanson, DTSC (via E-Mail: MHanson@dtsc.ca.gov )
        Don Dobbas, Jim Dobbas, Inc. (via E-Mail)
        Nicole Gleason, Downey Brand (via E-Mail)