Exhibit 14

**Cost Recovery Billing System**
## Invoice Balance Report

[Export to Excel] (Project subtotals will not be exported to Excel. Data will be sorted by project code.)

**Project:** 100164-SM
**Sorted By:** Project Code

### 100164 (SM) - WICKES FOREST INDUSTRIES, SOLANO
**Billing Status / Reason:** BILCRU
**WP:** 00

Links: [ ]

| Invoice No. | Invoice Date | Invoice Status | Billing Period | Amount Invoiced | Interest | Less Payment | Less Adjustments | Outstanding Balance | Days Principal Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 10531 * | 08/07/1989 | CLR | 07/1987 - 06/1989 | 43,731.83 | 0.00 | 43,731.83 | 0.00 | 0.00 | 0 |
| 13508 * | 07/17/1997 | CLR | 07/1987 - 12/1996 | 231,471.43 | 0.00 | 165,510.40 | 65,961.03 | 0.00 | 0 |
| E00211 | 09/10/1997 | CLR | 04/1997 - 06/1997 | 522.93 | 0.00 | 0.00 | 522.93 | 0.00 | 0 |
| E00529 | 11/18/1997 | CLR | 07/1997 - 09/1997 | 2,390.92 | 0.00 | 0.00 | 2,390.92 | 0.00 | 0 |
| E00677 | 03/09/1998 | CLR | 10/1997 - 12/1997 | 934.68 | 0.00 | 0.00 | 934.68 | 0.00 | 0 |
| E00850 | 06/04/1998 | CLR | 01/1998 - 03/1998 | 1,422.26 | 0.00 | 0.00 | 1,422.26 | 0.00 | 0 |
| F00868 | 05/13/1999 | CLR | 04/1998 - 03/1999 | 2,766.86 | 0.00 | 750.98 | 2,015.88 | 0.00 | 0 |
| G00205 | 09/20/1999 | CLR | 04/1999 - 06/1999 | 359.11 | 0.00 | 359.11 | 0.00 | 0.00 | 0 |
| G00322 | 11/01/1999 | CLR | 07/1999 - 09/1999 | 360.74 | 0.00 | 360.74 | 0.00 | 0.00 | 0 |
| G00620 | 02/03/2000 | CLR | 10/1999 - 12/1999 | 188.47 | 9.87 | 188.47 | 9.87 | 0.00 | 0 |
| G00958 | 05/01/2000 | CLR | 01/2000 - 03/2000 | 525.76 | 0.00 | 525.76 | 0.00 | 0.00 | 0 |
| H00108 | 09/05/2000 | CLR | 04/2000 - 06/2000 | 324.91 | 0.00 | 324.91 | 0.00 | 0.00 | 0 |
| H00467 | 11/14/2000 | CLR | 07/2000 - 09/2000 | 3,767.38 | 0.00 | 3,767.38 | 0.00 | 0.00 | 0 |
| H00765 | 01/25/2001 | CLR | 10/2000 - 12/2000 | 3,082.02 | 0.00 | 3,082.02 | 0.00 | 0.00 | 0 |
| H01114 | 04/24/2001 | CLR | 01/2001 - 03/2001 | 4,042.41 | 0.00 | 4,042.41 | 0.00 | 0.00 | 0 |
| I00034 | 08/24/2001 | CLR | 04/2001 - 06/2001 | 8,218.85 | 0.00 | 8,218.85 | 0.00 | 0.00 | 0 |
| I00594 | 11/26/2001 | CLR | 07/2001 - 09/2001 | 7,756.51 | 0.00 | 7,756.51 | 0.00 | 0.00 | 0 |
| I00985 | 02/04/2002 | CLR | 10/2001 - 12/2001 | 3,782.89 | 0.00 | 3,782.89 | 0.00 | 0.00 | 0 |
| I01351 | 05/02/2002 | CLR | 01/2002 - 03/2002 | 6,100.15 | 0.00 | 6,100.15 | 0.00 | 0.00 | 0 |
| J00059 | 09/03/2002 | CLR | 04/2002 - 06/2002 | 7,719.17 | 0.00 | 7,719.17 | 0.00 | 0.00 | 0 |
| J00495 | 11/06/2002 | CLR | 07/2002 - 09/2002 | 3,223.16 | 0.00 | 3,223.16 | 0.00 | 0.00 | 0 |
| J00985 | 02/05/2003 | CLR | 10/2002 - 12/2002 | 1,263.55 | 5.55 | 1,263.55 | 5.55 | 0.00 | 0 |
| J01612 | 04/30/2003 | CLR | 01/2003 - 03/2003 | 1,670.13 | 9.27 | 1,670.13 | 9.27 | 0.00 | 0 |
| 03SM0046 | 08/27/2003 | CLR | 04/2003 - 06/2003 | 6,292.98 | 47.51 | 6,292.98 | 47.51 | 0.00 | 0 |
