Exhibit 15



Collins & Aikman Litigation Trust Distribution Account
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

000107

DEPT OF TOXIC SUBSTANCES
CONTROL ACCOUNTING UNIT
PO BOX 806
SACRAMENTO CA 95812-0806

The attached check represents a FIRST and FINAL distribution from the Collins & Aikman Litigation Trust on your allowed claim based upon either (a) the proof of claim that you filed in the jointly administered chapter 11 cases of Collins & Aikman Corporation, et al. (collectively, the "Debtors"), Chapter 11 Case No. 05-55927-SWR pending in the United States Bankruptcy Court for the Eastern District of Michigan, Southern Division("Bankruptcy Court"), or (b) the amount that the Debtors listed as due and owing to you in the schedules of claims filed with the Bankruptcy Court. You will NOT receive any further distribution on your claim.

ACCOUNTING UNIT
DEPARTMENT OF
TOXIC SUBSTANCES CONTROL

OCT 16 2012

RECEIVED

01IP3B

12 . . 079

0004300114
10/11/12
$1869.64