Exhibit 1

### MINUTES OF THE FIRST MEETING OF

THE BOARD OF DIRECTORS OF

PACIFIC WOOD PRESERVING

The first meeting of the Board of Directors of PACIFIC

WOOD PRESERVING was held at 500 Main Street, Vacaville, California,

on *June 2*, 1972, at the hour of *1:30* o'clock *PM*

M. pursuant to the following call and waiver of notice signed

by all of the directors:

The undersigned, being all of the Directors of PACIFIC
WOOD PRESERVING, a California corporation, hereby call and
give our written consent to the holding of a special meeting
of the board of directors of the corporation at the hour
of *1:30* o'clock *P*. M. on *June 2*, 1972, at 500
Main Street, Vacaville, California, for the purpose of transacting
any and all business which may come before the meeting; and
we hereby waive any and all notice of the time, place and
objects of the meeting and consent to the transaction thereat
of any and all business pertaining to the affairs of the
corporation.

Dated: *June 2, 1972*, 1972.

The following were present: EVERETT L. JOHNSTON, RICHARD

F. JACKSON, CAROLYN JOHNSTON, JOAN JACKSON, and G. DOUGLAS

THOMPSON.

EVERETT L. JOHNSTON called the meeting to order and

upon motion duly made, seconded and carried, EVERETT L. JOHNSTON

1

WCWP000808

was appointed chairman and CAROLYN JOHNSTON was appointed secretary of the meeting.

The chairman reported that the Articles of Incorporation of the corporation had been filed in the Office of the Secretary of State of the State of California on *April 27,* , 1972, and in the office of the County Clerk of Solano County on *May 5,* , 1972, and presented a copy of the Articles of Incorporation for insertion in the Minute Book.

The chairman presented proposed by-laws for the regulation of the affairs of the corporation which were read, article by article, and unanimously adopted.  A copy thereof was ordered inserted in the Minute Book.

Upon motion duly made, seconded and carried, the following officers were unanimously elected to hold office as provided in the By-laws:

|  |  |
|---|---|
| EVERETT L. JOHNSTON | President |
| RICHARD F. JACKSON | Vice-President |
| CAROLYN JOHNSTON | Secretary |
| JOAN JACKSON | Treasurer |

The president thereupon took the chair.

The attached form of stock certificate was presented and on motion duly made, seconded and carried, was approved and adopted.

The attached form of corporate seal was presented and on motion duly made, seconded and carried, was approved and adopted.

2

WCWP000809

It was moved, seconded and carried that the principal office of the corporation be established and maintained at Elmira, Solano County, California.

It was moved, seconded and carried that the fiscal year of this corporation shall such year as the board of directors shall adopt after consultation with the firm's accountant.

It was moved, seconded and carried that Sierra National Bank, Novato, California be and it is hereby designated as the principal depository for the funds of this corporation and that all checks, drafts and other instruments obligating this corporation to pay money shall be signed on behalf of this corporation by the President and Treasurer or by the Vice-President and Secretary of the corporation.

On motion duly made, seconded and carried, the following preambles and resolutions were unanimously adopted:

WHEREAS, the board of directors wishes to offer for sale and issue, 5,000 shares of the common stock of this corporation as authorized by its articles of incorporation; and,

WHEREAS, it is further deemed desirable that the offer, sale and issue of such shares be carried out in such a manner that, in the hands of qualified shareholders, such shares will receive the benefits of Section 1244 of the Internal Revenue Code of 1954; and,

WHEREAS, there is not now outstanding, any offering, or portion thereof of this corporation to sell or issue any of its stock; and,

WHEREAS, this corporation is a small business corporation as defined in Section 1244 (c) (2) of the Internal Revenue Code of 1954;

NOW, THEREFORE, BE IT RESOLVED that the president of

3

this corporation and such other officers as he may designate
be, and they hereby are, authorized and directed, after complying
with the Corporate Securities Laws of the State of California,
to offer for sale and to sell and to issue up to 5,000 shares
of the common stock of this corporation for cash or other
property (other than stock or securities) during the period
from the date hereof to 6 months hereafter, or to the date
when this corporation shall make a subsequent offering of
any stock, whichever shall first occur.

It was then announced by the President that EVERETT

L. JOHNSTON and RICHARD F. JACKSON offered to acquire from

this corporation 3,200 shares of its common stock in consideration

of cash in the amount of $10.00 per share, said shares to

be purchased, 2,500 shares by RICHARD F. JACKSON and 700

shares by EVERETT L.   JOHNSTON.

On motion duly made, seconded and carried, the following

preambles and resolutions were adopted:

WHEREAS, EVERETT L. JOHNSTON and RICHARD F. JACKSON
have offered to purchase 3,200 shares of the common stock
of this corporation for cash at the price of $10.00 per share,
and,
WHEREAS, it is hereby determined by the board of directors
that the fair value to this corporation in monetary terms
of the said shares is $32,500.00.
NOW THEREFORE, RESOLVED, that any officer of this cor-
poration be and he is hereby authorized and directed to prepare
or cause to be prepared, verified and filed on behalf of
this corporation an application to the Commissioner of Corporations
of the State of California for a permit or permits authorizing
this corporation to issue 3,200 shares of its common stock
to EVERETT L. JOHNSTON and RICHARD F. JACKSON for the consideration
described above; or, in the alternative to take any other
action deemed necessary by this corporation's attorneys to
satisfy the requirements of the Corporate Securities laws
of the State of California prior to issuing said shares.
RESOLVED further that upon compliance with the Corporate
Securities laws of the State of California, the officers
of this corporation are authorized and directed to issue
shares of stock of this corporation to the persons and in
amounts and for the consideration stated above, during the
period from the date hereof to 6 months hereafter or to the
date when this corporation shall make a subsequent offering

4

WCWP000811

of any stock, whichever shall first occur.

RESOLVED, further, that the officers of this corporation be and they are hereby authorized and directed to execute all documents and to take such action as they may deem necessary or advisable in order to carry out and perform the purposes of these resolutions.

There being no further business, the meeting was adjourned.

_Carolyn Johnston_
CAROLYN JOHNSTON, Secretary

WCWP000812