Exhibit 2

PACIFIC WOOD PRESERVING CORPORATION
ELMIRA, CALIFORNIA

June 11, 1974

A Board of Directors meeting of Pacific Wood Preserving Corporation was held on June 11, 1974 at the corporate offices in Elmira at 5:00 p.m.

Members present were Evert L. Johnston, Richard Jackson and Charles Wood.

Mr. Jackson presented the written statement that is set forth as the minutes of the meeting of June 7, 1974.

Evert L. Johnston presented a letter of resignation as president of the Corporation, dated June 11, 1974, which is attached to and made a part of these corporate minutes. The resignation was accepted unanimously.

Mr. Johnston agreed to serve on the board and would be vice-president and Plant Manager of the Corporation.

There was a discussion on the list of officers which Mr. Jackson provided, which is as follows:

| | |
|---|---|
| Richard L. Jackson | President |
| Evert L. Johnston | Vice-President |
| Gary Jackson | Treasurer |
| Charles Wood | Secretary |

Mr. Wood agreed to serve on the board in addition to providing advice in the areas of accounting, taxation and finance. After a discussion of the duties, Mr. Wood also agreed to serve as corporate secretary. He said that he would accept the responsibility of taking minutes, however, he was not qualified to insure that the corporation comply with the laws of the state of California in all respects, because that is a function that should be performed by an attorney.

-1-

Pacific Wood Preserving Corporation
Elmira, California

June 11, 1974
Board Minutes

The attached medical plan was adopted.

REDACTED

REDACTED

REDACTED

There was a discussion on two accounts receivable that are a problem at the moment.  One is Sun Foods, the other is Hertz Industries.

There was an additional discussion on financing to include long term financing and the possibility that interest rates may come down.

The meeting was adjourned at 7:00 p.m.

Respectfully submitted,

*Charles Wood*
CHARLES WOOD, Secretary

ATTEST: *Richard Jackson*
RICHARD JACKSON, President

-2-