Exhibit 3

PACIFIC WOOD PRESERVING CORPORATION
ELMIRA, CALIFORNIA


November 27, 1974



A meeting of the Board of Directors of Pacific
Wood Preserving Corporation was held at the
corporate offices in Elmira.

Members present were Richard Jackson and
Charles Wood.

Mr. Jackson pointed out that he had received the
Corporations Commissioner's consent to purchase
Mr. Johnston's shares and that he had done so
and now was the holder of the shares formerly
owned by Everett L. Johnston.

Mr. Jackson pointed out that Gary Jackson was
not able to attend the meeting today.

REDACTED


REDACTED



The meeting was adjourned.

Respectfully submitted,


*Charles Wood*
CHARLES WOOD, Secretary

ATTEST: *Richard Jackson*
RICHARD JACKSON, President