Exhibit 4

PACIFIC WOOD PRESERVING CORPORATION
ELMIRA, CALIFORNIA
April 14, 1977

A special meeting of the Board of Directors of Pacific Wood Preserving Corporation was held on April 14, 1977.

Members present were Richard Jackson, Joan Jackson, Gary Jackson, Charles Wood, and Marjorie Moore.

This meeting was called because Mr. Wood thought it would be best if he resigned from the Board because he was also the company's CPA. He stated that the rules now called for him to state in the comments that he was on the Board of Directors and some banks would not like the company's CPA to be on the board unless we had audited statements. It was agreed that he would resign.

Mr. Richard Jackson proposed a new slate of officers:
President        Richard Jackson
Treasurer        Gary Jackson
Secretary        Marjorie Moore

Mr. Richard Jackson proposed its members of its board of directors as follows:
Richard Jackson
Gary Jackson
Joan Jackson
Marjorie Moore

Aunanimous ballot was cast for the new officer.

As there was no further business, the meeting was adjourned.

Respectfully submitted,

Marjorie Moore, Secretary

Attest: _____
Richard Jackson, President