Exhibit 5

September 12, 1979

Pacific Wood Preserving Corporation
P.O. Box 128
Elmira, California 95625

Re: Addendum to Purchase Agreement

This letter shall amend Purchase Agreement between Pacific Wood Preserving Corporation and The Wickes Corporation dated September 12, 1979 as follows:

The Wickes Corporation hereby agrees to assume those certain contracts, notes and Deed of Trust payable, attached hereto as Schedule A(3). The book balance of September 1, 1979 set forth on the schedule shall be deducted from the balance of the purchase price under the agreement. The amount deducted from the purchase price shall be adjusted for any current payments made on the notes and contracts.

Wickes and Pacific Wood Preserving shall provide Safeco Title Insurance and Trust Company with escrow instructions providing for the following:

    1. Safeco shall record a Corporate Grant Deed from Pacific Wood Preserving Corporation in favor of the Wickes Corporation for the real property described in the agreement and shall issue it's CLTA policy of title insurance insuring the title in Wickes in the amount of $300,000 upon receipt of:

        (a) A check from Wickes in an amount to be determined in accordance with the agreement, as modified hereby;

        (b) Consents from the creditors set forth on the attached schedule to the assumption by Wickes of the respective liabilities;

        (c) Documentation sufficient to delete exceptions nos. 2, 3 and 6 from Safeco's Preliminary Title Report, Order No. 40969.

Pacific Wood Preserving Corporation
September 12, 1979
Page two

Re: Addendum to Purchase Agreement

If the foregoing meets with your approval, please sign the attached copy of this letter.

Very truly yours,

*[signature: Michael J. McPhee]*

The Wickes Corporation
Michael J. McPhee

PACIFIC WOOD PRESERVING CORPORATION

Schedule of Contracts, Notes and Trust Deed Payable

| Payable to: | Payment Amount | Number left | Interest rate | Book balance 9/1/79 |
|---|---|---|---|---|
| Bank of America | $ 657. | 23 | 11.25% | $ 13,392.73 |
| Hyster | 537. | 2 | approx. 12.8 % | 701.12 |
| Hyster | 1,035. | 26 | approx. 12.7 % | 21,017.07 |
| Hyster | 1,077. | 42 | approx. 12.1 % | 34,610.70 |
| Credit America | 4,208. | 32 | approx. 12.9% | 97,767.24 |
| Holders of trust deed | 417. | 22 | 7.5% | 9,166.68 |

B(3)

Pacific Wood Preserving Corporation
September 12, 1979
Page two

Re:  Addendum to Purchase Agreement

If the foregoing meets with your approval, please sign the attached copy of this letter.

Very truly yours,

The Wickes Corporation
Michael J. McPhee

_____
RICHARD F. JACKSON