Exhibit 6



P. O. BOX 128
ELMIRA, CALIFORNIA 95625

- POSTS
- POLES
- PILINGS
- GRAPE STAKES
- LUMBER

September 26, 1979

Safeco Title Insurance Company
840 Tuolumne Street
Vallejo, California 94590

Dear Sirs:

We are making a face demand for The Wickes Corporation:

| | |
|---|---:|
| Sales price | $690,000.00 |
| Inventory | 260,612.60 |
| Sales tax | 15,034.38 |
| Proration on Sept. expenses | 2,912.97 |
| Payments on contracts, notes & trust deed paid by PWP in Sept. | 5,716.47 |
| | $974,276.42 |
| Less: | |
| Down payment | 300,000.00 |
| Withholding for pollution | 50,000.00 |
| Accounts payable | 320,197.34 |
| Contracts, notes & truse deed payable | 176,655.54 |
| | $127,423.54 |

Property taxes to be prorated after September 12, 1979.

WE ARE HELPING TO CONSERVE OUR NATION'S TIMBER RESOURCES

**Pacific Wood Preserving Corporation**
P.O. BOX 128 • (707) 448-8429 • ELMIRA, CALIFORNIA 95625

**INVOICE**
NO.
DATE  9/26/79

SOLD TO

SHIP TO

Wickes Forest Industries
A Division of The Wickes Corporation
P.O. Box 305
Dinuba, California 93618

SHIPMENT DATE

ROJTING

F.O.B.

CAR NO.

TERMS:

RATE:
CUST. NO.

| DESCRIPTION | FOOTAGE | PRICE | AMOUNT |
|---|---|---|---|
| Wholesale lumber inventory as of 9/12/79 plus and minus adjustments as per IBM printout | | | $169,714.80 |
| Retail lumber inventory as of 9/12/79 plus and minus adjustments as per IBM printout | | | 30,972.50 |
| Chemical inventory as of 9/12/79 plus and minus adjustments | | | 39,404.92 |
| Lath | | | 1,620.00 |
| Panelling | | | 6,775.00 |
| Steel strapping | | | 9,766.00 |
| Supplies: | | | |
| Glass - sight & tubes | | | 346.04 |
| Oils & lubricants | | | 1,113.94 |
| Wire ropes | | | 338.70 |
| Lumber tags | | | 344.70 |
| Copy paper | | | 216.00 |
| | | | $260,612.60 |

BL #
YOU MAY DEDUCT           IF PAID BEFORE           NET THEREAFTER

IMPORTANT NOTICE: Grades, Terms and conditions of sale in accordance with Association Rule governing items shipped, unless otherwise stated. Seller agrees that this material will be produced in compliance with the "Fair Labor Standards Act of 1938". All orders accepted by this company are conditional upon Strikes, Fires, Inability to secure carriers and other cause beyond our control. No orders for special goods will be cancelled after work has been commenced thereunder. Where prices are delivered, freight only is guaranteed and all other responsibility is disdained, beyond the delivery of the goods to the transportation company in good order. Tax on freight for buyers account.

A Service Charge will be made of **1 1/2% PER MONTH** which is an **ANNUAL PERCENTAGE RATE** of **18%** on past due balance.

Buyer also agrees to pay reasonable attorney's fees, and other costs incurred at collection