Exhibit 8

Bakersfield.com | Contact Us | Subscriber Services | Newsletters | Mobile | RSS | Sitemap

46° 66°
LOW  HIGH

MOSTLY   49°
CLOUDY  CURRENT

NEWS HOME   LOCAL   OBITS   SPORTS   A&E   LIFESTYLE   OPINION   PHOTOS   BUSINESS GUIDE   BUY & SELL   HOMES   JOBS   DRIVE




CRAVING COUPONS? MEATLESS MONDAY RECIPES? LOOKING FOR A LAUGH AT THINGS KIDS SAY?
Bakersfield MOM.com   SAVE BIG   $4.00 OFF

Resources       Send Flowers Now       File for SSI Disability       1940 US Census: Help Now       Find Death Certificates

## Obituary                                                                              Print

**Richard Jackson (1938 - 2012)** | Visit Guest Book



Richard Jackson ("Dick" or "DJ") 1938 - 2012 Dick Jackson, at the age of 74, passed away on March 15th after living for more than three years with inoperable pancreatic cancer. His wife Elaina Jackson, his sons ▓▓▓▓ ▓▓▓ ▓▓▓ and his granddaughter ▓▓▓▓ ▓▓▓▓▓ survive him. He is also survived by his many nieces and nephews, ▓▓▓▓ ▓▓▓▓▓▓ Redacted ▓▓▓▓▓▓. Dick will be remembered as a successful and innovative businessman, having built a large chain of wood preservation plants in five states, employing over 200 individuals (The Pacific Wood Preserving Companies). He loved to travel, and took several international trips and became a "two-million miler" on United Airlines. He has visited every state in the union. Dick loved to hike, snow ski, vacation in Hawaii and spend time with his family. In 2000, Dick and his wife Elaina became lost on a hike in Hawaii and were rescued by helicopter after spending three nights in the wilderness. Dick was a good listener and had many friends. He was a big believer in education and learned about business at his Alma Mater, University of Utah. He earned his Master's Degree in Marketing from California State University East Bay. He was a 49er fan and had season tickets for most of his life. A viewing will be held at the McCune Garden Chapel, 212 Main St., Vacaville CA 95688 from 5-8 pm on Friday, March 23, 2012. Funeral services will be held at the Orchard Avenue Baptist Church, 301 N. Orchard Ave., Vacaville CA 95688 at 11 am on Saturday March 24, 2012. A reception will follow the funeral services at the Opera House, 560 Main St., Vacaville CA 95688 from 12:30-4 pm. In lieu of flowers, donations to the Alliance for Natural Health, 1350 Connecticut Avenue NW, 5th Floor, Washington DC 20036 in the memory of Richard Jackson would be an option. McCune Garden Chapel (707) 448-6546 www.bakersfield.com/obits

Follow this Obituary
Follow on Facebook
Get Email Updates
Share with Others

- ADVERTISEMENT -


**Banks Forced to Forgive Credit Card Debt**
Find Out If You Qualify for Debt Settlement!


**57-Year-Old Woman Looks 35**
Sacramento: Woman Discovers New Wrinkle Secret That Has Doctors Angry.

**New Policy in California**
Drivers with no DUI's can get auto insurance for only $9/wk.

### Helpful Links

**Additional Resources**
- Send Sympathy Flowers
- Donate to Charity
- How To Submit An Obituary

**Find Advice & Support**
- Funeral & Memorial Service Etiquette
- How to Write a Sympathy Note

- ADVERTISEMENT -


CarMax is opening soon in Bakersfield!
Panama Lane at 99.
Find Your Perfect Car

Published in Bakersfield Californian on March 22, 2012

### Sign Guest Book

*"Offering our deepest condolences during this difficult time."*
- *McCune Garden Chapel Funeral Home (Vacaville, CA )*

Share Condolences here.

View full Guest Book (1 entry)       **Continue**

---

Return to today's Obituaries for Bakersfield Californian

Powered by Legacy.com®      © Copyright 1999-2012 Legacy.com All Rights Reserved | Questions? Contact us | Search obituaries nationwide | Terms of Use | Privacy Policy

http://www.legacy.com/obituaries/bakersfield/obituary.aspx?n=richard-jackson&pid=156621830     3/26/2012

DTSC, et al. v. Jim Dobbas, Inc., et al.
AGO001806

Page 043