Exhibit 9

**BUILDING STRONG RELATIONSHIPS SINCE 1972**



*There when you need them...*

# PWP Products

**Treated Wood** ■ **Crane Mats** ■ **Railroad Ties** ■ **Wood Poles** ■ **Ag Products** ■ **Landscape Ties**





*The Leader in Wood Preservation*

# All wood can eventually rot and become a food source for a wide variety of insects and wood-destroying fungi.

PWP has made its mission to slow this process down and extend the life of the wood products it produces, creating the most sustainable building materials, poles, railroad ties and other wood products imaginable. When Mother Nature manufacturers trees, she absorbs carbon dioxide and emits oxygen. It is difficult to get more sustainable than this.

PWP is uniquely positioned to provide treated wood products throughout the world. Our five production facilities are advantageously located on railroad spurs and our plant locations are either situated near raw material supplies and/or close to our customers and cargo ports to ensure timely and economical delivery of products. Our access to west coast Douglas Fir, Hem Fir, Redwood and pine wood species, as well as hardwoods grown near our Texas facility, allow us to meet a wide variety of customer needs.

PWP produces an assortment of wood products, including utility poles, railroad ties, preservative treated lumber and plywood, landscape ties, crane mats, agricultural products and much more. Our preservative treatments include pentachlorophenol, copper naphthenate, creosote, ACQ®, Dri-Con® fire retardant, PACBOR® treated lumber and plywood and TimberSaver® borate Hawaiian treatment.

## Some PWP highlights are below

- **CAPACITY**  PWP has 12 installed pressure vessels up to 160' and is one of the largest capacity treaters in the U.S.

- **LOCATIONS**  PWP's plants are strategically located to take advantage of raw material supply or to be close to major markets. Locations in Sheridan, OR; Silver Springs, NV; Bakersfield, CA and Eloy, AZ provide for competitive freight rates into virtually all west coast markets, including Alaska, Hawaii and Canada. Our Texas manufacturing plant provides access to competitively priced hardwoods and cargo ports. All plants have rail spurs.

- **WORLDWIDE ACCESS**  PWP's unparalleled access to a wide variety of wood species and wood products at economical prices has helped make us competitive worldwide. Whether it's pentachlorophenol poles to Tahiti or Copper Naphthenate poles needed in New York, or creosote ties in Arizona, PWP has the wherewithal to meet the demanding needs of our worldwide customers.

**Page 2**

- **SUSTAINABILITY**  PWP has done the difficult and unglamorous work to secure carbon neutrality. This includes conducting energy audits at each of its facilities and implementing most recommendations; air drying many products, thereby reducing carbon-based energy usage; purchasing lumber and poles from legally compliant and certified mills and loggers; producing products according to industry Best Management Practices ("BMP's"); participation in the Green Supplier Network audits to enhance environmental awareness and best practices. PWP was recognized for its environmental efforts when it was awarded the first annual Bakersfield Pollution Prevention Award and the federal Department of Energy "Energy Champion" distinction. It takes approximately 60 years for a Douglas fir pole to reach maturity for use as a wood pole. Since this is approximately the average useful life of a treated wood pole, a sustainable wood pole program makes sense.

- **LOGISTICS**  PWP's focused logistics department can quickly determine the fastest, cheapest and most efficient method of delivering product throughout the nation and world, saving customers time and money. We are experienced in export packaging and regulations for Hawaii and international shipments.

- **EXPERIENCE**  PWP has been producing treated wood products since 1972. PWP's sales team offers many decades of experience buying or processing treated wood products and helping clients make informed decisions about their treated-wood purchases. This means more market and product knowledge to better serve the needs of its discerning client base.

- **RELATIONSHIPS**  PWP's salespeople are well known in the industry and are trusted for their honesty, responsiveness and reliability. PWP and its employees are actively involved with and are financial sponsors or supporters of the American Wood Protection Association, the Western Wood Preservers' Institute, the International Research Group on Wood Preservation, the Railway Tie Association, the Lumber Association of California and Nevada, the University of Oregon's Pole Research Cooperative, the Treated Wood Council, the Southern Pressure Treaters Association and more. We keep our customers informed of industry and regulatory activities and changes so that you can manage your business better.

- **QUALITY**  PWP has decades of experience successfully treating a variety of wood products, including poles, lumber, timbers, guardrail, landscape timbers, railroad ties and more. Each treatment facility has up to date laboratory

facilities with calibrated and quality lab equipment and a commitment to reading, understanding and following AWPA, ANSI, AREMA, WWPA or customer specifications, as appropriate.

- **EMERGENCY SERVICE** Pacific Wood prides itself not only on its day-to-day customer service, but its ability to quickly and efficiently provide wood utility poles, crane mats and other products at a moment's notice in emergency situations (i.e., hurricanes, ice storms, floods, and the like). We understand our utility customers must bring power back to their customers as quickly and safely as possible, and our large inventories of treated wood poles and our 24-hour emergency hotline direct to a live PWP employee make this possible (877-298-2995).



## PRODUCTS
Penta Poles (T&D)
CuNap Poles (T&D)
Creosote Poles (T&D)
Railroad Ties (Creosote, Cunap, Penta)
Treated Lumber and Plywood (ACQ, PACBOR, TimberSaver)
Agricultural Products
Landscape Ties
Posts
Bridge Stringers
Timbers
Trailer Pads
Tree Stakes
Crossarms
Crane Mats
Piling
Peeler Cores

## SERVICES
Boring
Cutting
End-plating
Export packaging
Framing (through boring/radial drilling)
Heat Treatment
High-density incising
Incising
Reloading
Special packaging
Staining
Starlocks®
Storage
Trucking and rail
TSO (Treating Service Only)

## PRESERVATIVE TREATMENTS
Pentachlorophenol
Copper Naphthenate
Creosote 70/30
Creosote 50/50
ACQ Preserve®
CCA
PACBOR®
TimberSaver®
Dri-Con®

**Page 3**


**Pacific Wood Preserving of Bakersfield, Inc.**
Ph (661) 833-0429
Fax (661)-833-1538
5601 District Blvd.
Bakersfield, CA 93313
P.O. Box 40698
Bakersfield, CA 93384


**Arizona Pacific Wood Preserving, Inc.**
Ph (520) 466-7801
Fax (520) 466-9149
850 West Chambers Street
P.O. Box 968
Eloy, AZ 85231


**Pacific Wood Preserving of Oregon**
Ph (503) 843-2122
Fax (503) 843-7058
22125 Rock Creek Road
P.O. Box 40
Sheridan, OR 97378


**Nevada Wood Preserving**
Ph (775) 577-2000
Fax (775) 577-9045
1680 Spruce Ave.
P.O. Box 350
Silver Springs, NV 89429


**Pacific Wood Preserving Texas**
(No treating at this location)
Ph (936) 398-5745
Fax (936) 398-5864
P.O. Box 320
Leggett, TX 77350



**TOLL FREE: 1-866-905-6585**

**24-Hour Emergency Response
877-298-2995**

www.pacificwood.com


**THE PACIFIC WOOD PRESERVING COMPANIES**

*The Leader in Wood Preservation*

Wood is Good!  Printed on 100% recycled paper.

ARIZONA     CALIFORNIA     NEVADA     OREGON     TEXAS