Exhibit 10

1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  THOMAS G. HELLER (Counsel for service)
   State Bar No. 162561
4  DENNIS L. BECK, JR., State Bar No. 179492
   Deputy Attorneys General
5    300 South Spring Street, Suite 1702
     Los Angeles, CA 90013
6    Telephone: (213) 897-2628
     Fax:  (213) 897-2802
7    E-mail:  Thomas.Heller@doj.ca.gov
   *Attorneys for Plaintiffs California*
8  *Department of Toxic Substances Control and Toxic*
   *Substances Control Account*
9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11
                            SACRAMENTO DIVISION
12

13

14  | **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,** | 2:14-cv-00595-WBS-EFB |
    |---|---|
15  | | **PLAINTIFFS CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND TOXIC SUBSTANCES CONTROL ACCOUNT'S INTERROGATORIES TO DEFENDANT WEST COAST WOOD PRESERVING, LLC, SET ONE** |
16  | Plaintiffs, | |
17  | v. | |
18  | **JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,** | Judge:        Hon. William B. Shubb<br>Trial Date:   January 4, 2017<br>Action Filed: March 3, 2014 |
19  | | |
20  | | |
21  | | |
22  | | |
23  | Defendants. | |
24  | | |
25  | AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | |
26  | | |

27

28
                                    1

| | |
|---|---|
| 1 | **Propounding Parties:** Plaintiffs California Department of Toxic Substances Control and the |
| 2 | Toxic Substances Control Account |
| 3 | **Responding Party:** Defendant West Coast Wood Preserving, LLC |
| 4 | **Set Number:** One |

5  Under Rule 33 of the Federal Rules of Civil Procedure, Plaintiffs California Department

6  of Toxic Substances Control and the Toxic Substances Control Account (collectively "Plaintiffs")

7  request that defendant West Coast Wood Preserving, LLC ("WCWP") answer under oath the

8  following interrogatories within thirty (30) days of service, unless a shorter or longer time is

9  stipulated to under Rule 29 of the Federal Rules of Civil Procedure or ordered by the Court.

10  **INTERROGATORY NO. 1:**

11  Identify (by name, address, phone number, and percentage of interest) all stockholders of

12  defendant Pacific Wood Preserving, a dissolved California corporation ("PWP"), from its

13  formation through its dissolution.

14  **INTERROGATORY NO. 2:**

15  Identify (by name, address, phone number, and percentage of interest) all stockholders of

16  Pacific Wood Preserving of Bakersfield Inc., a Nevada corporation ("PWP-B"), from its

17  formation until its conversion into WCWP.

18  **INTERROGATORY NO. 3:**

19  Identify (by name, address, phone number, position, and dates of service) all officers of

20  PWP from its formation through its dissolution.

21  **INTERROGATORY NO. 4:**

22  Identify (by name, address, phone number, position, and dates of service) all officers of

23  PWP-B from its formation until its conversion into WCWP.

24  **INTERROGATORY NO. 5:**

25  Identify (by name, address, phone number, position, and dates of service) all directors of

26  PWP from its formation through its dissolution.

27

28

**INTERROGATORY NO. 6:**

Identify (by name, address, phone number, position, and dates of service) all directors of PWP-B from its formation until its conversion into WCWP.

**INTERROGATORY NO. 7:**

Identify (by name, address, and phone number) each member of the "group of investors [who in 1978] approached Richard Jackson about forming a new company to provide wood treatment and preserving services to the growing Bakersfield market," as asserted in paragraph 18 of Stephen K. Ryan's declaration (Docket No. 79-2).

Dated:  December 19, 2014

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

THOMAS G. HELLER
DENNIS L. BECK, JR.
Deputy Attorneys General
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and
Toxic Substances Control Account*

LA2012602448
51659344.doc

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.
V. JIM DOBBAS, INC., et al.

No.:   2:14-cv-00595-WBS-EFB

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On December 19, 2014, I served the attached **PLAINTIFFS CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND TOXIC SUBSTANCES CONTROL ACCOUNT'S INTERROGATORIES TO DEFENDANT WEST COAST WOOD PRESERVING, LLC, SET ONE** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA  90013, addressed as follows:

**Lester O. Brown**
**Perkins Coie, LLP**
**1888 Century Park East, Suite 1700**
**Los Angeles, CA 90067-1721**
*Attorneys for defendant West Coast Wood Preserving, LLC*

**Jennifer Hartman King**
**King Williams & Gleason LLP**
**520 Capitol Mall, Suite 750**
**Sacramento, CA 95814**
*Attorneys for defendant Jim Dobbas, Inc.*

**David van Over**
**216 F Street #108**
**Davis, CA 95616-4515**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 19, 2014, at Los Angeles, California.

| Carol Chow | |
| --- | --- |
| Declarant | Signature |

LA2012602448
51662789.doc