Exhibit 11

1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  THOMAS G. HELLER (Counsel for service)
   State Bar No. 162561
4  DENNIS L. BECK, JR., State Bar No. 179492
   Deputy Attorneys General
5   300 South Spring Street, Suite 1702
    Los Angeles, CA 90013
6   Telephone: (213) 897-2628
    Fax: (213) 897-2802
7   E-mail: Thomas.Heller@doj.ca.gov
   *Attorneys for Plaintiffs California*
8  *Department of Toxic Substances Control and Toxic*
   *Substances Control Account*
9
                  IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11
                       SACRAMENTO DIVISION
12

13

14 | **CALIFORNIA DEPARTMENT OF TOXIC**    2:14-cv-00595-WBS-EFB
      **SUBSTANCES CONTROL and the TOXIC**
15    **SUBSTANCES CONTROL ACCOUNT,**      **PLAINTIFFS CALIFORNIA**
                                           **DEPARTMENT OF TOXIC**
16                           Plaintiffs,   **SUBSTANCES CONTROL AND TOXIC**
                                           **SUBSTANCES CONTROL ACCOUNT'S**
17              v.                         **REQUEST FOR PRODUCTION TO**
                                           **DEFENDANT WEST COAST WOOD**
18 | **JIM DOBBAS, INC., a California**    **PRESERVING, LLC, SET ONE**
      **corporation; CONTINENTAL RAIL, INC.,**
19    **a Delaware corporation; DAVID VAN**   Judge:        Hon. William B. Shubb
      **OVER, individually; PACIFIC WOOD**    Trial Date:   January 4, 2017
20    **PRESERVING, a dissolved California**  Action Filed: March 3, 2014
      **corporation; WEST COAST WOOD**
21    **PRESERVING, LLC., a Nevada limited**
      **liability company; and COLLINS &**
22    **AIKMAN PRODUCTS, LLC, a Delaware**
      **limited liability company,**
23
                          Defendants.
24

25   AND RELATED COUNTERCLAIMS AND
     CROSS-CLAIMS
26

27

28
                                   1
   ────────────────────────────────────────────────────────────

**Propounding Parties:** Plaintiffs California Department of Toxic Substances Control and the

Toxic Substances Control Account

**Responding Party:** Defendant West Coast Wood Preserving, LLC

**Set Number:** One

     Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively "Plaintiffs") request that defendant West Coast Wood Preserving, LLC ("WCWP") provide a written response within thirty (30) days to this request to produce and permit Plaintiffs to inspect and copy the documents described below, including electronically stored information.  The date of the inspection and copying shall be January 23, 2015, at 9:00 a.m., at the Office of the California Attorney General, 300 South Spring Street, Suite 1702, Los Angeles, California 90013, unless a shorter or longer time is stipulated to under Rule 29 of the Federal Rules of Civil Procedure or ordered by the Court.  WCWP may produce the documents in electronic format (.pdf or .tif with associated database load files, with Optical Character Recognition ("OCR") in either format) at that date and time in lieu of original documents, subject to Plaintiffs' reservation of their rights to inspect and copy the original documents.

**REQUEST NO. 1:**

     All documents related to the formation of defendant Pacific Wood Preserving, a dissolved California corporation ("PWP"), on or about March 5, 1972.

**REQUEST NO. 2:**

     All documents related to the dissolution and winding up of PWP.

**REQUEST NO. 3:**

     All documents reflecting communications between Richard F. Jackson and any other person concerning PWP's dissolution and winding up.

**REQUEST NO. 4:**

     All documents supporting the assertion in #18 of WCWP's Statement of Undisputed Facts in Support of Motion for Summary Judgment (Docket No. 79-1) that "[t]he dissolution [of PWP] was not complete until sometime in late 1981."

2

**REQUEST NO. 5:**

All documents related to the formation of Pacific Wood Preserving of Bakersfield Inc., a California corporation, on or about October 18, 1978.

