1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  LAURA J. ZUCKERMAN, State Bar No. 161896
   THOMAS G. HELLER, State Bar No. 162561
4  Deputy Attorneys General
     1515 Clay Street, 20th Floor
5    Oakland, CA 94612
     Telephone: (510) 622-2174
6    Fax: (510) 622-2270
     E-mail: Laura.Zuckerman@doj.ca.gov
7  *Attorneys for Plaintiffs California
   Department of Toxic Substances Control and Toxic
8  Substances Control Account*

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                       SACRAMENTO DIVISION

12

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT WEST COAST WOOD PRESERVING, LLC**<br><br>Date: March 9, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 14th Floor<br>       501 I Street<br>       Sacramento, CA 95814<br>Trial: January 4, 2017<br><br>Action Filed: March 3, 2014 |
| **AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | |

1

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account request the Court to take judicial notice under Federal Rule of Evidence 201 of the following facts:

1.  In 1972, Richard F. Jackson, Joan C. Jackson, Everett L. Johnston, and Carolyn J. Johnston bought the property in Elmira, Solano County, California that is the subject of this case (the "Site").  Attached as Exhibit 1 is a true and correct copy of a Grant Deed recorded June 5, 1972 establishing the aforementioned facts.

2.  In 1977, Richard F. Jackson, Joan C. Jackson, Everett L. Johnston, and Carolyn J. Johnston quitclaimed the Site to Pacific Wood Preserving, a corporation.  Attached as Exhibits 2 and 3 are true and correct copies of Quitclaim Deeds recorded March 18, 1977 and March 25, 1977 establishing the aforementioned facts.

3.  In 1979, the People of the State of California, acting by and through the California Regional Water Quality Control Board, Central Valley Region, sued "Pacific Wood Preservation Corporation" for mandatory injunctive relief and civil monetary damages in Solano County Superior Court, Case Number 72764.  Attached as Exhibit 4 is a file-stamped copy of the complaint in the case establishing the aforementioned facts.

4.  In 1985, The Wickes Corporation merged with two other corporations, and the name of the surviving corporation was Wickes Companies, Inc.  Attached as Exhibit 5 is a true and correct copy of an Agreement of Merger and Restated Certificate of Incorporation for The Wickes Corporation filed with the Delaware Secretary of State establishing the aforementioned facts.

5.  In 1994, Collins & Aikman Group, Inc. merged into Collins & Aikman Corporation, a Delaware corporation to be renamed Collins & Aikman Products Co.  Attached as Exhibit 6 is a true and correct copy of a Certificate of Ownership and Merger filed with the Delaware Secretary of State establishing the aforementioned facts.

Dated: February 20, 2015

Respectfully submitted,
KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Thomas G. Heller*

LAURA J. ZUCKERMAN
THOMAS G. HELLER
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

3

PLS.' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEF. WEST COAST WOOD PRESERVING, LLC (2:14-cv-00595-WBS-EFB)