# Exhibit 1

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

Name: Richard F. Jackson, et al.
Street Address: 434 Estado Way
City & State: Novato, Calif.
#14551

22-110-04 and 22-132-01

MAIL TAX STATEMENTS TO

Name/Address: same as above

12573

RECORDED AT REQUEST OF
California Land Title Company
JUN 5 1972
OFFICIAL RECORDS OF
SOLANO COUNTY, CALIF.

Affix I.R.S. $........38.50........in This Space

DOCUMENTARY TRANSFER TAX $ 38.50
☐ COMPUTED ON FULL VALUE OF PROPERTY CONVEYED, OR
☐ COMPUTED ON FULL VALUE LESS LIENS & ENCUMBRANCES REMAINING THEREON AT TIME OF SALE

Signature of declarant or agent determining tax — firm name

# GRANT DEED

MERWIN BROCK BARNES, CAROL LOUISE HIBBERT, ADA McQUARY AND WILMA JACOBS, each an undivided 1/4 interest as their separate property

(GRANTOR - GRANTORS)

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Do es   Hereby Grant To   RICHARD F. JACKSON and JOAN C. JACKSON, his wife, as to an undivided 1/2 interest and EVERETT L. JOHNSTON and CAROLYN J. JOHNSTON, his wife, as to an undivided 1/2 interest      as joint tenants

the real property in the
County of Solano, State of California, described as follows:

SEE ATTACHED LEGAL DESCRIPTION AS EXHIBIT A

Dated May 19, 1972

STATE OF CALIFORNIA
COUNTY OF Yolo } SS.

On May 25, 1972 before me, the undersigned, a Notary Public in and for said County and State, personally appeared Merwin Brock Barnes, Carol Louise Hibbert known to me to be the person(s) whose name(s) is (are) subscribed to the within instrument and acknowledged that They executed the name.
WITNESS my hand and official seal.

Signature: [signed] Barry G. Binning

x [signed] Merwin Brock Barnes
MERWIN BROCK BARNES
x [signed] Carol Louise Hibbert
CAROL LOUISE HIBBERT
x [signed] Ada McQuary
ADA McQUARY
x [signed] Wilma Jacobs
WILMA JACOBS

BOOK 1755 PAGE 262

BARRY G. BINNING
Notary Public - California
COUNTY OF YOLO
My Commission Expires Sept. 14, 1973

MAIL TAX STATEMENTS AS DIRECTED ABOVE.

Solano County

EXHIBIT A

DESCRIPTION

All that certain real property situate in the County of Solano, State of California, particularly described as follows:

PARCEL 1:

BEGINNING AT THE SOUTHEAST CORNER OF THE NORTHWEST ONE QUARTER OF SECTION NINETEEN (19) TOWNSHIP SIX (6) NORTH RANGE ONE (1) EAST, MOUNT DIABLO BASE AND MERIDIAN; RUNNING THENCE NORTH ALONG THE QUARTER SECTION LINE TO THE SOUTHEASTERLY BOUNDARY OF THE RIGHT OF WAY OF THE SOUTHERN PACIFIC RAILROAD; THENCE SOUTHWESTERLY ALONG THE SOUTHEASTERLY LINE OF THE RIGHT OF WAY OF THE SOUTHERN PACIFIC RAILROAD COMPANY TO THE QUARTER SECTION LINE RUNNING EAST AND WEST THROUGH SAID SECTION NINETEEN (19); THENCE EAST AND ALONG SAID QUARTER SECTION LINE TO THE PLACE OF BEGINNING. EXCEPTING THEREFROM, HOWEVER, ALL THAT CERTAIN REAL PROPERTY AS CONVEYED BY ELEANOR D. ALLISON TO SOUTHERN PACIFIC RAILROAD COMPANY, A CORPORATION, BY DEED DATED MAY 10TH 1916, AND RECORDED MAY 22ND, 1916 IN LIBER "226" OF DEEDS, PAGE 104, THEREOF, AND DESCRIBED AS FOLLOWS: BEGINNING AT THE POINT OF INTERSECTION OF THE SOUTHEASTERLY RIGHT OF WAY LINE OF THE SOUTHERN PACIFIC RAILROAD COMPANY'S RAILROAD (AS IT NOW EXISTS ACROSS SAID NORTHWEST QUARTER OF SECTION 19) WITH THE EAST LINE OF THE NORTHWEST QUARTER OF SECTION 19, TOWNSHIP 6 NORTH RANGE 1 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE SOUTHWESTERLY ALONG SAID SOUTHEASTERLY RIGHT OF WAY LINE OF THE SOUTHERN PACIFIC RAILROAD COMPANY, A DISTANCE OF 306 FEET TO A POINT; THENCE AT A RIGHT ANGLE SOUTHEASTERLY 15 FEET TO A POINT; THENCE AT A RIGHT ANGLE NORTHEASTERLY PARALLEL TO SAID RIGHT OF WAY LINE 265 FEET TO A POINT; THENCE AT A RIGHT ANGLE SOUTHEASTERLY 15 FEET TO A POINT; THENCE AT A RIGHT ANGLE NORTHEASTERLY PARALLEL TO SAID RIGHT OF WAY LINE 200 FEET TO A POINT; THENCE AT A RIGHT ANGLE NORTHEASTERLY PARALLEL TO SAID RIGHT OF WAY LINE 200 FEET TO A POINT ON THE EAST LINE OF SAID NORTHWEST QUARTER OF SECTION 19; THENCE NORTH ALONG SAID EAST LINE OF THE NORTHWEST QUARTER OF SECTION 19, A DISTANCE OF 50.7 FEET TO THE POINT OF BEGINNING.

