Exhibit 2

ESCROW NO. _____

PARCEL NO. _____

**PC 17669**

BOOK MAR 18 1977

OFFICIAL RECORDS
SOLANO COUNTY, CALIF.

PD. Recorder

WHEN RECORDED MAIL TO

Name ⌐ DOBBINS, WEIR, THOMPSON &
STEPHENSON
Street Address  A Professional Corporation
City & State  500 Main Street, PO Box 207
Vacaville, CA 95688 ⌐

10260

MAIL TAX STATEMENTS TO

Name ⌐ Pacific Wood Preserving
Street Address  PO Box 147
City & State  Elmira, California ⌐

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Quitclaim Deed

THE UNDERSIGNED GRANTOR(s) DECLARE(s)

DOCUMENTARY TRANSFER TAX is $ __nil__
___ computed on full value of property conveyed, or
___ computed on full value less value of liens or encumbrances remaining at time of sale, and

FOR A VALUABLE CONSIDERATION,

EVERETT L. JOHNSTON and CAROLYN J. JOHNSTON, husband and wife,

do ___ hereby REMISE, RELEASE, and FOREVER QUITCLAIM to

PACIFIC WOOD PRESERVING, a corporation,

the following described real property in the
County of __Solano__                    , State of California,

AS DESCRIBED ON EXHIBIT "A" ATTACHED HERETO.

Dated _March 16, 1977_

STATE OF CALIFORNIA
COUNTY OF
__Solano__            } ss.

On _March 16, 1977_
before me, the undersigned, a Notary Public in and for said
County and State, personally appeared
__Everett L. Johnston__
__and Carolyn J. Johnston__
known to me to be the person(s) whose name(s) is (are)
subscribed to the within instrument and acknowledged that
__they__ _____ executed the same.

WITNESS my hand and official seal.

Signature _Barbara M Eiter_

BARBARA M. EITER
Name (Typed or Printed)

_Everett L Johnston_
EVERETT L. JOHNSTON

_Carolyn J Johnston_
CAROLYN J. JOHNSTON

OFFICIAL SEAL
BARBARA M. EITER
NOTARY PUBLIC - CALIFORNIA
SOLANO COUNTY
My Commission Expires Oct. 27, 1978

(This area for official notarial seal)

The land referred to in this policy is situated in the County of ____ SOLANO ____
State of California, and is described as follows:

