Exhibit 6

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 10:15 AM 07/13/1994
944128185 - 220030

CERTIFICATE OF OWNERSHIP AND MERGER
OF
COLLINS & AIKMAN GROUP, INC.
(a Delaware corporation)
INTO
COLLINS & AIKMAN PRODUCTS CO.
(a Delaware corporation)

Pursuant to Section 253 of the Delaware General Corporation Law, Collins & Aikman Group, Inc., a corporation organized under the laws of the State of Delaware (hereinafter referred to as the "Parent Corporation"), hereby certifies that:

1. The Parent Corporation is the owner of all of the outstanding shares of each class of the capital stock of Collins & Aikman Products Co., a corporation organized under the laws of the State of Delaware (hereinafter referred to as the "Subsidiary Corporation").

2. Effective on July 13, 1994, the Board of Directors of the Parent Corporation adopted the following resolutions to merge the Parent Corporation into the Subsidiary Corporation:

> "WHEREAS, this Corporation is the legal and beneficial owner of all of the outstanding shares of each class of the capital stock of Collins & Aikman Corporation, a Delaware corporation to be renamed Collins & Aikman Products Co. ("C&A"); and
>
> WHEREAS, this Corporation desires to merge itself into C&A pursuant to the provisions of Section 253 of the Delaware General Corporation Law;
>
> NOW, THEREFORE, BE IT RESOLVED, that effective upon the close of business on the date of the filing of an appropriate Certificate of Ownership and Merger embodying these resolutions with the Secretary of State of the State of Delaware, but subject to the approval of the stockholders of this Corporation, (hereinafter referred to as the "Effective Time"), this Corporation be, and it hereby is, merged (the "Merger") with and into C&A, which will be the surviving corporation and assume all of the

1

obligations of this Corporation; and

FURTHER RESOLVED, that the terms and conditions of the Merger are as follows: at the Effective Time, (1) the certificate of incorporation of C&A and the by-laws of C&A shall be the certificate of incorporation and by-laws of the surviving corporation, (ii) each share of common stock, par value $.10 per share, of C&A ("Subsidiary Common Stock") outstanding immediately prior to the Effective Time and owned of record by this Corporation shall cease to be outstanding, without any payment being made in respect thereof, and (iii) each share of Common Stock ("Parent Common Stock"), par value $1.00 per share, of this Corporation outstanding immediately prior to the Effective Time shall be converted into .000020917 shares of Subsidiary Common Stock (so that the outstanding 47,808,123 shares of Parent Common Stock shall be converted into an aggregate of 1,000 shares of Subsidiary Common Stock), certificates for which shares shall be issued to the stockholders of this Corporation upon surrender to C&A by such stockholders of the certificates formerly representing such shares of Parent Common Stock;"

3. The merger has been approved by the holders of a majority of the outstanding stock of the Parent Corporation entitled to vote thereon by written consent without a meeting in accordance with Section 228 of the Delaware General Corporation Law, and notice of such action by written consent has been given as required therein.

IN WITNESS WHEREOF, the undersigned has caused this Certificate to be signed this 13th day of July, 1994.

COLLINS & AIKMAN GROUP, INC.

By: *[signature]*
Name: Paul W. Meeks
Title: Vice President and Treasurer

ATTEST:

By: *[signature]*
Name: John F. Grossbauer
Title: Assistant Secretary

2