KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
LAURA J. ZUCKERMAN, State Bar No. 161896
THOMAS G. HELLER, State Bar No. 162561
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 622-2174
Fax: (510) 622-2270
E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**RESPONSE OF PLAINTIFFS TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT WEST COAST WOOD PRESERVING, LLC**<br><br>Date: March 9, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 14th Floor<br>501 I Street<br>Sacramento, CA 95814<br>Trial: January 4, 2017<br><br>Action Filed: March 3, 2014 |
| **AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | |

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account respond to the Request for Judicial Notice in Support of Motion for Summary Judgment by Defendant West Coast Wood Preserving, LLC ("WCWP") (Docket No. 83) as follows:

| **WCWP Request for Judicial Notice** | **Plaintiffs' Response** |
|---|---|
| 1. Pacific Wood Preserving of Bakersfield, Inc. ("PWP-Bakersfield") was incorporated under Nevada law on October 27, 1978. Attached as Exhibit A to this Request for Judicial Notice is a true and correct copy of PWP-Bakersfield's Articles of Incorporation, which establishes the aforementioned facts regarding PWP-Bakersfield's incorporation. | No objection. |
| 2. PWP-Bakersfield filed a petition for Chapter 11 reorganization in 1991 in the United States Bankruptcy Court for the Eastern District of California, case number 91-28246-A-11, entitled *In re Pacific Wood Preserving of Bakersfield*. Attached as Exhibit B to this Request for Judicial Notice is a true and correct copy of PWP – Bakersfield's Plan of Reorganization, which establishes the aforementioned facts regarding the bankruptcy petition. | This fact is not in dispute, but WCWP states in its motion that "WCWP is not seeking entry of summary judgment against DTSC based on the bankruptcy discharge [of PWP-Bakersfield]…." (WCWP Mot. at 5 n.1.) Therefore, this fact is immaterial to WCWP's motion. |

| WCWP Request for Judicial Notice | Plaintiffs' Response |
|---|---|
| 3. The California Department of General Services filed a claim in PWP-Bakersfield's bankruptcy case relating to an unfilled purchase order for lumber. Attached as Exhibit C to this Request for Judicial Notice is a true and correct copy of the California Department of General Service's Proof of Claim filed in case 91-28246-A-11, which establishes the agency's claim. | This fact is not in dispute, but WCWP states in its motion that "WCWP is not seeking entry of summary judgment against DTSC based on the bankruptcy discharge [of PWP-Bakersfield]…." (WCWP Mot. at 5 n.1.) Therefore, this fact is immaterial to WCWP's motion. |
| 4. The Bankruptcy Court for the Eastern District of California confirmed PWP-Bakersfield's reorganization plan on or about June 8, 1993. Attached as Exhibit D to this Request for Judicial Notice is a true and correct copy of the Order Confirming Amended Plan filed in the United States Bankruptcy Court for the Eastern District of California, which establishes the plan's confirmation. | This fact is not in dispute, but WCWP states in its motion that "WCWP is not seeking entry of summary judgment against DTSC based on the bankruptcy discharge [of PWP-Bakersfield]…." (WCWP Mot. at 5 n.1.) Therefore, this fact is immaterial to WCWP's motion. |

| WCWP Request for Judicial Notice | Plaintiffs' Response |
|---|---|
| 5. In November, 2013, PWP-Bakersfield converted from a Nevada corporation into a Nevada limited liability company. Attached as Exhibit E to this Request for Judicial Notice is a true and correct copy of the Articles of Conversion establishing PWP-Bakersfield's conversion into a Nevada limited liability company. | No objection. |
| 6. Pacific Wood Preserving Corporation ("PWP Corp.") filed for incorporation under California law on April 27, 1972. Attached as Exhibit F to this Request for Judicial Notice is a true and correct copy of PWP Corp.'s Articles of Incorporation establishing the aforementioned facts relating to PWP Corp.'s incorporation. | The cited document indicates that "Pacific Wood Preserving," a California corporation, incorporated on March 5, 1972, and that the Articles of Incorporation were filed with the California Secretary of State on April 27, 1972. (WCWP RJN Ex. F at 78-79.) Subject to these modifications, Plaintiffs do not object to judicial notice. |
| 7. Richard Jackson was one of the initial directors of PWP Corp. Attached as Exhibit F to this Request for Judicial Notice is a true and correct copy of PWP Corp's Articles of Incorporation establishing the aforementioned facts relating to Mr. Jackson's directorship. | No objection. |
| 8. On or about September 25, 1979, the Superior Court of the State of California, County of Solano entered a Judgment Pursuant to Stipulation between Plaintiff the People of | No objection. |

