KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
LAURA J. ZUCKERMAN, State Bar No. 161896
THOMAS G. HELLER, State Bar No. 162561
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 622-2174
  Fax: (510) 622-2270
  E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants. | 2:14-cv-00595-WBS-EFB<br><br>**CERTIFICATE OF SERVICE**<br><br>Trial: January 4, 2017<br>Action Filed: March 3, 2014 |
| **AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | |

1

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.* | No. | 2:14-cv-00595-WBS-EFB |

I certify that on <u>February 20, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT WEST COAST WOOD PRESERVING, LLC'S MOTION FOR SUMMARY JUDGMENT**

**RESPONSE OF PLAINTIFFS TO STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT WEST COAST WOOD PRESERVING, LLC**

**DECLARATION OF PETER MACNICHOLL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT WEST COAST WOOD PRESERVING, LLC**

**DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT WEST COAST WOOD PRESERVING, LLC**

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT WEST COAST WOOD PRESERVING, LLC**

**RESPONSE OF PLAINTIFFS TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT WEST COAST WOOD PRESERVING, LLC**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

In addition, I served the documents by email on the following person, who consented to email service of the documents:

Brian M. Rostocki, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
BRostocki@ReedSmith.com

*Receiver for defendant Collins & Aikman Products, LLC*

I declare under penalty of perjury that the foregoing is true and correct.  Executed on <u>February 20, 2015</u> at Los Angeles, California.

|  |  |
|---|---|
| Thomas G. Heller | */s/ Thomas G. Heller* |
| Declarant | Signature |