JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE R. GLEASON (Bar No. 199655)
LOUINDA V. LACEY (Bar No. 275888)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:     (916) 379-7530
Facsimile:      (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
llacey@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC,  a Nevada limited liability company,<br><br>Defendants, | Case No.:  2:14-cv-00595-WBS-EFB<br><br>**DEFENDANT JIM DOBBAS, INC.'S PARTIAL JOINDER IN THE OPPOSITION FILED BY PLAINTIFFS CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT TO WEST COAST WOOD PRESERVING, LLC'S MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 107); PARTIAL STATEMENT OF NON-OPPOSITION TO WEST COAST WOOD PRESERVING, LLC'S MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 79)**<br><br>Date: **March 9, 2015**<br>Time: **2:00 p.m.**<br>Place: Courtroom 5, 14th Floor<br>    Robert T. Matsui United States Courthouse<br>    501 I Street<br>    Sacramento, CA  95814 |
| AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Trial:  January 4, 2017<br>Action filed:  March 3, 2014 |

00016859.3

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, Cross-Defendant, and Cross-Claimant Jim Dobbas, Inc. ("Dobbas") hereby files: (1) a Partial Joinder in the filed and served Opposition by Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs") to Defendant West Coast Wood Preserving, LLC's ("WCW") Motion for Summary Judgment ("Plaintiffs' Opposition") (Docket No. 107); and (2) a Partial Statement of Non-Opposition to Defendant WCW's Motion for Summary Judgment (Docket No. 79), as more specifically detailed herein.

The Partial Joinder in Plaintiffs' Opposition is limited to joining in the following sections on pages 20 through 24 of Plaintiffs' Opposition, filed in response to Section IV of WCW's Motion for Summary Judgment on pages 16 through 27, entitled "WCWP is not the Successor to PWP Corp.'s Environmental Liability at the Wickes Site":

1. Section IV. A. entitled "WCWP has not met its initial burden of establishing the absence of a genuine issue of material fact concerning successor liability"; and
1. Section IV. B. entitled "Even if WCWP had met its initial summary judgment burden on successor liability, there are specific facts showing there is a genuine issue for trial on successor liability."

The Partial Statement of Non-Opposition is filed in response to the question of law presented by WCW in Section 5 of its Motion for Summary Judgment at pages 28 through 33, entitled "All of DTSC's Claims are Time-Barred."

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

00016859.3

1

Dobbas reserves its rights to file any dispositive motion in accordance with the Federal Rules of Civil Procedure (including, but not limited to, Rule 56) on the claims asserted against Dobbas in this action. Dobbas further reserves its rights to include in any such motion any argument encompassing the matters addressed in WCW's motion for summary judgment, to the extent necessary to support its own substantive motion.

Dated: February 20, 2015                             Respectfully Submitted,

                                                     KING WILLIAMS & GLEASON LLP


                                                     By: */s/ Jennifer Hartman King*
                                                         Jennifer Hartman King
                                                         Nicole R. Gleason
                                                         Louinda v. Lacey

                                                     Attorneys for Defendant JIM DOBBAS, INC.