1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  DENNIS L. BECK, JR., State Bar No. 179492
   Deputy Attorney General
4  LAURA J. ZUCKERMAN (Counsel for service)
   State Bar No. 161896
5  Deputy Attorney General
    1515 Clay Street, 20th Floor
6   Oakland, CA 94612
    Telephone: (510) 622-2174
7   Fax: (510) 622-2270
    E-mail: Laura.Zuckerman@doj.ca.gov
8  *Attorneys for Plaintiffs California*
   *Department of Toxic Substances Control and Toxic*
9  *Substances Control Account*

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company,**<br><br>Defendants.<br><br>And related counterclaim and cross-claims. | 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF CHANGE OF DESIGNATION OF COUNSEL FOR SERVICE**<br><br>[L.R. 83-182(c)(1)]<br><br>Judge:       Hon. William B. Shubb<br>Trial Date:  January 4, 2017<br>Action Filed: March 3, 2014 |

**TO:     CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:**

Under L.R. 83-182(c)(1), Plaintiffs advise Defendants and all other parties in this case and the Court that their attorney designated for service has changed. The attorney formerly designated for service was as follows:

> THOMAS G. HELLER, SBN162561
> Deputy Attorney General
> State of California Department of Justice
> Attorney General's Office
> 300 South Spring Street, Suite 1702
> Los Angeles, CA 90013
> Telephone:  (213) 897-2628
> Fax:  (213) 897-2802
> E-mail:  Thomas.Heller@doj.ca.gov

The attorney now designated for service is as follows:

> LAURA J. ZUCKERMAN, SBN 161896
> Deputy Attorney General
> State of California Department of Justice
> Attorney General's Office
> 1515 Clay Street, 20th Floor
> Oakland, CA 94612
> Telephone:  (510) 622-2174
> Fax:  (510) 622-2270
> E-mail:  Laura.Zuckerman@doj.ca.gov

Please remove Thomas G. Heller as lead attorney for Plaintiffs and as an attorney to be noticed in the case.

Dated:  February 27, 2015              Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General


*/s/ Laura J. Zuckerman*


LAURA J. ZUCKERMAN
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

1

PLAINTIFFS' NOTICE OF CHANGE OF DESIGNATION OF COUNSEL
(2:14-cv-00595-WBS-EFB)