1  Lester O. Brown, Bar No. 160828
   LBrown@perkinscoie.com
2  Thomas M. McMahon, Bar No. 106074
   TMcmahon@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park East, Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Defendant
   West Coast Wood Preserving, LLC
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al., | Case No. 2:14-cv-00595-WBS-EFB |
12 | | **DECLARATION OF DARREL D. NICHOLAS IN RESPONSE TO PLAINTIFFS' REQUEST PURSUANT TO FED. R. CIV. P. 56(d)** |
13 | Plaintiffs, | |
14 | v. | |
15 | JIM DOBBAS, INC., et al., | Date: March 9, 2015 |
   | | Time: 2:00 p.m. |
16 | Defendants. | Place: Courtroom 5, 14th Floor |
   | | 501 I Street |
17 | | Sacramento, CA 95814 |
18 | | Trial: January 4, 2017 |
19 | | Action Filed: March 3, 2014 |
20
21 | AND RELATED CROSS-ACTIONS. |
22

I, Darrel D. Nicholas, declare as follows:

1.  I am eighty-three (83) years old and reside at 121 Pine Top Drive, Starkville, Mississippi 39759. I submit this Declaration in response to the Declaration of Lara Zuckerman requesting that the pending Summary Judgment Motion be denied or deferred pursuant to Federal Rule of Civil Procedure 56(d). I have personal knowledge of the facts recited herein, and if called as a witness could and would testify competently thereto.

2.  I was never a shareholder, director or officer of Pacific Wood Preserving Corporation ("PWP Corp.") based in Elmira, California. I had no involvement whatsoever with its operations.

3.  In 1978, I invested in a new business in Bakersfield, California with Richard Jackson, Frank Boge, Jeffrey Rodgers, Darrel Nicholas and Alejandro Saucedo. The business was incorporated as Pacific Wood Preserving of Bakersfield, Inc., a Nevada corporation ("Bakersfield"). I recall investing $25,000 in 1978 and receiving 250 shares of Bakersfield stock in return. I occasionally attended meetings at Bakersfield. I have no recollections of any matters discussed at such meetings, although there were minutes made of such meetings that might still exist. I had no role in the day-to-day operations of Bakersfield. In the late 1990's, I sold my shares in Bakersfield, resigned as an officer and director, and played no further part in its affairs.

4.  In particular, I have no recollections or understandings concerning any of the following matters:

    a.  the details of any environmental liability that PWP Corp. might have had at the Elmira Site;

    b.  the details of any sale transaction between PWP Corp. and the Wickes Corporation, other than the fact that PWP Corp.'s business, at some point in time, was sold to the Wickes Corporation;

1          c.     the acquisition of any real property by PWP Corp. in
2               Bakersfield, California;
3          d.     the disposition of PWP Corp.'s proceeds from the Wickes
4               transaction;
5          e.     the details of the dissolution of PWP Corp., other than the fact
6               that at some point in time PWP Corp. stopped operating;
7          f.     what was paid for any transfer of real property in Bakersfield
8               California from PWP Corp. to Bakersfield, or what was paid by
9               Bakersfield for any use of such property; and
10         g.     any acquisition of stock in Bakersfield by PWP Corp. that was
11              subsequently transferred to Richard Jackson, other than the fact
12              that I knew that Richard Jackson, who had been involved in
13              PWP Corp., was also an investor in Bakersfield.

14     5.     During the entire time that I was an investor in Bakersfield, I recall no
15 discussions or matters that involved either PWP Corp. or a wood treating facility in
16 Elmira California.

17     6.     I do not believe that I have any documents in my possession, custody
18 or control relating to either PWP Corp. or Bakersfield, but I will confirm upon my
19 return home next month.

20     7.     I do not believe that I should be put through the stress and
21 inconvenience of a deposition in this matter because it has been almost twenty years
22 since I was an investor in Bakersfield, I played no role with respect to the
23 operations of Bakersfield other than to invest in shares and attend occasional
24 meetings that I no longer recall, and I had no dealings whatsoever with PWP Corp.

25     I declare under penalty under the laws of the United States of America that
26 the foregoing is true and correct.

27

28

LEGAL125018928.1         -2-        NICHOLAS DECLARATION
2:14-cv-00595-WBS-EFB

1
2    Executed on February 24, 2015 at Waianae, HI
3
4
5    _____
     Darrel D. Nicholas
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL125018928.1                          -3-                    NICHOLAS DECLARATION
                                                                 2:14-cv-00595-WBS-EFB