1
2
3
4
5
6
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SACRAMENTO DIVISION

| | |
|---|---|
| 11  CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>13       Plaintiffs,<br><br>14            v.<br><br>15  JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC,  a Nevada limited liability company,<br><br>       Defendants,<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No.:  2:14-cv-00595-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JIM DOBBAS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FRCP Rule 56]**<br><br>Date:  **April 6, 2015**<br>Time:  **2:00 p.m.**<br>Place: Courtroom 5, 14th Floor<br>       Robert T. Matsui United States Courthouse<br>       501 I Street<br>       Sacramento, CA  95814<br><br>Action filed:  March 3, 2014 |

22
23
24
25
26
27
28

00017277.2                                      -1-

1  Jim Dobbas, Inc.'s ("Dobbas") Motion for Summary Judgment against Plaintiffs
2  California Department of Toxic Substances Control and the Toxic Substances Control Account
3  (collectively, "DTSC") came on for hearing before the Honorable William B. Shubb of the
4  United States District Court, Eastern District of California, on April 6, 2015, at 2:00 p.m. in
5  Courtroom 5 of the above-entitled Court.

6  After full consideration of the evidence and briefs submitted by the parties, and the oral
7  arguments of counsel, the Court finds that Dobbas has shown by admissible evidence and
8  reasonable inferences therefrom, not contradicted by other evidence or inferences, that there is no
9  triable issue as to any material fact, and, Dobbas is entitled to judgment as a matter of law on
10 DTSC's First, Second and Third Claims for Relief.

11 IT IS THEREFORE ORDERED that the Motion is granted and judgment shall be entered
12 as requested in favor of Dobbas and against DTSC.

13 **IT IS SO ORDERED.**

16 Dated: _____     _____
17                                          HON. WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE