JENNIFER HARTMAN KING (Bar No. 211313)
NICOLE R. GLEASON (Bar No. 199655)
LOUINDA V. LACEY (Bar No. 275888)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:      (916) 379-7530
Facsimile:       (916) 379-7535
jhartmanking@kwgattorneys.com
ngleason@kwgattorneys.com
llacey@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC,  a Nevada limited liability company,<br><br>Defendants,<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No.:  2:14-cv-00595-WBS-EFB<br><br>**REQUEST OF JIM DOBBAS, INC. TO FURTHER CONTINUE HEARING ON WEST COAST WOOD PRESERVING, LLC'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>Current Motion Hearing Date:<br><br>March 9, 2015<br><br>Proposed Continued Motion Hearing Date:<br><br>**April 6, 2015**<br><br>Trial:   January 4, 2017<br>Action filed:  March 3, 2014 |

Defendant Jim Dobbas, Inc. ("Dobbas") respectfully requests the following:

1. That the March 9, 2015, hearing currently scheduled for West Coast Wood Preserving, LLC's Motion for Summary Judgment (Docket No. 79 ("WCW's MSJ")) be continued to April 6, 2015, at 2:00 p.m. in Courtroom 5. The Court granted two previous requests to continue the hearing on WCW's Motion from January 26, 2015, until February 9, 2015, and from February 9, 2015, until March 9, 2015. (Docket Nos. 88 and 97.)

2. Dobbas submits the following good cause bases for this request:

   a. On February 20, 2015, Plaintiffs, California Department of Toxic Substances Control and the Toxic Substances Control Account ("DTSC") filed a response to WCW's MSJ. (Docket No. 107 ("DTSC's Opposition").) Within DTSC's Opposition, DTSC admits every material fact that has any bearing on whether DTSC's Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") and the Carpenter-Presley-Tanner Hazardous Substance Account Act ("HSAA") claims against Dobbas are barred by the applicable statute of limitations. (Docket No. 107 at 24-31; see, e.g., Response of Plaintiffs to Statement of Undisputed Facts in Support of Motion for Summary Judgment by Defendant West Coast Wood Preserving, LLC at Responses 13-16, 28-49, 57.) The facts and information within DTSC's Opposition establish that DTSC's claims against Dobbas may be adjudicated as a matter of law, in accordance with Federal Rule of Civil Procedure 56. Because DTSC has not asserted an HSAA claim against West Coast Wood Preserving, LLC ("WCW"), it is necessary for Dobbas to file a separate motion under Federal Rule of Civil Procedure 56 to obtain judgment on that claim.

   b. Dobbas expeditiously prepared its Motion for Summary Judgment in light of DTSC's Opposition and files its motion concurrently with this request on March 2, 2015, just five business days after receiving DTSC's Opposition.

   c. Dobbas submits this request out of respect for the Court and for all parties involved in the underlying action, and in an effort to conserve judicial resources and ensure consistent and complete adjudication of all of DTSC's claims against the parties. Continuing

the March 9, 2015, hearing will ensure that all briefings relative to the applicable statute of limitations are before the Court before it hears oral argument and rules on WCW's MSJ.

        d.    Prior to filing this request, on Friday, February 27, 2015, Dobbas attempted to secure a stipulation from DTSC and WCW to continue the March 9, 2015, hearing. WCW declined to enter into the proposed stipulation and, as of the time of the submission of this request, DTSC has not responded.

Dated: March 2, 2015

Respectfully Submitted,

KING WILLIAMS & GLEASON LLP

By: */s/ Jennifer Hartman King*
    Jennifer Hartman King
    Nicole R. Gleason
    Louinda v. Lacey

Attorneys for Defendant JIM DOBBAS, INC.

**IT IS SO ORDERED**.

Dated: March \_\_\_\_\_, 2015

William B Shubb
United States District Court Judge