| | |
|---|---|
| 1 | KAMALA D. HARRIS, State Bar No. 146672<br>Attorney General of California |
| 2 | SARAH E. MORRISON, State Bar No. 143459<br>Supervising Deputy Attorney General |
| 3 | LAURA J. ZUCKERMAN, State Bar No. 161896<br>DENNIS L. BECK, JR., State Bar No. 179492 |
| 4 | Deputy Attorneys General<br>  1515 Clay Street, 20th Floor |
| 5 |   Oakland, CA 94612<br>  Telephone: (510) 622-2174 |
| 6 |   Fax: (510) 622-2270<br>  E-mail: Laura.Zuckerman@doj.ca.gov |
| 7 | *Attorneys for Plaintiffs California*<br>*Department of Toxic Substances Control and Toxic* |
| 8 | *Substances Control Account* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>                                              Plaintiffs,<br><br>             v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>                                              Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | Case No. 2:14-cv-00595-WBS-EFB<br><br>**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO REQUEST OF DEFENDANT JIM DOBBAS, INC. TO FURTHER CONTINUE HEARING ON WEST COAST WOOD PRESERVING, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Current Motion Hearing Date:<br><br>March 9, 2015<br><br>Proposed Continued Motion Hearing Date:<br><br>**April 6, 2015**<br><br>Trial: January 4, 2017<br>Action Filed: March 3, 2014 |

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account hereby submit this Statement of Non-Opposition to the Request of Jim Dobbas, Inc. to Further Continue Hearing on West Coast Wood Preserving, LLC's Motion for Summary Judgment, filed on March 2, 2015 ("Request for Continuance").

On February 27, 2015, counsel for Jim Dobbas, Inc. ("Dobbas") requested of plaintiffs and defendant West Coast Wood Preserving, LLC ("WCWP") that they stipulate to continue the hearing on WCWP's motion for summary judgment to allow Dobbas two weeks to prepare and file a dispositive motion. Before plaintiffs had a chance to respond, counsel for WCWP replied, stating that WCWP would not agree to continue the March 9, 2015 hearing. Plaintiffs did not subsequently respond to Dobbas's request for a continuance, because WCWP's unwillingness to agree to the request precluded the possibility of a stipulation among the parties. Dobbas filed the Request for Continuance on March 3, 2015.

Plaintiffs have no objection to Dobbas's request to continue the March 9, 2015, summary judgment motion hearing to April 6, 2015, the date set for the hearing on Dobbas's motion for summary judgment. Plaintiffs therefore submit this Statement of Non-Opposition to the Request for Continuance.

.

Dated:  March 3, 2015

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Laura J. Zuckerman*

LAURA J. ZUCKERMAN
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*