UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>        Plaintiffs,<br><br>   v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>        Defendants,<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | CIV. NO. 2:14-595 WBS EFB<br><br>ORDER |

----oo0oo----

    Concurrently with its motion for summary judgment, defendant Jim Dobbas, Inc. filed a request to further continue

1

the hearing on WCWP's motion so that the court may consider both motions for summary judgment at the same time. (Docket No. 118.) Plaintiffs have filed a notice of non-opposition to Dobbas's request pursuant to Local Rule 230(c). (Docket No. 118.)

    Good cause appearing, IT IS HEREBY ORDERED that the hearing on defendant West Coast Wood Preserving, LLC's motion for summary judgment currently scheduled for March 9, 2015, be, and the same hereby is, CONTINUED to April 6, 2015, at 2:00 p.m.

Dated:  March 3, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2