Lester O. Brown, State Bar No. 160828
LBrown@perkinscoie.com
Thomas M. McMahon, Bar No. 106074
TMcmahon@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
West Coast Wood Preserving, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**STIPULATION BY DEFENDANT WEST COAST WOOD PRESERVING, LLC AND PLAINTIFFS CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT REGARDING SETTLEMENT IN PRINCIPLE AND CONTINUATION OF WEST COAST WOOD PRESERVING'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>Judge: William B. Shubb<br>Trial: January 4, 2017<br>Action Filed: March 3, 2014 |

**STIPULATION**

WHEREAS Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively "Plaintiffs") filed a Complaint in the above-captioned action on March 3, 2014, and filed a First Amended Complaint ("FAC") on December 11, 2014;

WHEREAS Defendant West Coast Wood Preserving, LLC ("WCWP") filed an Answer to the Complaint on June 10, 2014, and an Answer to the FAC on January 5, 2015;

WHEREAS WCWP filed a Motion for Summary Judgment ("Motion") on December 15, 2014;

WHEREAS Plaintiffs filed an Opposition to the Motion on February 20, 2015;

WHEREAS Plaintiffs and WCWP participated in a confidential mediation on March 3, 2015;

WHEREAS Plaintiffs and WCWP reached a settlement in principle at the mediation pending the completion of a written settlement agreement and the completion of the required governmental procedures and Court approval for such a settlement;

WHEREAS the Court has set the hearing for WCWP's Motion on April 6, 2015;

IT IS HEREBY STIPULATED by and between Plaintiffs and WCWP that:

1. WCWP's Motion be taken off calendar for April 6, 2015, and continued until ten days after this Court holds a hearing on a Motion to Approve the [Proposed] Consent Decree Between Plaintiffs and Defendant WCWP ("Motion to Approve the Consent Decree"), which will be filed with the Court;

2. Plaintiffs and WCWP request that the Court set a hearing date of July 13, 2015, at 2:00 p.m. for a hearing on the Motion to Approve the Consent Decree. Should the public comment period required under 42 U.S.C. section

1  9622(d)(2)(B) run longer than anticipated, the parties further stipulate that a request
2  may be made for a continuance of the hearing on the Motion to Approve the
3  Consent Decree.

5  DATED: March 5, 2015

Respectfully submitted,

PERKINS COIE LLP

7  By: /s/ Lester O. Brown
    Lester O. Brown

Attorneys for Defendant
West Coast Wood Preserving, LLC

Respectfully submitted,

11 DATED: March 5, 2015

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

15 By: /s/ Dennis L. Beck, Jr.
    Dennis L. Beck, Jr.

Attorneys for Plaintiffs California
Department of Toxic Substances Control and
Toxic Substances Control Account

## ATTESTATION

21  I, Lester O. Brown, do hereby declare pursuant to Rule 131(e) of the Local
22 Rules of the United States District Court for the Eastern District of California that I
23 obtained concurrence in the filing of the foregoing document from Plaintiffs'
24 counsel Dennis L. Beck, Jr. on this 5th day of March, 2015.

/s/ Lester O. Brown

1 **IT IS SO ORDERED.**

3 Dated: March ____, 2015

_____
William B. Shubb
United States District Court Judge