KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
LAURA ZUCKERMAN (Counsel for service)
State Bar No. 161896
DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone: (510) 622-2174
 Fax: (510) 622-2270
 E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**STIPULATION BY PLAINTIFFS AND DEFENDANT JIM DOBBAS, INC., REGARDING SETTLEMENT IN PRINCIPLE AND CONTINUATION OF HEARING ON JIM DOBBAS, INC.'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>Judge:     William B. Shubb<br><br>Trial:     January 4, 2017<br>Action Filed: March 3, 2014 |

**STIPULATION**

WHEREAS Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively "Plaintiffs") filed a Complaint in the above-captioned action on March 3, 2014 (ECF No. 1), and filed a First Amended Complaint ("FAC") on December 11, 2014 (ECF No. 77).

WHEREAS Defendant Jim Dobbas, Inc. ("Dobbas") filed an Answer to the Complaint on June 10, 2014 (ECF No. 23), and an Answer to the FAC on December 24, 2014 (ECF No. 85).

WHEREAS Dobbas filed a Motion for Summary Judgment ("Motion") on March 2, 2015 (ECF No. 116) and a hearing on that Motion is set for April 6, 2015.

WHEREAS Plaintiffs and Dobbas (collectively, "the Parties") have engaged in settlement negotiations and reached a settlement in principle.  The Parties believe that a continuance of the hearing on Dobbas' Motion is appropriate and necessary in order to allow the Parties time to further negotiate and finalize the terms of a settlement.  Such continuance will conserve both the Parties' and the Court's resources in this matter

IT IS HEREBY STIPULATED by and between the Parties that the hearing on Dobbas' Motion be continued for four (4) weeks, to May 4, 2015, to allow the Parties time to further negotiate and finalize a settlement in this matter.

Dated:  March 18, 2015                                  Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General


/s/ Dennis L. Beck, Jr.

DENNIS L. BECK, JR.
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

Dated:  March 18, 2015                      Respectfully submitted,

KING WILLIAMS & GLEASON, LLP


/s/ Nicole R. Gleason (as authorized on March 18, 2015)

NICOLE R. GLEASON
*Attorneys for Defendant Jim Dobbas, Inc.*

**ATTESTATION**

I, Dennis L. Beck, Jr., do hereby declare pursuant to Rule 131(e) of the Local Rules of the United States District Court for the Eastern District of California that I obtained concurrence in the filing of the foregoing document from Nicole R. Gleason, counsel for defendant Jim Dobbas Inc., on this 18th day of March, 2015.

                                                   /s/ Dennis L. Beck, Jr.

1  **IT IS SO ORDERED.**  The hearing on Defendant Jim Dobbas, Inc.'s Motion for Summary
2  Judgment is continued to May 4, 2015, at 2:00 p.m.

4  Dated:  _____
                 WILLIAM B. SHUBB
                 UNITED STATES DISTRICT JUDGE