1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   SARAH E. MORRISON, State Bar No. 143459
    Supervising Deputy Attorney General
3   LAURA ZUCKERMAN (Counsel for service)
    State Bar No. 161896
4   DENNIS L. BECK, JR., State Bar No. 179492
    Deputy Attorneys General
5    1515 Clay Street, 20th Floor
     Oakland, CA 94612
6    Telephone: (510) 622-2174
     Fax: (510) 622-2270
7    E-mail: Laura.Zuckerman@doj.ca.gov
    *Attorneys for Plaintiffs California*
8   *Department of Toxic Substances Control and Toxic*
    *Substances Control Account*

9

10                  IN THE UNITED STATES DISTRICT COURT

11               FOR THE EASTERN DISTRICT OF CALIFORNIA

12                         SACRAMENTO DIVISION

13

| | |
|---|---|
| 14 **CALIFORNIA DEPARTMENT OF TOXIC** | 2:14-cv-00595-WBS-EFB |
| 15 **SUBSTANCES CONTROL and the TOXIC** | |
| **SUBSTANCES CONTROL ACCOUNT,** | **STIPULATION BY PLAINTIFFS AND** |
| 16 | **DEFENDANT JIM DOBBAS, INC.,** |
| | **REGARDING SETTLEMENT IN** |
| 17 Plaintiffs, | **PRINCIPLE AND CONTINUATION OF** |
| | **HEARING ON JIM DOBBAS, INC.'S** |
| v. | **MOTION FOR SUMMARY JUDGMENT;** |
| 18 | **[PROPOSED] ORDER** |
| **JIM DOBBAS, INC., a California** | |
| 19 **corporation; CONTINENTAL RAIL, INC.,** | |
| **a Delaware corporation; DAVID VAN** | |
| 20 **OVER, individually; PACIFIC WOOD** | Judge:      William B. Shubb |
| **PRESERVING, a dissolved California** | |
| 21 **corporation; WEST COAST WOOD** | Trial:        January 4, 2017 |
| **PRESERVING, LLC., a Nevada limited** | Action Filed: March 3, 2014 |
| 22 **liability company; and COLLINS &** | |
| **AIKMAN PRODUCTS, LLC, a Delaware** | |
| 23 **limited liability company,** | |
| 24 Defendants. | |
| 25 | |
| **AND RELATED COUNTERCLAIMS AND** | |
| 26 **CROSS-CLAIMS** | |

27

28

                                    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION**

WHEREAS Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively "Plaintiffs") filed a Complaint in the above-captioned action on March 3, 2014 (ECF No. 1), and filed a First Amended Complaint ("FAC") on December 11, 2014 (ECF No. 77).

WHEREAS Defendant Jim Dobbas, Inc. ("Dobbas") filed an Answer to the Complaint on June 10, 2014 (ECF No. 23), and an Answer to the FAC on December 24, 2014 (ECF No. 85).

WHEREAS Dobbas filed a Motion for Summary Judgment ("Motion") on March 2, 2015 (ECF No. 116) and a hearing on that Motion is set for April 6, 2015.

WHEREAS Plaintiffs and Dobbas (collectively, "the Parties") have engaged in settlement negotiations and reached a settlement in principle.  The Parties believe that a continuance of the hearing on Dobbas' Motion is appropriate and necessary in order to allow the Parties time to further negotiate and finalize the terms of a settlement.  Such continuance will conserve both the Parties' and the Court's resources in this matter.

IT IS HEREBY STIPULATED by and between the Parties that the hearing on Dobbas' Motion be continued for four (4) weeks, to May 4, 2015, to allow the Parties time to further negotiate and finalize a settlement in this matter.

STIPULATED REQUEST TO CONTINUE HEARING AND PROPOSED ORDER (2:14-cv-00595-WBS-EFB)

1    Dated:  March 18, 2015                     Respectfully submitted,

2                                               KAMALA D. HARRIS
                                                Attorney General of California
3                                               SARAH E. MORRISON
                                                Supervising Deputy Attorney General
4

5                                               /s/ Dennis L. Beck, Jr.

6                                               DENNIS L. BECK, JR.
                                                Deputy Attorney General
7                                               *Attorneys for Plaintiffs California*
                                                *Department of Toxic Substances Control and*
8                                               *Toxic Substances Control Account*

9

10

11   Dated:  March 18, 2015                     Respectfully submitted,

12                                              KING WILLIAMS & GLEASON, LLP

13

14                                              /s/ Nicole R. Gleason (as authorized on
                                                March 18, 2015)

15

16                                              NICOLE R. GLEASON
                                                *Attorneys for Defendant Jim Dobbas, Inc.*

17

18                           **ATTESTATION**

19       I, Dennis L. Beck, Jr., do hereby declare pursuant to Rule 131(e) of the Local Rules of the

20   United States District Court for the Eastern District of California that I obtained concurrence in

21   the filing of the foregoing document from Nicole R. Gleason, counsel for defendant Jim Dobbas

22   Inc., on this 18th day of March, 2015.

23                                              /s/ Dennis L. Beck, Jr.

24

25

26

27

28

                                        3

1

2
### ORDER

3        The court cannot continue the hearing on this motion for the length of time

4   requested.  The motion remains scheduled for hearing at 2:00 p.m. on April 6, 2015.  If the parties

5   do not wish to submit the motion for decision at that time, they may alternatively agree that the

6   motion be withdrawn, without prejudice to being refiled at a later date consistent with the court's

7   Pretrial Scheduling Order.

8   Dated:  March 19, 2015

9                                                    _____

10                                                   WILLIAM B. SHUBB
                                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4