1  NICOLE R. GLEASON (Bar No. 199655)
   LOUINDA V. LACEY (Bar No. 275888)
2  KING WILLIAMS & GLEASON LLP
   520 Capitol Mall, Suite 750
3  Sacramento, CA  95814
   Telephone:    (916) 379-7530
4  Facsimile:    (916) 379-7535
   ngleason@kwgattorneys.com
5  llacey@kwgattorneys.com

6  Attorneys for Defendant Jim Dobbas, Inc.

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11                  SACRAMENTO DIVISION

12  | CALIFORNIA DEPARTMENT OF TOXIC | Case No.:  2:14-cv-00595-WBS-EFB |
    SUBSTANCES CONTROL and the TOXIC
13  SUBSTANCES CONTROL ACCOUNT,       | **STIPULATED REQUEST BY**
                                        **PLAINTIFFS AND DEFENDANT JIM**
14        Plaintiffs,                   **DOBBAS, INC., TO WITHDRAW JIM**
                                        **DOBBAS, INC.'S MOTION FOR**
15        v.                            **SUMMARY JUDGMENT WITHOUT**
                                        **PREJUDICE; [PROPOSED] ORDER**
16  JIM DOBBAS, INC., a California
    corporation; CONTINENTAL RAIL, INC., a | Current Motion Hearing Date:
17  Delaware corporation; DAVID VAN OVER,
    individually; PACIFIC WOOD              | April 6, 2015
18  PRESERVING, a dissolved California
    corporation; and WEST COAST WOOD
19  PRESERVING, LLC,  a Nevada limited
    liability company,
20
          Defendants,
21
    AND RELATED CROSSCLAIMS AND        | Trial:   January 4, 2017
22  COUNTERCLAIMS.                     | Action filed:  March 3, 2014

23

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

---
STIPULATED REQUEST TO WITHDRAW MOTION WITHOUT PREJUDICE AND PROPOSED ORDER
2:14-cv-00595-WBS-EFB

1    IT IS HEREBY STIPULATED by and between Plaintiffs California Department of Toxic

2    Substances Control and the Toxic Substances Control Account (collectively "Plaintiffs") and

3    Defendant Jim Dobbas, Inc. ("Dobbas"), as follows:

4        1.    That the hearing date of April 6, 2015, on Dobbas' Motion for Summary Judgment

5    (ECF Docket No. 116) ("Motion") be taken off calendar; and

6        2.    That the Motion be withdrawn without prejudice to Dobbas' right to refile the

7    Motion at a later date consistent with the court's Pretrial Scheduling Order.

8
     Dated: March 19, 2015                    Respectfully Submitted,
9
                                              KING WILLIAMS & GLEASON LLP
10

11
                                              By:    /s/ Nicole R. Gleason
12                                                 Nicole R. Gleason
                                                   Louinda v. Lacey
13
                                              Attorneys for Defendant JIM DOBBAS, INC.
14   Dated:  March 19, 2015                   Respectfully submitted,

15                                            KAMALA D. HARRIS
                                              Attorney General of California
16                                            SARAH E. MORRISON
                                              Supervising Deputy Attorney General
17

18                                            By:  /s/ Dennis L. Beck, Jr.

19                                                DENNIS L. BECK, JR.
                                                  DEPUTY Attorney General
20
                                              *Attorneys for Plaintiffs California*
21                                            *Department of Toxic Substances Control and*
                                              *Toxic Substances Control Account*
22

23                          **ATTESTATION**

24       I, Nicole R. Gleason, do hereby declare pursuant to Rule 131(e) of the Local Rules of the

25   United States District Court for the Eastern District of California that I obtained concurrence in the

26   filing of the foregoing document from Dennis L. Beck, Jr., counsel for Plaintiffs, on this 19th day of

27   March, 2015.

28                          */s/ Nicole R. Gleason*

                                          1

**ORDER**

Upon consideration of the Parties' Stipulated Request to Withdraw Defendant Jim Dobbas, Inc.'s Motion for Summary Judgment, the Motion hearing date of April 6, 2015, is taken off calendar.  The Motion is hereby withdrawn without prejudice to being refiled at a later date consistent with the court's Pretrial Scheduling Order.


Dated:                              _____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

STIPULATED REQUEST TO WITHDRAW MOTION WITHOUT PREJUDICE AND PROPOSED ORDER
2:14-cv-00595-WBS-EFB