NICOLE R. GLEASON (Bar No. 199655)
LOUINDA V. LACEY (Bar No. 275888)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 379-7530
Facsimile: (916) 379-7535
ngleason@kwgattorneys.com
llacey@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>Defendants, | Case No.: 2:14-cv-00595-WBS-EFB<br><br>**STIPULATED REQUEST BY PLAINTIFFS AND DEFENDANT JIM DOBBAS, INC., TO WITHDRAW JIM DOBBAS, INC.'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE; ORDER**<br><br><u>Current Motion Hearing Date:</u><br><br>April 6, 2015 |
| AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Trial: January 4, 2017<br>Action filed: March 3, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by and between Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively "Plaintiffs") and Defendant Jim Dobbas, Inc. ("Dobbas"), as follows:

1. That the hearing date of April 6, 2015, on Dobbas' Motion for Summary Judgment (ECF Docket No. 116) ("Motion") be taken off calendar; and

2. That the Motion be withdrawn without prejudice to Dobbas' right to refile the Motion at a later date consistent with the court's Pretrial Scheduling Order.

Dated: March 20, 2015

Respectfully Submitted,

KING WILLIAMS & GLEASON LLP

By: *_/s/ Nicole R. Gleason_*
Nicole R. Gleason
Louinda v. Lacey

Attorneys for Defendant JIM DOBBAS, INC.

Dated: March 19, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

By: *_/s/ Dennis L. Beck, Jr._*

DENNIS L. BECK, JR.
DEPUTY Attorney General

*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

**ATTESTATION**

I, Nicole R. Gleason, do hereby declare pursuant to Rule 131(e) of the Local Rules of the United States District Court for the Eastern District of California that I obtained concurrence in the filing of the foregoing document from Dennis L. Beck, Jr., counsel for Plaintiffs, on this 19th day of March, 2015.

*/s/ Nicole R. Gleason*

**ORDER**

Upon consideration of the Parties' Stipulated Request to Withdraw Defendant Jim Dobbas, Inc.'s Motion for Summary Judgment, the Motion hearing date of April 6, 2015, is taken off calendar. The Motion is hereby withdrawn without prejudice to being refiled at a later date consistent with the court's Pretrial Scheduling Order.

Dated: March 20, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE