1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   SARAH E. MORRISON, State Bar No. 143459
    Supervising Deputy Attorney General
3   LAURA J. ZUCKERMAN, State Bar No. 161896
    Deputy Attorney General
4    1515 Clay Street, 20th Floor
     Oakland, CA 94612
5    Telephone:  (510) 622-2174
     Fax:  (510) 622-2270
6    E-mail:  Laura.Zuckerman@doj.ca.gov
    *Attorneys for Plaintiffs California*
7   *Department of Toxic Substances Control and Toxic*
    *Substances Control Account*
8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
                            SACRAMENTO DIVISION
11

12  **CALIFORNIA DEPARTMENT OF TOXIC**          Case No. 2:14-cv-00595-WBS-EFB
    **SUBSTANCES CONTROL and the TOXIC**
13  **SUBSTANCES CONTROL ACCOUNT,**             **REQUEST TO ENTER DEFAULT OF**
                                                **DEFENDANT COLLINS & AIKMAN**
14                              Plaintiffs,     **PRODUCTS, LLC**

15                     v.                       Trial:  January 4, 2017
                                                Action Filed: March 3, 2014
16  **JIM DOBBAS, INC., a California**
    **corporation; CONTINENTAL RAIL, INC.,**
17  **a Delaware corporation; DAVID VAN**
    **OVER, individually; PACIFIC WOOD**
18  **PRESERVING, a dissolved California**
    **corporation; WEST COAST WOOD**
19  **PRESERVING, LLC., a Nevada limited**
    **liability company; and COLLINS &**
20  **AIKMAN PRODUCTS, LLC, a Delaware**
    **limited liability company,**
21
                                Defendants.
22

23  **AND RELATED COUNTERCLAIMS AND**
    **CROSS-CLAIMS**
24

25  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

26      Plaintiffs California Department of Toxic Substances Control and the Toxic Substances

27  Control Account (together, "DTSC") request, under Rule 55(a) of the Federal Rules of Civil

28
                                         1

1    Procedure, that the Clerk enter default in this matter against defendant Collins & Aikman

2    Products, LLC ("C&A Products, LLC"), on the ground that said defendant has failed to appear or

3    otherwise respond to the complaint within the time prescribed by law.

4          On December 18, 2014, DTSC caused the Summons and First Amended Complaint to be

5    served on C&A Products, LLC, as evidenced by the Proof of Service on file with the Court.

6    (Docket No. 92, filed Jan. 6, 2015.)  The Proof of Service reflects personal delivery of the

7    Summons and First Amended Complaint to Brian M. Rostocki on behalf of C&A Products, LLC.

8    *See id.*  Shortly before this service, on December 8, 2014, the Delaware Court of Chancery

9    appointed Mr. Rostocki the Receiver for C&A Products, LLC, a cancelled Delaware limited

10   liability company, and ordered that Mr. Rostocki "shall accept service of process on behalf of

11   Collins & Aikman Products, LLC" in this case.  (*See* Request for Judicial Notice, Ex. A at 6 &

12   ¶ 2, 8, filed Dec. 8, 2014, Docket No. 74-1; *see also* Order at 2, filed Dec. 10, 2014, Docket No.

13   75.)

14         A corporation, partnership, or association may be served "by delivering a copy of the

15   summons and of the complaint to … any … agent authorized by appointment or by law to receive

16   service of process and – if the agent is one authorized by statute and the statute so requires – by

17   also mailing a copy of each to the defendant."  Fed. R. Civ. P. 4(h)(1)(B).  Here, the Summons

18   and First Amended Complaint were personally delivered to Mr. Rostocki, who was authorized by

19   the Delaware Court of Chancery to receive service of process on C&A Products, LLC.

20   Therefore, Plaintiffs' service of process satisfied Rule 4(h)(1)(B) of the Federal Rules of Civil

21   Procedure.

22         A corporation, partnership, or association may also be served by "following state law for

23   serving a summons in an action brought in courts of general jurisdiction in the state where the

24   district court is located or where service is made[.]"  Fed. R. Civ. P. 4(e)(1), (h)(1)(A). The state

25   law of Delaware, where C&A Products, LLC, was organized, provides that "[s]ervice of legal

26   process upon any domestic limited liability company shall be made by delivering a copy

27   personally to any manager of the limited liability company in the State of Delaware or the

28   registered agent of the limited liability company in the State of Delaware…."  6 Del. C. § 18-

2

1    105(a).  In addition to personal service on the receiver for C&A Products, LLC, on December 18,

2    2014, Plaintiffs also served the Summons and First Amended Complaint on Corporation Service

3    Company, the Delaware registered agent for C&A Products, LLC, on January 28, 2015.  (*See*

4    Zuckerman Decl. ¶¶ 2-4, Exs. 1-2.)  This January 28, 2015, service satisfied Delaware Code

5    Annotated title 6, section 18-105(a), which in turn satisfied Rule 4(h)(1)(A) of the Federal Rules

6    of Civil Procedure.

7         Despite being served with process, C&A Products, LLC, has failed to appear or otherwise

8    respond to the First Amended Complaint within twenty-one days of service as directed by the

9    Summons.

10        Based on the above, the Clerk should enter the default of defendant Collins & Aikman

11   Products, LLC.

12

13   Dated:  March 25, 2015                                   Respectfully submitted,

14                                                            KAMALA D. HARRIS
                                                              Attorney General of California
15                                                            SARAH E. MORRISON
                                                              Supervising Deputy Attorney General
16

17                                                            */s/ Laura J. Zuckerman*

18
                                                              LAURA J. ZUCKERMAN
19                                                            Deputy Attorney General
                                                              *Attorneys for the California Department of*
20                                                            *Toxic Substances Control and the Toxic*
                                                              *Substances Control Account*
21

22

23

24

25

26

27

28
                                          3