1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  LAURA J. ZUCKERMAN, State Bar No. 161896
   THOMAS G. HELLER, State Bar No. 162561
4  Deputy Attorneys General
    1515 Clay Street, 20th Floor
5   Oakland, CA 94612
    Telephone: (510) 622-2174
6   Fax: (510) 622-2270
    E-mail: Laura.Zuckerman@doj.ca.gov
7  *Attorneys for Plaintiffs California
   Department of Toxic Substances Control and Toxic
8  Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC.,** a California corporation; **CONTINENTAL RAIL, INC.,** a Delaware corporation; **DAVID VAN OVER,** individually; **PACIFIC WOOD PRESERVING,** a dissolved California corporation; **WEST COAST WOOD PRESERVING, LLC.,** a Nevada limited liability company; and **COLLINS & AIKMAN PRODUCTS, LLC,** a Delaware limited liability company,<br><br>Defendants. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT OF REQUEST TO ENTER DEFAULT OF DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC**<br><br>Trial: January 4, 2017<br>Action Filed: March 3, 2014 |
| **AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | |

1

I, Laura J. Zuckerman, declare:

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General. In that capacity, I am one of the attorneys for plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (together, "DTSC") in this action. I have personal knowledge of the facts stated herein, and, if called to do so, could and would testify competently thereto.

2. The Proof of Service on file with this Court for defendant Collins & Aikman Products, LLC ("C&A Products, LLC") reflects personal delivery of the Summons and First Amended Complaint on December 18, 2014 to Brian M. Rostocki on behalf of C&A Products LLC. (Docket No. 92, filed Jan. 6, 2015.)

3. Attached as Exhibit 1 is a true and correct copy of a proof of additional service of the Summons and First Amended Complaint on January 28, 2015, on Corporation Service Company, 2711 Centerville Road, Wilmington, Delaware 19808, as the registered agent for C&A Products, LLC.

4. Attached as Exhibit 2 is a true and correct copy of a report from the Delaware Division of Corporations' website, dated February 23, 2015, that states that Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808, is the registered agent for C&A Products, LLC.

5. C&A Products, LLC, has not appeared in this action, and has not responded to the First Amended Complaint within the time permitted by law.

6. C&A Products, LLC, is a Delaware limited liability company. As such, it is not a minor, incompetent person, or person in military service that is exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2015, at Oakland, California.

Laura J. Zuckerman

2

DECL. OF LAURA J. ZUCKERMAN IN SUPPORT OF PLS.' REQUEST FOR ENTRY OF DEFAULT AGAINST DEF. COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)