# EXHIBIT 1

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF TOXIC
SUBSTANCES CONTROL, ET AL.,

V.

JIM DOBBAS, INC., ET AL.,

SUMMONS IN A CIVIL CASE

CASE NO: 2:14-CV-00595-WBS-EFB

TO: **Collins & Aikman Products, LLC**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Thomas Gerald Heller
State of California, Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013**

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARIANNE MATHERLY
CLERK

/s/ M. Verduzco

(By) DEPUTY CLERK



ISSUED ON 2014-12-12 09:54:06.0, Clerk
USDC EDCA

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE | 1/28/15 |
| NAME OF SERVER (PRINT) Jeffrey Smith | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Lynanne Gares

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED THE REGISTERED AGENT, CORPORATION SERVICE COMPANY, 2711 CENTERVILLE ROAD, WILMINGTON, DE 19808 @ 3:56 PM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/2/15
Date

Signature of Server

230 N Market Street
Wilmington, DE 19801
Address of Server