# CERTIFICATE OF SERVICE

Case Name: **California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.**

No. **2:14-cv-00595-WBS-EFB**

I hereby certify that on March 25, 2015, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST TO ENTER DEFAULT OF DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that on March 25, 2015, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| Brian M. Rostocki, Esq.<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801<br><br>*Receiver for defendant Collins & Aikman Products, LLC* | Corporation Service Company, Registered Agent<br>Collins & Aikman Products, LLC<br>2711 Centerville Road<br>Suite 400<br>Wilmington, DE 19808 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2015, at Oakland, California.

Laura J. Zuckerman
Declarant

*Signature*

51704957.doc