KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
DENNIS L. BECK, JR., State Bar No. 179492
OLIVIA W. KARLIN, State Bar No. 150432
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-0473
  Fax:  (213) 897-2802
  E-mail:  Laura.Zuckerman@doj.ca.gov
  E-mail:  Olivia.Karlin@doj.ca.gov
*Attorneys for Plaintiffs California Department of
Toxic Substances Control and the Toxic Substances
Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE BETWEEN PLAINTIFFS AND DEFENDANT WEST COAST WOOD PRESERVING, LLC**<br><br>**Judge:  Hon. William B. Shubb**<br><br>**Action Filed: March 3, 2014**<br>Courtroom 5, 14th Floor, 501 I Street, Sacramento, CA  95814<br>Trial: January 4, 2017 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, the State of California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), have lodged a [Proposed] Consent Decree between DTSC and Defendant West Coast Wood Preserving ("WCWP") resolving WCWP's liability in the above-entitled action. The [Proposed] Consent Decree has been signed by the parties.

DTSC will be filing a motion for approval of the [Proposed] Consent Decree after DTSC publishes notice in the California Regulatory Register, accepts public comment on the [Proposed] Consent Decree for a 30-day period, and addresses public comments, if any. **Therefore, DTSC requests that the Court not take any action on the [Proposed] Consent Decree at this time.**

Dated: June 2, 2015

Respectfully submitted,
KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Dennis L. Beck, Jr.*

DENNIS L. BECK, JR.
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*