



FILED
JUN 1 5 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

June 10, 2015

Jennifer Hartman King
King Williams & Gleason LLP
520 Capitol Mall, Suite 750,
Sacramento, CA 95814

Re: California Department of Toxic Substances Control and the Toxic Substances Control Account, Pltfs. vs. Jim Dobbas, Inc., etc., et al. including Continental Rail, Inc., Dfts.

Case No. 214CV00595WBSEFB

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Continental Rail, Inc..

Continental Rail, Inc. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we have not done so.

Very truly yours,

The Corporation Trust Company

Log# 527269781

Sent By Regular Mail

cc: Eastern District of California-Sacramento Division
    501 I St. #4, Suite 200,
    Sacramento, CA 95814

**(Returned To)**

Jennifer Hartman King
King Williams & Gleason LLP
520 Capitol Mall, Suite 750,
Sacramento, CA 95814

