1 | KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2 | SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
3 | LAURA ZUCKERMAN (Counsel for service)
State Bar No. 161896
4 | DENNIS L. BECK, JR., State Bar No. 179492
Deputy Attorneys General
5 |  1515 Clay Street, 20th Floor
 Oakland, CA 94612
6 |  Telephone: (510) 622-2174
 Fax: (510) 622-2270
7 |  E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California*
8 | *Department of Toxic Substances Control and Toxic*
*Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**STIPULATION BY PLAINTIFFS AND DEFENDANT WEST COAST WOOD PRESERVING, LLC TO CONTINUE HEARING ON MOTION TO APPROVE CONSENT DECREE BETWEEN PLAINTIFFS AND DEFENDANT WEST COAST WOOD PRESERVING, LLC AND VACATE HEARING ON DEFENDANT WEST COAST WOOD PRESERVING, LLC'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>Judge:   William B. Shubb<br><br>Trial:   January 4, 2017<br>Action Filed: March 3, 2014 |

## STIPULATION

WHEREAS Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively "Plaintiffs") filed a Complaint in the above-captioned action on March 3, 2014 (ECF No. 1), and filed a First Amended Complaint ("FAC") on December 11, 2014 (ECF No. 77).

WHEREAS Defendant West Coast Wood Preserving, LLC ("WCWP") filed an Answer to the Complaint on June 10, 2014 (ECF No. 22), and an Answer to the FAC on January 5, 2014 (ECF No. 89).

WHEREAS WCWP filed a Motion for Summary Judgment ("Motion for Summary Judgment") on December 15, 2014 (ECF No. 79), and a hearing on that Motion for Summary Judgment ("Hearing on Motion for Summary Judgment") was initially set for January 26, 2015.

WHEREAS the Hearing on Motion for Summary Judgment was continued to February 9, 2015 (ECF No. 88), March 9, 2015 (ECF No. 97), and April 6, 2015 (ECF No. 119).

WHEREAS Plaintiffs and WCWP (collectively "the Parties") participated in a confidential mediation on March 3, 2015, and subsequently informed the Court on March 5, 2015, that a settlement in principle had been reached between the Parties.  In light of the settlement in principle, the Parties requested that the Court set a hearing date of July 13, 2015, for a hearing on a Motion to Approve the Consent Decree between the Parties ("Hearing on Motion to Approve the Consent Decree") and to continue the Hearing on Motion for Summary Judgment until ten days thereafter.  The Parties stipulated that should the public comment period that DTSC conducts pursuant to 42 U.S.C. section 9622(d)(2)(B) for the [Proposed] Consent Decree between the Parties run longer than anticipated, that a request may be made for a continuance of the Hearing on Motion to Approve the Consent Decree.  (ECF No. 120).

WHEREAS on March 6, 2015, the Court set the Hearing on Motion to Approve the Consent Decree for July 13, 2015, and continued the Hearing on Motion for Summary Judgment to July 27, 2015.  (ECF No. 121).

WHEREAS, after the Court set the July 13, 2015, hearing date, the Parties engaged in further confidential mediation and settlement negotiations, which had not been anticipated by the Parties.  These mediation sessions and negotiations resulted in an unintended and unforeseen delay in reaching a final settlement and in drafting and finalizing the [Proposed] Consent Decree.

WHEREAS WCWP and Plaintiffs signed the [Proposed] Consent Decree on May 28, 2015 and June 2, 2015, respectively, and Plaintiffs filed a Notice of Lodging of [Proposed] Consent Decree between the Parties on June 2, 2015.  (ECF No. 131).

WHEREAS a Notice of Public Comment Period for the [Proposed] Consent Decree was published in the California Regulatory Notice Register (2015, Volume No. 25-Z[1]) on June 19, 2015.

WHEREAS Plaintiffs must consider, and file with the Court, any written comments, views, or allegations relating to the [Proposed] Consent Decree that are received during the public comment period.  42 U.S.C., § 9622(d)(2)(B).

WHEREAS the public comment period noticed in the California Regulatory Notice Register for this matter runs through and includes July 20, 2015, and thus past the date currently set for the Hearing on Motion to Approve the Consent Decree.

WHEREAS the Parties believe that it is necessary to continue the date of the Hearing on Motion to Approve the Consent Decree to a date that will allow Plaintiffs to consider and file with the Court any comments received during the public comment period, and that will comply with the requirement in Local Rule 230(b) that hearings on motions shall not be set less than twenty-eight (28) days after service and filing of the motion.

IT IS HEREBY STIPULATED by and between the Parties as follows:

1. That the Hearing on Motion to Approve the Consent Decree be continued to August 24, 2015;

2. That if Plaintiffs are not able to file the Motion to Approve the Consent Decree by July 27, 2015, that Plaintiffs will not oppose a request by WCWP for an order shortening time so

---

[1] http://www.oal.ca.gov/res/docs/pdf/notice/25z-2015.pdf

that the Hearing on Motion to Approve the Consent Decree may go forward on August 24, 2015; and

    3.    That the July 27, 2015, Hearing on Motion for Summary Judgment be taken off calendar without prejudice to WCWP's right to request a new hearing date should the Court not approve the [Proposed] Consent Decree and consistent with the Court's Pretrial Scheduling Order.

Dated: July 6, 2015                                 Respectfully submitted,

                                                                                KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

                                                                                */s/ Dennis L. Beck, Jr.*

                                                                                DENNIS L. BECK, JR.
Deputy Attorney General
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and
Toxic Substances Control Account*

Dated: July 6, 2015                                 Respectfully submitted,

                                                                                PERKINS COIE, LLP

                                                                                */s/ Lester O. Brown*

                                                                                LESTER O. BROWN
*Attorneys for Defendant
West Coast Wood Preserving, LLC*

## ATTESTATION

I, Dennis L. Beck, Jr., do hereby declare pursuant to Rule 131(e) of the Local Rules of the United States District Court for the Eastern District of California that I obtained concurrence in

3

STIPULATION TO CONTINUE HEARING ON MOTION TO APPROVE CONSENT DECREE AND VACATE HEARING ON MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER (2:14-cv-00595-WBS-EFB)

the filing of the foregoing document from Lester O. Brown, counsel for defendant West Coast Wood Preserving, LLC, on this 6th day of July, 2015.

*/s/ Dennis L. Beck, Jr.*

**ORDER**

The Hearing on Motion to Approve the Consent Decree is continued to 2:00 p.m. on August 24, 2015. The July 27, 2015, Hearing on Motion for Summary Judgment is taken off calendar without prejudice to being refiled at a later date should the Court not approve the [Proposed] Consent Decree and consistent with the Court's Pretrial Scheduling Order.

Dated: July 9, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4

STIPULATION TO CONTINUE HEARING ON MOTION TO APPROVE CONSENT DECREE AND VACATE HEARING ON MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER (2:14-cv-00595-WBS-EFB)