KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
LAURA ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorney General
  1515 Clay Street, 20th Floor
  Oakland, CA  94612
  Telephone:  (510) 622-2174
  Fax:  (510) 622-2270
  E-mail:  Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>                            Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>                            Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE BETWEEN PLAINTIFFS AND DEFENDANT JIM DOBBAS, INC.**<br><br>**Judge:  Hon. William B. Shubb**<br><br>**Action Filed:  March 3, 2014**<br>Courtroom 5, 14th Floor, 501 I Street, Sacramento, CA  95814<br>Trial: January 4, 2017 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, the State of California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "Plaintiffs"), have lodged a [Proposed] Consent Decree between DTSC and Defendant Jim Dobbas, Inc. ("Dobbas") resolving Dobbas's liability in the above-entitled action. The [Proposed] Consent Decree has been signed by the parties.

In order to comply with the requirements of section 122(d)(2)(B) of CERCLA, 42 U.S.C. section 9622(d)(2)(B), a Notice of Public Comment Period for the [Proposed] Consent Decree ("Notice") is scheduled to be published in the California Regulatory Notice Register on July 17, 2015. After Plaintiffs accept public comment on the [Proposed] Consent Decree for a 30-day period following publication of the Notice, and address public comments, if any, Plaintiffs will file with the Court a motion for approval of the [Proposed] Consent Decree. **Therefore, Plaintiffs request that the Court not take any action on the [Proposed] Consent Decree at this time.**

Dated:  July 15, 2015

Respectfully submitted,
KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Laura Zuckerman*

LAURA ZUCKERMAN
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

1

Notice of Lodging of [Proposed] Consent Decree Between Plaintiffs and Defendant Jim Dobbas, Inc.
(2:14-cv-00595-WBS-EFB)