KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
DENNIS L. BECK, JR., State Bar No. 179492
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 622-2174
  Fax: (510) 622-2270
  E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>                                    Plaintiffs,<br><br>         v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>                                    Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**PLAINTIFFS' NOTICE OF ASSOCIATION OF COUNSEL AND REQUEST TO REMOVE DENNIS L. BECK, JR., FROM SERVICE LIST**<br><br>[L.R. 83-182(i)]<br><br>Judge:         Hon. William B. Shubb<br>Trial Date:   January 4, 2017<br>Action Filed: March 3, 2014 |

**TO:  CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE, pursuant to L.R. 83-182(i), that Olivia W. Karlin of the California Department of Justice, Office of the Attorney General, hereby associates in as counsel with Laura J. Zuckerman, also of the California Department of Justice, Office of the Attorney General, on behalf of Plaintiffs in the above-captioned action.  All pleadings and other papers served on Plaintiffs should also be directed to the attention of Olivia W. Karlin at this address:

>OLIVIA W. KARLIN, SBN 150432
>Deputy Attorney General
>State of California Department of Justice
>Attorney General's Office
>300 South Spring Street, Suite 1702
>Los Angeles, CA 90013
>Telephone:  (213) 897-0473
>Fax:  (213) 897-2802
>E-mail:  Olivia.Karlin@doj.ca.gov

In addition to consenting to the above association of counsel, the undersigned counsel respectfully requests that the Court and all parties remove Dennis L. Beck, Jr., from the service list as an attorney to be noticed in the case.

Dated:  July 23, 2015                                Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Laura J. Zuckerman*

LAURA J. ZUCKERMAN
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

///

///

///

1

PLAINTIFFS' NOTICE OF ASSOCIATION OF COUNSEL AND REQUEST TO REMOVE DENNIS L. BECK, JR., FROM SERVICE LIST
(2:14-cv-00595-WBS-EFB)

1 | I hereby consent to the above association of counsel.

2 | Dated: July 23, 2015         Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

*/s/ Olivia W. Karlin*

OLIVIA W. KARLIN
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

2