KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone:  (510) 622-2174
  Fax:  (510) 622-2270
  E-mail:  Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>                          **Plaintiffs,**<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>                          **Defendants.**<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF MOTION AND MOTION FOR JUDICIAL APPROVAL OF CONSENT DECREE BETWEEN PLAINTIFFS AND WEST COAST WOOD PRESERVING, LLC.**<br><br>**Judge:**     Hon. William B. Shubb<br><br>**Date:**      August 24, 2015<br>**Time:**     2:00 p.m.<br>**Courtroom:**  5, 14th Floor, 501 I Street<br>                   Sacramento, CA  95814 |

00021075.1

1

NOTICE OF MOTION AND MOTION FOR JUDICIAL APPROVAL OF CONSENT DECREE BETWEEN
PLAINTIFFS AND WEST COAST WOOD PRESERVING, LLC

PLEASE TAKE NOTICE THAT on August 24, 2015, at 2:00 p.m., or as soon thereafter as the matter may be heard before this Court, Honorable William B. Shubb, United States District Judge, located in courtroom 5 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, Plaintiffs, the State of California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), will and hereby do, move for judicial approval of the proposed Consent Decree between Plaintiffs and Defendant West Coast Wood Preserving, LLC ("Settling Defendant"). A proposed consent decree was lodged in the above-captioned action on June 2, 2015. ECF No. 131.

This Motion is based on the Memorandum of Points and Authorities in Support of Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant West Coast Wood Preserving, LLC, the Declaration of Peter MacNicholl and Exhibits filed concurrently, and upon such other evidence and argument as may be presented to the Court.

Dated: July 24, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

/s/
OLIVIA W. KARLIN
Deputy Attorney General
*Attorneys for Plaintiffs*

00021075.1

2

NOTICE OF MOTION AND MOTION FOR JUDICIAL APPROVAL OF CONSENT DECREE BETWEEN
PLAINTIFFS AND WEST COAST WOOD PRESERVING, LLC