NICOLE R. GLEASON (Bar No. 199655)
LOUINDA V. LACEY (Bar No. 275888)
KING WILLIAMS & GLEASON LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:      (916) 379-7530
Facsimile:      (916) 379-7535
ngleason@kwgattorneys.com
llacey@kwgattorneys.com

Attorneys for Defendant Jim Dobbas, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT, | Case No.: 2:14-cv-00595-WBS-EFB |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company, | |
| Defendants, | |
| AND RELATED CROSSCLAIMS AND COUNTERCLAIMS. | Trial:   January 4, 2017<br>Action filed:  March 3, 2014 |

/ / /

/ / /

/ / /

/ / /

/ / /

1

## PROOF OF SERVICE

2

        I, Kim L. Hering, declare:

3

        I am a resident of the State of California and over the age of eighteen years, and not a party to the within action.  My business address is King Williams & Gleason LLP, 520 Capitol Mall, Suite 750, Sacramento, California 95814.  On June 3, 2015, I served the within document(s):

4

5

- **SUMMONS IN A CIVIL CASE**

6

- **JIM DOBBAS, INC.'S FIRST AMENDED CROSS-CLAIM**

7

8

  ☐  by transmitting via facsimile the document(s) listed above to the Attorney for Plaintiff at fax number(s) set forth below on this date.

9

10

  ☑  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California, addressed as set forth below.

11

12

  ☐  I caused such envelope to be delivered via overnight delivery addressed as indicated on the attached service list.  Such envelope was deposited for delivery by Federal Express following the firm's ordinary business practices.

13

14

  ☐  via electronic/e-mail service.  The document(s) listed above were served via e-mail.

15

16

17

## SEE ATTACHED SERVICE LIST

18

19

        I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

20

21

22

        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

23

        Executed on June 3, 2015, at Sacramento, California.

24

25

26

        */s/ Kim L. Hering*
        Kim L. Hering

27

28

00020382.1

1                              SERVICE LIST

| | |
|---|---|
| Pacific Wood Preserving<br>c/o Joan Jackson<br>3312 Canoe Place<br>Davis, CA  95616<br><br>**Certified Mail – Return Receipt Requested** | *Director for Pacific Wood Preserving from incorporation until dissolution* |
| Continental Rail, Inc.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE  19801<br><br>**Certified Mail – Return Receipt Requested** | *Trust Office of Continental Rail, Inc.* |
| Gary L. Kerley<br>President<br>Continental Rail, Inc.<br>3218 Nacagdoches Rd., #8<br>San Antonio, TX  78217<br><br>**Certified Mail – Return Receipt Requested** | *President of Continental Rail, Inc.* |
| Gary L. Kerley<br>President<br>Continental Rail, Inc.<br>11 Thornhurst, Unit H<br>San Antonio, TX  78218-6033<br><br>**Certified Mail – Return Receipt Requested** | *President of Continental Rail, Inc.* |
| Brian M. Rostocki, Esq.<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE  19801<br><br>**Certified Mail – Return Receipt Requested** | *Receiver for defendant Collins & Aikman Products, LLC* |
| Corporation Service Company, Registered Agent<br>Collins & Aikman Products, LLC<br>2811 Centerville Road, Suite 400<br>Wilmington, DE  19808<br><br>**Certified Mail – Return Receipt Requested** | *Registered Agent for Collins & Aikman Products, LLC* |