# Exhibit 1

rail populations and overall population size is essential to recovery of the rail.

The Department intends to amend, under specified conditions, a Memorandum of Understanding (MOU) to authorize qualified professional wildlife researchers, with Mr. Zembal as the Principal Investigator, to carry out the proposed activities. The applicants are also required to have a valid federal recovery permit and federal bird banding lab permit for the rail, and a scientific collecting permit (SCP) to take other terrestrial species in California.

Pursuant to California Fish and Game Code (FGC) Section 3511(a)(1), the Department may authorize take of Fully Protected bird species after 30 days' notice has been provided to affected and interested parties through publication of this notice. If the Department determines that the proposed research is consistent with the requirements of FGC Section 3511 for take of Fully Protected birds, it would issue the authorization on or after August 17, 2015, amending a current MOU with an expiration date of January 1, 2016. The MOU may be subsequently renewed for a term of up to, but not to exceed four years. Contact: Nancy Frost, Nancy.Frost@wildlife.ca.gov, Phone (858) 467–4208.

# DEPARTMENT OF TOXIC SUBSTANCES CONTROL

**Former Wickes Forest Industries Site
Proposed Consent Decree
147 A Street, Elmira, Solano County,
California 91792
NOTICE OF PUBLIC COMMENT PERIOD:
July 17, 2015 through August 17, 2015**

Si usted desea informacion en espanol sobre este aviso, favor de llamar a Jesus Cruz sin costo al (866) 495–5651.

The Department of Toxic Substances Control ("DTSC") invites you to review and comment on a proposed consent decree (the "Consent Decree") with Jim Dobbas, Inc. ("Dobbas") regarding the former Wickes Forest Industries site located at 147 A Street, Elmira, Solano County, California 91792 (the "Site"). The Consent Decree resolves DTSC's claims against Dobbas under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. section 9601, et seq., for the Site. DTSC filed a CERCLA lawsuit on March 3, 2014 against several parties, including Dobbas, to recover DTSC's costs of investigating and cleaning up hazardous substances releases at the Site. Dobbas co-owned the Site from approximately March 20, 1997 to February 11, 2011. Under the Consent Decree, Dobbas will pay $265,000 to reimburse DTSC for a portion of its cleanup and oversight costs, subject to certain conditions and reservations.

DTSC will consider comments received during the public comment period on the Consent Decree and file with the Court any written comments received and DTSC's responses thereto. The Court may then enter or approve the Consent Decree. DTSC also reserves the right to withdraw or withhold its consent to entry (approval) of the Consent Decree if comments regarding the Consent Decree disclose facts or considerations that indicate the Consent Decree is inappropriate, improper or inadequate.

### WHERE DO I SUBMIT MY COMMENTS?

DTSC will consider comments that are postmarked or received by August 17, 2015. Please submit comments by August 17, 2015 to:

Marilee Hanson
DTSC Office of Legal Counsel
P.O. Box 806
Sacramento, CA 95812
Marilee.Hanson@dtsc.ca.gov

**You may view documents at the following locations:**

The Consent Decree and background documents may be examined on the DTSC EnviroStor website at: https://www.envirostor.dtsc.ca.gov/public/profile_report.asp?global_id=48240001.

You may also review documents in the File Room at DTSC's Cal Center office (by appointment only) located at:

Department of Toxic Substances Control
8800 Cal Center Drive
Sacramento, California 95826–3200
Call (916) 255–3758 for an appointment

**For questions on the Wickes Forest Industries Site or the proposed Consent Decree:**

Jesus Cruz
Department of Toxic Substances Control
Public Participation Specialist
8800 Cal Center Drive
Sacramento, CA 95826–3200
(916) 255–3315; 1–866–495–5651
Jesus.Cruz@dtsc.ca.gov

Peter MacNicholl, Project Manager
Department of Toxic Substances Control
Cleanup Program
8800 Cal Center Drive
Sacramento, CA 95826-3200
(916) 255-3657
Peter.MacNicholl@dtsc.ca.gov

## RULEMAKING PETITION DECISION

### DEPARTMENT OF PUBLIC HEALTH

June 23, 2015

David A. Lerman
Law Office of David A. Lerman
2600 Tenth Street, Suite 618
Berkeley, CA 94710

Re: Authorization Form for Medical Records Requests

Dear Mr. Lerman,

The California Department of Public Health (CDPH), Office of Regulations, received a request from you to adopt a single HIPAA-compliant medical records release authorization form to be accepted by every healthcare provider. Pursuant to Government Code (GC) section (§) 11340.6, CDPH is treating your request as a petition. You state that "when requesting records from numerous providers it seems unduly restrictive and burdensome to make patients obtain, sign, and submit a different form, drafted and approved by each provider, in order to get their own records." You indicate that healthcare providers should not be allowed to adopt a policy of accepting only their own mandatorily signed forms as this restricts patients' access to their own records.

CDPH's Center for Health Care Quality has given consideration to your request, and is unable to grant your petition. While your request has merit, CDPH has no specific authority in statute to develop and require that a single form be used by all health facilities licensed by CDPH for the release of medical records by a patient to a third party. Legislative authorization would be needed before regulations related to such a form could be adopted.

Your complaint against Sutter Health for refusing to provide records in response to the signed authorization from your client has been forwarded to Shannon Dillon at the CDPH, Office of Legal Services. She may be contacted at Shannon.Dillon@CDPH.ca.gov or (916) 440-7810.

In conclusion, it is the decision of CDPH to deny your petition to adopt and mandate a medical records release authorization form to be accepted by all healthcare providers. Please note, pursuant to GC §1340.7, you or any other interested person may request reconsideration of any part or all of the CDPH decision regarding this petition no later than 60 days after the date of this letter.

A copy of this letter will be sent to the Office of Administrative Law for publication in the California Regulatory Notice Register as required per GC §11340.7(d).

To obtain a copy of this petition or to discuss this matter further, please contact Cheryl Gordon, Chief, Policy and Enforcement Branch at Cheryl.Gordon@CDPH.ca.gov or (916) 552-8734.

Sincerely,
/s/
Alana McKinzie, Chief
Office of Regulations

Cc: Karin Schwartz
Deputy Director & Chief Counsel
Office of Legal Services
Department of Public Health
1415 L Street, Suite 500
Sacramento, CA 95814

Belinda Whitsett
Assistant Chief Counsel
Office of Legal Services
Department of Public Health
1415 L Street, Suite 500
Sacramento, CA 95814

Shannon Dillon
Staff Counsel
Office of Legal Services
Department of Public Health
1415 L Street, Suite 500
Sacramento, CA 95814

Cheryl Gordon, Chief
Policy and Enforcement Branch
Licensing and Certification Program
Department of Public Health
P.O. Box 997377, MS 3000
Sacramento, CA 95899

Jean Iacino,
Deputy Director
Center for Health Care Quality
Department of Public Health
P.O. Box 97377, MS 0512
Sacramento, CA 95899