# Exhibit 2

# Community

## Dixon Police Department crime log: July 7-10, 2015

July 7-8 (0600hrs-0600hrs)
0909 Non injury traffic collision on South Almond Dr. near Mayfair Dr
0914 Follow up in the 1300 block of North First St.
1007 Follow up in the 100 block of Porter Rd
1021 Follow up in the 100 block of West Broadway
1059 Fireworks heard in the 500 block of Stern Way
1134 Welfare check in the 200 block of East Dorset Dr
1242 Follow up in the 300 block of South 8th St.
1323 Patrol request in the 100 block of Doyle Dr
1403 Non injury traffic collision in the 800 block of North 1st St.
1417 Suspicious, occupied vehicle parked in the dirt field behind Wal-Mart
1433 Domestic Violence in the 1400 block of Ingrid Dr
1437 Theft of a license plate in the 1800 block of North Lincoln St.
1442 Citizens assist at the PD
1841 Follow-up investigation in the 800 block of North Adams St.
1904 Suspicious vehicle on Mason Ct. near Watson Ranch Way.
1908 Agency Assist for Solano S.O. in the 8600 block of Diablo View Ln
1957 Patrol request in the 100 block of Dorset Dr.
2037 Neighbor dispute in the 800 block of June Ct.
2107 Reckless motorcycle in the area of McKenzie Ct.
2131 Fireworks in the area of Pitt School Rd and West H St.
2143 Welfare check for a female on the ground in the 800 block of North Adams St
2204 Argument in the 200 block of Sycamore Dr.
2210 Agency assist for Dixon Fire in the 200 block of West H St.
2214 Welfare check in the 700 block of Park Dr.
2338 Fight in the area of I-80 at North 1st Rd
2351 Suspicious circumstance in the 2100 block of Mariposa Dr.
Kids doorbell ditching in the area.
0142 Patrol request in the 100 block of Doyle Ln
0220 Dispute in the 600 block of Yachtsman Dr
July 8-9 (0600hrs-0600hrs)
0940 Follow up in the 1300 block of West H St.
0942 Follow up in the 100 block of Porter Rd
0948 Parking complaint in the 600 block of West F St.
1007 Follow up in the 1500 block of Dunn Ln
1052 Follow up in the 600 block of North First St
1116 Stolen vehicle from the 1400 block of Ferrero Dr.
1126 Disturbance in the 200 block of Archer Pl.
1135 Dog locked in a vehicle in the 1400 block of Ary Lane.
1155 Harassment in the 1500 block of West H St.
1333 Follow up in the 100 block of Doyle Ln.
1503 Wireless 911 in the area of East F St at North 1st St.
1609 Alarm in the 500 block of Evans Rd.
1706 Shoplift from the 200 block of East Dorset Drive, resulted in the arrest of Richard Melton, (28), of Dixon for PC 488-Petty Theft after he was caught stealing clothing and approx 100 cans of spray paint. He was transported and booked into the Solano County Jail.
1747 Parking complaint in the area of Woodard Wy. at Evans Rd.
1756 Suspicious Circumstance in the 1500 block of Hannah Ct
1913 Citizen assist in the 1300 block of Stratford Ave
2031 Agency assist for the DOJ in the 200 block of Fernwood Ct
2130 Security check in the 500 block of College Dr.
2308 Security check in the 100 block of Doyle Dr.
2312 Security check at Austin Dr & Bell Dr.
0122 Disturbance at Folsom Fair Cir & Valley Glen Dr.
0135 Security check in the 100 block of Doyle Dr.
0203 Parking complaint at East H St & North 1st St.
0300 Security check in the 100 block of Doyle Ln.
July 9-10 (0600hrs-1355hrs)
0820 Follow-up investigation conducted in the 300 blk of W. Chestnut St.
0825 Suspicious circumstances in the 600 blk of West D St.
0855 Narcotics violation reported in the 1400 blk of Ary Ln.
0900 Follow-up investigation conducted at the Dixon Police Dept.
1000 Citizen assist in the area of Pitt School Rd and Bello Dr.
1025 Abandoned vehicle cited in the area of Folsom Downs Cir and Bello Dr.
1125 Agency assist for the Solano County Sheriff's Dept in regards to an occupied stolen vehicle.
1145 Confidential mental health report taken.
1220 Stolen Auto report in the area of Stratford Ave / Afton Way.
1225 Agency assist for Child Protective Services.
1320 Agency assist for CHP responding to a hit & run that occurred on the freeway with both vehicle now present at the Valero Gas Station and the occupants involved in a physical altercation.
1345 Follow-up in the 300 blk of S. Eighth St.
1350 Suspicious circumstances in the 360 blk of Calmace Dr
1355 Follow-up investigation conducted at the Dixon Police Dept

