# Exhibit 3

# Laura Zuckerman

| | |
|---|---|
| **From:** | Hanson, Marilee@DTSC <Marilee.Hanson@dtsc.ca.gov> |
| **Sent:** | Friday, July 17, 2015 12:21 PM |
| **To:** | 'david.vanover@gmail.com'; 'ngleason@kwgattorneys.com'; 'jhartmanking@kwgattorneys.com'; 'lbrown@perkinscoie.com'; 'BRostocki@ReedSmith.com' |
| **Cc:** | Dennis Beck; Olivia W. Karlin; Laura Zuckerman |
| **Subject:** | Public Comment Period for Proposed DTSC Settlement with Jim Dobbas, Inc. re Former Wickes Forest Industries Site, Elmira, Solano County, California |
| **Attachments:** | Wickes Dobbas CD Public Notice Final 7-7-15.pdf; Wickes Dobbas CD-Lodged 7-15-17.pdf |

Dear Counsel and Mr. Van Over:

Attached please find the public notice of DTSC's proposed Consent Decree with West Coast Wood Preserving, LLC (WCWP) regarding the former Wickes Forest Industries Site in Elmira, Solano County, California (the Consent Decree). The notice was published today in the California Regulatory Notice Register at pages 1210-1211 and is available online at http://www.oal.ca.gov/res/docs/pdf/notice/29z-2015.pdf. A copy of the Consent Decree is also attached.
The public comment period runs from July 17, 2015 through August 17, 2015.

Thank you for your attention to this matter.

Sincerely,

Marilee Hanson
Senior Staff Counsel
Office of Legal Counsel
Department of Toxic Substances Control
(o) 916-327-0979

1