1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  OLIVIA W. KARLIN, State Bar No. 150432
   LAURA J. ZUCKERMAN (Counsel for service)
4  State Bar No. 161896
   Deputy Attorneys General
5   1515 Clay Street, 20th Floor
    Oakland, CA 94612
6   Telephone: (510) 622-2174
    Fax: (510) 622-2270
7   E-mail: Laura.Zuckerman@doj.ca.gov
   *Attorneys for Plaintiffs California*
8  *Department of Toxic Substances Control and Toxic*
   *Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**AMENDED NOTICE OF MOTION AND MOTION FOR JUDICIAL APPROVAL OF CONSENT DECREE BETWEEN PLAINTIFFS AND JIM DOBBAS, INC.**<br><br>Date: November 2, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 5, 14th Floor<br>       501 I Street<br>       Sacramento, CA 95814<br>Trial: January 4, 2017<br><br>Action Filed: March 3, 2014 |

1  PLEASE TAKE NOTICE THAT on November 2, 2015, at 2:00 p.m., or as soon thereafter as the matter may be heard before this Court, Honorable William B. Shubb, United States District Judge, located in Courtroom 5 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, Plaintiffs, the State of California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), will, and hereby do, move for judicial approval of the proposed Consent Decree between Plaintiffs and Defendant Jim Dobbas, Inc. ("Settling Defendant"). A proposed consent decree was lodged in the above-captioned action on July 15, 2015. ECF No. 135-1.

This Motion is based on the Memorandum of Points and Authorities in Support of Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant Jim Dobbas, Inc., LLC, the Declaration of Peter MacNicholl and Exhibits filed concurrently, and upon such other evidence and argument as may be presented to the Court.

Dated: September 18, 2015            Respectfully submitted,

                                      KAMALA D. HARRIS
                                      Attorney General of California


                                       /s/
                                      OLIVIA W. KARLIN
                                      Deputy Attorney General
                                      *Attorneys for Plaintiffs*

1