UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>            Plaintiffs,<br><br>     v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; and WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company,<br><br>            Defendants,<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | CIV. NO. 2:14-595 WBS EFB<br><br>ORDER |

----oo0oo----

Pursuant to the Consent Decree between plaintiffs California Department of Toxic Substances Control and the Toxic

1

1  Substances Control Account ("DTSC") and defendant Jim Dobbas,
2  Inc. ("Dobbas"), DTSC and Dobbas have agreed to release each
3  other from liability in this action in exchange for, among other
4  things, a settlement amount of $265,000.  (Docket No. 135-1
5  ¶¶ 12, 22, 32.)
6          IT IS THEREFORE ORDERED that Jim Dobbas, Inc.'s
7  counterclaims against plaintiffs, (Docket Nos. 23-1 to 23-3, 25),
8  be, and the same hereby are, DISMISSED.
9  Dated:  November 17, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE