KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone: (510) 622-2174
 Fax: (510) 622-2270
 E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | 2:14-cv-00595-WBS-EFB<br><br>STIPULATION REQUESTING EXTENSION OF CUT-OFF DATES AND TRIAL; DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT THEREOF; [PROPOSED] ORDER<br><br>Trial Date:   May 10, 2017<br>Action Filed:  March 3, 2014 |

Plaintiffs the State of California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), through their attorneys, and individual defendant David Van Over, acting *in pro per* ("Van Over"), hereby submit this stipulation requesting that the Court issue an order extending all court-ordered deadlines for four (4) months to permit the parties to undertake actions necessary to settle this litigation.

The foregoing Stipulation is based on the following facts:

1. In this action under the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9601 ("CERCLA"), DTSC seeks to recover response costs it incurred or expects to incur in response to the release and/or threatened release of hazardous substances at, around, and/or beneath the property located at 147 A Street, Elmira, Solano County, CA, identified by Solano County Assessor's Parcel Numbers 142-010-130, 142-010-140 and 142-042-010 ("the Site") from six (6) defendants. The Court has entered and approved consent decrees resolving the liability of two defendants in this action and has entered default judgments against three (3) others. Van Over is the current owner and operator of the Site, and he is the last remaining defendant in the case.

2. The parties have been engaged in settlement discussions for many months, and have just reached a tentative settlement. Zuckerman Declaration, ¶ 2. DTSC anticipates the parties will enter into a proposed consent decree to memorialize their settlement. *Id.*

3. For its CERCLA settlements, DTSC follows section 122(h) of CERCLA, and conducts a thirty (30) day public review and comment period on the proposed consent decree before moving for its approval by the Court. 42 U.S.C § 9622(h). Zuckerman Declaration, ¶ 4. A continuance of approximately four (4) months will allow sufficient time for the parties to draft and execute, publish, and notice any proposed consent decree entered into with Van Over for public comment, comply with the statutorily required public comment period for the proposed consent decree, address public comments, and file a noticed motion for judicial approval of a settlement with Van Over. *Id.*

1

3. The parties prefer to expend their available resources focusing on settlement rather than conducting discovery and litigating the matter. Zuckerman Declaration, ¶ 3. The parties further agree that it would be mutually beneficial, and that it would conserve the judicial resources of this Court, to continue the motion filing deadline, pretrial, and trial dates by approximately four (4) months in order that the parties may prepare the necessary documentation *Id.*

4. These parties have made one prior request to extend the discovery and trial deadlines, which was granted. Zuckerman Declaration, ¶ 5.

5. Based on the foregoing, DTSC and Van Over hereby jointly request that the Court enter an order continuing the remaining court deadlines for approximately four (4) months as follows:

    **A.** **Motion Filing Deadline** – from January 6, 2017, to May 5, 2017.

    **B.** **Final Pretrial Conference** – from March 13, 2017, to July 17, 2017.

    **C.** **Trial** – from May 10, 2017, to September 13, 2017.

IT IS SO STIPULATED.

Dated: 12/15/16

KAMALA D. HARRIS
Attorney General of California

/s/
_____
LAURA J. ZUCKERMAN
Deputy Attorney General
*Attorneys for Plaintiffs State of California Department of Toxic Substances Control and Toxic Substances Account*

2

STIPULATION REQUESTING EXTENSION OF CUT-OFF DATES AND TRIAL; DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT THEREOF; [PROPOSED] ORDER (2:14-cv-00595-WBS-EFB)

Dated: 12-15-2016

DAVID VAN OVER
Defendant

*/s/ David Van Over*

DAVID VAN OVER

[PROPOSED] ORDER

**IT IS ORDERED** that the deadlines for the above-captioned case are extended as follows:

A. **Motion Filing Deadline** – from January 6, 2017, to May 5, 2017.

B. **Final Pretrial Conference** – from March 13, 2017, to July 17, 2017.

C. **Trial** – from May 10, 2017, to September 13, 2017.

IT IS SO ORDERED.

Dated: _____

HON. WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

STIPULATION REQUESTING EXTENSION OF CUT-OFF DATES AND TRIAL; DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT THEREOF; [PROPOSED] ORDER (2:14-cv-00595-WBS-EFB)

## DECLARATION OF LAURA J. ZUCKERMAN

I, Laura J. Zuckerman, declare as follows:

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General. In that capacity, I am one of the attorneys for plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") in this action. I have personal knowledge of the facts stated herein, and, if called to do so, could and would testify competently thereto.

2. DTSC and defendant David Van Over ("Van Over"), the last remaining defendant in this action, have been engaged in settlement discussions for many months, and have just reached a tentative settlement. DTSC anticipates the parties will enter into a proposed consent decree to memorialize their settlement.

3. The parties would prefer to expend their available resources focusing on settlement rather than conducting discovery and litigating the matter. The parties have discussed and agreed that it would be mutually beneficial, and would conserve the judicial resources of this Court, to continue the discovery, pretrial, and trial dates by approximately four (4) months in order that the parties may prepare the necessary documentation.

4. For its CERCLA settlements, Plaintiffs follow section 122(h) of CERCLA, and conduct a thirty (30) day public review and comment period on the proposed consent decree before moving for its approval by the Court. 42 U.S.C. § 9622(h). A continuance of approximately four (4) months will allow sufficient time for the parties to draft and execute, publish, and notice any proposed consent decree entered into for public comment, comply with the statutorily required public comment period for the proposed consent decree, address public comments, and file a noticed motion for judicial approval of any settlement with Van Over.

5. These parties have made one prior request to extend the discovery and trial deadlines,

///
///
///

4

1 | which was granted.

2 | I declare under penalty of perjury that the foregoing is true and correct. Executed on
3 | 12/15/16 _____, at Oakland, California.

*Laura J. Zuckerman* (signature)
Laura J. Zuckerman

5

STIPULATION REQUESTING EXTENSION OF CUT-OFF DATES AND TRIAL; DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT THEREOF; [PROPOSED] ORDER (2:14-cv-00595-WBS-EFB)