XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone:  (510) 879-1299
 Fax:  (510) 622-2270
 E-mail:  Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and the
Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER**<br><br>FED.R.CIV.P. 56(d)<br><br>Date: June 12, 2017<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 14th Floor<br>　　　　501 I Street<br>　　　　Sacramento, CA  95814<br>Trial: September 13, 2017<br><br>Action Filed: March 3, 2014 |

1

NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEF. DAVID VAN OVER (2:14-cv-00595-WBS-EFB)

TO ALL DEFENDANTS AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 12, 2017 at 1:30 p.m., or as soon thereafter as the matter may be heard before this Court, Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, DTSC or "Plaintiffs"), will and hereby do move this Court for Partial Summary Judgment on the Liability of David Van Over. The hearing on DTSC's motion will take place before the Honorable William B. Shubb, United States District Judge, 501 I Street, Sacramento, CA 95814, Courtroom 5.

Plaintiffs' motion addresses defendant David Van Over's liability to Plaintiffs. There is no genuine issue of material fact that David Van Over is liable under the Comprehensive Environmental, Response, Compensation, and Liability Act, 42 U.S.C. section 9601 et. seq. ("CERCLA") for costs incurred and to be incurred by Plaintiffs in responding to the hazardous substance contamination at, beneath, and from the properties located at the intersection of A Street and Holdener Road, Elmira, Solano County, CA, identified by Solano County Assessor's Parcel Numbers 142-010-130, 142-010-140, and 142-042-010 (the "Site").

Therefore, Plaintiffs request that the Court grant Plaintiffs' Motion for Partial Summary Judgment pursuant to FED.R.CIV.P. 56(d), and issue a declaration holding David Van Over ("Van Over") jointly and severally liable under CERCLA for response costs incurred and to be incurred by Plaintiffs at the Site.

As set forth in the accompanying Declaration of Olivia W. Karlin, Plaintiffs and Van Over, who is not represented by counsel, met and conferred to discuss the substance of this motion and any potential resolution. The parties were unable to reach a potential resolution.

This motion is based on this Notice, the Memorandum of Points and Authorities and the declarations of Deena Stanley, Jason Xiao, and Olivia W. Karlin, together with

///
///
///
///
///

NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEF. DAVID VAN OVER (2:14-cv-00595-WBS-EFB)

exhibits, filed herewith, and upon such other evidence and argument as the Court may allow at the hearing.

Dated: May 5, 2017             Respectfully submitted,

XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

/S/ Olivia W. Karlin

OLIVIA W. KARLIN
LAURA J. ZUCKERMAN
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

3

NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEF. DAVID VAN OVER (2:14-cv-00595-WBS-EFB)