Xavier Becerra
Attorney General of California
Sarah E. Morrison, State Bar No. 143459
Supervising Deputy Attorney General
Olivia W. Karlin, State Bar No. 150432
Laura J. Zuckerman (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 879-1299
  Fax: (510) 622-2270
  E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | 2:14-cv-00595-WBS-EFB<br><br>**DECLARATION OF OLIVIA W. KARLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER**<br><br>Date: June 12, 2017<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 14th Floor<br>      501 I Street<br>      Sacramento, CA 95814<br>Trial: September 13, 2017<br><br>Action Filed: March 3, 2014 |

1

# DECLARATION OF OLIVIA W. KARLIN

I, Olivia W. Karlin, declare:

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General, and have been assigned to represent Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC" or "Plaintiffs") in this action. I make the following statements upon personal knowledge and, if called as a witness, could testify competently to these statements. This Declaration is made in support of DTSC's Motion for Partial Summary Judgment on the Liability of David Van Over ("Van Over") under section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9607(a).

2. On August 1, 2016, I sent a letter to Van Over requesting a pre-filing conference regarding DTSC's intent to file a motion for summary judgment with respect to his liability, as alleged in DTSC's First Amended Complaint. A true and correct copy of the letter I sent to Van Over is attached as Exhibit A hereto. Van Over showed no interest in meeting and conferring on the subject of stipulating to liability, although he responded in writing to my letter with discussions of other subjects.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed in Los Angeles, California, on May 5, 2017.

_____
OLIVIA W. KARLIN

2

DECLARATION OF OLIVIA W. KARLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-WBS-EFB)