**Exhibit B**                                          Cost Summary

| Site or Project Code | Billing Period | Incurred Costs |
|---|---|---|
| 100164 | 7-1987 - 12/2016 | 0.00 |
| **Total Costs Incurred, Not Invoiced - December 31, 2016** | | **0.00** |

**Invoiced Costs**

| | | |
|---|---|---|
| Total costs invoiced as of December 31, 2016 | | 3,134,681.97 * |
| Payments made by other defendants | - | (904,063.01) |
| Adjustments | - | (73,450.59) |
| Total outstanding invoiced costs as of December 31, 2016 | | 2,157,168.37 |
| Total CERCLA interest calculated as of December 31, 2016 | + | 207,265.73 ** |
| Total outstanding invoiced costs plus CERCLA interest as of December 31, 2016 | | **2,364,434.10** |

*Total costs invoiced includes bond interest.

**CERCLA interest imposed on site due to legal action.