XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone: (510) 879-1299
 Fax: (510) 622-2270
 E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and the
Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER**<br><br>Date: June 12, 2017<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 14th Floor<br>      501 I Street<br>      Sacramento, CA 95814<br>Trial: September 13, 2017<br><br>Action Filed: March 3, 2014 |

1

Pursuant to Local Rule 56-1, Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, DTSC) submit this Statement of Undisputed Facts and Conclusions of Law in Support of DTSC's Motion for Partial Summary Judgment on the Liability of Defendant David Van Over.

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1.     Defendant David van Over ("Van Over") owns the properties located at the former Wickes Forest Industries site, located at the intersection of A Street and Holdener Road in the unincorporated community of Elmira, Solano County, California, identified by Solano County Assessor/Recorder's Parcel Numbers 142-010-130, 142-010-140, and 142-042-010 (the "Site"). | Van Over Answer to First Amended Complaint, Document No. 130 ("Van Over Answer"), ¶¶ 7, 9; Declaration of Deena Stanley in Support of Plaintiffs' Motion for Partial Summary Judgment on the Liability of David Van Over ("Stanley Decl."), ¶ 5 and accompanying Exs. A, B, and C. |
| 2.     Hazardous substances, including chromium, arsenic, and copper, have been detected or have come to be located in the soil and groundwater at the Site, and/or have migrated from the Site off-site, since before February 2011. | Van Over Answer, ¶ 13; Stanley Decl., ¶ 6 and accompanying Exhibit D at 7-8, 14-17, and 21-22, and Exhibit E at 6-8 and Table 3; Declaration of Peter MacNicholl in Support of Plaintiffs' Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant Jim Dobbas, Inc., Docket No. 144, ¶ 4. |

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 3. Releases, including leaking, emitting, discharging, escaping, leaching, or disposing of hazardous substances, including chromium, copper and arsenic, occurred at the Site. | Van Over Answer, ¶ 13; Stanley Decl., ¶ 6 and accompanying Exhibit D at 7-8, 14-17, and 21-22, and Exhibit E at 6-8 and Table 3. |
| 4. Plaintiff California Department of Toxic Substances Control responded to the releases or threatened releases of hazardous substances at the Site. | Stanley Decl., ¶¶ 9, 11-14 and accompanying Exhibit F at 6-7. |
| 5. DTSC incurred costs in responding to the release or threat of release of hazardous substances at the Site. | Stanley Decl., ¶¶ 11, 15; Declaration of Jason Xiao in Support of Plaintiffs' Motion for Partial Summary Judgment on the Liability of Defendant David Van Over ("Xiao Decl."), ¶¶ 4, 14, and accompanying Exs. A and B. |
| 6. DTSC sent Van Over 18 invoices requesting payment of its response costs. None has been paid. | Xiao Decl., ¶ 12 and accompanying Ex. A. |
| 7. DTSC is conducting ongoing monitoring and anticipates incurring future response costs in response to releases of hazardous substances at the Site. | Stanley Decl., ¶ 15 and accompanying Exhibit F at 17. |

| CONCLUSIONS OF LAW | LEGAL SUPPORT |
|---|---|
| 1. The Site constitutes a "facility' within the meaning of CERCLA. | 42 U.S.C. § 9601(9) |

3

STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-Cv-00595-WBS-EFB)

| CONCLUSIONS OF LAW | LEGAL SUPPORT |
|---|---|
| 2. There has been a "release" or "threatened release" of "hazardous substances within the meaning of CERCLA, from Site. | 42 U.S.C. § 9601(14) and (22) |
| 3. Van Over is jointly and severally liable under section 107(a)(2) of CERCLA, 42 U.S.C. § 9607(a)(2), for the costs incurred by DTSC in responding to the release or threatened release of hazardous substances from the Site. | 42 U.S.C. § 9607(a)(2)(A) |
| 4. Van Over is jointly and severally liable under section 107(a)(2) of CERCLA, 42 U.S.C. section 9607(a)(2), for the future costs incurred by DTSC in responding to the release or threatened release of hazardous substances from the Site. | 42 U.S.C. §§ 9607(a), 9613(g)(2) |

Dated: May 5, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

/S/ Olivia W. Karlin

OLIVIA W. KARLIN
LAURA J. ZUCKERMAN
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

4

STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-Cv-00595-WBS-EFB)