| | |
|---|---|
| 1 | XAVIER BECERRA |
| | Attorney General of California |
| 2 | SARAH E. MORRISON, State Bar No. 143459 |
| | Supervising Deputy Attorney General |
| 3 | OLIVIA W. KARLIN, State Bar No. 150432 |
| | LAURA J. ZUCKERMAN (Counsel for service) |
| 4 | State Bar No. 161896 |
| | Deputy Attorneys General |
| 5 |  1515 Clay Street, 20th Floor |
| |  Oakland, CA 94612 |
| 6 |  Telephone:  (510) 879-1299 |
| |  Fax:  (510) 622-2270 |
| 7 |  E-mail:  Laura.Zuckerman@doj.ca.gov |
| | *Attorneys for Plaintiffs California* |
| 8 | *Department of Toxic Substances Control and the* |
| | *Toxic Substances Control Account* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER**<br><br>Date:       June 12, 2017<br>Time:      1:30 p.m.<br>Place:      Courtroom 5, 14th Floor<br>                501 I Street<br>                Sacramento, CA  95814<br>Trial:       September 13, 2017<br><br>Action Filed:  March 3, 2014 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account hereby lodge their [Proposed] Order Granting Partial Summary Judgment on the Liability of Defendant David Van Over.

Dated: May 5, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

/S/ Olivia W. Karlin

OLIVIA W. KARLIN
LAURA J. ZUCKERMAN
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*