# EXHIBIT A

|  |  |  |
|---|---|---|
| RECORDING REQUESTED BY | Recorded In Official Records, Solano County<br>**Marc C. Tonnesen**<br>Assessor/Recorder | 2/14/2011<br>3:22 PM<br>AR21<br>5S |
| and | P DAVID VAN OVER | |
| WHEN RECORDED MAIL TO<br>Jim Dobbas, Inc.<br>P.O. Box 177<br>Newcastle, CA 95658 | Doc#: 201100013729 | Titles: 1   Pages: 3<br>Fees      19.00<br>Taxes    101.20<br>Other      0.00<br>PAID   $120.20 |

*STATE OF CALIFORNIA )
COUNTY OF PLACER     ) SS

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## QUITCLAIM DEED

FOR VALUABLE CONSIDERATION, Jim Dobbas, Inc., a California corporation ("Grantor"), hereby RELINQUISHES, REMISES, RELEASES AND FOREVER QUITCLAIMS to David van Over, an unmarried man ("Grantee"), all of Grantor's right title and interest (subject to that certain Covenant to Restrict Use of Property dated October 27, 1995/Recorders No. 1995-00068154 and including all appurtenant rights, including mineral rights) in and to that certain real property, commonly known as APNs 0142-042-010, 0142-010-130 and 0142-010-140, and more particularly described on Exhibit A attached hereto and incorporated by this reference (the "Property").

IN WITNESS WHEREOF, this Quitclaim Deed was executed on this the 11 day of February, 2011.

Jim Dobbas, Inc., a California Corporation

THE UNDERSIGNED GRANTOR(S) DECLARE(S) DOCUMENTARY TRANSFER TAX IS $ 101.20
( ) Computed on full value of property conveyed OR
Computed on full value, less value of liens and encumbrances remaining at time of sale
UNINCORPORATED AREA CITY OF _____

By _____
Donald James Dobbas
Its: President

On FEB 11 2011 before me, R.L. ROGERS, NOTARY PUBLIC,
(Name and Title of Officer)
personally appeared DONALD JAMES DOBBAS, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the Instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (NOTARY SEAL)
(Notary Officer)

R. L. ROGERS
Commission # 1835712
Notary Public - California
Placer County
My Comm. Expires Mar 8, 2013

TAX BILL TO:
DAVID VAN OVER
216 F STREET #108
DAVIS, CA. 95616

8                                   Exhibit A to Stanley Declaration

## EXHIBIT "A"

The land referred to herein is in the State of California, County of Solano, unincorporated area, and is described as follows:

PARCEL ONE

Beginning at the southeast corner of the Northwest One Quarter of Section Nineteen (19) Township Six (6) North Range One (1) East, Mount Diablo Base and Meridian, running thence north along the Quarter Section line to the southeasterly boundary of the right of way of the Southern Pacific Railroad; thence southwesterly along the southeasterly line of the right of way of the Southern Pacific Railroad Company to the Quarter Section line running east and west through said Section Nineteen (19); thence east and along said Quarter Section line to the place of beginning.

EXCEPTING THEREFROM, however, all that certain real property as conveyed by Eleanor B. Allison to Southern Pacific Railroad Company, a corporation, by Deed dated May 10, 1916, and recorded May 23, 1916 in Liber "226" of Deeds, Page 104, thereof, and described as follows: Beginning at the point of intersection of the southeasterly right of way line of the Southern Pacific Railroad Company's railroad (as it now exists across said Northwest Quarter of Section 19) with the east line of the Northwest Quarter of Section 19, Township 6 North Range 1 East, Mount Diablo Base and Meridian, thence southwesterly along said southeasterly right of way line of the Southern Pacific Railroad Company, a distance of 506 feet to a point; thence at a right angle southeasterly 15 feet to a point, thence at a right angle northeasterly parallel to said right of way line 265 feet to a point; thence at a right angle southeasterly 15 feet to a point, thence at right angle northeasterly parallel to said right of way line 200 feet to a point, thence at a right angle northeasterly parallel to said right of way line 200 feet to a point on the east line of said Northwest Quarter of Section 19, thence north along said east line of the Northwest Quarter of Section 19, a distance of 50.7 feet to the point of beginning.

