# EXHIBIT C

| Situs Address | Etal Name/Assessee Mailing Address | | |
|---|---|---|---|
| 0142-010-130 | Vanover David | 100.00 % | SA |
| 5385 Holdener Road<br>Unincorporated | Vanover David<br>216 F St #108<br>Davis CA 95616 | | |
| TRA : 91021 | | | |

### Property Information - Roll Being Prepared

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Land Value | $116,342 | Acres | 4.31 | TRA Chg | 0 | Valued By | AR62 - 06/15/12 |
| Improvements | $10,821 | Lot SqFt | 187,743 | TRA | 91021 | Exempt By | |
| Trees and Vines | $0 | Units | 0 | TRA Last | 91021 | Census | 2529.040 |
| Personalty | $0 | GovtOwn | NO | TRA Year | 00 | Record Map | |
| Fixtures | $0 | CIP Code | NO | TaxRoll CIP | NO | Bill Control | NR |
| Penalties | $0 | Spec Stat | NO | Sublink | 0 | Late File | 00 |
| Total Value | $127,163 | | | | | | |
| Exemption - NA | $0 | Description | 4400 - Manufacturing And Warehousing | | | | |
| Net Total | $127,163 | Subdivison | | | | | |
| | | Created By | Not Coded BOP On //0 | | | | |
| | | | Unit: n/a | | Lot: n/a | | |
| | | | Block: n/a | | Sublot: n/a | | |

### Property Characterisitcs

NO Property Characteristics Information Available

**SecRoll**

### Auditor Information [ 201617 - 200405 ]

| | 2016/17 | 2015/16 | 2014/15 | 2013/14 | 2012/13 | 2011/12 |
|---|---|---|---|---|---|---|
| Status | AC | AC | AC | AC | AC | AC |
| Tax Rate Area | 91021 | 91021 | 91021 | 91021 | 91021 | 91021 |
| TRA Last Year | 91021 | 91021 | 91021 | 91021 | 91021 | 91021 |
| Use Code | 4400 | 4400 | 4400 | 4400 | 4400 | 4400 |
| Govt Owned | NO | NO | NO | NO | NO | NO |
| Exem Status | NA | NA | NA | NA | NA | NA |
| | | | Full Values | | | |
| Land | $116,342 | $114,595 | $112,351 | $111,843 | $109,650 | $109,000 |
| Improvements | $10,821 | $10,659 | $10,451 | $10,404 | $10,200 | $21,000 |
| Mineral Rights | $0 | $0 | $0 | $0 | $0 | $0 |
| Trees/Vines | $0 | $0 | $0 | $0 | $0 | $0 |
| Personalty | $0 | $0 | $0 | $0 | $0 | $0 |
| Fixtures | $0 | $0 | $0 | $0 | $0 | $0 |
| Penalties | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Value | $127,163 | $125,254 | $122,802 | $122,247 | $119,850 | $130,000 |
| Exemptions | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Total | $127,163 | $125,254 | $122,802 | $122,247 | $119,850 | $130,000 |

End of Listing

| Production | • Help • Contact • Print • E-Mail • | AR00 |
|---|---|---|

| Situs Address | | Etal Name/Assessee Mailing Address | | |
|---|---|---|---|---|
| **0142-042-010** | | Vanover David | 100.00 % | SA |
| 147 A Street<br>Unincorporated | | Vanover David<br>216 F St #108<br>Davis CA 95616 | | |
| TRA : 91012 | | | | |

### Property Information - Roll Being Prepared

| | | | | | | |
|---|---|---|---|---|---|---|
| Land Value | $27,056 | Acres | 1.00 | TRA Chg | 0 | Valued By AR62 - 06/15/12 |
| Improvements | $15,151 | Lot SqFt | 43,560 | TRA | 91012 | Exempt By |
| Trees and Vines | $0 | Units | 0 | TRA Last | 91012 | Census 2529.040 |
| Personalty | $0 | GovtOwn | NO | TRA Year | 00 | Record Map |
| Fixtures | $0 | CIP Code | NO | TaxRoll CIP | NO | Bill Control NR |
| Penalties | $0 | Spec Stat | NO | Sublink | 0 | Late File 00 |
| Total Value | $42,207 | | | | | |
| Exemption - NA | $0 | Description | 4400 - Manufacturing And Warehousing | | | |
| Net Total | $42,207 | Subdivison | | | | |
| | | Created By | Not Coded B0P On //0 | | | |
| | | | Unit: n/a | Lot: n/a | | |
| | | | Block: n/a | Sublot: n/a | | |

