


1  XAVIER BECERRA
   Attorney General of California
2  SARAH E. MORRISON, State Bar No. 143459
   Supervising Deputy Attorney General
3  OLIVIA W. KARLIN, State Bar No. 150432
   LAURA J. ZUCKERMAN (Counsel for service)
4  State Bar No. 161896
   Deputy Attorneys General
5    1515 Clay Street, 20th Floor
     Oakland, CA 94612
6    Telephone: (510) 879-1299
     Fax: (510) 622-2270
7    E-mail: Laura.Zuckerman@doj.ca.gov
   *Attorneys for Plaintiffs California Department of*
8  *Toxic Substances Control and the Toxic Substances*
   *Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants. | 2:14-cv-00595-WBS-EFB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER<br><br>Date:       June 12, 2017<br>Time:      1:30 p.m.<br>Place:      Courtroom 5, 14th Floor<br>                501 I Street<br>                Sacramento, CA 95814<br>Trial:        September 13, 2017<br><br>Action Filed: March 3, 2014 |
| AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE
LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-WBS-EFB)

# [PROPOSED] ORDER

Plaintiffs, the State of California Department of Toxic Substances Control and the Toxic Substances Control Account's (collectively, DTSC) Motion for Partial Summary Judgment regarding Defendant David van Over's ("Van Over") liability under section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9607(a) ("CERCLA"), came on for hearing on June 12, 2017.

After full consideration of the evidence, and of the written and oral submissions by the parties, the Court finds that there is no triable issue of material fact as to the issue of the liability of Van Over under CERCLA. Accordingly, the Court finds as follows:

## UNDISPUTED FACTS

1. The properties located at the intersection of A Street and Holdener Road, Elmira, Solano County, CA, identified by Solano County Assessor's Parcel Numbers 142-010-130, 142-010-140, and 142-042-010 ("the Site") is an area where hazardous substances have been deposited, stored, disposed of, or placed, or otherwise have come to be located.

2. The Site constitutes a "facility" within the meaning of CERCLA, 42 U.S.C. § 9601(9).

3. DTSC incurred costs in responding to the release or threat of release at the Site.

4. Van Over is the current owner of the Site.

## CONCLUSIONS OF LAW

1. The properties located at the intersection of A Street and Holdener Road, Elmira, Solano County, CA, identified by Solano County Assessor's Parcel Numbers 142-010-130, 142-919-140, and 142-042-010 is a facility from which there has been a release or threatened release of hazardous substances within the meaning of CERCLA, 42 U.S.C. § 9601.

2. Van Over is jointly and severally liable for all costs of removal or remedial action incurred by DTSC in responding to the release or threatened release of hazardous substances at the Site.

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-WBS-EFB)

3. The amount of such costs will be determined either by further motion or at trial of this matter.

The above Undisputed Facts and Conclusions of Law are based on the following:

The Site is a "facility" because it is a "site or area where a hazardous substance has been deposited, stored, disposed of, or placed, or otherwise come to be located . . . . ." 42 U.S.C. § 9601(9). Contaminants designated as hazardous substances under CERCLA have been detected in the soil and groundwater beneath the Site. SUF 2. There has been a release or threatened release of hazardous substances from the facility because hazardous substances have spilled, leaked, escaped, or leached into the environment. SUF 3. DTSC has incurred costs in response to the releases of hazardous substances at the Site at the Site. SUF 4 and SUF 5. Van Over is the current owner of the Site. SUF 1. None of Van Over's affirmative defenses defeats liability.

DATED: _____

                                                  Honorable William B. Shubb
Senior United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-WBS-EFB)