XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone: (510) 879-1299
 Fax: (510) 622-2270
 E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California*
*Department of Toxic Substances Control and Toxic*
*Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>                                        Plaintiffs,<br><br>    v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>                                        Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | 2:14-cv-00595-WBS-EFB<br><br>STIPULATION REQUESTING CONTINUANCE OF JUNE 12, 2017 HEARING DATE FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER; DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT THEREOF; [PROPOSED] ORDER<br><br>Trial Date:          September 13, 2017<br>Action Filed:       March 3, 2014 |

Plaintiffs the State of California Department of Toxic Substances Control and the Toxic

Substances Control Account (collectively, "DTSC"), through their attorneys, and individual

1   defendant David Van Over, acting *in pro per* ("Van Over"), hereby submit this stipulation

2   requesting that the Court continue the June 12, 2017 hearing date for Plaintiffs' Motion for Partial

3   Summary Judgment on the liability of Defendant David Van Over ("Motion") to July 10, 2017.

4   This continuance will allow Van Over additional time to prepare an opposition to DTSC's Motion

5   and accommodate counsel for DTSC's schedule.

6         The foregoing Stipulation is based on the following facts:

7         1.     In this action under the Comprehensive Environmental Response, Compensation, and

8   Liability Act, 42 U.S.C. § 9601 ("CERCLA"), DTSC seeks to recover response costs it incurred

9   or expects to incur in response to the release and/or threatened release of hazardous substances at,

10  around, and/or beneath the property located at 147 A Street, Elmira, Solano County, CA,

11  identified by Solano County Assessor's Parcel Numbers 142-010-130, 142-010-140 and 142-042-

12  010 ("the Site") from six (6) defendants.  The Court has entered and approved consent decrees

13  resolving the liability of two defendants in this action and has entered default judgments against

14  three (3) others.  Van Over is the current owner and operator of the Site, and he is the last

15  remaining defendant in the case.

16        2.     On May 5, 2017, DTSC filed a noticed Motion for Partial Summary Judgment on the

17  liability of Defendant David Van Over ("Motion"), setting the hearing date for the Motion for

18  June 12, 2017.  Pursuant to Federal Rule of Civil Procedure 78 and Local Rule 230, Van Over's

19  opposition was due not less than 14 days preceding the noticed hearing date.  Accordingly, Van

20  Over's opposition was due May 30, 2017.  Van Over did not file a timely opposition.  Declaration

21  of Laura J. Zuckerman ("Zuckerman Decl."), ¶ 2.

22        3.     On June 2, 2017, Van Over asked for, and Plaintiffs agreed to, a brief continuance of

23  the hearing date to provide Van Over with an opportunity to file an opposition to DTSC's Motion.

24  Zuckerman Declaration, ¶ 3.  Counsel for DTSC plans to be out of the country from June 25

25  through July 7, 2017. *Ibid.*

26        4.     Based on the foregoing, DTSC and Van Over hereby jointly respectfully request that

27  the Court enter an order continuing the hearing on DTSC's Motion, and extending the opposition

28                                              2

1   and reply brief filing dates, to enable Van Over the opportunity to file an opposition to the Motion

2   and to accommodate counsel for DTSC's schedule, as follows:

3           A.    Filing date for **Van Over Opposition** – continued from May 30, 2017 to June

4   16, 2017.

5           B.    Filing date for **DTSC Reply** – continued from June 5, 2017 to June 26, 2017,

6   2017.

7           C.    **Hearing on DTSC's Motion** – continued from June 12, 2017 to July 10, 2017.

8       IT IS SO STIPULATED.

9   Dated: _____

                XAVIER BECERRA

10                  Attorney General of California

11                  /s/

12                  LAURA J. ZUCKERMAN

13                  Deputy Attorney General
                *Attorneys for Plaintiffs State of California*

14                  *Department of Toxic Substances Control and Toxic*
                *Substances Account*

15

16  Dated: *JUNE 7, 2017*
                D~~AVID~~ VAN OVER

17                  Defendant

18

19                  DAVID VAN OVER

20

21

22

23

24

25

26

27

28

3

1

[PROPOSED] ORDER

2

3       **IT IS ORDERED** that the deadlines for the above-captioned case are extended as follows:

4             A.     Filing date for **Van Over Opposition** – continued from May 30, 2017 to June

5       16, 2017.

6             B.     Filing date for **DTSC Reply** – continued from June 5, 2017 to June 26, 2017.

7             C.     **Hearing on DTSC's Motion** – continued from June 12, 2017 to July 10, 2017.

8       IT IS SO ORDERED.

9

10      Dated:                                    _____

11                                                HON. WILLIAM B. SHUBB
                                                  SENIOR U.S. DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

## DECLARATION OF LAURA J. ZUCKERMAN

I, Laura J. Zuckerman, declare as follows:

1.     I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General.  In that capacity, I am one of the attorneys for plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") in this action.  I have personal knowledge of the facts stated herein, and, if called to do so, could and would testify competently thereto.

2.     David Van Over ("Van Over"), the last remaining defendant in this action, is representing himself *in pro per*.  On May 5, 2017, DTSC filed a noticed Motion for Partial Summary Judgment on the liability of Defendant David Van Over ("Motion"), setting the hearing date for the Motion for June 12, 2017.  Pursuant to Federal Rule of Civil Procedure 78 and Local Rule 230, Van Over's opposition was due not less than 14 days preceding the noticed hearing date.  Accordingly, Van Over's opposition was due May 30, 2017.  Van Over did not file a timely opposition.

3.     On June 2, 2017, Van Over asked for, and Plaintiffs agreed to, a continuance of the hearing date to provide Van Over with an opportunity to file an opposition to the Motion. Counsel for DTSC plans to be out of the country from June 25 through July 7, 2017.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June _____, 2017,  at Oakland, California.


_____
Laura J. Zuckerman

STIPULATION REQUESTING CONTINUANCE OF HEARING DATE; DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT THEREOF; [PROPOSED] ORDER (2:14-cv-00595-WBS-EFB)