KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 622-2174
  Fax: (510) 622-2270
  E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants. | 2:14-cv-00595-WBS-EFB<br><br>**DEFENDANT DAVID VAN OVER'S RESPONSE TO PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER**<br><br>Trial Date:   September 13, 2017<br>Action Filed:  March 3, 2014 |
| AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | |

STIPULATION REQUESTING EXTENSION OF CUT-OFF DATES AND TRIAL; DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT THEREOF; [PROPOSED] ORDER (2:14-cv-00595-WBS-EFB)

Defendant David Van Over, acting *in pro per* ("Van Over"), hereby requests the following language be included in the Proposed Order Granting Plaintiffs Motion for Partial Summary Judgment on the Liability of Defendant David van Over filed on 05/05/17 (Document 162):

"Plaintiff still must prove that the particular alleged response costs for which it claims reimbursement come within CERCLA's definition of a recoverable response cost."

Other than the above request regarding the insertion of the above language, Defendant does not oppose Plaintiff's Motion for Partial Summary Judgment on the Liability of Defendant David van Over. Furthermore, Defendant remains interested in entering into a reasonable settlement agreement with the Plaintiff that will provide a basis for Defendant to proceed with the responsible development of the properties related to this litigation and thereby assist the Plaintiff to recover a reasonable percentage of its response costs.

Dated: 06-21-2017

DAVID VAN OVER
Defendant

DAVID VAN OVER

1

STIPULATION REQUESTING EXTENSION OF CUT-OFF DATES AND TRIAL; DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT THEREOF; [PROPOSED] ORDER (2:14-cv-00595-WBS-EFB)