XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone: (510) 622-2174
 Fax: (510) 879-1299
 E-mail:  Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER**<br><br>Date:  July 10, 2017<br>Time:  2:00 p.m.<br>Place:  Courtroom 5, 14th Floor<br>        501 I Street<br>        Sacramento, CA  95814<br>Trial:  October 24, 2017<br><br>Action Filed:  March 3, 2014 |

## PLAINTIFFS' REPLY

On May 5, 2017, Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") filed a Motion for Partial Summary Judgment regarding David Van Over's ("Van Over") liability under section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, 42 U.S.C. § 9607(a) ("CERCLA") ("Motion for Partial Summary Judgment"). [ECF Nos. 156-162.] On June 21, 2017, Van Over filed Defendant David Van Over's Response to Plaintiff's Notice of Motion and Motion for Partial Summary Judgment on the Liability of David Van Over ("Van Over Response").[1]  [ECF No. 168.]

The Court should grant DTSC's Motion for Partial Summary Judgment because DTSC has established the four elements of its prima facie case establishing that Van Over is a liable party under CERCLA.  (*See* Motion for Partial Summary Judgment, pp. 11-16.)  Moreover, in his Response, Van Over states he **does not oppose** DTSC's Motion for Partial Summary Judgment: specifically, Van Over states, "Defendant does not oppose Plaintiff's Motion for Partial Summary Judgment on the Liability of Defendant David van Over."  [Van Over Response, p. 2, lines 6-8.]

Van Over's sole request in his response is that the following language be included in the Court's Order granting Plaintiffs' Motion for Partial Summary Judgment:  "Plaintiff must prove that the particular alleged response costs for which it claims reimbursement come within CERCLA's definition of a recoverable response costs."  [Van Over Response, p. 2, lines 4-5.]

The [Proposed] Order Granting Plaintiffs' Motion for Partial Summary Judgment already incorporates a provision addressing Van Over's request. (ECF No. 162 ([Proposed] Order, Conclusions of Law No. 3:  "The amount of such [response] costs will be determined either by further motion or at trial of this matter.").  Therefore, it is unnecessary to amend the [Proposed] Order to add the proposed language requested by Van Over.

---

[1] Van Over's brief was actually due five days earlier, on June 16, 2017, per the parties' stipulation and the Court's Order.  [ECF No. 166.]

1

PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE
LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-WBS-EFB)

# CONCLUSION

For the reasons set forth above, DTSC respectfully requests that the Court grant DTSC's Motion for Partial Summary Judgment on the Liability of Defendant David Van Over, and find Van Over jointly and severally liable to DTSC pursuant to 42 U.S.C. section 9607(a) for the costs incurred in responding to the release or threatened release of hazardous substances at and from the properties located at the intersection of A Street and Holdener Road, Elmira, Solano County, CA, identified by Solano County Assessor's Parcel Numbers 142-010-130, 142-010-140, and 142-042-010 (the "Site").  DTSC further requests that the Court issue a declaratory judgment finding Van Over jointly and severally liable to DTSC for future response costs incurred by DTSC in responding to releases and threatened releases of hazardous substances at, beneath, and/or from the Site.  DTSC further requests that the Court sign the [Proposed] Order as drafted and submitted to the Court.

Dated:  June 26, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

/S/ Laura J. Zuckerman

OLIVIA W. KARLIN
LAURA J. ZUCKERMAN
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

2

PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE LIABILITY OF DEFENDANT DAVID VAN OVER (2:14-cv-00595-WBS-EFB)