XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
LAURA J. ZUCKERMAN, State Bar No. 161896
OLIVIA W. KARLIN, State Bar No. 150432
Deputy Attorneys General
　300 South Spring Street, Suite 1702
　Los Angeles, CA  90013
　Telephone:  (213) 269-6333
　Fax:  (213) 897-2802
　E-mail:  Laura.Zuckerman@doj.ca.gov
　E-mail:  Olivia.Karlin@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>　　　　　　　　　　　　Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE BETWEEN PLAINTIFFS AND DAVID VAN OVER**<br><br>Judge:  Hon. William B. Shubb<br><br>Action Filed:  March 3, 2014<br>Courtroom 5, 14th Floor, 501 I Street<br>Sacramento, CA 95814<br>Trial: March 13, 2018 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, the State of California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), have lodged a [Proposed] Consent Decree between DTSC and Defendant David Van Over ("Van Over") resolving Van Over's liability in the above-entitled action. The [Proposed] Consent Decree has been signed by the parties.

DTSC will be filing a motion for approval of the [Proposed] Consent Decree after DTSC publishes notice in the California Regulatory Notice Register, accepts public comment on the [Proposed] Consent Decree for a 30-day period, and addresses public comments, if any. **Therefore, DTSC requests that the Court not take any action on the [Proposed] Consent Decree at this time.**

Dated: October 30, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General

LAURA J. ZUCKERMAN
OLIVIA W. KARLIN
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*