XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON, State Bar No. 143459
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 879-1299
  Fax: (510) 622-2270
  E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>───────────────────────────<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**STIPULATION REQUESTING EXTENSION OF PRETRIAL DATES AND TRIAL; DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT THEREOF; [~~PROPOSED~~] ORDER**<br><br>Trial Date: February 20, 2018<br><br>Action Filed: March 3, 2014 |

1

Stipulation Requesting Extension of Pretrial Dates and Trial; Declaration Of Laura J. Zuckerman In Support Thereof; [Proposed] Order (2:14-cv-00595-WBS-EFB)

Plaintiffs the State of California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), through their attorneys, and individual defendant David Van Over, acting *in pro per* ("Van Over"), hereby submit this stipulation requesting that the Court issue an order extending all court-ordered deadlines for approximately two (2) months to permit the parties to seek judicial approval of the proposed Consent Decree necessary to settle this litigation.

The foregoing Stipulation is based on the following facts:

1. In this action under the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9601 ("CERCLA"), DTSC seeks to recover response costs it incurred or expects to incur in response to the release and/or threatened release of hazardous substances at, around, and/or beneath the property located at 147 A Street, Elmira, Solano County, CA, identified by Solano County Assessor's Parcel Numbers 142-010-130, 142-010-140 and 142-042-010 ("the Site") by multiple defendants. The Court has entered and approved consent decrees resolving the liability of two defendants in this action and has entered default judgments against three (3) others. Van Over is the current owner and operator of the Site, and he is the last remaining defendant in the case.

2. The parties have reached a settlement in the form of a proposed Consent Decree. The proposed Consent Decree was lodged with the Court on October 30, 2017. ECF No. 173. Zuckerman Declaration, ¶ 2.

3. For its CERCLA settlements, DTSC follows section 122(h) of CERCLA, and conducts a thirty (30) day public review and comment period on a proposed consent decree before moving for its approval by the Court. 42 U.S.C § 9622(h). Zuckerman Declaration, ¶ 3. DTSC published notice of the proposed Consent Decree on November 17, 2017, and the public comment period for the proposed Consent Decree closed on December 18, 2017. DTSC will now file a noticed motion seeking judicial approval of the settlement with Van Over. *Id*.

4. DTSC anticipates filing a noticed motion for judicial approval of the proposed Consent Decree in late January or early February, given vacations and counsel's trial schedules.

2

In consideration of the 28-day time period for filing and setting a hearing date for a noticed motion to approve the settlement with Van Over, the parties request an extension of the pretrial and trial dates by approximately three (3) months. Currently, the final pre-trial conference is set for January 5, 2018 and trial is set for February 20, 2018. Since it is now late December, DTSC requests a continuance of the January 5, 2018 final pre-trial conference date because the parties have settled the case. Zuckerman Declaration, ¶ 4.

5. These parties have made three prior requests to extend the discovery and trial deadlines, which were granted. Zuckerman Declaration, ¶ 5.

6. Based on the foregoing, DTSC and Van Over hereby jointly request that the Court enter an order continuing the remaining court deadlines for approximately three (3) months as follows:

A. Final Pretrial Conference: from January 5, 2018 to April 6, 2018.

B. Trial: from February 20, 2018 to May 22, 2018.

IT IS SO STIPULATED.

Dated: December  26 , 2017

XAVIER BECERRA
Attorney General of California

/S/ Laura J. Zuckerman

LAURA J. ZUCKERMAN
Deputy Attorney General

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

Dated: December  26 , 2017

DAVID VAN OVER
Defendant

/s/ David Van Over
DAVID VAN OVER

# **ORDER**

IT IS ORDERED that the deadlines for the above-captioned case are extended as follows:

    A.    Final Pretrial Conference: from January 16, 2018 to **April 9, 2018 at 1:30 p.m.**

    B.    Trial: February 20, 2018 to **June 5, 2018 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: December 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

///

///

///

4

Stipulation Requesting Extension of Pretrial Dates and Trial; Declaration Of Laura J. Zuckerman In Support Thereof; [Proposed] Order (2:14-cv-00595-WBS-EFB)

## **DECLARATION OF LAURA J. ZUCKERMAN**

I, Laura J. Zuckerman, declare as follows:

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General. In that capacity, I am one of the attorneys for plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") in this action. I have personal knowledge of the facts stated herein, and, if called to do so, could and would testify competently thereto.

2. DTSC and defendant David Van Over ("Van Over"), the last remaining defendant in this action, have been engaged in settlement discussions for many months, have reached a settlement, and have lodged the settlement, in the form of a proposed Consent Decree, with the Court on October 30, 2017. ECF No. 173.

3. For its CERCLA settlements, DTSC follows section 122(h) of CERCLA, and conduct a thirty (30) day public review and comment period on the proposed consent decree before moving for its approval by the Court. 42 U.S.C. § 9622(h). Here, after lodging the proposed Consent Decree, DTSC published notice of the proposed Consent Decree for a 30-day public comment period which started on November 17, 2017 and ended on December 18, 2017.

4. DTSC now plans to file a noticed motion for judicial approval of the Consent Decree with Van Over, which requires a 28-day notice period. Given upcoming vacation and counsel's trial schedule, DTSC anticipates filing the noticed motion by late January or early February. Since it is now late December, DTSC requests a continuance of the January 5, 2018 final pre-trial conference date because the parties have settled the case.

5. These parties have made three prior requests to extend discovery and trial deadlines, which were granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 12/26/2017, at Oakland, California.

/s/ Laura J. Zuckerman
Laura J. Zuckerman

5