XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA, State Bar No. 144842
Supervising Deputy Attorney General
LAURA J. ZUCKERMAN, State Bar No. 161896
OLIVIA W. KARLIN, State Bar No. 150432
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6333
 Fax: (213) 897-2802
 E-mail: Laura.Zuckerman@doj.ca.gov
 E-mail: Olivia.Karlin@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants. | 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE BETWEEN PLAINTIFFS AND DAVID VAN OVER**<br><br>Date: March 19, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5<br>Judge: The Honorable William B. Shubb<br>Trial Date: June 5, 2018<br>Action Filed: March 3, 2014 |
| **AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | |

1

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, the State of California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), have lodged a [Proposed] Consent Decree between DTSC and Defendant David Van Over ("Van Over") resolving Van Over's liability in the above-entitled action. The [Proposed] Consent Decree has been signed by the parties. The currently lodged [Proposed] Consent Decree corrects a drafting error in a [Proposed] Consent Decree which was lodged with the Court on October 30, 2017. ECF No. 173.

DTSC will be filing a motion for approval of the [Proposed] Consent Decree. DTSC's motion will move for approval of the Consent Decree. **Therefore, DTSC requests that the Court not take any action on the [Proposed] Consent Decree at this time.**

Dated: February 15, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General

*/s/ Olivia W. Karlin*

LAURA J. ZUCKERMAN
OLIVIA W. KARLIN
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

2

Notice of Lodging of [Proposed] Consent Decree Between Plaintiffs and Defendant Van Over
(2:14-cv-00595-WBS-EFB)