XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA, State Bar No. 144842
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone:  (510) 879-1299
  Fax:  (510) 622-2270
  E-mail:  Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and Toxic
Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>                              **Plaintiffs,**<br><br>      v.<br><br>**JIM DOBBAS, INC.,** a California corporation; **CONTINENTAL RAIL, INC.,** a Delaware corporation; **DAVID VAN OVER,** individually; **PACIFIC WOOD PRESERVING,** a dissolved California corporation; **WEST COAST WOOD PRESERVING, LLC.,** a Nevada limited liability company; and **COLLINS & AIKMAN PRODUCTS, LLC,** a Delaware limited liability company,<br><br>                              **Defendants.**<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF MOTION AND MOTION FOR JUDICIAL APPROVAL OF CONSENT DECREE BETWEEN PLAINTIFFS AND DAVID VAN OVER**<br><br>Date:          March 19, 2018<br>Time:         1:30 p.m.<br>Courtroom:  5<br>Judge:        The Honorable William B. Shubb<br>Trial Date:   June 5, 2018<br>Action Filed: March 3, 2014 |

00021075.1

1

Notice of Motion and Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant David Van Over (Case No. 2:14-CV-00595-WBS-EFB)

PLEASE TAKE NOTICE THAT on March 19, 2018, at 1:30 p.m., or as soon thereafter as the matter may be heard before this Court, Honorable William B. Shubb, United States District Judge, located in Courtroom 5 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, Plaintiffs, the State of California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), will and hereby do, move for judicial approval of the proposed Consent Decree between Plaintiffs and Defendant David Van Over ("Settling Defendant"). A proposed consent decree was lodged in the above-captioned action on February 15, 2018. ECF No. 176.

This Motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities in Support of Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant David Van Over and the Declaration of William Beckman filed herewith; and upon such other evidence and argument as may be presented to the Court.

Dated: February 16, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

/s/ Laura J. Zuckerman

LAURA J. ZUCKERMAN
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and Toxic Substances Control Account*

00021075.1

2

Notice of Motion and Motion for Judicial Approval of Consent Decree Between Plaintiffs and Defendant David Van Over (Case No. 2:14-CV-00595-WBS-EFB)