# EXHIBIT 1

CONTACT PERSONS

Requests of copies of the text of the proposed regulation, the Statement of Reasons, or other information upon which the rulemaking is based, or other inquiries should be addressed to the following:

Name: Laura S. Fisher, Chief
Address: State Water Resources
 Control Board
 Division of Water Quality
 1001 "I" Street
 Sacramento, CA 95814
Telephone No.: (916) 341-5870
E-mail address: laura.fisher@waterboards.ca.gov

The backup contact person is:

Name: Cory Hootman
Address: State Water Resources
 Control Board
 Division of Water Quality
 1001 "I" Street
 Sacramento, CA 95814
Telephone No.: (916) 341-5668
E-mail address: cory.hootman@waterboards.ca.gov

The documents relating to this proposed action may also be found on the State Water Board's website at the following address:
http://www.waterboards.ca.gov/water_issues/programs/ust/adm_notices/fed_reg_regs/.

## GENERAL PUBLIC INTEREST

### DEPARTMENT OF TOXIC SUBSTANCES CONTROL

**Former Wickes Forest Industries Site
Proposed Consent Decree
147 A Street, Elmira, Solano County,
California 91792**

**NOTICE OF PUBLIC COMMENT PERIOD:
November 17 through December 18, 2017**

**Si usted desea informacion en espanol sobre este aviso, favor de llamar a Jesus Cruz sin costo al (866) 495-5651.**

The Department of Toxic Substances Control ("DTSC") invites you to review and comment on a proposed consent decree (the "Consent Decree") with David Van Over (Van Over) regarding the former Wickes Forest Industries site located at 147 A Street, Elmira, Solano County, California 91792 (the "Site"). This Consent Decree resolves DTSC's claims for penalties and costs for the former Wickes Forest Industries Site located at 147 A Street, Elmira, Solano County. In 2014, DTSC filed suit under the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. section 9601, et seq., against several parties, including Van Over, to recover DTSC's costs of investigating and cleaning up hazardous substances releases at the Site. DTSC also filed state law claims against Mr. Van Over for violation(s) of the I/SE Order in its First Amended Complaint. Mr. Van Over purchased the property on February 11, 2011 and is the current owner of the Site. Van Over is the last remaining defendant in DTSC's 2014 lawsuit. DTSC has determined that Van Over is presently unable to fully reimburse DTSC's cleanup and oversight costs. Under the Consent Decree, Van Over will pay $5,000 in costs initially, and pay up to $245,000 in additional costs if and when he is financially able to do so, subject to certain conditions and reservations. If Van Over sells any portion of the property, 100% of the Net Sale Proceeds up to $245,000 will go to DTSC as partial reimbursement of past costs. If the Net Sale Proceeds exceed $245,000, 80% of the Excess Sale Proceeds, up to $2.89 million will be paid to DTSC for its unreimbursed costs. Federal Court approval of this Consent Decree will conclude the litigation.

DTSC will consider comments received during the public comment period on the Consent Decree and file with the Court any written comments received and DTSC's responses thereto. The Court may then enter or approve the Consent Decree. DTSC also reserves the right to withdraw or withhold its consent to entry (approval) of the Consent Decree if such comments disclose facts or considerations that indicate the Consent Decree is inappropriate, improper or inadequate.

WHERE DO I SUBMIT MY COMMENTS?

DTSC will consider comments that are postmarked on or before December 18, 2017, or received electronically by 11:59 p.m. on that date. Please submit comments with "**Wickes Van Over CD Comments**" **in the subject line to:**

William Beckman, Unit Chief
Department of Toxic Substances Control
 Cleanup Program
8800 Cal Center Drive
Sacramento, CA 95826-3200
(916) 255-3657

or by e-mail to: William.Beckman@dtsc.ca.gov

**You may view documents at the following locations:**

The Consent Decree and background documents are available for review on the Activities and Summary tabs, respectively, on the DTSC EnviroStor website at: https://www.envirostor.dtsc.ca.gov/public/profile_report.asp?global_id=48240001.

You may also review documents in the File Room at DTSC's Cal Center office (by appointment only) located at:

Department of Toxic Substances Control
8800 Cal Center Drive
Sacramento, California 95826–3200
Call (916) 255–3758 for an appointment

**For questions on the Wickes Forest Industries Site or the proposed Consent Decree:**

Jesus Cruz
Department of Toxic Substances Control
Public Participation Specialist
8800 Cal Center Drive
Sacramento, CA 95826–3200
(916) 255–3315; 1–866–495–5651
Jesus.Cruz@dtsc.ca.gov

William Beckman, Unit Chief
Department of Toxic Substances
Control Cleanup Program
8800 Cal Center Drive
Sacramento, CA 95826–3200
(916) 255–3690
William.Beckman@dtsc.ca.gov

## DECISION NOT TO PROCEED

### EMERGENCY MEDICAL SERVICES AUTHORITY

Pursuant to Government Code Section 11347, the Emergency Medical Services Authority hereby gives notice that it has decided not to proceed with the rulemaking action published in the California Regulatory Notice Register (CRNR), December 9, 2016. The proposed rulemaking concerned Stroke Critical Care System Regulations.

Any interested person with questions concerning this rulemaking should contact Corrine Fishman at either (916) 431–3727 or by e–mail at: Corrine.fishman@emsa.ca.gov.

The Department will also publish this Notice of Decision Not to Proceed on its website.

The Emergency Medical Services Authority will take up this rulemaking again.

### EMERGENCY MEDICAL SERVICES AUTHORITY

Pursuant to Government Code Section 11347, the Emergency Medical Services Authority hereby gives notice that it has decided not to proceed with the rulemaking action published in the California Regulatory Notice Register (CRNR), December 16, 2016. The proposed rulemaking concerned ST–Evaluation Myocardial Infarction (STEMI) Critical Care System Regulations.

Any interested person with questions concerning this rulemaking should contact Corrine Fishman at either (916) 431–3727 or by e–mail at: Corrine.fishman@emsa.ca.gov.

The Department will also publish this Notice of Decision Not to Proceed on its website.

The Emergency Medical Services Authority will take up this rulemaking action again.

## DISAPPROVAL DECISION

Printed below is the summary of an Office of Administrative Law disapproval decision. The full text of the disapproval decision is available at www.oal.ca.gov under the "Publications" tab. You may also request a copy of a decision by contacting the Office of Administrative Law, 300 Capitol Mall, Suite 1250, Sacramento, CA 95814–4339, (916) 323–6225 — FAX (916) 323–6826. Please request by OAL file number.

### BOARD OF PAROLE HEARINGS

**In re:**
**Board of Parole Hearings**

**Regulatory Action:**

**Title 15, California Code of Regulations**

**Adopt section: 2240**
**Repeal section: 2240**

**DECISION OF DISAPPROVAL OF REGULATORY ACTION**

**Government Code Section 11349.3**

**OAL Matter Number: 2017–0920–05**

**OAL Matter Type: Regular (S)**