# EXHIBIT 2

Where you can always negotiate the price



Investment Metals Now Available!

**Antiques & Collectables**

Storewide Christmas **SALE!!**

Earring Conversion

**Store Wide Discount on Antiques & Collectibles**

# 15% - 25% OFF

**Knives**
# 20% OFF
Buck, Case, Bear, Boker

**Jewelry**
# 15% - 30% OFF

We Buy Gold & Silver



# Cascade Creations

**Antiques • Jewelry • Repair**
532 Main St. • Downtown Woodland • 530-666-2076

Open 10:30 am - 5:30 pm

Expiration date: 12/24/2016
*Christmas Sale 15% - 25%*

# For many, Charles Manson cult killings ended era of love

**By John Rogers**
*The Associated Press*

LOS ANGELES » In summer 1969, a scruffy ex-convict with a magnetic hold on young women sent some of his disciples into the night to carry out a series of gruesome killings in Los Angeles. In so doing, Charles Manson became the leering face of evil on front pages across America and rewrote the history of an era.

Manson, the hippie cult leader who died of natural causes Sunday at age 83 after nearly half a century behind bars, orchestrated the slayings of pregnant actress Sharon Tate and six other people, butchered at two homes on successive August nights by intruders who scrawled "Pigs" and "Healter Skelter" (sic) in the victims' blood.

The slaughter horrified the world. To many, the collateral damage included the era of peace, love and flower power.

The Manson Family killings, along with the bloodshed later that year during a Rolling Stones concert at California's Altamont Speedway, seemed to expose the violent and drug-riddled underside of the counterculture and sent a shiver of fear through America.

"Many people I know in Los Angeles believe that the '60s ended abruptly on August 9, 1969," author Joan Didion wrote in her 1979 book "The White Album."

Manson was every parent's worst nightmare. The short, shaggy-haired man with hypnotic eyes was a charismatic figure with a talent for turning middle-class youngsters into mass murderers.

At a former movie ranch outside Los Angeles, he and his devotees — many of them young runaways who likened him to Jesus Christ — lived commune-style, using drugs and taking part in orgies. Children from



THE ASSOCIATED PRESS
Charles Manson sticks his tongue out at photographers as he appears in a Santa Monica courtroom.

privileged backgrounds ate garbage from supermarket trash.

"These children that come at you with knives, they are your children. You taught them; I didn't teach them. I just tried to help them stand up," he said in a courtroom soliloquy.

It was the summer of the first moon landing. War raged in Vietnam. Hippies flooded the streets of San Francisco and gathered in upstate New York for the Woodstock music festival. But many remember the time for Los Angeles' most shocking celebrity murders.

Fear swept the city after a maid reporting for work ran screaming from the elegant home where Tate lived with her husband, "Rosemary's Baby" director Roman Polanski. Scattered around the estate were blood-soaked bodies.

The beautiful 26-year-old actress, who was 8½ months pregnant, was stabbed and hung from a rafter in her living room. Also killed were Abigail Folger, heiress to a coffee fortune; Polish film director Voityck Frykowksi; Steven Parent, a friend of the estate's caretaker; and celebrity hairdresser Jay Sebring, killed by Manson follower Charles "Tex" Watson, who announced his arrival by saying: "I am the devil, and I'm here to do the devil's work."

The next night, wealthy grocer Leno LaBianca and his wife, Rosemary, were stabbed to death in their home in another neighborhood.

Manson was arrested three months later.

Why he ordered the killing of strangers remained a mystery. Prosecutors said Manson wanted to foment a race war, an idea he supposedly got from a twisted reading of the hard-rocking Beatles song "Helter Skelter." Others said he was getting even because music producer Terry Melcher, who once lived in the house Tate later occupied, had refused to record Manson's music.

Manson's childhood was a blueprint for a life of crime. He was born in Cincinnati on Nov. 12, 1934, to a teenager, possibly a prostitute. When he was 5, his mother went to prison for armed robbery. By the time he was 8, he was in reform school. He spent years in and out of penal institutions.

"My father is the jailhouse. My father is your system," he said in a monologue on the witness stand. "I am only what you made me. I am only a reflection of you."

Manson's chaotic trial in 1970 transformed a courtroom into a theater of the absurd.

He and three female followers, Susan Atkins, Patricia Krenwinkel and Leslie Van Houten, sang and chanted, and Manson at one point launched himself across the counsel table at the judge. Many of his followers camped outside the courthouse, threatening to immolate themselves if he was convicted.

When Manson carved an "X" in his forehead, his co-defendants did the same, saying they were "Xed out of society." He later changed his "X" to a swastika.

Despite the overwhelming evidence, he maintained his innocence.

"I have killed no one, and I have ordered no one to be killed," Manson said.

He and the three women were found guilty of murder and sentenced to death. Watson was convicted later. All were spared execution and given life sentences after the California Supreme Court struck down the death penalty in 1972. Manson also was convicted in the killings of stuntman Donald "Shorty" Shea and musician Gary Hinman.

Manson and his female followers appeared sporadically at parole hearings where their bids for freedom were repeatedly rejected.

At a 2012 parole hearing Manson boycotted, he was quoted as telling a prison psychiatrist: "I'm special. I'm not like the average inmate. ... I have put five people in the grave. I am a very dangerous man." The parole board decided he should stay behind bars for at least 15 more years.



