# EXHIBIT 3

# Laura Zuckerman

| | |
|---|---|
| **From:** | Olivia W. Karlin |
| **Sent:** | Monday, November 27, 2017 10:40 AM |
| **To:** | ngleason@kwgattorneys.com; Brown, Lester O. (Perkins Coie) (LBrown@perkinscoie.com) (LBrown@perkinscoie.com); jhartmanking@kwgattorneys.com; david.vanover@gmail.com |
| **Cc:** | Laura Zuckerman; Murai, Vivian@DTSC (Vivian.Murai@dtsc.ca.gov) |
| **Subject:** | Public Notice Period for David Van Over Consent Decree |
| **Attachments:** | 10-30-17 #173-1 - Proposed Consent Decree.pdf; California Regulatory Notice Register 2017, Volume No.pdf |

Counsel and Mr. Van Over,

Attached please find the public notice of DTSC's proposed settlement with David Van Over regarding the former Wickes Forest Industries Site in Elmira, Solano County, California (the Consent Decree). The notice is available on line at https://oal.ca.gov/wp-content/uploads/sites/28/2017/11/46z-2017.pdf

As noted in the announcement, DTSC is accepting comments until December 18, 2017. Directions for submitting comments are in the public notice. A copy of the proposed Consent Decree is also attached.

Thank you,

Olivia Karlin

Olivia W. Karlin
Deputy Attorney General
California Attorney General's Office
300 South Spring Street
Los Angeles, CA  90013
213-269-6333