**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: |
|---|
| After recording, return to:<br>Department of Toxic Substances Control<br>Attention: Charlie Ridenour, Branch Chief<br>Cleanup Program - Sacramento Office<br>8800 Cal Center Drive<br>Sacramento, CA 95826<br>TEL NO.: 916-255-6442    FAX NO. (optional):<br>E-MAIL ADDRESS *(Optional)*:<br>[ ] ATTORNEY FOR    [x] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF USDC E.D. California
STREET ADDRESS: 501 I Street, Room 4-200
MAILING ADDRESS: 501 I Street, Room 4-200
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Robert Matsui Federal Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: See Attachment 1
DEFENDANT: See Attachment 2

CASE NUMBER: 2:14-cv-00595-WBS-EFB

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    [ ] Amended

FOR COURT USE ONLY

1. The [x] judgment creditor  [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌──────────────────────────┐
      │ David Van Over           │
      │ 216 F Street #108        │
      │ Davis, CA 95616-4515     │
      └──────────────────────────┘
   b. Driver's license no. [last 4 digits] and state:    [x] Unknown
   c. Social security no. [last 4 digits]:    [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   California Department of Toxic Substances Control
   1001 I Street, Sacramento, CA 95814
   Attn: Sara Murillo

Date: May 25, 2018

Charlie Ridenour
(TYPE OR PRINT NAME)

4. [x] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

► *Charlie Ridenour* (signature)
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $245,000
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: March 28, 2018
   b. Renewal entered on *(date)*:
9. [x] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*: 5/25/18

10. [ ] An  [ ] execution lien  [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

*Marianne Matherly, Clerk*

| PLAINTIFF: See Attachment 1 | COURT CASE NO.: |
|---|---|
| DEFENDANT: See Attachment 2 | 2:14-cv-00595-WBS-EFB |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Toxic Substances Control Account
1001 I Street
Sacramento, CA 95814
Attn: Sara Murillo

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

# ABSTRACT OF JUDGMENT – CIVIL

## ATTACHMENT 1

**PLAINTIFFS:**   CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT

## ATTACHMENT 2

**DEFENDANTS:**   JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company