XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone:  (510) 879-1299
 Fax:  (510) 622-2270
 E-mail:  Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and the
Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC.**, a California corporation; **CONTINENTAL RAIL, INC.**, a Delaware corporation; **DAVID VAN OVER**, individually; **PACIFIC WOOD PRESERVING**, a dissolved California corporation; **WEST COAST WOOD PRESERVING, LLC.**, a Nevada limited liability company; and **COLLINS & AIKMAN PRODUCTS, LLC**, a Delaware limited liability company,<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC; MEMORANDUM OF POINTS & AUTHORITIES; DECLARATIONS OF ROBIN McGINNIS, McKINLEY LEWIS, JR., ANTHONY WESTLAKE, JASON XIAO, AND LAURA J. ZUCKERMAN IN SUPPORT**<br><br>FED. R. CIV. P. 55(b)<br><br>Date:  September 23, 2019<br>Time:  1:30 p.m.<br>Place:  Courtroom 5, 14th Floor<br> 501 I Street<br> Sacramento, CA  95814<br><br>Action Filed:  March 3, 2014 |

1

TO ALL DEFENDANTS AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 23, 2019 at 1:30 p.m., or as soon thereafter as the matter may be heard before this Court, Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC" or "Plaintiffs"), will and hereby do move this Court for entry of a judgment of default against defendant Collins & Aikman Products LLC ("C&A Products" or "Defendant") pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.  The hearing on DTSC's motion will take place before the Honorable William B. Shubb, United States District Judge, 501 I Street, Sacramento, CA  95814, Courtroom 5.  The clerk has previously entered the default of C&A Products on March 26, 2015.

Plaintiffs submit the following in support of entry of a default judgment against Defendant C&A Products:

1. Defendant is a non-natural person and is not subject to the potential exception to entry of a default judgment applicable to a minor or incompetent or a person in military service or otherwise exempted under the Servicemembers Civil Relief Act (50 U.S.C. App. § 521).

2. In 2005, Defendant declared bankruptcy.  Declaration of Laura J. Zuckerman ("Zuckerman Decl."), ¶ 2.  On or about December 8, 2014, a receiver was appointed for purposes of serving Defendant in this CERCLA lawsuit.  *Ibid*.

3. Despite having been duly served with the Summons and First Amended Complaint in this matter, Defendant failed to file a response to the First Amended Complaint within the date by which its responsive pleading was due, or at any time thereafter.  Zuckerman Decl., ¶ 3.  Defendant has not made an appearance in this action.  *Ibid*.

4. The default of Defendant was entered by the Clerk of the Court on March 26, 2015. Zuckerman Decl., ¶ 3.  A true and correct copy of the Clerks Certificate of Entry of Default is attached to the Declaration of Laura J. Zuckerman as Exhibit A.

5. DTSC is entitled to judgment against Defendant on account of the claims pleaded in the First Amended Complaint, and seeks entry of a default judgment against Defendant C&A Products as follows:

(a) Pursuant to the First Cause of Action in the First Amended Complaint, DTSC seeks to recover $3,219,449.85 in unreimbursed public funds that it has spent through May 31, 2019, under the Comprehensive Environmental Response, Compensation and Liability Act of 1980, 42 U.S.C. § 9601-9675 ("CERCLA"), to clean up and remove hazardous waste at the real properties located at the intersection of A Street and Holdener Road, Elmira, Solano County, California, identified by Solano County Assessor's Parcel Numbers 142-010-130, 142-010-140, and 142-042-010 (the "Site").

(b) Pursuant to the Second Cause of Action in the First Amended Complaint, DTSC seeks a declaratory judgment pursuant to Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2), that C&A Products is jointly and severally liable without regard to fault to the Plaintiffs for all costs incurred after May 31, 2019, and future response costs incurred by the Plaintiffs as a result of the release and threatened release of hazardous substances at and/or from the Site.

6. In April 2019, counsel for DTSC met and conferred with the court-appointed receiver with respect to this Application for Default Judgment. Zuckerman Decl., ¶ 4.

7. This Application is based on and supported by this Notice, the attached Memorandum of Points and Authorities and supporting declarations of Robin McGinnis, McKinley Lewis, Jr., Anthony Westlake, Jason Xiao, and Laura J. Zuckerman, together with accompanying exhibits,

///

///

///

the pleadings and file in this case, and such other matters as may be presented at the hearing.

Dated: August 20, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ED OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN
Deputy Attorney General

/S/ *Laura J. Zuckerman*

LAURA J. ZUCKERMAN
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*