1  XAVIER BECERRA
   Attorney General of California
2  EDWARD H. OCHOA
   Supervising Deputy Attorney General
3  OLIVIA W. KARLIN, State Bar No. 150432
   LAURA J. ZUCKERMAN  (Counsel for service)
4  State Bar No. 161896
   Deputy Attorneys General
5    1515 Clay Street, 20th Floor
     Oakland, CA 94612
6    Telephone:  (510) 879-1299
     Fax:  (510) 622-2270
7    E-mail:  Laura.Zuckerman@doj.ca.gov
   *Attorneys for Plaintiffs California*
8  *Department of Toxic Substances Control and the*
   *Toxic Substances Control Account*

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11                           SACRAMENTO DIVISION

12

13

14  **CALIFORNIA DEPARTMENT OF TOXIC**      2:14-cv-00595-WBS-EFB
    **SUBSTANCES CONTROL and the TOXIC**
15  **SUBSTANCES CONTROL ACCOUNT,**          **DECLARATION OF ROBIN MCGINNIS**
                                             **IN SUPPORT OF PLAINTIFFS'**
16                            Plaintiffs,    **APPLICATION FOR ENTRY OF**
                                             **DEFAULT JUDGMENT BY COURT**
17              v.                           **AGAINST DEFENDANT COLLINS &**
                                             **AIKMAN PRODUCTS, LLC**
18                           Defendants.

19                                           FED.R.CIV.P. 55(b)

    **JIM DOBBAS, INC., a California**
20  **corporation; CONTINENTAL RAIL, INC.,** Date:         September 23, 2019
    **a Delaware corporation; DAVID VAN**   Time:         1:30 p.m.
21  **OVER, individually; PACIFIC WOOD**    Place:        Courtroom 5, 14th Floor
    **PRESERVING, a dissolved California**                501 I Street
22  **corporation; WEST COAST WOOD**                      Sacramento, CA  95814
    **PRESERVING, LLC., a Nevada limited**
23  **liability company; and COLLINS &**    Action Filed: March 3, 2014
    **AIKMAN PRODUCTS, LLC, a Delaware**
24  **limited liability company,**
                             Defendants.
25

26  **AND RELATED COUNTERCLAIMS AND**
    **CROSS-CLAIMS**
27

28
                                        1
    ─────────────────────────────────────────────────────────────────
    DECL. OF ROBIN MCGINNIS IN SUPPORT OF PLFS' APPLICATION FOR ENTRY OF DEFAULT
    JUDGMENT BY COURT AGAINST DEF. COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)

I, Robin McGinnis, declare as follows:

1. I make this declaration in support of the Application for Entry of Default Judgment By Court Against Defendant Collins & Aikman Products, LLC, filed by Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"). The facts stated in this declaration are based on my personal knowledge and on my review of files which DTSC maintains in the regular course of business. If called as a witness, I could and would competently testify to the following:

**Background and Qualifications**

2. I am employed as Senior Staff Counsel at DTSC, a position I have held since February 26, 2018. I am the DTSC attorney assigned to the Wickes site located at the intersection of A Street and Holdener Road, Elmira, Solano County, California, and identified by Solano County Assessor's Parcel Numbers 142-010-130, 142-010-140, and 142-042-010 that is the subject of this action (the "Site"). It is my role to protect California's interests and fulfill DTSC's responsibilities at the Site by providing legal support regarding the removal, remedial, and other actions related to the cleanup of the Site pursuant to section 104 of CERCLA and the National Oil and Hazardous Substances Pollution Contingency Plan. 42 U.S.C. § 9604; 40 C.F.R. Part 300, *et seq*. I also oversee the efforts of the Attorney General's Office to recover DTSC's costs.

3. I was first assigned to the Site on March 1, 2019, and have served as Senior Staff Counsel for the Site since then. During that time, my work has included, but was not limited to, the following: conferring with outside counsel and Collins & Aikman Products, LLC's receiver in Delaware; researching insurance coverage; drafting legal research memoranda; and reviewing pleadings and tender letters to insurance companies.

4. Prior to my assignment to the Site, beginning on March 16, 2016, Senior Staff Counsel Vivian Murai was assigned to the Site. Ms. Murai's work relating to the Site included, but was not limited to, the following: assisting outside counsel in negotiating a consent judgment; reviewing a motion for summary judgment; researching potential insurance coverage; and drafting required public notices.

5. Prior to Ms. Murai's assignment to the Site, Senior Staff Counsel Marilee Hanson

2

was assigned to the Site from November 18, 2005, until Ms. Murai's assignment.  Ms. Hanson's work relating to the Site included, but was not limited to, the following:  drafting a referral to the Attorney General's Office at the California Department of Justice (the "AGO"); conferring with the AGO, defendants, and their counsel, the State of California Central Valley Regional Water Quality Control Board, and the County of Solano; advising DTSC staff; working on Imminent and Substantial Endangerment Determination, Docket Number I/SE 06/07-011, and Imminent or Substantial Endangerment Determination Order and Remedial Action Order, Docket Number I/SE 10/11-008; working on access agreements; preparing a Notice of Intent to Place Lien and draft lien; preparing for a lien hearing; drafting and finalizing a Satisfaction of Lien; reviewing bankruptcy filings; gathering documents in preparation for litigation; meeting with defendants and the AGO in Los Angeles, California; reviewing cost documentation to support DTSC's claim for damages; reviewing pleadings, including a motion for summary judgment and associated declarations; attending hearings; attending a mediation in Los Angeles, California; assisting in negotiating consent decrees; and drafting required public notices.

6.      Staff Counsel Joshua Cleaver worked on the Site from December 19, 2014, to February 23, 2015.  Mr. Cleaver's work included, but was not limited to, assisting with the drafting of a motion for summary judgment.

7.      DTSC continues to incur costs, and will continue to do so in the future, for legal support of a variety of types, both from OLC counsel and from outside counsel, regarding the response actions at the Site.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Sacramento, California on August 9, 2019.

Robin McGinnis
Senior Staff Counsel
California Department of Toxic Substances Control

DECL. OF ROBIN MCGINNIS IN SUPPORT OF PLTFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEF. COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)