# EXHIBIT A

*XAVIER BECERRA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*
1300 I STREET, SACRAMENTO, CA 95814
Billing Inquiries: (916) 210-7048

# Cost of Suit Summary

As of Aug 8, 2019

**MatterID:** LA2012602448 **Date Opened:** Feb 17, 2012
**Description:** Jim Dobbas, Inc. (DTSC v.) (Elmira Site)

**Total Legal Costs:** $585,969.50
**Cost of Suit:** $68,724.57
**Grand Total:** $654,694.07

*Totals include WIP time.*

***Data shown for transaction dates On or before May 31, 2019***

## Matter Time Activity Summary

| Rate | Hrs Wrkd | Amount |
|---|---|---|
| **Analyst** | | |
| **2014-2015** | | |
| $99.00 | 29.75 | $2,945.25 |
| **Total For:** | **2014-2015** | **$2,945.25** |
| **2013-2014** | | |
| $99.00 | 38.00 | $3,762.00 |
| **Total For:** | **2013-2014** | **$3,762.00** |
| **2011-2012** | | |
| $99.00 | 0.25 | $24.75 |
| **Total For:** | **2011-2012** | **$24.75** |
| **Total for:** | **Analyst** | **$6,732.00** |
| **Attorney** | | |
| **2018-2019** | | |
| $170.00 | 216.25 | $36,762.50 |
| **Total For:** | **2018-2019** | **$36,762.50** |
| **2017-2018** | | |
| $170.00 | 230.00 | $39,100.00 |
| **Total For:** | **2017-2018** | **$39,100.00** |
| **2016-2017** | | |
| $170.00 | 311.50 | $52,955.00 |

## Cost of Suit

| Entry No | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount |
|---|---|---|---|---|---|---|
| **49042** | | | | | | |
| **2018-2019** | | | | | | |
| **Contract** | | | | | | |
| 100659537 | 12/19/18 | 000068411 | Reed Smith Llp | 181437 | 3090606 | $4,969.70 |
| 100665600 | 3/6/19 | 000068411 | Reed Smith Llp | 182331 | 3123357 | $1,170.00 |
| 100668167 | 4/4/19 | 000068411 | Reed Smith Llp | 182667 | 3130763 | $1,833.90 |
| 100669038 | 4/16/19 | 000068411 | Reed Smith Llp | 182831 | 3102303 | $90.00 |
| 100670662 | 5/6/19 | 000068411 | Reed Smith Llp | 183093 | 3141868 | $5,192.25 |
| | | | | | **Totals For: Contract** | **$13,255.85** |
| | | | | | **Totals For: 2018-2019** | **$13,255.85** |
| **2017-2018** | | | | | | |
| **Contract** | | | | | | |
| 100623143 | 10/10/17 | 000068411 | Reed Smith Llp | 170650 | 2955995 | $135.00 |
| 100627368 | 12/6/17 | 000068411 | Reed Smith Llp | 171384 | 2967436 | $45.00 |
| 100627369 | 12/6/17 | 000068411 | Reed Smith Llp | 171384 | 2973832 | $405.00 |
| 100632475 | 2/5/18 | 000068411 | Reed Smith Llp | 172031 | 2994011 | $792.00 |
| 100635489 | 3/12/18 | 000068411 | Reed Smith Llp | 172452 | 3002190 | $25.75 |
| 100646307 | 7/26/18 | 000068411 | Reed Smith Llp | 173897 | 3042010 | $5.25 |
| | | | | | **Totals For: Contract** | **$1,408.00** |

* Denotes soft costs which are not included in totals.

*State of California*
*DEPARTMENT OF JUSTICE*
1300 I STREET, SACRAMENTO, CA 95814
Billing Inquiries: (916) 210-7048

