# EXHIBIT B

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #04SM0973
11/02/2004
9:32:52

**Project Name:** WICKES FOREST INDUSTRIES, SOLANO
**Project Code:** 100164

| | |
|---|---:|
| Current Charges (Costs Incurred 07/2004    thru 09/2004   ) | $9,958.98 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #04SM0973 Charges | $9,958.98 |
| Interest Due from Late Payment of Previous Invoices | $34.39 |
| *(Invoice #s 03SM1391; 04SM0233;  )* | |

**Total of New Charges**                                                                          **$9,993.37**
*(Invoice #04SM0973 Charges and Late Payment Interest)*

---

**PLEASE NOTE:** Our records indicate a total balance (including the amount noted above) of **$20,873.10** is now due on this project. (Please refer to the Statement of Account for more detailed information.

---

Agreement Numbers (if applicable):

---

If paying by credit card, please complete the following:

Company Name:

Type of Card:     __American Express   __Discover   __Mastercard   __Visa

Card Number: _____ _____ _____ _____          Expiration Date (Mo/Yr)   _____ / _____

Total Being Paid:     $

Signature:                                                                    Telephone No.    (___) ___-____

Privacy Statement:     The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-5845 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California 95812-0806.

---

THIS SECTION FOR DEPARTMENT USE ONLY

Invoice No.

CID #                                                  _____Approved          _____Not Approved

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #04SM0973
11/02/2004
9:32:52

| | | |
|---|---|---|
| **Project Name:** | WICKES FOREST INDUSTRIES, SOLANO | |
| **Project Code:** | 100164 | |

| | |
|---|---|
| Current Charges (Costs Incurred 07/2004    thru 09/2004   ) | $9,958.98 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #04SM0973 Charges | $9,958.98 |
| Interest Due from Late Payment of Previous Invoices | $34.39 |
| *(Invoice #s 03SM1391; 04SM0233;  )* | |

| | |
|---|---|
| **Total of New Charges** | **$9,993.37** |
| *(Invoice #04SM0973 Charges and Late Payment Interest)* | |

---

**PLEASE NOTE:**    Our records indicate a total balance (including the amount noted above) of **$20,873.10** is now
due on this project. (Please refer to the Statement of Account for more detailed information.

---

Agreement Numbers (if applicable):

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

04SM0973
11/02/2004
09:32:52

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (8/19/2004) | | $10,879.73 |
| Current Charges (07/2004 thru 09/2004): | $9,958.98 | |
| Advance Applied: | $0.00 | |
| Invoice #04SM0973     Subtotal | | $9,958.98 |
| Late Payment Interest | | $34.39 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $20,873.10 |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 8/19/2004 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 11/2/2004 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $1,698.38 | $0.00 | $5.35 | $0.00 | $0.00 | $1,703.73 |
| 04SM0233 | 8/19/2004 | $9,181.35 | $0.00 | $29.04 | $0.00 | $0.00 | $9,210.39 |
| 04SM0973 | 11/2/2004 | $0.00 | $9,958.98 | $0.00 | $0.00 | $0.00 | $9,958.98 |
| | | $10,879.73 | $9,958.98 | $34.39 | $0.00 | $0.00 | $20,873.10 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 08/19/2004                                                                    $0.00

Advance Credits Applied to Current Period Charges                                                         $0.00

**Remaining Advance Payment/Credit Balance**     $0.00

**PAYMENTS (Since Last Statement)**
**No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**
**No Activity Since Last Statement**

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

04SM0973
11/02/2004
09:32:52

**Project Name:    WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:       100164**

**CALCULATION OF AB 1651 INTEREST CHARGES**

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 8/20/2004 thru 9/30/2004 | $1,689.82 | | 1.441% / 365 | | 42 | | $2.81 |
| 03SM1391 | 10/1/2004 thru 11/2/2004 | $1,689.82 | | 1.665% / 365 | | 33 | | $2.54 |
| | **Subtotal for 03SM1391 | | | | | | | **$5.35** |
| 04SM0233 | 8/20/2004 thru 9/30/2004 | $9,181.35 | | 1.441% / 365 | | 42 | | $15.22 |
| 04SM0233 | 10/1/2004 thru 11/2/2004 | $9,181.35 | | 1.665% / 365 | | 33 | | $13.82 |
| | **Subtotal for 04SM0233 | | | | | | | **$29.04** |

