# EXHIBIT C

Calculation of CERCLA Interest (11/2/04-5/31/19)
Wickes Forest Industries Site - Project Code 100164-SM

| Period | Totals Subject to Interest | 11/02/2004 to 01/24/2005 | | 01/25/2005 to 04/26/2005 | |
|---|---|---|---|---|---|
| | | Number of Days | Interest Charges | Number of Days | Interest Charges |
| 07/01/2004 - 09/30/2004 | $9,958.98 | 84 | $29.10 | 92 | $31.88 |
| 10/01/2004 - 12/31/2004 | $2,693.57 | 0 | $0.00 | 92 | $8.62 |
| 01/01/2005 - 03/31/2005 | $6,998.59 | 0 | $0.00 | 0 | $0.00 |
| 04/04/2005 - 06/30/2005 | $5,694.89 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 7/1/2004-6/30/2005** | | | | | |
| 07/01/2005 - 06/30/2006 | $71,281.03 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2006 - 06/30/2007 | $104,648.92 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2007 - 06/30/2008 | $308,723.10 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2008 - 06/30/2009 | $151,883.21 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2009 - 06/30/2010 | $213,027.42 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2010 - 06/30/2011 | $151,074.23 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2011 - 06/30/2012 | $1,093,617.82 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2012 - 06/30/2013 | $105,198.04 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2013 - 06/30/2014 | $202,105.67 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 7/1/2005-06/30/2014** | | | | | |
| 07/01/2014 - 06/30/2015 | $214,232.07 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2015 - 06/30/2016 | $66,386.04 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2016 - 06/30/2017 | $140,707.23 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2017 - 06/30/2018 | $118,417.74 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2018 - 05/31/2019 | $121,039.32 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 12/18/2014-05/31/2019** | | | | | |
| Totals | $3,087,687.87 | | $29.10 | | $40.50 |
| Superfund Interest Rate | | 1.27% | | 1.27% | |
| Daily Interest Rate | | 0.00003479 | | 0.00003479 | |
| Daily Interest | | | $0.08 | | $0.11 |

Calculation of CERCLA Interest (11/2/04-5/31/19)
Wickes Forest Industries Site - Project Code 100164-SM

| Period | Totals Subject to Interest | 04/27/2005 to 08/16/2005 Number of Days | Interest Charges | 08/17/2005 to 09/30/2005 Number of Days | Interest Charges | 10/01/2005 to 09/30/2006 Number of Days | Interest Charges |
|---|---|---|---|---|---|---|---|
| **07/01/2004 - 09/30/2004** | $9,958.98 | 112 | $38.80 | 45 | $15.59 | 365 | $219.48 |
| **10/01/2004 - 12/31/2004** | $2,693.57 | 112 | $10.50 | 45 | $4.22 | 365 | $59.36 |
| **01/01/2005 - 03/31/2005** | $6,998.59 | 112 | $27.27 | 45 | $10.96 | 365 | $154.24 |
| **04/04/2005 - 06/30/2005** | $5,694.89 | 0 | $0.00 | 45 | $8.92 | 365 | $125.51 |
| **Costs incurred 7/1/2004-6/30/2005** | | | | | | | |
| | | | | | | | |
| **07/01/2005 - 06/30/2006** | $71,281.03 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2006 - 06/30/2007** | $104,648.92 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2007 - 06/30/2008** | $308,723.10 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2008 - 06/30/2009** | $151,883.21 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2009 - 06/30/2010** | $213,027.42 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2010 - 06/30/2011** | $151,074.23 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2011 - 06/30/2012** | $1,093,617.82 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2012 - 06/30/2013** | $105,198.04 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2013 - 06/30/2014** | $202,105.67 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 7/1/2005-06/30/2014** | | | | | | | |
| | | | | | | | |
| **07/01/2014 - 06/30/2015** | $214,232.07 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2015 - 06/30/2016** | $66,386.04 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2016 - 06/30/2017** | $140,707.23 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2017 - 06/30/2018** | $118,417.74 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **07/01/2018 - 05/31/2019** | $121,039.32 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 12/18/2014-05/31/2019** | | | | | | | |
| | | | | | | | |
| Totals | $3,087,687.87 | | $76.57 | | $39.69 | | $558.59 |
| | | | | | | | |
| Superfund Interest Rate | | 1.27% | | 1.27% | | 2.21% | |
| | | | | | | | |
| Daily Interest Rate | | 0.00003479 | | 0.00003479 | | 0.00006038 | |
| | | | | | | | |
| Daily Interest | | | $0.21 | | $0.11 | | $1.53 |

