# EXHIBIT D

100164 - SM site    **WICKES FOREST INDUSTRIES- SOLANO**

**Response cost calculation - 07/01/2004 - 05/31/2019**

| Amount | Description | Reference |
|---:|---|---|
| 3,087,687.87 | **Costs - 07/01/2004 - 05/31/2019** | SBA 7/2004-5/2019 |
| 97,427.75 | **Addition of CERCLA interest calculated through 5/31/2019 for the unreimbursed response costs for the Site** | CERCLA interest calculation sheet |
| **3,185,115.62** | | |
| | **Deduct payments made by other defendants who have settled their liability in this case** | |
| (265,000.00) | Payment - Jim Dobbas, Inc. - received 12/16/2015 | |
| (350,000.00) | Payment - West Coast Wood Preserving LLC - received 2/24/2016 | Fund 294 reports |
| (5,000.00) | Payment - David Van Over - received 4/11/2018 | Receipts Detail Report |
| | **Other offsets and adjustments** | |
| (359.84) | Deduct Invoice adjustment (Incurred in August 2014) Noted in Invoice #14SM2154 | Invoice #14SM2154-SBA |
| **2,564,755.78** | **Unreimbursed costs** | |