EXHIBIT A

# REMEDIAL INVESTIGATION REPORT

## WICKES FOREST INDUSTRIES
## ELMIRA, CALIFORNIA

### PREPARED FOR:

## DEPARTMENT OF TOXIC SUBSTANCES CONTROL
## NORTHERN CALIFORNIA REGION
## 8800 CAL CENTER DRIVE
## SACRAMENTO, CALIFORNIA 95826-3200

### PREPARED BY:

## URS CORPORATION
## 2870 GATEWAY OAKS DRIVE, SUITE 150
## SACRAMENTO, CALIFORNIA 95833

### JULY 2008

## DISTRIBUTION LIST

| Final Report Recipient | No. of Hard copies |
|---|---|
| Perry Myers
DTSC Project Manager
California Environmental Protection Agency
Department of Toxic Substances Control, Region 1 | 2 |
| URS Sacramento | 1 |
| Scott Rice, R.G.
URS Program Manager | 1 |
| Scott Lookingbill, R.G.
URS Project Manager | 1 |
| File
Sacramento URS Project File | 1 |

# IDENTIFICATION AND APPROVAL FORM

Document Title:   **DTSC Remedial Investigation Work Plan**
**Wickes Forest Products Site**

Organization Title:   URS Corporation
2870 Gateway Oaks Drive, Suite 150
Sacramento, CA 95833

This document has been prepared for the Department of Toxic Substances Control (DTSC) under Contract No. 07–T3406. The material contained herein is not to be disclosed to, discussed with, or made available to any person or persons for any reason without prior express approval of a responsible officer of DTSC.

Approved by:

Signature: _____   Date: 7/30/08
Name:   Scott Rice, P.G.
Title:   Principal-in-Charge, Program Manager
URS Corporation

Signature: _____   Date: 7/30/08
Name:   Scott Lookingbill, P.G.
Title:   Project Manager
URS Corporation

REGISTERED GEOLOGIST
SCOTT
LOOKINGBILL
No. 7706
STATE OF CALIFORNIA

# TABLE OF CONTENTS

DISTRIBUTION LIST .................................................................................. 2
IDENTIFICATION/APPROVAL FORM ........................................................ 3
TABLE OF CONTENTS ............................................................................. 4
LIST OF TABLES, FIGURES, AND APPENDICES ................................... 5
1.      INTRODUCTION .............................................................................. 7
  1.1    Project Task and Objectives ......................................................... 7
  1.2    Background Information ................................................................. 7
  1.2.1    Site Description ........................................................................ 8
  1.2.2    Site History .............................................................................. 8
  1.2.3    Previous Investigations ........................................................... 9
  1.2.4    Geology and Hydrogeology .................................................. 10
2.      METHODS AND PROCEDURES .................................................. 11
  2.1    Field Work Overview ................................................................... 11
  2.2    Utility clearance ......................................................................... 11
  2.3    Direct Push Drilling and Sampling .............................................. 11
  2.4    Decontamination ........................................................................ 12
  2.5    Sample Analysis ........................................................................ 12
  2.6    Management of Investigation-Derived Waste .............................. 13
3.      RESULTS ...................................................................................... 14
  3.1    Data Quality Analysis ................................................................. 14
  3.2    Soil Analytical Results for Arsenic ............................................. 14
  3.3    Soil Analytical Results for Hexavalent Chromium ...................... 15
  3.4    Soil Analytical Results for Trivalent Chromium and Copper ......... 16
4.      CONCLUSIONS AND RECOMMENDATIONS ................................ 17
5.      BIBLIOGRAPHY ............................................................................ 18

# LIST OF TABLES, FIGURES, AND APPENDICES

TABLES

1   Metals Concentrations in Soil Samples


FIGURES

1   Site Location Map
2   Site Plan
3   Arsenic Concentrations in Near Surface Soil
4   Arsenic Concentrations in Soil at 2.5 Feet
5   Arsenic Concentrations in Soil at 5 Feet
6   Hexavalent Cr in Near Surface Soil
7   Hexavalent Cr in Soil at 2.5 Feet
8   Hexavalent Cr in Soil at 5 Feet


