# EXHIBIT C

November 25, 1980

MEMORANDUM

TO: Albert T. Vervais, R.S., Director of Environmental Health

FROM: David L. Eubanks, R.S., Senior Health Inspector

SUBJECT: Inspection of Wickes Lumber Wood Preserving - A St., Elmira

On Friday, November 14, 1980, I inspected Wickes Wood Preserving in Elmira with Cathy Harder of the Water Quality Control Board and the plant manager. There was a plant wastewater spill on November 7, 1980. An automatic valve from the water to the mixing tank stuck partially open which caused the mixing tank (which had some sludge in the bottom) to overflow onto the retaining pad. The pad normally drains to a sump and automatically pumps into another holding tank. However, there was a crack in the wall of the retaining pad, which caused dilute material to flow onto the surrounding soil and about 80 ft. of drainage ditch in front of the plant on "A" St. Soil samples were taken of the ditch soil and the surface dirt was piled for future removal.

The following were stated by us to the manager:

1. Repair the cracked wall and seal the remainder of the wall.
2. Remove the contaminated soil.
3. Check the malfunctioned valve.
4. Initiate an emergency procedure, in writing, for all employees.
5. Repair a broken pipe on a monitor well. This deficiency was noted during an inspection.

They are presently placing a 1 ft. high asphalt berm around the drying pad.

Cathy Harder was concerned about the high values of chromium and arsenic noted in the October monitoring data. No reason was given to explain these phenomena.

There shall be a further order for a clean-up in the near future.