EXHBIT D

STATE OF CALIFORNIA—RESOURCES AGENCY EDMUND G. BROWN JR., GOVERNOR

## CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD— CENTRAL VALLEY REGION
3201 S STREET
SACRAMENTO, CALIFORNIA 95816
PHONE: (916) 445-0270



10 December 1980



RECEIVED DEC 12 1980

Mr. Ed Kessler
Wickes Forest Industries
Remanufacturing/Bark Group Manager
Post Office Box 305
Dinuba, CA 93618

ELMIRA PLANT SPILL, 7 NOVEMBER 1980

Enclosed is our memorandum covering the contaminated well water spill of 7 November 1980, at the Elmira plant.

The three problems confronting Wickes Wood are: cleanup of the spill, prevention of other spills and cleanup of area which may also be contaminated. Recommendations from the 14 November 1980 meeting with Mr. Dave Eubanks of Solano County Health Department, and Mr. Brian Halock, General Manager of the Elmira plant, and Ms. Kathleen Harder of our office, are discussed in the memorandum.

In a meeting on 21 November 1980 with Dewante and Stowell, Mr. Halock and Ms. Harder, a sampling program for soils and well water was discussed. However, this was before we realized the soil was contaminated prior to the spill. A sampling program should include areas on the plant site as well as the ditch and agricultural field. A registered engineer should be hired to do a comprehensive study on the source and cleanup of the contamination problems.

The potential hazards of spills which Wickes Wood should be aware of and may be liable for are:

1. The flow of these ditches empty into Ulatis and Alamo Creeks, which are tributary to Cache Slough. Ulatis Creek empties into Cache Slough about 500 feet upstream of the Vallejo domestic water intake structure. Therefore, copper, arsenic and chromates may be getting into Vallejo's water supply.

2. All of Elmira's water comes from ground water, or individual wells.

3. Residents live as near as across the street and an elementary school is located on Holdener Road; both have access to water flowing within these ditches. Neighborhood pets and small children also have access to this water.

Enclosed is information of financing which was requested by Mr. Halock. Also, the Office of Emergency Services at (800) 852-7550, should be contacted in

Wickes Forest Industries
Elmira Plant Spill                                       - 2 -                                        10 December 1980

addition to the Regional Board, in case of future spills.

We appreciate efforts Mr. Halock has taken toward cleaning up the spill and investigation methods of spill prevention. Wickes Wood should understand the serious hazard potential and the need to prevent any future spills. Should you have any questions, please contact Ms. Kathleen Cole Harder at (916) 322-9093.

*Stan Phillippe*
*for*

J. LAWRENCE PEARSON, P.E.
Senior Engineer
Delta Watershed

KCH/gs

Enclosures

cc: w/enclosures

  Mr. Dave Eubanks, Solano County Health Dept.
  Mr. Steve Debuskey, Wickes Wood, Dinuba
  Mr. Brian Halock, Wickes Wood, Elmira
  Mr. Dick Baerresen, Dewante and Stowell