EXHIBIT E

MEMORANDUM

TO:      J. Lawrence Pearson                    10 December 1980

FROM:      Kathleen Cole Harder

SUBJECT:   WICKES WOOD PRESERVING, SOLANO COUNTY


On 14 November 1980, Mr. Dave Eubanks of the Solano County Health Department and my-self, investigated the spill at Wickes Wood Preserving, which occurred on 7 November 1980.  Mr. Brian Halock, Manager, showed us the spill area and explained what happened.

The well water supply valve had not closed on their "automatic control" system from the previous night.  This water flowed into the empty mixing tank (about 1-1/2 feet of sludge on bottom of tank) and it overflowed about two or three in the morning.  The concrete containment wall diverted the overflow to the sump which pumped the water to another empty tank.  The concrete containment wall leaked at the base of the second tank and the water flowed into the retail yard.  It then travelled about 150' along the "A" Street ditch.  The overflow was noticed at 5:00 a.m. and stopped at 5:15 a.m.

The IT Corporation pumped about 6,000 gallons back into the tanks.  It is difficult to determine how much water overflowed, but a rough guess is no more than 12,000 gallons.

The top soil of the ditch has been removed.  The soil was placed on a concrete pad in the retail yard.  Wickes Wood will haul the contaminated soil to a Class II-1 landfill.

Under the ownership of Pacific Wood Preserving, several spills occurred; one resulting in a Cleanup and Abatement Order.  Twice the "A" Street and Holdener Road ditch has been scraped due to spills.  Wickes Wood Preserving took over the operation about a year ago.  This is the first reported spill under its ownership.

Mr. Eubanks and I discussed with Mr. Halock the following suggestions on prevention of spills:

1.   Two mixing tanks not being used can be converted to overflow storage tanks.  The storage capacity would then be about 150,000 gallons.  We had agreed to storage capacity of 100,000 gallons.

2.   The containment wall is cracked and needs repair and to be sealed.

3.   The well water valve needs to be checked as well as other valves in the system which could create another spill.

4.   Written procedures on what to do in case of a spill, are needed.  According to Mr. Halock, the IT Corporation is working on an emergency spill plan.

Wickes Wood Preserving
Solano County                    - 2 -                    10 December 1980

5.   A berm around the drip pad area will be placed during the last week of
     November according to Mr. Halock.

6.   We need assurances from Koppers (the chemical manufacturer) that the wood
     preservative will not wash off concrete or Wickes needs to remove old stained
     concrete in the drainage ditches.

A good testing program is needed and should include:  soil samples from the drain-
age ditch (at various depths until the clay layer is encountered), within the
plant and in the agricultural fields.  The monitoring wells should be sampled
monthly until the source of contamination of chromium and arsenic in several of the
wells is determined.  The domestic wells across "A" Street should also be sampled
for contamination.  The depths of the monitoring wells need to be determined.

Mr. Halock was concerned about the spill and very cooperative and informative.
He initiated many of the suggestions already and understands the problems we had
with Pacific Wood Preserving.

                           *Kathleen Cole Harder*
                           KATHLEEN COLE HARDER
                           Area Engineer
                           Delta Watershed

KCH/gs

cc:  as per letter