# EXHIBIT F

STATE OF CALIFORNIA RESOURCES AGENCY                                              EDMUND G. BROWN JR., GOV.

CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD—
CENTRAL VALLEY REGION
3201 S STREET
SACRAMENTO, CALIFORNIA 95816
PHONE: (916) 445-0270



30 April 1981

Mr. Steven K. Debuskey
Loss Prevention Manager
Wickes Forest Industries
Post Office Box 305
Dinuba, CA 93618

WICKES WOOD, ELMIRA – CLEANUP

We have reviewed the 4 March 1981 report on the sampling and cleanup operation at the Elmira plant. We understand you are anxious to begin cleanup operations; however, we have a few questions and comments which should be addressed first.

1. The spill that occurred on 7 November 1980 travelled along the "A" Street ditch, both east and west of the plant entrance. However, no samples were taken west of the entrance. Why not?

2. The yard area west of the plant showed some high levels of contamination, according to sample Numbers 1 and 2. What is proposed for this area?

3. The State Health Standards are exceeded at the lowest depths for sample Numbers 1, 2, 4, 5, 7, 18, 22, 25, 30 and 33. Additional samples below those depths should be taken to determine the extent of contamination and cleanup.

4. We have known that some of the production and monitoring wells are contaminated. The source of contamination needs to be identified and prevented. This may involve sealing off the existing contaminated wells and constructing new ones. A registered engineer or engineering-geologist with appropriate expertise should look closely at this problem and make recommendations.

5. A Class II-1 landfill may be allowed to accept contaminated soil or a portion thereof. However, such disposal will require compliance with the Waste Discharge Requirements of the particular landfill. If disposal at a Class II-1 site would not be compatible with landfill geology and water quality considerations, disposal at a Class I site may be necessary.

Should you have any questions, please contact me at (916) 322-9093.

KATHLEEN COLE HARGER
Area Engineer
Delta Watershed

KCH/gs

cc: Mr. Dave Eubanks, Solano County Health Dept.
    Mr. Robert Hedges, Anlab