# EXHIBIT G

# WICKES FOREST INDUSTRIES
(formerly Pacific Wood Preserving)

Elmira, CA

## HISTORY

Pacific Wood Preserving (PWP) is located in the town of Elmira four miles east of the City of Vacaville. The wood treating company began operation in August 1972. Lumber is treated using a vacuum pressurized tank which impregnates forest products with 50 percent solution of chromated copper arsenate. This solution is made up of 47.5% chromic acid ($CRO_3$), 18.5% cupric oxide ($CuO$) and 34% arsenic pentoxide ($As_2O_5$). The treated wood is taken from the tank and placed on concrete slabs to drip dry. Drippings rom the wood then flows back to the collection sump where the chemical is reused. Once the wood has dried, it is placed in the stockyard where it will be loaded onto trucks for transport.

Soils in the area consist of Yolo loam of moderate permeability. Percolation test for septic tank leach fields obtain percolation rates of 40 to 60 min/inch. Groundwater is found from 2 to 8 feet below surface level depending on season. The community utilized individual septic tanks and wells for, respectively, disposal and domestic water supply.

## THE PROBLEM

On or about 27 February 1978, PWP spilled chemicals which discharged into drainage ditches alongside two neighboring streets. These drainage ditches drain into Ulatis Creek which is a tributary to Cache Slough and the Sacramento River. Following the chemical spill, RWQCB issued a Clean-Up and Abatement Order containing a compliance time schedule. A follow up inspection found all contaminated soils removed from drainage ditches and taken to a Class I site. On June 2, 1978 reinspection of the plant showed the additional work requested had not been done. Company officials stated that the work would be done late that summer.

PWP again experienced chemical spills in November of 1978 and January of 1979. After the January spills, the RWQCB conducted an extensive inspection and discovered many deficiencies in the preserving process. Among them were the allowing of chemical waste to drip into the gravel stockyards and be exposed to rain. This exposure to rain coupled with inadequate control of waste had combined to form ponds throughout the site. One pond held approximately 1500 gallons and was in danger of discharging into the drainage ditches. These ponds were eventually pumped back into the collection sump but discharge into the drainage ditches prior to this pumping was very likely. As the ditches are very accessible to the public, there is quite a potential threat to the environment.

An additional site inspection was conducted in April, 1980 at which time well water samples were taken on-site and off-site. Off-site samples proved negative but on-site samples showed elevated levels of chromium.

In November, 1980, Wiches Forest Industries (WFI), who had purchased the site from PWP, experienced a well water spill of approximately 12,000 gallons. The spill was eventually contained but a large quantity of contaminated well water had drained into the adjoining drainage ditches. The top layer of soil from the drainage ditches was excavated and hauled to a permitted site for disposal.

## CURRENT STATUS (12/21/81)

The Wickes Corporation hired the firm of Dewante and Stowell to conduct an in-depth site evaluation. Dewante and Stowell's report indicated that a large quantity of contaminated soil was still present in the ditches and should be excavated and disposed of. WFI indicated that the cost of the soil clean-up would exceed $100,000. WFI feels that the contaminated condition of the soil existed prior to their ownership and as such, should not be held responsible for total clean-up cost. Negotiations are still pending.