# EXHIBIT I



**QUARTERLY GROUNDWATER MONITORING REPORT – MARCH 2018**

Wickes Forest Industries
Elmira, California

**PREPARED FOR:**

BROWNFIELDS AND ENVIRONMENTAL RESTORATION PROGRAM
DEPARTMENT OF TOXIC SUBSTANCES CONTROL
8800 CAL CENTER DRIVE, 3RD FLOOR
SACRAMENTO, CALIFORNIA  95826



**PREPARED BY:**

GEOCON CONSULTANTS, INC.
3160 GOLD VALLEY DRIVE, SUITE 800
RANCHO CORDOVA, CALIFORNIA  95742



GEOCON PROJECT NO. S9850-03-14A                                    APRIL 2018



Figure 1 — Vicinity Map, Wickes Forest Industries, Elmira, California. Geocon Consultants, Inc. April 2018. S9850-03-14A.



Project No. S9850-03-14A
April, 2018

McKinley Lewis
Project Manager
Department of Toxic Substances Control
8800 Cal Center Drive
Sacramento, California 95826

Subject:       QUARTERLY GROUNDWATER MONITORING REPORT – MARCH 2018
                WICKES FOREST INDUSTRIES
                147 "A" STREET, ELMIRA, CALIFORNIA
                CONTRACT NO. 14-T3962 A-1, WORK ORDER NO. 1-962-1.2-100164

Dear Mr. Lewis:

Pursuant to Agreement Number 14-T3962 A-1, Work Order No. 1-962-1.2-100164 with the California Department of Toxic Substances Control (DTSC), Geocon Consultants, Inc. (Geocon) performed groundwater monitoring at the former Wickes Forest Industries facility (the Site) in Elmira, California (Figure 1). This report documents the procedures and results of quarterly monitoring conducted in March 2018 including the sampling of three offsite domestic irrigation wells and analysis of groundwater samples by a California-certified laboratory. The work was conducted in accordance with the Sampling and Analysis Plan (SAP) prepared by Geocon and approved by DTSC on September 17, 2015.

## BACKGROUND

The Site is a former wood treatment facility and the contaminants of concern (COCs) are arsenic and hexavalent chromium (Cr[VI]). Historical site operations included lumber treatment in retort vessels using wood preservatives that contained arsenic, chromium, and copper. Previous investigations showed that site soil and groundwater were impacted with these metals and that impacted groundwater migrated offsite to the south and east. Site operations ceased in 1982.

The DTSC and Central Valley Regional Water Quality Control Board (CVRWQCB) have actively overseen site remediation since 1982. In September 1983, the DTSC and CVRWQCB approved a remedial action plan (RAP) that addressed soil and groundwater contamination issues associated with the southern portion of the Site. A portion of the Site was then capped with concrete. In February 1994, a second RAP was approved that addressed soil contamination in the northern portion of the Site. During implementation of this RAP, the entire Site was capped with asphalt and concrete. Drainage ditches were installed around the site perimeter to contain water that flows across the asphalt.

In 1983 and 1984, a groundwater extraction and treatment system (GWETS) consisting of a 13-foot-deep, 200-foot-long extraction trench and recovery well, was installed at the Site to remediate impacted groundwater. Groundwater was pumped to the surface and treated in an onsite, ion-exchange treatment system. In 1992, seven extraction wells were added to the GWETS, and the ion-exchange treatment system was replaced with a more effective, electrochemical treatment system. Metals concentrations in shallow groundwater were significantly reduced by this treatment. However, COC concentrations began to stabilize in 1998 and showed little change over the last 3 years of treatment between 2002 and 2005. The GWETS was shut down in August 2005 due to the bankruptcy of the responsible party. The GWETS was dismantled in 2011.

In April 2008, URS Corporation (URS) conducted a soil investigation in the vicinity of former well E-6 (URS, 2008). URS concluded that shallow soil beneath the northeastern and southwestern portions of the building covering the former process area were a continuing source of arsenic and Cr(VI) to groundwater, particularly during periods of high groundwater elevations. URS prepared a Removal Action Workplan (RAW) to address soil and groundwater containing COCs at concentrations exceeding established cleanup goals (URS, 2009b). Following approval, a soil removal action was implemented in October 2011. The soil removal action required that wells E-6 and E-30 be destroyed. Replacement wells E-6A, E-6B, and E-30A were installed in March 2012. Arsenic and Cr(VI) concentrations in recently collected groundwater samples from wells E-6A and E-6B are less than those reported for groundwater in the same area prior to implementation of the removal action.