| 03SM0704 | 01/26/2004 | CLR | 07/2003 - 12/2003 | 9,259.86 | 34.20 | 9,294.06 | 0.00 | 0.00 | 0 |
| 03SM1391 | 04/20/2004 | PPAY | 01/2004 - 03/2004 | 1,727.82 | 337.31 | 1,907.64 | 0.22 | 157.27 | 3385 |
| 04SM0233 | 08/19/2004 | PPAY | 04/2004 - 06/2004 | 9,181.35 | 45.54 | 9,189.91 | 0.00 | 36.98 | 3264 |
| 04SM0973 | 11/02/2004 | NPAY | 07/2004 - 09/2004 | 9,958.98 | 1,929.33 | 0.00 | 0.00 | 11,888.31 | 3189 |
| 04SM1655 | 01/25/2005 | NPAY | 10/2004 - 12/2004 | 2,693.57 | 510.90 | 0.00 | 0.00 | 3,204.47 | 3105 |
| 04SM2576 | 04/27/2005 | NPAY | 01/2005 - 03/2005 | 6,998.59 | 1,290.28 | 0.00 | 0.00 | 8,288.87 | 3013 |
| 05SM0033 | 08/17/2005 | NPAY | 04/2005 - 06/2005 | 5,694.89 | 1,004.89 | 0.00 | 0.00 | 6,699.78 | 2901 |
| 09SM2744 | 03/26/2010 | NPAY | 07/2005 - 12/2009 | 733,905.42 | 10,497.90 | 0.00 | 0.00 | 744,403.32 | 1219 |
| 09SM2784 | 04/29/2010 | NPAY | 01/2010 - 03/2010 | 43,051.22 | 593.46 | 0.00 | 0.00 | 43,644.68 | 1185 |
| 10SM0395 | 09/09/2010 | NPAY | 04/2010 - 06/2010 | 72,607.04 | 853.99 | 0.00 | 0.00 | 73,461.03 | 1052 |
| 10SM1166 | 11/04/2010 | NPAY | 07/2010 - 09/2010 | 35,635.26 | 390.48 | 0.00 | 0.00 | 36,025.74 | 996 |
| 10SM2482 | 03/22/2011 | NPAY | 10/2010 - 12/2010 | 30,213.99 | 276.77 | 0.00 | 0.00 | 30,490.76 | 858 |
| 12SM0958 | 09/18/2012 | NPAY | 01/2011 - 02/2011 | 27,267.30 | 80.58 | 0.00 | 0.00 | 27,347.88 | 312 |
| 12SM0959 | 09/18/2012 | NPAY | 03/2011 - 06/2012 | 1,151,575.50 | 3,403.08 | 0.00 | 0.00 | 1,154,978.58 | 312 |
| 12SM1246 | 10/31/2012 | NPAY | 07/2012 - 09/2012 | 50,212.19 | 127.55 | 0.00 | 0.00 | 50,339.74 | 269 |
| 12SM2478 | 02/11/2013 | NPAY | 10/2012 - 12/2012 | 9,499.25 | 15.14 | 0.00 | 0.00 | 9,514.39 | 166 |
| 12SM3214 | 05/01/2013 | NPAY | 01/2013 - 03/2013 | 7,367.77 | 6.96 | 0.00 | 0.00 | 7,374.73 | 87 |
| 13SM0229 | 09/11/2013 | NPAY | 04/2013 - 06/2013 | 38,118.83 | 0.00 | 0.00 | 0.00 | 38,118.83 | 0 |

http://dtscnet.dtsc.ca.gov/database/crbs/Invoice_Balance_Report.cfm   9/25/2013

| | | | | | |
|---|---|---|---|---|---|
| SUBTOTAL | 2,586,887.93 | 21,470.56 | 289,063.01 | 73,320.12 | 2,245,975.36 |
| TOTAL | 2,586,887.93 | 21,470.56 | 289,063.01 | 73,320.12 | 2,245,975.36 |

**End of Report**

Cost Recovery Billing System
Project / Invoice Balance Report

[Export to Excel]

Project Selection: 100164 (SM)
Project Category: All
Initial Sort: Project Code
Hide Closed/NFCRA: Yes

| Project-Program | WP | Project Name | Status / Reason | Project Category | Last Invoiced | Last Month Billed | SBA Costs (Invoiced) | Advances & Offsets Applied | Total Invoiced | Total Outstanding Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 100164-SM | 00 | WICKES FOREST INDUSTRIES, SOLANO | BILCRU | SM | 09/11/2013 | 06/2013 | 2,715,844.74 | 92,453.66 | 2,623,391.08 | 2,245,975.36 |

**End of Report**

http://dtscnet.dtsc.ca.gov/database/crbs/Project_Invoice_Balance_Report_a.cfm          9/25/2013