**REQUEST NO. 6:**

All documents reflecting communications between Richard F. Jackson and any other person concerning the formation of Pacific Wood Preserving of Bakersfield Inc., a California corporation.

**REQUEST NO. 7:**

All documents related to the name change of Pacific Wood Preserving of Bakersfield Inc., a California corporation, to "The Ultimate Encounter," on or about October 20, 1978.

**REQUEST NO. 8:**

All documents related to the dissolution and winding up of "The Ultimate Encounter."

**REQUEST NO. 9:**

All documents related to the formation of Pacific Wood Preserving of Bakersfield Inc., a Nevada corporation ("PWP-B"), on or about October 20, 1978.

**REQUEST NO. 10:**

All documents reflecting communications between Richard F. Jackson and any other person concerning PWP-B's formation.

**REQUEST NO. 11:**

All documents related to the conversion of PWP-B into WCWP in November 2013.

**REQUEST NO. 12:**

All documents related to PWP's 1979 sale of property, including the real property located at 147 A Street in Elmira, California that is the subject of this action ("ELMIRA PROPERTY"), to The Wickes Corporation.

**REQUEST NO. 13:**

All documents related to PWP's use or distribution of proceeds from the 1979 sale of property, including the ELMIRA PROPERTY, to The Wickes Corporation.

3

1    **REQUEST NO. 14:**

2        All documents reflecting communications between PWP and The Wickes Corporation or

3    its successors (including Wickes Companies, Inc., Collins & Aikman Group, Inc., and Collins &

4    Aikman Products Co.) about the ELMIRA PROPERTY.

5    **REQUEST NO. 15:**

6        All documents reflecting communications between PWP-B and The Wickes Corporation

7    or its successors (including Wickes Companies, Inc., Collins & Aikman Group, Inc., and Collins

8    & Aikman Products Co.) about the ELMIRA PROPERTY.

9    **REQUEST NO. 16:**

10       All documents related to each and every RELEASE of a HAZARDOUS SUBSTANCE

11   that has occurred at the ELMIRA PROPERTY.  (As used herein, "RELEASE" has the same

12   meaning as in 42 U.S.C. § 9601(22), and "HAZARDOUS SUBSTANCE" has the same meaning

13   as in 42 U.S.C. § 9601(14).)

14   **REQUEST NO. 17:**

15       All documents reflecting any claims, demands, or litigation by The Wickes Corporation or

16   its successors (including Wickes Companies, Inc., Collins & Aikman Group, Inc., or Collins &

17   Aikman Products Co.) against PWP or PWP-B concerning the ELMIRA PROPERTY.

18   **REQUEST NO. 18:**

19       All documents reflecting any claims, demands, or litigation by PWP or PWP-B against

20   The Wickes Corporation or its successors (including Wickes Companies, Inc., Collins & Aikman

21   Group, Inc., or Collins & Aikman Products Co.) concerning the ELMIRA PROPERTY.

22   **REQUEST NO. 19:**

23       All insurance policies that name PWP, PWP-B, or Richard F. Jackson as an insured and

24   that pertain to the ELMIRA PROPERTY.

25   **REQUEST NO. 20:**

26       All documents relating to the insurance policies referenced in the foregoing request.

27

28

4

**REQUEST NO. 21:**

All documents relating to communications between PWP and any insurer concerning the ELMIRA PROPERTY.

**REQUEST NO. 22:**

All documents relating to communications between PWP-B and any insurer concerning the ELMIRA PROPERTY.

**REQUEST NO. 23:**

All documents relating to communications between Richard F. Jackson and any insurer concerning the ELMIRA PROPERTY.

**REQUEST NO. 24:**

All documents related to PWP's purchase in 1978 of property located at 5601 District Boulevard, Bakersfield, California ("BAKERSFIELD PROPERTY").

**REQUEST NO. 25:**

All documents related to the consideration that PWP gave or paid for the BAKERSFIELD PROPERTY.

**REQUEST NO. 26:**

All documents related to the transfer of the BAKERSFIELD PROPERTY from PWP to PWP-B in 1981.