PARCEL 2:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF EDWARDS STREET AND THE WESTERLY LINE OF "A" STREET EXTENDED NORTHERLY; THENCE RUNNING WESTERLY AND ALONG THE NORTHERLY LINE OF EDWARDS STREET, ONE HUNDRED FORTY (140) FEET MORE OR LESS TO THE INTERSECTION OF THE EASTERLY LINE OF THE RIGHT OF WAY OF THE SOUTHERN PACIFIC RAILROAD COMPANY; THENCE NORTHERLY AND ALONG THE EASTERLY LINE OF THE RIGHT OF WAY OF THE SOUTHERN PACIFIC RAILROAD COMPANY, ONE HUNDRED NINETY ONE (191) FEET MORE OR LESS TO THE SOUTHERLY LINE OF COUNTY ROAD NUMBER TWO HUNDRED FORTY SIX (246) SOMETIMES ALSO KNOWN AS BINGHAMPTON STREET; THENCE EASTERLY AND ALONG THE SOUTHERLY LINE OF COUNTY ROAD NUMBER 246, TO THE INTERSECTION OF THE WESTERLY LINE OF A STREET, EXTENDED NORTHERLY; THENCE SOUTHERLY AND ALONG THE WESTERLY LINE OF A STREET, EXTENDED NORTHERLY TO THE NORTHERLY LINE OF EDWARDS STREET AND THE PLACE OF BEGINNING. ALL AS SAID STREETS HEREIN REFERRED TO ARE LAID DOWN AND DESIGNATED ON THAT CERTAIN MAP ENTITLED: "PLAN OF RESURVEY OF PORTION OF VACA STATION, PROPERTY OF W. C. FARMER, SITUATED ON SOUTH WEST ONE QUARTER (S.W. 1/4) OF SECTION NINETEEN (19) TOWNSHIP VI NORTH RANGE 1 EAST SOLANO COUNTY" SURVEYED BY E. N. MARSHALL, DEPUTY COUNTY SURVEYOR, APRIL 6TH, 1870 AND NOW APPEARING OF RECORD IN VOLUME "1" OF MAPS, PAGE 44 THEREOF, SOLANO COUNTY RECORDS.

BK/od

BOOK 1755 PAGE 263

### INDIVIDUAL ACKNOWLEDGMENT

State of California  
County of Solano } S.S.

On this 26th day of May, 1972 before me, Peggy J. Byrd, a Notary Public in and for said Solano County, personally appeared Ada McQuary, proved to me on the oath of _____ to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same.

WITNESS my hand and official seal.

Peggy J. Byrd  
Notary Public in and for said Solano County and State  
My commission expires July 21, 19 72

P-184 8-71

---

TO 447 C  
(Individual)

STATE OF CALIFORNIA  
COUNTY OF Orange } SS.

On May 31, 1972 before me, the undersigned, a Notary Public in and for said State, personally appeared Wilma Jacobs _____, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same.

WITNESS my hand and official seal.

Signature Carol S. Basham  
Carol S. Basham  
Name (Typed or Printed)

OFFICIAL SEAL  
CAROL S. BASHAM  
NOTARY PUBLIC · CALIFORNIA  
PRINCIPAL OFFICE IN  
COUNTY OF ORANGE  
MY COMMISSION EXPIRES AUGUST 16, 1975

(This area for official notarial seal)

BOOK 1755 PAGE 204