PG 17670

## PARCEL 1:

BEGINNING AT THE SOUTHEAST CORNER OF THE NORTHWEST ONE QUARTER OF SECTION NINETEEN (19) TOWNSHIP SIX (6) NORTH RANGE ONE (1) EAST, MOUNT DIABLO BASE AND MERIDIAN; RUNNING THENCE NORTH ALONG THE QUARTER SECTION LINE TO THE SOUTHEASTERLY BOUNDARY OF THE RIGHT OF WAY OF THE SOUTHERN PACIFIC RAILROAD; THENCE SOUTHWESTERLY ALONG THE SOUTH EASTERLY LINE OF THE RIGHT OF WAY OF THE SOUTHERN PACIFIC RAILROAD COMPANY TO THE QUARTER SECTION LINE RUNNING EAST AND WEST THROUGH SAID SECTION NINETEEN (19); THENCE EAST AND ALONG SAID QUARTER SECTION LINE TO THE PLACE OF BEGINNING. EXCEPTING THEREFROM, HOWEVER, ALL THAT CERTAIN REAL PROPERTY AS CONVEYED BY ELEANOR B. ALLISON TO SOUTHERN PACIFIC RAILROAD COMPANY, A CORPORATION, BY DEED DATED MAY 10TH 1916, AND RECORDED MAY 23RD, 1916 IN LIBER "226" OF DEEDS, PAGE 104, THEREOF, AND DESCRIBED AS FOLLOWS: BEGINNING AT THE POINT OF INTERSECTION OF THE SOUTHEASTERLY RIGHT OF WAY LINE OF THE SOUTHERN PACIFIC RAILROAD COMPANY'S RAILROAD (AS IT NOW EXISTS ACROSS SAID NORTHWEST QUARTER OF SECTION 19) WITH THE EAST LINE OF THE NORTHWEST QUARTER OF SECTION 19, TOWNSHIP 6 NORTH RANGE 1 EAST, MOUNT DIABLO BASE AND MERIDIAN; THENCE SOUTHWESTERLY ALONG SAID SOUTHEASTERLY RIGHT OF WAY LINE OF THE SOUTHERN PACIFIC RAILROAD COMPANY, A DISTANCE OF 506 FEET TO A POINT; THENCE AT A RIGHT ANGLE SOUTHEASTERLY 15 FEET TO A POINT; THENCE AT A RIGHT ANGLE NORTHEASTERLY PARALLEL TO SAID RIGHT OF WAY LINE 265 FEET TO A POINT; THENCE AT A RIGHT ANGLE SOUTHEASTERLY 15 FEET TO A POINT; THENCE AT A RIGHT ANGLE NORTHEASTERLY PARALLEL TO SAID RIGHT OF WAY LINE 200 FEET TO A POINT; THENCE AT A RIGHT ANGLE NORTHEASTERLY PARALLEL TO SAID RIGHT OF WAY LINE 200 FEET TO A POINT ON THE EAST LINE OF SAID NORTHWEST QUARTER OF SECTION 19; THENCE NORTH ALONG SAID EAST LINE OF THE NORTHWEST QUARTER OF SECTION 19, A DISTANCE OF 50.7 FEET TO THE POINT OF BEGINNING.

## PARCEL 2:

BEGINNING AT THE INTERSECTION OF THE NORTHERLY LINE OF EDWARDS STREET AND THE WESTERLY LINE OF "A" STREET EXTENDED NORTHERLY; THENCE RUNNING WESTERLY AND ALONG THE NORTHERLY LINE OF EDWARDS STREET, ONE HUNDRED FORTY (140) FEET MORE OR LESS TO THE INTERSECTION OF THE EASTERLY LINE OF THE RIGHT OF WAY OF THE SOUTHERN PACIFIC RAILROAD COMPANY; THENCE NORTHERLY AND ALONG THE EASTERLY LINE OF THE RIGHT OF WAY OF THE SOUTHERN PACIFIC RAILROAD COMPANY, ONE HUNDRED NINETY ONE (191) FEET MORE OR LESS TO THE SOUTHERLY LINE OF COUNTY ROAD NUMBER TWO HUNDRED FORTY SIX (246) SOMETIMES ALSO KNOWN AS BINGHAMPTON STREET; THENCE EASTERLY AND ALONG THE SOUTHERLY LINE OF COUNTY ROAD NUMBER 246, TO THE INTERSECTION OF THE WESTERLY LINE OF A STREET, EXTENDED NORTHERLY; THENCE SOUTHERLY AND ALONG THE WESTERLY LINE OF A STREE, EXTENDED NORTHERLY TO THE NORTHERLY LINE OF EDWARDS STREET AND THE PLACE OF BEGINNING. ALL AS SAID STREETS HEREIN REFERRED TO ARE LAID DOWN AND DESIGNATED ON THAT CERTAIN MAP ENTITLED: "PLAN OF RESURVEY OF PORTION OF VACA STATION, PROPERTY OF W. C. FARMER, SITUATED ON SOUTH WEST ONE QUARTER (S.W. 1/4) OF SECTION NINETEEN (19) TOWNSHIP VI NORTH RANGE 1 EAST SOLANO COUNTY" SURVEYED BY E. H. MARSHALL, DEPUTY COUNTY SURVEYOR, APRIL 8TH, 1870 AND NOW APPEARING OF RECORD IN VOLUME "1" OF MAPS, PAGE 44 THEREOF, SOLANO COUNTY RECORDS.

CD



EXHIBIT "A"