| WCWP Request for Judicial Notice | Plaintiffs' Response |
| --- | --- |
| the State of California and Defendant PWP Corp. in Case Number 72764. Attached as Exhibit G to this Request for Judicial Notice is a true and correct copy of the Judgment Pursuant to Stipulation establishing the aforementioned facts. | |
| 9. PWP Corp. filed for dissolution on September 11, 1980. Attached as Exhibit H to this Request for Judicial Notice are true and correct copies of PWP Corp.'s Certificate of Election to Wind Up and Dissolve and Certificate of Winding Up and Dissolution establishing the facts relating to PWP Corp.'s dissolution. | Objection.<br>PWP Corp. did not "file[] for dissolution on September 11, 1980." Rather, it filed a Certificate of Winding Up and Dissolution with the California Secretary of State on that date, in which three directors of the company declared that the corporation was "completely wound up" and "dissolved" as of December 1979. (WCWP RJN Ex. H at 86.) |
| 10. In October 1978, PWP Corp. purchased a parcel of real estate at 5601 District Boulevard, Bakersfield, California for $250,000 (the "Bakersfield Property"). Attached as Exhibit I to this Request for Judicial Notice is a true and correct copy of a Grant Deed filed in Kern County, California on October 20, 1978 establishing that PWP Corp. purchased the Bakersfield Property described in the Grant Deed for $250,000. The purchase price is established by the amount of the Documentary | Objection.<br>The fact of the purchase is not in dispute, but the purchase price of the Bakersfield property is not indicated on the cited document. The amount of the Documentary Transfer Tax stated on the document does not necessarily establish the purchase price. The fact is also not generally known in the Court's territorial jurisdiction. Therefore, the amount of the purchase price is not appropriate for judicial notice under Federal Rule of Evidence 201. |

| WCWP Request for Judicial Notice | Plaintiffs' Response |
|---|---|
| Transfer Tax ($275.00) listed on the Grant Deed. | |
| 11. PWP Corp. financed $177,500 of the purchase price of the Bakersfield Property with a mortgage secured by a deed of trust from the seller, Tenneco Realty Development Corporation ("Tenneco"). Attached as Exhibit J to this Request for Judicial Notice is a true and correct copy of a Short Form Purchase Money Deed of Trust and Assignment of Rents filed with the Kern County Recorder's Office on October 20, 1978 establishing that PWP Corp. financed $177,500 of the purchase of the Bakersfield Property. | No objection. |
| 12. On September 19, 1980, Tenneco filed a Full Reconveyance relating to the Short Form Purchase Money Deed of Trust and Assignment of Rents filed with the Kern County Recorder's Office on October 20, 1978. In the Full Reconveyance, Tenneco affirmed that the mortgage on the Bakersfield Property had been fully paid. The Full Reconveyance also requested that a copy be sent to Lloyds Bank California after it was recorded. Attached as Exhibit K to this Request for Judicial Notice is a true and correct copy of a Full | The cited document is signed by Tenneco West, Inc., as Trustee, not Tenneco Realty Development Corporation. Subject to this modification, Plaintiffs do not object to judicial notice. |

| WCWP Request for Judicial Notice | Plaintiffs' Response |
|---|---|
| Reconveyance filed September 19, 1980 by Tenneco establishing the aforementioned facts. | |
| 13. Also on September 19, 1980, PWP-Bakersfield filed a Short Form Deed of Trust and Assignment of Rents regarding the Bakersfield Property in favor of Lloyds Bank California. Attached as Exhibit L to this Request for Judicial Notice is a true and correct copy of a Short Form Deed of Trust and Assignment of Rents filed September 19, 1980 establishing the aforementioned facts. | No objection. |
| 14. On September 21, 1981, PWP Corp. filed a Grant Deed with the Kern County Recorder's Office granting the Bakersfield Property to PWP-Bakersfield.  Attached as Exhibit M to this Request for Judicial Notice is a true and correct copy of a Grant Deed filed September 21, 1981 establishing the aforementioned facts. | No objection. |

7

RESPONSE OF PLS. TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEF. WEST COAST WOOD PRESERVING, LLC (2:14-cv-00595-WBS-EFB)

| WCWP Request for Judicial Notice | Plaintiffs' Response |
|---|---|
| 15. On August 22, 2014, Defendant Jim Dobbas, Inc. ("Dobbas") filed a Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Dismiss Defendant Jim Dobbas, Inc.'s Counterclaim, and to Strike Portions of Answers of Defendants Jim Dobbas, Inc., David Van Over, and West Coast Wood Preserving, LLC. Dobbas' Memorandum establishes that Dobbas contends that it purchased the Wickes Site from Collins & Aikman Products in 1997 in reliance on DTSC's representations in the Certification that "all appropriate removal/remedial actions" had already been completed. Attached as Exhibit N to this Request for Judicial Notice is a true and correct copy of Dobbas' Opposition to the Motion to Dismiss filed August 22, 2014 establishing the aforementioned facts. | The fact that defendant Jim Dobbas, Inc. made this contention is not in dispute, but is immaterial to WCWP's motion. |

8

RESPONSE OF PLS. TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEF. WEST COAST WOOD PRESERVING, LLC (2:14-cv-00595-WBS-EFB)

Dated: February 20, 2015

Respectfully submitted,
KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Thomas G. Heller*

LAURA J. ZUCKERMAN
THOMAS G. HELLER
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*