### NEW IN TOWN?

The Dixon Chamber of Commerce has a Newcomers Welcome Package for you. It is filled with coupons, a map, samples and lots of goodies.
Stop by the Chamber Office or give us a call for more information.
220 N. Jefferson St.
707-678-2650

## Neighborhood Christian School Honor Roll

*Gold Star Honor Roll: Students who qualified for scoring a 4.0 grade point average are:*
Eighth Grade - Connor Millard; Sixth Grade - Mia Russell; Fifth Grade - Hailey Chesmore, Antonella Fredericks, Abigayle Mercado, Casey Shehan,, Abbi Stutheit and Kelsey Wayne; Fourth Grade - Malia Abrenica, Andrew Apaka, Brandon Buss, Matthew Landis, and Bella Miller; Third Grade - Elyse McKinney, Annie Roschen, Aiden Rosten, Jacob Russell, and Nathan Stutheil

*Silver Honor Roll: Students who qualified for scoring a 3.5-3.9 grade point average are:*
Eighth Grade - Hope Arana, Karen Ho, Carson Owens, Josh Quinones, Hunter Sumner, Andrew Swart, and Maya Taylor; Sixth Grade - Matthew Arana; Fifth Grade - Ella Gerlach, Carter Owens, Giselle Romero, and Trevin Seifert; Fourth Grade - Damien Baltazar, Aliyah Burns, Daniel Davanzo, Meagan Duarte, Elise Erickson, Emma Marsden, Amber McGuire, Brayden Orrock, Jesse Seville, Joe Smith, Caden Spurlock, Jada Taylor and Jasmine Taylor; Third Grade - Kari Clark, Rhett DiMatteo, Ella Gutierrez, and James McCarthy

*Bronze Honor Roll: Students who qualified for scoring a 3.0-3.4 grade point average are:*
Eighth Grade - Cameron Duncan, Ryan Landis, and Alex Shehan; Seventh Grade - Jerzee Bingaman, Jordyn Bingaman, Trevor DeMatteo, and Maddie Seifert; Sixth Grade - Alyssa Chesmore and Matthew Folsom Zeke McKinneyAustin Soucy, Kayleigh Wayne; Fifth Grade - Angelo Trejo, Fourth Grade - Conner Nessen, Third Grade - Andrew Ballard, Evelyn Cano, and Selene Laynes
Neighborhood Christian School, serving grades Pre-K through 8th, is located at 655 South First Street on the Dixon May Fair grounds It is in its thirty-fifth year of operation and is focusing on the character development and academic achievement of its students. For more information call 678-9336 or visit their website at www.NeighborhoodChristian.org Neighborhood is currently accepting registration applications for the upcoming 2015-16 school year, for Preschool, all-day Kindergarten, and most lower and middle elementary grades.


American Legion Post 208 Dinner
Menu for July 17, 2015.
1305 N. 1st St. Dixon, Ca.
(707) 678-6308

American Legion Friday Night Dinner, July 17, 2015. All you can eat steak dinner $15. 6-8 p.m. Music by Roger Schuller, 24-ball bingo and full bar available.


Ramtown Karate
Summer Camp 2015
Session 1
June 15th-19th
8am-12pm
Session 2
July 20th-24th
8am-12pm
Call now and reserve a spot for your child!
(707) 678-4899

## Help convert the Native Plant Nursery to drip irrigation

Davis - Putah Creek Council seeks volunteers to help grow and maintain native plants for local habitat restoration projects. Nursery events are held every other Thursday evening during summer in addition to the year-round alternating Saturday morning events.
The plants in the nursery are grown from cuttings and seeds taken from the Putah-Cache Creek watershed, and are propagated and cared for by community volunteers. Plants are installed along Putah Creek and its tributaries where they provide food, shelter, and cover to native wildlife, improve water quality, and enhance aesthetics for creek visitors.
Tasks vary for each event, but generally include transplanting seedlings into larger containers, weeding, organizing, and clean-up. Currently, the nursery is in the midst of an irrigation system transformation. The severe drought has prompted the installation of a highly water-efficient drip system.
"Not only does it save water, but it optimizes the amount of water delivered to each plant. Our trees and shrubs are already responding. More precise water delivery improves plant growth in addition to huge water savings," said Rich Marovich, Putah Creek Streamkeeper and CAL FIRE Native Plant Nursery Manager.
Summer events are scheduled for: Thursday evenings from 6 - 8 p.m. (July 23, August 6, and August 20). Saturday mornings from 9:30 a.m - 12 p.m. (July 18, August 1, August 15, and August 29)
All events are held at Lewis Moran CAL FIRE Reforestation Center in south Davis. Directions are provided to volunteers upon registration.
All ages welcome, including supervised children over twelve. Putah Creek Council will provide all the gloves, tools, and supplies. For full event details and to register, visit www.putahcreek.council.org, or call 530-795-3006