PARCEL TWO

Beginning at the intersection of the northerly line of Edwards Street and the westerly line of "A" Street extended northerly, thence running westerly and along the northerly line of Edwards Street, One Hundred Forty (140) feet, more or less, to the intersection of the easterly line of the right of way of the Southern Pacific Railroad Company, thence northerly and along the easterly line of the right of way of the Southern Pacific Railroad Company, One Hundred Ninety-One (191) feet more or less to the southerly line of County Road Number Two Hundred Forty-Six (246) sometimes also know as Binghampton Street, thence easterly and along the southerly line of County Road Number 246, to the intersection of the westerly line of a Street, extended northerly, thence southerly and along the westerly line of a Street, extended northerly to the northerly line of Edwards Street and the place of beginning. All as said streets herein referred to are laid down and designated on that certain Map entitled: "Plan of Resurvey

1 of 2

Downey Brand LLP         2/14/2011 2:08      PAGE 003/003      Fax Server

of Portion of Vaca Station, Property of W.C. Farmer, situated on South West One Quarter (S.W. ¼) of Section Nineteen (19) Township VI North Range 1 East Solano County," surveyed by E.H. Marshall, Deputy County Surveyor, April 8, 1870 and now appearing of record in Volume "1" of Maps, Page 44 thereof, Solano County Records.

PARCEL THREE

Beginning at the point of intersection of the westerly line of "A" Street, extended northerly, and the northerly line of County Road Number 246 (Holdener Road, formerly shown as Binghampton Street) in Elmira Townsite, Solano County, California, which point bears north 0°22' 08" west, 30 feet and south 89°55' 06" west, 397.80 feet from the southeast corner of the Northwest One-Quarter of Section 19, T6N, R1E, M.D.B & M.; thence, from said point of beginning, along the northerly line of the aforementioned Binghampton Street south 89°55' 06" west, 171.67 feet to the easterly right-of-way line of the Southern Pacific Railroad and thence along said easterly right-of-way line south 34° 52' 51" west, 73.21 feet to the southerly line of said Binghampton Street, thence, along said southerly line, north 89°55' 06" east, 171.67 feet to the westerly line of the aforementioned "A" Street, thence along the prolongation of said westerly line of "A" Street, north 34°52' 51" east, 73.21 feet to the point of beginning.

A.P.N. 142-010-130, 142-010-140 and 142-042-010

|  |  |  |
|---|---|---|
| RECORDING REQUESTED BY<br>and<br>WHEN RECORDED MAIL TO<br>Gary L. Kerley<br>Continental Rail, Inc.<br>3218 Nacogdoches Road, #8<br>San Antonio, TX 78217 | Recorded In Official Records, Solano County<br>**Marc C. Tonnesen**<br>Assessor/Recorder<br>P. DAVID VAN OVER<br>Doc#: 201100013730 | 2/14/2011<br>3:22 PM<br>AR21<br>5S<br>Titles: 1   Pages: 3<br>Fees    19.00<br>Taxes  101.20<br>Other    0.00<br>PAID  $120.20 |

*\*STATE OF TEXAS )*
*COUNTY OF BEXAR ) SS*

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## QUITCLAIM DEED

FOR VALUABLE CONSIDERATION, Continental Rail, Inc., a Delaware corporation ("**Grantor**"), hereby RELINQUISHES, REMISES, RELEASES AND FOREVER QUITCLAIMS to David van Over, an unmarried man ("**Grantee**"), all of Grantor's right title and interest (subject to that certain Covenant to Restrict Use of Property dated October 27, 1995/Recorders No. 1995-00068154 and including all appurtenant rights, including mineral rights) in and to that certain real property, commonly known as APNs 0142-042-010, 0142-010-130 and 0142-010-140, and more particularly described on Exhibit A attached hereto and incorporated by this reference (the "Property").

IN WITNESS WHEREOF, this Quitclaim Deed was executed on this the 12 day of February, 2011.