### Property Characterisitcs

NO Property Characteristics Information Available

### SecRoll

**Auditor Information [ 201617 - 200405 ]**

| | 2016/17 | 2015/16 | 2014/15 | 2013/14 | 2012/13 | 2011/12 |
|---|---|---|---|---|---|---|
| Status | AC | AC | AC | AC | AC | AC |
| Tax Rate Area | 91012 | 91012 | 91012 | 91012 | 91012 | 91012 |
| TRA Last Year | 91012 | 91012 | 91012 | 91012 | 91012 | 91012 |
| Use Code | 4400 | 4400 | 4400 | 4400 | 4400 | 4400 |
| Govt Owned | NO | NO | NO | NO | NO | NO |
| Exem Status | NA | NA | NA | NA | NA | NA |
| | | | **Full Values** | | | |
| Land | $27,056 | $26,650 | $26,128 | $26,010 | $25,500 | $19,000 |
| Improvements | $15,151 | $14,924 | $14,632 | $14,566 | $14,280 | $31,000 |
| Mineral Rights | $0 | $0 | $0 | $0 | $0 | $0 |
| Trees/Vines | $0 | $0 | $0 | $0 | $0 | $0 |
| Personalty | $0 | $0 | $0 | $0 | $0 | $0 |
| Fixtures | $0 | $0 | $0 | $0 | $0 | $0 |
| Penalties | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Value | $42,207 | $41,574 | $40,760 | $40,576 | $39,780 | $50,000 |
| Exemptions | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Total | $42,207 | $41,574 | $40,760 | $40,576 | $39,780 | $50,000 |

End of Listing

| Production | • Help • Contact • Print • E-Mail • | AR00 |
|---|---|---|

| Situs Address | Etal Name/Assessee Mailing Address | | |
|---|---|---|---|
| 0142-010-140 | Vanover David | 100.00 % | SA |
| No Situs record on file | Vanover David<br>216 F St #108<br>Davis CA 95616 | | |
| TRA : 91012 | | | |

### Redemption Inquiry

#### Redemption Root

| Redemption Assessee | Redemption Status | | Active Sale Number | 2012001709 |
|---|---|---|---|---|
| 0142-010-140 | Pay Plan Status | | No pay plan Sale Amount | $64.02 |
| Vanover David | Bankruptcy Status | | No Bankruptcy Tax Costs | $60.00 |
| 216 F St #108 | Power to Sell | | Power to Sell 10% Late Penalty | $38.30 |
| Davis CA 95616 | First Year Delinquent | | 2011/12 Spec Asmt Taxes | $34.56 |
| | Prev Pay Plan Pmnts | | $0.00 Total Taxes | $348.90 |
| Vacant Industrial Land | Prev Banko Pmts | | $0.00 Outstanding Fees | $1,309.50 |
| Eligible for Power To Sell - 2014/15 | Starting Interest | | $129.36 Interest Rate | 1.50% |
| R&T - 3 Year Power To Sell | Month Paid | | Not Paid Off Monthly Interest | $5.75 |

| Payoff | Roll | Fees | Audit | | | Abstrct | PenRqst |

### Redemption Root Pay Off

Current Amount Due $1,978.12

| Totals Due | Interest: | To Redeem: | To Start Five Pay: |
|---|---|---|---|
| July | $135.11 | $1,926.37 | N/A |
| August | $140.86 | $1,932.12 | N/A |
| September | $146.61 | $1,937.87 | N/A |
| October | $152.36 | $1,943.62 | N/A |
| November | $158.11 | $1,949.37 | N/A |
| December | $163.86 | $1,955.12 | N/A |
| January | $169.61 | $1,960.87 | N/A |
| February | $175.36 | $1,966.62 | N/A |
| ST March | $181.11 | $1,972.37 | N/A |
| ST April | $186.86 | $1,978.12 | N/A |
| May | $192.61 | $1,983.87 | N/A |
| June | $198.36 | $1,989.62 | N/A |

End of Listing

| Production | • Help • Contact • Print • E-Mail • | TX56 |

| Situs Address | Etal Name/Assessee Mailing Address | | |
|---|---|---|---|
| 0142-042-010 | Vanover David | 100.00 % | SA |
| 147 A Street<br>Unincorporated<br>TRA : 91012 | Vanover David<br>216 F St #108<br>Davis CA 95616 | | |

[Refund]