# Come Light the Lights
## at The Reporter's 35th Annual
# MERRIMENT ON MAIN

Tuesday, November 28 from 4:30 to 8:30 p.m.
at the Three Flags Monument and the streets of downtown Vacaville

The lighting of the giant Christmas Tree, the arrival of Santa Claus.
Free refreshments, free entertainment, free wagon rides!

**PRESENTING SPONSOR**
KAISER PERMANENTE

**MAJOR SPONSORS**
NorthBay Healthcare
Pacific Gas & Electric
Reaching Down
RW Garage Doors
Summit Crane

**SPONSORS**
Aaron's Automotive
Blake Austin College
Brass Tap
City of VV Community Services Dept.
Dream Extreme Gymnastics
Fox Real Estate Group
Mariani Packing
Murillo's
Rockin Jump
Solano First Federal Credit Union
Stefan Barboza
Vacaville Tow

**SUPPORTING DONORS**
American Auto Body Specialist
Brenden Theatres
Budget Blinds
Coldwell Banker Kappel Gateway
Downtown Vacaville Business
  Improvement District
Jackson Medical Supply
Metro PCS
The Pet Shop
Solano County Shows
Travis Credit Union
Triumph Protection Group

*Merriment on Main*
DOWNTOWN VACAVILLE
REPORTER

For sponsorship opportunities or more information, please call 707-453-8177.

Department of Toxic Substances Control            November 2017

# Public Notice

The mission of DTSC is to protect California's people and environment from harmful effects of toxic substances by restoring contaminated resources, enforcing hazardous waste laws, reducing hazardous waste generation, and encouraging the manufacture of chemically safer products.

**Former Wickes Forest Industries Site Proposed Consent Decree**
147 A Street, Elmira, Solano County, California 91782
NOTICE OF PUBLIC COMMENT PERIOD: November 17 through December 18, 2017

Si usted desea información en español sobre este aviso, favor de llamar a Jesus Cruz sin costo al (866) 495-5651.

The Department of Toxic Substances Control ("DTSC") invites you to review and comment on a proposed consent decree (the "Consent Decree") with David Van Over (Van Over) regarding the former Wickes Forest Industries site located at 147 A Street, Elmira, Solano County, California 91782 (the "Site"). This Consent Decree resolves DTSC's claims for penalties and costs for the former Wickes Forest Industries Site located at 147 A Street, Elmira, Solano County. In 2014, DTSC filed suit under the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. section 9601, et seq., against several parties, including Van Over, to recover DTSC's costs of investigating and cleaning up hazardous substances released at the Site. DTSC also filed state law claims against Mr. Van Over for violation(s) of the HSC. In its First Amended Complaint. Mr. Van Over purchased the property on February 11, 2011 and is the current owner of the Site. Van Over is the last remaining defendant in DTSC's 2014 lawsuit. DTSC has determined that Van Over is presently unable to fully reimburse DTSC's cleanup and oversight costs. Under the Consent Decree, Van Over will pay $5,000 in costs initially, and pay up to $245,000 in additional costs if and when he is financially able to do so, subject to certain conditions and reservations. If Van Over sells any portion of the property, 100% of the Net Sale Proceeds up to $245,000 will go to DTSC as partial reimbursement of past costs. If the Net Sale Proceeds exceed $245,000, 80% of the Excess Sale Proceeds, up to $2.59 million will be paid to DTSC for its unreimbursed costs. Federal Court approval of this Consent Decree will conclude the litigation.

DTSC will consider comments received during the public comment period on the Consent Decree and file with the Court any written comments received and DTSC's responses thereto. The Court may then enter or approve the Consent Decree, or DTSC also reserves the right to withdraw or withhold its consent to entry (approval) of the Consent Decree if such comments disclose facts or considerations that indicate the Consent Decree is inappropriate, improper or inadequate.

**WHERE DO I SUBMIT MY COMMENTS?**
DTSC will consider comments that are postmarked on or before December 18, 2017, or received electronically by 11:59 p.m. on that date. Please submit comments with "Wickes Van Over CD Comments" in the subject line to:

William Beckman, Unit Chief
Department of Toxic Substances Control Cleanup Program
8800 Cal Center Drive
Sacramento, CA 95826-3200
(916) 255-3657 or by e-mail to: William.Beckman@dtsc.ca.gov

You may view documents at the following locations:
The Consent Decree and background documents are available for review on the Activities and Summary tabs, respectively, on the DTSC EnviroStor website at:
https://www.envirostor.dtsc.ca.gov/public/profile_report.asp?ga=60244001

You may also review documents in the File Room at DTSC's Cal Center office (by appointment only) located at:
Department of Toxic Substances Control
8800 Cal Center Drive
Sacramento, California 95826-3200
Call (916) 255-3758 for an appointment

**For questions on the Wickes Forest Industries Site or the proposed Consent Decree:**

Jesus Cruz
Department of Toxic Substances
Control Public Participation Specialist
8800 Cal Center Drive
Sacramento, CA 95826-3200
(916) 255-3315; 1-866-495-5651
jesus.Cruz@dtsc.ca.gov

William Beckman, Unit Chief
Department of Toxic Substances
Control Cleanup Program
8800 Cal Center Drive
Sacramento, CA 95826-3200
(916) 255-3650
William.Beckman@dtsc.ca.gov

NOTICE TO HEARING IMPAIRED: TTY users may use the California Relay Service @ 711 or 1-800-855-7100. You may also contact the Public Participation Specialist listed at the end of this update.

CalEPA                DTSC                State of California

CNS-3072499#