# Cost of Suit Summary

As of Aug 8, 2019

**MatterID:** LA2012602448 **Date Opened:** Feb 17, 2012
**Description:** Jim Dobbas, Inc. (DTSC v.) (Elmira Site)

**Total Legal Costs:** $585,969.50
**Cost of Suit:** $68,724.57
**Grand Total:** $654,694.07

## Matter Time Activity Summary

| Rate | Hrs Wrkd | Amount |
|---|---|---|
| **Total For:** | **2016-2017** | **$52,955.00** |
| **2015-2016** | | |
| $170.00 | 312.00 | $53,040.00 |
| **Total For:** | **2015-2016** | **$53,040.00** |
| **2014-2015** | | |
| $170.00 | 1,466.25 | $249,262.50 |
| **Total For:** | **2014-2015** | **$249,262.50** |
| **2013-2014** | | |
| $170.00 | 723.25 | $122,952.50 |
| **Total For:** | **2013-2014** | **$122,952.50** |
| **2012-2013** | | |
| $170.00 | 24.50 | $4,165.00 |
| **Total For:** | **2012-2013** | **$4,165.00** |
| **2011-2012** | | |
| $170.00 | 51.00 | $8,670.00 |
| **Total For:** | **2011-2012** | **$8,670.00** |
| **Total for:** | **Attorney** | **$566,907.50** |
| **Paralegal** | | |
| **2018-2019** | | |
| $120.00 | 11.75 | $1,410.00 |
| **Total For:** | **2018-2019** | **$1,410.00** |
| **2017-2018** | | |
| $120.00 | 21.50 | $2,580.00 |

## Cost of Suit

| Entry No | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount | |
|---|---|---|---|---|---|---|---|
| **Legal Messenger Services-Contracted** | | | | | | | |
| 100647389 | 8/9/18 | 000058297 | Ace Messenger & Atty Srv | 174070 | 228857 | $102.50 | * |
| 100647390 | 8/9/18 | 000058297 | Ace Messenger & Atty Srv | 174070 | 228857 | $262.50 | * |
| | | | | | **Totals For: Legal Messenger Services-Contracted** | **$0.00** | |
| **Service Training Stand 697 Rentl Car** | | | | | | | |
| 100643730 | 6/20/18 | 000077136 | Citibank | 173643R | 330010994332 | $12.00 | * |
| | | | | | **Totals For: Service Training Stand 697 Rentl Car** | **$0.00** | |
| | | | | | **Totals For: 2017-2018** | **$1,408.00** | |
| **2016-2017** | | | | | | | |
| **Contract** | | | | | | | |
| 100589982 | 10/4/16 | 000068411 | Reed Smith Llp | 160631 | 2846127 | $228.50 | |
| 100610667 | 6/16/17 | 000068411 | Reed Smith Llp | 163499 | 2919573 | $25.75 | |
| 100612282 | 6/27/17 | 000068411 | Reed Smith Llp | 163657 | 2929628 | $20.00 | |
| | | | | | **Totals For: Contract** | **$274.25** | |
| **Non Contract Other Costs** | | | | | | | |
| 100609297 | 5/17/17 | 000068411 | Reed Smith Llp | 163162 | 2910129 | $136.00 | |
| | | | | | **Totals For: Non Contract Other Costs** | **$136.00** | |
| | | | | | **Totals For: 2016-2017** | **$410.25** | |
| **2015-2016** | | | | | | | |
| **Contract** | | | | | | | |

* Denotes soft costs which are not included in totals.

*XAVIER BECERRA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*
1300 I STREET, SACRAMENTO, CA 95814
Billing Inquiries: (916) 210-7048

# Cost of Suit Summary

As of Aug 8, 2019

**MatterID:** LA2012602448 **Date Opened:** Feb 17, 2012
**Description:** Jim Dobbas, Inc. (DTSC v.) (Elmira Site)

**Total Legal Costs:** $585,969.50
**Cost of Suit:** $68,724.57
**Grand Total:** $654,694.07

## Matter Time Activity Summary

| Rate | Hrs Wrkd | Amount |
|---|---|---|
| **Total For: 2017-2018** | | **$2,580.00** |
| **2014-2015** | | |
| $120.00 | 63.00 | $7,560.00 |
| **Total For: 2014-2015** | | **$7,560.00** |
| **Total for: Paralegal** | | **$11,550.00** |
| **Special Agent** | | |
| **2016-2017** | | |
| $120.00 | 3.50 | $420.00 |
| **Total For: 2016-2017** | | **$420.00** |
| **Total for: Special Agent** | | **$420.00** |
| **Special Investigator** | | |
| **2015-2016** | | |
| $120.00 | 3.00 | $360.00 |
| **Total For: 2015-2016** | | **$360.00** |
| **Total for: Special Investigator** | | **$360.00** |
| **Total Legal Costs** | | **$585,969.50** |