**Total Interest Charges of this type for Project**      $34.39

**Total New Interest Charges for Project :**      $34.39

# SUMMARY BY ACTIVITY

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)  
P.O. Box 806  
Sacramento, CA  95812-0806

04SM0973  
11/02/2004  
09:32:52

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**  
**Project Number:** **100164**

Reporting Period: 07/2004 thru 09/2004

---

**Direct Labor - 2004/2005**

*PCA - 11018  - PROJECT MANAGEMENT (STATE FUNDED)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 08/2004 | 0.25 | 10.60 |
| | **Subtotal for PCA - 11018** | | | **0.25** | **$10.60** |

*PCA - 11090  - O&M (STATE FUNDED)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| AMADOR F | SUPVNG HAZARDOUS SUBSTNC ENGR I | | 07/2004 | 3.50 | 159.28 |
| WHITE D | HAZARDOUS SUBSTNC ENGR | | 07/2004 | 10.00 | 304.54 |
| VILLEGAS B | OFFICE TECHN-TYPING | | 07/2004 | 0.50 | 11.14 |
| BARRAGAN M | OFFICE ASST-TYPING | | 07/2004 | 0.50 | 9.04 |
| AMADOR F | SUPVNG HAZARDOUS SUBSTNC ENGR I | | 08/2004 | 4.75 | 233.21 |
| WHITE D | HAZARDOUS SUBSTNC ENGR | | 08/2004 | 6.50 | 218.55 |
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 08/2004 | 50.00 | 2,122.78 |
| VILLEGAS B | OFFICE TECHN-TYPING | | 08/2004 | 1.00 | 22.90 |
| BARRAGAN M | OFFICE TECHN-TYPING | | 08/2004 | 0.50 | 9.77 |
| AMADOR F | SUPVNG HAZARDOUS SUBSTNC ENGR I | | 09/2004 | 0.75 | 36.23 |
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 09/2004 | 12.25 | 512.75 |
| | **Subtotal for PCA - 11090** | | | **90.25** | **$3,640.19** |
| | **\*\* Direct Labor - 2004/2005 Totals** | | | **90.50** | **$3,650.79** |

**Indirect Labor - 2004/2005**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2004 | Jul - Dec | TSCA 0557 | 1.7279 | $3,650.79 | 6,308.19 |
| | | **\*\* Indirect Labor - 2004/2005 Totals** | | **$3,650.79** | **$6,308.19** |
| | | **\*\* Total - 2004/2005 Charges** | | | **$9,958.98** |
| | **\*\* Total Project 100164** | **Charges** | | | **$9,958.98** |

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #04SM1655
01/25/2005
14:17:44

**Project Name:**    WICKES FOREST INDUSTRIES, SOLANO
**Project Code:**    100164

| | |
|---|---:|
| Current Charges (Costs Incurred 10/2004   thru 12/2004   ) | $2,693.57 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #04SM1655 Charges | $2,693.57 |
| Interest Due from Late Payment of Previous Invoices | $59.89 |

*(Invoice #s 03SM1391; 04SM0233; 04SM0973;  )*

**Total of New Charges**                                                                                **$2,753.46**
*(Invoice #04SM1655 Charges and Late Payment Interest)*

---

**PLEASE NOTE:**    Our records indicate a total balance (including the amount noted above) of **$14,436.65** is now due on this project. (Please refer to the Statement of Account for more detailed information.

---

Agreement Numbers (if applicable):

---

If paying by credit card, please complete the following:

Company Name:  _____

Type of Card:        __American Express   __Discover   __Mastercard   __Visa

Card Number:  _____ _____ _____ _____        Expiration Date (Mo/Yr)    ____ / _____

Total Being Paid:    $ _____

Signature:  _____        Telephone No.    (___) ___-____

Privacy Statement:    The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-5845 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California 95812-0806.