Calculation of CERCLA Interest (11/2/04-5/31/19)
Wickes Forest Industries Site - Project Code 100164-SM

| Period | Totals Subject to Interest | 10/01/2006 to 09/30/2007 Number of Days | Interest Charges | 10/01/2007 to 09/30/2008 Number of Days | Interest Charges | 10/01/2008 to 09/30/2009 Number of Days | Interest Charges |
|---|---|---|---|---|---|---|---|
| 07/01/2004 - 09/30/2004 | $9,958.98 | 365 | $409.30 | 366 | $499.95 | 365 | $432.20 |
| 10/01/2004 - 12/31/2004 | $2,693.57 | 365 | $110.70 | 366 | $135.22 | 365 | $116.90 |
| 01/01/2005 - 03/31/2005 | $6,998.59 | 365 | $287.64 | 366 | $351.33 | 365 | $303.73 |
| 04/04/2005 - 06/30/2005 | $5,694.89 | 365 | $234.05 | 366 | $285.89 | 365 | $247.15 |
| **Costs incurred 7/1/2004-6/30/2005** | | | | | | | |
| 07/01/2005 - 06/30/2006 | $71,281.03 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2006 - 06/30/2007 | $104,648.92 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2007 - 06/30/2008 | $308,723.10 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2008 - 06/30/2009 | $151,883.21 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2009 - 06/30/2010 | $213,027.42 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2010 - 06/30/2011 | $151,074.23 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2011 - 06/30/2012 | $1,093,617.82 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2012 - 06/30/2013 | $105,198.04 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2013 - 06/30/2014 | $202,105.67 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 7/1/2005-06/30/2014** | | | | | | | |
| 07/01/2014 - 06/30/2015 | $214,232.07 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2015 - 06/30/2016 | $66,386.04 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2016 - 06/30/2017 | $140,707.23 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2017 - 06/30/2018 | $118,417.74 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2018 - 05/31/2019 | $121,039.32 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 12/18/2014-05/31/2019** | | | | | | | |
| Totals | $3,087,687.87 | | $1,041.69 | | $1,272.39 | | $1,099.98 |
| Superfund Interest Rate | | 4.11% | | 5.02% | | 4.34% | |
| Daily Interest Rate | | 0.000113 | | 0.000137 | | 0.000119 | |
| Daily Interest | | | $2.85 | | $3.48 | | $3.01 |

Calculation of CERCLA Interest (11/2/04-5/31/19)
Wickes Forest Industries Site - Project Code 100164-SM

| Period | Totals Subject to Interest | 10/01/2009 to 09/30/2010 Number of Days | 10/01/2009 to 09/30/2010 Interest Charges | 10/01/2010 to 09/30/2011 Number of Days | 10/01/2010 to 09/30/2011 Interest Charges |
|---|---|---|---|---|---|
| 07/01/2004 - 09/30/2004 | $9,958.98 | 365 | $214.10 | 365 | $223.08 |
| 10/01/2004 - 12/31/2004 | $2,693.57 | 365 | $57.91 | 365 | $60.34 |
| 01/01/2005 - 03/31/2005 | $6,998.59 | 365 | $150.46 | 365 | $156.77 |
| 04/04/2005 - 06/30/2005 | $5,694.89 | 365 | $122.43 | 365 | $127.57 |
| **Costs incurred 7/1/2004-6/30/2005** | | | | | |
| 07/01/2005 - 06/30/2006 | $71,281.03 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2006 - 06/30/2007 | $104,648.92 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2007 - 06/30/2008 | $308,723.10 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2008 - 06/30/2009 | $151,883.21 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2009 - 06/30/2010 | $213,027.42 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2010 - 06/30/2011 | $151,074.23 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2011 - 06/30/2012 | $1,093,617.82 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2012 - 06/30/2013 | $105,198.04 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2013 - 06/30/2014 | $202,105.67 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 7/1/2005-06/30/2014** | | | | | |
| 07/01/2014 - 06/30/2015 | $214,232.07 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2015 - 06/30/2016 | $66,386.04 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2016 - 06/30/2017 | $140,707.23 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2017 - 06/30/2018 | $118,417.74 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2018 - 05/31/2019 | $121,039.32 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 12/18/2014-05/31/2019** | | | | | |
| Totals | $3,087,687.87 | | $544.90 | | $567.76 |
| Superfund Interest Rate | | 2.15% | | 2.24% | |
| Daily Interest Rate | | 0.0000589 | | 0.00006137 | |
| Daily Interest | | | $1.49 | | $1.56 |