APPENDICES

1.  Soil Boring Logs
2.  Laboratory Analytical Report
3.  Data Quality Assessment

## ACRONYM LIST

| | |
|---|---|
| bgs | below ground surface |
| COC | contaminant of concern |
| Cr(III) | trivalent chromium |
| Cr(VI) | hexavalent chromium |
| CVRWQCB | Central Valley Regional Water Quality Control Board |
| DTSC | Department of Toxic Substances Control |
| EPA | U.S. Environmental Protection Agency |
| GWETS | groundwater extraction and treatment system |
| IDW | investigation-derived waste |
| LFR | Levine-Fricke |
| mg/kg | milligrams per kilogram |
| ppm | parts per million |
| RAP | remedial action plan |
| RI | remedial investigation |
| URS | URS Corporation |
| USCS | Unified Soil Classification System |
| XRF | x-ray fluorescence |

# 1.   INTRODUCTION

Pursuant to Agreement No. 07–T3406, the California Department of Toxic Substances Control (DTSC) has retained URS Corporation (URS) to conduct a Remedial Investigation (RI) at the Wickes Forest Products Site (Site) in Elmira, California (Figure 1). This RI Report presents the analytical data for soil samples collected for the RI. The RI was conducted in accordance with the *RI Work Plan* (URS, 2008).

## 1.1   Project Task and Objectives

A pilot study for in situ groundwater remediation has been approved for the source area to evaluate the effectiveness of calcium polysulfide injection for the remediation of remaining metals in groundwater contamination at the site. Prior to conducting this study, DTSC wishes to determine whether additional soil remediation is warranted within the source area. Additional soil analytical data were required for this assessment.

This RI was performed to:

- Provide additional analytical data for assessing the vertical extent and concentration profile of contaminants of concern (COCs) in soil;

- Assess the need for additional soil remediation; and

- Provide lithologic data to assist with the design of the pilot study for in situ groundwater remediation.

The Site COCs are arsenic, copper, total chromium and hexavalent chromium (Cr[VI]).

## 1.2   Background Information

The Site is a former wood-treatment facility located in an area of low topographic relief near the intersection of A Street and Holdener Road in Elmira, California. The site is bordered by agricultural land to the east and north, a commercial property to the west, and residential property to the south, across A Street. An elementary school is located less than 200 feet south of the Site.

Historical Site operations included lumber treatment using wood preservatives that contained arsenic, chromium, and copper. Previous investigations have shown that site soil and groundwater have been impacted with these metals and that impacted groundwater has migrated off Site to the south and east.

DTSC and the Central Valley Regional Water Quality Control Board (CVRWQCB) have approved a calcium polysulfide injection pilot study for additional groundwater remediation at the Site; however, additional soil characterization was considered prudent to assess the need for soil remediation prior to pilot study implementation.

## 1.2.1 Site Description

The sampling area consists of an 11,000-square-foot area within the gray metal building constructed over the historical process area, located on the southwest corner of the property, as shown on Figure 2. Four cylindrical wood-preservative product tanks were formerly located along the west side of the process area. A 3-foot-high concrete block wall provided secondary containment around the tanks and the area inside the wall was covered in concrete, except for the areas beneath the tanks. Retort vessels and sumps that also contained wood-preserving solution were located to the east of the area of secondary containment, with the area around them partially covered by concrete.

## 1.2.2 Site History

Prior to 1972, the Site was used for agriculture. Pacific Wood Preserving operated a wood-treatment facility at the Site from 1972 to September 1979, when Wickes Forest Industries purchased the Site and continued to operate the wood-treatment facility until August 1982. Wood-preservative solutions used at the Site contained arsenic, chromium, and copper.

In February 1974, approximately 50 to 100 gallons of concentrated wood-preservative solution spilled during the filling of a storage tank.

In February 1978, residents of Elmira reported to CVRWQCB that a bright yellow chemical had covered two roadside ditches located on A Street. A CVRWQCB investigation revealed the source to be runoff from wet lumber drying on a gravel yard at the Site.

On January 22, 1979, the California Department of Health filed a complaint regarding a yellow precipitate lining the ditches along Holdener Road and A Street. A CVRWQCB inspection again found wet lumber drying in the gravel yard, where it was exposed to rainwater.

On December 24, 1979, a green liquid, later determined to be water mixed with arsenic, chromium, and copper was reported to be flowing over the top of the 3-foot containment wall and into a ditch along the north side of A Street.