Results of past groundwater monitoring show that there are two primary plumes of Cr(VI)-impacted groundwater beneath the Site. The highest Cr(VI) concentrations (greater than 100 micrograms per liter [µg/l]) have been detected in groundwater samples from the plume beneath the southern portion of the Site, which extends south beneath A Street. The other primary area of Cr(VI)-impacted groundwater is beneath the northeastern portion of the Site and extends south beneath Holdener Road, beyond the site boundaries. Cr(VI) concentrations are lower in samples from this plume. Cr(VI) has also been reported for groundwater samples collected from well E-1.

## PURPOSE AND OBJECTIVES

The purpose of this quarterly event was to monitor groundwater in operating domestic irrigation wells RH-A, MP-2, and RW near the plume to confirm that COC concentrations remain less than their respective remedial action objectives (RAOs) and maximum contaminant levels (MCLs). The objective was to collect representative groundwater samples from the wells and analyze them for COCs. Figure 2 shows the locations of wells monitored during this quarterly event.

## MARCH 2018 GROUNDWATER MONITORING

This section describes March 2018 quarterly groundwater monitoring and presents the results of laboratory analysis of groundwater samples collected for this event.

### Well Purging and Sampling

We purged and collected groundwater samples from domestic irrigation wells RH-A, MP-2, and RW on March 21, 2018. Each of these wells has a submersible pump. Therefore, to purge each of these wells prior to sampling, the pump was turned on and water was purged from the well and the water storage tank until the tank was empty to ensure that groundwater from the water-bearing formation, and not water from the storage tank, was being sampled.

Groundwater samples were collected using pre-cleaned, disposable polyethylene bailers, filtered in the field using 0.45-micron disposable filters, and decanted into laboratory-provided containers for analysis. The samples were sealed, labeled, stored on ice, and transported to the analytical laboratory under chain-of-custody protocol.

Investigation-derived waste was placed in plastic garbage bags for disposal at the local sanitary landfill. There was no purge water contained during this sampling event.

**Laboratory Analyses**

The groundwater samples were submitted to California Laboratory Services (CLS) of Rancho Cordova, California. CLS analyzed the samples for dissolved arsenic following United States Environmental Protection Agency (EPA) Test Method 200.8 and dissolved Cr(VI) following EPA Test Method 218.6.

**Groundwater Analytical Results**

The table below summarizes the dissolved arsenic and Cr(VI) analytical results for groundwater samples collected during this monitoring event. The laboratory report and chain-of-custody documentation are in Attachment A.

| Well ID | Dissolved Cr(VI) (µg/l) | Dissolved Arsenic (µg/l) |
|---|---|---|
| RH-A | 3.7 | <2.0 |
| MP-2 | <1.0 | <2.0 |
| RW | <1.0 | <2.0 |
| **RAO/MCL** | **10 µg/l (RAO)** | **10 µg/l (MCL)** |

Notes:  RAO = Remedial Action Objective established in the RAP
MCL = Maximum Contaminant Level for drinking water established by the United States Environmental Protection Agency or State of California
< = not detected at concentrations exceeding the reporting limit shown.
µg/l = micrograms per liter

**Quality Assurance/Quality Control**

Quality assurance/quality control (QA/QC) measures implemented for the March 2018 monitoring event included use of new, clean nitrile gloves for each sample collection. Also, a field duplicate groundwater sample was collected from well RH-A and labeled RH-B. Dissolved arsenic was not reported at a concentration equal to or greater than the laboratory test method reporting limit (RL) for the duplicate sample, thus showing good repeatability. Dissolved Cr(VI) was reported for duplicate sample RH-B at 3.2 µg/l. The resulting relative percent difference (RPD) is 14%, thus showing good repeatability.

We also reviewed the QA/QC protocols documented in the laboratory report. Dissolved Cr(VI) and arsenic were not detected in the two laboratory blanks. Both the laboratory control sample (LCS) and the LCS duplicate had acceptable recoveries. Elevated recoveries (122% and 125%, limit is 80%-120%) for Cr(VI) were reported for the matrix spike and matrix spike duplicate samples. An elevated recovery (132%, limit 70%-130%) for arsenic was reported for the matrix spike sample. A laboratory report notation indicates that the batch was accepted based on an acceptable LCS and LCS duplicate. Based on the field and laboratory QA/QC, no qualification of the data presented herein is necessary, and the data are of sufficient quality for the purposes of this report.