**REQUEST NO. 27:**

All documents related to the consideration, if any, PWP-B paid to anyone for the BAKERSFIELD PROPERTY.

**REQUEST NO. 28:**

All documents related to PWP's use or distribution of proceeds, if any, from the 1981 transfer of the BAKERSFIELD PROPERTY.

**REQUEST NO. 29:**

All documents related to any deed of trust or other lien on the BAKERSFIELD PROPERTY from 1978 through the present.

5

1   **REQUEST NO. 30:**

2        All documents reflecting communications between PWP and PWP-B about the

3   BAKERSFIELD PROPERTY.

4   **REQUEST NO. 31:**

5        All documents related to the assertion in paragraph 23 of Stephen K. Ryan's declaration

6   (Docket No. 79-2) ("RYAN DECLARATION") that "[w]ith the exception of Richard Jackson,

7   PWP Corp. and PWP-Bakersfield had different shareholders and board members."

8   **REQUEST NO. 32:**

9        All documents related to the assertion in paragraph 23 of the RYAN DECLARATION

10  that "the shareholders of PWP-Bakersfield were Richard Jackson, Frank Boge, Darrell Nicholas,

11  Alex Saucido and Jeff Rodgers."

12  **REQUEST NO. 33:**

13       All documents related to the assertion in paragraph 24 of the RYAN DECLARATION

14  that PWP-B's loan in September 1980 from Lloyds Bank California "was used by PWP-

15  Bakersfield to purchase the [BAKERSFIELD PROPERTY] from PWP Corp., as the final

16  payment for the property was due and owing and PWP Corp. no longer had any funds to pay it."

17  **REQUEST NO. 34:**

18       All "official pronouncements and industry reporting" of PWP-B, as referenced in

19  paragraph 25 of the RYAN DECLARATION.

20  **REQUEST NO. 35:**

21       All "marketing materials" of PWP-B in which PWP was "inadvertently referenced," as

22  described in paragraph 26 of the RYAN DECLARATION.

23  **REQUEST NO. 36:**

24       All documents that describe or reference the history of PWP, PWP-B, or "The Pacific

25  Wood Preserving Companies," the group of companies that until recently included PWP-B,

26  Arizona Pacific Wood Preserving, Inc., Pacific Wood Preserving of Oregon, Nevada Wood

27  Preserving, and Pacific Wood Preserving Texas.

28

**REQUEST NO. 37:**

All documents of PWP-B or The Pacific Wood Preserving Companies that include the following as a graphic, sticker, or seal:



**REQUEST NO. 38:**

All versions of every internet web page of PWP-B or The Pacific Wood Preserving Companies, from the date of the first such page to the present.

Dated:  December 19, 2014

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

THOMAS G. HELLER
DENNIS L. BECK, JR.
Deputy Attorneys General
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and
Toxic Substances Control Account*

LA2012602448
51659244.doc

7

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.
V. JIM DOBBAS, INC., et al.

No.:        2:14-cv-00595-WBS-EFB

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On December 19, 2014, I served the attached **PLAINTIFFS CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND TOXIC SUBSTANCES CONTROL ACCOUNT'S REQUEST FOR PRODUCTION TO DEFENDANT WEST COAST WOOD PRESERVING, LLC, SET ONE** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

**Lester O. Brown**
**Perkins Coie, LLP**
**1888 Century Park East, Suite 1700**
**Los Angeles, CA 90067-1721**
*Attorneys for defendant West Coast Wood Preserving, LLC*

**Jennifer Hartman King**
**King Williams & Gleason LLP**
**520 Capitol Mall, Suite 750**
**Sacramento, CA 95814**
*Attorneys for defendant Jim Dobbas, Inc.*

**David van Over**
**216 F Street #108**
**Davis, CA 95616-4515**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 19, 2014, at Los Angeles, California.

| Carol Chow | |
| --- | --- |
| Declarant | Signature |

LA2012602448
51662765.doc