47th Anniversary Sale!
$300-$500 Average Savings  ends 8/2/15
Valor   HARMAN
Fireplaces • Mantels • Stoves • Accessories
SACRAMENTO     ELK GROVE
5645 Auburn Blvd.   Custom Fireside   9037 Elk Grove Blvd
916-331-2423   SINCE 1968   916-714-4423
www.customfireside.com

Department of Toxic Substances Control     July 2015

## Public Notice

The mission of DTSC is to protect California's people and environment from harmful effects of toxic substances through the restoration of contaminated resources, enforcement, regulation and pollution prevention.

Former Wickes Forest Industries Site
Proposed Consent Decree
147 A Street, Elmira, Solano County, California 91797

NOTICE OF PUBLIC COMMENT PERIOD: July 17, 2015 through August 17, 2015

Si usted desea información en español sobre este aviso, favor de llamar a Jesus Cruz sin costo al (866) 495-5651

The Department of Toxic Substances Control ("DTSC") invites you to review and comment on a proposed consent decree (the "Consent Decree") with Jim Dobbas, Inc. ("Dobbas") regarding the former Wickes Forest Industries site located at 147 A Street, Elmira, Solano County, California 91797 (the "Site"). The Consent Decree resolves DTSC's claims against Dobbas under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. section 9601 et seq, for the Site. DTSC filed a CERCLA lawsuit on March 3, 2014 against several parties, including Dobbas, to recover DTSC's costs of investigating and cleaning up hazardous substances releases at the Site. Dobbas co-owned the Site from approximately March 20, 1997 to February 11, 2011. Under the Consent Decree, Dobbas will pay $285,000 to reimburse DTSC for a portion of its cleanup and oversight costs, subject to certain conditions and reservations.

DTSC will consider comments received during the public comment period on the Consent Decree and file with the Court any written comments received and DTSC's responses thereto. The Court may then enter or approve the Consent Decree. DTSC also reserves the right to withdraw or withhold its consent to entry (approval) of the Consent Decree if comments regarding the Consent Decree disclose facts or considerations that indicate the Consent Decree is inappropriate, improper or inadequate.

WHERE DO I SUBMIT MY COMMENTS?
DTSC will consider comments that are postmarked or received by August 17, 2015. Please submit comments by August 17, 2015 to

Marlee Hanson
DTSC Office of Legal Counsel
P.O. Box 806
Sacramento, CA 95812
Marlee.Hanson@dtsc.ca.gov

NOTICE TO HEARING IMPAIRED: TTY users may use the California Relay Service @ 711 or 1-800-855-7100. You may also contact the Public Participation Specialist listed at the end of this update

You may view documents at the following locations:
The Consent Decree and background documents may be examined on the DTSC EnviroStor website at https://www.envirostor.dtsc.ca.gov/public/profile_report.asp?global_id=82400301

You may also review documents in the File Room at DTSC's Cal Center office

(by appointment only) located at
Department of Toxic Substances Control
8800 Cal Center Drive
Sacramento, California 95826-3200
Call (916) 255-3758 for an appointment

For questions on the Wickes Forest Industries Site or the proposed Consent Decree:

Jesus Cruz                                  Peter MacNicholl, Project Manager
Department of Toxic Substances Control      Department of Toxic Substances Control
Public Participation Specialist             Cleanup Program
8800 Cal Center Drive                       8800 Cal Center Drive
Sacramento, CA 95826-3200                   Sacramento, CA 95826-3200
(916) 255-3315, 1-866-495-5651              (916) 255-3657
Jesus.Cruz@dtsc.ca.gov                      Peter.MacNicholl@dtsc.ca.gov

NOTICE TO HEARING IMPAIRED: TTY users may use the California Relay Service @ 711 or 1-800-855-7100. You may also contact the Public Participation Specialist listed at the end of this update

CalEPA           DTSC           State of California