Continental Rail, Inc., a Delaware Corporation

*THE UNDERSIGNED GRANTOR(S) DECLARE(S) DOCUMENTARY TRANSFER TAX IS $ 101.20 COMPUTED ON FULL VALUE OF PROPERTY CONVEYED OR COMPUTED ON FULL VALUE LESS VALUE OF LIENS AND ENCUMBRANCES REMAINING AT TIME OF SALE UNINCORPORATED AREA CITY OF _____*

By _/s/ Gary Kerley_
Gary L. Kerley
Its: President

\* On _12 Feb 2011_ before me, _Guillermo L Guzman, notary public_
(Name and Title of Officer)
personally appeared _Gary L Kerley_ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_/s/_ (NOTARY SEAL)
(Notary Officer)

GUILLERMO L. GUZMAN
My Commission Expires
July 9, 2012

*Tax Bill To:*
*David Van Over*
*216 F Street #108*
*Davis, CA. 95616*

1

EXHIBIT "A"

The land referred to herein is in the State of California, County of Solano, unincorporated area, and is described as follows:

PARCEL ONE

Beginning at the southeast corner of the Northwest One Quarter of Section Nineteen (19) Township Six (6) North Range One (1) East, Mount Diablo Base and Meridian, running thence north along the Quarter Section line to the southeasterly boundary of the right of way of the Southern Pacific Railroad; thence southwesterly along the southeasterly line of the right of way of the Southern Pacific Railroad Company to the Quarter Section line running east and west through said Section Nineteen (19); thence east and along said Quarter Section line to the place of beginning.

EXCEPTING THEREFROM, however, all that certain real property as conveyed by Eleanor B. Allison to Southern Pacific Railroad Company, a corporation, by Deed dated May 10, 1916, and recorded May 23, 1916 in Liber "226" of Deeds, Page 104, thereof, and described as follows: Beginning at the point of intersection of the southeasterly right of way line of the Southern Pacific Railroad Company's railroad (as it now exists across said Northwest Quarter of Section 19) with the east line of the Northwest Quarter of Section 19, Township 6 North Range 1 East, Mount Diablo Base and Meridian, thence southwesterly along said southeasterly right of way line of the Southern Pacific Railroad Company, a distance of 506 feet to a point; thence at a right angle southeasterly 15 feet to a point, thence at a right angle northeasterly parallel to said right of way line 265 feet to a point; thence at a right angle southeasterly 15 feet to a point, thence at right angle northeasterly parallel to said right of way line 200 feet to a point, thence at a right angle northeasterly parallel to said right of way line 200 feet to a point on the east line of said Northwest Quarter of Section 19, thence north along said east line of the Northwest Quarter of Section 19, a distance of 50.7 feet to the point of beginning.

PARCEL TWO

Beginning at the intersection of the northerly line of Edwards Street and the westerly line of "A" Street extended northerly, thence running westerly and along the northerly line of Edwards Street, One Hundred Forty (140) feet, more or less, to the intersection of the easterly line of the right of way of the Southern Pacific Railroad Company, thence northerly and along the easterly line of the right of way of the Southern Pacific Railroad Company, One Hundred Ninety-One (191) feet more or less to the southerly line of County Road Number Two Hundred Forty-Six (246) sometimes also know as Binghampton Street, thence easterly and along the southerly line of County Road Number 246, to the intersection of the westerly line of a Street, extended northerly, thence southerly and along the westerly line of a Street, extended northerly to the northerly line of Edwards Street and the place of beginning. All as said streets herein referred to are laid down and designated on that certain Map entitled: "Plan of Resurvey

1 of 2

of Portion of Vaca Station, Property of W.C. Farmer, situated on South West One Quarter (S.W. ¼) of Section Nineteen (19) Township VI North Range 1 East Solano County," surveyed by E.H. Marshall, Deputy County Surveyor, April 8, 1870 and now appearing of record in Volume "1" of Maps, Page 44 thereof, Solano County Records.

PARCEL THREE

Beginning at the point of intersection of the westerly line of "A" Street, extended northerly, and the northerly line of County Road Number 246 (Holdener Road, formerly shown as Binghampton Street) in Elmira Townsite, Solano County, California, which point bears north 0°22' 08" west, 30 feet and south 89°55' 06" west, 397.80 feet from the southeast corner of the Northwest One-Quarter of Section 19, T6N, R1E, M.D.B & M., thence, from said point of beginning, along the northerly line of the aforementioned Binghampton Street south 89°55' 06" west, 171.67 feet to the easterly right-of-way line of the Southern Pacific Railroad and thence along said easterly right-of-way line south 34° 52' 51" west, 73.21 feet to the southerly line of said Binghampton Street, thence, along said southerly line, north 89°55' 06" east, 171.67 feet to the westerly line of the aforementioned "A" Street, thence along the prolongation of said westerly line of "A" Street, north 34°52" 51" east, 73.21 feet to the point of beginning.

A.P.N. 142-010-130, 142-010-140 and 142-042-010


END OF DOCUMENT