## Redemption Inquiry

### Redemption Root

| Redemption Assessee | Redemption Status | Active Sale Number | 2012001710 |
|---|---|---|---|
| 0142-042-010 | Pay Plan Status | No pay plan Sale Amount | $653.34 |
| Vanover David | Bankruptcy Status | No Bankruptcy Tax Costs | $50.00 |
| 216 F St #108 | Power to Sell | Power to Sell 10% Late Penalty | $258.88 |
| Davis CA 95616 | First Year Delinquent | 2011/12 Spec Asmt Taxes | $195.56 |
| | Prev Pay Plan Pmnts | $0.00 Total Taxes | $2,393.74 |
| Manufacturing And Warehousing | Prev Banko Pmts | $0.00 Outstanding Fees | $1,312.50 |
| Eligible for Power To Sell - 2014/15 | Starting Interest | $949.44 Interest Rate | 1.50% |
| R&T - 3 Year Power To Sell | Month Paid | Not Paid Off Monthly Interest | $38.83 |

[Payoff] [Roll] [Fees] [Audit]   [Abstrct] [PenRqst]

Redemption Root Pay Off                         Current Amount Due $5,548.42

| Totals Due | Interest: | To Redeem: | To Start Five Pay: |
|---|---|---|---|
| July | $988.27 | $5,198.95 | N/A |
| August | $1,027.10 | $5,237.78 | N/A |
| September | $1,065.93 | $5,276.61 | N/A |
| October | $1,104.76 | $5,315.44 | N/A |
| November | $1,143.59 | $5,354.27 | N/A |
| December | $1,182.42 | $5,393.10 | N/A |
| January | $1,221.25 | $5,431.93 | N/A |
| February | $1,260.08 | $5,470.76 | N/A |
| ST March | $1,298.91 | $5,509.59 | N/A |
| ST April | $1,337.74 | $5,548.42 | N/A |
| May | $1,376.57 | $5,587.25 | N/A |
| June | $1,415.40 | $5,626.08 | N/A |

End of Listing

Production   • [Help] • [Contact] • [Print] • [E-Mail] •              TX56

| Situs Address | Etal Name/Assessee Mailing Address | | |
|---|---|---|---|
| 0142-010-130 | Vanover David | 100.00 % | SA |
| 5385 Holdener Road<br>Unincorporated | Vanover David<br>216 F St #108<br>Davis CA  95616 | | |
| TRA : 91021 | | | |

### Redemption Inquiry

#### Redemption Root

| Redemption Assessee | Redemption Status | Active Sale Number | 2012001708 |
|---|---|---|---|
| 0142-010-130 | Pay Plan Status | No pay plan Sale Amount | $1,786.78 |
| Vanover David | Bankruptcy Status | No Bankruptcy Tax Costs | $50.00 |
| 216 F St #108 | Power to Sell | Power to Sell 10% Late Penalty | $786.72 |
| Davis CA  95616 | First Year Delinquent | 2011/12 Spec Asmt Taxes | $884.12 |
| | Prev Pay Plan Pmnts | $0.00 Total Taxes | $6,983.60 |
| Manufacturing And Warehousing | Prev Banko Pmts | $0.00 Outstanding Fees | $1,312.50 |
| Eligible for Power To Sell - 2014/15 | Starting Interest | $2,812.32 Interest Rate | 1.50% |
| R&T - 3 Year Power To Sell | Month Paid | Not Paid Off Monthly Interest | $118.01 |

| Payoff | Roll | Fees | Audit | | | Abstrct | PenRqst |

| Redemption Root Pay Off | | Current Amount Due $14,009.36 | |
|---|---|---|---|
| Totals Due | Interest: | To Redeem: | To Start Five Pay: |
| July | $2,930.33 | $12,947.27 | N/A |
| August | $3,048.34 | $13,065.28 | N/A |
| September | $3,166.35 | $13,183.29 | N/A |
| October | $3,284.36 | $13,301.30 | N/A |
| November | $3,402.37 | $13,419.31 | N/A |
| December | $3,520.38 | $13,537.32 | N/A |
| January | $3,638.39 | $13,655.33 | N/A |
| February | $3,756.40 | $13,773.34 | N/A |
| ST March | $3,874.41 | $13,891.35 | N/A |
| ST April | $3,992.42 | $14,009.36 | N/A |
| May | $4,110.43 | $14,127.37 | N/A |
| June | $4,228.44 | $14,245.38 | N/A |
| End of Listing | | | |

| Production | • | Help | • | Contact | • | Print | • | E-Mail | • | TX56 |