## Cost of Suit

| Entry No | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount | |
|---|---|---|---|---|---|---|---|
| 100554686 | 11/9/15 | 000068411 | Reed Smith Llp | 150942 | 2722469 | $136.50 | |
| 100559597 | 12/21/15 | 000068411 | Reed Smith Llp | 151407 | 2762323 | $148.50 | |
| 100561333 | 1/11/16 | 000068411 | Reed Smith Llp | 151629 | 2753203 | $1,089.11 | |
| 100565009 | 2/19/16 | 000068411 | Reed Smith Llp | 152091 | 2773806 | $90.00 | |
| 100570445 | 4/8/16 | 000068411 | Reed Smith Llp | 152731 | 2791029 | $293.75 | |
| | | | | | **Totals For: Contract** | **$1,757.86** | |
| **Non Contract Other Costs** | | | | | | | |
| 100575223 | 5/11/16 | 000068411 | Reed Smith Llp | 153149 | 2801210 | $22.25 | |
| | | | | | **Totals For: Non Contract Other Costs** | **$22.25** | |
| | | | | | **Totals For: 2015-2016** | **$1,780.11** | |
| **2014-2015** | | | | | | | |
| **Admission Fees** | | | | | | | |
| 100537873 | 4/6/15 | 000020363 | Usdc Eastern Dist | 142760L | JIMDOBBASINC | $200.00 | * |
| | | | | | **Totals For: Admission Fees** | **$0.00** | |
| **Contract** | | | | | | | |
| 100525105 | 11/12/14 | 000074884 | Toeroek Associates Inc | 141153 | 000001 | $92.56 | |
| 100534304 | 2/10/15 | 000074884 | Toeroek Associates Inc | 142136 | 0005 | $3,900.29 | |
| 100535738 | 3/5/15 | 000074884 | Toeroek Associates Inc | 142405 | 00004 | $7,134.62 | |
| 100536658 | 3/19/15 | 000074884 | Toeroek | 142575 | 00003R | $6,978.19 | |

* Denotes soft costs which are not included in totals.

*XAVIER BECERRA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*
1300 I STREET, SACRAMENTO, CA 95814
Billing Inquiries: (916) 210-7048

# Cost of Suit Summary

As of Aug 8, 2019

**MatterID:** LA2012602448 **Date Opened:** Feb 17, 2012
**Description:** Jim Dobbas, Inc. (DTSC v.) (Elmira Site)

**Total Legal Costs:** $585,969.50
**Cost of Suit:** $68,724.57
**Grand Total:** $654,694.07

## Cost of Suit

| Entry No | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount | |
|---|---|---|---|---|---|---|---|
| | | | Associates Inc | | | | |
| 100536660 | 3/19/15 | 000074884 | Toeroek Associates Inc | 142575 | 000002R | $11,968.34 | |
| 100554398 | 11/10/15 | 000068411 | Reed Smith Llp | 144378 | 2661722 | $101.20 | |
| 100554399 | 11/10/15 | 000068411 | Reed Smith Llp | 144378 | 2667951 | $261.60 | |
| 100554400 | 11/10/15 | 000068411 | Reed Smith Llp | 144378 | 2681988 | $50.30 | |
| 100554401 | 11/10/15 | 000068411 | Reed Smith Llp | 144378 | 2688074 | $54.70 | |
| 100554402 | 11/10/15 | 000068411 | Reed Smith Llp | 144378 | 2715862 | $325.85 | |
| | | | | | **Totals For: Contract** | **$30,867.65** | |
| **Contracted Attorney Fees** | | | | | | | |
| 100535840 | 3/12/15 | 000075472 | Pinckney Weidinger Urban | 142490 | 7739 | $8,012.26 | |
| 100553438 | 11/2/15 | 000075472 | Pinckney Weidinger Urban | 144356 | 8063 | $491.05 | |
| | | | | | **Totals For: Contracted Attorney Fees** | **$8,503.31** | |
| **Legal Messenger Services-Contracted** | | | | | | | |
| 100531213 | 1/15/15 | 000058297 | Ace Messenger & Atty Srv | 141844 | 141323 | $250.00 | * |
| 100537097 | 3/20/15 | 000058297 | Ace Messenger & Atty Srv | 142582 | 145275 | $33.25 | * |
| 100544735 | 6/23/15 | 000058297 | Ace Messenger & Atty Srv | 143643 | 150485 | $111.40 | * |
| | | | | | **Totals For: Legal Messenger Services-Contracted** | **$0.00** | |
| **Non Contract Court Related Costs** | | | | | | | |

* Denotes soft costs which are not included in totals.