---

THIS SECTION FOR DEPARTMENT USE ONLY

Invoice No.  _____

CID #  _____        ____Approved        ____Not Approved

**Return with Remittance**

# INVOICE

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #04SM1655
01/25/2005
14:17:44

**Project Name:**   WICKES FOREST INDUSTRIES, SOLANO
**Project Code:**   100164

| | |
|---|---:|
| Current Charges (Costs Incurred 10/2004    thru 12/2004   ) | $2,693.57 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #04SM1655 Charges | $2,693.57 |
| Interest Due from Late Payment of Previous Invoices | $59.89 |
| *(Invoice #s 03SM1391; 04SM0233; 04SM0973;  )* | |

**Total of New Charges**                                                                    **$2,753.46**
*(Invoice #04SM1655 Charges and Late Payment Interest)*

| PLEASE NOTE: | Our records indicate a total balance (including the amount noted above) of **$14,436.65** is now due on this project. (Please refer to the Statement of Account for more detailed information. |
|---|---|

Agreement Numbers (if applicable):

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)    04SM1655
P.O. Box 806                                   01/25/2005
Sacramento, CA  95812-0806                      14:17:44

**Project Name:**   **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**   **100164**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---|---|
| Balance Forward from Last Statement (11/2/2004) | | $20,873.10 |
| Current Charges (10/2004 thru 12/2004): | $2,693.57 | |
| Advance Applied: | $0.00 | |
| Invoice #04SM1655     Subtotal | | $2,693.57 |
| Late Payment Interest | | $59.89 |
| Payments Received | | ($9,189.91) |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | **$14,436.65** |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 11/2/2004 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 1/25/2005 |
|---|---|---|---|---|---|---|---|
| 03SM1391 | 4/20/2004 | $1,703.73 | $0.00 | $6.86 | $0.00 | $0.00 | $1,710.59 |
| 04SM0233 | 8/19/2004 | $9,210.39 | $0.00 | $12.62 | ($9,189.91) | $0.00 | $33.10 |
| 04SM0973 | 11/2/2004 | $9,958.98 | $0.00 | $40.41 | $0.00 | $0.00 | $9,999.39 |
| 04SM1655 | 1/25/2005 | $0.00 | $2,693.57 | $0.00 | $0.00 | $0.00 | $2,693.57 |
| | | $20,873.10 | $2,693.57 | $59.89 | ($9,189.91) | $0.00 | $14,436.65 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 11/02/2004                                         $0.00

Advance Credits Applied to Current Period Charges                               $0.00

**Remaining Advance Payment/Credit Balance**                                    $0.00

### PAYMENTS (Since Last Statement)

12/03/2004    Payment Chk#445167   /   COLLINS & AIKMAN
              $9,189.91 Credited as follows:

| | |
|---|---|
| credit INV#04SM0233 (12/2/2004) | $9,189.91 |
| **Total Applied to this Site | $9,189.91 |
| **Net Payment Applied to Invoices on this Site | $9,189.91 |
| **Total Payment Applied to Site Invoices | **$9,189.91** |