Calculation of CERCLA Interest (11/2/04-5/31/19)
Wickes Forest Industries Site - Project Code 100164-SM

| Period | Totals Subject to Interest | 10/01/2011 to 09/30/2012 Number of Days | Interest Charges | 10/01/2012 to 09/30/2013 Number of Days | Interest Charges | 10/01/2013 to 09/30/2014 Number of Days | Interest Charges |
|---|---|---|---|---|---|---|---|
| 07/01/2004 - 09/30/2004 | $9,958.98 | 366 | $68.71 | 365 | $73.68 | 365 | $77.68 |
| 10/01/2004 - 12/31/2004 | $2,693.57 | 366 | $18.58 | 365 | $19.93 | 365 | $21.01 |
| 01/01/2005 - 03/31/2005 | $6,998.59 | 366 | $48.28 | 365 | $51.78 | 365 | $54.59 |
| 04/04/2005 - 06/30/2005 | $5,694.89 | 366 | $39.29 | 365 | $42.13 | 365 | $44.42 |
| **Costs incurred 7/1/2004-6/30/2005** | | | | | | | |
| 07/01/2005 - 06/30/2006 | $71,281.03 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2006 - 06/30/2007 | $104,648.92 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2007 - 06/30/2008 | $308,723.10 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2008 - 06/30/2009 | $151,883.21 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2009 - 06/30/2010 | $213,027.42 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2010 - 06/30/2011 | $151,074.23 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2011 - 06/30/2012 | $1,093,617.82 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2012 - 06/30/2013 | $105,198.04 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2013 - 06/30/2014 | $202,105.67 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 7/1/2005-06/30/2014** | | | | | | | |
| 07/01/2014 - 06/30/2015 | $214,232.07 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2015 - 06/30/2016 | $66,386.04 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2016 - 06/30/2017 | $140,707.23 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2017 - 06/30/2018 | $118,417.74 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2018 - 05/31/2019 | $121,039.32 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 12/18/2014-05/31/2019** | | | | | | | |
| Totals | $3,087,687.87 | | $174.86 | | $187.52 | | $197.70 |
| Superfund Interest Rate | | 0.69% | | 0.74% | | 0.78% | |
| Daily Interest Rate | | 0.00001885 | | 0.00002027 | | 0.00002137 | |
| Daily Interest | | | $0.48 | | $0.51 | | $0.54 |

Calculation of CERCLA Interest (11/2/04-5/31/19)
Wickes Forest Industries Site - Project Code 100164-SM

| Period | Totals Subject to Interest | 10/01/2014 to 12/17/2014 | | 12/18/2014 to 09/30/2015 | |
|---|---|---|---|---|---|
| | | Number of Days | Interest Charges | Number of Days | Interest Charges |
| 07/01/2004 - 09/30/2004 | $9,958.98 | 78 | $17.24 | 287 | $63.42 |
| 10/01/2004 - 12/31/2004 | $2,693.57 | 78 | $4.66 | 287 | $17.15 |
| 01/01/2005 - 03/31/2005 | $6,998.59 | 78 | $12.11 | 287 | $44.57 |
| 04/04/2005 - 06/30/2005 | $5,694.89 | 78 | $9.86 | 287 | $36.27 |
| **Costs incurred 7/1/2004-6/30/2005** | | | | | |
| 07/01/2005 - 06/30/2006 | $71,281.03 | 0 | $0.00 | 287 | $453.96 |
| 07/01/2006 - 06/30/2007 | $104,648.92 | 0 | $0.00 | 287 | $666.46 |
| 07/01/2007 - 06/30/2008 | $308,723.10 | 0 | $0.00 | 287 | $1,966.11 |
| 07/01/2008 - 06/30/2009 | $151,883.21 | 0 | $0.00 | 287 | $967.27 |
| 07/01/2009 - 06/30/2010 | $213,027.42 | 0 | $0.00 | 287 | $1,356.67 |
| 07/01/2010 - 06/30/2011 | $151,074.23 | 0 | $0.00 | 287 | $962.12 |
| 07/01/2011 - 06/30/2012 | $1,093,617.82 | 0 | $0.00 | 287 | $6,964.74 |
| 07/01/2012 - 06/30/2013 | $105,198.04 | 0 | $0.00 | 287 | $669.96 |
| 07/01/2013 - 06/30/2014 | $202,105.67 | 0 | $0.00 | 287 | $1,287.12 |
| **Costs incurred 7/1/2005-06/30/2014** | | | | | |
| 07/01/2014 - 06/30/2015 | $214,232.07 | 0 | $0.00 | 93 | $442.10 |
| 07/01/2015 - 06/30/2016 | $66,386.04 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2016 - 06/30/2017 | $140,707.23 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2017 - 06/30/2018 | $118,417.74 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2018 - 05/31/2019 | $121,039.32 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 12/18/2014-05/31/2019** | | | | | |
| Totals | $3,087,687.87 | | $43.87 | | $15,897.92 |
| Superfund Interest Rate | | 0.81% | | 0.81% | |
| Daily Interest Rate | | 0.00002219 | | 0.00002219 | |
| Daily Interest | | | $0.12 | | $43.56 |