In November 1980, approximately 12,000 gallons of reportedly contaminated well water discharged into the drainage ditches.

## 1.2.3 Previous Investigations

DTSC and CVRWQCB have been actively overseeing the remediation of the Site since 1982. A brief summary of the historical soil and groundwater investigations and remedial actions is provided below.

Initial soil investigations were focused on the southern portion of the site where manufacturing processes took place. In 1983, contaminated soil was excavated from the truck-loading pad, and the pad used for drying treated wood was sealed with a low-permeability concrete under an approved Remedial Action Plan (RAP) (Woodward Clyde Consultants, 1983).

On April 8, 1991, 11 near-surface (less than 1 foot depth) soil samples were collected inside the wood-preservative storage and process area (Levine-Fricke [LFR], 1991). The sample locations are shown on Figure 2. The arsenic and Cr(VI) data from this investigations are included on Figures 3 and 6, respectively. The data indicated total chromium concentrations ranged from 38 parts per million (ppm) to 4,700 ppm; Cr(VI) ranged from less than 0.2 ppm to 190 ppm; arsenic ranged from 52 ppm to 70,000 ppm; and copper concentrations ranged from 9.3 ppm to 8,600 ppm. To reduce the risk of human exposure to these soils and the risk of vertical migration to groundwater, those soils inside the metal building that had not already been covered with a concrete slab were covered in 1991 with approximately 6 inches of wire-mesh reinforced shot concrete (shotcrete).

A second RAP (LFR, 1994) was implemented in 1994 to remediate affected soils throughout the Site that had not been previously addressed. Under this RAP, approximately 2,100 cubic yards of impacted soils was excavated from off-site drainages ditches and stockpiled on Site, where it was capped with asphalt. An additional 89 cubic yards of soil was excavated from a railroad drainage ditch and disposed of off Site. The Site was then regraded and sealed with an asphalt cap. A positive-drainage system was installed to prevent stormwater from ponding and seeping through the cap.

In 1983 and 1984 a groundwater extraction and treatment system (GWETS), consisting of a 13-foot-deep, 200-foot-long French drain and recovery well, was installed at the Site to remediate impacted groundwater. Groundwater was pumped to the surface where it was treated in an on-site ion-exchange treatment system. In 1992, seven additional extraction wells were added to the GWETS and the ion-exchange treatment system was replaced

with a more effective, electrochemical treatment system. GWETS-treated groundwater was discharged to the ditch along Holdener and A Street under a discharge permit. Metals concentrations in shallow groundwater have been significantly reduced by this treatment. However, COC concentrations began to level off in 1998. The GWETS was shut down in May 2005 due to the bankruptcy of the responsible party. Efforts have been made to repair the system, but it is not currently operational.

## 1.2.4 Geology and Hydrogeology

The Site area is within the Great Valley Geomorphic Province of California, a large, elongated, northwest trending structural trough. The province is subdivided into two major divisions designated the Sacramento and San Joaquin Valleys, which have been filled to the present elevation with thick sequences of sediment ranging in age from Jurassic to present day, creating a nearly flat-lying alluvial plain. The Site is located near the western edge of the Sacramento Valley, where it abuts the California Coast Ranges. Alamo Creek runs toward the east, approximately 2,000 feet south of the Site.

Shallow soils beneath the site consist of 1 to 3 feet of engineered fill composed of silt, sand, and gravel, underlain by silty clay. Boring logs for the 20 soil borings advanced during the RI are presented in Appendix 1. Groundwater occurs under semi-confined conditions and is encountered at depths of 4 to 7 feet below ground surface (bgs), depending on season and GWETS operation. Static groundwater in extraction well E-6 (shown on Figure 2) has ranged from approximately 2 to 6 feet bgs. The prevailing ground-water flow direction beneath the site is toward the southeast. The seepage velocity may be as high as 50 feet per year.