## CONCLUSIONS AND RECOMMENDATIONS

The reported dissolved Cr(VI) concentration for the sample collected from domestic irrigation well RH-A (and in the blind duplicate sample RH-B) does not exceed its RAO. Dissolved Cr(VI) was not reported at concentrations greater than the RL for the other two samples. Arsenic was not detected at concentrations greater than the RL in each of the three samples analyzed.

**Upcoming Monitoring**

The First 2018 semi-annual groundwater monitoring event is scheduled for June 2018.

We appreciate the opportunity to assist the DTSC with this project. Please contact us if you have any questions concerning this report or if we may be of further service.

Sincerely,

**GEOCON CONSULTANTS, INC.**



Rebecca L. Silva                                      Jim Brake, PG
Project Manager                                   Senior Geologist

Attachments:    Figure 1, Vicinity Map
                Figure 2, Site Plan

                Attachment A, Laboratory Report and Chain-of-custody Documentation



March 28, 2018 **CLS Work Order #: 18C1052**
**COC #:**

Rebecca Silva
Geocon Consultants
3160 Gold Valley Dr. Suite #800
Rancho Cordova, CA 95742

**Project Name: DBC Wickes Forest Industries**

Enclosed are the results of analyses for samples received by the laboratory on 03/21/18 13:09. Samples were analyzed pursuant to client request utilizing EPA or other ELAP approved methodologies. I certify that the results are in compliance both technically and for completeness.

Analytical results are attached to this letter. Please call if we can provide additional assistance.

Sincerely,

James Liang, Ph.D.
Laboratory Director

CA SWRCB ELAP Accreditation/Registration number 1233

Page 1 of 7

# CLS - Labs    CHAIN OF CUSTODY    CLS ID No.: 18C1052    LOG № 188716

**REPORT TO:**
NAME AND ADDRESS: Geocon Consultants, Inc.
3160 Gold Valley Drive #800
Rancho Cordova, CA 95742
PROJECT MANAGER: R. Silva   PHONE #: 916-852-9118
PROJECT NAME: DBC Wickes Forest Industries
SAMPLED BY: C. Deung
JOB DESCRIPTION: Groundwater Sampling

**CLIENT JOB NUMBER:** S9850-03-14A

**DESTINATION LABORATORY:**
[X] CLS (916) 638-7301
3249 FITZGERALD RD.
RANCHO CORDOVA, CA 95742
[ ] OTHER

**ANALYSIS REQUESTED:** Dissolved Hex. Chromium 218.6, Dissolved Arsenic 200.8

**PRESERVATIVES**

**GEOTRACKER:**
EDF REPORT [ ] YES [ ] NO
GLOBAL ID: _____
COMPOSITE:
FIELD CONDITIONS: All samples were Field Filtered
TURN AROUND TIME: 1 DAY, 2 DAY, 3 DAY, 5 DAY
SPECIAL INSTRUCTIONS OR ALT. ID:

SITE LOCATION:

| DATE | TIME | SAMPLE IDENTIFICATION | MATRIX | CONTAINER NO. | TYPE | | | | | | | | |
|------|------|----------------------|--------|---------------|------|---|---|---|---|---|---|---|---|
| 3/21 | 1005 | RW   | H2O | 2 | 6/y | 2,3,7 | X | | | | | X | |
|      | 945  | RH-A | ↓   | ↓ | ↓   | ↓     |   | | | | | ↓ | |
|      | 955  | RH-B |     |   |     |       |   | | | | |   | |
| ↓    | 1015 | MP-2 | ↓   | ↓ | ↓   | ↓     |   | | | | | ↓ | |

Report to: silva@geoconinc.com

INVOICE TO: silva@geoconinc.com

P.O. #
QUOTE #

SUSPECTED CONSTITUENTS: Hexavalent Chromium, Arsenic

PRESERVATIVES: (1) HCL  (2) HNO3  (3) COLD  (4) NaOH  (5) H2SO4  (6) Na2S2O3  (7) = NH4 / NaH

RELINQUISHED BY (SIGN): [signature]   PRINT NAME / COMPANY: C. Deung / Geocon   DATE/TIME: 3/21/18 13:10
RECEIVED BY (SIGN):   PRINT NAME / COMPANY:

REC'D AT LAB BY: [signature]   DATE/TIME: 3-21-18 1309   CONDITIONS/COMMENTS: 3.0°

BY: [ ] FED X  [ ] UPS  [ ] OTHER _____   AIR BILL #



Page 2 of 6                                                                                                                        03/28/18 14:44

| Geocon Consultants | Project: | DBC Wickes Forest Industries | |
|---|---|---|---|
| 3160 Gold Valley Dr. Suite #800 | Project Number: | S9850-03-14A | **CLS Work Order #: 18C1052** |
| Rancho Cordova, CA 95742 | Project Manager: | Rebecca Silva | COC #: |