*XAVIER BECERRA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*
**1300 I STREET, SACRAMENTO, CA 95814**
**Billing Inquiries: (916) 210-7048**

# Cost of Suit Summary

As of Aug 8, 2019

**MatterID:** LA2012602448 **Date Opened:** Feb 17, 2012
**Description:** Jim Dobbas, Inc. (DTSC v.) (Elmira Site)

**Total Legal Costs:** $585,969.50
**Cost of Suit:** $68,724.57
**Grand Total:** $654,694.07

| Entry No | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount | |
|---|---|---|---|---|---|---|---|
| **Cost of Suit** | | | | | | | |
| 100542156 | 5/26/15 | 000073664 | The Gallagher Law Group | 143324 | 15-809-02 | $942.50 | |
| 100542157 | 5/26/15 | 000073664 | The Gallagher Law Group | 143324 | 15-809-03 | $4,745.00 | |
| 100542168 | 5/26/15 | 000073664 | The Gallagher Law Group | 143324 | 15-809-031 | $1,982.50 | |
| 100544154 | 6/18/15 | 000073664 | The Gallagher Law Group | 143589 | 15-809-041 | $877.50 | |
| 100544155 | 6/18/15 | 000073664 | The Gallagher Law Group | 143589 | 15-809-04 | $1,657.50 | |
| 100546379 | 7/29/15 | 000073664 | The Gallagher Law Group | 143904 | 15-809-05 | $877.50 | |
| | | | | | **Totals For: Non Contract Court Related Costs** | **$11,082.50** | |
| **Non Contract Transcript Fees** | | | | | | | |
| 100549357 | 9/8/15 | 000056827 | Personal Court Reporters | 144180 | 46664 | $956.90 | |
| 100606227 | 4/24/17 | 000012705 | Delaware Secretary | 144834R | DOBBAS/ELMIR | $20.00 | |
| | | | | | **Totals For: Non Contract Transcript Fees** | **$976.90** | |
| **Non Contract Witness Fees** | | | | | | | |
| 100534822 | 2/26/15 | 000075437 | Stephen Ryan | 142327L | JIMDOBBASINC | $40.00 | |
| | | | | | **Totals For: Non Contract Witness Fees** | **$40.00** | |
| **Photocopy Charges/Case Costs** | | | | | | | |
| 100544734 | 6/18/15 | 000012705 | Delaware Secretary | 143602L | JIM DOBBAS | $160.00 | * |

* Denotes soft costs which are not included in totals.

*XAVIER BECERRA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*
1300 I STREET, SACRAMENTO, CA 95814
Billing Inquiries: (916) 210-7048

# Cost of Suit Summary

As of Aug 8, 2019

**MatterID:** LA2012602448 **Date Opened:** Feb 17, 2012
**Description:** Jim Dobbas, Inc. (DTSC v.) (Elmira Site)

**Total Legal Costs:** $585,969.50
**Cost of Suit:** $68,724.57
**Grand Total:** $654,694.07

| Entry No | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount | |
|---|---|---|---|---|---|---|---|
| **Cost of Suit** | | | | | | | |
| | | | | | **Totals For: Photocopy Charges/Case Costs** | **$0.00** | |
| | | | | | **Totals For: 2014-2015** | **$51,470.36** | |
| **2013-2014** | | | | | | | |
| **Admission Fees** | | | | | | | |
| 100499837 | 12/20/13 | 000020329 | Us Dist Crt Estn Dis | 131475L | ADMISSIONFEE | $200.00 | * |
| | | | | | **Totals For: Admission Fees** | **$0.00** | |
| **Legal Messenger Services-Contracted** | | | | | | | |
| 100512212 | 5/29/14 | 000058297 | Ace Messenger & Atty Srv | 133184 | 130285 | $360.00 | * |
| 100512237 | 5/29/14 | 000058297 | Ace Messenger & Atty Srv | 133184 | 130285 | $250.00 | * |
| | | | | | **Totals For: Legal Messenger Services-Contracted** | **$0.00** | |
| **Non Contract Court Related Costs** | | | | | | | |
| 100509688 | 4/25/14 | 000065731 | Us Bank Corp Pmt Systems | 132825 | 044555639792 | $400.00 | |
| | | | | | **Totals For: Non Contract Court Related Costs** | **$400.00** | |
| **Photocopy Charges/Case Costs** | | | | | | | |
| 100497977 | 11/21/13 | 000065731 | Us Bank Corp Pmt Systems | 131173 | 044555639792 | $40.00 | * |
| 100498529 | 12/10/13 | 000012705 | Delaware Secretary | 131350L | VANOVERVDTSC | $116.00 | * |
| 100500439 | 1/9/14 | 000012705 | Delaware Secretary | 131638L | VANOVERVDTSC | $100.00 | * |

* Denotes soft costs which are not included in totals.