### ACCOUNT ADJUSTMENTS

**No Activity Since Last Statement**

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

04SM1655
01/25/2005
14:17:44

**Project Name:**   **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:**      **100164**

**CALCULATION OF AB 1651 INTEREST CHARGES**

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 11/3/2004 thru 12/31/2004 | $1,689.82 | | 1.665% / 365 | | 59 | | $4.55 |
| 03SM1391 | 1/1/2005 thru 1/25/2005 | $1,689.82 | | 1.995% / 365 | | 25 | | $2.31 |
| | **Subtotal for 03SM1391 | | | | | | | **$6.86** |
| 04SM0233 | 11/3/2004 thru 12/2/2004 | $9,181.35 | | 1.665% / 365 | | 30 | | $12.56 |
| 04SM0233 | 12/3/2004 thru 12/31/2004 | $20.41 | | 1.665% / 365 | | 29 | | $0.03 |
| 04SM0233 | 1/1/2005 thru 1/25/2005 | $20.41 | | 1.995% / 365 | | 25 | | $0.03 |
| | **Subtotal for 04SM0233 | | | | | | | **$12.62** |
| 04SM0973 | 11/3/2004 thru 12/31/2004 | $9,958.98 | | 1.665% / 365 | | 59 | | $26.80 |
| 04SM0973 | 1/1/2005 thru 1/25/2005 | $9,958.98 | | 1.995% / 365 | | 25 | | $13.61 |
| | **Subtotal for 04SM0973 | | | | | | | **$40.41** |
| | **Total Interest Charges of this type for Project | | | | | | | $59.89 |
| | **Total New Interest Charges for Project : | | | | | | | $59.89 |

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

04SM1655
01/25/2005
14:17:44

**Project Name:**     **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:**    **100164**

Reporting Period: 10/2004 thru 12/2004

---

**Direct Labor - 2004/2005**

*PCA - 11090  - O&M (STATE FUNDED)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 10/2004 | 7.00 | 323.91 |
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 11/2004 | 4.00 | 172.83 |
| VILLEGAS B | OFFICE TECHN-TYPING | | 11/2004 | 0.50 | 11.75 |
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 12/2004 | 10.00 | 478.93 |
| | **Subtotal for PCA - 11090** | | | **21.50** | **$987.42** |
| | **** Direct Labor - 2004/2005 Totals** | | | **21.50** | **$987.42** |

**Indirect Labor - 2004/2005**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2004 | Jul - Dec | TSCA 0557 | 1.7279 | $987.42 | 1,706.15 |
| | | **** Indirect Labor - 2004/2005 Totals** | | **$987.42** | **$1,706.15** |
| | | **** Total - 2004/2005 Charges** | | | **$2,693.57** |
| | **** Total Project 100164** | **Charges** | | | **$2,693.57** |

# INVOICE

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #04SM2576
04/27/2005
10:50:27

**Project Name:**   WICKES FOREST INDUSTRIES, SOLANO
**Project Code:**    100164

| | |
|---|---:|
| Current Charges (Costs Incurred 01/2005   thru 03/2005   ) | $6,998.59 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #04SM2576 Charges | $6,998.59 |
| Interest Due from Late Payment of Previous Invoices | $76.24 |
| *(Invoice #s 03SM1391; 04SM0233; 04SM0973; 04SM1655;  )* | |

| | |
|---|---:|
| **Total of New Charges** | **$7,074.83** |
| *(Invoice #04SM2576 Charges and Late Payment Interest)* | |

---

**PLEASE NOTE:**   Our records indicate a total balance (including the amount noted above) of **$21,511.48** is now
due on this project. (Please refer to the Statement of Account for more detailed information.

---

Agreement Numbers (if applicable):

---

If paying by EFT, please contact the Accounting Office at (916) 324-3099.

If paying by credit card, please complete the following:

Company Name: _____

Type of Card:      __American Express   __Discover   __Mastercard   __Visa

Card Number:   _____ _____ _____ _____      Expiration Date (Mo/Yr)   ____ / _____

Total Being Paid:   $_____

Signature: _____   Telephone No.   (___) ___-____

Privacy Statement:   The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All
information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to
pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be
denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-5845 or
you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California
95812-0806.

---

THIS SECTION FOR DEPARTMENT USE ONLY

Invoice No.   _____

CID #                                        Approved              Not Approved

**Return with Remittance**

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #04SM2576
04/27/2005
10:50:27

**Project Name:**  WICKES FOREST INDUSTRIES, SOLANO
**Project Code:**  100164

| | |
|---|---:|
| Current Charges (Costs Incurred 01/2005    thru 03/2005   ) | $6,998.59 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #04SM2576 Charges | $6,998.59 |
| Interest Due from Late Payment of Previous Invoices | $76.24 |
| *(Invoice #s 03SM1391; 04SM0233; 04SM0973; 04SM1655;  )* | |

**Total of New Charges**   $7,074.83
*(Invoice #04SM2576 Charges and Late Payment Interest)*

**PLEASE NOTE:**   Our records indicate a total balance (including the amount noted above) of **$21,511.48** is now due on this project. (Please refer to the Statement of Account for more detailed information.