Calculation of CERCLA Interest (11/2/04-5/31/19)
Wickes Forest Industries Site - Project Code 100164-SM

| Period | Totals Subject to Interest | 10/01/2015 to 09/30/2016 | | 10/01/2016 to 09/30/2017 | |
|---|---|---|---|---|---|
| | | Number of Days | Interest Charges | Number of Days | Interest Charges |
| 07/01/2004 - 09/30/2004 | $9,958.98 | 366 | $74.69 | 365 | $66.74 |
| 10/01/2004 - 12/31/2004 | $2,693.57 | 366 | $20.20 | 365 | $18.05 |
| 01/01/2005 - 03/31/2005 | $6,998.59 | 366 | $52.48 | 365 | $46.90 |
| 04/04/2005 - 06/30/2005 | $5,694.89 | 366 | $42.71 | 365 | $38.16 |
| **Costs incurred 7/1/2004-6/30/2005** | | | | | |
| 07/01/2005 - 06/30/2006 | $71,281.03 | 366 | $534.56 | 365 | $477.68 |
| 07/01/2006 - 06/30/2007 | $104,648.92 | 366 | $784.80 | 365 | $701.29 |
| 07/01/2007 - 06/30/2008 | $308,723.10 | 366 | $2,315.22 | 365 | $2,068.88 |
| 07/01/2008 - 06/30/2009 | $151,883.21 | 366 | $1,139.02 | 365 | $1,017.83 |
| 07/01/2009 - 06/30/2010 | $213,027.42 | 366 | $1,597.57 | 365 | $1,427.58 |
| 07/01/2010 - 06/30/2011 | $151,074.23 | 366 | $1,132.96 | 365 | $1,012.41 |
| 07/01/2011 - 06/30/2012 | $1,093,617.82 | 366 | $8,201.41 | 365 | $7,328.77 |
| 07/01/2012 - 06/30/2013 | $105,198.04 | 366 | $788.92 | 365 | $704.97 |
| 07/01/2013 - 06/30/2014 | $202,105.67 | 366 | $1,515.66 | 365 | $1,354.39 |
| **Costs incurred 7/1/2005-06/30/2014** | | | | | |
| 07/01/2014 - 06/30/2015 | $214,232.07 | 366 | $1,606.60 | 365 | $1,435.65 |
| 07/01/2015 - 06/30/2016 | $66,386.04 | 93 | $126.50 | 365 | $444.88 |
| 07/01/2016 - 06/30/2017 | $140,707.23 | 0 | $0.00 | 93 | $240.25 |
| 07/01/2017 - 06/30/2018 | $118,417.74 | 0 | $0.00 | 0 | $0.00 |
| 07/01/2018 - 05/31/2019 | $121,039.32 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 12/18/2014-05/31/2019** | | | | | |
| Totals | $3,087,687.87 | | $19,933.30 | | $18,384.43 |
| Superfund Interest Rate | | 0.75% | | 0.67% | |
| Daily Interest Rate | | 0.00002049 | | 0.00001836 | |
| Daily Interest | | | $54.46 | | $50.37 |

Calculation of CERCLA Interest (11/2/04-5/31/19)
Wickes Forest Industries Site - Project Code 100164-SM