## 2.    METHODS AND PROCEDURES

## 2.1    Field Work Overview

This section presents the methods and procedures used by URS and URS subcontractors to implement the RI. All work was conducted in accordance with the approved project Work Plan. However, soil was not field-screened with an x-ray fluorescence (XRF) analyzer because the instrument was unavailable during the investigation. Soil borings were drilled using a limited access, direct-push drill rig to a depth of 5 feet bgs. In locations that were not accessible to the drill rig, the borings were advanced using a hand auger. The RI included the following activities:

- Collected soil samples from 11 soil borings (B-1 through B-11) located where previous surface soil samples indicated that metals contamination is present. Soil samples were collected at two depths (2.5 and 5 feet bgs) from each boring.

- Collected soil samples from 9 soil borings (B-12, B-14, B-15, B-16, B-17, B-18, B-20, B-21, and B-22) located in portions of the process area that were not previously investigated. Soil samples were collected at three depths (0.5, 2.5, and 5 feet bgs) from each boring except for B-16, where a 0.5-foot sample was not collected because of cobbles.

Sampling locations are shown on Figure 2.

## 2.2    Utility clearance

Prior to field activities, URS marked the proposed work area with white spray paint and contacted Underground Service Alert requesting a utilities check. Boring locations were also cleared by Cruz Brothers Utility Locating. Drilling permits are not required in Solano County for shallow soil borings terminated above groundwater and, therefore, were not required for this project.

Prior to conducting sampling activities, Penhall Company cored 4-inch-diameter holes through the concrete at all the boring locations located on a concrete surface.

## 2.3    Direct Push Drilling and Sampling

Twenty soil borings were advanced using a direct-push drill rig at the locations shown on Figure 2. Proposed soil boring B-13 was not drilled due to the thickness of the asphalt at that location. Proposed soil boring B-19 was not drilled because of large cobbles in the soil

at that location. The borings were advanced to approximately 5 feet bgs. Soil was collected continuously in 2-inch-diameter, 4-foot length acrylic liners. Soil lithology was logged by a URS geologist according to the Unified Soil Classification System (USCS). Soil samples were preserved for laboratory analysis by cutting the sample from the target depth interval using a hand saw and capping the ends with Teflon squares and rubber end caps. In several locations that were not accessible to the drill rig, the borings were advanced using a hand auger and soil samples from the appropriate depths were transferred from the auger barrel to 8-ounce glass jars. Surface soil samples were not collected at B-1 through B-11, as this interval was sampled during previous sampling events.

Samples were labeled with respect to sample location, sample depth and sample time. Samples were placed in a cooler with ice, pending transportation to an analytical laboratory under chain-of-custody protocol. Surface soil samples were collected from 0 to 0.5 foot in borings B-12 through B-22, except at B-16, where the soil was primarily cobbles down to 2 feet bgs. One soil sample was collected between 2.0 and 2.5 feet and a deeper soil sample was collected from 4.5 to 5.0 feet from all soil borings.

At the completion of sampling activities, the boreholes were abandoned by backfilling with grout poured through a tremie pipe. The grout consisted of a neat cement mix with approximately 6 gallons of clean water blended with one 94-pound sack of type I Portland cement.

## 2.4   Decontamination

All downhole drilling and sampling equipment was decontaminated after completing each sampling location by being scrubbed with water and a mild soap, rinsed with distilled or deionized water, and then allowed to dry. Hand augers were decontaminated prior to collection of each sample. Decontamination water was collected and temporarily stored on site in a labeled 55-gallon drum.

## 2.5   Sample Analysis

All soil samples submitted to the laboratory were analyzed for the following COCs:

- Total arsenic, copper, and total Cr by United States Environmental Protection Agency (EPA) Method 6010B; and

- Cr(VI) by EPA Method 7196A.

Samples were analyzed and reported under a standard 10 working day turnaround time.

## 2.6   Management of Investigation-Derived Waste

Investigation-derived waste (IDW) (e.g., drill cuttings and used decontamination water) was containerized temporarily in a 55-gallon drum, labeled and stored on site pending characterization and disposal. The samples collected and analyzed during the investigation should be sufficient for waste characterization. Waste disposal options will be based on the analytical results. URS will assist DTSC in selecting a disposal facility and will be responsible for subcontracting the removal and proper disposal of all IDW. Decontamination water was collected in 5-gallon buckets and then poured into the GWETS holding tank. Used personal protective equipment and acrylic liners were placed in plastic garbage bags for disposal at the local sanitary landfill.