### Conventional Chemistry Parameters by APHA/EPA Methods

| Analyte | Result | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **RW (18C1052-01) Water   Sampled: 03/21/18 10:05   Received: 03/21/18 13:09** | | | | | | | | | |
| Hexavalent Chromium, Dissolved | ND | 1.0 | µg/L | 1 | 1802424 | 03/23/18 | 03/26/18 | EPA 218.6 | |
| **RH-A (18C1052-02) Water   Sampled: 03/21/18 09:45   Received: 03/21/18 13:09** | | | | | | | | | |
| **Hexavalent Chromium, Dissolved** | **3.7** | 1.0 | µg/L | 1 | 1802424 | 03/23/18 | 03/26/18 | EPA 218.6 | |
| **RH-B (18C1052-03) Water   Sampled: 03/21/18 09:55   Received: 03/21/18 13:09** | | | | | | | | | |
| **Hexavalent Chromium, Dissolved** | **3.2** | 1.0 | µg/L | 1 | 1802424 | 03/23/18 | 03/26/18 | EPA 218.6 | |
| **MP-2 (18C1052-04) Water   Sampled: 03/21/18 10:15   Received: 03/21/18 13:09** | | | | | | | | | |
| Hexavalent Chromium, Dissolved | ND | 1.0 | µg/L | 1 | 1802424 | 03/23/18 | 03/26/18 | EPA 218.6 | |

3249 Fitzgerald Road, Rancho Cordova, CA 95742 | 800.638.7301 | Tel: 916.638.7301 x102 | Fax: 916.638.4510 | www.californialab.com

Page 3 of 7    Small Business #2916 | ELAP #1233 | NAICS #541380 | CA SWRCB ELAP Accreditation/Registration Number 1233

CALIFORNIA LABORATORY SERVICES
Committed. Responsive. Flexible.

03/28/18 14:44

| | | | |
|---|---|---|---|
| Geocon Consultants | Project: DBC Wickes Forest Industries | | |
| 3160 Gold Valley Dr. Suite #800 | Project Number: S9850-03-14A | **CLS Work Order #: 18C1052** | |
| Rancho Cordova, CA 95742 | Project Manager: Rebecca Silva | COC #: | |

## Metals (Dissolved) by EPA 200 Series Methods

| Analyte | Result | Reporting Limit | Units | Dilution | Batch | Prepared | Analyzed | Method | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **RW (18C1052-01) Water Sampled: 03/21/18 10:05 Received: 03/21/18 13:09** | | | | | | | | | |
| Arsenic | ND | 2.0 | µg/L | 1 | 1802383 | 03/22/18 | 03/22/18 | EPA 200.8 | |
| **RH-A (18C1052-02) Water Sampled: 03/21/18 09:45 Received: 03/21/18 13:09** | | | | | | | | | |
| Arsenic | ND | 2.0 | µg/L | 1 | 1802383 | 03/22/18 | 03/22/18 | EPA 200.8 | |
| **RH-B (18C1052-03) Water Sampled: 03/21/18 09:55 Received: 03/21/18 13:09** | | | | | | | | | |
| Arsenic | ND | 2.0 | µg/L | 1 | 1802383 | 03/22/18 | 03/22/18 | EPA 200.8 | |
| **MP-2 (18C1052-04) Water Sampled: 03/21/18 10:15 Received: 03/21/18 13:09** | | | | | | | | | |
| Arsenic | ND | 2.0 | µg/L | 1 | 1802383 | 03/22/18 | 03/22/18 | EPA 200.8 | |



CALIFORNIA LABORATORY SERVICES
Committed. Responsive. Flexible.