*State of California*
*DEPARTMENT OF JUSTICE*
1300 I STREET, SACRAMENTO, CA 95814
Billing Inquiries: (916) 210-7048
liberty and justice under law
OFFICE OF THE ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE

# Cost of Suit Summary

As of Aug 8, 2019

**MatterID:** LA2012602448 **Date Opened:** Feb 17, 2012
**Description:** Jim Dobbas, Inc. (DTSC v.) (Elmira Site)

**Total Legal Costs:** $585,969.50
**Cost of Suit:** $68,724.57
**Grand Total:** $654,694.07

| Entry No | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount | |
|---|---|---|---|---|---|---|---|
| **Cost of Suit** | | | | | | | |
| 100503462 | 2/18/14 | 000065731 | Us Bank Corp Pmt Systems | 132071 | 044555639792 | $60.00 | * |
| 100504123 | 2/20/14 | 000012705 | Delaware Secretary | 131979L | D VANOVER | $80.00 | * |
| 100504149 | 2/20/14 | 000069229 | Nevada Sec Of State | 131980L | D VANOVER | $90.00 | * |
| 100507087 | 3/21/14 | 000026906 | State Of Michigan | 132465L | D VAN OVER | $18.00 | * |
| 100507092 | 3/24/14 | 000026768 | Us Bankruptcy Ct E Dist | 132463L | VANOVERVDTSC | $57.50 | * |
| 100509951 | 4/25/14 | 000065731 | Us Bank Corp Pmt Systems | 132825 | 044555639792 | $40.00 | * |
| | | | | | **Totals For: Photocopy Charges/Case Costs** | **$0.00** | |
| **Photocopy Charges/Case Costs (Adjustment)** | | | | | | | |
| 100496700 | 10/22/13 | 000038864 | Kern County Recorder | 130851L | DTSCVVANOVER | $41.50 | * |
| | | | | | **Totals For: Photocopy Charges/Case Costs (Adjustment)** | **$0.00** | |
| | | | | | **Totals For: 2013-2014** | **$400.00** | |
| **2012-2013** | | | | | | | |
| **Legal Messenger Services-Contracted** | | | | | | | |
| 100496698 | 5/28/13 | 000058297 | Ace Messenger & Atty Srv | 122804 | 25932 | $3,137.71 | * |
| | | | | | **Totals For: Legal Messenger Services-Contracted** | **$0.00** | |
| | | | | | **Totals For: 2012-2013** | **$0.00** | |

* Denotes soft costs which are not included in totals.

*XAVIER BECERRA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*
1300 I STREET, SACRAMENTO, CA 95814
Billing Inquiries: (916) 210-7048

# Cost of Suit Summary

As of Aug 8, 2019

**MatterID:** LA2012602448 **Date Opened:** Feb 17, 2012
**Description:** Jim Dobbas, Inc. (DTSC v.) (Elmira Site)

**Total Legal Costs:** $585,969.50
**Cost of Suit:** $68,724.57
**Grand Total:** $654,694.07

| Entry No | Journal Date | Vendor # | Vendor | Schedule | Reference | Amount | |
|---|---|---|---|---|---|---|---|
| **Cost of Suit** | | | | | | | |
| | | | | **Totals For: 49042** | | **$68,724.57** | |
| **49043** | | | | | | | |
| **2013-2014** | | | | | | | |
| **Photocopy Charges/Case Costs** | | | | | | | |
| 100495058 | 10/22/13 | 000038864 | Kern County Recorder | 130851L | DTSCVVANOVER | $41.50 | * |
| | | | | | **Totals For: Photocopy Charges/Case Costs** | **$0.00** | |
| **Photocopy Charges/Case Costs (Adjustment)** | | | | | | | |
| 100496699 | 10/22/13 | 000038864 | Kern County Recorder | 130851L | DTSCVVANOVER | ($41.50) | * |
| | | | | | **Totals For: Photocopy Charges/Case Costs (Adjustment)** | **$0.00** | |
| | | | | | **Totals For: 2013-2014** | **$0.00** | |
| **2012-2013** | | | | | | | |
| **Legal Messenger Services-Contracted** | | | | | | | |
| 100483709 | 5/28/13 | 000058297 | Ace Messenger & Atty Srv | 122804 | 25932 | $3,137.71 | * |
| 100496697 | 5/28/13 | 000058297 | Ace Messenger & Atty Srv | 122804 | 25932 | ($3,137.71) | * |
| | | | | | **Totals For: Legal Messenger Services-Contracted** | **$0.00** | |
| | | | | | **Totals For: 2012-2013** | **$0.00** | |
| | | | | | **Totals For: 49043** | **$0.00** | |
| | | | **Cost of Suit Total:** | | | **$68,724.57** | |

* Denotes soft costs which are not included in totals.