Agreement Numbers (if applicable):

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)  
P.O. Box 806  
Sacramento, CA  95812-0806

04SM2576  
04/27/2005  
10:50:27

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**  
**Project Code:** **100164**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---:|---:|
| Balance Forward from Last Statement (1/25/2005) | | $14,436.65 |
| Current Charges (01/2005 thru 03/2005): | $6,998.59 | |
| Advance Applied: | $0.00 | |
| Invoice #04SM2576    Subtotal | | $6,998.59 |
| Late Payment Interest | | $76.24 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | **$21,511.48** |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 1/25/2005 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 4/27/2005 |
|---|---|---:|---:|---:|---:|---:|---:|
| 03SM1391 | 4/20/2004 | $1,710.59 | $0.00 | $8.97 | $0.00 | $0.00 | $1,719.56 |
| 04SM0233 | 8/19/2004 | $33.10 | $0.00 | $0.11 | $0.00 | $0.00 | $33.21 |
| 04SM0973 | 11/2/2004 | $9,999.39 | $0.00 | $52.86 | $0.00 | $0.00 | $10,052.25 |
| 04SM1655 | 1/25/2005 | $2,693.57 | $0.00 | $14.30 | $0.00 | $0.00 | $2,707.87 |
| 04SM2576 | 4/27/2005 | $0.00 | $6,998.59 | $0.00 | $0.00 | $0.00 | $6,998.59 |
| | | $14,436.65 | $6,998.59 | $76.24 | $0.00 | $0.00 | $21,511.48 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

| | |
|---|---:|
| Advance Balance Forward from 01/25/2005 | $0.00 |
| Advance Credits Applied to Current Period Charges | $0.00 |
| **Remaining Advance Payment/Credit Balance** | $0.00 |

**PAYMENTS (Since Last Statement)**

  **No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**

  **No Activity Since Last Statement**

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

04SM2576
04/27/2005
10:50:27

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164**

**CALCULATION OF AB 1651 INTEREST CHARGES**

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 1/26/2005 thru 3/31/2005 | $1,689.82 | | 1.995% / 365 | | 65 | | $6.00 |
| 03SM1391 | 4/1/2005 thru 4/27/2005 | $1,689.82 | | 2.373% / 365 | | 27 | | $2.97 |
| | **Subtotal for 03SM1391 | | | | | | | **$8.97** |
| 04SM0233 | 1/26/2005 thru 3/31/2005 | $20.41 | | 1.995% / 365 | | 65 | | $0.07 |
| 04SM0233 | 4/1/2005 thru 4/27/2005 | $20.41 | | 2.373% / 365 | | 27 | | $0.04 |
| | **Subtotal for 04SM0233 | | | | | | | **$0.11** |
| 04SM0973 | 1/26/2005 thru 3/31/2005 | $9,958.98 | | 1.995% / 365 | | 65 | | $35.38 |
| 04SM0973 | 4/1/2005 thru 4/27/2005 | $9,958.98 | | 2.373% / 365 | | 27 | | $17.48 |
| | **Subtotal for 04SM0973 | | | | | | | **$52.86** |
| 04SM1655 | 1/26/2005 thru 3/31/2005 | $2,693.57 | | 1.995% / 365 | | 65 | | $9.57 |
| 04SM1655 | 4/1/2005 thru 4/27/2005 | $2,693.57 | | 2.373% / 365 | | 27 | | $4.73 |
| | **Subtotal for 04SM1655 | | | | | | | **$14.30** |
| | **Total Interest Charges of this type for Project | | | | | | | **$76.24** |
| | **Total New Interest Charges for Project : | | | | | | | **$76.24** |