| Period | Totals Subject to Interest | 10/01/2017 to 09/30/2018 Number of Days | Interest Charges | 10/01/2018 to 05/31/2019 Number of Days | Interest Charges |
|---|---|---|---|---|---|
| 07/01/2004 - 09/30/2004 | $9,958.98 | 365 | $69.72 | 243 | $57.69 |
| 10/01/2004 - 12/31/2004 | $2,693.57 | 365 | $18.86 | 243 | $15.60 |
| 01/01/2005 - 03/31/2005 | $6,998.59 | 365 | $49.00 | 243 | $40.54 |
| 04/04/2005 - 06/30/2005 | $5,694.89 | 365 | $39.87 | 243 | $32.99 |
| **Costs incurred 7/1/2004-6/30/2005** | | | | | |
| 07/01/2005 - 06/30/2006 | $71,281.03 | 365 | $499.02 | 243 | $412.94 |
| 07/01/2006 - 06/30/2007 | $104,648.92 | 365 | $732.62 | 243 | $606.24 |
| 07/01/2007 - 06/30/2008 | $308,723.10 | 365 | $2,161.28 | 243 | $1,788.47 |
| 07/01/2008 - 06/30/2009 | $151,883.21 | 365 | $1,063.29 | 243 | $879.88 |
| 07/01/2009 - 06/30/2010 | $213,027.42 | 365 | $1,491.34 | 243 | $1,234.09 |
| 07/01/2010 - 06/30/2011 | $151,074.23 | 365 | $1,057.63 | 243 | $875.19 |
| 07/01/2011 - 06/30/2012 | $1,093,617.82 | 365 | $7,656.09 | 243 | $6,335.46 |
| 07/01/2012 - 06/30/2013 | $105,198.04 | 365 | $736.46 | 243 | $609.42 |
| 07/01/2013 - 06/30/2014 | $202,105.67 | 365 | $1,414.88 | 243 | $1,170.82 |
| **Costs incurred 7/1/2005-06/30/2014** | | | | | |
| 07/01/2014 - 06/30/2015 | $214,232.07 | 365 | $1,499.77 | 243 | $1,241.07 |
| 07/01/2015 - 06/30/2016 | $66,386.04 | 365 | $464.75 | 243 | $384.58 |
| 07/01/2016 - 06/30/2017 | $140,707.23 | 365 | $985.05 | 243 | $815.13 |
| 07/01/2017 - 06/30/2018 | $118,417.74 | 93 | $211.23 | 243 | $686.01 |
| 07/01/2018 - 05/31/2019 | $121,039.32 | 0 | $0.00 | 0 | $0.00 |
| **Costs incurred 12/18/2014-05/31/2019** | | | | | |
| Totals | $3,087,687.87 | | $20,150.86 | | $17,186.12 |
| Superfund Interest Rate | | 0.70% | | 0.87% | |
| Daily Interest Rate | | 0.00001918 | | 0.00002384 | |
| Daily Interest | | | $55.21 | | $47.09 |

Calculation of CERCLA Interest (11/2/04-5/31/19)
Wickes Forest Industries Site - Project Code 100164-SM

| Period | Totals Subject to Interest | Totals (11/02/2004 - 05/31/2019) |
|---|---:|---:|
| 07/01/2004 - 09/30/2004 | $9,958.98 | $2,683.05 |
| 10/01/2004 - 12/31/2004 | $2,693.57 | $717.81 |
| 01/01/2005 - 03/31/2005 | $6,998.59 | $1,842.65 |
| 04/04/2005 - 06/30/2005 | $5,694.89 | $1,477.22 |
| **Costs incurred 7/1/2004-6/30/2005** | | |
| 07/01/2005 - 06/30/2006 | $71,281.03 | $2,378.16 |
| 07/01/2006 - 06/30/2007 | $104,648.92 | $3,491.41 |
| 07/01/2007 - 06/30/2008 | $308,723.10 | $10,299.96 |
| 07/01/2008 - 06/30/2009 | $151,883.21 | $5,067.29 |
| 07/01/2009 - 06/30/2010 | $213,027.42 | $7,107.25 |
| 07/01/2010 - 06/30/2011 | $151,074.23 | $5,040.31 |
| 07/01/2011 - 06/30/2012 | $1,093,617.82 | $36,486.47 |
| 07/01/2012 - 06/30/2013 | $105,198.04 | $3,509.73 |
| 07/01/2013 - 06/30/2014 | $202,105.67 | $6,742.87 |
| **Costs incurred 7/1/2005-06/30/2014** | | |
| 07/01/2014 - 06/30/2015 | $214,232.07 | $6,225.19 |
| 07/01/2015 - 06/30/2016 | $66,386.04 | $1,420.71 |
| 07/01/2016 - 06/30/2017 | $140,707.23 | $2,040.43 |
| 07/01/2017 - 06/30/2018 | $118,417.74 | $897.24 |
| 07/01/2018 - 05/31/2019 | $121,039.32 | $0.00 |
| **Costs incurred 12/18/2014-05/31/2019** | | |
| Totals | $3,087,687.87 | $97,427.75 |
| Superfund Interest Rate | | |
| Daily Interest Rate | | |
| Daily Interest | | |