## 3.    RESULTS

This section discusses the soil analytical results for the RI and presents a scientific evaluation of the quality of the analytical data reported by the laboratory. The results for arsenic, copper, total chromium, and Cr(VI) analyses of soil samples are presented in Table 1.

### 3.1    Data Quality Analysis

Soil samples were collected in March of 2008, in accordance with the RI Work Plan (URS, 2008), and submitted for analysis of arsenic, copper and total chromium by EPA Method 6010B and for Cr(VI) by EPA Method 7196A. Quality control samples, including five field duplicate samples, were collected. Sample analyses were performed by Curtis and Tomkins Laboratory in Berkeley, California. Upon receipt of the analytical reports, presented in Appendix 2, the data were reviewed as outlined in the Quality Assurance Project Plan (URS, 2008). Based on this analysis, the Cr(VI) results for samples B-8-2.5 and B-12-2.5 were qualified as estimated. The overall data quality was determined to be acceptable for reporting purposes. The complete data quality assessment is included in Appendix 3.

### 3.2    Soil Analytical Results for Arsenic

The RI analytical results indicate that arsenic concentrations were above the reporting limit in all of the 48 normal soil samples collected for the investigation. A summary of arsenic concentrations in near-surface soil samples (including data from the 1991 LFR investigation) is presented as Figure 3. Arsenic concentrations reported in soil samples collected at 2.5 feet bgs are plotted on Figure 4. Arsenic concentrations reported in soil samples collected at 5 feet bgs are plotted on Figure 5.

Arsenic was detected at concentrations up to 610 milligrams per kilogram (mg/kg), reported in sample B-15-0.5 collected just below the shotcrete surface. Arsenic concentrations up to 70,000 mg/kg were reported in shallow soil samples collected during the 1991 LFR investigation (Figure 3). The 1991 arsenic data are included on Figure 3 along with the RI data. The concentrations reported during the 1991 investigation were generally much higher.

The arsenic distribution suggests that the lateral extent of arsenic contamination has not been defined by the samples collected during the RI. However, the former office space to the north of the former retort vessels was covered with concrete during operation of the facility; thus, soils beneath this area are not expected to be impacted. Soils along the

drainage ditch that runs along the south side of the treatment system area were excavated in 1994, effectively defining the lateral extent to the south. However, additional investigation of soils to the east and west of the study area would be needed to define the lateral extent of arsenic impacts.

Arsenic concentrations at 2.5 feet bgs (Figure 4) were generally much lower than the respective near-surface soil samples. However, elevated arsenic levels were reported in 2.5-foot soil samples from B-1, B-5, and B-14, located in the northern portion of the building, and in B-8 and B-15, located in the southern portion of the building. Arsenic concentrations in the 2.5-foot soil samples collected at B-3 (6.3 mg/kg) and B-4 (6.5 mg/kg) are inconsistent with the much higher arsenic concentrations reported in surface soil at these locations during the 1991 LFR investigation (shown on Figure 3).

With the exception of borings B-5 (260 mg/kg) and B-22 (25 mg/kg), arsenic concentrations at 5 feet bgs (Figure 5) were generally lower than the concentrations at 2.5 feet bgs and appear to be similar to background concentrations, which are estimated to average 7 mg/kg. The deeper arsenic impacts at B-25 may be related to the relatively higher infiltration of rain water at this location, which is unpaved and outside the building. The arsenic reported in B-5-5 may have been transported laterally by groundwater. The seasonal water table may contact soils as shallow as 2 feet bgs. Therefore, elevated arsenic concentrations shown on Figures 4 and 5 are considered to be source of groundwater contamination.

## 3.3    Soil Analytical Results for Hexavalent Chromium

Cr(VI) was reported present in 14 of the 48 normal soil samples collected (Table 1). A summary of Cr(VI) concentrations in near-surface soil samples (including data from the 1991 LFR investigation) is presented as Figure 6. Cr(VI) concentrations reported in soil samples collected at 2.5 feet bgs are plotted on Figure 7. Cr(VI) concentrations reported in soil samples collected at 5 feet bgs are plotted on Figure 8.