Page 4 of 6            03/28/18 14:44

| | | |
|---|---|---|
| Geocon Consultants | Project: DBC Wickes Forest Industries | |
| 3160 Gold Valley Dr. Suite #800 | Project Number: S9850-03-14A | **CLS Work Order #: 18C1052** |
| Rancho Cordova, CA 95742 | Project Manager: Rebecca Silva | COC #: |

## Conventional Chemistry Parameters by APHA/EPA Methods - Quality Control

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch 1802424 - General Prep** | | | | | | | | | | |
| **Blank (1802424-BLK1)** | | | | Prepared: 03/23/18  Analyzed: 03/26/18 | | | | | | |
| Hexavalent Chromium, Dissolved | ND | 1.0 | µg/L | | | | | | | |
| **LCS (1802424-BS1)** | | | | Prepared: 03/23/18  Analyzed: 03/26/18 | | | | | | |
| Hexavalent Chromium, Dissolved | 9.51 | 1.0 | µg/L | 10.0 | | 95 | 80-120 | | | |
| **LCS Dup (1802424-BSD1)** | | | | Prepared: 03/23/18  Analyzed: 03/26/18 | | | | | | |
| Hexavalent Chromium, Dissolved | 10.5 | 1.0 | µg/L | 10.0 | | 105 | 80-120 | 10 | 20 | |
| **Matrix Spike (1802424-MS1)** | | Source: 18C1059-01 | | Prepared: 03/23/18  Analyzed: 03/26/18 | | | | | | |
| Hexavalent Chromium, Dissolved | 12.2 | 1.0 | µg/L | 10.0 | ND | 122 | 80-120 | | | QM-7 |
| **Matrix Spike Dup (1802424-MSD1)** | | Source: 18C1059-01 | | Prepared: 03/23/18  Analyzed: 03/26/18 | | | | | | |
| Hexavalent Chromium, Dissolved | 12.5 | 1.0 | µg/L | 10.0 | ND | 125 | 80-120 | 2 | 20 | QM-7 |



CALIFORNIA LABORATORY SERVICES
Committed. Responsive. Flexible.

Page 5 of 6                                                                                                                                                   03/28/18 14:44

| Geocon Consultants | Project: | DBC Wickes Forest Industries | |
|---|---|---|---|
| 3160 Gold Valley Dr. Suite #800 | Project Number: | S9850-03-14A | **CLS Work Order #: 18C1052** |
| Rancho Cordova, CA 95742 | Project Manager: | Rebecca Silva | COC #: |

## Metals (Dissolved) by EPA 200 Series Methods - Quality Control

| Analyte | Result | Reporting Limit | Units | Spike Level | Source Result | %REC | %REC Limits | RPD | RPD Limit | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Batch 1802383 - EPA 200 Series** | | | | | | | | | | |
| **Blank (1802383-BLK1)** | | | | Prepared & Analyzed: 03/22/18 | | | | | | |
| Arsenic | ND | 2.0 | µg/L | | | | | | | |
| **LCS (1802383-BS1)** | | | | Prepared & Analyzed: 03/22/18 | | | | | | |
| Arsenic | 104 | 2.0 | µg/L | 100 | | 104 | 85-115 | | | |
| **Matrix Spike (1802383-MS1)** | **Source: 18C0900-01** | | | Prepared & Analyzed: 03/22/18 | | | | | | |
| Arsenic | 134 | 2.0 | µg/L | 100 | 1.97 | 132 | 70-130 | | | QM-7 |

3249 Fitzgerald Road, Rancho Cordova, CA 95742 | 800.638.7301 | Tel: 916.638.7301 x102 | Fax: 916.638.4510 | www.californialab.com
Small Business #2916 | ELAP #1233 | NAICS #541380 | CA SWRCB ELAP Accreditation/Registration Number 1233



**CALIFORNIA LABORATORY SERVICES**
*Committed. Responsive. Flexible.*

Page 6 of 6                                                                                                                                                       03/28/18 14:44

| | | |
|---|---|---|
| Geocon Consultants | Project: | DBC Wickes Forest Industries |
| 3160 Gold Valley Dr. Suite #800 | Project Number: | S9850-03-14A      **CLS Work Order #: 18C1052** |
| Rancho Cordova, CA 95742 | Project Manager: | Rebecca Silva      COC #: |

## Notes and Definitions

| | |
|---|---|
| QM-7 | The spike recovery was outside acceptance limits for the MS and/or MSD.  The batch was accepted based on acceptable LCS/LCSD recovery. |
| DET | Analyte DETECTED |
| ND | Analyte NOT DETECTED at or above the reporting limit (or method detection limit when specified) |
| NR | Not Reported |
| dry | Sample results reported on a dry weight basis |
| RPD | Relative Percent Difference |

Page 7 of 7

3249 Fitzgerald Road, Rancho Cordova, CA 95742 | 800.638.7301 | Tel: 916.638.7301 x102 | Fax: 916.638.4510 | www.californialab.com
Small Business #2916 | ELAP #1233 | NAICS #541380 | CA SWRCB ELAP Accreditation/Registration Number 1233