**INVOICE**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #05SM0033
08/17/2005
8:10:13

| | |
|---|---|
| **Project Name:** | WICKES FOREST INDUSTRIES, SOLANO |
| **Project Code:** | 100164 |

| | |
|---|---:|
| Current Charges (Costs Incurred 04/2005   thru 06/2005   ) | $5,694.89 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #05SM0033 Charges | $5,694.89 |
| Interest Due from Late Payment of Previous Invoices | $168.98 |
| *(Invoice #s 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576;  )* | |

| | |
|---|---:|
| **Total of New Charges** | **$5,863.87** |
| *(Invoice #05SM0033 Charges and Late Payment Interest)* | |

---

**PLEASE NOTE:**   Our records indicate a total balance (including the amount noted above) of **$27,375.35** is now due on this project. (Please refer to the Statement of Account for more detailed information.

---

Agreement Numbers (if applicable):

If paying by EFT, please contact the Accounting Office at (916) 324-3099.

If paying by credit card, please complete the following:

Company Name:

Type of Card:       __American Express   __Discover  __Mastercard   __Visa

Card Number:       _____ _____ _____ _____         Expiration Date (Mo/Yr)      ____ / _____

Total Being Paid:       $

Signature:       _____         Telephone No.    (___) ___-____

Privacy Statement:   The information on this form is requested by the Department of Toxic Substances Control, Accounting Unit.  All information is voluntary.  The purpose of this information is to verify the authenticity of the credit card you wish to use to pay your invoice.  Failure to provide answers to any of the questions may cause your credit card payment request to be denied.  For more information or access to this record, please contact the DTSC Accounting office at (916) 324-5845 or you may write to Department of Toxic Substances Control, Accounting Unit, P.O. Box 806, Sacramento, California 95812-0806.

THIS SECTION FOR DEPARTMENT USE ONLY

Invoice No.

CID #                                                              Approved                    Not Approved

**Return with Remittance**

# INVOICE

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

Invoice #05SM0033
08/17/2005
8:10:13

**Project Name:**   WICKES FOREST INDUSTRIES, SOLANO
**Project Code:**    100164

| | |
|---|---:|
| Current Charges (Costs Incurred 04/2005   thru 06/2005   ) | $5,694.89 |
| Less Advance Payment Applied to Current Charges | $0.00 |
| Invoice #05SM0033 Charges | $5,694.89 |
| Interest Due from Late Payment of Previous Invoices | $168.98 |
| *(Invoice #s 03SM1391; 04SM0233; 04SM0973; 04SM1655; 04SM2576;  )* | |

**Total of New Charges**                                                                  **$5,863.87**
  *(Invoice #05SM0033 Charges and Late Payment Interest)*

---

**PLEASE NOTE:**   Our records indicate a total balance (including the amount noted above) of **$27,375.35** is now
due on this project. (Please refer to the Statement of Account for more detailed information.

---

Agreement Numbers (if applicable):

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

05SM0033
08/17/2005
08:10:13

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164**

### ACCOUNT BALANCE SUMMARY

| | | |
|---|---|---|
| Balance Forward from Last Statement (4/27/2005) | | $21,511.48 |
| Current Charges (04/2005 thru 06/2005): | $5,694.89 | |
| Advance Applied: | $0.00 | |
| Invoice #05SM0033    Subtotal | | $5,694.89 |
| Late Payment Interest | | $168.98 |
| Payments Received | | $0.00 |
| Account Adjustments: | | $0.00 |
| **Total due to DTSC:** | | $27,375.35 |