During the RI, the highest reported Cr(VI) concentrations were in the 5-foot soil samples collected at B-18 (17 mg/kg) and at B-8 (16 mg/kg). Both borings were drilled in the southern corner of the building. Elevated Cr(VI) concentrations were also reported in the 5-foot soil sample from B-1 (5.8 mg/kg) located in the northern corner of the building. The water table rises above this soil horizon during the wet season; thus, subsurface soil in these two areas is considered to be a source of groundwater contamination. The increasing concentrations of Cr(VI) with depth observed at these three locations (Table 1) can be attributed to the fact that Cr(VI) is more soluble and more mobile than trivalent

chromium (Cr[III]) and, thus, has penetrated deeper into the soil than Cr(III). This, along with the possibility of the groundwater containing high levels of dissolved oxygen, explains why virtually all of the chromium in groundwater is Cr(VI) while most of the chromium in soil samples is Cr(III).

## 3.4    Soil Analytical Results for Trivalent Chromium and Copper

Cr(III) concentrations in soil samples are calculated on Table 1 by subtracting the reported Cr(VI) concentrations from the reported total chromium concentrations. The maximum Cr(III) concentration was 540 mg/kg reported in the near-surface sample from B-15. This sample also contained the maximum copper concentration (650 mg/kg) reported during the investigation. Maximum contaminant levels (MCLs) have not been established for these two metals. Copper and Cr(III) concentrations generally decreased with depth and are not considered to be a threat to Site groundwater.

# 4.    CONCLUSIONS AND RECOMMENDATIONS

The arsenic and Cr(VI) distribution in subsurface soils indicates that there are two portions of the study area where soil contamination below the seasonal groundwater maximum (approximately 2 feet bgs) presents an ongoing threat to Site groundwater. The first area is in the northern corner of the building, between borings B-1, B-14, and B-5. The second area is in the southern corner of the building between B-7, B-8, B-18, and B-15. Additional soil sampling is recommended to the east of B-5 and to the west of B-18 to define the lateral extent of arsenic and Cr(VI) impacts in these areas.

URS recommends continued groundwater sampling as well as one year of monthly groundwater monitoring from shallow wells at the Site to assess seasonal changes in groundwater flow directions and gradients. URS also recommends evaluation of several remedial alternatives for areas where arsenic and Cr(VI) impacts were indicated in soil deeper than 2 feet bgs. A detailed cost analysis should be prepared for each alternative, along with an estimate of the remedial alternative effectiveness.

URS recommends that the following three remedial alternatives be evaluated to address the potential threat to groundwater from soils in the source area:

- Soil excavation and off-site disposal.

- In situ treatment using Cascade.

- Plume control using periodic batch extractions from the wells where the highest contaminant concentrations are reported during the biannual groundwater monitoring events, and from the wells screened in the extraction trench that runs along the north side of A Street. Extracted groundwater would be temporarily contained in the existing poly tanks on site and eventually transported to an off-site disposal facility.

Soil excavation would likely be the most effective alternative for the study area, but also the most expensive. In situ treatment with Cascade may not significantly reduce arsenic, which continues to exceed MCLs in groundwater at E-6 and appears to be rebounding. Plume control is unlikely to produce significant reductions in groundwater concentrations over time but would likely be the least expensive alternative due to the low capitol costs and would temporarily eliminate off-site migration of all metals. A combination of these strategies could also be considered.

## 5.    BIBLIOGRAPHY

Levine Fricke (LFR), 1994. *Remedial Action Plan, Wickes Companies Elmira Site*. February 25.

Levine Fricke, 1991. *Results of Soil Sample Analyses and Evaluation of Soil Remedial Alternatives, Former Wickes Forest Industries Facility, Elmira, California*. July 31.

URS, 2008. *Remedial Investigation Work Plan, Wickes Forest Industries, Elmira, California.* April, 2008.

Woodward Clyde Consultants, 1983. Remedial Action Plan, Former Wickes Forest Industries, Elmira, California. September.