### BALANCE SUMMARY BY INVOICE

| Invoice # | Invoice Date | Beginning Balance from 4/27/2005 | Current Charges | Late Pmt Interest | Payments | Account Adjustments | Ending Balance as of 8/17/2005 |
|---|---|---|---|---|---|---|---|
| 03SM1391 | 4/20/2004 | $1,719.56 | $0.00 | $13.37 | $0.00 | $0.00 | $1,732.93 |
| 04SM0233 | 8/19/2004 | $33.21 | $0.00 | $0.16 | $0.00 | $0.00 | $33.37 |
| 04SM0973 | 11/2/2004 | $10,052.25 | $0.00 | $78.78 | $0.00 | $0.00 | $10,131.03 |
| 04SM1655 | 1/25/2005 | $2,707.87 | $0.00 | $21.31 | $0.00 | $0.00 | $2,729.18 |
| 04SM2576 | 4/27/2005 | $6,998.59 | $0.00 | $55.36 | $0.00 | $0.00 | $7,053.95 |
| 05SM0033 | 8/17/2005 | $0.00 | $5,694.89 | $0.00 | $0.00 | $0.00 | $5,694.89 |
| | | $21,511.48 | $5,694.89 | $168.98 | $0.00 | $0.00 | $27,375.35 |

### ADVANCE PAYMENT/CREDIT BALANCE DETAIL

*Due to varying terms and conditions of advance payment agreements, this account balance is reported separately.*

Advance Balance Forward from 04/27/2005                                                            $0.00

Advance Credits Applied to Current Period Charges                                            $0.00

**Remaining Advance Payment/Credit Balance**                              $0.00

**PAYMENTS (Since Last Statement)**
  **No Activity Since Last Statement**

**ACCOUNT ADJUSTMENTS**
  **No Activity Since Last Statement**

# STATEMENT OF ACCOUNT

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)
P.O. Box 806
Sacramento, CA  95812-0806

05SM0033
08/17/2005
08:10:13

**Project Name:** **WICKES FOREST INDUSTRIES, SOLANO**
**Project Code:** **100164**

### CALCULATION OF AB 1651 INTEREST CHARGES

| Invoice # | Period Outstanding | Balance Subject To Interest | X | Daily Rate | X | Days Outstanding | = | Total Interest |
|---|---|---|---|---|---|---|---|---|
| 03SM1391 | 4/28/2005 thru 6/30/2005 | $1,689.82 | | 2.373% / 365 | | 64 | | $7.03 |
| 03SM1391 | 7/1/2005 thru 8/17/2005 | $1,689.82 | | 2.851% / 365 | | 48 | | $6.34 |
| | **Subtotal for 03SM1391 | | | | | | | **$13.37** |
| 04SM0233 | 4/28/2005 thru 6/30/2005 | $20.41 | | 2.373% / 365 | | 64 | | $0.08 |
| 04SM0233 | 7/1/2005 thru 8/17/2005 | $20.41 | | 2.851% / 365 | | 48 | | $0.08 |
| | **Subtotal for 04SM0233 | | | | | | | **$0.16** |
| 04SM0973 | 4/28/2005 thru 6/30/2005 | $9,958.98 | | 2.373% / 365 | | 64 | | $41.44 |
| 04SM0973 | 7/1/2005 thru 8/17/2005 | $9,958.98 | | 2.851% / 365 | | 48 | | $37.34 |
| | **Subtotal for 04SM0973 | | | | | | | **$78.78** |
| 04SM1655 | 4/28/2005 thru 6/30/2005 | $2,693.57 | | 2.373% / 365 | | 64 | | $11.21 |
| 04SM1655 | 7/1/2005 thru 8/17/2005 | $2,693.57 | | 2.851% / 365 | | 48 | | $10.10 |
| | **Subtotal for 04SM1655 | | | | | | | **$21.31** |
| 04SM2576 | 4/28/2005 thru 6/30/2005 | $6,998.59 | | 2.373% / 365 | | 64 | | $29.12 |
| 04SM2576 | 7/1/2005 thru 8/17/2005 | $6,998.59 | | 2.851% / 365 | | 48 | | $26.24 |
| | **Subtotal for 04SM2576 | | | | | | | **$55.36** |

**Total Interest Charges of this type for Project**            $168.98

**Total New Interest Charges for Project :**            $168.98

# SUMMARY BY ACTIVITY

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)                                     05SM0033
P.O. Box 806                                                                      08/17/2005
Sacramento, CA 95812-0806                                                          08:10:13

**Project Name:**    **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:**  **100164**                    Reporting Period: 04/2005 thru 06/2005