**TABLES**

*Remedial Investigation Report*
*Wickes Forest Industries Site*
*Department of Toxic Substances Control*

*July 2008*

# TABLE 1

## Metals Concentrations in Soil Samples
## Wickes Forest Industries Site
## Elmira, California

| Sample Identification | Depth (ft bgs) | Arsenic (mg/kg) | Copper (mg/kg) | Total Chromium (mg/kg) | Chromium III (mg/kg) | Chromium VI (mg/kg) |
|---|---|---|---|---|---|---|
| Screening Level | | 9** | NE | NE | NE | 2* |
| B-1-2.5 | 2.5 | 550 | 21 | 520 | 519 | 1.1 |
| B-1-5 | 5 | 6.7 | 18 | 370 | 364 | 5.8 |
| B-2-2.5 | 2.5 | 35 | 36 | 470 | 470 | <0.05 |
| B-2-5 | 5 | 5 | 16 | 210 | 210 | <0.05 |
| B-3-2.5 | 2.5 | 6.3 | 16 | 250 | 250 | 0.07 |
| B-3-5 | 5 | 12 | 19 | 94 | 94 | <0.05 |
| B-4-2.5 | 2.5 | 6.5 | 19 | 24 | 24 | <0.05 |
| B-4-5 | 5 | 4.7 | 16 | 20 | 20 | <0.05 |
| B-5-2.5 | 2.5 | 150 | 79 | 230 | 230 | <0.05 |
| B-5-5 | 5 | 260 | 210 | 280 | 280 | <0.05 |
| B-6-2.5 | 2.5 | 27 | 53 | 88 | 88 | <0.05 |
| B-6-5 | 5 | 13 | 27 | 63 | 63 | <0.05 |
| B-7-2.5 | 2.5 | 6.5 | 18 | 360 | 355 | 5.5 |
| B-7-5 | 5 | 4.7 | 16 | 160 | 160 | 0.15 |
| B-8-2.5 | 2.5 | 170 | 160 | 380 | 375 | 4.6 |
| B-8D-2.5 | Duplicate | 110 | 110 | 380 | 378 | 2.4 |
| B-8-5 | 5 | 9.8 | 22 | 210 | 194 | 16 |
| B-8D-5 | Duplicate | 28 | 40 | 190 | 182 | 7.8 |
| B-9-2.5 | 2.5 | 7.1 | 24 | 78 | 78 | 0.16 |
| B-9-5 | 5 | 4.9 | 17 | 26 | 26 | <0.05 |
| B-10-2.5 | 2.5 | 6.8 | 25 | 180 | 180 | 0.08 |
| B-10-5 | 5 | 5.4 | 18 | 38 | 38 | <0.05 |
| B-11-2.5 | 2.5 | 10 | 23 | 130 | 130 | <0.05 |
| B-11-5 | 5 | 6.7 | 20 | 18 | 18 | <0.05 |
| B-12-0.5 | 0.5 | 62 | 60 | 100 | 100 | <0.05 |
| B-12-2.5 | 2.5 | 7.3 | 23 | 200 | 200 | 0.07 |
| B-12-5 | 5 | 5.9 | 21 | 23 | 23 | <0.05 |
| B-14-0.5 | 0.5 | 55 | 38 | 230 | 230 | <0.05 |
| B-14-2.5 | 2.5 | 110 | 100 | 340 | 340 | <0.05 |
| B-14-5 | 5 | 8.3 | 19 | 73 | 73 | <0.05 |