---

**Direct Labor - 2004/2005**

*PCA - 11018 - PROJECT MANAGEMENT (STATE FUNDED)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| AMADOR F | SUPVNG HAZARDOUS SUBSTNC ENGR I | | 04/2005 | 1.00 | 51.01 |
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 04/2005 | 2.00 | 97.49 |
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 05/2005 | 2.00 | 92.53 |
| | **Subtotal for PCA - 11018** | | | **5.00** | **$241.03** |

*PCA - 11090 - O&M (STATE FUNDED)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 04/2005 | 10.00 | 487.46 |
| VILLEGAS B | OFFICE TECHN-TYPING | | 04/2005 | 0.25 | 6.24 |
| AMADOR F | SUPVNG HAZARDOUS SUBSTNC ENGR I | | 05/2005 | 1.25 | 60.88 |
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 05/2005 | 14.50 | 670.91 |
| BARRAGAN M | OFFICE TECHN-TYPING | | 05/2005 | 1.00 | 20.12 |
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 06/2005 | 11.50 | 529.11 |
| | **Subtotal for PCA - 11090** | | | **38.50** | **$1,774.72** |
| | **** Direct Labor - 2004/2005 Totals** | | | **43.50** | **$2,015.75** |

**Indirect Labor - 2004/2005**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2004 | Jan - Jun | TSCA 0557 | 1.8252 | $2,015.75 | 3,679.14 |
| | | **** Indirect Labor - 2004/2005 Totals** | | **$2,015.75** | **$3,679.14** |
| | | **** Total - 2004/2005 Charges** | | | **$5,694.89** |
| | **** Total Project 100164** | **Charges** | | | **$5,694.89** |

# SUMMARY BY ACTIVITY

DEPARTMENT OF TOXIC SUBSTANCES CONTROL (DTSC)          04SM2576
P.O. Box 806                                          04/27/2005
Sacramento, CA  95812-0806                            10:50:27

**Project Name:**    **WICKES FOREST INDUSTRIES, SOLANO**
**Project Number:**  **100164**                       Reporting Period: 01/2005 thru 03/2005

---

**Direct Labor - 2004/2005**

*PCA - 11018  - PROJECT MANAGEMENT (STATE FUNDED)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 03/2005 | 2.50 | 115.68 |
| | **Subtotal for PCA - 11018** | | | **2.50** | **$115.68** |

*PCA - 11090  - O&M (STATE FUNDED)*

| Name | Title | Adj. | Pay | Hours | Amount |
|------|-------|------|-----|-------|--------|
| AMADOR F | SUPVNG HAZARDOUS SUBSTNC ENGR I | | 01/2005 | 0.50 | 25.51 |
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 01/2005 | 2.00 | 97.49 |
| AMADOR F | SUPVNG HAZARDOUS SUBSTNC ENGR I | | 02/2005 | 0.25 | 12.76 |
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 02/2005 | 27.00 | 1,316.21 |
| AMADOR F | SUPVNG HAZARDOUS SUBSTNC ENGR I | | 03/2005 | 0.50 | 24.35 |
| MYERS P | HAZARDOUS SUBSTNC ENGR | | 03/2005 | 19.00 | 879.11 |
| VILLEGAS B | OFFICE TECHN-TYPING | | 03/2005 | 0.25 | 6.09 |
| | **Subtotal for PCA - 11090** | | | **49.50** | **$2,361.52** |
| | **\*\* Direct Labor - 2004/2005 Totals** | | | **52.00** | **$2,477.20** |

**Indirect Labor - 2004/2005**

| FY | Months | Fund | Overhead Rate | Direct Labor | Overhead Charges |
|----|--------|------|---------------|--------------|------------------|
| 2004 | Jan - Jun | TSCA 0557 | 1.8252 | $2,477.20 | 4,521.39 |
| | | **\*\* Indirect Labor - 2004/2005 Totals** | | **$2,477.20** | **$4,521.39** |
| | | **\*\* Total - 2004/2005 Charges** | | | **$6,998.59** |
| | | **\*\* Total Project 100164    Charges** | | | **$6,998.59** |