# TABLE 1 (Continued)

## Metals Concentrations in Soil Samples
## Wickes Forest Industries Site
## Elmira, California

| Sample Identification | Depth (ft bgs) | Arsenic (mg/kg) | Copper (mg/kg) | Total Chromium (mg/kg) | Chromium III (mg/kg) | Chromium VI (mg/kg) |
|---|---|---|---|---|---|---|
| Screening Level | | 9** | NE | NE | NE | 2* |
| B-15-0.5 | 0.5 | 610 | 650 | 540 | 540 | 0.33 |
| B-15-2.5 | 2.5 | 350 | 350 | 350 | 350 | 0.07 |
| B-15-5 | 5 | 13 | 28 | 27 | 27 | <0.05 |
| B-16-2.5 | 2.5 | 8.5 | 24 | 25 | 25 | <0.05 |
| B-16D-2.5 | Duplicate | 8.4 | 26 | 24 | 24 | <0.05 |
| B-16-5 | 5 | 6.4 | 20 | 21 | 21 | <0.05 |
| B-17-0.5 | 0.5 | 190 | 150 | 190 | 190 | <0.05 |
| B-17-2.5 | 2.5 | 10 | 27 | 26 | 26 | <0.05 |
| B-17-5 | 5 | 7.7 | 23 | 24 | 24 | <0.05 |
| B-18-0.5 | 0.5 | 240 | 200 | 200 | 200 | 0.33 |
| B-18-2.5 | 2.5 | 8.5 | 27 | 150 | 148 | 2.4 |
| B-18-5 | 5 | 7.4 | 23 | 340 | 323 | 17 |
| B-20-0.5 | 0.5 | 6.2 | 13 | 48 | 48 | <0.05 |
| B-20-2.5 | 2.5 | 5.8 | 14 | 69 | 69 | <0.05 |
| B-20-5 | 5 | 7.5 | 23 | 25 | 25 | <0.05 |
| B-21-0.5 | 0.5 | 21 | 38 | 58 | 58 | <0.05 |
| B-21-2.5 | 2.5 | 14 | 29 | 96 | 96 | <0.05 |
| B-21D-2.5 | Duplicate | 13 | 26 | 81 | 81 | <0.05 |
| B-21-5 | 5 | 6.9 | 22 | 26 | 26 | <0.05 |
| B-21D-5 | Duplicate | 7.4 | 22 | 25 | 25 | <0.05 |
| B-22-0.5 | 0.5 | 67 | 48 | 150 | 150 | <0.05 |
| B-22-2.5 | 2.5 | 17 | 29 | 60 | 60 | <0.05 |
| B-22-5 | 5 | 25 | 9.5 | 32 | 32 | <0.05 |

All samples collected by URS on April 17, 2008
ft bgs     feet below ground surface
mg/kg    milligram per kilogram
NE        not established
\*          screening level is from the Preliminary Remediation Goal table for "migration to groundwater" assuming
            soil is in contact with groundwater
\*\*       screening level is the approximate background concentration of arsenic in site soils provided by DTSC.

**FIGURES**



SITE LOCATION MAP
Wickes Forest Industries
Elmira, CA
FIGURE 1

URS



SITE PLAN
Wickes Forest Industries
Elmira, CA
FIGURE 2



ARSENIC CONCENTRATIONS IN
NEAR SURFACE SOIL
Wickes Forest Industries
Elmira, CA
FIGURE 3



**ARSENIC CONCENTRATIONS
IN SOIL AT 2.5 FEET**

Wickes Forest Industries
Elmira, CA
FIGURE 4





ARSENIC CONCENTRATIONS
IN SOIL AT 5 FEET
Wickes Forest Industries
Elmira, CA

FIGURE 5

LEGEND

◆ E-6   Monitoring well location

○ B-1   URS soil sampling location

— 10 —   Arsenic isoconcentration contour,
           dashed where inferred

(25)   Arsenic concentration in mg/kg

URS

PLOTTED: May 20, 2008 - 3:48:26pm;  Dwg: H:\CADD\Current\ENV-INFRA\Wickes Forest\20080319\Wickes-20080319-F05.dwg



HEXAVALENT CHROMIUM IN
NEAR SURFACE SOIL

Wickes Forest Industries
Elmira, CA

FIGURE 6



HEXAVALENT CHROMIUM
IN SOIL AT 2.5 FEET
Wickes Forest Industries
Elmira, CA
FIGURE 7

LEGEND

 E-6   Monitoring well location

○ B-1   URS soil sampling location

— 1 — Hexavalent Cromium soil concentration contour,
         dashed where inferred

(4.6)   Hexavalent Chromium in mg/kg

PLOTTED: May 20, 2008 - 3:46:53pm;  Dwg: H:\CADD\Current\ENV-INFRA\Wickes Forest\20080319\Wickes-20080319-F07.dwg

HEXAVALENT CHROMIUM
IN SOIL AT 5 FEET
Wickes Forest Industries
Elmira, CA
FIGURE 8

**LEGEND**

◆ E-6   Monitoring well location

○ B-1   URS soil sampling location

— 1 —   Hexavalent Cromium soil concentration contour,
         dashed where inferred

(5.8)   Hexavalent Chromium in mg/kg

URS

PLOTTED: May 29, 2008 - 4:48:08pm; Dwg: H:\CADD\Current\ENV-INFRA\Wickes Forest\2008\0319\Wickes-20080319-F08.dwg