EXHIBIT K

# REMOVAL ACTION WORKPLAN

## DRAFT FINAL

### Wickes Forest Industries Site
### A Street and Holdener Road
### Elmira, Solano County, California

**Prepared for:**

**California Environmental Protection Agency**
**Department of Toxic Substances Control**
**8800 Cal Center Drive**
**Sacramento, California 95826**

**Prepared by:**

**URS**

**2870 Gateway Oaks Drive, Suite 150**
**Sacramento, California  93838**

**October 2009**

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 07-T3406/Work Order No. 1-406-1.0-100164

Approval Form
October 2009

# IDENTIFICATION/APPROVAL FORM

**Document Title:**      **REMOVAL ACTION WORKPLAN, DRAFT FINAL
WICKES FOREST INDUSTRIES SITE
ELMIRA, CALIFORNIA**

**Organization Title:**    URS Corporation
Address:    2870 Gateway Oaks Drive, Suite 150
Sacramento, California 95833

**Project Manager:**    Scott Lookingbill, PG
Telephone:    (916) 679-2388

**Program Manager:**    Scott Rice, PG
Telephone:    (916) 679-2095

**Approved by:**

Signature:    (Final to be signed)_____    Date: _____
Name:    Scott Lookingbill, PG

Signature:    (Final to be signed)_____    Date: _____
Name:    Scott Rice, PG

**Report Coverage:** This document constitutes the removal action workplan for the
Wickes Forest Industries Site as a part of the program under Contract No. 07-T3406 A1
for the Department of Toxic Substances Control, Northern California Region. These
services are provided by URS as prime contractor.

The material contained herein is not to be disclosed to, discussed with, or made
available to any person or persons for any reason without prior express approval of a
responsible officer of DTSC.

# DISTRIBUTION LIST - FINAL

**California Environmental Protection Agency**
**Department of Toxic Substances Control, Northern California Region**
- Perry Myers (2 copies), Project Manager

**Solano County Environmental Resource Management, Environmental Health Division**
- Albert Netto (1 Copy)

**URS Corporation Americas**
- Scott Rice, Program Manager
- Scott Lookingbill, Project Manager
- URS Project File

# TABLE OF CONTENTS

**1.0 INTRODUCTION** ................................................................. **1-1**
    1.1 REMOVAL ACTION OBJECTIVES (RAOs) ........................... 1-1

**2.0 SITE BACKGROUND** ......................................................... **2-1**
    2.1 SITE LOCATION AND DESCRIPTION ................................. 2-1
        2.1.1 Site Name and Address ............................................ 2-1
        2.1.2 Site Description ....................................................... 2-1
        2.1.3 Contact Person, Mailing Address, and Telephone Number ........ 2-1
        2.1.4 EPA Identification Number and Envirostor Database Number ..... 2-3
        2.1.5 Assessor's Parcel Number(s) and Maps ....................... 2-3
        2.1.6 Ownership and Responsible Party ............................... 2-3
    2.2 OPERATIONAL HISTORY AND STATUS ............................. 2-3
    2.3 TOPOGRAPHY ............................................................ 2-4
    2.4 GEOLOGY AND HYDROGEOLOGY ................................. 2-4
        2.4.1 Site Geology and Soil Types ..................................... 2-5
        2.4.2 Site Hydrogeologic Setting ....................................... 2-5
    2.5 SURROUNDING LAND USE AND SENSITIVE ECOSYSTEMS .......... 2-5
    2.6 METEOROLOGY .......................................................... 2-5
    2.7 PREVIOUS SITE ACTIONS ............................................. 2-6

**3.0 NATURE, SOURCE, AND EXTENT OF CONTAMINANTS** ............ **3-1**
    3.1 TYPE, SOURCE, AND LOCATION OF CONTAMINANTS ........... 3-1
    3.2 EXTENT AND VOLUME OF CONTAMINATION ..................... 3-1
    3.3 HEALTH EFFECTS OF CONTAMINANTS .......................... 3-6
        3.3.1 Arsenic ................................................................. 3-6
        3.3.2 Chromium ............................................................. 3-6
    3.4 RECEPTORS POTENTIALLY AFFECTED BY THE SITE ............ 3-6
    3.5 ADDITIONAL SITE INVESTIGATION ................................. 3-8

**4.0 RISK EVALUATION AND CLEANUP GOALS** ........................... **4-1**
    4.1 SCREENING-LEVEL RISK EVALUATIONS ......................... 4-1
        4.1.1 Human Health .......................................................... 4-1
        4.1.2 Environmental Screening Risk Evaluation .................... 4-3
    4.2 ENDANGERMENT DETERMINATION ............................... 4-3
    4.3 CLEANUP GOALS FOR GROUNDWATER AND SOIL ............ 4-3
    4.4 WASTE CLASSIFICATION ............................................. 4-4

**5.0 ENGINEERING EVALUATION/COST ANALYSIS (EE/CA)** ............ **5-6**
    5.1 REMOVAL ACTION SCOPE ........................................... 5-6
    5.2 IDENTIFICATION AND EVALUATION OF REMOVAL ACTION
        ALTERNATIVES ......................................................... 5-6

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 07-T3406/Work Order No. 1-406-1.0-100164

Case 2:14-cv-00595-WBS-JDP   Document 189-12   Filed 08/21/19   Page 6 of 223

Table of Contents
October 2009
Page ii

# TABLE OF CONTENTS (Continued)

|  |  |  |
|---|---|---|
|  | 5.2.1 EE/CA Alternative Evaluation Criteria | 5-7 |
|  | 5.2.2 Description of Removal Action Alternatives | 5-7 |
|  | 5.2.3 Comparative Analysis of Removal Action Alternatives | 5-11 |
| 5.3 | Description of Preferred Remedy | 5-15 |
| 5.4 | Cost of Preferred Remedy | 5-15 |
| **6.0** | **APPLICABLE OR RELEVANT AND APPROPRIATE REQUIREMENTS** | **6-1** |
| 6.1 | PUBLIC PARTICIPATION | 6-1 |
| 6.2 | CALIFORNIA ENVIRONMENTAL QUALITY ACT (CEQA) | 6-1 |
| 6.3 | HAZARDOUS WASTE MANAGEMENT | 6-1 |
| 6.4 | YOLO/SOLANO COUNTY AIR QUALITY MANAGEMENT DISTRICT | 6-2 |
| 6.5 | HEALTH AND SAFETY PLAN (HASP) | 6-2 |
| 6.6 | QUALITY ASSURANCE PROJECT PLAN (QAPP) | 6-2 |
| 6.7 | OTHERS | 6-2 |
| **7.0** | **REMOVAL ACTION IMPLEMENTATION** | **7-1** |
| 7.1 | FIELD DOCUMENTATION | 7-1 |
|  | 7.1.1 Field Logbooks | 7-1 |
|  | 7.1.2 Chain-of-Custody Records | 7-3 |
|  | 7.1.3 Photographs | 7-3 |
| 7.2 | SITE PREPARATION AND SECURITY MEASURES | 7-3 |
|  | 7.2.1 Delineation of Excavation Areas | 7-4 |
|  | 7.2.2 Utility Clearance | 7-4 |
|  | 7.2.3 Security Measures | 7-4 |
|  | 7.2.4 Contaminant Control | 7-4 |
|  | 7.2.5 Permits and Plans | 7-5 |
| 7.3 | DEBRIS REMOVAL AND EXCAVATION | 7-5 |
|  | 7.3.1 Confined Space Entry Requirements | 7-5 |
|  | 7.3.2 Soil Staging and Storage Operations | 7-5 |
|  | 7.3.3 Waste Segregation Operations | 7-6 |
|  | 7.3.4 Decontamination Procedures | 7-6 |
|  | 7.3.5 Debris Removal and Excavation Plan | 7-6 |
| 7.4 | AIR AND METEOROLOGICAL MONITORING | 7-7 |
|  | 7.4.1 Air Monitoring | 7-7 |
|  | 7.4.2 Meteorological Monitoring | 7-9 |
| 7.5 | DUST CONTROL PLAN | 7-10 |
| 7.6 | CONFIRMATION SOIL SAMPLING | 7-11 |
| 7.7 | TRANSPORTATION PLAN FOR OFF-SITE DISPOSAL | 7-11 |
| 7.8 | BACKFILL AND SITE RESTORATION | 7-12 |
|  | 7.8.1 Load Checking | 7-12 |
|  | 7.8.2 Diversion of Unacceptable Borrow | 7-12 |

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 07-T3406/Work Order No. 1-406-1.0-100164

Table of Contents
October 2009
Page iii

# TABLE OF CONTENTS (Continued)

       7.8.3  Documentation of Rejected Loads ............................................. 7-12

       7.8.4  Backfilling Procedures ............................................................. 7-13

   7.9     PERFORMANCE GROUNDWATER MONITORING ........................... 7-13

   7.10   VARIANCE ....................................................................................... 7-13

**8.0   PROJECT SCHEDULE AND REPORT OF COMPLETION ............................. 8-1**

**9.0   REFERENCES ............................................................................................ 9-1**

# LIST OF APPENDICES

Appendix A   Contingency Plan for Batch Groundwater Extraction

Appendix B   Envirostor Database Information

Appendix C   Climatological Data

Appendix D   Summary of Remedial Investigation Sample Locations and Analytical Results

Appendix E   Human Health Risk Assessment

Appendix F   DTSC Fact Sheet on Import Fill Material

Appendix G   Health and Safety Plan

Appendix H   Quality Assurance Project Plan

Appendix I    Remedial Alternatives Cost Estimate Spreadsheets

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 07-T3406/Work Order No. 1-406-1.0-100164

Table of Contents
October 2009
Page iv

# LIST OF FIGURES

Figure 1-1   Vicinity Map
Figure 2-1   Site Map
Figure 3-1   Arsenic Concentrations in Groundwater, April 2009
Figure 3-2   Hexavalent Chromium Concentrations in Groundwater, April 2009
Figure 3-3   Proposed Smaller Excavation Limits and Arsenic Concentrations in Soil at 2.5 Feet
Figure 3-4   Proposed Larger Excavation Limits and Arsenic Concentrations in Soil at 2.5 Feet
Figure 3-5   Conceptual Site Exposure Model

# LIST OF TABLES

Table 4-1   Waste Classification Limits
Table 5-1   Alternative Cost Estimate Summary
Table 7-1   Air Quality Monitoring Strategy
Table 7-2   Exposure Guidelines for Site Chemical Hazards
Table 8-1   Schedule of Tasks

# ABBREVIATIONS AND ACRONYMS

| | |
|---|---|
| ACGIH | American Conference of Governmental Industrial Hygienists |
| APN | assessor's parcel number |
| ARAR | applicable or relevant and appropriate requirement |
| ATC | authority to construct |
| | |
| bgs | below ground surface |
| BMP | best management practices |
| | |
| Cascade | Cascade brand calcium polysulfide |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CEQA | California Environmental Quality Act |
| CFR | Code of Federal Regulations |
| CHHSL | California Human Health Screening Levels |
| COC | contaminant of concern |
| Cr(III) | trivalent chromium |
| Cr(VI) | hexavalent chromium |
| CWET | California waste extraction test |
| | |
| DTSC | California Department of Toxic Substances Control |
| | |
| EE/CA | engineering evaluation/cost analysis |
| EPA | United States Environmental Protection Agency |
| ESL | environmental screening levels |
| | |
| GWETS | groundwater extraction and treatment system |
| | |
| HASP | health and safety plan |
| H&SC | Health and Safety Code |
| | |
| ID | identification |
| | |
| LFR | Levine-Fricke |
| | |
| MCL | maximum contaminant level |
| mg/kg | milligrams per kilogram |
| mg/m$^3$ | milligrams per cubic meter |
| mph | miles per hour |
| | |
| NCP | Pollution Contingency Plan |
| NPDES | National Pollutant Discharge Elimination System |

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 07-T3406/Work Order No. 1-406-1.0-100164

Abbreviations and Acronyms
October 2009
Page vi

# ABBREVIATIONS AND ACRONYMS (Continued)

| | |
|---|---|
| O&M | operation and maintenance |
| OSHA | Occupational Safety and Health Administration |
| | |
| PEA | Preliminary Endangerment Assessment |
| PID | photoionization detector |
| PPE | personal protective equipment |
| ppm | parts per million |
| PRG | preliminary remediation goal(s) |
| | |
| QAPP | quality assurance project plan |
| | |
| RAP | remedial action plan |
| RAO | removal action objective |
| RAW | removal action workplan |
| RCRA | Resource Conservation and Recovery Act |
| RI | remedial investigation |
| RSL | Regional Screening Level |
| RWQCB-CVR | Regional Water Quality Control Board, Central Valley Region |
| RWQCB-SF | Regional Water Quality Control Board, San Francisco |
| | |
| SAP | sampling and analysis plan |
| shotcrete | shot concrete |
| Site | Wickes Forest Industries Site |
| STLC | soluble threshold limit concentration |
| | |
| TTLC | total threshold limit concentration |
| | |
| URS | URS Corporation Americas |
| USA | Underground Services Alert |
| USGS | United States Geological Survey |
| | |
| VOC | volatile organic compound |
| | |
| XRF | x-ray fluorescence |
| | |
| YSAQMD | Yolo/Solano County Air Quality Management District |
| | |
| °F | degrees Fahrenheit |
| % | percent |
| μg/L | micrograms per liter |
| μg/m$^3$ | micrograms per cubic meter |

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 07-T3406/Work Order No. 1-406-1.0-100164
October 2009
Page 1-1

# 1.0 INTRODUCTION

This removal action workplan (RAW) has been prepared by URS Corporation Americas (URS) for the Department of Toxic Substances Control (DTSC) to address the remediation of groundwater contaminated by subsurface metals at the former process area of the Wickes Forest Industries Site (Site) in the City of Elmira, in Solano County, California. The RAW includes an engineering plan for conducting the removal action, a description of the on-site contamination, and the goals to be achieved by the removal action, as required by the California Health and Safety Code (H&SC) §25355.5(a)(1)(B) and §25323.1. The RAW is also consistent with the criteria specified in the H&SC §25356.1(h).

The Site is a former wood-treatment facility located in an area of low topographic relief near the intersection of A Street and Holdener Road in Elmira, California (Figure 1-1). The Site is bordered by agricultural land to the east and north, a commercial property to the west, and residential property to the south, across A Street. An elementary school is located less than 200 feet south of the primary source of contamination. Historical Site operations included lumber treatment using wood preservatives that contained arsenic, chromium, and copper. Contaminants of concern (COC) in site soil and groundwater are arsenic and hexavalent chromium (Cr[VI]). Cr(VI) is more toxic than other forms of chromium and is also more mobile than other metals.

DTSC and RWQCB have been involved with the site since 1982. Since then, DTSC has approved two remedial action plans (RAPs) and the site has been capped with asphalt and concrete. In addition, a groundwater treatment system, that discharged under an NPDES permit, was installed and run at the site. Groundwater monitoring for COCs has been ongoing for 25 years. Details of these actions are provided in Section 2.7. In July 2005, Collins and Aikman Products Company, the owners of the site, became insolvent and the site subsequently became a DTSC orphan site.

## 1.1 REMOVAL ACTION OBJECTIVES (RAOs)

Removal action objectives (RAOs) have been established for the Site. Achieving the RAOs will ensure the selected remedy is protective of human health and the environment by reducing the potential for exposure to shallow soil encountered at the Site and limiting vertical migration of COCs to groundwater. These RAOs are presented below:

- Protect existing and potential beneficial uses of groundwater, as defined by the Regional Water Quality Control Board Basin Plan, to the extent technically and economically feasible by minimizing the migration of COCs to groundwater.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 07-T3406/Work Order No. 1-406-1.0-100164

Section 1.0
October 2009
Page 1-2

- Minimize exposure of humans to COCs in shallow soil through inhalation, dermal absorption, and ingestion by eliminating complete exposure pathways.

- Minimize potential for migration of COCs from the soil to groundwater by removing or treating soil with arsenic concentrations above cleanup goals established in this RAW.

- Obtain DTSC certification, after completion of the removal action, that the necessary response actions have been completed in accordance with the approved RAW and that the RAOs have been met.

The selected removal action for the Site will be responsive to these RAOs. The selected removal action for the Site is performance-based and focuses on removal of COCs from the heavily contaminated area beneath the former chemical storage and wood treatment areas to eliminate the source of groundwater contamination.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 07-T3406/Work Order No. 1-406-1.0-100164

Section 1.0
October 2009
Page 1-3

**Figure 1-1. Vicinity Map**

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 2.0
October 2009
Page 2-1

# 2.0 SITE BACKGROUND

This section provides background information regarding the Wickes Forest Industries Site. Additional Site background information is contained in the remedial investigation (RI) report (URS, 2008).

## 2.1 SITE LOCATION AND DESCRIPTION

### 2.1.1 Site Name and Address

The site name is the Wickes Forest Industries Site, Elmira, Solano County, California. The Site is located on the northwest side of the intersection of A Street and Holdener Road in Elmira, California (see Figure 1-1).

### 2.1.2 Site Description

The Site is located at the north end of Elmira, California. The former industrial portion of the Site to the north of A Street and Holdener Road is covered with asphalt. There are two, large metal-sided buildings on this portion of the Site. The building northwest of A Street was constructed to cover the former process area, where most of the soils with elevated levels of arsenic and chromium have been covered with shot concrete (shotcrete). Within this building are several sumps and a groundwater treatment system that is not currently operating.

The residential area on the south side of A Street and Holdener Road is considered part of the Site because groundwater containing COCs have migrated beneath this area. Three domestic water wells used for irrigation (MP-2, RH-A, and RW) are located within this residential area. Ten groundwater extraction wells, and 52 groundwater monitoring wells have been installed at the Site since 1982. A Site map is presented as Figure 2-1.

### 2.1.3 Contact Person, Mailing Address, and Telephone Number

DTSC manages the environmental remediation and groundwater monitoring program at the Site. The DTSC contact person for this Site is:

Mr. Perry Myers
California Environmental Protection Agency
Department of Toxic Substances Control
8800 Cal Center Drive
Sacramento, California 95826
(916) 255-3708
pmyers@dtsc.ca.gov



**Site Plan**

Wickes Forest Industries
Elmira, California

Figure 2-1

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 2.0
October 2009
Page 2-3

## 2.1.4 EPA Identification Number and Envirostor Database Number

The United States Environmental Protection Agency (EPA) database identification (ID) number assigned to the Site is CAD000627109. During implementation of this RAW, DTSC will use this EPA ID number for generation, transportation, and off-site disposal of soil and/or groundwater from the Site.

The Envirostor database ID number 48240001 has been assigned to the Site. Properties in the Envirostor database are designated by the DTSC as potential or confirmed hazardous substance release sites. Information stored in the Envirostor database regarding the Site is available via the Internet at the following url: http://www.envirostor.dtsc.ca.gov/public/profile_report.asp?global_id=48240001.

## 2.1.5 Assessor's Parcel Number(s) and Maps

The Solano County Assessor's Parcel Numbers (APN) for the Site property are 142-010-14, 142-010-13, and 142-042-10. A portion of the United States Geological Survey (USGS) quandragle showing the Site and surrounding area, is presented as Figure 1-1.

## 2.1.6 Ownership and Responsible Party

The name and address of the Site's owner is:

Jim Dobbas, Inc.
P.O. Box 177
Newcastle, California 95658

## 2.2  OPERATIONAL HISTORY AND STATUS

Prior to 1972, the Site was used for agriculture. Pacific Wood Preserving operated a wood-treatment facility at the Site from 1972 to 1979. Wickes Forest Industries purchased the Site in September 1979 and continued to operate the wood-treatment facility until August 1982. Wood-preservative solutions used at the Site contained arsenic, chromium, and copper.

The primary source area is contained within an 11,000-square-foot area within the gray metal building that was constructed over the historical process area as part of the initial remedy, located on the southwest corner of the property, as shown on Figure 2-1. Four cylindrical wood-preservative product tanks were formerly located along the west side of the process area. A 3-foot-high concrete block wall provided secondary containment around the tanks and the area inside the wall was covered in concrete, except for the areas beneath the tanks. Retort vessels and sumps that also contained wood-

preserving solution were located to the east of the area of secondary containment, with the area around them partially covered by concrete.

In February 1974, approximately 50 to 100 gallons of concentrated wood-preservative solution spilled during the filling of a storage tank. In February 1978, residents of Elmira reported to the Regional Water Quality Control Board, Central Valley Region (RWQCB-CVR) that a bright yellow chemical had covered two roadside ditches located on A Street. A RWQCB-CVR investigation revealed the source to be runoff from wet lumber drying on a gravel yard at the Site.

On January 22, 1979, the California Department of Health filed a complaint regarding a yellow precipitate lining the ditches along Holdener Road and A Street. A RWQCB-CVR inspection again found wet lumber drying in the gravel yard, where it was exposed to rainwater.

On December 24, 1979, a green liquid, later determined to be water mixed with arsenic, chromium, and copper was reported to be flowing over the top of the 3-foot containment wall and into a ditch along the north side of A Street.

In November 1980, approximately 12,000 gallons of reportedly contaminated well water discharged into the drainage ditches.

Currently, the subject property is not in use. A groundwater extraction and treatment system (GWETS) operated at the Site from 1982 to 2005 and is currently shut down. DTSC is conducting quarterly groundwater monitoring to assess migration of COCs in groundwater. There is a land use covenant on the Site that requires contaminated soil to be covered and that site access be controlled with a perimeter fence.

## 2.3  TOPOGRAPHY

The Site lies at an approximate elevation of 68 feet above mean sea level. The Site is located near the western edge of the Sacramento Valley, where it abuts the California Coast Range. Alamo Creek runs toward the east, approximately 2,000 feet south of the Site.

The Site is located in an industrial/residential/agricultural area.

## 2.4  GEOLOGY AND HYDROGEOLOGY

The Site geology and hydrogeology were obtained from the RI report (URS, 2008).

## 2.4.1 Site Geology and Soil Types

Shallow soils beneath the Site consist of 1 to 3 feet of engineered fill composed of silt, sand, and gravel, underlain by silty clay. This clay becomes harder and more consolidated with depth.

## 2.4.2 Site Hydrogeologic Setting

Groundwater occurs under semi-confined conditions and is encountered at depths of 2 to 7 feet below ground surface (bgs), depending on the season. Static groundwater in extraction well E-6 (shown on Figure 2-1) has ranged from near ground surface to 6 feet bgs.

The prevailing groundwater flow direction beneath the former wood processing area is toward the southeast. The flow direction is typically toward the east in the northern portion of the Site. Secondary porosity, such as fractures within the silty clay aquifer, may allow a flow velocity as high as 50 feet per year. However, the COCs (particularly arsenic) are relatively insoluble and, therefore, move much slower than groundwater.

## 2.5 SURROUNDING LAND USE AND SENSITIVE ECOSYSTEMS

The Site is currently zoned as industrial/residential. Figure 1-1 provides an illustration of land use adjacent to the Site. To the east and the south, residential properties are located across A Street and Holdener Road. These streets are adjacent to the 7.5-acre parcel on which the wood treatment facility was formerly located. The property is surrounded by security fence and is mostly covered in asphalt. At the southern end of the parcel is a sheet metal structure that covers the former wood processing area. The nearest houses are located approximately 100 feet east of the former wood treatment area. The Site is bordered to the north and west by railroad tracks and by undeveloped agricultural land on the opposite side of the tracks to the northwest and northeast.

## 2.6 METEOROLOGY

Climate data for a weather station in nearby Vacaville is presented in Appendix C. The average summer high temperature vicinity of the Site is 93 degrees Fahrenheit (° F). The average winter low temperature is 40° F. The average annual rainfall is approximately 24.5 inches, with most of that rainfall occurring between November and April.

Wind roses for Vacaville during the past three Novembers (when removal action activities are expected to occur) are included in Appendix C. In November, prevailing winds are generally from the north and northwest and less frequently from the southwest west. Wind gusts up to 35 miles per hour (mph) rarely occur in November. Winds are calm approximately 50 percent (%) of the time in November.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 2.0
October 2009
Page 2-6

## 2.7 PREVIOUS SITE CLEANUP ACTIONS

The section below summarizes the investigative and monitoring activities conducted at the Site beginning in 1983. Tabulated results and sample location maps originating from the RI report are provided in Appendix D.

In 1983, contaminated soil was excavated from the truck-loading pad, and the pad used for drying treated wood was sealed with a low-permeability concrete under an approved RAP (Woodward Clyde Consultants, 1983).

In 1983 and 1984, a GWETS consisting of a 13-foot-deep, 200-foot-long French drain and recovery well, was installed at the Site to remediate impacted groundwater. Groundwater was pumped to the surface where it was treated in an on-site ion-exchange treatment system. In 1992, seven additional extraction wells were added to the GWETS and the ion-exchange treatment system was replaced with a more effective, electrochemical treatment system. GWETS-treated groundwater was discharged to the ditch along Holdener and A Street under a discharge permit with the RWQCB-CVR. Metals concentrations in shallow groundwater have been significantly reduced by this treatment. However, COC concentrations began to level off in 1998. The GWETS was shut down in May 2005 due to the bankruptcy of the responsible party. Efforts have been made to repair the system, but it is not currently operational. Based on the decreasing contaminant removal rates over time and the extensive repairs necessary to make the system operational, DTSC has determined that it is no longer cost-effective to operate the GWETS.

On April 8, 1991, 11 near-surface (less than 1 foot depth) soil samples were collected inside the wood preservative storage and process area (Levine-Fricke [LFR], 1991). The arsenic and Cr(VI) data from this investigation are included in Appendix D. The data indicated total chromium concentrations ranged from 38 parts per million (ppm) to 4,700 ppm; Cr(VI) ranged from less than 0.2 ppm to 190 ppm; arsenic ranged from 52 ppm to 70,000 ppm; and copper concentrations ranged from 9.3 ppm to 8,600 ppm. To reduce the risk of human exposure to these soils and the risk of vertical migration to groundwater, those soils inside the metal building that had not been covered with a concrete slab were covered in 1991 with approximately 6 inches of shotcrete.

A second RAP (LFR, 1994) was implemented in 1994 to remediate affected soils throughout the Site that had not been previously addressed (mostly in the northern area of the property). Under this RAP, approximately 2,100 cubic yards of impacted soils was excavated from off-site drainage ditches and stockpiled on site, where it was capped with asphalt. An additional 89 cubic yards of soil was excavated from a railroad drainage ditch and disposed off site. The site was then regraded and sealed with an asphalt cap. A positive-drainage system was installed to prevent stormwater from ponding and seeping through the cap.

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

October 2009
Page 2-7

The monitoring well network at the Site consists of 52 monitoring wells, 4 private domestic wells, and 10 groundwater extraction wells. Twenty-five of the monitoring wells and two extraction wells are located on the Site property. The remaining wells are located in the immediate vicinity. Forty-two monitoring wells are less than 25 feet deep and are considered shallow zone wells. Five monitoring wells are screened from 25 to 40 feet bgs within the intermediate zone. Five monitoring wells are screened deeper than 45 feet bgs within the deep zone. The well locations are shown on Figure 2-1. Quarterly groundwater monitoring is ongoing. The most recent monitoring event was conducted in April 2009 (URS, 2009a).

In January 2009, URS prepared a contingency plan (Appendix A) for batch groundwater extraction from wells located along A Street and off-site treatment of the extracted groundwater. The contingency plan will be implemented if DTSC determines groundwater monitoring results indicate an unacceptable threat to human health or the environment. This contingency plan was prepared in lieu of a more permanent remedy for contaminated groundwater at the Site.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 3.0
October 2009
Page 3-1

# 3.0 NATURE, SOURCE, AND EXTENT OF CONTAMINANTS

## 3.1 TYPE, SOURCE, AND LOCATION OF CONTAMINANTS

Based on the results of previous investigations, the COCs identified for the Site are arsenic and Cr(VI). No other metals or organic constituents were detected during recent sampling events at concentrations that pose a concern to human health or the environment. Based on soil sampling results, isoconcentration maps were prepared (Appendix D, Figures 3 through 8). The highest COC concentrations are present in near surface soil; however, elevated COC levels were reported in soil samples collected at 2.5 feet bgs and at 5 feet bgs in the former process area. Because static groundwater at the Site can rise to near ground surface during the winter months, it is assumed that these heavily impacted, near-surface soils are periodically in contact with groundwater. This contact would desorb the metals for the soil into the groundwater. This desorbtion is especially true for Cr(VI) which is more soluble (and thus more mobile) than other forms of chromium or arsenic.

The distribution of arsenic and Cr(VI) in shallow groundwater (above 25 feet bgs) is shown on Figures 3-1 and 3-2, respectively. These figures indicate that the main area of groundwater impact originates at the former retort vessels and storage tanks and has spread toward the east and southeast, across A Street. Based on April 2009 monitoring data, groundwater impact above maximum contaminant levels (MCLs) currently extends less than 100 feet downgradient from the primary source location. There are two additional areas of Cr(VI) groundwater contamination in the center and northern portions of the Site (Figure 3-2). The GWETS has reduced COC concentrations in these areas significantly, and concentrations have not rebounded appreciably in these areas since the GWETS was shut down in 2005. Selected wells in this area will continue to be sampled biannually to ensure plume stability and monitoring for further reductions in contaminant concentrations.

## 3.2 EXTENT AND VOLUME OF CONTAMINATION

Based on the data obtained during the RI, estimates of the extent and volume of soil contamination have been developed. The estimated lateral and vertical extent of soil containing COC levels above the RAOs that can be removed with the overlying structure in place is shown on Figure 3-3. The estimated extent of all soil contamination that could be excavated if the structure were removed is shown on Figure 3-4.

The total volume of impacted soil shown on Figure 3-3 is estimated to be 1,240 cubic yards. With an assumed 10% over-excavation, 1,364 cubic yards of in situ soils will be excavated. Estimated soil density is 1.4 ton per cubic yard, resulting in an estimated excavation mass of approximately 1,900 tons. Excavation will cause the soil volume to expand by 30%, resulting in an estimated transportation volume of 1,770 cubic yards. Additional excavation may be necessary, based on the results of confirmation sampling as discussed in Section 7.6.





**Hexavalent Chromium Concentrations in Groundwater, April 2009**

Wickes Forest Industries
Elmira, California

Figure 3-1



**Arsenic Concentrations in Groundwater,**
**April 2009**

Wickes Forest Industries
Elmira, California



Figure 3-2





LEGEND

⬥E-6    Monitoring well location

○B-1    URS soil sampling location

—170—  Arsenic isoconcentration contour

(170)   Arsenic concentration in mg/kg

▬▬7▬▬ Proposed excavation limits and depth in feet

**PROPOSED SMALLER EXCAVATION LIMITS
AND ARSENIC CONCENTRATIONS
IN SOIL AT 2.5 FEET**

Wickes Forest Industries
Elmira, CA





LEGEND

E-6   Monitoring well location

B-1   URS soil sampling location

—170—   Arsenic isoconcentration contour

(170)   Arsenic concentration in mg/kg

--7'--   Proposed excavation limits and depth in feet

**PROPOSED LARGER EXCAVATION LIMITS
AND ARSENIC CONCENTRATIONS
IN SOIL AT 2.5 FEET**

Wickes Forest Industries
Elmira, CA

PLOTTED: Oct 06, 2009 - 9:31:05am;  Dwg: H:\CADD\Current\ENV-INFRA\Wickes Forest\20091006\Wickes-20091006-F03.4.dwg

FIGURE 3-4

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 3.0
October 2009
Page 3-6

If the larger excavation option shown on Figure 3-4 is selected, the volume of the excavation would be approximately 1,570 cubic yards, or 2,050 cubic yards transportation volume.

## 3.3  HEALTH EFFECTS OF CONTAMINANTS

This section provides a brief description of the health hazards associated with the on-site COCs.

### 3.3.1 Arsenic

Arsenic is a naturally occurring element widely distributed in the earth's crust. Inorganic arsenic compounds have been used to preserve wood. Arsenic cannot be destroyed in the environment, it can only change form.

Breathing high levels of inorganic arsenic can cause a sore throat or irritated lungs. Ingesting very high levels of arsenic can cause death by destroying the lining of the digestive tract. Long-term exposure to low levels of arsenic can cause darkening of the skin and the appearance of small warts on the palms, soles, and torso. Skin contact with inorganic arsenic may cause redness and swelling.

Inorganic arsenic has been determined to be a human carcinogen by the EPA.

### 3.3.2 Chromium

Chromium is a naturally occurring element found in rocks, animals, plants, and soil. There are many forms (valent states) of chromium. Trivalent chromium (Cr[III]) and Cr(VI) are used in wood preserving. Chromium can change from one form to another in water and soil, depending on the conditions present.

Cr(III) is an essential nutrient and, although it can be toxic at high concentrations, it is generally not considered toxic in the environment. In humans, Cr(III) is much less toxic than Cr(VI). Concentrations of Cr(III) in Site soil and groundwater do not exceed regulatory standards. However, breathing high levels of Cr(VI) can cause respiratory problems including lung cancer. Ingestion of water with dissolved Cr(VI) can lead to stomach tumors. Cr(VI) is more soluble, and more mobile in the subsurface than arsenic.

## 3.4  RECEPTORS POTENTIALLY AFFECTED BY THE SITE

A conceptual site exposure model has been developed that identifies the receptors that may contact the COCs and the exposure pathways through which contact may occur (Figure 3-5). Residents near the Site are supplied potable water by the local utility, but would be the primary potential receptors if contaminated groundwater were used for



**SITE HISTORY**
The Wickes Forest Industries site was operated as a lumber treatment facility from 1972 to 1982. Wood preservative used at the facility was released to underlying soil and groundwater. This wood preservative contained toxic metals arsenic and hexavalent chromium. These metals have contaminated the shallow, clayey aquifer with concentrations above MCLs. The groundwater plume extends toward the southeast and the residential area east of A Street. There are several domestic irrigation wells within this residential area that could potentially be impacted by arsenic and/or hexavalent chromium.

HUMAN EXPOSURE PATHWAYS

**Wickes Forest Industries Site**

Contaminants infiltrated to groundwater and have migrated in the southeast direction

Groundwater comes in contact with impacted soil when water levels are high

Groundwater pumped from potentially contaminated zones represents a potential completed pathway for residential well owners if they choose to pump.

**KEY**

= Ingestion

= Inhalation

= Contact

**BLACK SYMBOL**
indicates a complete pathway for exposure

**GRAY SYMBOL**
indicates a potential complete pathway for exposure

**NO SYMBOL**
indicates an incomplete or inconsequential exposure pathway

**Figure 3-5.**
**Conceptual Site Model**
Wickes Forest Industries
Elmira, California

DTSC\Wickes Forest\06-09-Wickes-Forest-Industries-CSModel.AI - VMG 08.17.09

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 3.0
October 2009
Page 3-8

irrigation, or if crop or orchard tree roots contacted shallow contaminated groundwater. Irrigation with contaminated groundwater water could cause COC concentrations to accumulate in the shallow soils being irrigated (which could create a contact or dust-inhalation threat to human health), or food crop roots in contact with contaminated soil and groundwater could create a human health risk from eating those food crops. Both arsenic and Cr(VI) can be absorbed by food crop plants that use water from the irrigation wells or tap directly into groundwater. DTSC will take steps to ensure the potential risk is not unacceptable, including source-area remediation and continued groundwater monitoring.

Also at risk would be future construction workers and industrial workers at the Site, if soil excavation were to occur.

## 3.5  ADDITIONAL SITE INVESTIGATION

The RI did not include an assessment of potential asbestos-containing building materials for the existing structures at the Site built while the facility was in operation. Such assessment will be conducted by the DTSC contractor separately, if necessary.

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 4.0
October 2009
Page 4-1

# 4.0  RISK EVALUATION AND CLEANUP GOALS

This section presents detailed information regarding development of cleanup goals for the identified contamination at the Site.

## 4.1  SCREENING-LEVEL RISK EVALUATIONS

Screening-level risk evaluations are summarized below for potential threats to human health and to the environment. Screening-level evaluations use health- and environmentally protective assumptions to ensure threats were not overlooked, and were conducted to characterize current conditions at the site and incorporate additional information and sampling data collected since land-use restrictions were enacted in 1995.

### 4.1.1 Human Health

Land-use restrictions were imposed in 1995 to ensure protection of human health by prohibiting inappropriate future uses of the Site. Contaminated soil at the Site was capped to prevent people from contacting COCs, and installation and operation of a system to monitor groundwater contamination was implemented as part of previously approved remedies. In 2005, the then-owners of the property became insolvent and ceased cap maintenance and groundwater monitoring. In 2008, groundwater monitoring and cap maintenance were resumed by DTSC and additional soil sampling was conducted in the source area. Based on the land use restrictions imposed in 1995 and these recently collected data, a screening-level evaluation was conducted to characterize potential threats to human health from inorganic constituents in soil and groundwater at the Wickes Site, as summarized below (and detailed in Appendix E).

### Soil

The evaluation of potential health threats from inorganic constituents in soil used two complementary tracks: the first used the process developed by the DTSC (1994) for their Preliminary Endangerment Assessment (PEA) process; the second was a comparison of site concentrations of chemicals to agency-acceptable screening-level benchmarks. The health risk evaluation (Appendix E) was not a formal PEA. However, the PEA's health-risk *process* was used to evaluate the concentrations of inorganic constituents in soil, the potential for unrestricted land use under current conditions and using more recent data (since inception of the land use controls) was employed as a means to evaluate cumulative health risks from multiple constituents in soil at the site. The second track, comparison with screening-level benchmarks, is a chemical-by-chemical comparison of measured site concentrations to agency-acceptable values (California Human Health Screening Levels [CHHSLs], USEPA Regional Screening Levels [RSLs], and California Water Board Environmental Screening Levels [ESLs]) which are believed to be without appreciable risk to human health under long-term

Case 2:14-cv-00595-WBS-JDP   Document 189-12   Filed 08/21/19   Page 30 of 223
REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 4.0
October 2009
Page 4-2

exposure conditions. The benchmark approach is useful for screening on an individual-chemical basis, and the PEA approach ensures that cumulative risks are addressed.

The screening evaluation for human health effects consisted of three steps: (1) identifying potentially complete exposure pathways based on a conceptual Site model; (2) identifying COCs; and (3) estimating COC exposures and chronic daily intakes or doses, and comparing the exposures and intakes/doses to health-based toxicity values (cancer risk and non-cancer hazard factors) and to screening-level benchmark values developed by the EPA and the California EPA.

For this health-risk screening evaluation, the primary receptor for evaluation is the hypothetical resident ("hypothetical" because the Site is not currently residential), although other receptors (e.g., industrial workers, construction workers) are plausible, more likely, and in accordance with the land use restrictions imposed on the site. Despite the known contamination at the site (which gave rise to the land use restrictions), the hypothetical resident was considered an appropriate receptor because a primary focus of this RAW is development of cleanup goal(s) for the contamination known to be present at the site; such a receptor helps provide a range of options for risk managers to consider (beyond industrial use scenarios). Exposure pathways include ingestion, inhalation, and contact with COCs in soil. Mathematical models (simulations) for predicting the exposure of hypothetical resident receptors to chemicals were combined with toxicity values to provide indicators of the likelihood for adverse health effects.

Concentrations of arsenic exceed acceptable thresholds for hypothetical cancer risks and noncancer health hazards for unrestricted use scenarios, and also exceed screening level benchmarks for industrial land uses. Consequently, environmental remediation options must be considered (i.e., the remedial actions evaluated in this workplan). Concentrations of arsenic that would result in less than a one in a million risk (for either residential or industrial land uses) are computed to be much lower than the minimum detected concentration.. Site concentrations of total chromium, Cr(III), Cr(VI), and copper in soil do not pose a threat to human health under an industrial use scenario, and concentrations of total chromium, Cr(III), and copper do not exceed benchmarks under the more stringent residential use scenario. Two of the 15 detected concentrations of Cr(VI), out of 48 samples in all, exceed the residential ESL but not the residential CHHSL or residential RSL.

## Groundwater

Groundwater occurs under the Site at depths of near-surface to approximately 7 feet bgs, depending on the season. Site-related contamination of groundwater has occurred and is being monitored. Currently, there are no expected uses of groundwater on the Wickes property, and the domestic water supply to the property and nearby residences

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 4.0
October 2009
Page 4-3

is provided via the local water district. Thus, there is no complete pathway for domestic exposure to site-related groundwater by site users or nearby residents.

However, site-affected groundwater has migrated from beneath the Wickes property to the residential area on the south side of A Street and Holdener Road. This residential area has four domestic water wells that supply irrigation water. The movement of contaminated groundwater from the former process area to the residential area has created the potential for those wells to extract and distribute contaminated groundwater. However, these off-property irrigation wells are being monitored, and a contingency plan is in place, to ensure that irrigation-related exposure pathways do not become causes for concern.

## 4.1.2 Environmental Screening Risk Evaluation

There are no complete pathways for direct exposure of ecological organisms to COCs in soil at the Site. The portion of the Site where near-surface soil contamination is present is industrial, lacks habitat for organisms, and is capped, thereby precluding contact with surface soil by organisms. Surficial runoff from the Site would not contact soil COCs, but could be conveyed off site through groundwater. Leaching of soil COCs to groundwater has occurred, but ecological organisms would not contact groundwater on site.

There do not appear to be significant potential threats to the environment..

## 4.2 ENDANGERMENT DETERMINATION

Arsenic and chromium are "hazardous substances" as defined in H&SC §25316. There has been a "release" and/or there is a "threatened release" of the COCs at the Site, as defined in H&SC §25320. The actual release of COC at the Site may present an imminent and substantial endangerment to the public health or welfare or to the environment. As such, DTSC has determined that a removal action is necessary at the Site to protect and preserve public health.

## 4.3 CLEANUP GOALS FOR GROUNDWATER AND SOIL

As discussed in Section 3.1, arsenic and Cr(VI) are COCs identified for this Site with respect to groundwater. The maximum concentration of arsenic found in soil samples collected on site was 70,000 mg/kg in boring 3 (LFR, 1991). The monitoring well with the highest concentrations of arsenic and Cr(VI) is E-6 (located near the former retort vessels). In December 2008, the sample from E-6 reported 1,100 micrograms per liter (µg/L) of Cr(VI) and 140 µg/L of arsenic. The MCL established for arsenic is 10 µg/L (Appendix E). An MCL has not been established for Cr(VI), but it is anticipated that an MCL of 10 µg/L will be established. Cleanup goals for groundwater of 10 µg/L for both arsenic and Cr(VI) were previously approved for the Site.

Based on the results of the recent soil investigation (URS, 2008), arsenic concentrations are approximately 100 times higher than Cr(VI) concentrations. Because these two contaminants have similar distribution patterns in soil and essentially the same toxicity, arsenic will be the target contaminant for any source removal actions conducted at the Site.

Evaluation of the recent soil investigation results indicates background soil concentrations of arsenic are approximately 13 mg/kg which is consistent with the previously established estimate of 9 mg/kg by DTSC (LFR, 1994) that was based on a more limited data set. Background concentrations represent the conditions at the site prior to operation of the wood treatment facility and are, therefore, appropriate to use as the cleanup goal, even if other screening levels are lower. Therefore, the established cleanup goal for site soil is an arsenic concentration of 13 mg/kg.

## 4.4  WASTE CLASSIFICATION

Waste classification is part of a regulation-controlled process to develop appropriate options for disposal of excavated materials. None of the soils at the Site are considered to be listed wastes. Waste materials can be classified as hazardous based on corrosivity, ignitability, reactivity, or toxicity characteristics. Wastes from the Site will be classified based on toxicity characteristics because the COCs (arsenic and chromium) are not present at the site in corrosive, ignitable, or reactive forms. Waste classification is dependent on a decision sequence for comparing site-specific concentrations to state and federal regulatory thresholds, for example, the total threshold limit concentration (TTLC), the toxicity characteristic leaching procedure (TCLP) concentration, and the soluble threshold limit concentration (STLC) limits. The TCLP concentration and the STLC represent not-to-be-exceeded aqueous concentrations (for leachate extracted from waste materials), while the TTLC represents a soil concentration threshold for designation as a DTSC-regulated waste (and is derived based on the STLC and chemical-specific assumptions for extraction). Site COC limits are listed in Table 4-1 below.

Soil concentrations that exceed the TTLC are considered to be California hazardous waste. If soil concentrations are less than the TTLC but greater than 10 times the STLC, then a California waste extraction test (CWET) is performed; if the leachate result from the CWET exceeds the STLC, then the soil is also classified as California hazardous waste. If soil results are less than the 10 times the STLC value, or CWET leachate results are less than STLC limits, the associated soils are not considered to be a California hazardous waste.

## TABLE 4-1

### Waste Classification Limits

| | California | | | Federal | |
|---|---|---|---|---|---|
| Metal | TTLC (mg/kg) | STLC (mg/L) | 10 x STLC[a] (mg/L) | TCLP (mg/L) | 20 x TCLP (mg/kg) |
| Arsenic | 500 | 5.0 | 50 | 5.0 | 100 |
| Chromium (VI) | 500 | 5.0 | 50 | 5.0 | 100 |

Notes:
[a] = "Ten times rule" due to tenfold dilution during the California waste extraction test (CWET). The CWET is only necessary when the metal in soil result exceeds the 10 x STLC value, assuming that 100% extraction of leachable metal is possible.

mg/kg = milligrams per kilogram
mg/L = milligrams per liter
STLC = soluble threshold limit concentration
TCLP = toxicity characteristic leaching procedure
TTLC = threshold limit concentration

Classification as a federal hazardous waste is based on exceedance of the TCLP concentration (also a leachate concentration using deionized water instead of citric acid). A general guideline value for characterizing solid-phase soil samples is a threshold of 20-times the TCLP value: if the concentration in representative bulk waste samples exceeds 20-times the TCLP value, then the samples should be submitted for extraction via the TCLP process. Then, waste-leachate-based results can be compared directly with TCLP standards for classification as a federal hazardous waste.

CWET and TCLP analyses for arsenic were recently conducted on surface and near surface soil samples collected from the areas of highest soil impact. The data indicated that near-surface soil samples collected in the former process area and in the former aboveground storage tank area would be a California Hazardous waste but not a Resource Conservation and Recovery Act (RCRA) waste. It also suggested that soil deeper than 1 foot bgs would be non-hazardous. For samples collected by URS during the 2008 RI (URS, 2008), only one soil sample collected at 2.5 feet bgs (Boring B-1) exceeded the arsenic TTLC (Appendix D). Therefore, while it is assumed that all soils excavated from the top 1 foot will be classified as California hazardous waste, the excavation contractor will collect composite soil samples from the shallow soil stockpile and the deeper soil stockpile to sufficiently characterize the soil prior to disposal. The contractor will conduct TTLC, STLC, and TCLP analyses, as warranted, for waste classification purposes. Waste classification will be established prior to shipping the soil off site.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 5.0
October 2009
Page 5-6

# 5.0 ENGINEERING EVALUATION/COST ANALYSIS (EE/CA)

This engineering evaluation/cost analysis (EE/CA) was conducted for the proposed removal action at the Site in accordance with the EPA guidance, titled *Guidance on Conducting Non-Time-Critical Removal Actions under CERCLA* (EPA, 1993). It was prepared, as part of the RAW developed for the Site, to aid in the evaluation of remediation alternatives for the mitigation of contaminated soils and groundwater at the Site.

The removal action at the Site has been determined to be a non-time-critical removal based on the risk evaluation and Site considerations. The proposed removal action will be conducted consistent with the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) and the National Oil and Hazardous Substances Pollution Contingency Plan (more commonly called the National Contingency Plan [NCP]). Under Title 40 of the Code of Federal Regulations (CFR) 300.415 of the NCP, an EE/CA is required to address the implementability, effectiveness, and cost of a non-time-critical removal action.

This EE/CA will be used as the basis for the planned non-time-critical removal action. As the lead agency, DTSC has final authority of the selected alternative and of overall public participation activities.

## 5.1 REMOVAL ACTION SCOPE

This RAW addresses shallow groundwater with arsenic and Cr(VI) concentrations greater than 10 µg/L. These areas of contamination are shown on Figures 3-1 and 3-2, respectively. Also targeted are shallow soils impacted by arsenic at levels above the cleanup goal of 13 mg/kg. It is expected that remediation of the impacted shallow soils will lead to a rapid decline in groundwater concentration of arsenic and Cr(VI). The soil cleanup goals for the identified COC are as described in Section 4.3.

## 5.2 IDENTIFICATION AND EVALUATION OF REMOVAL ACTION ALTERNATIVES

The first step of the EE/CA process is to identify removal actions that may prevent, minimize, stabilize, mitigate, or eliminate the release or threat of release of a hazardous waste or substance at the Site. Based on historical patterns of remedy selection for sites with similar COCs, the "No Action" alternative and six common alternatives were identified. A screening process was then used to generally evaluate the applicability of options to treat or otherwise remediate the COC that drives risk at the Site, based on EE/CA evaluation criteria (effectiveness, implementability, and relative cost) and DTSC's project guidance (general scientific and engineering evaluation).

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 6.0
October 2009
Page 5-7

## 5.2.1 EE/CA Alternative Evaluation Criteria

The criteria listed below were used during this evaluation process.

## Effectiveness

- Performance and reliability to eliminate or reduce the risk associated with the identified contamination or COCs (in terms of toxicity, mobility, or volume) at the Site.
- Overall protection of public health and the environment.
- Compliance with applicable or relevant and appropriate requirements (ARARs) presented in Section 6.0.
- Long- and short-term effectiveness.
- Reduction of toxicity, mobility, or volume through treatment.
- Ability to meet the RAOs presented in Section 1.1.

## Implementability

- Capability of the alternative with respect to administrative and technical feasibility to Site conditions, e.g., space limitations, equipment availability, resource availability, utility requirements, monitoring concerns, and operations and maintenance (O&M).
- Ability of the alternative to meet applicable federal, state, and local regulations and permitting requirements.
- Ability of the alternative to meet the project schedule and facility operations requirements.

## Cost

- Assess the relative cost of each alternative based on estimated capital cost for construction or initial implementation and ongoing groundwater monitoring costs and O&M costs.

## 5.2.2 Description of Removal Action Alternatives

A screening evaluation was conducted to assess remedial technologies and process options for mitigating the impacted soil present at the Site so that the source of groundwater impact is eliminated. Based on the RAOs presented in Section 1.1, the alternatives discussed below were identified and developed for the proposed removal action at the Site:

REMOVAL-ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 5.0
October 2009
Page 5-8

- No Action
- In Situ Treatment
- Excavation and Off-Site Disposal
- Excavation and Off-Site Disposal with Backfill Treatment
- Excavation, Off-Site Disposal, and Building Demolition
- Excavation, Off-Site Disposal, Building Demolition, and Backfill Treatment

Although a number of other removal action alternatives were considered for application at this Site, they were eliminated based on past experience at other similar sites and/or on scientific consideration and engineering judgment indicating that they would be either ineffective in achieving RAOs, inappropriate technologies for remediating the Site-specific COCs, or could not be implemented in a cost-effective manner (with consideration of the shallow and relatively small volume of impacted soil at the Site).

Biannual groundwater monitoring is a component of all of the alternatives except the No Action alternative. For the cost estimates, it was assumed that biannual monitoring would be conducted on the wells specified in the existing sampling and analysis plan (SAP) (URS, 2009b) for the first five years. After that period, the monitoring program would be optimized for fewer wells and a 46% decrease in annual sampling costs (see spreadsheet in Appendix I). A description and initial screening of the seven alternatives above is presented below.

## Alternative 1: No Action

The No Action alternative would leave the Site as it is. No attempt would be made to remediate the soil and groundwater that has been impacted with arsenic and Cr(VI). Although this alternative will not be effective at meeting the RAOs, it has been retained as a requirement of NCP to serve as a baseline against which the relative benefits of all other alternatives could be compared.

## Alternative 2: In Situ Treatment

A bench scale test of potential amendments for in situ groundwater remediation was conducted in 2001 (Prima Environmental, 2002). The amendments tested during this laboratory experiment included molasses, cheese whey, and Cascade brand calcium polysulfide (Cascade). The results of this test indicated that Cascade would be the most effective amendment for the Site as it would reduce 100% of the Cr(VI) to the much less toxic Cr(III) valent state. It would also likely stabilize arsenic by forming arsenic sulfides that would precipitate out of the groundwater. However, the effectiveness of arsenic treatment is difficult to predict given the 98% reduction in arsenic in the control sample during the bench test. A pilot test may be required prior to full scale implementation. A waste discharge permit would be required prior to the pilot test and full implementation.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 5.0
October 2009
Page 5-9

Significant groundwater monitoring for potential bi-products would be required for both the pilot test and full implementation.

## Alternative 3: Limited Excavation and Off-Site Disposal

**Excavation**: Excavation involves the removal of soil containing COCs where practical without removing the surrounding building. The estimated lateral limits and depths of this excavation are shown on Figure 3-3.

Based on the historical soil sampling results for arsenic and Cr(VI), excavation depth most likely will be an average of 4 feet, going to a depth of 7 feet at several "hot spots," where cleanup goals were exceeded in RI soil samples collected at 5 feet bgs (Appendix D). Approximately 1,364 cubic yards of COC-impacted soil are expected to be removed. Confirmation soil sampling and analysis would be conducted with a field portable x-ray fluorescence (XRF) analyzer and by laboratory analysis to verify that cleanup criteria are met at the excavation bottom and perimeter.

Space constraints inside the building can be overcome without demolishing the building through use of a mini-excavator and small dump truck. The dump truck would be used to transport the soil outside the north end of the building where it would be stockpiled on visqueen pending characterization and transport to an off-site disposal facility. Clean import soil or other fill material will then be transported to the Site for use as backfill for areas where impacted soil was removed. Import soil and/or other fill material would be accompanied by certificates, analytical data, or other supporting documents that indicate the import material is in conformance with cleanup criteria and DTSC requirements presented in Appendix F.

Excavation and soil loading activities may generate fugitive dust emissions. Suppressant water spray and other forms of vapor and dust control would be implemented and workers would be required to use personal protective equipment (PPE) to reduce exposure to dust from contaminated soil. Dust monitoring would be conducted at regular intervals within the work area and upwind and downwind of the work area.

**Off-Site Disposal:** Off-site disposal involves removing impacted soil from the Site and transporting it to an appropriate off-site facility for disposal. An estimated 88% of the soils may be disposed of as non-hazardous waste. Off-site disposal would be an effective means of removing contaminated soil from the Site and the RAOs for soil could be met using this technology. Additional groundwater monitoring would be necessary until groundwater concentrations fall below RAOs.

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 5.0
October 2009
Page 5-10

## Alternative 4: Limited Excavation and Off-Site Disposal with Cascade Treatment

**Excavation/Off-Site Disposal**: This alternative would be the same as the previously described alternative, but with the addition of Cascade treatment to the bottom of the excavation (as described below).

**Cascade Treatment:** Prior to placement of the backfill, Cascade brand calcium polysulfide would be distributed evenly over the bottom of the excavation (approximately 4 feet bgs). The purpose is to help treat/reduce COC concentrations in shallow groundwater that comes in contact with backfill during the winter, when groundwater levels rise to approximately 1 foot bgs. Results of the in situ pilot test indicated that Cascade would be an effective amendment for both reducing Cr(VI) to the much less toxic Cr(III) valent state, and it would stabilize arsenic by forming arsenic sulfides that would precipitate out of the groundwater. Elevated concentrations of sulfides cause groundwater to become yellow and to produce an odor.

## Alternative 5: Building Demolition, Expanded Excavation, and Off-Site Disposal

**Excavation/Building Demolition:** This alternative involves demolishing and off-site disposal of the building covering the proposed excavation area, and excavation of a larger area shown in Figure 3-4. Impacted soil containing COCs above cleanup goals both inside and outside the building footprint would be removed using large excavators and other appropriate soil-moving equipment as described in Alterative 4. The depth of excavations are expected to average 4 feet, going to a depth of 7 feet at the "hot spots," shown on Figure 3-4 where cleanup goals were exceeded in RI soil samples collected at 5 feet bgs (Appendix D). Approximately 1,641 cubic yards of COC-impacted soil would be removed. Additional confirmation soil sampling would be required due to the larger excavation.

**Off-Site Disposal:** Off-site disposal involves removing impacted soil from the Site and transporting it to an appropriate off-site facility for disposal. An estimated 88% of the soils may be disposed of as non-hazardous waste.

All building debris would be transported off site to an appropriate off-site facility for recycling or disposal as appropriate.

## Alternative 6: Building Demolition, Expanded Excavation, Off-Site Disposal, with Cascade Treatment

**Excavation/Off-Site Disposal**: Excavation and off-site disposal would involve removal of soil containing COCs above cleanup goals, using the same equipment/parameters as those for Alternatives 4 through 6.

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 6.0
October 2009
Page 5-11

**Cascade Treatment:** Clean import soil or other fill material will be transported to the Site for use as backfill in areas where impacted soil was removed to bring the surface grade of the excavation back to its original level. Prior to placement, Cascade brand calcium polysulfide would be evenly distributed over the bottom of the excavation to treat any remaining COCs in shallow groundwater that come in contact with backfill during the winter, when groundwater levels rise.

## 5.2.3 Comparative Analysis of Removal Action Alternatives

NCP requires that remedial response actions be screened to eliminate those that do not meet the RAOs, are more difficult to implement, or are much more costly than other alternatives that provide essentially the same level of protection. In this section, the remedial actions presented in Section 5.2.2 are evaluated with respect to effectiveness, implementability, and cost.

## Alternative 1: No Action

The No Action alternative would leave the Site as it is. No attempt would be made to remediate the soil and groundwater that has been impacted with arsenic and Cr(VI).

- **Effectiveness.** This alternative is not effective in meeting the RAOs, and does not comply with the ARARs presented in Section 6.0 because it does not meet the RAO for groundwater.

- **Implementability.** This alternative requires little action to implement from a technical and administrative standpoint. No equipment and no personnel would be necessary for implementation. This alternative, therefore, meets the criteria for technical implementablity. In practice, however, the No Action alternative is expected to have little regulatory or public support, which reduces its implementability score.

- **Cost.** If this option is selected, no new monitoring wells would be installed, and no soil removal would occur. As such, the No Action alternative has no associated costs and meets this criterion.

Although this alternative will not be effective at meeting the RAOs, it has been retained as a requirement of NCP to serve as a baseline against which the relative benefits of all other alternatives could be compared.

## Alternative 2: In Situ Treatment

The results of the bench scale test (Prima Environmental, 2002) indicated that Cascade treatment would be the most effective amendment for the Site as it would both reduce Cr(VI) to the much less toxic Cr(III) valent state and it would stabilize arsenic by forming arsenic sulfides that would precipitate out of the groundwater.

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 6.0
October 2009
Page 5-12

- **Effectiveness.** The effectiveness of arsenic treatment is difficult to predict given the 98% reduction in arsenic in the control sample during this experiment. It is uncertain if the Cascade could be distributed effectively within the impacted aquifer matrix, particularly within shallow soils that are seasonally saturated. A pilot test may be required prior to full-scale implementation. Based on the success of the bench scale test, in situ groundwater remediation with Cascade was retained for further evaluation.

- **Implementability.** A waste discharge permit would be required from the RWQCB-CVR to introduce Cascade into the subsurface. Injection wells and additional monitoring wells would be installed. Additional sampling and monitoring, specific to calcium polysulfide would be required. The attainment of RWQCB-CVR approval would involve a lengthy application process, including the collection of background groundwater samples, a detailed description of the application and monitoring plan, sensitive receptor survey, and a contingency plan to address any potential violations of the RWQCB-CVR guidelines.

- **Cost.** As shown in Table 5-1, there would be significant implementation costs for this alternative due to permitting and performance groundwater monitoring for both the pilot test and for full-scale implementation. Including 10 years of biannual groundwater monitoring and well abandonment, the total cost for this alternative is estimated at $605,330 similar to the cost of Alternative 6.

Because of the relatively high cost and the uncertain effectiveness of this alternative, it is eliminated from further consideration.

## Alternative 3: Limited Excavation and Off-Site Disposal

Excavation would involve the removal of soil containing COCs above cleanup goals within the existing structure, using a mini-excavator, and small dump truck. Off-site disposal would involve transporting stockpiled soil to an appropriate off-site landfill for disposal. An estimated 88% of the soils may be disposed of as non-hazardous waste.

- **Effectiveness.** Limited excavation from within the building excavation and off-site disposal would be an effective means for removing impacted soil from the site. Removal of these contaminated soils would remove the most heavily contaminated soils which are considered an ongoing source of groundwater contamination. This removal is expected to produce significant decreases in groundwater concentrations to the southeast of the former process area where the most significant potential for future groundwater contamination currently exists. RAOs for soil may be met under this alternative; however, additional groundwater monitoring would be necessary until groundwater concentrations fall below RAOs. This alternative will leave some soils in place with contaminants above cleanup goals, but the majority of contaminated soil

would be removed. The soils with contaminants above cleanup goals would be covered to eliminate potential contact with receptors. No amendment would be added to the excavation backfill but could be injected into the backfill at a later date, if necessary.

- **Implementability.** Implementation of the excavation would be difficult due to space constraints inside the building, but this difficulty can be overcome without demolishing the building if a mini-excavator and small dump truck are utilized inside the building. The dump truck would be used to transport the soil outside the north end of the building where it would be stockpiled on visqueen pending characterization and transport to an off-site disposal facility. Clean import soil or other fill material will then be transported to the Site for use as backfill for areas where impacted soil was removed. Dust monitoring and dust control would be required inside and outside the building during the removal action.

- **Cost.** As shown in Table 5-1 at $448,031, this option is the least expensive of the remedial alternatives. The majority of cost consists of long-term groundwater monitoring, well destruction, and disposal of the GWETS.

## Alternative 4: Limited Excavation and Off-Site Disposal with Cascade Treatment

Excavation and off-site disposal would involve removal of soil containing COCs above cleanup goals, using the equipment/ parameters discussed in Alternative 3. Cascade treatment would involve distributing Cascade brand calcium polysulfide product over the bottom of the excavation. The purpose is to help treat/reduce COC concentrations in shallow groundwater that comes in contact with backfill during the winter, when groundwater levels rise.

- **Effectiveness.** Excavation and backfill treatment would be an effective means for removing impacted soil from the Site and would be used in conjunction with appropriate disposal options. Removal of contaminated soils would eliminate the primary source of groundwater contamination; however, some soils with contaminants above cleanup goals would be left in place. The soils with contaminants above cleanup goals would be covered to eliminate potential contact with receptors. The addition of Cascade to the bottom of the excavation is expected to produce more significant decreases in groundwater concentrations than soil removal alone. Results of the in situ pilot test indicated that Cascade would be an effective amendment for reducing Cr(VI) to Cr(III) and precipitating arsenic out of the dissolved phase. RAOs for soil could be met using this technology; however, additional groundwater monitoring would be necessary until groundwater concentrations fall below RAOs.

WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375
Section 5.0
October 2009
Page 5-14

- **Implementability.** This alternative is the same as Alternative 2 except that a waste discharge permit would be required from the RWQCB-CVR to introduce Cascade into the subsurface and additional sampling and monitoring, specific to calcium polysulfide, would be necessary. The attainment of RWQCB-CVR approval is expected to involve a lengthy application process, which would involve collection of background groundwater samples, a detailed description of the application and monitoring plan, sensitive receptor survey, and a contingency plan to address any potential violations of the RWQCB-CVR guidelines.

- **Cost.** As shown in Table 5-1, the long-term cost of this alternative would be approximately 20% more than Alternative 3. This cost increase is related to the additional permitting and monitoring requirements and the cost of the Cascade product.

## Alternative 5: Building Demolition, Expanded Excavation, and Off-Site Disposal

This alternative involves excavation from a larger area to remove all soil in the former process area where arsenic concentrations exceed the cleanup goal of 13 mg/kg, Impacted soil containing COCs above cleanup goals both inside and outside the building footprint would be removed, requiring demolition of the building that covers the former process area. Clean import soil or other fill material would be then transported to the Site for use as backfill for areas where impacted soil was removed.

- **Effectiveness.** The larger excavation option would be potentially more effective for removing impacted soil from the Site, and RAOs for soil could be met using this technology. No amendment would be added to the excavation backfill but could be injected into the backfill at a later date, if necessary.

- **Implementability.** A large-scale excavation would require larger equipment, a longer time frame for project completion, more dust control and monitoring, and greater control over stockpiling soil and building debris so as not to cause cross-contamination or misidentification of hazardous and non-hazardous wastes. However, these difficulties can be overcome with additional funding and proper planning and execution of the removal action.

- **Cost.** As detailed in Table 5-1, the long-term cost of this alternative is estimated to be $518,702, or approximately 16% more than Alternative 3 due to the additional costs for building demolition and costs associated with the larger excavation.

Case 2:14-cv-00595-WBS-JDP   Document 189-12   Filed 08/21/19   Page 43 of 223
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375
Section 5.0
October 2009
Page 5-15

## Alternative 6: Building Demolition, Expanded Excavation, Off-Site Disposal, with Cascade Treatment

This alternative would involve excavation of the larger area of the Site shown on Figure 3-4 using the same equipment/parameters described in Alternative 5. Prior to backfilling, Cascade would be introduced to the bottom of the excavation to treat any remaining COCs in shallow groundwater that come in contact with backfill during the winter, when groundwater levels rise.

- **Effectiveness.** The larger excavation option would be potentially more effective for removing impacted soil from the Site, and RAOs for soil could be met using this technology. The addition of Cascade to the bottom of the excavation is expected to treat the most heavily impacted groundwater at the Site and smear zone, and would potentially reduce the time necessary for groundwater concentrations to fall below RAOs.

- **Implementability.** As mentioned in Alternative 5, implementation of this alternative would require larger equipment and greater control over soil excavation and off-site disposal. As with Alternative 4, introducing Cascade into the subsurface would be require additional time, effort, and funds because RWQCB-CVR approval would be necessary. Additional groundwater monitoring would be necessary for compliance purposes.

- **Cost.** The long-term cost of this alternative is estimated to be approximately $606,702 as shown in Table 5-1. (Although this alternative would potentially produce the most rapid decrease in groundwater concentrations, the additional cost does not appear to be justified based on the recent stability of the groundwater plumes).

## 5.3  Description of Preferred Remedy

Based on the evaluation of the removal action alternatives conducted in Section 5.2, the preferred removal action is Alternative 3, limited excavation and off-site disposal. This option is considered to be the most cost-effective means of removing the source of groundwater contamination and reducing long-term monitoring expenses. A detailed description of the implementation of this alternative is presented in Section 7.0.

## 5.4  Cost of Preferred Remedy

As shown on Table 5-1, the long-term cost associated with the selected alternative is estimated to be $448,031. This estimate includes the $246,000 for groundwater monitoring over a 10-year period, $29,000 for a removal action report, and $41,710 for well abandonment and demolition of the existing GWETS. The remaining upfront costs are associated with the soil excavation and disposal and confirmation soil sampling.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

TABLE 5-1

Alternative Cost Estimate Summary

| Activity | Alternative 2: In Situ Treatment with Cascade | Alternative 3: Limited Excavation and Off-Site Disposal | Alternative 4: Limited Excavation and Off-Site Disposal with Backfill Treatment | Alternative 5: Expanded Excavation, Disposal, and Building Demolition | Alternative 6: Expanded Excavation, Disposal, Building Demolition, and Backfill Treatment |
|---|---|---|---|---|---|
| Pilot Test | $121,600 | N/A | N/A | N/A | N/A |
| Building demolition | N/A | N/A | N/A | 14,100 | 14,100 |
| In situ treatment with Cascade with permitting | $95,000 | N/A | N/A | N/A | N/A |
| Excavation and backfill | N/A | $53,776 | $53,776 | $78,657 | $78,657 |
| Disposal of debris and contaminated soil | $4,000 | $65,843 | $65,843 | $90,573 | $90,573 . |
| Backfill treatment with Cascade with permitting | N/A | N/A | $23,000 | N/A | $23,000 . |
| Dust monitoring | N/A | $6,140 | $6,140 | $6,140 | $6,140 |
| Confirmation sampling and analysis | N/A | $5,562 | $5,562 | $6,522 | $6,522 |
| Treatment system demolition and disposal | $10,730 | $13,710 | $13,710 | $13,710 | $13,710 |
| Removal action report | $35,000 | $29,000 | $34,000 | $35,000 | $40,000 |
| Groundwater monitoring for Cascade byproducts | $60,000 | N/A | $60,000 | N/A | $60,000 |
| Biannual groundwater monitoring and reporting (10 years, 20 events) | $246,000 | $246,000 | $246,000 | $246,000 | $246,000 |
| Well abandonment | $33,000 | $28,000 | $28,000 | $28,000 | $28,000 |
| **Total** | **$605,330** | **$448,031** | **$536,031** | **$518,702** | **$606,702** |

Notes:
All costs include a 6% markup of subcontractor fees and materials.
Cost details are presented in Appendix I.

Case 2:14-cv-00595-WBS-JDP    Document 189-12    Filed 08/21/19    Page 45 of 223
REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375
Section 6.0
October 2009
Page 6-1

# 6.0 APPLICABLE OR RELEVANT AND APPROPRIATE REQUIREMENTS

Previous investigations of the Site indicate the presence of COCs in soil and groundwater exceeding the Site-specific cleanup goals as approved by DTSC. The preferred removal action has been determined to be soil excavation with off-site disposal, combined with continuation of the groundwater monitoring program described in the Groundwater SAP (URS, 2009b). This section discusses the ARARs for the proposed soil excavation and off-site disposal.

## 6.1 PUBLIC PARTICIPATION

Public participation activities for the removal action are outside URS' scope of work under its contract with DTSC. All public participation activities will be conducted by DTSC directly.

## 6.2 CALIFORNIA ENVIRONMENTAL QUALITY ACT (CEQA)

Preparing documents to comply with the California Environmental Quality Act (CEQA) as it relates to the removal action is outside URS' scope of work under its contract with DTSC. CEQA-compliance activities will be conducted by DTSC in conjunction with public participation activities prior to approval of the draft RAW as final.

## 6.3 HAZARDOUS WASTE MANAGEMENT

Elevated levels of arsenic and Cr(VI) have been detected in the Site soil. Based on the limited amount of soil analytical data, approximately one-half of the upper 1 foot of soil or 12% of the soil is assumed to be a RCRA hazardous waste.

On July 8, 2009, URS collected three surface soil samples from the portions of the site where the highest levels of COCs were previously reported. In addition, one soil sample was collected from a depth of 1.5 feet bgs. These samples were analyzed by CWET to estimate the waste category of the excavated soils as discussed in Section 4.4.. Excavated soils will be segregated into presumed hazardous and non-hazardous stockpiles based on XRF screening for total arsenic. Composite soil samples will then be collected from the soil stockpiles and analyzed for total arsenic and Cr(VI). Any composite stockpile soil samples exceeding the TTLC concentration for any COC will be analyzed for that COC by CWET. If the CWET data indicate the soil exceeds STLC levels, it will be classified as a California hazardous waste. Any soils classified as California Hazardous waste will then be tested by the TCLP method to determine if they are RCRA waste.

The Site EPA ID number (CAD000627109) will be used for proper management of all soil transported off site for disposal. Compliance with the DTSC requirements of

hazardous waste generation, temporary on-site storage, transportation, and disposal is required. Any container used for on-site storage will be properly labeled with a hazardous waste label. Within 90 days after its generation, the hazardous waste will be transported off site for disposal. Any shipment of hazardous wastes in California will be transported by a registered hazardous waste hauler under a uniform hazardous waste manifest. Land ban requirements will also be followed as necessary.

## 6.4  YOLO/SOLANO COUNTY AIR QUALITY MANAGEMENT DISTRICT

The Yolo/Solano County Air Quality Management District (YSAQMD) has one regulation, Regulation 8, that addresses dust generated by excavations. The applicable rules of this regulation are 8021, 8031, 8041, and 8051. The text of these rules is available at the YSAQMD Web site (www.ysagmd.org).

Several elements of Regulation 8 have been incorporated into this RAW. Given the limited scale of the excavation, submittal of a dust suppression plan to YSAQMD is not required. In addition, an authority to construct (ATC) permit is not required. There are no other permits required in Solano County for dust suppression. However, dust control measures and track-out prevention will be implemented on Site to prevent off-site contamination as outlined in the dust control plan (Section 7.5) and the transportation plan (Section 7.7). An air monitoring plan is outlined in Section 7.4.

## 6.5  HEALTH AND SAFETY PLAN (HASP)

All contractors will be responsible for operating in accordance with the most current California Occupational Safety and Health Administration (Cal-OSHA) regulations including California Code of Regulations, Title 8, Section 5192. A Site-specific health and safety plan (HASP) is included as Appendix G.

## 6.6  QUALITY ASSURANCE PROJECT PLAN (QAPP)

Quality assurance/quality control measures that will be used during project execution are documented in the Quality Assurance Project Plan (QAPP) included as Appendix H. The QAPP will assure that Site field and analytical data collected meet project data quality objectives and RAOs to support decisions for development of the Site as a residential/agricultural property.

## 6.7  REGIONAL WATER QUALITY BOARD

If it becomes desirable to use calcium polysulfide as a polishing step to further reduce groundwater concentrations of COCs, a notice of intent will be submitted to the RWQCB-CVR and the applicable waste discharge requirements outlined in RWQCB-CVR Order R5-2008-0149 will be followed.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Case 2:14-cv-05635-WBS-JDP   Document 189-12   Filed 08/21/19   Page 47 of 223

Section 6.0
October 2009
Page 6-3

## 6.8 OTHERS

All necessary permits and approvals identified in this RAW will be obtained prior to any removal activities. Upon approval from DTSC, removal activities will be performed by a California-certified contractor with oversight from a California-registered geologist or professional civil engineer.

If a previously unidentified environmental concern is discovered at any time during the remediation process, the contractor shall cease all activities at the Site, notify DTSC, and take necessary response actions as required by DTSC.

REMOVAL ACTION WORK PLAN Case 2:14-cv-00595-WBS-JDP   Document 189-12   Filed 08/21/19   Page 48 of 223 Section 7.0
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

October 2009
Page 7-1

# 7.0 REMOVAL ACTION IMPLEMENTATION

Based on the EE/CA presented in Section 6.0, the most effective removal action has been determined to be Alternative 3, consisting of the limited soil excavation and off-site disposal. The project proponent for this removal action is DTSC. Upon receipt of DTSC's formal notice to proceed, removal activities will be performed by a California-certified contractor with oversight of a California-registered geologist or professional Civil Engineer, both to be hired by DTSC.

All removal, transportation, and disposal will be performed in accordance with all applicable federal, state, and local laws, regulations, and ordinances. Field operations shall follow the suggested operational guidelines to prevent cross-media transfer of contaminants, as specified in *Best Management Practices (BMP) for Soils Treatment Technologies* (EPA 530-R-97-007).

The removal action is expected to begin in fall 2010. Field activities are expected to last approximately three weeks. Figure 3-3 illustrates the planned excavation areas.

## 7.1 FIELD DOCUMENTATION

DTSC's contractor will be responsible for maintaining a field logbook during the removal action activities. The field logbook will serve to document observations, personnel on Site, equipment arrival and departure times, and other vital project information.

### 7.1.1 Field Logbooks

Field logbooks will document where, when, how, and from whom any vital project information was obtained. Logbook entries will be complete and accurate enough to permit reconstruction of field activities. Logbooks will be bound with consecutively numbered pages. Each page will be dated and the time of entry noted in military time. All entries will be legible, written in black or blue ink, and signed by the individual making the entries. Language will be factual, objective, and free of personal opinions or other terminology, which might prove inappropriate. If an error is made, corrections will be made by crossing a line through the error and entering the correct information. Corrections will be dated and initialed. No entries will be obliterated or rendered unreadable.

Entries in the field logbook will include at a minimum the following for each fieldwork date:

- Site name and address
- Recorder's name
- Team members and their responsibilities

WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 3.0
October 2009
Page 7-2

- Time of site arrival/entry on site and time of site departure
- Other personnel on site
- A summary of any on-site meetings
- Quantity of impacted soils (in terms of RCRA hazardous wastes, non-RCRA hazardous waste, and non-hazardous wastes) excavated
- Quantity of impacted soils (in terms of RCRA hazardous wastes, non-RCRA hazardous waste, and non-hazardous wastes) temporarily stored on site
- Quantity of excavated soils and other refuse in truckloads (in terms of RCRA hazardous wastes, non-RCRA hazardous waste, and non-hazardous wastes) transported off site
- Names of waste transporters and proposed disposal facilities
- Copies or numbers of manifests or other shipping documents (such as bill of landing) for waste shipments
- Quantity of import fill material in truckloads
- Deviations from this RAW and Site HASP
- Changes in personnel and responsibilities as well as reasons for the changes
- Levels of safety protection
- Equipment model, serial number, and calibration readings for any equipment used

At a minimum, the following information will be recorded during the collection of each sample:

- Sample ID number
- Sample location and description
- Site sketch showing sample location and measured distances
- Sampler's name(s)
- Date and time of sample collection
- Designation of sample as composite or grab
- Type of sample (i.e., matrix)
- Type of preservation
- Type of sampling equipment used
- Field observations and details important to analysis or integrity of samples (e.g., heavy rains, odors, colors, etc.)

- Instrument readings (e.g., XRF or photoionization detector [PID], etc.)
- Transport arrangements (courier delivery, lab pickup, etc.)
- Recipient laboratory(ies)

## 7.1.2 Chain-of-Custody Records

Chain-of-custody records are used to document sample collection and shipment to laboratory for analysis. A chain-of-custody record will accompany all sample shipments for analyses. Form(s) will be completed and sent with the samples for each laboratory and each shipment. If multiple coolers are sent to a single laboratory on a single day, chain-of-custody form(s) will be completed and sent with the samples for each cooler. The chain-of-custody record will identify the contents of each shipment and maintain the custodial integrity of the samples. Generally, a sample is considered to be in someone's custody if it is either in someone's physical possession, in someone's view, locked away, or kept in a secured area that is restricted to authorized personnel. Until receipt by the laboratory, the custody of the samples will be the responsibility of the sample collector. Chain-of-custody procedures are further discussed in the QAPP.

A self-adhesive custody seal will be placed across the lid of each sample. For volatile organic compound (VOC) samples, if any, the seal will be wrapped around the cap. The shipping containers in which samples are stored (usually sturdy picnic cooler or ice chest) will also be sealed with self-adhesive custody seals any time they are not in someone's possession or view before shipping. All custody seals will be signed and dated.

## 7.1.3 Photographs

Photographs will be taken at excavation areas, sample locations, and other areas of interest on site, as necessary to verify information entered in the field logbook. When a photograph is taken, the following information will be written in the logbook or will be recorded in a separate field photography log:

- Time, date, location, and, if appropriate, weather conditions
- Description of the subject photographed
- Name of person taking the photograph

## 7.2  SITE PREPARATION AND SECURITY MEASURES

Prior to equipment mobilization for the proposed removal action Site preparation activities may include Site inspections, demarcation of excavation areas, utility connections or disconnections, installation of ventilation fans, and installation of appropriate barriers, as necessary.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 7.0
October 2009
Page 7-4

## 7.2.1 Delineation of Excavation Areas

The lateral limits of all excavations will be delineated by DTSC's contractor, before commencement of removal activities. The areas to be excavated shall be called the "excavation areas" and they will be marked (as the exclusion zones) in the field by DTSC's contractor with stakes and/or high-visibility paint and/or high-visibility ribbon, whichever is appropriate.

## 7.2.2 Utility Clearance

Clearance of remaining utilities and other hazardous underground obstacles will be performed prior to initiating any soil intrusion or subsurface investigation activities. Such possible obstacles may include water, electrical, gas, communication cable, phone cable, TV cable, and sewer lines. At a minimum, the utility clearance will include a two-week notification of the local utility providers, a one-week notification of Underground Services Alert (USA) and a geophysical survey by a private utility locator. Isolation of the on-site utilities by the various providers will be verified (lock-out/tag-out or physical disconnection).

## 7.2.3 Security Measures

To ensure trespassers or unauthorized personnel are not entering work areas, security measures may include, but are not limited to:

- Posting notices directing visitors to the Site manager.
- Maintaining a visitor's log. Visitors must have prior approval from the Site manager to enter the Site. Visitors shall not be permitted to enter the Site without first receiving Site-specific health and safety training from the Site safety coordinator.
- Maintaining the existing security fence that surrounds the perimeter of the property.
- Locking all site access gates at the conclusion of each work day.

Persons requesting site access will be required to demonstrate a valid purpose for access and provide appropriate documentation to demonstrate they have received proper training required by the Site-specific HASP (see Appendix G).

## 7.2.4 Contaminant Control

Prior to beginning the overall excavation process, nearby residents will be notified of the upcoming work. Dust-generating work will be performed only between the hours of 7:00 a.m. to 5:00 p.m. As described in Section 7.5, water will be applied as necessary for dust suppression. As described in Section 7.4, air monitoring at the fence line of the

Case 2:14-cv-00595-WBS-JDP   Document 189-12   Filed 08/21/19   Page 52 of 223
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 7.0
October 2009
Page 7-5

Site will be performed during excavation to assess whether substantial off-site migration of the COC in airborne dust is occurring. Excavation work will be stopped if the air-monitoring action levels are exceeded.

## 7.2.5 Permits and Plans

As discussed in Section 6.7, all necessary permits or approvals will be obtained prior to the implementation of excavation.

## 7.3 DEBRIS REMOVAL AND EXCAVATION

Properly trained and equipped hazardous waste workers will complete all fieldwork. Soil will be removed with backhoes, shovels, or other types of earth-moving equipment, as necessary. While no sensitive receptors are immediately adjacent to the Site, excavation areas will be controlled to avoid dust generation with soil wetting and air monitoring (at property perimeter and work area). Each excavation area will be secured, and water will be used to control any fugitive dust from blowing onto other properties. The Site will be controlled, and no excavation will be conducted in times of high wind conditions (e.g., wind speed in excess of 25 mph).

## 7.3.1 Confined Space Entry Requirements

For the proposed removal action, confined-space entry procedures do not apply. In general, excavations deeper than 4 feet will not be entered. Confirmation samples from these excavations will be obtained from the excavator bucket. In the event that compliance is necessary, the Site-specific HASP (Appendix G) will be updated.

## 7.3.2 Soil Staging and Storage Operations

Excavated soils will be moved to a soil staging area located on the asphalt outside the building to the northeast of the excavation. The soil staging process will be monitored to ensure that excessive dust is not created. The staging area will be a designated section of the existing on-site pavement. At the staging area, excavated soil will be covered with tarps or other proper materials to minimize any run-off and/or dust generation. As an alternative, excavated soils may be placed in covered roll-off bins.

The temporary on-site storage of excavated soil wastes will be secured and properly labeled with hazardous waste signs until off-site transportation and disposal are ready for loading. The goal will be to haul staged soils to the disposal facility within three working days, and no more than five working days.

WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375
Section 7.0
October 2009
Page 7-6

### 7.3.3 Waste Segregation Operations

The top 1 foot of soil from the Site will be stockpiled separately from the deeper soil in an attempt to minimize the amount of hazardous waste generated. The contractor will collect the appropriate number of composite soil samples from each of the soil stockpiles, as discussed in Section 7.6. Soils will then be loaded onto a dump truck or picked up in the roll off bin and transported to an appropriate off-site disposal facility.

### 7.3.4 Decontamination Procedures

Entry to the contaminated areas will be limited to avoid unnecessary exposure and related transfer of contaminants. Following is the procedure to be used to decontaminate equipment or trucks in a designated decontamination area before leaving the Site.

All equipment or trucks that come into contact with potentially contaminated soil or water will be decontaminated to assure the quality of samples collected and/or to avoid cross contamination. Disposable equipment intended for one time use will not be decontaminated, but will be packaged for appropriate disposal. Decontamination will occur prior to and after each designated use of a piece of equipment or truck. All excavating, transporting, and storage devices used will be decontaminated by steam cleaning.

All sampling equipment used will be decontaminated using the following procedures:

- Non-phosphate detergent and tap water wash, using a brush if necessary.
- Tap-water rinse.
- Initial deionized/distilled water rinse.
- Final deionized/distilled water rinse.

Equipment will be decontaminated in pre-designated areas, to be laid out on existing pavement. Water used for decontamination will be collected in drums, analyzed, and shipped off site to an appropriate destination.

### 7.3.5 Debris Removal and Excavation Plan

The excavation will include all areas indicated on Figure 3-3. Prior to any excavation, all concrete walls, steel pipe, and concrete ground cover will be removed from the excavation area. All debris shall be segregated in two categories (concrete and other debris) prior to off-site disposal.

An estimate of the limits of the proposed excavation based on the RI results (URS, 2008) is shown on Figure 3-3. To guide the excavation, the removal of contaminated

REMOVAL ACTION WORKPLAN Case 2:17-cv-00653-WBS-JDP   Document 189-12   Filed 08/21/19   Page 54 of 223 Section 7.0
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375
October 2009
Page 7-7

soil will be conducted in "lifts" of 1 foot deep to the desired depth (e.g., 1 foot or 2 feet) at each identified excavation area, using a backhoe, bulldozer or excavator. Confirmation soil samples will be collected from the bottom and perimeter of the excavation at 20-foot centers on the floor and every 20 linear feet along the perimeter. Perimeter samples will be collected at depths of 1 foot bgs to assess whether the soil containing the COC at a concentration exceeding the cleanup goals has been removed. If a confirmation sample contains the COC at a concentration exceeding the cleanup goals, an extra foot of soil will be excavated from the side or bottom of the location where the confirmation sample was collected until the cleanup goals are met or the presence of groundwater or lateral obstructions prevent further excavation.

## 7.4  AIR AND METEOROLOGICAL MONITORING

This section details the air and meteorological monitoring strategy and methodologies that will be used during the soil removal action.

- Meteorological Monitoring (Wind).

## 7.4.1 Air Monitoring

Air monitoring will be performed during all soil-moving activities in which contaminated or potentially contaminated materials are being disturbed or handled. DTSC's contractor will staff the Site with an air monitoring/health and safety professional whose responsibilities will include:

- Monitoring dust levels in the exclusion zone and other locations. The Site air monitoring professional will have the authority to stop work in the event that on-site activities generate dust levels that exceed the Site or community action levels (see Table 7-2 below). No specific regulatory wind velocity restrictions for soil excavation in the subject area were found to exist. However, a self-imposed action level for cessation of work will be set at a sustained wind velocity of 25 mph, as recommended by DTSC. The air-monitoring professional will monitor on-site meteorological instrumentation and coordinate with off-site meteorological professionals to identify these conditions.

- Assure that all real-time aerosol monitors, and industrial hygiene air sampling equipment and media are properly calibrated and in good working condition. Real-time, data-logging aerosol monitors (personal data ram) will be used, when required, to measure dust levels. Real-time information will be posted daily, and discussed with Site workers. As discussed below, measuring dust levels will provide adequate protection against arsenic at this Site, based on the concentrations of the COC found in soil samples.

- Coordinate general site safety activities including all daily hazard communication, safety practices and procedure briefings.

- Oversight of personal decontamination practices.

- General site safety leadership, support and recordkeeping activities.

## Air Monitoring Strategy and Methodologies

DTSC's contractor will monitor dust levels as specified in Table 7-1.

### TABLE 7-1

### Air Quality Monitoring Strategy

| Sample Type/Location | Monitor / Sample Technique | Analyte (Method) | Frequency |
|---|---|---|---|
| Background Monitoring - Site Perimeter (fence-line) | Mini-Vol | Total particulate (NIOSH 0500) Metals (NIOSH 7300) (including, but not limited to, arsenic) | Prior to beginning field activities to determine airborne background concentrations. 1 day at 5 samples/day 1 downwind, 1 upwind, 1 to be determined. |
| Excavation and Soil Loading Activities (inside and outside of the building) | Mini-Vol | Total particulate (NIOSH 0500) Metals (NIOSH 7300) (including, but not limited to, arsenic) | During initial field activities that will generate elevated dust emissions due to field activities. 6 days at 3 samples/day 2 downwind, 1 upwind, 1 to be determined. |

Criteria Descriptions:
[1] Total Particulate: a maximum of 8 milligrams per cubic meter (mg/m$^3$) of dust to is allowed for personal exposure based on the occupational health criteria and the highest known concentration of arsenic in the soil.
*   The highest arsenic concentration was reported during the 2008 RI was 610 milligrams per kilogram (mg/kg). It is assumed that dust will be generated only during Site activities, and Site activities will occur approximately eight hours per day. Assuming a constant contaminant level of 610 mg/kg, and a 8-hour release, it can be calculated that dust emissions should be maintained at or below 8 mg/m$^3$ to keep emissions below the arsenic California Permissible Exposure Level (PEL) of 0.01 mg/m$^3$.


Remediation is scheduled to begin in late 2009. The background air-sampling program will begin approximately one day before remediation to collect five hourly background samples. Site air monitoring will continue throughout the entire remediation program as described below. The background sampling program will include setup of the MET station and initiation of monitoring of Site-specific meteorological conditions, and setup, calibration, and start of background monitoring using the MiniVol air samplers. Background sampling will be conducted for one day to assess particulate and metals concentrations present in the ambient air in the absence of remediation activities.

Case 2:05-cv-03616-WBS-JDP  Document 189-12  Filed 08/21/19  Page 56 of 223

During the first week of active remediation, routine air quality monitoring will take place daily for three consecutive days. If results indicate no migration of pollutants occurring off site, monitoring events will be reduced to twice per week, or until a change in Site activities. Sampling conducted during remediation activities will be conducted for 8 to 10 hours, encompassing the actual construction work hours. Table 7-1 provides additional details regarding the monitoring/sampling schedule. The sampling frequency will be adjusted as necessary, in consultation with DTSC, based on Site conditions and newly available data.

Arsenic is the primary COC in Site soil. Arsenic occurs as either particulate or adsorbed to particulates, thus DTSC's contractor will focus on collection and analysis of airborne dust levels and concentration of arsenic associated with dusts generated by removal activities. As specified in the HASP (Appendix G), the excavation contractor will base site safety procedures, including dust control measures, on the action levels specified in the chart below.

### TABLE 7-2

### Exposure Guidelines for Site Chemical Hazards

| Chemical Name | Odor Threshold | CAL/OSHA PEL[a] | ACGIH TLV[b] | Site Action Levels [c] |
|---|---|---|---|---|
| Total Dust | Not listed | 10 mg/m$^3$ | 10 mg/m$^3$ | 5.0 mg/m$^3$ |
| Arsenic | Not listed | 0.01 mg/m$^3$ | 0.01 mg/m$^3$ | 0.005 mg/m$^3$ |

Notes:
[a] Permissible Exposure Limits (Cal/OSHA Article 107, Table AC1)
[b] 1990-1991 Threshold Limit Values for Chemical Substances and Physical Agents and Biological Exposure Indices, American Conference of Governmental Industrial Hygienists (ACGIH)
[c] Site action level is calculated as 50% of threshold limit value or PEL (as measured by National Institute for Occupational Safety and Health methods), whichever is lower. If an action level is met or exceeded, then additional dust mitigation measures will be implemented. If the Site air contaminants cannot be controlled reliably within 15 minutes, all work will cease and a certified industrial hygienist will be consulted. If one or more Site action levels for dust or arsenic are exceeded on the integrated air monitors, a certified industrial hygienist will be immediately consulted. Refer to Table 7-1 as it provides the justification of the site action levels and the protection of receptors. See Appendix G for use of respirators if concentrations exceed Site Action Levels.

ACGIH = American Conference of Governmental Industrial Hygienist
CAL/OSHA = California Department of Industrial Relations, Division of Industrial Occupational Health and Safety
mg/m$^3$ = milligrams per cubic meter
PEL = Permissible Exposure Limits
TLV = Threshold Limit Values

## 7.4.2 Meteorological Monitoring

On-site ambient weather conditions (wind speed and direction, and relative humidity) will be monitored by an on-site meteorological station.

REMOVAL ACTION WORK PLAN
Case 2:21-cv-00506-WBS-JDP   Document 189-12   Filed 08/21/19   Page 57 of 223
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 7.0
October 2009
Page 7-10

On-site meteorological monitoring will be performed simultaneously with the excavation activities to ensure all necessary precautions have been taken. Detailed information is described in the Site-specific HASP (see Appendix G).

## 7.5  DUST CONTROL PLAN

If required, in consultation with DTSC, the contractor will implement appropriate procedures to control the generation of airborne dusts by soil removal activities. Such procedures will include but will not be limited to the following:

- The Site air monitoring professional will monitor dust levels in the locations outlined in Section 7.4. The Site air monitoring professional will have the authority to stop work in the event of that on-site activities generate dust levels in excess of the on-site (5.0 milligrams per cubic meter [$mg/m^3$]) or community/fence line (50 micrograms per cubic meter [$\mu g/m^3$]) action levels. Liberation of dust during the removal operations will be minimized as necessary with the use of water as a dust suppressant. The water will be available via a metered discharge from a fire hydrant located proximate to the Site. Should the hose cause a hazard when laying across the street, site personnel can use a portable water tank as an alternate source of water that can provide sufficient pressure and an acceptable flow rate for dust suppression. The contractor will control dust generation by spraying water prior to daily work activities, during excavation/loading activities (as necessary to maintain concentrations below action levels), and at truck staging locations. Watering equipment will be continuously available to provide proper dust control.

- If required, the air monitoring professional will monitor on-site meteorological instrumentation to identify conditions that require cessation of work. All removal activities will cease in the event wind conditions impede dust control.

- The water used for dust suppression may be from the fire hydrant located across the street or from a portable water tank with sufficient pressure to provide water with an acceptable flow rate. At a minimum, one PDM-3 Miniram or equivalent will be placed upwind to monitor background, and a second device will be placed downwind of soil stockpiling and loading activities to provide "worst-case" dust concentrations on the Site. These instruments will be calibrated daily, and monitoring information will be posted daily and discussed with site personnel. The monitors will be set to log dust levels over 5-minute periods and will be read visually every 15 minutes. In consultation with DTSC, the frequency may be changed based on Site conditions and newly available data. Site workers will use half-face respirators with appropriate cartridge in the event particulate concentrations exceed 5 $mg/m^3$ (see Appendix G).

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 7.0
October 2009
Page 7-11

Case 4:11-cv-00335-WBS-JDP   Document 189-12   Filed 08/21/19   Page 58 of 223

## 7.6  CONFIRMATION SOIL SAMPLING

Once excavated to the planned depth, confirmation soil samples will be collected from the bottom and sidewalls of each excavation area to verify contaminant removal. Samples will be collected from the bottom center of the excavation every 20 feet (10 samples). Sampling of the sidewalls will be conducted at a frequency of one sample per 20 feet (25 samples).

Samples will be field screened for arsenic using a multi-element low-energy XRF analyzer. The field screening will be conducted by DTSC personnel familiar with the use of the instrument. Additional confirmation sampling will be implemented if any visually impacted soil is encountered at excavation depth. Confirmation soil samples will be compared to the cleanup goals on a dry-weight basis. If the field screening results exceed two times the soil cleanup goals (26 mg/kg) at a sample location the excavation will be expanded, if practical, by 1 foot. This process will be repeated until the cleanup goals are met (from any sidewall sample and/or final bottom sample) or as otherwise dictated by groundwater levels or other facility constraints. Final confirmation soil samples will be collected from 1 foot bgs every 20 linear feet along the perimeter and on 20-foot centers from the bottom of the excavation for laboratory analysis of arsenic (and Cr(VI) for selected samples).

Confirmation soil samples will be collected directly into sampling jars, thereby reducing the amount of sampling equipment which will significantly reduce the possibility of cross-contamination. The samples will be stored on site in a cooler filled with ice or Blue Ice prior to delivery to a California-certified laboratory. All confirmation soil samples will be analyzed for arsenic, using the analytical methods set forth in the QAPP. Soil samples collected from the bottom of the excavation and selected samples from the sidewalls will also be analyzed for Cr(VI). DTSC will determine in the field which sidewall samples to analyze for Cr(VI) based on the XRF screening data.

Samples will be delivered to the lab no later than the morning of the day following collection. The samples will be secured under proper chain-of-custody documentation and hand delivered to the laboratory.

## 7.7  TRANSPORTATION PLAN FOR OFF-SITE DISPOSAL

The waste material will be profiled and landfill approval will be received prior to transportation and disposal. Based on the analytical results gathered, the soil excavated from the Site during the removal action will be handled, transported, and disposed of as either RCRA-hazardous waste, California-hazardous waste, or non-hazardous waste.

Final determination of the landfill used for disposal will be based on approval from the landfill. Once the disposal facility is selected, copies of waste profile reports used to secure disposal permission from the landfill will be provided to DTSC. In addition,

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 7.0
October 2009
Page 7-12

compliance with the land disposal restrictions and land ban requirements for hazardous wastes will be documented and provided to DTSC once it is determined which disposal facility will be used. DTSC will sign each manifest as the generator and the EPA ID number for the Site will be provided on each manifest.

Detailed information on waste transportation and disposal is described in the Transportation Plan (see Appendix I).

## 7.8  BACKFILL AND SITE RESTORATION

All excavations will be backfilled with clean fill material. The DTSC fact sheet regarding import fill material is presented in Appendix F. An off-site source of clean backfill material has not been identified. These soils will be appropriately tested before excavation activities commence.

### 7.8.1 Load Checking

Evaluation of the import soils for presence of contaminants must be concluded prior to their consideration for use as replacement fill at the Site. Only soils which meet DTSC criteria will be transported to the Site (see Appendix F).

All loads of imported fill will be checked by XRF and organic vapor analyzer for each truckload entering the Site, and by visual screening for fuel/hydraulic oil leaks (or other staining) at the working face.

### 7.8.2 Diversion of Unacceptable Borrow

If loads containing unacceptable materials (exhibiting staining or detectable VOCs) are dumped, transporters of the unacceptable loads will be stopped before leaving the Site.

Equipment operators will watch for evidence of contaminated imported fill in loads being dumped at the working face. If contaminated soils are found or suspected, the imported fill soils are to be isolated. The hauler of the prohibited materials will be identified, and the Site manager will be contacted to determine what appropriate actions will be taken.

Segregated, improper materials will be removed from the working face immediately. These materials will be reloaded to the transporter's vehicle when possible or stockpiled in an appropriate area for later removal by a properly licensed waste hauler.

### 7.8.3 Documentation of Rejected Loads

All loads which enter the Site and are subsequently rejected will be recorded. Data compiled will include when the incident occurred, the hauler's name, the reason the load was rejected, whether the load was dumped prior to rejection, and what steps were

REMOVAL ACTION WORKPLAN
Case 2:17-cv-00893-WBS-JDP   Document 189-12   Filed 08/21/19   Page 60 of 223
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 7.0
October 2009
Page 7-13

taken to remove the rejected material. Additional data may be recorded as deemed necessary for the particular situation. The Site has sufficient paved areas which can serve as temporary storage area for unacceptable materials, pending removal by the original transporter or a properly licensed waste hauler. These loads will be stored solely for the length of time required to enlist the services of a licensed waste hauler for their removal.

## 7.8.4 Backfilling Procedures

The pit will be backfilled with clean imported soil. The soil will consist of soft loam that can be easily distributed with a mini-excavator being deposited with a dump truck. The deepest (7 foot) portions of the excavation will be filled up to the level of the remainder of the excavation (4 feet). Next, the remainder of the excavation will be backfilled working from south to north in 2-foot lifts. As soil is added, it will be partially compacted with the wheels of the excavator. Full compaction is not necessary for the site as there are no plans for development. Finally, the surface will be covered with a gravel road base or chip seal.

## 7.9  PERFORMANCE GROUNDWATER MONITORING

If it becomes necessary to inject Cascade into the backfill of the excavation at a later date, a performance monitoring program will be implemented to evaluate the downgradient effects of the Cascade on shallow groundwater. Under this program, wells EX and E21 would sampled for the following parameters on a quarterly basis:

- Nitrate, nitrite, chloride, and sulfate by EPA Method E300
- Sulfide by EPA Method E376.2
- TDS by EPA Method E160.1
- Dissolved CAM 17 Metals by the EPA Method 6010B (filtered)

These data would be reviewed by a URS chemical engineer to evaluate the performance of the reagent, and to determine whether Cascade additions (injections) or other measures would be appropriate for the Site.

## 7.10 VARIANCE

As field conditions may vary, it may become necessary to implement minor modifications to soil removal activities as presented in this RAW. Field personnel will notify the project manager when deviations from this RAW are necessary. DTSC will be notified of the modification immediately, and a verbal or written approval will be obtained from DTSC before implementing the modifications, as appropriate. Modifications to the approved RAW will be documented in the field logbook and in the Report of Completion for this RAW.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 8.0
October 2009
Page 8-1

Case 2:74-cv-00285-WBS-JDP   Document 189-12   Filed 08/21/19   Page 61 of 223

# 8.0 PROJECT SCHEDULE AND REPORT OF COMPLETION

DTSC is prepared to proceed with removal activities upon receiving approval of the appropriate funding and completion of public participation and CEQA activities. The removal excavation, scheduled to begin in fall 2009, will focus on excavation, confirmation sampling, and off-site disposal.

Table 8-1 indicates the anticipated schedule of implementation and subsequent reporting for this project. A Report of Completion, documenting all activities conducted pursuant to an approved RAW and certifying that all activities have been conducted consistent with this RAW, will be prepared as expeditiously as possible upon completion of the removal action and submitted to DTSC for review and approval.

## TABLE 8-1

### Schedule of Tasks

| Task | Days to Complete | Cumulative Days | Notes |
|---|---|---|---|
| 1. Draft Work Plan Review | 20 | 20 | Submitted to DTSC in June 2009. |
| 2. Draft Final Work Plan Preparation | 20 | 40 | |
| 3. Draft Final Work Plan Review | 10 | 50 | Available for public review November 2009. |
| 4. CEQA | 44 | 94 | Public review. |
| 5. Final Work Plan Preparation | 10 | 104 | Includes any public comments. |
| 6. Final Workplan Approval | 14 | 118 | |
| 7. Field Preparation | 8 | 126 | Coordinate waste stream approval. |
| 8. Field Implementation | 20 | 146 | Anticipated fall 2010 during low water levels. |
| 9. Data Compilation | 20 | 166 | Data review and presentation. |
| 10. Reporting | 40 | 206 | A draft completion report is submitted. |

Note: Numbers are calendar days beginning June 1.

REMOVAL ACTION WORKPLAN
FRESNO BATTERY EXCHANGE SITE
URS Corporation Americas
Contract No. 01-T2304/Task Order No. 1-304-1.0-101375

Section 9.0
October 2009
Page 9-1

Case 2:11-cv-00505-WBS-JDP   Document 189-12   Filed 08/21/19   Page 62 of 223

# 9.0 REFERENCES

Environmental Protection Agency, 1993. *Guidance on Conducting Non-Time-Critical Removal Actions under CERCLA*.

Department of Toxic Substances Control, 1994 (Second Printing: 1999). *Preliminary Endangerment Assessment Guidance Manual*. State of California; Environmental Protection Agency, Department of Toxic Substances Control. January.

Levine Fricke (LFR), 1994. *Remedial Action Plan, Wickes Companies Elmira Site*. February 25.

LFR, 1991. *Results of Soil Sample Analyses and Evaluation of Soil Remedial Alternatives, Former Wickes Forest Industries Facility, Elmira, California*. July 31.

Prima Environmental, 2002. *Report of Findings, Evaluation of Reducing Agents for Removal of Hexavalent Chromium in Groundwater. Elmira California*. January 28.

URS Corporation Americas (URS), 2008. *Remedial Investigation Report, Wickes Forest Industries Site, Elmira California*. July.

URS, 2009a. *Groundwater Monitoring Report, Wickes Forest Industries Site, Elmira California*. May.

URS, 2009b. *Sampling and Analysis Plan, Wickes Forest Industries Site, Elmira California*. April.

Woodward Clyde Consultants, 1983. *Remedial Action Plan, Former Wickes Forest Industries, Elmira, California*. September.

**APPENDIX A**

**Contingency Plan for Batch Groundwater
Extraction**

February 20, 2009

Mr. Perry Myers
Department of Toxic Substances Control, Region 1
Site Mitigation Branch
8800 Cal Center Drive
Sacramento, California 95826

Re:    **Contingency Plan for Batch Groundwater Extraction**
       **Wickes Forest Industries**
       **Elmira, California**

Dear Mr. Myers:

URS Corporation Americas (URS) has prepared this contingency plan at the request of the Department of Toxic Substances Control (DTSC) to be implemented at the Wickes Forest Industries site (site) in the event that concentrations of dissolved chromium and arsenic in privately owned off-site wells increase to levels greater than the action levels presented below. Implementation of this contingency plan would involve groundwater extraction from source area extraction wells, storage of the extracted groundwater in existing on-site storage tanks, and eventual off-site treatment and disposal of the extracted ground-water. The purpose of these activities would be to prevent residential irrigation wells located south (downgradient) of the site from being impacted with levels of arsenic and chromium exceeding the maximum contaminant levels (MCLs) established by the California Department of Health Services.

## Site Background

The site consists of an abandoned lumber treatment and storage facility covering approximately 7.5 acres, located north of the intersection of A Street and Holdener Road in Elmira, California. Soil and groundwater beneath the site have been impacted with arsenic, chromium, and hexavalent chromium as a result of historical site activities. A groundwater treatment system has been installed at the site and is not presently active. There are currently 53 groundwater monitoring wells, 10 groundwater extraction wells, and 4 residential irrigation wells in the groundwater monitoring program. The four residential irrigation wells are considered sensitive receptors due to the proximity to the source are of the site and the potential for lateral and vertical migration of site contaminants.

Recent groundwater monitoring events have indicated an increasing trend of chromium in wells E-30 and extraction well EX. Both of these wells are located immediately downgradient (south) of the former lumber processing area where elevated chromium concentrations were reported during the recent soil investigation conducted by URS in 2008. During the November 2008 sampling event, total chromium levels were 580 micrograms per liter ($\mu$g/L) in E-30 and 420 $\mu$g/L in extraction well EX. Higher chromium concentrations (2,700 $\mu$g/L) are present in well E-6, located within the source area. Figure 1 presents a summary of total chromium in site wells during the November 2008 sampling event. The

URS Corporation
Crown Corporate Center
2870 Gateway Oaks Drive, Suite 150
Sacramento, CA 95833
Tel: 916.679.2000
Fax: 916.679.2900          K:\Wprocess\25956\Wickes\URS Contingency Plan for Groundwater Extraction.doc

Mr. Perry Myers
February 20, 2009
Page 2

MCL for total chromium is 50 µg/L. Figure 2 illustrates the most recent distribution of arsenic within site groundwater. As shown by these Figures, arsenic is less mobile than chromium and the arsenic plume does not appear to threaten the four irrigation wells.

The nearest potential downgradient receptor for contaminated groundwater from the site is irrigation well RW, located 160 feet south-southeast of the source area. Wells MP-1 and MP-2 are located farther south-southeast. These wells were not directly in the path of plume migration, based on the groundwater flow direction toward the south-southwest inferred during the most recent monitoring event in November 2008. Flow directions at the site, however, may vary seasonally, and wells RW and MP-2 reported total chromium concentrations of 5.1 µg/L and 3.1 µg/L, respectively.

Irrigation well RH-A reported a total chromium concentration of 4.9 µg/L during the November 2008 monitoring event. This well appears to be near the downgradient edge of a separate, more diluted chromium plume that originates near EX-2, located 300 feet northeast. Because of the dilute nature of this second plume, metals concentrations in RH-A are not likely to increase above MCLs.

## Groundwater Monitoring and Action Levels

URS will conduct quarterly groundwater monitoring at the site during 2009 to evaluate movement of the groundwater plume. The monitoring will consist of measuring water level elevations, collecting groundwater samples from each well by low-flow purge methodology, analyses for arsenic, total chromium, and hexavalent chromium, and data reporting. Groundwater monitoring will be conducted according to the existing Sampling and Analysis Plan (prepared by Kleinfelder in 2007). These monitoring events will include wells E-20, E-23, E-28, E-30, E-31, MP-2, RW and RH-A.

The action levels for this contingency plan will be the MCLs for site contaminants of 50 µg/L for dissolved total chromium and 10 µg/L for dissolved arsenic. This contingency plan will be implemented if, during any of the scheduled quarterly sampling events, total chromium or arsenic concentrations exceed MCLs in any of the three private irrigation wells that have had elevated metals concentrations (MP-2, RW and RH-A),

## Groundwater Extraction

If the MCLs for arsenic or chromium are exceeded in any of the three private wells noted above, DTSC will immediately inform the well owner that the well can not be utilized for irrigation or any other purpose until DTSC implements batch extraction, performs subsequent groundwater sampling, and confirms that metals concentrations no longer exceed MCLs.

URS will then extract up to 4,000 gallons of groundwater from extraction wells E-34 and EX (if MP-2 or RW exceed the action levels) or EX-18 (if RH-A exceeds action levels). Groundwater will be extracted using the dedicated pumps currently installed in the extraction wells. The groundwater will be pumped into one of the 2,000-gallon plastic aboveground tanks that were part of the abandoned groundwater treatment system. A URS technician will remain on site while groundwater extraction is in progress to ensure the extraction wells are not pumped dry and that the tanks are not overfilled. Batch

Mr. Perry Myers
February 20, 2009
Page 3

extractions will be continued once each quarter until quarterly monitoring analytical results indicate that contaminant concentrations in the affected irrigation well have been reduced to below action levels. When this reduction occurs, DTSC will send a letter to the well owner stating that use of the well for irrigation purposes can be resumed.

## Groundwater Disposal

After each extraction event, extracted groundwater will be pumped out of the tanks by a vacuum truck and transported as non-hazardous waste to a licensed treatment facility, where it will be properly treated and disposed. Waste manifests will be signed by DTSC prior to transportation of the water.

If you have any questions or comments regarding this contingency plan, please call Mr. Scott Lookingbill at (916) 679-2388.

Sincerely,

URS Corporation

Scott Lookingbill, P.G.
Project Manager

Attachments:  Figure 1    Total Chromium Concentrations in Groundwater, November 2008
              Figure 2    Arsenic Concentrations in Groundwater, November 2008


cc:    Project Files





**Total Chromium Concentrations in Groundwater, November 2008**

Wickes Forest Industries
Elmira, California

Figure 1



**Arsenic Concentrations in Groundwater,
November 2008**

Wickes Forest Industries
Elmira, California

Figure 2

**URS**

**APPENDIX B**

**Envirostor Database Information**

DEPARTMENT OF TOXIC SUBSTANCES CONTROL

# ENVIROSTOR

## WICKES FOREST INDUSTRIES - (MAP)

INTERSECTION OF HOLDENER & A STREETS
ELMIRA, CA  95625
SOLANO COUNTY
**SITE TYPE:** STATE RESPONSE OR NPL
**ACRES:** 7.5 ACRES
**APN:** 142-010-14, 142-010-13, 142-042-010
**NATIONAL PRIORITIES LIST:** NO
**CLEANUP OVERSIGHT AGENCIES:**
RWQCB 5R - CENTRAL VALLEY
DTSC - SITE CLEANUP PROGRAM - LEAD

| | |
|---|---|
| **PROJECT MANAGER:** | PERRY MYERS |
| **SUPERVISOR:** | FERNANDO A. AMADOR |
| **OFFICE:** | SACRAMENTO |
| **ENVIROSTOR ID:** | 48240001 |
| **SITE CODE:** | 100164 |
| **ASSEMBLY DISTRICT:** | 08 |
| **SENATE DISTRICT:** | 05 |
| **SPECIAL PROGRAM:** | |
| **FUNDING:** | RESPONSIBLE PARTY |

COMMUNITY INVOLVEMENT

### Cleanup Status
**CERTIFIED / OPERATION & MAINTENANCE AS OF 3/11/1996**

### Land Use Restrictions

| | DATE RECORDED | SITE MANAGEMENT REQUIREMENTS |
|---|---|---|
| [VIEW COVENANT] | 10/27/1995 | ASPHALT COVER NOT TO BE DISTURBED WITHOUT APPROVAL, LAND USE COVENANT, MAINTAIN FENCING TO CONTROL ACCESS, MAINTAIN MONITORING OF GROUNDWATER, NOTIFY PRIOR TO CHANGE IN LAND USE, NOTIFY PRIOR TO DEVELOPMENT, NO GROUNDWATER EXTRACTION AT ANY DEPTH WITHOUT APPROVAL, NOTIFY PRIOR TO SUBSURFACE WORK, PERFORM H&S PLAN PRIOR TO SUBSURFACE WORK, REQUIRES SURFACE COVERS, RESIDENCE USE PROHIBITED, HOSPITAL USE PROHIBITED, DAY CARE CENTER PROHIBITED, ONLY EXTRACTION OF GROUNDWATER FOR SITE REMEDIATION PERMITTED, ACTIVITIES PROHIBITED WHICH DISTURB THE REMEDY AND MONITORING SYSTEMS WITHOUT APPROVAL, NOTIFY DAMAGES TO REMEDY AND MONITORING SYSTEMS UPON DISCOVERY, NOTIFY AFTER CHANGE OF PROPERTY OWNER, ELDER CARE CENTER PROHIBITED |

### Regulatory Profile
**PAST USE(S) THAT CAUSED CONTAMINATION**
MANUFACTURING - LUMBER/WOOD PRODUCTS

**POTENTIAL CONTAMINANTS OF CONCERN**
ARSENIC
CHROMIUM VI

**POTENTIAL MEDIA AFFECTED**
OTHER GROUNDWATER AFFECTED (USES OTHER THAN DRINKING WATER), SOIL

### Site History
The Wickes Forest Industries (Wickes) site was a former wood treating facility that ceased operation in 1982. Past operations resulted in soil and groundwater contamination. Groundwater contamination was discovered beneath the site and beneath adjacent properties. An Enforceable Agreement was issued for the investigation and remedial actions for the Southern portion of the site. A remedial action plan (RAP) was prepared for soils in the Southern portion of the site and groundwater beneath the entire site which included a groundwater extraction and treatment system.

Subsequent groundwater monitoring identified contamination in the northern portion of the site and indicated that area as a potential source. The groundwater extraction system was expanded to capture the contamination and a second RAP was prepared. This second RAP included excavation of soils from the ditches surrounding the site and consolidation of this material on-site, followed by the application of an asphalt cap over the entire site. These remedial actions have been implemented and the site has reached long-term stabilization of the direct contact hazards and the groundwater contamination. Mitigative measures have significantly reduced the risks from both soil and groundwater contamination. DTSC is the lead agency for this site and the RWQCB and Solano County Environmental Health Department are reviewing agencies. Collins & Aikman Product Company of Charlotte, N.C. is the responsible party.

## Future Activities

NOTE: THE DUE DATES OF FUTURE ACTIVITIES ARE SUBJECT TO CHANGE BASED ON THE PROGRESS OF CURRENTLY SCHEDULED ACTIVITIES

| DOCUMENT TYPE | DUE DATE |
|---|---|
| Removal Action Workplan | 2009 |

## Completed Activities

| | DOCUMENT TYPE | DATE COMPLETED | COMMENTS |
|---|---|---|---|
| [VIEW DOCS] | Remedial Investigation Report | 10/17/2008 | Due to the Governor's EO the contract was suspended and no work could be conducted until the suspension was lifted on 10/17/08. URS submitted a complete version of the Report for uploading to E-Stor. File name includes a date of 9/4/08. |
| | Fieldwork | 5/5/2008 | During a site inspection on 4/24/08 several small bottles of chemicals and 1 55 gallon drum of an unknown liquid were discovered. DTSC arranged for its emergency response contractor to characterize and remove these items for proper disposal. |
| [VIEW DOCS] | Remedial Investigation Workplan | 4/7/2008 | DTSC accepted the RI Work Plan and sampling is scheduled for April 17, 2008. The plan is to sample soils in the source area to a depth of 5' bgs to determine if COC's are present at concentrations that should be remediated before the GW treatment pilot study it implemented. |
| [VIEW DOCS] | Operations and Maintenance Report | 2/26/2008 | Approval to restart the GWETS sent to Kleinfelder via email |
| [VIEW DOCS] | Access Agreement | 5/4/2007 | Agreement granting access to DTSC signed by property owner and DTSC |
| [VIEW DOCS] | Operations and Maintenance Report | 4/24/2007 | DTSC approved Final SAP from Kleinfelder for baseline sampling event prior to re-starting GWETS approved by DTSC |
| [VIEW DOCS] | Imminent and/or Subst. Endangerment Determination | 11/9/2006 | Maintenance of the asphalt cap and operation of the ground water extraction and treatment system ceased in August 2005 because Collins and Aikman Products Company entered bankruptcy proceedings. Operation of these remedial actions is necessary to prevent an imminent and substantial endangerment (IS&E) to the public or the environment from the Site. Consequently, DTSC has issued the IS&E and has determined Jim Dobbas Inc. is a responsible party or liable person as defined in Health and Safety Code section 25323.5(a)(1) because they currently own the Property. |
| | 5 Year Review Reports | 8/22/2001 | 5 YEAR REVIEW - The five year review completed in accordance with Enforceable Agreement Number 95/96-03B. |
| [VIEW DOCS] | Operation & Maintenance Order/Agreement | 3/11/1996 | O&M – DTSC and CAPCO (the responsible party) have signed the Enforceable Agreement (Order O&M) for the ongoing operation and maintenance of the final remedial actions. |
| [VIEW DOCS] | Certification | 3/11/1996 | CERT – DTSC has certified the implementation of the final remedial action at Wickes. The remedial actions include: excavation and offsite disposal, onsite asphalt cap, groundwater extraction and onsite treatment, deed restriction Volume disposed to landfill = 89 cubic yards Area capped = 4.3 acres Groundwater remediation extraction rate - 20,600 gpd |
| [VIEW DOCS] | Land Use Restriction | 10/27/1995 | Deed Restriction to limit land use to non-residential, protect cap and GW extraction treatment system integrity |
| | Remedial Action Completion Report | 1/17/1995 | REMEDIAL ACTIVITY (SOILS) – The Department has approved the final remedial action for soils contaminated with arsenic, chromium and copper at Wickes Forest Industries. 25,150 square yards (capped) – 7.5 acres remediated/returne for commercial/industrial use only. 89 cubic yards disposed |
| | Design/Implementation Workplan | 7/27/1994 | DESIGN -- the Department has approved the Remedial Action Design for Wickes forest Industries. The Design outlines the specific procedures to implement the remedial action for soils contaminated with arsenic, chromium and copper. The remedial action includes excavation, off-site disposal, and on-site asphalt capping of soils that have contamination above background concentrations. |
| | CEQA - Initial Study/ Neg. Declaration | 2/11/1994 | CEQA -- CEQA-NEGATIVE DECLARATION WAS ADOPTED FOR THE WICKES REMEDIA ACTION PLAN PROJECT. THE NEG DEC WAS PUBLIC NOTICED AND THE COMMENT PERIOD WAS OPEN FOR 30 DAYS BEGINNING 1/3/94. NO COMMENTS WERE RECEIVED. APPROX. COST FOR THIS PROJECT = $2.1 MILLION (FUNDED BY THE RP (COLLINS AND AIKMAN GROUP). |

| | | | |
|---|---|---|---|
| | Remedial Action Plan | 2/11/1994 | THE RAP OUTLINES THE PROCEDURES FOR THE CLEANUP OF SOIL CONTAMINATED WITH ARSENIC, CHROMIUM AND COPPER FROM PAST WOOD PRESERVING OPERATIONS. THE PROPOSED REMEDIAL ACTION INCLUDES THE EXCAVATION AND OFF-SITE DISPOSA OF APPROX. 40 CUBIC YARDS OF ARSENIC CONTAMINATED SOIL FROM THE ADJACENT RAILROAD TRENCH AREA. AN EST. 3,710 CUBIC YARD OF ON-SITE SOIL CONTAMINATED WITH HEXIVALENT CHROMIUM WILL B TREATED WITH BINDING AGENTS TO CONVERT THE SOIL AND CONTAMINANTS, THE ENTIRE NORTHERN PORTION OF THE SITE WILL B CAPPED WITH A LOW PERMEABLE ASPHALT AND SEALER. |
| | Remedial Action Completion Report | 11/30/1993 | FRA (GW2) - The responsible party has constructed and is now operating a groundwater extraction and treatment system for the remediation of contaminated groundwater in the northern portion of the site (GW2). The extraction system consists of five extraction wells which are operated at a capacity of 5 gpm each. |
| | Consent Order/Agreement/Decree/Settlement | 10/1/1992 | Enforceable agreement signed 10-01-1992 with an effective date of 2-5-1992 |
| [VIEW DOCS] | Removal Action Completion Report | 6/19/1992 | BLDG removal |
| | Removal Action Completion Report | 6/24/1991 | SOIL |
| | Removal Action Completion Report | 11/30/1990 | |
| | Site Screening | 2/9/1987 | Site Screening done. |
| | Removal Action Completion Report | 12/30/1986 | RA: Well abatement. |
| [VIEW DOCS] | Unilateral Order (I/SE, RAO, CAO, EPA AO) | 1/30/1984 | Settlement Agreement and schedule of compliance for remediation of soil and GW contamination |
| | * Discovery | 2/2/1982 | Facility Identified: RWQCB files - Sample results show soil and domestic well contamination with heavy metals. |

Conditions of Use | Privacy Policy

Copyright © 2007 Department of Toxic Substances Control
0.953125 seconds

**APPENDIX C**

**Climatological Data**

Case 2:14-cv-00595-WBS-JDP   Document 189-12   Filed 08/21/19   Page 74 of 223

# VACAVILLE, CALIFORNIA (049200)

## Period of Record Monthly Climate Summary

**Period of Record : 1/ 1/1893 to 12/31/2008**

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Max. Temperature (F) | 55.3 | 61.3 | 66.6 | 72.9 | 80.9 | 88.6 | 95.1 | 93.9 | 89.6 | 79.8 | 66.3 | 56.1 | 75.5 |
| Average Min. Temperature (F) | 36.7 | 39.5 | 41.7 | 44.0 | 48.8 | 53.5 | 56.1 | 55.0 | 52.6 | 47.3 | 41.0 | 37.3 | 46.1 |
| Average Total Precipitation (in.) | 5.52 | 4.41 | 3.28 | 1.52 | 0.64 | 0.14 | 0.02 | 0.04 | 0.30 | 1.20 | 2.79 | 4.77 | 24.63 |
| Average Total SnowFall (in.) | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| Average Snow Depth (in.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Percent of possible observations for period of record.
Max. Temp.: 96.6% Min. Temp.: 96.6% Precipitation: 96.7% Snowfall: 96.8% Snow Depth: 96.8%
Check Station Metadata or Metadata graphics for more detail about data completeness.

*Western Regional Climate Center, wrcc@dri.edu*

# Vacaville-Nut Tree AP California



## Vacaville-Nut Tree AP California - Wind Frequency Table (percentage)

Latitude : 38° 22' 37" N
Longitude : 121° 57' 41" W
Elevation : 0 ft.
Element :

Start Date : Nov. 1, 2008
End Date : Dec. 1, 2008
# of Days : 31 of 31
# obs : poss : 718 of 744

Sub Interval Windows

| | Start | End |
|---|---|---|
| Month | Jan. | Dec. |
| Day | 01 | 31 |
| Hour | 00 | 23 |

(Greater than or equal to initial interval value and Less than ending interval value.)

| Range (mph) | N | NNE | NE | ENE | E | ESE | SE | SSE | S | SSW | SW | WSW | W | WNW | NW | NNW | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 1.4 | 0.8 | 0.7 | 0.8 | 0.8 | 0.3 | 0.6 | 0.1 | 0.7 | 0.3 | 2.2 | 1.7 | 0.3 | 0.4 | 0.8 | 0.8 | 12.8 |
| 4 - 8 | 2.8 | 2.2 | 0.7 | 0.4 | 0.6 | 0.6 | 0.7 | 1.4 | 2.5 | 1.7 | 1.9 | 1.5 | 0.3 | 0.0 | 0.6 | 2.2 | 20.1 |
| 8 - 13 | 1.9 | 0.3 | 0.0 | 0.4 | 0.0 | 0.0 | 0.0 | 0.4 | 0.8 | 1.3 | 2.5 | 0.7 | 0.3 | 0.1 | 1.5 | 1.5 | 11.8 |
| 13 - 19 | 1.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.3 | 0.0 | 0.1 | 0.1 | 0.0 | 0.1 | 2.9 |

# Vacaville-Nut Tree AP California



Station    : Vacaville-Nut Tree AP California
Latitude   : 38° 22' 37" N
Longitude  : 121° 57' 41" W
Elevation  : 0 ft.
Element    : Mean Wind Speed

MPH
1.3 - 4
4 - 8
8 - 13
13 - 19
19 - 25
25 - 32
32 - 39
39 - 47
47 +

Start Date: Nov. 1, 2007
  End Date: Dec. 1, 2007
# of Days : 31 of 31
# obs:poss: 712 of 744
© Western Regional Climate Center

Sub-interval Windows
          Start   End
Month:    Jan.    Dec.
  Day:    01      31
 Hour:    00      23

## Vacaville-Nut Tree AP California - Wind Frequency Table (percentage)

Latitude : 38° 22' 37" N
Longitude : 121° 57' 41" W
Elevation : 0 ft.
Element :

Start Date : Nov. 1, 2007
End Date : Dec. 1, 2007
# of Days : 31 of 31
# obs : poss : 712 of 744

Sub Interval Windows
Start End
Month Jan. Dec.
Day 01 31
Hour 00 23

(Greater than or equal to initial interval value and Less than ending interval value.)

| Range (mph) | N | NNE | NE | ENE | E | ESE | SE | SSE | S | SSW | SW | WSW | W | WNW | NW | NNW | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 1.4 | 1.1 | 1.0 | 0.6 | 0.6 | 0.6 | 0.1 | 0.4 | 0.3 | 0.3 | 2.5 | 1.1 | 0.4 | 0.3 | 0.4 | 1.1 | 12.2 |
| 4 - 8 | 3.8 | 2.5 | 0.4 | 0.3 | 0.3 | 0.0 | 0.3 | 0.8 | 1.8 | 1.7 | 5.5 | 1.8 | 0.3 | 0.1 | 0.3 | 1.8 | 21.8 |
| 8 - 13 | 6.6 | 1.3 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 | 1.4 | 1.8 | 0.8 | 0.1 | 0.0 | 0.0 | 1.0 | 13.9 |
| 13 - 19 | 2.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.7 | 2.9 |

# Vacaville-Nut Tree AP California



## Vacaville-Nut Tree AP California - Wind Frequency Table (percentage)

Latitude : 38° 22' 37" N
Longitude : 121° 57' 41" W
Elevation : 0 ft.
Element :

Start Date : Nov. 1, 2006
End Date : Dec. 1, 2006
# of Days : 31 of 31
# obs : poss : 355 of 744

Sub Interval Windows

| | Start | End |
|---|---|---|
| Month | Jan. | Dec. |
| Day | 01 | 31 |
| Hour | 00 | 23 |

(Greater than or equal to initial interval value and Less than ending interval value.)

| Range (mph) | N | NNE | NE | ENE | E | ESE | SE | SSE | S | SSW | SW | WSW | W | WNW | NW | NNW | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.8 | 0.8 | 0.6 | 0.0 | 0.6 | 0.0 | 0.6 | 0.3 | 0.0 | 2.5 | 0.3 | 0.3 | 0.6 | 0.6 | 0.3 | 0.3 | 8.5 |
| 4 - 8 | 2.3 | 1.4 | 0.3 | 0.3 | 1.1 | 0.6 | 1.7 | 1.7 | 1.4 | 2.3 | 0.6 | 0.8 | 0.3 | 0.8 | 1.7 | 2.0 | 19.2 |
| 8 - 13 | 0.6 | 0.0 | 0.3 | 0.0 | 0.0 | 0.8 | 2.3 | 2.3 | 2.5 | 0.6 | 0.8 | 0.8 | 2.3 | 1.4 | 1.7 | 2.5 | 18.9 |
| 13 - 19 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.3 | 0.6 | 0.3 | 0.0 | 2.3 | 3.9 |

**APPENDIX D**

**Summary of Remedial Investigation
Sample Locations and Analytical Results**




**LEGEND**

| Symbol | Description |
|---|---|
| E-6 | Monitoring well location |
| ● 6 | Soil sampling location (LFR, 1991) |
| ○ B-1 | URS soil sampling location |
| — 100 — | Arsenic isoconcentration contour, dashed where inferred |
| (610) | Arsenic concentration in mg/kg |
| (NS) | Not sampled (gravel) |

**ARSENIC CONCENTRATIONS IN NEAR SURFACE SOIL**

Wickes Forest Industries
Elmira, CA



**ARSENIC CONCENTRATIONS
IN SOIL AT 2.5 FEET**

Wickes Forest Industries
Elmira, CA

FIGURE 4

LEGEND

E-6   Monitoring well location

B-1   URS soil sampling location

—170—   Arsenic isoconcentration contour

(170)   Arsenic concentration in mg/kg





**LEGEND**

◆ E-6   Monitoring well location

○ B-1   URS soil sampling location

— 10 —   Arsenic isoconcentration contour,
dashed where inferred

(25)   Arsenic concentration in mg/kg

**ARSENIC CONCENTRATIONS
IN SOIL AT 5 FEET**

Wickes Forest Industries
Elmira, CA

FIGURE 5



LEGEND



⬥ E-6    Monitoring well location

○ B-1    URS soil sampling location

— 1 —   Hexavalent Cromium
        soil concentration contour

(25)     Hexavalent Chromium in mg/kg

(NS)     Not sampled (gravel)

**HEXAVALENT CHROMIUM IN
NEAR SURFACE SOIL**

Wickes Forest Industries
Elmira, CA

FIGURE 6





LEGEND

E-6    Monitoring well location

B-1    URS soil sampling location

— 1 —  Hexavalent Cromium soil concentration contour,
       dashed where inferred

(4.6)  Hexavalent Chromium in mg/kg

**HEXAVALENT CHROMIUM
IN SOIL AT 2.5 FEET**

Wickes Forest Industries
Elmira, CA





**HEXAVALENT CHROMIUM
IN SOIL AT 5 FEET**

Wickes Forest Industries
Elmira, CA

FIGURE 8

APPENDIX E

**Human Health Risk Assessment**

Case 2:14-cv-00595-WBS-JDP   Document 189-12   Filed 08/21/19   Page 86 of 223
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Appendix E
May 2009
Page E-1

# Appendix E-- Human Health Screening Evaluation

This appendix presents the methodology and results of the human health screening evaluation of the concentrations of inorganic constituents in soil at the Wickes Forest Industries Site in Elmira, California (Site).

## 1.0  Introduction

The screening evaluation for human health effects consisted of three steps: (1) identifying potentially complete exposure pathways based on the conceptual site model (CSM); (2) identifying chemicals of potential concern (COPCs); and (3) estimating COPC exposures and chronic daily intakes or doses, and comparing the intake/dose to health-based toxicity values (cancer risk slope factors, and non-cancer reference doses) developed by the United States Environmental Protection Agency (EPA) and California Environmental Protection Agency (Cal/EPA). In compliance with Cal/EPA's Department of Toxic Substances Control (DTSC) (DTSC, 1994) guidance for conducting a preliminary endangerment assessment (PEA), a residential land-use scenario was used to estimate hypothetical risks to human health at the Site (as the site is not currently a residential setting).

Exposure to site-related chemicals can only occur if there is a complete pathway through which chemicals originating in mined rock can be contacted by humans. Therefore, the evaluation of exposure pathways is the first step in the human health screening evaluation (Section 2.0.0). Exposure doses are predicted based on an evaluation of COPC concentrations in site-related environmental media (e.g., soil and groundwater) (Section 3.0.0), which are later combined with COPC-specific toxicity values (Section 5.0), to estimate the potential threats to human health (Section 6.2). The uncertainty section (Section 6.3) discusses influential factors such as variability and assumptions due to lack of information which may affect interpretation, and lastly, the findings of the human health screening evaluation are summarized (Section 4.0).

## 2.0  Exposure Pathways and Media of Exposure

This section describes the exposure pathways and media of concern.

### 2.1  *Conceptual Site Exposure Model*

The CSM provides a diagram of the linkages among potential contaminant sources, release mechanisms, exposure media, exposure routes (ingestion, inhalation, and dermal contact), and potential receptors (Figure 7 in text). The receptors identified in the CSM include the range of types of behaviors that people could exhibit at the Site: a hypothetical resident (as a health-protective initial analysis), an industrial worker, and a construction worker (e.g., a worker with underground utility lines). The property is a former industrial site, and there are no current commercial or industrial activities on the property. In addition, a residential land-use scenario was used for evaluating potential health effects to receptors (in accordance with PEA guidance), because such an analysis provides a stringent, health-protective evaluation and would not overlook potential health risks for human receptors.

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix E
May 2009
Page E-2

Case 2:14-cv-00595-WBS-JDP    Document 189-12    Filed 08/21/19    Page 87 of 223

## 2.2   *Exposures to Soil*

As described in Section 3.0.0, the target analytes in Site soil consist of naturally occurring inorganic constituents (in contrast to, for example, synthetic pesticides) used in combination as wood preservative chemicals, including arsenic, chromium, and copper. Humans might contact these chemicals through direct dermal contact, incidental ingestion, and inhalation of soil-derived airborne particulate (see also Section 2.4). All these pathways are considered complete, although in accordance with general risk-assessment practices, receptors do not necessarily contact all potentially accessible soil horizons (for example, a "construction worker" receptor might contact deep soils [e.g., to approximately 15 feet below ground surface] in utility trenches, but the industrial or hypothetical resident would not be expected to contact deep soil). Also of note, however, is that there are land-use restrictions in place for the Site which require surficial soil to be covered thereby precluding contact with surface soil by any currently possible receptor.

## 2.3   *Exposures to Water*

There are no surface-water features at the site, although there are drainage ditches surrounding the area to convey runoff from roadways and other surfaces. The nearest waterway is Alamo Creek, approximately 2000 feet south of the Site. Flow conditions in Alamo Creek have not been characterized for this assessment, but owing to the distance from the Site, pathways for exposure to surface water are considered incomplete.

Groundwater occurs under the Site at depths of near-surface to approximately 7 feet below ground surface (bgs), depending on the season. Site-related contamination of groundwater has occurred and is being monitored. Currently, there are no expected uses of groundwater on the Wickes property; however, the groundwater surface elevation is relatively shallow and could conceivably be contacted by workers performing intrusive activities into the soil. There is also a possibility for a minor amount of incidental ingestion (any soil-intrusive activities would *not* be using groundwater as a drinking-water source), while inhalation-related pathways are considered incomplete because the COPCs for the site are not volatile. While potentially complete, these pathways are currently too uncertain to evaluate quantitatively.

In addition, the residential area on the south side of A Street and Holdener Road has been included within the boundaries of the site's affected area because groundwater has migrated from beneath the Wickes property into that area. This residential area has four domestic water wells used for irrigation. The movement of contaminated groundwater from the former process area to the residential area has created the potential for those wells to extract and distribute contaminated groundwater on the ground surface. Were this to occur, COPCs would be distributed over the ground surface through the irrigation systems and could then accumulate in near surface soils where incidental ingestion, dust-particle inhalation, or skin contact could occur. The use of contaminated groundwater for irrigation also creates a potential for accumulation in produce or crops that could then be consumed by residents. These off-property irrigation wells are being monitored to ensure that these irrigation-related pathways do not become causes for concern. At present, groundwater concentrations in these irrigation wells have not exceeded drinking-water standards, but URS has prepared a January 2009 contingency plan for batch groundwater extraction. The contingency plan would be implemented in the event that quarterly groundwater

REMOVAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Appendix E
May 2009
Page E-3

monitoring results indicate domestic irrigation wells to the south of the site exceed MCLs for COCs, and would involve extraction and off-site treatment. This contingency plan was prepared in lieu of a more permanent remedy for contaminated groundwater at the site. This situation creates a potentially complete pathway for off-property residents to be exposed to COPCs in groundwater (via ingestion and contact, but not inhalation because the COPCs are not volatile) and to COPCs in off-property irrigated soil, but these pathways are currently too uncertain to evaluate quantitatively.

## 2.4    Exposures to COPCs in Air

Exposure to chemicals present in soil may also occur through inhalation of particulate. Although land-use controls for the Site preclude exposed soil, it was assumed that soil could be sources of wind-generated dusts. Receptors might also conduct landscaping, digging, or other intrusive activities into the soil which could also be sources of airborne materials. Inhalation of COPCs in airborne particulate is, therefore, a complete exposure pathway for receptors.

## 2.5    Summary of Selected Exposure Pathways

For this health-risk screening evaluation, the primary receptor for evaluation is the hypothetical resident, although other receptors are also plausible. As summarized in the CSM (**Error! Reference source not found.**), pathways for exposure include ingestion, inhalation, and contact with COPCs in soil. There is a potentially complete pathway for exposure to COPCs in off-property soils that have been irrigated with contaminated groundwater, but this pathway is currently too uncertain to evaluate quantitatively.

# 3.0    Chemicals of Potential Concern and Exposure-Point Concentrations

As detailed elsewhere in this report, 48 soil samples were collected from depths to 5 feet bgs (URS, 2008). Identification information and analytical results for these samples are provided in Table E-1. "Surface soil" are soils to a depth of 0.5 feet bgs, "shallow subsurface soil" extends from the surface to 5 feet bgs, and "deep subsurface soil" extends from the surface to 15 feet bgs (although samples were not collected from deeper than 5 feet bgs). Summary statistics for concentrations of inorganic constituents detected in the entire soil data set are presented in Table E-2. All detected analytes in samples collected from site soil were incorporated in this analysis.

An exposure-point concentration (EPC) is the concentration of a particular chemical in a particular environmental medium (e.g., soil), at the point of contact with the receptor. EPCs are usually a type of statistical descriptor (e.g., the average or maximum concentration), based on the available data. When data are few, there is uncertainty in the appropriate statistical descriptor, therefore, maximum values are typically used. Maximum detected chemical concentrations were used as exposure concentrations for all risk calculations. In addition, to provide additional comparative information, an alternative exposure concentration, the 95% upper-confidence-limit (UCL) on the mean concentration (95% UCL) was generated using USEPA's "ProUCL" statistical software package (Singh and Singh, 2007; Singh et al., 2007). The 95% UCL

concentration provides a representative "reasonable maximum exposure" that reflects the likelihood of spatial and temporal variability in the concentrations to which a mobile receptor is likely to encounter across the entire site (in contrast to a singular location of the maximum concentration).

# 4.0   Exposure Characterization

Exposure characterization is the process of estimating the magnitude, frequency, and duration of site-specific exposure concentrations and estimating the chemical doses to a receptor. For this human health screening evaluation, residential receptors were assumed to be exposed to contaminants in soil through the exposure pathways identified in the CSM. While there are complete pathways for exposure of other potential receptors (e.g., industrial workers and construction workers), these receptors are not evaluated quantitatively because the focus is on the potential unrestricted (residential) land use of the site for health-protective purposes.

In accordance with PEA guidance, the maximum and 95% UCL concentrations of analytes detected in soil (up to 5 feet bgs; Table E-2) were used as EPCs for characterizing exposures of the hypothetical resident receptor.

Exposure estimation also requires mathematical descriptors for receptor and receptor-activity characteristics (e.g., body weight, ingestion rate, contact duration, etc.). Default values for quantifying exposure to the types of receptors evaluated in this assessment were developed for the PEA Guidance (DTSC, 1994, 2005) and are utilized herein (Table E-3). These exposure parameter values are used in route-specific exposure algorithms which combine contact rate, exposure duration, exposure frequency, body weight, averaging times, unit-conversion factors (if necessary), and other values to estimate the dose of a chemical ingested, inhaled, or absorbed through the skin, by the receptor. The specific equations to estimate ingestion exposure doses (in units of milligram COPC-ingested per kilogram body weight per day; [mg/kg-d]) or inhalation exposure concentrations (in units of microgram COPC per cubic meter; [$\mu g/m^3$]) are presented in later-appearing tables presenting exposure-route-specific calculations (see Section 6.2).

# 5.0   Toxicity Values and Summary Tables

The toxicity assessment characterizes the relationship between the magnitude of exposure to a chemical and the nature and likelihood of adverse health effects that potentially result from exposure. Many of the toxicity values are derived from the scientific literature and experimental data from laboratory animals, but there are also some values based on human exposures (often from accidental or occupational exposures).

For the evaluation of potential toxicity to human receptors, chemicals are generally considered in categories based on the individual COPC's toxicological endpoints, under assumptions of long-term (chronic) low-level exposures. The categorization basis is whether a chemical causes carcinogenic or noncarcinogenic health effects, but because chemicals suspected to be carcinogens may also give rise to noncarcinogenic effects, they (carcinogens) are evaluated for both effects. Toxicity values are generally developed with a non-threshold basis for carcinogens (i.e., any exposure increases the likelihood of developing cancer) and a threshold basis for non-

carcinogenic effects (i.e., exposure must exceed a certain amount before adverse effects are expected to occur).

Toxicity values were selected (in order of preference) from the following sources:

- Cal/EPA's Office of Environmental Health Hazard Assessment (OEHHA) (OEHHA; 2003, 2008);

- USEPA's Integrated Risk Information System (IRIS) (EPA IRIS, undated);

- Values used to derive USEPA's Regional Screening Levels for Chemical Contaminants at Superfund Sites (USEPA, 2008); and

- USEPA's Health Effects Assessment Summary Tables (HEAST) (EPA, 1997).

The toxicity values and other chemical-specific factors are provided in Table E-4. The following sections contain a brief discussion of the sources of information, and the toxicity values, used in this health screening evaluation.

## 5.1   *Carcinogenic Effects*

For carcinogenesis, OEHHA and USEPA assume a mechanism of action in which a single molecular event can cause changes in cells and lead to cancer. This hypothesized mechanism is referred to as non-threshold, and it assumes that there is no level of exposure that does not pose some finite probability of developing cancer.

Based on the evidence that a chemical is a known or probable human carcinogen, a toxicity value, the slope factor (SF), is developed to quantitatively express the dose-response relationship. SFs are route-specific and are commonly upper-bound estimates of the probability of a carcinogenic response per unit intake of a chemical over a lifetime. The SFs are generally calculated from the 95% upper-confidence-limit on the slope of the dose-response curve. Slope factors for oral exposures are expressed in units of risk per ingestion exposure $(mg/kg-d)^{-1}$, while slope factors for inhalation exposures are mathematically re-arranged to express the carcinogenic risk as a function of air concentration, that is, as a "unit risk" expressed in units of risk per air concentration $(\mu g/m^3)^{-1}$ and which assumes continuous exposure to COPC-laden air.

## 5.2   *Non-Carcinogenic Effects*

The toxicity information most often used to evaluate noncarcinogenic threshold effects from ingestion and dermal exposures is the reference dose (RfD). RfDs are route-specific and are expressed in dose-based units (i.e., mg/kg-day units). Toxicity values for noncarcinogenic threshold effects from inhalation exposures are expressed as a EPA-termed reference concentration (RfC) or an OEHHA-termed reference exposure level (REL) in concentration $(\mu g/m^3)$ units. EPA (2004) defines a chronic reference dose (or reference concentration) as an estimate of a daily exposure level for humans (including sensitive individuals), with uncertainty spanning perhaps an order of magnitude or greater, that is likely to be without an appreciable risk of deleterious effects during a lifetime.

The use of RfDs (and RfCs or RELs) is based on the concept that a range of exposures exist up to a finite value, or threshold, that can be tolerated without producing a toxic effect. RfDs (and RfCs) are derived with mathematical uncertainty factors (UFs) that generally consist of multiples of 10 to represent areas of uncertainty inherent in the extrapolation from the available data. The UFs account for the following common extrapolations: extrapolation of animal data to humans, sensitive individuals in the exposed population, use of a no observed adverse effect level (NOAEL) from subchronic rather than chronic studies, and the use of a lowest observed adverse effect level (LOAEL) rather than a NOAEL to derive the RfD when a NOAEL has not been determined. The decision on inclusion of appropriate UFs is an intrinsic part of the agency-developed processes for publication of toxicity values (i.e., it is not a decision that is part of a site-specific health risk assessment).

# 6.0   Risk Characterization

Risk characterization is the final process of the Human Health Risk Assessment (HHRA), and involves three primary steps:

1. Risk and hazard estimation, which is the derivation of mathematical predictors of the likelihood of adverse health effects.

2. Uncertainty characterization, which describes the uncertainty associated with the risk and hazard estimates.

3. Risk interpretation, which presents the results of the risk and hazard estimate in a scientific context that can be used to support the decision making process for management of the environmental issues at the site.

During risk and hazard estimation, the exposure characterization and effects characterization information is integrated to indicate the likelihood of adverse health effects in the receptors, given the assumptions inherent in the exposure and toxicity characterizations. A primary purpose of the uncertainty characterization is to provide a context for the influences of those assumptions upon the risk assessment process. During the risk interpretation component, the significant risk and hazard estimates are summarized, interpreted, and discussed using various lines of evidence that address the estimates and the uncertainties and variabilities. Lastly, and depending on the stage in the site-cleanup process, the conclusions of the health risk evaluation are provided for use in the next steps of decision making for managing the environmental conditions at the site.

## 6.1   *Methods for Deriving Risk and Hazard Estimates*

Health risk for potentially carcinogenic chemicals is described in terms of the probability of developing cancer over a lifetime. For quantitative health risk assessments, this probability is defined as the incremental probability that an individual will develop cancer (i.e., the theoretical excess cancer risk above the background rate) over a lifetime as a direct result of the exposure in question (EPA, 2004). For example, an "incremental cancer risk" of one-in-one-million (sometimes variously displayed as 1 in 1,000,000, $1\times10^{-6}$, $10^{-6}$, or 1E-06) means that an individual's chance of developing cancer has increased by 0.000001. Cancer-risk estimates are

Case 2:14-cv-00595-WBS-JDP    Document 189-12    Filed 08/21/19    Page 92 of 223
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Appendix E
May 2009
Page E-7

derived as the product of an exposure estimate and a cancer potency estimate (SFs for oral and dermal exposures and "unit risk" values for inhalation exposure):

$$Risk\ (oral,\ dermal) = Exposure\ Estimate\ (mg/kg-day) \times Slope\ Factor\ (mg/kg-day)^{-1} \quad \text{(M-1)}$$

$$Risk\ (inhalation) = Exposure\ Estimate\ (\mu g/m^3) \times Unit\ Risk\ (\mu g/m^3)^{-1} \quad \text{(M-2)}$$

The cumulative incremental site-specific cancer risk is obtained by summing the cancer risk estimates of the individual carcinogenic COPCs. A $10^{-6}$ cumulative cancer risk represents the point-of-departure in human health risk assessment, with risks below this considered de minimis, and risks above this value requiring further discussion. A $10^{-6}$ increase is very small, considering that the background rate of cancer from any and all causes in the United States is approximately 4 in 10 (0.41) (National Cancer Institute, 2008).

Noncancer hazard estimates are the ratio of an exposure estimate to a reference toxicity factor (an RfD or RfC), expressed as a hazard quotient (HQ):

$$HQ\ (oral\ or\ dermal) = \frac{Exposure\ Estimate\ (mg/kg-day)}{RfD\ (mg/kg-day)} \quad \text{(M-3)}$$

$$HQ\ (inhalation) = \frac{Exposure\ Estimate\ (\mu g/m^3)}{RfC\ (\mu g/m^3)} \quad \text{(M-4)}$$

The HQ provides a mathematically derived index that expresses the relationship between predicted exposure concentrations and a "safe" toxicity value. If an HQ is greater than 1 (i.e., exposure is greater than the toxicity concentration), then this is an indication that the exposure pathway should be evaluated in greater detail. If the HQ is less than 1, then exposure is less than the no-effect concentration, and adverse effects are not expected. A summation of HQs from chemicals that act via a common toxicological mechanism represents an estimate of the potential for cumulative noncancer effects, and is termed the hazard index (HI).

## 6.2    Risk and Hazard Estimates

In general accordance with the PEA guidance (DTSC, 1994), a human health screening evaluation is a screening-level assessment to address the potential for unrestricted ("residential") land use scenarios at a site. Screening-level assessments rely intentionally on health-protective (conservative) assumptions to ensure that potential health risks are not overlooked. One common health-protective assumption is the use of maximum detected concentrations of COPCs in the exposure assessment. Risk and hazard estimates for a hypothetical resident receptor (in the default PEA scenario; DTSC, 1994) using the maximum detected concentrations of COPCs (based on the entire dataset; Table E-2) and the exposure parameter values discussed previously (Section 4.0.0) are presented in Table E-5 (ingestion and dermal exposure to soil) and Table E-6

Case 2:14-cv-00595-WBS-JDP   Document 189-12   Filed 08/21/19   Page 93 of 223
REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
Appendix E
May 2009
Page E-8

(inhalation of soil particulate). Cumulative risks and the hazard indexes for exposures to soil are summarized in Table E-7.

The screening-level cumulative risk estimates (based on maximum and 95% UCL concentrations of the inorganic COPCs) are much greater than the $10^{-6}$ point-of-departure for evaluating cancer risk and the screening-level HIs (including all COPCs regardless of noncancer endpoint) are greater than the indicator threshold value of 1. Site concentrations of arsenic are known to be elevated, and this metalloid is clearly the dominant influence to unacceptable risk and hazard estimates. Consequently, cumulative risk and the hazard index were re-calculated excluding arsenic, and risk and hazard estimates are below thresholds, i.e., pose no health threat to people at the site.

Based on the PEA process and not an unexpected conclusion, the Site does not qualify for unrestricted land use. Arsenic is the most influential inorganic constituent, and is the subject of this remedial action workplan. The results are further discussed in Section 6.4.

## 6.3   *Uncertainty Analysis*

This section identifies site-specific uncertainties that may be influential to the decision making process for the Wickes Forest Industries Tailings Site. General uncertainties are not addressed, as these are intrinsic to the risk assessment process and common to all human health risk assessments (e.g., exposure factors and toxicity criteria). Uncertainties include:

- The approach used in this assessment develops protective (conservative) estimates of exposure which likely indicate a potential for risk or hazard that is greater than actually encountered by receptors that might utilize the site.

- The HQ method carries intrinsic uncertainties; limitations of the method (Tannenbaum et al., 2003) include:

  o HQs are not measures of a potential hazard to human health, but only indicate if estimated exposure exceeds a particular toxicological value.

  o HQ values seemingly indicate a linear relationship (e.g., an HQ=100 appears to be 100-fold worse than an HQ=1), whereas the underlying toxicological relationships may not be linear.

  o Conservatism, assumptions, and uncertainties combine to produce HQs that can be markedly greater than 1 for inorganic chemicals in soil present at naturally occurring "background" concentrations, independent of any contamination.

- Conservatism, assumptions, and uncertainties (particularly the use of "uncertainty factors" in deriving proxy values for no-effect doses) can result in toxicity values that are protective to a degree greater than necessary for a particular exposure scenario. For example, if a reference dose is derived to be protective of a sensitive subpopulation, and the sensitive subpopulation is children, then that reference dose is likely to be overly protective in for a worker scenario where children would not be the exposed subpopulation.

- The purpose of a PEA screening-level assessment is not so much to indicate that health hazards are present as it is to provide a means to eliminate those locations that are not expected to pose a threat to human health. Because of the protective approach to exposure and effects characterizations, if the estimated exposures are less than the respective toxicity criteria, then a scientifically defensible conclusion to eliminate that location (or chemical) from further consideration can be reached.

- Carcinogenic risks for all pathways were based on a residential exposure of 350 days per year for a period of 30 years (24 years as a hypothetical adult resident and 6 years as a child resident). Different exposure parameters, reflecting different residential periods or non-residential scenarios (such as industrial workers or, perhaps, construction workers), may be more realistic based upon the anticipated future use(s) of the Site. Incorporating different exposure parameters into the assessment could change the predicted carcinogenic risk somewhat, most likely resulting in a lower risk, even for the most sensitive on-site receptors. However, as arsenic is present in elevated concentrations and is the sole "risk driver," the overall conclusions for this Site would likely remain unchanged: soil-borne arsenic poses a threat to human health.

- Cumulative non-carcinogenic health effects were evaluated based on dose additivity which conservatively assumes that all COPCs induce the same health effect on the same target organ(s) by the same mechanism(s) of action. Removing this assumption would result in lower HI values differentiated by target organ and mechanism of action, but this is not an important uncertainty because the HI is already markedly greater than one but is influenced highly by arsenic alone.

## 6.4    *Risk Interpretation*

In accordance with PEA guidance, this evaluation is a screening-level assessment to address the potential for unrestricted ("residential") land use scenarios at the site. Using the maximum detected concentrations of the inorganic constituents detected in soil (Table E-2) and the exposure-parameter values mentioned previously (Table E-3), the cumulative risk estimate for a Resident receptor exposure scenario was greater than $1\times10^{-6}$ and the hazard index was greater than 1.0 (Table E-7). However, these results should be considered in light of the uncertainties addressed in Section 6.3, and other pertinent information such as other comparative screening levels and background concentration of naturally occurring inorganic elements such as arsenic.

### 6.4.1    Comparison of Site Concentrations to Other Screening Values

Table E-8 presents a comparison of the maximum and 95% UCL concentrations of inorganic constituents detected at the site to other screening-level benchmarks: OEHHA's California Human Health Screening Levels (CHHSLs) (OEHHA, 2005), EPA's Regional Screening Levels (RSLs) (EPA, 2008), and Environmental Screening Levels (ESLs) developed by the Regional Water Quality Control Board-San Francisco (RWQCB-SF, 2008). The CHHSLs are concentrations of chemicals in soil that Cal/EPA considers to be below a threshold of concern for risks to human health from direct and indirect exposures to soil, and the RSLs are viewed similarly by the EPA. ESLs are more broadly derived and are concentrations of chemicals in an environmental medium below which there is no threat posed to human health, ecological

receptors, and (for organic chemical constituents) the groundwater resource. Although derived for use in the San Francisco Bay region, the ESL derivation process employs protective ("conservative") assumptions about exposure such that they too, as with the CHHSLs and RLSs, are useful for screening environmental data and indicating what should be further investigated and what can be eliminated from further consideration. All types of screening benchmarks consider two general scenarios for exposure of human receptors: residential land use and industrial land use.

Not surprisingly, arsenic concentrations exceed screening benchmarks; the maximum detected concentration in samples collected during the remedial investigation (RI) (URS, 2008) was 610 mg/kg, which exceeds:

- CHHSLs for residential soil (0.07 mg/kg) and for industrial soil (0.24 mg/kg),

- RSLs for residential soil (0.39 mg/kg) and for industrial soil (1.6 mg/kg), and

- ESLs for residential soil (0.39 mg/kg) and for industrial soil (1.6 mg/kg).

The maximum concentration of copper in soil samples collected during the RI did not exceed any of these screening benchmarks.

Measurement of chromium concentrations in soil samples consists of two analyses: total chromium, and hexavalent chromium (Cr[VI]); chromium III (Cr[III]) is not measured directly, but is the difference between the total chromium amount and the hexavalent chromium amount. Cr[III] is practically nontoxic, and the derived maximum concentration of Cr[III] did not exceed any of the screening levels. Cr[VI] was measurable in only approximately one-third of the samples, and the maximum concentration (17 mg/kg) exceeded only the ESL for residential soil (9.4 mg/kg). The maximum concentration of Cr[VI] was less than or equal to all other benchmarks (residential and industrial CHHSLs, residential and industrial RSLs, and the industrial ESL). Because hexavalent chromium is the more-toxic component of total chromium, future investigation and analyses of samples collected from the site are expected to focus on hexavalent chromium and total chromium, and not consider Cr[III].

Screening benchmarks for total chromium are based on gross-contamination factors (i.e., the ESLs), or require assumptions about the relative presence of trivalent and hexavalent chromium (i.e., the RSLs). The maximum detected concentration of total chromium did not exceed either of the ESLs. The total chromium RSLs are based on an assumption by EPA that chromium is present in a ratio of 1 part hexavalent chromium to every 6 parts trivalent chromium, and the derived RSL is 280 mg/kg for residential soil and 1400 for industrial soil. The maximum concentration of total chromium in soil samples collected during the RI was 540 mg/kg, which exceeds the residential RSL; however, the ratio in the Site's sample with the highest concentration of Cr[VI] is approximately 1:19, much lower than EPA's assumption of 1:6. Because Cr[VI] is present in a lesser relative amount in site soils, a calculated RSL value could be increased and still be considered health protective. Consequently, the site concentrations of total chromium are not considered to pose a threat to health.

Based on comparison to screening benchmarks for soil concentrations that are protective of human health, only arsenic is present in site soil at concentrations potentially harmful to humans. The maximum detected concentrations of chromium and copper are not sufficiently elevated to pose a threat to human health.

## 6.4.2 Background and/or Cleanup Concentrations of Arsenic

Cancer risk estimates for hypothetical exposures to arsenic are markedly elevated over the de minimis threshold of $1\times10^{-6}$ (Table E-7). Although the risk estimates in Table E-7 are based on maximum detected concentrations, the minimum detected concentration (4.7 mg/kg in samples B-4-5 and B-7-5) would itself result in a risk estimate of $1\times10^{-4}$, also exceeding the de minimis threshold. Similarly, predicted values for screening-level concentrations of arsenic (e.g., CHHSLs or RSLs derived to meet $1\times10^{-6}$ risk targets) can be much less than naturally occurring (background) concentrations of arsenic which has been reported by the DTSC to be 9 mg/kg. As remediation strategies would generally not pursue goals to cleanup a contaminated site to concentrations that are below naturally occurring concentrations, establishing a reasonable cleanup goal is an important consideration.

A target cleanup level of 15 mg/kg arsenic in soil is proposed for the Wickes Forest Industries Sites (see Section 4.0). This concentration is slightly above background (reported at 9 mg/kg), but represents the ESL screening level for direct exposure of industrial workers to deep soil. It is also a compromise between health protection and the economic considerations of excavation volumes. Approximately 60% of the arsenic concentrations reported during the RI are below 15 mg/kg.

# 7.0 Conclusions

The PEA process (DTSC, 1994) was used to evaluate the potential for unrestricted land-uses at the Wickes Forest Industries Site in Elmira, California. The concentrations of arsenic exceed de minimis thresholds for hypothetical cancer risks and noncancer health hazards, with the concentrations of the other COPCs (chromium and copper) being inconsequential. When evaluated against several types of health-protective screening thresholds, the concentrations of chromium and copper are less than threshold values, while the concentration of arsenic is greater than all screening thresholds. Consequently, and as expected, the Site does not qualify for unrestricted land use and other environmental options must be considered (i.e., the remedial actions presented in this work plan). A cleanup goal of 15 mg/kg arsenic has been proposed for the site.

APPENDIX E
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
May 2009
Page E-12

# References

DTSC. 1994 (Second Printing: 1999). Preliminary Endangerment Assessment Guidance Manual. State of California; Environmental Protection Agency, Department of Toxic Substances Control. January.

DTSC, 2005. Recommended DTSC Default Exposure Factors for Use in Risk Assessment at California Military Facilities. Human Health Risk Assessment (HHRA) Note Number 1. California Department of Toxic Substances Control (DTSC), Human and Ecological Risk Division (HERD). Issue Date: October 27, 2005.

National Cancer Institute. 2008. *Cancer of All Sites*, Surveillance Epidemiology and End Results. Online: http://seer.cancer.gov/statfacts/html/all.html.

OEHHA. 2003. The Air Toxics Hot Spots Program Guidance Manual for Preparation of Health Risk Assessments. Office of Environmental Health Hazard Assessment, California Environmental Protection Agency, Oakland, California. August. http://www.oehha.ca.gov/air/hot%5Fspots/HRAguidefinal.html

OEHHA. 2005. Human-Exposure-Based Screening Numbers Developed to Aid Estimation of Cleanup Costs for Contaminated Soil. Integrated Risk Assessment Section, Office of Environmental Health Hazard Assessment, California Environmental Protection Agency. January (revision of November 2004 document). http://www.oehha.ca.gov/risk/sb32soils05.html

OEHHA. 2008. OEHHA Toxicity Criteria Database, December 17, 2008. Office of Environmental Health Hazard Assessment, California Environmental Protection Agency. http://www.oehha.ca.gov/risk/ChemicalDB/index.asp

RWQCB-SF (Regional Water Quality Control Board, San Francisco Bay Region). 2008. *Screening for Environmental Concerns at Sites with Contaminated Soil and Groundwater.* California Regional Water Quality Control Board, San Francisco Bay Region, Oakland, CA. May.

Singh, A., and A.K. Singh. 2007. *ProUCL Version 4.0, Technical Guide.* EPA/600/R-07/041. U.S. Environmental Protection Agency, Office of Research and Development, Washington, DC. April.

Singh, A., A.K. Singh, and R.W. Maichle. 2004. *ProUCL Version 3.0 User's Guide.* April. (http://www.epa.gov/nerlesd1/tsc/images/proucl3apr04.pdf) and Version 3.0 Software (http://www.epa.gov/nerlesd1/tsc/form.htm)

Singh, A., R. Maichle, A.K. Singh, and S.E. Lee. 2007. *ProUCL Version 4.0, User Guide.* EPA/600/R-07/038. U.S. Environmental Protection Agency, Office of Research and Development, Washington, DC. April.

Case 2:14-cv-00595-WBS-JDP   Document 189-12   Filed 08/21/19   Page 98 of 223
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix E
May 2009
Page E-13

Tannenbaum, L.V., M.S. Johnson, and M. Bazar. 2003. Application of the Hazard Quotient Method in Remedial Decisions: A Comparison of Human and Ecological Risk Assessments. *Human and Ecological Risk Assessment* **9**:387–401.

URS. 2008. *Remedial Investigation Report, Wickes Forest Industries, Elmira, California.* Prepared for: Department of Toxic Substances Control, Northern California Region, Sacramento, California. Prepared by: URS Corporation, Sacramento, California. July.

United States Environmental Protection Agency (EPA). 1997. *Health Effects Assessment Summary Tables (HEAST).* Office of Emergency and Remedial Response. EPA-540-R-97-036. July.

EPA. 2004. *Risk Assessment Guidance for Superfund, Volume I: Human Health Evaluation Manual (Part E, Supplemental Guidance for Dermal Assessment); Final.* EPA/540/R/99/005. Office of Superfund Remediation and Technology Innovation, U.S. Environmental Protection Agency, Washington, D.C. July.

EPA. 2008. *Regional Screening Levels (RSL) for Chemical Contaminants at Superfund Sites. RSL Table update. September 2008.*

# Title & Number Placeholders for Tables and Attachment

Table E-1    Analytical Results from Soil Samples Collected at 0 to 5 feet below ground surface

Table E-2    Summary of Analytical Results for Soil Samples Colleted at 0 to 5 feet below ground surface

Table E-3    Exposure Factors

Table E-4    Toxicity and Chemical-Specific Factors

Table E-5    Risk and Hazard Estimates: Incidental Ingestion of Soil, Unrestricted Land Use (PEA Scenario)

Table E-6    Risk and Hazard Estimates: Inhalation of Soil Particulate, Unrestricted Land Use (PEA Scenario)

Table E-7    Cumulative Risk and Hazard Estimates, Unrestricted Land Use (PEA Scenario)

Table E-8    Comparison of Site Maximum Concentrations to Other Screening Concentrations for Soil


Attachment E1:        ProUCL Results

Table E-1.  Analytical Results for Soil Samples Collected at 0 to 5 feet below ground surface; Wickes Forest Industries Site, Elmira, California

| Sample Name | Sampled Depth (feet below ground surface) | Concentration[a] (mg/kg) | | | | |
|---|---|---|---|---|---|---|
| | | Arsenic | Copper | Total Chromium | Chromium (III) | Chromium (VI) |
| B-1-2.5 | 2.5 | 550 | 21 | 520 | 518.9 | 1.1 |
| B-1-5 | 5 | 6.7 | 18 | 370 | 364.2 | 5.8 |
| B-2-2.5 | 2.5 | 35 | 36 | 470 | 470 | <0.05 |
| B-2-5 | 5 | 5 | 16 | 210 | 210 | <0.05 |
| B-3-2.5 | 2.5 | 6.3 | 16 | 250 | 249.93 | 0.07 |
| B-3-5 | 5 | 12 | 19 | 94 | 94 | <0.05 |
| B-4-2.5 | 2.5 | 6.5 | 19 | 24 | 24 | <0.05 |
| B-4-5 | 5 | 4.7 | 16 | 20 | 20 | <0.05 |
| B-5-2.5 | 2.5 | 150 | 79 | 230 | 230 | <0.05 |
| B-5-5 | 5 | 260 | 210 | 280 | 280 | <0.05 |
| B-6-2.5 | 2.5 | 27 | 53 | 88 | 88 | <0.05 |
| B-6-5 | 5 | 13 | 27 | 63 | 63 | <0.05 |
| B-7-2.5 | 2.5 | 6.5 | 18 | 360 | 354.5 | 5.5 |
| B-7-5 | 5 | 4.7 | 16 | 160 | 159.85 | 0.15 |
| B-8-2.5 | 2.5 | 170 | 160 | 380 | 375.4 | 4.6 |
| B-8D-2.5 | 2.5 | 110 | 110 | 380 | 377.6 | 2.4 |
| B-8-5 | 5 | 9.8 | 22 | 210 | 194 | 16 |
| B-8D-5 | 5 | 28 | 40 | 190 | 182.2 | 7.8 |
| B-9-2.5 | 2.5 | 7.1 | 24 | 78 | 77.84 | 0.16 |
| B-9-5 | 5 | 4.9 | 17 | 26 | 26 | <0.05 |
| B-10-2.5 | 2.5 | 6.8 | 25 | 180 | 179.92 | 0.08 |
| B-10-5 | 5 | 5.4 | 18 | 38 | 38 | <0.05 |
| B-11-2.5 | 2.5 | 10 | 23 | 130 | 130 | <0.05 |
| B-11-5 | 5 | 6.7 | 20 | 18 | 18 | <0.05 |
| B-12-0.5 | 0.5 | 62 | 60 | 100 | 100 | <0.05 |
| B-12-2.5 | 2.5 | 7.3 | 23 | 200 | 199.93 | 0.07 |
| B-12-5 | 5 | 5.9 | 21 | 23 | 23 | <0.05 |
| B-14-0.5 | 0.5 | 55 | 38 | 230 | 230 | <0.05 |
| B-14-2.5 | 2.5 | 110 | 100 | 340 | 340 | <0.05 |
| B-14-5 | 5 | 8.3 | 19 | 73 | 73 | <0.05 |
| B-15-0.5 | 0.5 | 610 | 650 | 540 | 539.67 | 0.33 |
| B-15-2.5 | 2.5 | 350 | 350 | 350 | 349.93 | 0.07 |
| B-15-5 | 5 | 13 | 28 | 27 | 27 | <0.05 |
| B-16-2.5 | 2.5 | 8.5 | 24 | 25 | 25 | <0.05 |
| B-16D-2.5 | 2.5 | 8.4 | 26 | 24 | 24 | <0.05 |
| B-16-5 | 5 | 6.4 | 20 | 21 | 21 | <0.05 |
| B-17-0.5 | 0.5 | 190 | 150 | 190 | 190 | <0.05 |
| B-17-2.5 | 2.5 | 10 | 27 | 26 | 26 | <0.05 |
| B-17-5 | 5 | 7.7 | 23 | 24 | 24 | <0.05 |
| B-18-0.5 | 0.5 | 240 | 200 | 200 | 199.67 | 0.33 |
| B-18-2.5 | 2.5 | 8.5 | 27 | 150 | 147.6 | 2.4 |
| B-18-5 | 5 | 7.4 | 23 | 340 | 323 | 17 |
| B-20-0.5 | 0.5 | 6.2 | 13 | 48 | 48 | <0.05 |

Table E-1.  Analytical Results for Soil Samples Collected at 0 to 5 feet below ground surface; Wickes Forest Industries Site, Elmira, California

| Sample Name | Sampled Depth (feet below ground surface) | Concentration[a] (mg/kg) | | | | |
|---|---|---|---|---|---|---|
| | | Arsenic | Copper | Total Chromium | Chromium (III) | Chromium (VI) |
| B-20-2.5 | 2.5 | 5.8 | 14 | 69 | 69 | <0.05 |
| B-20-5 | 5 | 7.5 | 23 | 25 | 25 | <0.05 |
| B-21-0.5 | 0.5 | 21 | 38 | 58 | 58 | <0.05 |
| B-21-2.5 | 2.5 | 14 | 29 | 96 | 96 | <0.05 |
| B-21D-2.5 | 2.5 | 13 | 26 | 81 | 81 | <0.05 |
| B-21-5 | 5 | 6.9 | 22 | 26 | 26 | <0.05 |
| B-21D-5 | 5 | 7.4 | 22 | 25 | 25 | <0.05 |
| B-22-0.5 | 0.5 | 67 | 48 | 150 | 150 | <0.05 |
| B-22-2.5 | 2.5 | 17 | 29 | 60 | 60 | <0.05 |
| B-22-5 | 5 | 25 | 9.5 | 32 | 32 | <0.05 |

[a] The maximum detected concentration was used from the pair if field duplicates were collected.

B = soil boring

D = field duplicate

mg/kg = milligram per kilogram

**Table E-2.  Summary of Analytical Results for Soil Samples Collected at 0 to 5 feet below ground surface; Wickes Forest Industries Site, Elmira, California**

| Analyte | Samples Analyzed | Number with Detected Analyte | Detection Frequency | Maximum Detection Limit in Non-Detect Samples (mg/kg dw) | Minimum Detected Concentration (mg/kg dw) | Arithmetic Average[a] (mg/kg dw) | Standard Deviation[a] (mg/kg dw) | Maximum Detected Concentration (mg/kg dw) | Derivation of the 95% Upper Confidence Limit (UCL)[b] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Fitted Distribution | Calculation Method | 95% UCL Concentration (mg/kg dw) |
| **Inorganic Constituents** | | | | | | | | | | | |
| Arsenic | 48 | 48 | 100% | All Detects | 4.7 | 6.66E+01 | 1.33E+02 | 610 | Non-parametric | 99% Chebyshev (Mean, SD) | 257 |
| Chromium | 48 | 48 | 100% | All Detects | 18 | 1.59E+02 | 1.45E+02 | 540 | Non-parametric | 95% Chebyshev (Mean, SD) | 128.4 |
| Chromium (III) | 48 | 48 | 100% | All Detects | 18 | 1.58E+02 | 1.44E+02 | 539.67 | Approximate Gamma | 95% Approximate Gamma | 202.1 |
| Chromium (VI) | 48 | 15 | 31% | 0.05 | 0.07 | 3.58E+00 | 5.64E+00 | 17 | Approximate Gamma | 95% Approximate Gamma | > maximum |
| Copper | 48 | 48 | 100% | All Detects | 9.5 | 6.04E+01 | 1.08E+02 | 650 | Non-parametric | 95% Kaplan-Meier (Chebyshev) | 6.299 |

[a] Statistics were calculated only using detected concentration results; maximum values were used from samples with field duplicates.

[b] 95% UCL concentrations were derived using USEPA's ProUCL software Version 4 (Singh and Singh, 2007; Singh et al., 2007); see Attachment M1.

95% UCLs based on low frequency-of-detection results, or small sample sizes, have greater statistical uncertainty.

dw = dry weight

mg/kg = milligram per kilogram

SD = standard deviation

UCL = upper confidence limit

## Table E-3.  Exposure Factors; Wickes Forest Industries Site, Elmira, California

| Exposure Parameter | Variable Name | Parameter Units | Receptor-Specific Value[a] | |
|---|---|---|---|---|
| | | | Adult Resident | Child Resident |
| Absorption Fraction from Soil | ABS | dimensionless | chemical-specific | |
| Adherence Factor | AF | mg/cm$^2$-event | 1 | |
| Averaging Time, carcinogens | AT$_c$ | yrs | 70 | -- |
| Averaging Time, noncarcinogens, child | AT$_{nc,child}$ | yrs | -- | 6 |
| Body Weight | BW$_{adult}$ | kg | 70 | -- |
| | BW$_{child}$ | kg | -- | 15 |
| Conversion Factor (soil ingestion) | CF$_s$ | kg/mg | 1.0E-06 | |
| Exposure Duration | ED$_{adult}$ | yrs | 24 | -- |
| | ED$_{child}$ | yrs | -- | 6 |
| Exposure Frequency | EF | days/yr | 350 | |
| Exposure Frequency, dermal contact | EF$_{adult}$ | yrs | 24 | -- |
| | EF$_{child}$ | yrs | -- | 6 |
| Particulate Emission Factor | PEF | m$^3$/kg | 1.316E+09 | |
| Exposure Time (inhalation) | ET | hr/day | 24 | |
| Soil Ingestion Rate | IR$_{s,adult}$ | mg/day | 100 | -- |
| | IR$_{s,child}$ | mg/day | -- | 200 |
| Dermal permeability coefficient from water | K$_p$ | cm/hr | chemical-specific | |
| Exposed-Skin Surface Area (soil) | SA$_{adult}$ | cm$^2$ | 5700 | -- |
| | SA$_{child}$ | cm$^2$ | -- | 2900 |

[a] DTSC (1994, 2005)

"--" = value not applicable

| | |
|---|---|
| mg/cm$^2$-event = milligram per square centimeter per event | kg/m$^3$ = kilogram per cubic meter |
| cm/hr = centimeter per hour | kg/mg = kilogram per milligram |
| cm$^2$ = square centimeter | L/cm$^3$ = liter per cubic centimeter |
| days/yr = days per year | L/day = liter per day |
| hr/day = hours per day | mg/day = milligram per day |
| kg = kilogram | yrs = years |

| | Table E-4.  Toxicity and Chemical-Specific Factors; Wickes Forest Industries Site, Elmira, California | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Noncancer Health-Hazard Values | | | | Theoretical Cancer-Risk Values | | | | | | |
| | Reference Dose - Oral | | Reference Concentration | | Oral Slope Factor | | Inhalation Slope Factor | | Dermal Absorption Factor from Soil | | Dermal Permeability Coefficient from Water | |
| Analyte | RfDo (mg/kg-d) | Reference | RfC ($\mu g/m^3$) | Reference | SFo (mg/kg-d)$^{-1}$ | Reference | Unit Risk ($\mu g/m^3$)$^{-1}$ | Reference | ABS (dimensionless) | Reference | $K_p$ (cm/hr) | Reference |
| **Inorganic Constituents** | | | | | | | | | | | | |
| Arsenic | 3.00E-04 | OEHHA | 3.00E-02 | OEHHA | 9.45E+00 | OEHHA | 3.30E-03 | OEHHA | 3.00E-02 | USEPA | 1.00E-03 | USEPA |
| Chromium | 1.30E+00 | RSL [Cr (1:6 VI:III)] | 2.00E-01 | Cr(VI) | -- | -- | -- | -- | 1.00E-02 | DTSC | 1.00E-03 | USEPA |
| Chromium (III) | 1.50E+00 | IRIS | -- | -- | -- | -- | -- | -- | 1.00E-02 | DTSC | 1.00E-03 | USEPA |
| Chromium (VI) | 2.00E-02 | OEHHA | 2.00E-01 | OEHHA | -- | -- | 1.50E-01 | OEHHA | 1.00E-02 | DTSC | 2.00E-03 | USEPA |
| Copper | 4.00E-02 | HEAST | -- | -- | -- | -- | -- | -- | 1.00E-02 | DTSC | 1.00E-03 | USEPA |

"--" = quantitative toxicity values are not available

References:
    DTSC = DTSC (1994)
    USEPA = USEPA (2004)
    IRIS = USEPA's *Integrated Risk Information System*, http://www.epa.gov/iris
    HEAST = USEPA (1997)
    OEHHA = OEHHA (2003) for reference dose and reference concentrations; = OEHHA (2008) for oral slope factors and inhalation unit risk values.
    RSL = value presented in the regional screening level (RSL) table (USEPA, 2008)

$\mu g/m^3$ = microgram per cubic meter
ABS = absorption factor, dermal
cm/hr = centimeter per hour
Cr = chromium
$K_p$ = dermal permeability coefficient from water
mg/kg-d = milligram per kilogram [body weight] per day
RfC = reference concentration
RfDo = reference dose, oral
RSL = regional screening level
SFo = slope factor, oral

G:\STATE-COUNTY-CITY\STATE\Calif-DTSC\07-T3406 Wickes Forest Industries\RAW\Appendix M (HHRA)\Wickes Appendix M (HHRA) Tables - 4 (Toxicity Values)

Page 1 of 1

**Table E-5.  Risk and Hazard Estimates:  Incidental Ingestion of Soil, Unrestricted Land Use (PEA Scenario); Wickes Forest Industries Site, Elmira, California**

| Definition | Variable | Value | | Equations |
|---|---|---|---|---|
| Absorption Fraction from Soil | ABS | chemical-specific | dimensionless | Cancer Risk: |
| Adherence Factor | AF | 1 | mg/cm²-event | |
| Averaging Time, Carcinogens | $AT_c$ | 70 | yrs | |
| Averaging Time, noncarcinogens, child | $AT_{nc,child}$ | 6 | yrs | |
| Body Weight, adult | $BW_{adult}$ | 70 | kg | |
| Body Weight, child | $BW_{child}$ | 15 | kg | |
| Conversion Factor - ingestion | CF | 1.0E-06 | kg/mg | |
| Concentration in soil | $C_{soil}$ | chemical-specific | mg/kg | |
| Exposure Duration, adult | $ED_{adult}$ | 24 | yrs | |
| Exposure Duration, child | $ED_{child}$ | 6 | yrs | |
| Exposure Frequency, incidental ingestion of soil | EF | 350 | days/yr | |
| Exposure Frequency, dermal contact, adult | $EF_{adult}$ | 100 | days/yr | |
| Exposure Frequency, dermal contact, child | $EF_{child}$ | 350 | days/yr | |
| Soil Ingestion Rate, adult | $IR_{s,adult}$ | 100 | mg/day | Noncancer Hazard: |
| Soil Ingestion Rate, child | $IR_{s,child}$ | 200 | mg/day | |
| Noncancer Reference Dose, oral | $RfD_O$ | chemical-specific | mg/kg-day | |
| Exposed-Skin Surface Area, adult | $SA_{adult}$ | 5700 | cm² | |
| Exposed-Skin Surface Area, child | $SA_{child}$ | 2900 | cm² | |
| Cancer Slope Factor, oral | $SF_O$ | chemical-specific | (mg/kg-day)⁻¹ | |

$$Risk_{soil} = SF_o \times C_{soil} \times \left( \frac{IR_{s,adult} \times EF \times ED_{adult} \times CF}{BW_{adult} \times AT_c \times 365\ day\ /\ year} \right)$$

$$+ SF_o \times C_{soil} \times \left( \frac{IR_{s,child} \times EF \times ED_{child} \times CF}{BW_{child} \times AT_c \times 365\ day\ /\ year} \right)$$

$$+ SF_o \times C_{soil} \times \left( \frac{SA_{adult} \times AF \times ABS \times EF_{adult} \times ED_{adult} \times CF}{BW_{adult} \times AT_c \times 365\ day\ /\ year} \right)$$

$$+ SF_o \times C_{soil} \times \left( \frac{SA_{child} \times AF \times ABS \times EF_{child} \times ED_{child} \times CF}{BW_{child} \times AT_c \times 365\ day\ /\ year} \right)$$

$$Hazard_{soil} = \frac{1}{RfD_o} \times C_{soil} \times \left( \frac{IRS_s \times EF \times ED_{child} \times CF}{BW_c \times AT_{nc,c} \times 365\ day\ /\ year} \right)$$

$$\frac{1}{RfD_o} \times C_{soil} \times \left( \frac{SA_{child} \times AF \times ABS \times EF_{child} \times ED_{child} \times CF}{BW_{child} \times AT_{nc,c} \times 365\ day\ /\ year} \right)$$

| Analyte | $C_{soil}$ (mg/kg) | ABS (dimensionless) | $SF_o$ (mg/kg-day)⁻¹ | Cancer Risk (dimensionless) | $RfD_o$ (mg/kg-day) | Noncancer Hazard (dimensionless) |
|---|---|---|---|---|---|---|
| **Inorganic Constituents** | | | | | | |
| Arsenic (maximum) | 610 | 3.00E-02 | 9.45E+00 | 1.31E-02 | 3.00E-04 | 3.73E+01 |
| Arsenic (95% UCL) | 257 | 3.00E-02 | 9.45E+00 | 5.52E-03 | 3.00E-04 | 1.57E+01 |
| Chromium (maximum) | 540 | 1.00E-02 | No Toxicity Value | -- | 1.30E+00 | 6.08E-03 |
| Chromium (95% UCL) | 128.4 | 1.00E-02 | No Toxicity Value | -- | 1.30E+00 | 1.45E-03 |
| Chromium (III) (maximum) | 539.67 | 1.00E-02 | No Toxicity Value | -- | 1.50E+00 | 5.27E-03 |
| Chromium (III) (95% UCL) | 202.1 | 1.00E-02 | No Toxicity Value | -- | 1.50E+00 | 1.97E-03 |
| Chromium (VI) (maximum) | 17 | 1.00E-02 | No Toxicity Value | -- | 2.00E-02 | 1.24E-02 |
| Chromium (VI) (95% UCL) | -- | 1.00E-02 | No Toxicity Value | -- | 2.00E-02 | -- |
| Copper (maximum) | 650 | 1.00E-02 | No Toxicity Value | -- | 4.00E-02 | 2.38E-01 |
| Copper (95% UCL) | 6.299 | 1.00E-02 | No Toxicity Value | -- | 4.00E-02 | 2.31E-03 |

**Table E-6.  Risk and Hazard Estimates:  Inhalation of Soil Particulate, Unrestricted Land Use (PEA Scenario); Wickes Forest Industries Site, Elmira, California**

| Description | Variable | Value |
|---|---|---|
| Averaging Time, carcinogens | $AT_c$ | 70 yrs |
| Averaging Time, noncarcinogens, child | $AT_{nc,child}$ | 6 yrs |
| Body weight, adult | $BW_{adult}$ | 70 kg |
| Body weight, child | $BW_{child}$ | 15 kg |
| Concentration in air | $C_{air}$ | chemical-specific μg/m³ |
| Concentration in soil | $C_{soil}$ | chemical-specific mg/kg |
| Exposure Duration, adult | $ED_{adult}$ | 24 yrs |
| Exposure Duration, child | $ED_{child}$ | 6 yrs |
| Exposure Frequency | EF | 350 days/yr |
| Exposure Time | ET | 24 hours/day |
| Particulate Emission Factor | PEF | 1.316E+09 m³/kg |
| Inhalation Reference Concentration | RfC | chemical-specific μg/m³ |
| Inhalation Unit-Risk Factor | URF | chemical-specific (μg/m³)⁻¹ |

Equations (modified to incorporate contemporary units for toxicity data)

Cancer Risk:

$$Risk = URF \times C_{air} \times \left( \frac{ET \times EF \times ED_{adult}}{AT_c \times 365 \ days \ / \ year \times 24 \ hours \ / \ day} \right)$$
$$+ URF \times C_{air} \times \left( \frac{ET \times EF \times ED_{child}}{AT_c \times 365 \ days \ / \ year \times 24 \ hours \ / \ day} \right)$$

Noncarcinogenic Hazard:

$$Hazard = \frac{1}{RfC} \times C_{air} \times \left( \frac{ET \times EF \times ED_{child}}{AT_{nc,child} \times 365 \ days \ / \ year \times 24 \ hours \ / \ day} \right)$$

where:

$$C_{air} = \frac{C_{soil}}{PEF} \times 1000 \ \frac{\mu g}{mg}$$

| Analyte | $C_{soil}$ (mg/kg) | PEF (kg/m³) | $C_{air}$ (μg/m³) | $URF_i$ (μg/m³)⁻¹ | Cancer Risk (dimensionless) | RfC (μg/m³) | Hazard Quotient (dimensionless) |
|---|---|---|---|---|---|---|---|
| **Inorganic Constituents** | | | | | | | |
| Arsenic (maximum) | 610 | 1.316E+09 | 4.64E-04 | 3.30E-03 | 6.29E-07 | 3.00E-02 | 1.48E-02 |
| Arsenic (95% UCL) | 257 | 1.316E+09 | 1.95E-04 | 3.30E-03 | 2.65E-07 | 3.00E-02 | 6.24E-03 |
| Chromium (maximum) | 540 | 1.316E+09 | 4.10E-04 | No Toxicity Value | -- | 2.00E-01 | 1.97E-03 |
| Chromium (95% UCL) | 128.4 | 1.316E+09 | 9.76E-05 | No Toxicity Value | -- | 2.00E-01 | 4.68E-04 |
| Chromium (III) (maximum) | 539.67 | 1.316E+09 | 4.10E-04 | No Toxicity Value | -- | No Toxicity Value | -- |
| Chromium (III) (95% UCL) | 202.1 | 1.316E+09 | 1.54E-04 | No Toxicity Value | -- | No Toxicity Value | -- |
| Chromium (VI) (maximum) | 17 | 1.316E+09 | 1.29E-05 | 1.50E-01 | 7.96E-07 | 2.00E-01 | 6.19E-05 |
| Chromium (VI) (95% UCL) | -- | 1.316E+09 | -- | 1.50E-01 | -- | 2.00E-01 | -- |
| Copper (maximum) | 650 | 1.316E+09 | 4.94E-04 | No Toxicity Value | -- | No Toxicity Value | -- |
| Copper (95% UCL) | 6.299 | 1.316E+09 | 4.79E-06 | No Toxicity Value | -- | No Toxicity Value | -- |

**Table E-7.  Cumulative Risk and Hazard Estimates, Unrestricted Land Use (PEA Scenario); Wickes Forest Industries Site, Elmira, California**

| Analyte | Soil Concentration (mg/kg) | | Theoretical Cancer-Risk Estimate Soil | | | | Theoretical Noncancer-Hazard Estimate Soil | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Maximum | 95% UCL | Ingestion & Dermal | Inhalation | Multi-Pathway | % of Cumulative (excluding arsenic) | Ingestion & Dermal | Inhalation | Multi-Pathway | % of Cumulative[a] (excluding arsenic) |
| **Inorganic Constituents** | | | | | | | | | | |
| Arsenic | 610 | -- | **1.31E-02** | 6.29E-07 | **1.3E-02** | -- | **3.73E+01** | 1.48E-02 | **3.7E+01** | -- |
| Chromium | 540 | -- | -- | -- | -- | -- | 6.08E-03 | 1.97E-03 | 8.0E-03 | -- |
| Chromium (III) | 539.67 | -- | -- | -- | -- | -- | 5.27E-03 | -- | 5.3E-03 | 2% |
| Chromium (VI) | 17 | -- | -- | 7.96E-07 | 8.0E-07 | 100% | 1.24E-02 | 6.19E-05 | 1.3E-02 | 5% |
| Copper | 650 | -- | -- | -- | -- | -- | 2.38E-01 | -- | 2.4E-01 | 93% |
| | | | | | | | | | | |
| Arsenic | -- | 257 | **5.52E-03** | 2.65E-07 | **5.5E-03** | -- | **1.57E+01** | 6.24E-03 | **1.6E+01** | -- |
| Chromium | -- | 128.4 | -- | -- | -- | -- | 1.45E-03 | 4.68E-04 | 1.9E-03 | -- |
| Chromium (III) | -- | 202.1 | -- | -- | -- | -- | 1.97E-03 | -- | 2.0E-03 | 46% |
| Chromium (VI) | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| Copper | -- | 6.299 | -- | -- | -- | -- | 2.31E-03 | -- | 2.3E-03 | 54% |

| | | |
|---|---|---|
| Cumulative Risk (maximums)[b]: | 1E-02 | Hazard Index (maximums)[b]:  4E+01 |
| Cumulative Risk, excluding arsenic (maximums)[c]: | 8E-07 | Hazard Index, excluding arsenic (maximums)[c]:  3E-01 |
| Cumulative Risk (95% UCLs)[b]: | 6E-03 | Hazard Index (95% UCLs)[b]:  2E+01 |
| Cumulative Risk, excluding arsenic (95% UCLs)[c]: | -- | Hazard Index, excluding arsenic (95% UCLs)[c]:  4E-03 |

[a] Percentages of cumulative hazard (exluding arsenic) are derived separately:  as based on maximum concentrations, and as based on 95% UCL concentrations.

[b] Summation of arsenic, chromium(III), chromium(VI), and copper.

[c] Summation of chromium(III), chromium(VI), and copper.

"--" = data not available or not calculated

**Bold** values indicate a risk estimate >1E-06, or a hazard estimate >1.0.

µg/L = microgram per liter
95% UCL = 95% upper confidence limit (on the mean concentration)
mg/kg = milligram per kilogram

Table E-8.  Comparison of Site Maximum Concentrations to Other Screening Concentrations for Soil; Wickes Forest Industries Site, Elmira, California

| Analyte | Detected Concentrations in Soil (mg/kg dw) | | CHHSL[a] | | RSL[b] | | ESL[c] | |
|---|---|---|---|---|---|---|---|---|
| | Maximum | 95% UCL | Residential Soil (mg/kg dw) | Industrial Soil (mg/kg dw) | Residential Soil (mg/kg dw) | Industrial Soil (mg/kg dw) | Residential Soil (mg/kg dw) | Industrial Soil (mg/kg dw) |
| Inorganic Constituents | | | | | | | | |
| Arsenic | **610** | **257** | **0.07** | **0.24** | **0.39** | **1.6** | **0.39** | **1.6** |
| Chromium | 540 | 128.4 | -- | -- | 1 Cr(VI): 6 Cr(III) -- 280 | 1 Cr(VI): 6 Cr(III) -- 1400 | 1000 | 2500 |
| Chromium (III) | 539.67 | 202.1 | 100000 | 100000 | 120000 | (exceeds saturation limit) | 1000 | 2500 |
| **Chromium (VI)** | 17 | not calculated | 17 | 37 | 39 | 200 | **9.4** | 36 |
| Copper | 650 | 6.299 | 3000 | 38000 | 3100 | 41000 | 1000 | 2500 |

[a] OEHHA (2005)

[b] USEPA (2008)

[c] RWQCBSF (2008); listed values are ESLs for the protection of human health from exposure to inorganic constituents in shallow soil (to a depth of 3 meters) or ceiling values indicative of gross contamination.

**Bold** analytes and concentrations indicate exceedances of at least one corresponding risk-based screening concentration.

Cr = chromium
CHHSL = California Human Health Screening Level
ESL = Environmental Screening Level
RSL = USEPA Regional Screening Level
µg/L = microgram per liter
dw = dry weight
mg/kg = milligram per kilogram

**APPENDIX F**

**DTSC Fact Sheet on Import Fill Material**



# Information Advisory
# Clean Imported Fill Material



October 2001

## DEPARTMENT OF TOXIC SUBSTANCES CONTROL

*It is DTSC's mission to restore, protect and enhance the environment, to ensure public health, environmental quality and economic vitality, by regulating hazardous waste, conducting and overseeing cleanups, and developing and promoting pollution prevention.*

State of California



California Environmental Protection Agency



## Executive Summary

*This fact sheet has been prepared to ensure that inappropriate fill material is not introduced onto sensitive land use properties under the oversight of the DTSC or applicable regulatory authorities. Sensitive land use properties include those that contain facilities such as hospitals, homes, day care centers, and schools. This document only focuses on human health concerns and ecological issues are not addressed.*

*It identifies those types of land use activities that may be appropriate when determining whether a site may be used as a fill material source area. It also provides guidelines for the appropriate types of analyses that should be performed relative to the former land use, and for the number of samples that should be collected and analyzed based on the estimated volume of fill material that will need to be used. The information provided in this fact sheet is not regulatory in nature, rather is to be used as a guide, and in most situations the final decision as to the acceptability of fill material for a sensitive land use property is made on a case-by-case basis by the appropriate regulatory agency.*

## Introduction

The use of imported fill material has recently come under scrutiny because of the instances where contaminated soil has been brought onto an otherwise clean site. However, there are currently no established standards in the statutes or regulations that address environmental requirements for imported fill material. Therefore, the California Environmental Protection Agency, Department of Toxic Substances Control (DTSC) has prepared this fact sheet to identify procedures that can be used to minimize the possibility of introducing contaminated soil onto a site that requires imported fill material. Such sites include those that are undergoing site remediation, corrective action, and closure activities overseen by DTSC or the appropriate regulatory agency. These procedures may also apply to construction projects that will result in sensitive land uses. The intent of this fact sheet is to protect people who live on or otherwise use a sensitive land use property. By using this fact sheet as a guide, the reader will minimize the chance of introducing fill material that may result in potential risk to human health or the environment at some future time.

*The energy challenge facing California is real. Every Californian needs to take immediate action to reduce energy consumption. For a list of simple ways you can reduce demand and cut your energy costs, see our website at www.dtsc.ca.gov.*

## Overview

Both natural and manmade fill materials are used for a variety of purposes. Fill material properties are commonly controlled to meet the necessary site specific engineering specifications. Because most sites requiring fill material are located in or near urban areas, the fill materials are often obtained from construction projects that generate an excess of soil, and from demolition debris (asphalt, broken concrete, etc.). However, materials from those types of sites may or may not be appropriate, depending on the proposed use of the fill, and the quality of the assessment and/or mitigation measures, if necessary. Therefore, unless material from construction projects can be demonstrated to be free of contami-nation and/or appropriate for the proposed use, the use of that material as fill should be avoided.

## Selecting Fill Material

In general, the fill source area should be located in nonindustrial areas, and not from sites undergoing an environmental cleanup. Nonindustrial sites include those that were previously undeveloped, or used solely for residential or agricultural purposes. If the source is from an agricultural area, care should be taken to insure that the fill does not include former agricultural waste process byproducts such as manure or other decomposed organic material. Undesirable sources of fill material include indus-trial and/or commercial sites where hazardous ma-

## Potential Contaminants Based on the Fill Source Area

| Fill Source: | Target Compounds |
|---|---|
| Land near to an existing freeway | Lead (EPA methods 6010B or 7471A), PAHs (EPA method 8310) |
| Land near a mining area or rock quarry | Heavy Metals (EPA methods 6010B and 7471A), asbestos (polarized light microscopy), pH |
| Agricultural land | Pesticides (Organochlorine Pesticides: EPA method 8081A or 8080A; Organophospho-rus Pesticides: EPA method 8141A; Chlori-nated Herbicides: EPA method 8151A), heavy metals (EPA methods 6010B and 7471A) |
| Residential/acceptable commercial land | VOCs (EPA method 8021 or 8260B, as appropriate and combined with collection by EPA Method 5035), semi-VOCs (EPA method 8270C), TPH (modified EPA method 8015), PCBs (EPA method 8082 or 8080A), heavy metals including lead (EPA methods 6010B and 7471A), asbestos (OSHA Method ID-191) |

*The recommended analyses should be performed in accordance with USEPA SW-846 methods (1996). Other possible analyses include Hexavalent Chromium: EPA method 7199*

# Recommended Fill Material Sampling Schedule

| Area of Individual Borrow Area | Sampling Requirements |
| --- | --- |
| 2 acres or less | Minimum of 4 samples |
| 2 to 4 acres | Minimum of 1 sample every 1/2 acre |
| 4 to 10 acres | Minimum of 8 samples |
| Greater than 10 acres | Minimum of 8 locations with 4 subsamples per location |

| Volume of Borrow Area Stockpile | Samples per Volume |
| --- | --- |
| Up to 1,000 cubic yards | 1 sample per 250 cubic yards |
| 1,000 to 5,000 cubic yards | 4 samples for first 1000 cubic yards +1 sample per each additional 500 cubic yards |
| Greater than 5,000 cubic yards | 12 samples for first 5,000 cubic yards + 1 sample per each additional 1,000 cubic yards |

terials were used, handled or stored as part of the business operations, or unpaved parking areas where petroleum hydrocarbons could have been spilled or leaked into the soil. Undesirable commercial sites include former gasoline service stations, retail strip malls that contained dry cleaners or photographic processing facilities, paint stores, auto repair and/or painting facilities. Undesirable industrial facilities include metal processing shops, manufacturing facilities, aerospace facilities, oil refineries, waste treatment plants, etc. Alternatives to using fill from construction sites include the use of fill material obtained from a commercial supplier of fill material or from soil pits in rural or suburban areas. However, care should be taken to ensure that those materials are also uncontaminated.

## Documentation and Analysis

In order to minimize the potential of introducing contaminated fill material onto a site, it is necessary to verify through documentation that the fill source is appropriate and/or to have the fill material analyzed for potential contaminants based on the location and history of the source area. Fill documentation should include detailed information on the previous use of the land from where the fill is taken, whether an environmental site assessment was performed and its findings, and the results of any testing performed. It is recommended that any such documentation should be signed by an appropriately licensed (CA-registered) individual. If such documentation is not available or is inadequate, samples of the fill material should be chemically analyzed. Analysis of the fill material should be based on the source of the fill and knowledge of the prior land use.

Detectable amounts of compounds of concern within the fill material should be evaluated for risk in accordance with the DTSC Preliminary Endangerment Assessment (PEA) Guidance Manual. If

metal analyses are performed, only those metals (CAM 17 / Title 22) to which risk levels have been assigned need to be evaluated. At present, the DTSC is working to establish California Screening Levels (CSL) to determine whether some compounds of concern pose a risk. Until such time as these CSL values are established, DTSC recommends that the DTSC PEA Guidance Manual or an equivalent process be referenced. This guidance may include the Regional Water Quality Control Board's (RWQCB) guidelines for reuse of non-hazardous petroleum hydrocarbon contaminated soil as applied to Total Petroleum Hydrocarbons (TPH) only. The RWQCB guidelines should not be used for volatile organic compounds (VOCs) or semi-volatile organic compounds (SVOCS). In addition, a standard laboratory data package, including a summary of the QA/QC (Quality Assurance/Quality Control) sample results should also accompany all analytical reports.

When possible, representative samples should be collected at the borrow area while the potential fill material is still in place, and analyzed prior to removal from the borrow area. In addition to performing the appropriate analyses of the fill material, an appropriate number of samples should also be determined based on the approximate volume or area of soil to be used as fill material. The table above can be used as a guide to determine the number of samples needed to adequately characterize the fill material when sampled at the borrow site.

## Alternative Sampling

A Phase I or PEA may be conducted prior to sampling to determine whether the borrow area may have been impacted by previous activities on the property. After the property has been evaluated, any sampling that may be required can be determined during a meeting with DTSC or appropriate regulatory agency. However, if it is not possible to analyze the fill material at the borrow area or determine that it is appropriate for use via a Phase I or PEA, it is recommended that one (1) sample per truckload be collected and analyzed for all compounds of concern to ensure that the imported soil is uncontaminated and acceptable. (See chart on Potential Contaminants Based on the Fill Source Area for appropriate analyses). This sampling frequency may be modified upon consultation with the DTSC or appropriate regulatory agency if all of the fill material is derived from a common borrow area. However, fill material that is not characterized at the borrow area will need to be stockpiled either on or off-site until the analyses have been completed. In addition, should contaminants exceeding acceptance criteria be identified in the stockpiled fill material, that material will be deemed unacceptable and new fill material will need to be obtained, sampled and analyzed. Therefore, the DTSC recommends that all sampling and analyses should be completed prior to delivery to the site to ensure the soil is free of contamination, and to eliminate unnecessary transportation charges for unacceptable fill material.

Composite sampling for fill material characterization may or may not be appropriate, depending on quality and homogeneity of source/borrow area, and compounds of concern. Compositing samples for volatile and semivolatile constituents is not acceptable. Composite sampling for heavy metals, pesticides, herbicides or PAH's from unanalyzed stockpiled soil is also unacceptable, unless it is stockpiled at the borrow area and originates from the same source area. In addition, if samples are composited, they should be from the same soil layer, and not from different soil layers.

When very large volumes of fill material are anticipated, or when larger areas are being considered as borrow areas, the DTSC recommends that a Phase I or PEA be conducted on the area to ensure that the borrow area has not been impacted by previous activities on the property. After the property has been evaluated, any sampling that may be required can be determined during a meeting with the DTSC.

*For further information, call Richard Coffman, Ph.D., R.G., at (818) 551-2175.*

**APPENDIX G**

**Health and Safety Plan**

# HEALTH AND SAFETY PLAN SITE INVESTIGATION FIELD ACTIVITIES

*Prepared for*

WICKES FOREST INDUSTRIES

August 2009

**URS**

URS Corporation
2870 Gateway Oaks Drive, Suite 150
Sacramento, California 95833

# TABLE OF CONTENTS

1.      Project Information ................................................................................1-1

    1.1     Project Identification and Approvals ..........................................1-1
    1.2     Applicability ....................................................................................1-2
    1.3     Site Location and Description ......................................................1-3
    1.4     Scope of Work ................................................................................1-3

2.      Safe Work Tools .......................................................................................2-1

    2.1     Behavior-Based Safety ..................................................................2-1
            2.1.1   Job Safety Analyses (JSA) ..............................................2-2
            2.1.2   Site Health and Safety Audits........................................2-2
            2.1.3   Management of Change (MOC).....................................2-2

3.      Responsibilities and Authorities .........................................................3-1

    3.1     Project Manager..............................................................................3-1
    3.2     Site Safety Officer ..........................................................................3-2
    3.3     Health and Safety Professional ....................................................3-3
    3.4     Project personnel ...........................................................................3-3
    3.5     Subcontractors ................................................................................3-4
    3.6     Site visitors .....................................................................................3-4

4.      Site Hazard Analysis ..............................................................................4-1

    4.1     Physical Hazards.............................................................................4-1
            4.1.1   Temperature Extremes (SMS 018 & 059).....................4-1
            4.1.2   Adverse Weather .............................................................4-2
            4.1.3   Noise (SMS 026) ...............................................................4-3
            4.1.4   Electrical Safety (SMS 012) and Lockout / Tagout
                    (SMS 023)...........................................................................4-3
            4.1.5   Housekeeping and Slip, Trip, and Fall Hazards (SMS 021) .......4-3
            4.1.6   Lifting Hazards and Musculoskeletal Injuries (SMS 069) ...........4-3
            4.1.7   Hand Safety / Portable Tools & Equipment (SMS 016/064) .......4-4
            4.1.8   Fire Prevention and Protection (SMSs 014, 015, and 020) .........4-5
            4.1.9   Work Zone Traffic Control (SMS 032)........................4-6
            4.1.10  Vehicle / Equipment Safety (SMS 057) ......................4-6
            4.1.11  Portable Ladders (SMS 028) .........................................4-6
            4.1.12  Drilling Safety and Utility Clearance Guidelines (SMS
                    056 and SMS 034) ............................................................4-7
            4.1.13  Fall Protection (SMS 040) ..............................................4-7
            4.1.14  Work over Water (SMS 27).............................................4-8
            4.1.15  Night Work .......................................................................4-8
            4.1.16  Prohibited Activities .......................................................4-8
            4.1.17  Excavation Safety (SMS 013) .........................................4-9
            4.1.18  Heavy Equipment (SMS 019).........................................4-9
            4.1.19  Crane Safety & Rigging Requirements (SMSs 038, 041)...........4-9

**URS**

# TABLE OF CONTENTS

| | | | |
|---|---|---|---|
| | | 4.1.20 Hot Work (SMS 020) | 4-10 |
| | 4.2 | Biological Hazards (SMS 047) | 4-10 |
| | 4.3 | Chemical Hazards | 4-11 |
| **5.** | | **Health and Safety Controls** | **5-1** |
| | 5.1 | Personnel Training and Medical Clearance Requirements | 5-1 |
| | 5.2 | Health and Safety Briefing | 5-1 |
| | 5.3 | Health and Safety Documentation | 5-2 |
| | 5.4 | PersonAl Protective Equipment | 5-2 |
| | 5.5 | Site Control Measures | 5-4 |
| | 5.6 | DECONTAMINATION REQUIREMENTS | 5-4 |
| | 5.7 | Sanitation Requirements (SMS 030) | 5-5 |
| **6.** | | **Emergency Response Plan** | **6-1** |
| | 6.1 | Communications | 6-1 |
| | 6.2 | Potential Incidents | 6-2 |
| | | 6.2.1 Release of Hazardous Airborne Contaminants | 6-2 |
| | | 6.2.2 Releases and Spills | 6-3 |
| | | 6.2.3 Biological Hazards | 6-3 |
| | | 6.2.4 Fire | 6-3 |
| | | 6.2.5 Medical Emergency | 6-3 |
| | | 6.2.6 Exposure | 6-4 |
| | | 6.2.7 Burns | 6-4 |
| | 6.3 | Accidents / Incidents and Near-Miss Notification (SMS 049) | 6-6 |
| | 6.4 | Exposure/Injury Medical Surveillance (SMS 024 and 065) | 6-7 |
| | 6.5 | RecordKeeping | 6-7 |

**Appendices**

| | |
|---|---|
| A | Safety Compliance Agreement |
| B | Daily Pre-work Safety Plan Meeting Record Form |
| C | List of URS Safety Management Standards (SMSs) (Volume 2 to this HASP will contain actual copies of the SMSs. |
| D | URS Job Safety Analysis |
| E | Behavior-Based Safety Observation Form |
| F | Near-Miss Reporting Form |
| G | Hospital Map |

# TABLE OF CONTENTS

**Tables**

Table 4-1        Permissible Exposure Limits and Chemical/Physical Properties
Table 4-2        Monitoring Equipment and Action Level Requirements
Table 4-3        Safety Equipment Checklist

# Acronyms and Abbreviations

| | |
|---|---|
| ACGIH | American Conference of Governmental Industrial Hygienists |
| ANSI | American National Standards Institute |
| Cal/OSHA | California Occupational Safety and Health Administration |
| CCR | California Code of Regulations |
| CFR | Code of Federal Regulations |
| CGI | Combustible Gas Indicator |
| CIH | Certified Industrial Hygienist |
| COC | contaminant of concern |
| CPR | cardiopulmonary resuscitation |
| dBA | decibel (A scale) |
| DHHS | Department of Health and Human Services |
| DOT | Department of Transportation |
| EPA | United States Environmental Protection Agency |
| eV | electron-volt |
| FMA | Fire Marshals Association |
| HASP | Health and Safety Plan |
| HAZWOPER | Hazardous Waste Operation and Emergency Response |
| HSM | Health and Safety Manager |
| IDLH | Imminently Dangerous to Life or Health |
| JSA | Job Safety Analyses |
| kV | kilovolt |
| LEL | lower explosive limit |
| $mg/m^3$ | milligrams per cubic meter |
| MOC | management of change |
| MSDS | Material Safety Data Sheet |
| NIOSH | National Institute for Occupational Safety and Health |
| OSHA | Occupational Safety and Health Administration |
| PEL | permissible exposure limit |
| PHSO | Project Health and Safety Officer |
| PID | photoionization detector |
| PM | Program Manager |
| PPE | Personal Protective Equipment |
| ppm | parts per million |
| HSM | Health and Safety Manager |

**URS**

# Acronyms and Abbreviations

| | |
|---|---|
| SM | Site Manager |
| SMS | Safety Management Standard |
| SSO | Site Health and Safety Officer |
| SOP | standard operating procedure |
| SSR | Subcontractor's Safety Representative |
| UL | Underwriters Laboratory |
| URS | URS Corporation |
| USA | Underground Service Alert |
| USCG | United States Coast Guard |
| UST | underground storage tank |
| °F | degrees Fahrenheit |
| µg/L | micrograms per liter |

**SECTION** ONE                                            **Project Information**

This Health and Safety Plan (HASP), and each of its provisions, is applicable only to, and for use only by, URS Corporation, its affiliates, and its subcontractors. Any use of this HASP by other parties, including, without limitation, third party contractors on projects where URS is providing engineering, construction management or similar services, without the express written permission of URS, will be at that party's sole risk, and URS Corporation shall have no responsibility therefore. The existence and use of this HASP by URS shall not be deemed an admission or evidence of any acceptance of any safety responsibility by URS for other parties unless such responsibility is expressly assumed in writing by URS in a specific project contract.

*Please contact the URS Office Health and Safety Representative or Health and Safety Manager if you have any questions.*

## 1.1   PROJECT IDENTIFICATION AND APPROVALS

Project Name:              Wickes Forest Industries

URS Project Number:

Project Manager:           Scott Lookingbill

Date of Issue:             7 August 2009

Approvals:

_____                    _8/14/09_

Project Manager                              Date
Scott Lookingbill

_____                    _8/14/09_

URS Project Health and Safety Officer        Date
Tarek Gaylon, CSP

**SECTION**ONE                                    **Project Information**

## 1.2   APPLICABILITY

This HASP summarizes health and safety hazard information for activities conducted by URS Corporation (URS) for the Site Investigation field activities for the Wickes Forest Industries. It is not intended to encompass the scope of work that individual contractors are engaged in, nor is it designed to supply non-URS employees with all the information they need to perform their jobs safely.

URS employees must follow the provisions of this HASP during all site activities. The HASP will be on site and readily available during site activities. All URS site personnel must read this HASP and sign the Safety Compliance Agreement (Appendix A) before being permitted site access. In addition, Daily Pre-work Safety Plan meetings will be conducted. All site assigned personnel must participate in these meetings. These daily meetings will be documented using the Daily Pre-work Safety Plan Meeting Record Form in Appendix B.

The elements and requirements of this HASP also apply to all URS subcontractor employees and URS-sponsored visitors. All URS subcontractors are responsible for their own work, their own health and safety, and for ensuring that they and their employees obey all applicable laws, regulations, and requirements. All URS subcontractor personnel and URS-sponsored visitors must read this HASP and sign the Safety Compliance Agreement (Appendix A) before being permitted site access.

The format and content of this HASP are intended to the following regulatory requirements and guidelines:

- California Occupational Safety and Health Regulations (California Occupational Safety and Health Administration [Cal/OSHA]), Title 8 California Code of Regulations Section 5192 (8 California Code of Regulations [CCR] §5192);

- Occupational Safety and Health Standards, Title 29 Code of Federal Regulations (29 Code of Federal Regulations [CFR]) Parts 1910 and 1926, U.S. Department Of Labor, Occupational Safety and Health Administration (OSHA);

- OSHA Standards for Hazardous Waste Operations and Emergency Response, Final Rule. 29 CFR §1910.120;

- OSHA and Cal/OSHA Air Contaminants: Permissible Exposure Limits (PELs), 29 CFR §1910.1000, and 8 CCR §5155;

- Occupational Safety and Health Guidance Manual for Hazardous Waste Site Activities, National Institute for Occupational Safety and Health (NIOSH)/OSHA/United States Environmental Protection Agency (EPA)/United States Coast Guard (USCG), Department of Health and Human Services (DHHS) Publication No. 85-115, 1985; and

# SECTIONONE                                              Project Information

- EPA Standard Operating Safety Guides. Office of Emergency and Remedial Response, Washington D.C.

## 1.3    SITE LOCATION AND DESCRIPTION

The Site is a former wood-treatment facility located in an area of low topographic relief near the intersection of A Street and Holdener Road in Elmira, California. The Site is bordered by agricultural land to the east and north, a commercial property to the west, and residential property to the south, across A Street. An elementary school is located less than 200 feet south of the primary source of contamination. Historical Site operations included lumber treatment using wood preservatives that contained arsenic, chromium, and copper. Contaminants of concern in site soil and groundwater are arsenic and hexavalent chromium (Cr[VI]). Cr(VI) is more toxic than other forms of chromium and is also more mobile than other metals. Copper is no longer a COC at the site.

## 1.4    SCOPE OF WORK

The detailed scope of work (SOW) is provided in this remedial action workplan where the SOW is summarized here for Properly trained and equipped hazardous waste workers will complete the excavation and removal of contaminated soil. Soil will be removed with backhoes, shovels, or other types of earth-moving equipment, as necessary. While no sensitive receptors are immediately adjacent to the Site, excavation areas will be controlled to avoid dust generation with soil wetting and air monitoring (at property perimeter and work area). Each excavation area will be secured, and water will be used to control any fugitive dust from blowing onto other properties. The Site will be controlled, and no excavation will be conducted in times of high wind conditions (e.g., wind speed in excess of 25 miles per hour).

For the proposed removal action, confined-space entry procedures do not apply. In general, excavations deeper than 4 feet will not be entered. Confirmation samples from these excavations will be obtained from the excavator bucket. Samples will be labeled as to sample location, time, and date and then placed in a cooler with ice. The samples will be transported to a laboratory under chain-of-custody for analysis.

Excavated soils will be moved to a soil staging area located on the asphalt outside the building to the northeast of the excavation. The soil staging process will be monitored to ensure that excessive dust is not created. The staging area will be a designated section of the existing on-site pavement. At the staging area, excavated soil will be covered with tarps or other proper materials to minimize any run-off and/or dust generation. As an alternative, excavated soils may be placed in covered roll-off bins.

# SECTIONONE

**Project Information**

The temporary on-site storage of excavated soil wastes will be secured and properly labeled with hazardous waste signs until off-site transportation and disposal are ready for loading.

Air monitoring will be performed during all soil-moving activities in which contaminated or potentially contaminated materials are being disturbed or handled as described in Section 7 of this workplan. Monitoring dust levels in the exclusion zone and other locations. The Site air monitoring professional will have the authority to stop work in the event that on-site activities generate dust levels that exceed the Site or community action levels. No specific regulatory wind velocity restrictions for soil excavation in the subject area were found to exist. However, a self-imposed action level for cessation of work will be set at a sustained wind velocity of 25 mph, as recommended by DTSC. The air-monitoring professional will monitor on-site meteorological instrumentation and coordinate with off-site meteorological professionals to identify these conditions.

Real-time, data-logging aerosol monitors (personal data ram) will be used, when required, to measure dust levels. Real-time information will be posted daily, and discussed with Site workers. As discussed below, measuring dust levels will provide adequate protection against arsenic at this Site, based on the maximum concentrations of the COC found in soil samples. Historically, the maximum arsenic concentration reported was 160 mg/kg.

Excavation activities within the building structure will be performed to remove contaminated soil. Heavy equipment (e.g., loader, excavator) will be used to dig beneath the structure. A utility clearance shall be performed prior to excavation activities.

.

**SECTION**TWO                                                              **Safe Work Tools**

The safe work tools used to manage safe behavior include a behavior-based safety program, job safety analyses, site audits, and management of change.

## 2.1 BEHAVIOR-BASED SAFETY

The primary tools used as part of the URS Behavior-Based Safety Program are described below.

URS utilizes a behavior-based safety program that provides a higher level of safety excellence by promoting proactive responses, building ownership, and developing opportunities related to employee safety. A primary concept of a behavior-based safety program is that most accidents are due to unsafe behavior, and that effective behavioral improvement can significantly reduce the exposures and risks contributing to accidents and injuries.

Implementation of this procedure is the responsibility of the manager directing activities of the facility or site.

Values of Behavior-Based Safety

1. Employees hold safety as a core value.

2. Each employee feels responsible for the safety of their coworkers as well as themselves.

3. Each employee is willing and able to "go beyond the call of duty" on behalf of the safety of others.

Roles for Safe Behavior

1. Supervisor's Role:

   − Provide clearly defined safety expectations and mandate the implementation of safety observations using Safety Management Standard (SMS) 72-1 checklist or equivalent.

   − Enforce consequences for observed at-risk behavior. Consequences may include verbal warnings, written warnings, or suspension from a project.

   − Provide positive feedback for safe behavior.

2. Co-Worker Role

   − Intervene when observing at-risk behavior.

   − Provide positive feedback for safe behavior.

Observations and review of incident and "Near-Miss" data will be used by URS Safety to help identify at-risk behavior. Observers will immediately provide one-on-one feedback to the observed, noting both safe and at-risk behavior. "Near-Miss" and Incident reports will be

**URS**                                                                        2-1

reviewed to identify at risk behaviors and corrective actions. Observer and observee will discuss potential solutions. The Near-Miss form is provided in Appendix F.

Field personnel will perform behavior-based safety observations at the beginning of the project when performing new activities, for non-routine activities, and immediately following a near loss or loss to determine if the tasks are being performed in a safe manner and to identify additional hazards. The three steps to the behavior-based safety checklists include assessing the risk, analyzing how to reduce the risk, and acting to ensure safe operations. Behavior-based safety checklist is included in Appendix E.

## 2.1.1  JOB SAFETY ANALYSES (JSA)

A JSA helps provide a safe work environment by identifying potential hazards that can occur at the work place. The major steps of a JSA involves defining tasks associated with the project, identifying the hazards associated with each task, and developing a safe work plan to eliminate or minimize the hazards. Prior to beginning work, all team members must review the hazards or identify additional hazards associated with the tasks on the JSA forms developed specifically for the projects. Modifications to the JSAs are welcome and should be hand written on the forms for future incorporation. A JSA form (SMS Attachment 72-1) is included in Appendix D.

## 2.1.2  SITE HEALTH AND SAFETY AUDITS

The Site Safety Officer, Project Managers and Health and Safety Professionals routinely perform Health and Safety audits during field activities. The URS Site Safety Officer (SSO) will conduct a site inspection prior to the start of each shift and inform the PM or Site Manager to resolve discrepancies. Inspections are documented and placed in the project files.

## 2.1.3  MANAGEMENT OF CHANGE (MOC)

Work arising from changes to organization, personnel, systems, processes, procedures, equipment, products, materials or substances, and laws and regulations may not proceed unless a MOC process is completed. Should unexpected site conditions arise, stop work authority will be exercised and the MOC process will be implemented. This process includes the assessment of the effects of the proposed change, measures to put in place, if any, to mitigate any adverse effects, authorizations required, and amendments to project documentation (HASP, JSAs, etc.).

**SECTION** THREE                                    **Responsibilities and Authorities**

Consistent with OSHA's position on health and safety at multi-employer work sites, the responsibility for health and safety of workers is shared between the general contractor and subcontractors. This HASP will apply to all workers operating in the established work zones. This site-specific HASP will be provided to subcontractors and other parties who may perform work at the site. Those subcontractors or other parties will commit in writing to perform their work in accordance with the provisions as stated in this HASP. This section outlines the health and safety responsibilities of the URS project team.

## 3.1 PROJECT MANAGER

The Project Manager (PM) shall direct URS on-site operations and is responsible for the implementation of the HASP. The PM may delegate all or part of these duties to a properly qualified URS employee such as a Regional or Site Manager while still maintaining esponse-bility for the effectiveness of the HASP. The PM, assisted by the Regional Manager and Site Supervisor and/or SSO, has primary responsibility for:

- Ensuring that appropriate personal protective equipment (PPE) and monitoring equipment is available and properly utilized by all on-site URS employees;

- Establishing that URS personnel are aware of the provisions of this plan and are instructed in the work practices necessary to ensure safety, and are familiar with planned procedures for dealing with emergencies;

- Establishing that all URS on-site personnel have completed health and safety training required for the field activities which may include field safety training, competent person training, etc.;

- Verifying site personnel are aware of the potential hazards associated with site operations;

- Monitoring the safety performance of all URS personnel to see that the required work practices are employed;

- Correcting any URS work practices or conditions that may result in injury or exposure to hazardous substances;

- Preparing any accident/incident reports for URS activities;

- Halting URS site operations, if necessary, in the event of an emergency or to correct unsafe work practices;

- Verifying utility clearances are obtained and documented prior to the commencement of work if needed;

- Verifying appropriate Safety Management Standards are incorporated by this HASP and are available on-site and applicable forms are used;

- Conducting periodic site visits and corresponding site safety audits; and
- Reviewing and approving the project-specific HASP.

## 3.2 SITE SAFETY OFFICER

The site safety officer's (SSO's) duties may be carried out by the Site Manager or other qualified personnel. URS shall designate a person to be the SSO for the site and assume all responsibilities of the SSO. In cases where a subcontractor is the site supervisor, they shall also be responsible to designate an SSO for the site. The SSO is responsible for:

- Implementing project Health and Safety Plans, and reporting any deviations from the anticipated conditions described in the plan to the PM, and, if necessary, the Project Health and Safety Officer (PHSO) or Health and Safety Manager (HSM);
- Implementing the requirements of the LPS, including conducting Behavior-Based Safety Observations, "Near-Miss" incident and loss reporting, completing JSAs;
- Ensuring the Short Service Employees have proper identification (orange stripe around the employees hard hat);
- Ensure monitoring equipment (if required) is used properly by URS personnel and is calibrated in accordance with manufacturer's instructions or other standards, and that the results are properly recorded;
- Checking with Health and Safety Representative to assure URS personnel have current medical clearance and training as applicable to project requirements;
- Assuming any other duties as directed by the PM, PHSO, Health and Safety Manager (HSM), or Site Manager (SM);
- Coordinating with URS Health and Safety Professionals to identify URS personnel on site for whom special PPE, exposure monitoring, or work restrictions may be required;
- Lead and conduct documented daily on-site health and safety meetings (tailgate meetings) for all site personnel;
- Providing ongoing review of the protection level needs as project work is performed, and informing the PM of the need to upgrade/downgrade protection levels as appropriate;
- Ensuring decontamination procedures are followed properly by personnel;
- Halting URS site operations, if necessary, in the event of an emergency or to correct unsafe work practices;
- Review and approve all hot work activities and permitting requirements;

**SECTION**THREE                                                  **Responsibilities and Authorities**

- Maintaining the visitor log;

- Maintaining inventories of all required PPE and equipment;

- Maintain updated emergency medical services/clinic contact information and driving directions; and

- Notifying PM, HSM or PHSO of any un-planned event or occurrence which may adversely affect the health, safety and welfare of personnel.

## 3.4 HEALTH AND SAFETY PROFESSIONAL

The HSM or PHSO is responsible for:

- Determining the need for periodic audits of the operation to evaluate compliance with this plan; and

- Providing health and safety support as requested by the SSO and PM.

- Ensuring this HASP is appropriate for the scope of work as presented in this HASP.

## 3.5 PROJECT PERSONNEL

Project personnel involved in on-site investigations and operations are responsible for:

- Taking all reasonable precautions to prevent injury to themselves and to their fellow employees;

- Adhering to the requirements of this HASP;

- Performing only those tasks that they believe they can do safely, and immediately reporting any accidents and/or unsafe conditions to the SSO or PM;

- Implementing the procedures set forth in the HASP, and reporting any deviations from the procedures described in the HASP to the SSO or PM for action;

- Notifying the PM and SSO of any special medical problems (i.e., allergies) and seeing that all on-site URS personnel are aware of such problems;

- Reviewing HASP and signing Safety Plan Compliance Agreement; and

- Conducting Behavior-Based Safety Observations (using the Behavior-Based Safety Checklists).

**ALL PROJECT PERSONNEL ARE RESPONSIBLE AND AUTHORIZED TO STOP AN ACTIVITY THAT PRESENTS AN IMMINENT HAZARD TO LIFE, HEALTH, OR THE ENVIRONMENT AND TO REPORT THIS IMMEDIATELY TO THE SSO.**

## 3.6 SUBCONTRACTORS

Subcontractors to URS are subject to prequalification in accordance with URS SMS 46 Subcontractor Health and Safety Requirements. This prequalification requires **annual** review and renewal. Subcontractors are responsible for:

- Designating a Subcontractor's Safety Representative (SSR) who is the subcontractor supervisor to act as a liaison between the Subcontractor Company and URS.

- Meeting or exceeding URS safety standards described in this HASP.

- Providing material safety data sheets applicable to the tasks being performed at the site.

- Participating and contributing insights on health and safety issues during daily tailgate meetings and conduct safety orientation for new subcontractor employees. The tailgate safety meeting must be a **two-way** conversation between the subcontractors and URS project personnel.

Subcontractors will sign the Daily Pre-work Safety Plan Meeting Record Form (Appendix B) stating that they have read and understand this HASP, have attended the project/task kickoff meeting or equivalent, and agree to comply with its provisions throughout their work on the project. Tailgate safety meeting documentation is to be submitted to the project file, and may be audited on an unscheduled basis.

## 3.7 SITE VISITORS

Site visitors must check in with the SSO and receive from the SSO a project site health and safety orientation (briefing) from the SSO. They must acknowledge their understanding of the safety orientation/briefing, abide by the requirements stated in the briefing, and cooperate with site supervision in ensuring a safe and healthful work site. The SSO will document all visitors and their briefings in the daily log.

**SECTION**FOUR                                                   **Site Hazard Analysis**

The hazards associated with designated activities have been separated into three groups: physical, chemical, and biological. The characteristics of each of these groups and potential employee exposure to these hazards as they relate to the field investigation activities are discussed in this section.

## 4.1 PHYSICAL HAZARDS

Project physical hazards include potential for accidents or physical injury (e.g., heat/cold stress, treated soils, and heated surfaces; exposure to excessive noise levels; machinery and mechanized equipment hazards; electrical hazards; aboveground utilities; slip-trip-fall hazards; muscle strains; and, when necessary during installation or disassembly, welding, hot-work, grinding, and cutting. These hazards are discussed further in the following paragraphs. The SSO will ensure that safe work practices are followed at the project work site(s) and make any changes necessary to ensure the safety of the public, and site personnel. The project field personnel are required to be fully informed of these hazards, to implement appropriate safety precautions, and to follow prescribed safety procedures and protocol. The project field personnel will have access to all the SMSs identified in this HASP. The typical physical hazards anticipated present on this site, and the methods for preventing injury due to these hazards are described below.

Hazards from confined space entry, poor illumination (night work), and ionizing radiation are not anticipated to be encountered on site and so are not addressed in this HASP.

### 4.1.1   Temperature Extremes (SMS 018 & 059)

**Heat Stress**

Personnel will be monitored and the work schedule adjusted as necessary during periods of elevated ambient temperatures above 85 degrees Fahrenheit (°F) or humidity greater than 50 percent. Activities requiring strenuous labor will, whenever feasible, be scheduled during morning hours during hot weather. To control heat stress, personnel will follow the specific heat-related health and safety procedures described in SMS 018 (Heat Stress).

Working in elevated temperatures, while wearing impermeable PPE, may lead to heat stress in the form of heat exhaustion and/or heat stroke. Symptoms of heat exhaustion include dizziness, light-headedness, nausea, slurred speech, fatigue, copious perspiration, cool clammy skin, and an increased resting heart rate (110 beats per minute). Symptoms of heat stroke include delirium, fainting, and hot, dry, flushed skin. Heat stroke is a life-threatening condition, and immediate medical attention is required if any symptoms of heat stroke are observed. Heat stress control procedures include the following:

**URS**                                                                          4-1

**SECTIONFOUR**                                                          **Site Hazard Analysis**

- Potable water and/or Gatorade will be made available to the field team throughout the workday. Field personnel will be encouraged to drink fluids frequently. Field teams working outdoors continuously should break for water at least every hour. At least one quart of water per person per hour will be available on site.

- A shaded rest area will be provided as required near the work site. If very hot temperatures are anticipated (greater than 90°F), consideration will be given to shifting the work schedule to morning, evening, or nighttime hours. If nighttime operations are anticipated, appropriate illumination must be provided.

**Cold Stress**

Cold stress procedures will be instituted in accordance with SMS 059, "Cold Stress," any time work is performed outdoors in damp conditions below 50°F or anytime temperatures are below 32°F.

The purpose is to protect project personnel from hypothermia and/or frostbite.

Among the important requirements of SMS 059 are:

- Wear at least three layers of clothing,

- Wear a hat,

- Wear insulated boots,

- Keep a change of dry clothing in case work clothes become wet,

- Do not wear tight fitting clothing,

- Drink plenty of warm liquids (avoid caffeine and alcohol),

- Take breaks out of the cold using the following engineering controls:
    - Provide shelter to escape cold, wind, and precipitation,
    - Provide a source of heat, and
    - Use insulating materials on equipment handles below 30° F.

**Do not ignore shivering—it is a clear warning of the potential for hypothermia.**

### 4.1.2   Adverse Weather

The SSO, in consultation with the Regional Manager or PM, will determine if outdoor field activities can be continued in a safe manner. In the event of high winds, electrical storms, heavy rain, or visibility-impairing conditions, outdoor activities will be terminated, and field personnel will remain inside the vehicles until conditions improve. Some outdoor activities may be

**URS**

permitted during inclement weather (e.g., rain, wind), but personnel must be alert to possible slip-trip-fall-hazards, and must limit activities to safe areas at ground level.


### 4.1.3   Noise (SMS 026)

Noise-generating equipment will be used during project activities. This equipment includes pumps, drill rigs, penetrometer rigs, and assorted power tools. The noise levels near some of this equipment could exceed 85 decibels A-scale (dBA). Elevated noise levels constitute a hearing hazard and interfere with communication. The primary noise hazard at this site is from the drilling equipment. Whenever feasible, noise levels, identified as exceeding 85 decibels, will be reduced by means of PPE. Earplugs and/or muffs will be worn at all times when URS personnel are within 25 feet of operating equipment. Hearing protection will also be worn in the vicinity of generators, pumps, and any other high noise emitting equipment. See URS SMS 026 for additional information.


### 4.1.4   Electrical Safety (SMS 012) and Lockout / Tagout (SMS 023)

All subcontractors will be responsible for determining if machinery or equipment poses a potential hazard and should be locked-out or tagged-out during maintenance activities. All subcontractors will develop specific lockout/tagout guidelines for their employees who will be performing maintenance or repair work. These procedures will comply with the requirements of SMSs 012 and 023 (Electrical Safety and Lock-Out/Tag-Out). Lockout/tagout procedures will be implemented during maintenance, servicing, troubleshooting, or other activities conducted on equipment/machinery whose unexpected activation could pose a hazard. Specific training on the appropriate equipment lockout/tagout procedures will also be required for anyone operating the system or performing maintenance/repair work.


### 4.1.5   Housekeeping and Slip, Trip, and Fall Hazards (SMS 021)

Non-skid mats, runners, pallets, or other appropriate equipment will be used to control slippery surfaces. While it is difficult to eliminate all slip-trip-fall hazards, implementing safe work practices will minimize risk of injury, utilizing proper footwear, and keeping the excavation area free of obstructions Temporary fencing will be placed around all open excavations. Appropriate housekeeping guidelines to minimize slip/trip/fall hazards are provided in SMS 021 (Housekeeping).


### 4.1.6   Lifting Hazards and Musculoskeletal Injuries (SMS 069)

Musculoskeletal injuries (e.g., strains, sprains, and muscle pulls) are the most common work place injuries. Field activities may require occasional lifting of heavy objects. No one is to

# SECTIONFOUR                                              Site Hazard Analysis

attempt to lift large, heavy, or cumbersome objects without assistance. Project team personnel generally required to do frequent lifting will be trained in proper lifting procedures. The SSO will ensure that appropriate material handling equipment (e.g., cylinder carts, hand carts, drum cradles, and dollies) is available at the work site as needed. SMS 069 (Manual Material Handling) provides appropriate guidance for lifting safely.

## 4.1.7   Hand Safety / Portable Tools & Equipment (SMS 016/064)

Specific hand safety-related procedures are described in SMS 064 (Hand Safety). A key component of hand safety is using appropriate tools and gloves for the job to be performed.

Field personnel are trained in proper handling and maintenance requirements for commonly used tools and equipment. Hand-held power tools should be held firmly. Safety glasses and hearing protection will be worn while operating power tools or equipment. Additional guidance and information regarding hand tools and portable equipment is provided in SMS 016. Periodic inspection of hand and power tools for wear and unsafe conditions will be documented in the project files. Personnel are reminded to follow the manufacturers' instructions, O&M manuals, standard operating procedures (SOPs), and the following basic safety guidelines.

- Turn off, lock out, and tag out appropriate circuit breakers when servicing electrically actuated equipment (motors, mixers, pumps, and valves).

- Do not operate any controls when hands are wet or when standing in wet areas. When working in damp conditions, wear electrical insulating gloves and boots, and stand on an electrical insulating pad to ensure you are not part of an electric circuit or electric ground.

- Disconnect, lock out and tag out, and discharge stored energy in air sources or stored energy sources before servicing any equipment.

- Never exceed maximum pressure ratings.

- Always wear safety glasses when servicing or operating equipment or power tools.

- Check electrical cords for cuts, broken insulation, and potential exposure to water or other liquids.

- Ground portable generators before use, and use GFCI outlets. Make sure all portable equipment guarding or protective devices are adjusted properly and operative.

- Use the appropriate tool for the task at hand. If you do not have the correct tool(s), obtain them before continuing the task.

# SECTIONFOUR                                    Site Hazard Analysis

## 4.1.8   Fire Prevention and Protection (SMSs 014, 015, and 020)

In the event fire or explosion becomes a threat, all personnel will be evacuated to a predetermined evacuation area until the hazardous situation is properly controlled or eliminated. This predetermined evacuation area will be reviewed by the SSO to all site participants prior to equipment setup and staging.

See URS SMS 014 for additional information.

- Smoking or open flames are prohibited except in designated smoking areas. In designated areas, personnel who smoke must have a canister of water to extinguish their cigarette.

- All flammable liquids will be stored in Underwriters Laboratory (UL) or Fire Marshals Association (FMA)-approved containers. Small quantities of most flammable liquids (5 gallons or less) may be stored in work areas, or staged in vehicles, providing those materials will be used on that same day. Class IA flammable liquids should be limited to 2 gallons in an approved safety container.

- Any flammable wastes will be stored or disposed of in metal containers, clearly marked as containing flammable materials. Storage of combustible materials in work areas will be kept to a minimum.

- At least two fire extinguishers, not less than 10# 3A:40B:C rating will be provided within 25 feet of wherever more than 5 gallons of flammable or combustible liquids or 5 pounds of flammable gas are being used on the job site (excluding the integral fuel tanks of motor vehicles) and during use of all heavy equipment. Portable fire extinguishers shall be inspected monthly and serviced at least annually by a person licensed or registered by the State Fire Marshall.

- Dry chemical fire extinguishers, with minimum 20# 4A:80B:C rating, will be provided at all fieldwork areas. Any trailers used as office or workspace shall be provided with at least one 10# 3A:40B:C rated fire extinguisher.

The SSO or designated field personnel will monitor the work site and must be attentive to the presence of explosive/flammable atmospheres particularly in confined or unventilated areas. When vapors are heavier than air and pose an explosion hazard, their explosivity/flammability hazard is increased, since they tend to concentrate near the ground or low-lying areas and are not easily diluted or dispersed. When monitoring the lower explosive limit (LEL) (i.e., the lowest concentration that will produce a flash of fire when an ignition source is present), it is important to take measurements near ground level.

All project chemicals will be properly stored in flammable or acid cabinets as required by OSHA. Designated fire extinguishers, spill kit, and spill response must be readily available.

# SECTIONFOUR

**Site Hazard Analysis**

### 4.1.9   Work Zone Traffic Control (SMS 032)

In order to minimize vehicle (traffic) hazards, use of reflector vests, snow fencing, 4-foot pylons, barricades, traffic spotters, and flaggers (as necessary) will be implemented. Project personnel will comply with established traffic regulations. Orange cones are not recommended for traffic control, as these are not as visible as the 4-foot pylons, but can be used when no other traffic control devices are available. Project vehicles will be parked in designated parking areas that do not impede facility traffic or obstruct vision. Project field personnel should be aware that vehicles and heavy equipment may be in operation at adjacent areas to subject sites.

Vehicle operators will check carefully for nearby traffic before proceeding at a cautious pace on roadways. Care should be taken to ensure that trucks, equipment, and materials are placed so obstruction of local traffic is minimized. During work activities, it may become necessary to move equipment in order to accommodate traffic and site activities. Refer to the Traffic Control Plan (separate document) for this task and SMS 032 on work zone traffic control.

### 4.1.10   Vehicle / Equipment Safety (SMS 057)

All vehicles and equipment will be inspected daily before use to ensure they are safe to operate. A significant danger to workers is traveling to and from the work site. All drivers will plan their route, obey all laws, drive defensively, and not drive if drowsy. Use of cellular phones and associated communication devices are prohibited during vehicle operation.

### 4.1.11   Portable Ladders (SMS 028)

All personnel are responsible for inspecting ladders prior to use and the proper use of stepladders and straight and extension ladders as described in SMS 028. Document ladder safety use and inspection in the project safety log. URS employees that observe a condition believed to be unsafe shall advise the employee of the unsafe condition.

Ladder safety considerations include, but are not limited to, the following: Only one person is to be on a ladder at one time, and the ladder is to be tied off. Barricades are to be appropriately positioned while people are on elevated work areas. A harness/lanyard is to be used during rigging or when no handrails are available. Whenever feasible, obstructions or overhanging structures encroaching commonly used areas posing potential safety hazards will be covered with sufficient padding to protect personnel from possible injury. Dedicated utility corridors and personnel/equipment routing should also be designated as needed.

---

**URS**

**SECTION**FOUR                                                     **Site Hazard Analysis**

### 4.1.12  Drilling Safety and Utility Clearance Guidelines (SMS 056 and SMS 034)

USA (1-800-227-2600) will be contacted 2 working days prior to drilling (or any other type of excavation) to ensure underground facilities are located and avoided (8 CCR 1541(b)(2) and SMS 034). Drill rig safety and maintenance is the responsibility of the drill rig operator. URS employees are responsible for their own safety including recognizing and avoiding drill rig hazards (SMS 056). URS employees that observe a drill rig condition believed to be unsafe will **STOP** work and shall advise the drill rig operator of the unsafe condition. Drilling hazards from drilling operations with truck-mounted and other engine-powered drill rigs are possible from off-road movement of drill rigs, overhead and buried utilities, use of augers, rotary and core drilling, and other drilling operations and activities.

Work activities adjacent to overhead power lines will not be initiated until the safe clearance distance has been determined by the SSO. Heavy equipment with elevated booms or elevated work platforms must be positioned away from overhead power lines by a distance at least equal to the height of the extended boom, crane, or other equipment and in accordance with the following minimum clearance from energized overhead electric lines, and standards specified in the California Department of Industrial Relations' Electrical Safety Orders (8 CCR Section 2946[b]):

| System Voltage (kilovolts [kV]) | Minimum Required Clearance (feet) |
|---|---|
| 0 to 50 kV | 10 |
| 51 to 100 kV | 12 |
| 101 to 200 kV | 15 |
| 201 to 300 kV | 20 |
| 301 to 500 kV | 25 |
| 501 to 750 kV | 35 |
| 751 to 1,000 kV | 45 |

**Precautions will be taken to ensure that soil is stable before drilling begins.**

**Field staff will STOP work and contact the Project Health and Safety Officer (PHSO if an unsafe condition is observed and cannot be corrected by on-site staff. At this point, the PHSO will determine if it is safe to proceed.**

### 4.1.13  Fall Protection (SMS 040)

Ensure that one or more of the fall protection/prevention systems outlined in SMS 040 is provided at all locations where fall hazards of 6 feet (2 meters) or greater exist. These locations

**URS**

**SECTION**FOUR                                                    Site Hazard Analysis

include, but are not limited to, drill rig masts, excavations, unprotected elevations, ladders, scaffolds, floor holes, wall openings, formwork, rebar tying, and all other locations and operations where potential fall hazards exist. Employees are responsible for their own safety including recognizing and avoiding fall hazards.

### 4.1.14  Work over Water (SMS 27)

When employees work on a bank over water that slopes so steeply that an employee could slip or fall into the water where a drowning hazard exists and no portable protection is used, the requirements of SMS 027 shall apply. These requirements include the wearing of a U.S. Coast Guard approved personal flotation device, the possession on site of a throwable device (e.g., ring buoy) attached to 27 meters of line, and a life-saving skiff equipped with both motor and oars and capable of being launched by one person. See SMS 027 for further details.

### 4.1.15  Night Work

Work will not be performed at night without permission of the PM. Night work presents special hazards during driving, from site traffic hazards, moving equipment, and fatigue. Sufficient and appropriate lighting must be used to illuminate the site and alert traffic during night work.

### 4.1.16  Prohibited Activities

- URS or subcontractor personnel shall not enter a trench, excavation, or confined space without a written plan and prior written permission from the Health and Safety Manager.

- Running is not permitted on a URS field job site.

- Smoking and hot work activities will be carefully controlled to prevent wild land fires will occur in designated areas.

- Work shall be performed only during daylight hours (sunrise to sunset) without written permission from the PM and HSM. Driving on official established roads can be performed during darkness.

- No personnel shall be permitted to work alone at a field location.

- Open blade knives or cutters shall not be used without the prior written permission of the Health and Safety Manager.

- Personnel will not walk out onto mud flats or protected areas adjacent to drilling localities.

---

**URS**

**SECTION**FOUR                                                    **Site Hazard Analysis**

### 4.1.17  Excavation Safety (SMS 013)

Before opening any excavation, efforts (including utility company contact) must be made to determine if there are underground installations in the area. Underground utilities must be located and supported during excavation operations.

All site personnel are prohibited from entering a trench or excavation that is deeper than five feet without it being properly shored, sloped, or benched in accordance with 29 CFR 1926.650-651. If personnel are required to enter a trench or excavation that is deeper than four feet, the following provisions must be provided prior to entry by the contractor who created the excavation:

- If hazardous atmospheres are suspected, any trench or excavation more than four feet deep must be monitored;

- Adequate shoring, sloping, or benching techniques must be employed;

- Adequate means of employee access and egress must be utilized; and

- The contractor's trained competent person must inspect the trench or excavation on a daily basis, before work commences and on an as needed basis throughout the day.

### 4.1.18  Heavy Equipment (SMS 019)

Only authorized personnel will operate equipment. Operators are responsible for the safe operation of equipment. Prior to the start of field operations, the SSO will see that every piece of equipment has been inspected and is in safe operating condition and a copy of the manufacturer's safety instructions are located at the site. All heavy equipment shall be pre-inspected (documented) prior to use. The SSHO must also see that each equipment operator has read and understood the manufacturer's safe operating instructions. Operator Manuals must be kept with each piece of equipment for the duration of the project. Operators will be responsible for inspecting equipment prior to each daily use. The inspections will be documented in the project files. Equipment will not be operated until all deficiencies have been corrected.

### 4.1.19  Crane Safety & Rigging Requirements (SMSs 038, 041)

Use of cranes or lifts requires proof of annual inspection by a qualified competent person within the last 12 months. Rigging devices and equipment must be inspected (documented) by a qualified competent person prior to use. The crane/boom/hoist must be inspected daily prior to each use by the operator and the inspection documented to the Project Files. Deficiencies and/or defects must be corrected before use.

---

**URS**

**SECTION**FOUR                                           **Site Hazard Analysis**

All rigging must be clearly labeled as to capacity. All rigging will be stored in a loft or equivalent area where it will not be exposed to the elements. Wire ropes must be kept in good repair without deformities. Softeners must be used when wire rope is used for hoisting in a basket configuration. Synthetic slings must be carefully maintained. Any synthetic sling whose red warning has been exposed will be removed from service. Knots will not be tied in rigging. All riggers/signalmen must be trained and provided with rigging handbook.

### 4.1.20  Hot Work (SMS 020)

Hot work includes drilling, grinding, welding, spark, heat or flame producing activities. The immediate area shall be pre-inspected for flammable and/or combustible materials and be clear or protected against fire hazards. All hot work activities required a designated and trained fire watch. Fire watch shall remain in place 30 minutes post hot work. All hot work will be conducted subsequent to the issuance of a Hot Work Permit. The SSO will ensure that SMS 020 procedure requirements are followed. Hot Work permit requirements shall be repeated for each shift when such operations occur.

## 4.2 BIOLOGICAL HAZARDS (SMS 047)

Biological hazards that may be encountered at the project work site may include spiders, snakes, ticks, biting/stinging insects, and Poison Oak. Personnel will be reminded prior to each day's activities to be aware of these hazards and to take the necessary precautions to avoid them by adhering to safe work practices (e.g., avoid reaching into covered or dark areas or picking up rocks and other objects). Individuals with specific allergies to insects should remember to note this fact to the SSO prior to the start of field activities. A first aid kit will be available to treat minor insect bites and stings. First aid procedures for minor insect bites and stings include: cold applications use of soothing lotions (e.g., calamine), and for a bee sting, removal of the venom, stinger, and venom sac. If the bite or sting is from a poisonous spider or produces a severe reaction, implement the following procedures: Calm the victim and keep him/her from moving about, preferably in a prone position, and call 911. It is essential to get the victim to a hospital immediately. The map from the site to the hospital is provided in Appendix F.  SMS 047 (Biological Hazards) provides appropriate health and safety procedures for these hazards.

**SECTIONFOUR**                                                    **Site Hazard Analysis**

---

### General Safety Rules, Project Field Activities

- Personnel and authorized visitors entering Project work sites will be required to sign in at the on-site control center. Visitor access will be limited to areas outside of designated work areas or exclusion zones where there is a greater likelihood of physical or chemical hazards.

- Eating, drinking, chewing gum or tobacco, or smoking is prohibited except in designated areas of Project sites.

- Hands and face should be washed prior to leaving the work site and before engaging in any other activity, especially eating, drinking, or smoking.

- PPE will be used at the protective level specified by the SSC. The SSC will ensure that personnel are medically qualified and trained in the use of the PPE, and that the PPE is tested/inspected and found to be clean and in good working order.

- Personnel with facial hair (i.e., over one day's growth) will not be allowed in designated work areas where respiratory protection is required.

- Personnel and authorized visitors shall remove and discard all disposable PPE prior to leaving the work site.

- All personnel will be trained in the site-specific emergency procedures, including the location of emergency telephone numbers and hospital route maps.

- Personnel must use the "buddy system" when working within designated work areas, or exclusion zones. Personnel working alone outside of designated work areas must be able to verbally communicate (e.g., cellular phone or two-way radio) with the SSC or other URS or subcontractor support personnel.

- Safety briefings will be held by the SSC and/or PM during initial Project startup at each work site and thereafter on a regular basis as determined by the SSC.

- Equipment shall be kept in proper working order and shall be kept free of accumulated lubricants, contaminants or other hazardous or flammable substances.

- Field activities are to be conducted during daylight hours whenever possible. Any work conducted during evening or nighttime hours will require a minimum light intensity of 30 footcandles in the immediate work area.

## 4.3 CHEMICAL HAZARDS

This work is anticipated to be hazardous waste work as this site is known to be contaminated with arsenic. Carbon monoxide is an anticipated hazard generated from internal combustion engines in heavy equipment.

This site will have excavation inside a building with an excavator or backhoe where carbon monoxide may accumulate within the structure. This site shall have a ventilation fans installed on two sides of the structure to provide air flow through the building. The building shall be

---

**URS**                                                                      4-11

# SECTIONFOUR                                           Site Hazard Analysis

continuously monitored for carbon monoxide (CO) during the excavation with a CO gas meter. The CO meter will be calibrated each day before work in accordance with the manufacturer's instructions.

If levels are detected with the CO meter in the building that are 12 parts per million (ppm) or more above upwind background readings the work will stop and the area evacuated until the site can be assessed for hazards and additional health and safety requirements instituted as described in Table 4-2.

Arsenic in soil presents two types of potential exposure pathways: inhalation and ingestion. Personnel will use a dust meter to monitor the inhalation hazard pathway and implement dust suppression controls (e.g., water misting) to reduce airborne particles. Personnel will use half face or full face respirators equipped with P100 cartridges when dust concentrations meet or exceed the listed concentrations in Table 4-2.

Area sampling of ambient air and fence line sampling is described in the RAW in Section 7.

Table 4-2 provides monitoring equipment guidelines and required response measures.

**SECTION**FOUR                                                    Site Hazard Analysis

TABLE 4-1

Permissible Exposure Limits and Chemical/Physical Properties
Project Field Activities

| Contaminant | Odor Threshold (ppm) | Ionization Potential (eV) | Cal/OSHA PEL/STEL | ACGIH TLV/STEL | IDLH |
|---|---|---|---|---|---|
| Inorganics | | | | | |
| Arsenic | NA | NA | 0.01 mg/m$^3$ | 0.01 mg/m$^3$ | 5 mg/m$^3$ |
| Carbon monoxide | NA | NA | 25 ppm | 200 ppm C | 1,200 ppm |

PEL (Cal/OSHA)   Permissible Exposure Limit (8 CCR 5155, Table AC-1; 5120). California Department of Industrial Relations, General Industry Safety Orders for Chemical Contaminants; expressed as an 8-hour time-weighted average (TWA) concentration. **Enforceable Standard.**

STEL                    Short-term exposure limit. A 15-minute TWA concentration that should not be exceeded unless otherwise noted.

C                         Ceiling limit. Concentration that must not be exceeded during any part of the workday.

TLV (ACGIH)       2004 Threshold Limit Value®. American Conference of Governmental Industrial Hygienists' TLVs are non-enforceable guidelines based on an 8-hour TWA. "A1" designation indicates substance recognized by ACGIH as a confirmed human carcinogen; "A2" designation indicates substance is a suspected human carcinogen; "A3" designates carcinogenicity in experimental animals; "A4" designates inadequate evidence to classify substance as carcinogenic in humans or animals; "A5" designates non-carcinogenic in humans based on epidemiologic studies.

IDLH                   National Institute for Occupational Safety and Health (NIOSH) "Immediately dangerous to life or health." The exposure concentration represents a condition that poses a threat that is "...likely to cause death or immediate or delayed permanent adverse health effects or prevent escape from such an environment."
                          "Ca" designation indicates that NIOSH recommends substance be treated as a potential human carcinogen and exposures reduced to lowest feasible concentration. Non-enforceable standard.
                          The Lower Explosive Limit, or LEL, designation represents 10% of the LEL and is based on explosion or fire safety considerations. Irreversible health effects may exist at higher concentrations.

NA         No level available or presented in literature.
NE         No level established.
skin       Notation indicates potential for dermal absorption.
Sources:   NIOSH 1997; ACGIH 1998; 8 CCR 5155 et seq.

**SECTION**FOUR                                    **Site Hazard Analysis**

TABLE 4-2

Monitoring Equipment Action Levels
Project Field Activities

| Equipment | Reading[a] | Action |
|---|---|---|
| DataRam PDR-1000 Dust Meter (a) | <8 mg/m3 | Continue operations in Level D PPE |
| | >8 mg/m3 to 16 mg/m3 | Attempt to locate source of dust. Monitor site continuously with dust meter, upgrade PPE to modified Level D. |
| | >16 mg/m3 (Intermittent)* | Halt operations and reassess situation. Requires Level C PPE (may exceed certain PELs) (respiratory protection using organic vapor cartridges). Requires continuous dust monitoring. Contact PM and HSM. Engineering controls may be considered. |
| | >8 mg/m3 to 16 mg/m3 (Continuous)** | Upgrade to full-face respirator. Continue operations in Level C PPE. SSC to identify source, attempt control, and monitor continuously. Contact PM and HSM. |
| | >16 mg/m3 (Breathing zone) (Continuous)** | Discontinue site activities, until dust concentrations subside to less than 16 mg/m3. Contact PM and HSM. |
| Carbon Monoxide Meter | < 12 ppm | Continue operations with ventilation fans in place. |
| | 12 ppm to 25 ppm (Intermittent)* | Engineering controls may be need to be implemented or adjusted. Contact PM and HSM. |
| | 12 ppm to 25 ppm (Continuous)** | Halt operations and evacuated building. Contact PM and HSM. |
| | > 25 ppm (Any duration) | Immediately halt operations and evacuated building. Contact PM and HSM. |
| Sound Level Meter | <85 dBA | Continue operations. |
| | ≥85 dBA | Continue operations wearing hearing protection (i.e., ear plugs, ear muffs) with NRR sufficient to attenuate noise level to <85 dBA. |
| | >90 dBA | Continue operations only if hearing protection sufficient to attenuate noise level to <85 dBA. |
| | >100 dBA | Contact PM and HSM for reassessment. Consider engineering controls. |

\*  Intermittent = < two minutes
\*\*  Continuous = > two minutes

(a)  Monitoring to be conducted at least twice during each work shift. Increased frequency may be required as indicated.

**URS**                                                          4-14

# SECTION FOUR                                         Site Hazard Analysis

## TABLE 4-3

## Safety Equipment Checklist

Quantities of individual equipment are dependent on individual field assignment, individual field requirements, usage rate, number of assigned personnel, and other contributing factors. SSO shall pre-assess individual field assignments and determine site safety equipment requirements.

| Personal Protective Equipment (per person) | Monitoring Equipment |
|---|---|
| X — Air-Purifying respirator (full- and/or half-face) | X — Oxygen level/CGI |
| X — Cartridges (Organic Vapor/HEPA, or as indicated: (____ P100 Particulate_____ ) | ___ PID (9.8 or 10.6 eV lamp) |
| ___ SCBA | X — Toxic gas monitor (e.g., $H_2S$, CO) |
| ___ Airline system | ___ OVA |
| X — Safety steel toe boots | X — Aerosol/dust monitor |
| ___ Chemical-resistant boots (PVC/nitrile, neoprene, butyl) | ___ Draeger® colorimetric detector tubes: Total Hydrocarbons / Benzene / Toluene / Ethyl benzene / MTBE / Diesel / Gasoline / Other |
| ___ Chemical-resistant coveralls (Saranex®, polyethylene) | _____ ) |
| O — Coveralls (Tyvek or cotton) | ___ Hand bellows pump |
| ___ Rubber apron | X — Sound level meter |
| ___ Face shield | ___ Personal sampling pump |
| X — Hard hat | X — Sample collection media (mixed cellulose ester filter in 37 mm. cassette) |
| ___ Viton gloves | ___ Passive dosimeters/diffusion tubes) |
| X — Nitrile gloves (22 mil., 15 mil., 11 mil) | ___ Windsock, wind cone |
| ___ Other chemical or heat-resistant gloves (specify type: (_____ ) | |
| X — Safety glasses/goggles | **Decontamination Equipment** |
| X — Ear plugs | ___ Tub |
| O — Ear muffs | X — DI water |
| ___ Chemical-resistant boot covers (neoprene or butyl) | ___ Garbage can w/liner |
| | ___ Buckets (10 gallons) |
| **Misc. PPE/First Aid and Emergency Equipment** | X — Plastic garbage bags |
| | ___ 55-gallon drums |
| X — Potable water (emergency rinse and eyewash) | ___ Brushes |
| X — First aid kit | ___ Hand pressurized portable water sprayer |
| X — Drinking water | ___ Detergent (Liquinox®) |
| X — Fire extinguisher (20 pound UL Rating ABC) | X — Paper towels |
| ___ Portable air horn | ___ Table |
| ___ Air supply system (compressed air cylinders) | ___ Benches |
| X — Cellular phone | ___ Other (specify: _____ ) |
| X — Orange safety vests | |
| X — Site control equipment: fencing (surrounding work site), cones, barricade tape, placards, signs, etc.) | |

Notes:

X = Required

O = Optional

**SECTION**FIVE                                                    **Health and Safety Controls**

All workers on site will be current with their HAZWOPER certification. All work will be done in accordance with OSHA and Department of Transportation (DOT) regulations along with URS safety requirements, as applicable.

## 5.1   PERSONNEL TRAINING AND MEDICAL CLEARANCE REQUIREMENTS

All personnel on site will be trained in the safe execution of their assigned tasks and will be medically and physically qualified for their roles.

Additionally, URS personnel will have received

- 40-Hour HAZWOPER Training
- Three days of work activity under the supervision of a trained and experienced supervisor

All personnel will have:

- Received site orientation; and
- Reviewed the HASP.

Their home office maintains current copies of training certificates and statements of medical program qualification for project URS personnel.

## 5.2   HEALTH AND SAFETY BRIEFING

Before field investigation activities begin, a site-specific health and safety orientation shall be conducted for all on-site employees, including subcontractors. The following topics will be discussed at the briefing:

- Health and safety personnel names and alternates responsible for site health and safety;
- Site hazards;
- PPE;
- Safe work practices;
- Recent site issues
- Unplanned incidents, events and near-miss reports
- Emergency procedures; and
- Other applicable topics.

**SECTION**FIVE                                                    **Health and Safety Controls**

If an employee who has not gone through the site-specific health and safety briefing is assigned to the site, the SSO must present a similar briefing to the new employee before they participate in any field activities. All new employees must sign the Safety Compliance Agreement Form before beginning fieldwork.

In addition to the site-specific health and safety briefing, daily health and safety briefings will be conducted as necessary to address changes in procedures or other health and safety concerns. These periodic briefings will be documented using the Daily Pre-work Safety Plan Meeting Record Form in Appendix B.

## 5.3    HEALTH AND SAFETY DOCUMENTATION

The URS SSO will document implementation of the HASP. The URS PM will set up a health and safety file containing health and safety related records and reports. This file will contain the following:

- Signed copies of the Safety Compliance Agreement;
- Health and safety incident reports;
- Records of safety violations and remedial actions taken;
- Daily Pre-work Safety Plan Meeting Record Form; and
- Behavior-Based Safety Checklists.

Other information will be documented in a logbook including:

- Weather conditions;
- Site employees;
- PPE level worn; and
- Safety violations.

Additionally, copies of the approved HASP (containing emergency phone numbers and updated routes to the hospital emergency clinic) will be on site in a location accessible to all project personnel.

## 5.4    PERSONAL PROTECTIVE EQUIPMENT

Minimum American National Standards Institute (ANSI)-compliant PPE for site personnel (required during excavation operations and anywhere else that hazards exist) includes:

**URS**                                                                          5-2

**SECTION**FIVE                                           **Health and Safety Controls**

- Hardhat,

- Safety glasses with side shields (or impact resistant goggles),

- Steel-toed boots or chemical-resistant steel-toed boots,

- Tyvek coveralls are optional,

- Hearing protection in vicinity of noisy equipment,

- Work gloves and/or chemical-resistant gloves,

- Orange or Yellow safety vest, and ·

- Sunscreen and insect repellant as necessary.

In order to obtain optimum usage from PPE, the following procedures are to be followed by all personnel:

- Inspect all clothing, gloves and boots both prior to and during use for:
    - Imperfect seams,
    - Non-uniform coatings
    - Tears,
    - Improper fit, and
    - Poorly functioning closures.
- Inspect reusable garments, boots and gloves both prior to and during use for:
    - Visible signs of chemical permeation such as swelling, discoloration, stiffness or brittleness, and
    - Cracks or any signs of puncture or abrasion

Any reusable garments exhibiting any such characteristics will be discarded.

Personnel will be monitored and the work schedule adjusted as necessary during periods of elevated ambient temperatures above 85°F or humidity greater than 50 percent. Activities requiring strenuous labor will, whenever feasible, be scheduled during morning hours during hot weather. To control heat stress, personnel will follow the specific heat-related health and safety procedures described in SMS 018 (Heat Stress).

**SECTION**FIVE                                          **Health and Safety Controls**

## 5.5   SITE CONTROL MEASURES

At the work site, site control measures must be enforced to prevent unauthorized personnel into the designated work area. The SSO should clearly define and identify the work zones based on several area-specific criteria, including the physical features of the work area, traffic activity, wind direction, and road activity. Tailgate safety briefings shall be executed by the SSO prior to daily work start up in addition to prior to start up of any new activity. All site personnel, including subcontractors, and support personnel must participate. Site visitors must receive an abbreviated briefing before entering any work zone.

Site personnel are required to remain vigilant to the site conditions. Personnel are to operate equipment and systems within design or environmental limits. Personnel must ensure safety devices are in place and functioning properly. All site participants are required to respond to and address abnormal conditions.

## 5.6   DECONTAMINATION REQUIREMENTS

The level of decontamination depends on the nature and extent of contamination at work sites. Consequently, only minimal decontamination procedures are likely to be necessary. Level D PPE is anticipated to be the primary PPE ensemble. The HSM and or PSHO will be consulted if conditions change and upgraded PPE levels are required.

All workers shall wash hands thoroughly with soap and water before eating, and when exiting the work zone. Clean up the site, all site equipment, and then thoroughly wash hands and face when work activities are completed. Formal equipment decontamination procedures are required to prepare equipment to collect samples.

Field personnel must thoroughly decontaminate reusable PPE and other equipment after completing activities at the work site. All disposable PPE and other equipment will be discarded and properly disposed in plastic trash bags. A system of sequential decontamination stations will be established when deemed necessary by the SSO. Decon stations shall be positioned to minimize the spread of contaminants. The subcontractor, in coordination with the PM and SSO, will be responsible for establishing decontamination procedures and stations for his/her field personnel.

Much of the sampling and light equipment used on site by URS personnel will be disposable. Reusable equipment will be decontaminated by washing or a series of washings using an industrial detergent and water solution followed by a series of rinses using generous amounts of water. The rinse water will be collected in clean containers for appropriate disposal.

**SECTION**FIVE                                                    **Health and Safety Controls**

The PM will ensure that the subcontractor cleans and restores each site per contract requirements. The subcontractor will remove all debris, rubbish and other items from the site, and repair any damage as specified by the state agency or property owner.

## 5.7    SANITATION REQUIREMENTS (SMS 030)

Arrangements must be made for the supply and maintenance of adequate toilet and wash facilities in accordance with federal and state labor codes and regulations. The PM will ensure requirements are sufficiently implemented, as outlined in SMS 030.

# SECTION**SIX**                                    **Emergency Response Plan**

In the event of an environmental release, personal injury, or adverse event, project management will be notified as quickly as possible (see Emergency Contact Information phone list). The SSO will have the emergency telephone numbers, appropriate PPE to be worn at the site and risk information, and the hospital route map, in a location available to everyone at the work site. Coordinate evacuation procedures with the contractor and remain a safe distance from the emergency. Perform first aid/cardiopulmonary resuscitation (CPR) as warranted by the situation. Do not move personnel with suspected neck or back injuries. Report all injuries to supervisors, project managers, and URS Health and Safety.

### Emergency Contact Phone List

| Emergency Contact Numbers | | |
|---|---|---|
| Emergency | | 911 |
| Poison Control Center | | (800) 764-7661 |
| National Response Center (*for environmental emergencies only*) | | (800) 424-8802 |
| Hospital: Vacavalley Hospital 1000 Nut Tree Rd, Vacaville, CA 95687 | | (707) 446-4000 See Appendix G for Map |
| Key Project Personnel | | |
| Project Manager: Scott Lookingbill | Office: | 916-679-2388 |
| | Mobile: | 916-715-7857 |
| URS Occupational Nurse: Jeanette Schrimsher | Office: | 512-419-6440 |
| | Mobile | 512-656-0203 |
| Field Manager/Site Safety Officer: Scott Lookingbill | Office: | 916-679-2388 |
| | Mobile: | 916-715-7857 |
| Sacramento Health and Safety Manager (HSM): Richard Moore | Office: | 916-679-2266 |
| | Cell: | 916-803-6062 |
| Project Health and Safety Officer (PHSO): Tarek Gaylon | Office: | 916-679-2289 |
| | Mobile: | 916-502-6659 |

The SSO will evacuate field personnel from the project work site and perform a head count for missing personnel during major incidents or emergencies (e.g., fires, explosions, and injuries), and immediately notify and request assistance from emergency agencies with personnel trained to deal with the specific emergency. This section describes contingencies and emergency response procedures to be implemented at the work site. The procedures are designed to provide field personnel with the guidance necessary to handle most emergency situations.

## 6.1    COMMUNICATIONS

The Site Manager/Site Safety Officer will ensure that communications capability exists at the site to summon emergency services and to contact key personnel/agencies. This may be done with a cell phone; however, the SSO must verify at the site that the communication device

**SECTION**SIX                                    **Emergency Response Plan**

functions correctly <u>before</u> any work begins. Alternatives are accessible landlines or a satellite phone, for example.

## 6.2   POTENTIAL INCIDENTS

Potential incidents or actual incidents are commonly preceded by a "Near-Miss" or "Near-Loss" event. A "Near-Miss" is an incident that could result in injury or property damage, if repeated. A "Near-Miss"/loss usually indicates that accident prevention measures failed or may be lacking and that a serious incident may occur if similar events are repeated. Field team members are required to provide documentation on recognized near-miss and/or near-loss events. These events are to be recorded by the URS SSO and the appropriate URS staff, or by the URS subcontractor as they occur. A digital photo is recommended to be taken and submitted to the PM and the PHSO along with the completed "Near-Miss" Report.

Although unlikely, the following situations could potentially develop requiring some level of response:

- Sudden release of airborne contaminants (e.g., vapors or combustible gases from an underground utility),
- Uncontrolled releases and spills,
- Exposure to biological hazards,
- Fire,
- Medical emergency,
- Acute exposure (inhalation, skin contact, eye contact), and
- Physical/verbal threats and/or confrontation.

### 6.2.1   Release of Hazardous Airborne Contaminants

In the event of a sudden release of contaminants (e.g., vapors, gases, and particulates) constituting a potentially hazardous situation (e.g., adequate respiratory protection is unavailable, Imminently Dangerous to Life or Health (IDLH) or explosive atmospheres, imminent worker or public safety or health hazard), the SSO will halt operations and evacuate the work site using appropriate emergency signals (e.g., air horn, alarm, or hand signals). The SSO will notify appropriate emergency response and supervisory/management personnel. The SSO will assist response personnel to control and stop the release. After the release has been halted, the SSO will be responsible for monitoring the work site for the presence of any remaining airborne hazards and,

**SECTION**SIX                                    **Emergency Response Plan**

in consultation with the project team supervisory personnel and the PHSO or HSM, determine when it is safe to restart field activities.

## 6.2.2   Releases and Spills

The PM will ensure that sufficient quantities of sorbent materials, pads, booms, or pillows, and other cleanup materials and equipment are available at the work site to neutralize spills and provide for a quick, easy, and safe response to any release or spill of fuels, oils, or hazardous materials. Spills of **any** quantity must be reported to the PM and PHSO.

## 6.2.3   Biological Hazards

The PM will ensure that all field personnel are aware of all the potential biological hazards associated with the Site. URS field personnel will complete Biological Hazards Learning Module Program. Personnel will also be informed of the appropriate course of action in the event of an exposure. See SMS 047 for guidance. Report **any** biological hazards to the PM and PHSO.

## 6.2.4   Fire

In case of a potentially uncontrollable fire, the SSO, SM, or designated on-site supervisor will immediately evacuate to designated muster point, account for all personnel, and contact emergency services. While waiting for the Fire Department to arrive, the SSO or SM will determine the extent of the fire, assess the hazard posed to personnel, and determine if it is safe to attempt to control or extinguish the blaze. Class 2A:40B:C rated fire extinguishers will be available at the work site to control or extinguish small or incipient conditions. Accordingly, the SSO or designee will evacuate all personnel to a location upwind of the work site, and advise the responding fire chief of the location, nature and types of any hazardous materials, fuels, or other hazards present at the work site.

## 6.2.5   Medical Emergency

In the event of a serious injury or illness, field personnel will immediately contact 911 for assistance and an ambulance. Workers with suspected back or neck injuries are not to be moved. If there is evidence of serious trauma or unknown chemical exposure, the employee should be stabilized while until medical support arrives. A first aid kit will be maintained at work sites for treating minor injuries. When emergency medical service is located 4 or more minutes away in response time from a work site, at least one worker on the site will be currently trained in First aid/CPR.

**SECTION**SIX                                          **Emergency Response Plan**

## 6.2.6   Exposure

In the event of respiratory exposure, dermal or eye contact, or ingestion of a potentially toxic substance, the following procedures will be followed:

- **Respiratory Exposure (Inhalation).** Move to fresh air immediately. Any loss of consciousness or exposure to elevated levels of known toxic substances, even if the individual appears to have fully recovered, requires immediate treatment and surveillance by a qualified physician. Transport the worker to a local medical facility.

- **Dermal Contact**. Wash/rinse affected area for at least 15 minutes unless it is contraindicated or causes adverse reactions. If emergency drench system/ eyewash is not immediately available or accessible, use the available potable water supply provided at each work site. Transport worker to the local medical facility.

- **Eye Contact**. Flush eye(s) continuously for 15 minutes using the emergency eyewash or available potable water supply, and then transport worker to the emergency medical facility.

- **Ingestion**. Immediately transport to the emergency medical facility. The Regional Poison Control Center should be contacted for instructions if the victim cannot be immediately transported to the emergency facility or the emergency facility cannot be contacted.

## 6.2.7   Burns

Burns that break the skin can cause infection and loss of fluid from the body and damage the body's ability to control its temperature. Deep burns can also damage the victim's ability to breathe. A burn that involves only the top layer of skin is the least severe. The skin is red and dry and is painful, but usually heals in 5 to 6 days. Deeper burns are also red, but have blisters that may open and seep clear fluid. These burns are usually painful, and the area often swells. Some burns destroy all the layers of skin and the tissues underneath, even bones. These are critical burns. These burns look brown or blackish, and the tissues underneath may appear white. Although they can sometimes be surprisingly pain-free because nerve endings have been destroyed, they can be life threatening and need immediate medical attention. The general care of burns involves the following:

Stop the burning. Remove the victim from the source of the burn, and, if necessary, put out the flames. Lay severe burn victims down unless the individual is having trouble breathing. Raise the burned area above the level of the heart, if possible. Burn victims chill easily, so protect the victim from drafts.

To distinguish a minor burn from a serious burn, the first step is to determine the degree and the extent of damage to body tissues. The three classifications of first-degree burn, second-degree burn and third-degree burn will help you determine emergency care:

**SECTION**SIX                                                    **Emergency Response Plan**

**First-degree burn**

The least serious burns are those in which only the outer layer of skin is burned. The skin is usually red, with swelling and pain sometimes present. The outer layer of skin hasn't been burned through. Treat a first-degree burn as a minor burn unless it involves substantial portions of the hands, feet, face, groin or buttocks, or a major joint.

**Second-degree burn**

When the first layer of skin has been burned through and the second layer of skin (dermis) also is burned, the injury is called a second-degree burn. Blisters develop and the skin takes on an intensely reddened, splotchy appearance. Second-degree burns produce severe pain and swelling.

If the second-degree burn is no larger than 3 inches (7.5 centimeters) in diameter, treat it as a minor burn. If the burned area is larger or if the burn is on the hands, feet, face, groin or buttocks, or over a major joint, treat it as a major burn and get medical help immediately.

**For minor burns,** including first-degree burns and second-degree burns limited to an area no larger than 3 inches (7.5 centimeters) in diameter, take the following action:

• **Cool the burn.** Hold the burned area under cold running water for at least five minutes, or until the pain subsides. If this is impractical, immerse the burn in cold water or cool it with cold compresses. Cooling the burn reduces swelling by conducting heat away from the skin. Don't put ice on the burn.
• **Cover the burn with a sterile gauze bandage.** Don't use fluffy cotton, which may irritate the skin. Wrap the gauze loosely to avoid putting pressure on burned skin. Bandaging keeps air off the burned skin, reduces pain and protects blistered skin.
• **Take an over-the-counter pain reliever.** These include aspirin, ibuprofen (Advil, Motrin, others), naproxen (Aleve) or acetaminophen (Tylenol, others). Never give aspirin to children or teenagers.

Minor burns usually heal without further treatment. They may heal with pigment changes, meaning the healed area may be a different color from the surrounding skin. Watch for signs of infection, such as increased pain, redness, fever, swelling or oozing. If infection develops, seek medical help. Avoid re-injuring or tanning if the burns are less than a year old — doing so may cause more extensive pigmentation changes. Use sunscreen on the area for at least a year.

**Caution**

• **Don't use ice.** Putting ice directly on a burn can cause frostbite, further damaging your skin.
• **Don't apply butter or ointments to the burn.** This could prevent proper healing.
• **Don't break blisters.** Broken blisters are vulnerable to infection.

**Third-degree burn**

The most serious burns are painless, involve all layers of the skin and cause permanent tissue damage. Fat, muscle and even bone may be affected. Areas may be charred black or appear dry

**URS**                                                                        6-5

and white. Difficulty inhaling and exhaling, carbon monoxide poisoning, or other toxic effects may occur if smoke inhalation accompanies the burn.

**For major burns,** dial 911 or call for emergency medical assistance. Until an emergency unit arrives, follow these steps:

> **Don't remove burnt clothing.** However, do make sure the victim is no longer in contact with smoldering materials or exposed to smoke or heat.
>
> **Don't immerse large severe burns in cold water.** Doing so could cause shock.
>
> **Check for signs of circulation (breathing, coughing or movement).** If there is no breathing or other sign of circulation, begin cardiopulmonary resuscitation (CPR).
>
> **Elevate the burned body part or parts.** Raise above heart level, when possible.
>
> **Cover the area of the burn.** Use a cool, moist, sterile bandage; clean, moist cloth; or moist towels.

**Emergency medical care is required for any critical burns; burns caused by chemicals, explosions, or electricity; multiple burns; burns on the head, neck, back, hands, feet, or genitals; or the individual is having trouble breathing. Call 911 or immediately transport the victim to the nearest emergency medical facility.**

## 6.3    ACCIDENTS / INCIDENTS AND NEAR-MISS NOTIFICATION (SMS 049)

All incidents require immediate review and completion of SMS 049 (Incident Reporting, Volume II). The Near-Miss form is provided in Appendix F. All injuries require immediate review and completion of SMS 065. In the event of an injury-related accident, hazardous substance release, damage to property, or emergency situations whether existing or imminent, the PM or designated field personnel must notify appropriate personnel as soon as possible but no later than within one to two hours. Personnel to be contacted are identified in the emergency telephone numbers.

Accidents, injuries, non-injury incidents, and any other incident or noteworthy events will be immediately reported to the PM, PHSO, and HSM. The incident will be documented on an Accident/Incident Report form within 24 hours of the incident. Circumstances of the accident/ incident and preventive measures will be discussed with the SSO, PM, and project team field personnel prior to resuming regular activities during the next tailgate safety meeting. The SSO or PM will investigate cause(s) and recommend appropriate control measures. The PHSO and HSM are responsible for reviewing the information and determining if further investigation or corrective measures are required.

Field personnel **including subcontractors** are responsible for reporting all work-related injuries, or incidents that may result in an injury, or illnesses as soon as possible to the SSO, PHSO, PM,

**SECTION**SIX                                                           **Emergency Response Plan**

and HSM. Each individual project team member is responsible for documenting the incident and notifying their supervisor as soon as possible. The project team member's occupational physician maintains employee medical files, including records of work-related exposures, accidents/ illnesses.

URS encourages employees to report Near-Misses that can be utilized to identify specific job hazards that once corrected can help prevent major incidents from occurring. URS believes that the only difference between a near loss and an incident is favorable circumstances. Therefore, reporting near losses is encouraged in order for the project management to identify and correct unsafe behaviors or conditions that could potentially lead to a major incident or injury.

## 6.4    EXPOSURE/INJURY MEDICAL SURVEILLANCE (SMS 024 AND 065)

Any employee who suffers an illness, suspected injury or chemical over-exposure is required to see a physician. Depending upon the extent and type of exposure, illness, or injury, may be critical to perform follow-up testing and/or accident investigation within 24 to 48 hours. The project team member's health and safety supervisory personnel will ensure that appropriate medical follow-up testing is conducted. A worker may return to work only with the written approval of the attending physician. Review and complete SMS 049, Incident Reporting and SMS 065, Injury Management.

## 6.5    RECORDKEEPING

In addition to OSHA and Cal-OSHA record keeping requirements, records of health and safety-related events such as incidents, Near-Misses, or injuries occurring during project work-related activities will be maintained in the home office. For the URS Sacramento Office, Connie Biedel will receive this documentation. Any exposure or potential exposures are to be recorded, as well as accidents or incidents that require the filing of an Accident/Incident Report (e.g., injuries, illnesses, accidental damage to property, or "Near-Miss" occurrences that could have resulted in personal injury).

**Appendix A**

**SAFETY COMPLIANCE AGREEMENT**

# SAFETY COMPLIANCE AGREEMENT

I have read or been fully briefed on the Health and Safety Plan for the project and I understand it and agree to comply with all of its provisions. I understand that I could be prohibited from working on the project for violating any of the health and safety requirements specified in the Plan.

Date _____

Printed Name        /        Company        /        Signature

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

.

**Appendix B**

**Daily Pre-work Safety Plan Meeting Record Form**

**(Sacramento) Daily Pre-Work Safety Plan**

*This summary Safety Plan must be completed and reviewed with all participants prior to the start of each workday's events.*

| Job / Task: | | Date: | |
|---|---|---|---|
| Work area: | | Permits utilized: ☐ Yes ☐ No | |
| Are participants current with required training: ☐ Yes ☐ No | | JHA / JSA / AHA utilized: ☐ Yes ☐ No | |
| Work coordinated with other affected contractors: ☐ Yes ☐ No | | Equipment manuals: ☐ Yes ☐ No | |

**— EVENTS PLANNED FOR TODAY —**

| Major Steps of Task | Recognized Hazards | Control Measures / Procedures to Minimize Hazards |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Participants Signature/Number** _____     _____     _____

_____     _____     _____     _____

**Supervisor/TL/SSO Signature:** _____     **Date:** _____

Instructions:     Review and complete Page 2 of this worksheet to facilitate completion of page 1:
Page 1. Describe major steps of the task / List all recognized hazards and anticipated system failures / and Provide corrective actions and hazard prevention methods
Page 2. Identify task hazards, and specify control measures and procedures / Identify and specify PPE requirements. Identify and attach supporting materials
Hazard analyses, permits, and supporting materials shall be utilized to supplement this safety plans. Amend safety plans as conditions change or deficiencies are identified.

| Identified Task Hazards | "Specify" Control Measures / Procedures. |
|---|---|
| ☐ Biological / Environmental | Training / Area Controls / Tick Check / Clothing / PPE / Overhead Cover / Other ? |
| ☒ Chemicals | Training / MSDS Review / Handling Methods / PPE / Containment / Other ? |
| ☐ Energy / Electrical / Pneumatic / Other | Training / Lock –Tag-Try / Permit Approval / PPE / Other ? |
| ☐ Excavations | Utility Location / Shoring / benching / Permit Approval / Daily Inspection / Other ? |
| ☐ Heavy Equipment Operation | Inspection / Spotter/ Training / Isolation / Clearances / Barricades / Other ? |
| ☐ Confined Space Entry | Training / Permit Approval / LOTO / Air Monitoring / Communications / PPE / Other ? |
| ☐ Hand / Power Tools | Operational Review / Training / Inspection / GFCI / PPE / Other ? |
| ☐ Hot Work / Grinding / Drilling | Training / Permit Approval / Flammables / Isolation / PPE / Other ? |
| ☐ Ladders / Platforms / Scaffolding | Training / Inspection / Proper Angle / Tie Off / Weight Limit / Other ? |
| ☐ Lifting / Hoisting / Rigging | Training / Coordination Methods / Equipment Inspection / PPE / Other ? |
| ☐ Machinery / Equipment Operation | Review / Training / Isolation / Guarding / Inspections / PPE / Other ? |
| ☐ Materials Fabrication | Training / Methods / Controls / PPE / Guarding / Other ? |
| ☐ Noise | Monitoring / Isolation / Protection / Evaluation / Other ? |
| ☐ Overhead Work / Obstructions | Training / Clearance / Utilities / Spotters / Coordination / Other ? |
| ☐ Pinch Points / Rotation / Sharps | Review / Training / Locate / Isolation / Markings / PPE / Guarding / Other ? |
| ☐ Radiation | Training / Controls / PPE / Isolation / Barricading / Other ? |
| ☐ Slips / Trips / Falls | Review / Inspect / Controls / Housekeeping / Markings / Other ? |
| ☐ Steel Work / Erection | Training / Coordination Methods / Controls / Barricades / Spotter / PPE / Other ? |
| ☐ Terrain / Topography / Water | Controls / Spotters / PPE / Rescue Methods / Communication / Other ? |
| ☐ Traffic / Other Work Activity | Training / Area Control / Isolation / Spotter / Flagger / Signage / Other ? |
| ☐ Utilities | Drawings Review / Locate / Isolate / Barricade / Spotter / PPE / Other ? |
| ☐ Visibility / Illumination | Barricades / Flashlights / PPE / Other ? |
| ☐ Other | Inspection / Training / Isolate / Controls / Other ? |

| Personal Protective Equipment | "Specify" Equipment Requirements |
|---|---|
| ☐ Eye Protection | Safety Glasses / Goggles / Other ? |
| ☐ Face Protection | Face Shield / Welding Hood / Other ? |
| ☐ Foot / Leg Protection | Steel Toed Leather / Rubber Boots / Knee Pads / Other ? |
| ☐ Hand / Arm Protection | Arm Guards / Glove Type ? |
| ☐ Head / Hearing Protection | Hard Hat / Ear Plugs / Other ? |
| ☐ Fall Protection Systems | Inspection / Training / Harness / Lanyard /Tie-Offs / Other ? |
| ☐ Respiratory Protection | Dust Mask / Half-Full Face / Other ? |
| ☐ Reflective Wear | Vest / Lighting / Other |
| ☐ Coveralls | Tyvek / Coated Tyvek / Insulated / Other ? |
| ☐ Other | First Aid Kit / Eye Wash / Extinguisher / Other ? |

# Appendix C
## List of Safety Management Standards

## Volume 2 to this HASP will contain the actual SMS documents

The following Safety Management Standards (SMS) referenced in this appendix will be assembled in Volume 2 to this HASP. Other Safety Management Standards may also apply. Safety Management Standards are available on the URS Health, Safety, and Environment Web site.

SMS 001 – Inspections by Regulatory Agencies
SMS 002 – Worker Right-to-Know (Hazard Communication)
SMS 003 – Emergency Action Plans
SMS 005 – California Injury and Illness Prevention Program
SMS 012 –Electrical Safety
SMS 013 – Excavation Safety
SMS 014 – Fire Prevention
SMS 016 – Hand Tools and Portable Equipment
SMS 018 – Heat Stress
SMS 019 – Heavy equipment
SMS 020 – Hot Work
SMS 021 – Housekeeping
SMS 023 – Lock Out and Tag Out Safety
SMS 024 – Medical Surveillance
SMS 026 – Noise Exposure
SMS 027 – Work Over Water
SMS 028 – Portable Ladders
SMS 029 – Personal Protective Equipment
SMS 030 – Sanitation
SMS 032 – Work Zone Traffic Control
SMS 034 – Utilities Clearance and Isolation
SMS 038 – Cranes Safety
SMS 040 – Fall Protection
SMS 041– Rigging
SMS 047 – Biological Hazards
SMS 049 – Injury/Illness/Incident Reporting
SMS 051 – Bloodborne Pathogens
SMS 056 – Drilling Activities
SMS 057 – Vehicle Safety Program
SMS 059 – Cold Stress
SMS 064 – Hand Safety
SMS 065 – Injury Management
SMS 069 – Manual Material Handling
SMS 072 – Behavior-Based Safety

**Appendix D**

**URS Job Safety Analysis (JSA)**

| COMPANY/ PROJECT NAME or ID/ LOCATION (City, State) Wickes | DATE May 2007 | ☒ NEW ☐ REVISED | | Page 1 of 3 |
|---|---|---|---|---|

**WORK ACTIVITY** (Description): **Drilling/Boring and Associated Soil Sampling**

| DEVELOPMENT TEAM | POSITION / TITLE | REVIEWED BY: | POSITION / TITLE | |
|---|---|---|---|---|
| Tarek Gaylon | HSE Specialist | | | |
| | | | | |

### MINIMUM REQUIRED PERSONAL PROTECTIVE EQUIPMENT (SEE CRITICAL ACTIONS FOR TASK-SPECIFIC REQUIREMENTS)

| | | | |
|---|---|---|---|
| ☒ REFLECTIVE VEST<br>☒ HARD HAT<br>☐ LIFELINE / HARNESS<br>☒ SAFETY GLASSES | ☒ GOGGLES (On hard hat, used as necessary)<br>☐ FACE SHIELD<br>☒ HEARING PROTECTION (On person, used as necessary)<br>☒ SAFETY SHOES <u>Leather Steel-Toed Boots with Notched Heels</u> | ☐ AIR PURIFYING RESPIRATOR<br>☐ SUPPLIED RESPIRATOR<br>☐ PPE CLOTHING | ☒ GLOVES <u>Leather gloves on person, used as necessary</u><br>☒ GLOVES <u>Nitirile</u> |

| JOB STEPS | POTENTIAL HAZARDS | CRITICAL ACTIONS TO MITIGATE HAZARDS |
|---|---|---|
| 1. All Drilling/ Boring Activities | Slips, Trips, Falls | Keep work area free of excess material and debris |
| | | Remove all trip hazards by keeping materials/objects organized and out of walkways |
| | | Wear appropriate PPE |
| | | Stay off steep hillside and loose soils on the hill |
| | | Stay aware of footing and do not run |
| | Heat Stress | Take many breaks, observe break schedule if temperatures exceed 85°F |
| | | Consume adequate food/beverages, keep adequate supply of cold water and/or hydrating drinks, e.g., Gatorade, available |
| | | If possible, adjust work schedule to avoid heat stresses, e.g. start work early in the morning |
| | Biological Hazards: Insects, Snakes, Wildlife, Vegetation | Inspect work areas upon arrival at site to identify hazard(s) |
| | | Provide awareness, recognition, avoidance and response training |
| | | Stay alert and a safe distance away from biological hazards (snakes and poison oaks). |
| | | Wear appropriate PPE and insect repellant |
| | | Storage, lay down, and segregation areas will be kept clear and organized |
| | | Remove/clean refuse containers/areas daily |
| | Medical Waste | Inform workers of potential hazards of medical wastes |
| | | Maintain proper handling and disposal requirements if encountered |

| JOB STEPS | POTENTIAL HAZARDS | CRITICAL ACTIONS TO MITIGATE HAZARDS |
|---|---|---|
| 1. (cont'd) | Traffic Control Exposures (including pedestrian) | Utilize cones and signs, snow fence, and a flag person as outlined in the Traffic Control Plan |
| | | Set up exclusion zone surrounding work area |
| | | Wear appropriate PPE including high visibility clothing such as reflective vest |
| | | Look both ways before walking into roads/streets. |
| | | Inspect area behind vehicle prior to backing and use spotter |
| | | Traffic controls utilized when moving equipment onto site |
| | | Identify personnel travel routes |
| | Fire/Explosion | No smoking will be allowed at the job site or anywhere at the site |
| | | Fire observance maintained at all times for possible spontaneous ignition |
| | | Site will be kept clean and organized / flammables will be segregated as required |
| | | Ensure at least two (2) type ABC, 25-lb, fully charged fire extinguisher on-site within 25 feet of operation |
| | | All equipment equipped with current and operational fire extinguisher |
| | | Stop work if hazardous conditions are identified |
| 2. Drilling Rig Set-Up | Rig Roll Over | Conduct rig inspection per attached sheet before start of work |
| | | Cross all hills and obstructions head on |
| | | Where unstable soil exists, the soil should be assessed by a qualified professional to ensure safe conditions with implementation of design control measures prior to start of work |
| | Contact with Electric Lines and Other Overhead Obstacles | Position rig to avoid overhead utility lines by distance defined by line voltage and local regulations |
| | Rig Movement | Heavy equipment should be equipped with back-up alarm or use horn when backing (confirm that alarm works) |
| | | Stay clear of moving operating equipment and rig |
| 3. Ground Disturbance: Boring Advancement | Faulty or Inappropriate Equipment | Qualified driller must inspect rig prior to use, if faulty or inappropriate, do not proceed until repaired or replaced |
| | | Inspect all hand tools prior to use, if faulty or inappropriate, do not proceed until repaired or replaced |
| | Moving Equipment | Clear area of obstructions and communicate with all workers involved that drilling is beginning |
| | | Do not exceed manufacturer's recommended speed, force, torque, etc. and penetrate the ground slowly with hands on the controls for at least the first foot of soil to minimize chance of auger kick-out |
| | | Secure loose clothing |
| | | Wear appropriate PPE including leather gloves and steel-toed boots |
| | Suspended Loads | Do not walk under suspended loads |
| | | When possible, remove overhead hazards promptly |
| | | Wear appropriate PPE including hard hat and steel-toed boots |
| | High Noise Levels | Use hearing protection if within 25 feet of active drill rig |
| | Impact to Subsurface Lines/Tanks | Only drill in areas where underground features have been identified and cleared per pre-drilling protocols, if hole has to be moved, clear new location first |
| | | Wear appropriate PPE including insulating gloves and/or stand on an insulating mat when in contact with rig |
| | | Ensure first aiders are trained to deal with electric shock and flash burns |

| JOB STEPS | POTENTIAL HAZARDS | CRITICAL ACTIONS TO MITIGATE HAZARDS |
|---|---|---|
| 3. (cont'd) | Work Area | Set up work area for collection of samples from soil samplers, packaging, marking of samples. |
| | Container Pinch Points | Wear appropriate PPE including leather gloves, as needed |
| | | Watch positioning of hands/fingers when closing drum rings |
| | Heavy Materials and Containers Lifting/Moving | Do not lift or move heavy containers without assistance |
| | | Use proper bending/lifting techniques by lifting with arms and legs and not with back |
| | | If possible, use powered lift truck, drum cart, or other mechanical means |
| | | Seek assistance (equipment/tools/personnel) when moving heavy or awkward loads |
| | | Place drums in storage area prior to filling |
| | | Wear appropriate PPE including leather gloves and steel-toed boots |
| | Chemical Exposures: Inhalation/dermal contact with volatile organic compounds

Including but not limited to fuels, wastes contaminants, exhausts | Wash hands and face before eating, smoking, etc. (breaks shall be taken in designated areas away from work zones) |
| | | Continuous assessment of site conditions |
| | | Use real-time atmospheric monitoring instrumentation |
| | | Control worksite zones, excavations, stockpiles and sample materials |
| | | Appropriate use of supplemental personal protective equipment |
| | | Proper storage and handling of solvents and other support materials |
| | | Utilize proper dust suppression techniques |
| | | Follow proper decontamination procedures |
| | Physical Exposures: Electrical, uncontrolled energy sources, tools and equipment | Training provided prior to work startup |
| | | Areas of shade protection shall be provided |
| | | Only qualified personnel will perform electrical service |
| | | All equipment will be inspected prior to use (Equipment in poor condition will be immediately taken out of service) |
| | | Utilize lockout/Tagout procedures |
| | | High voltage use requires PHSO consult (Additional protective measures shall be implemented) |
| | | Pre identify/locate utilities (Maintain 10-foot minimum clearances) |
| | | Work at elevation >6 feet requires implementation of fall protection measures |
| | | All tools shall be inspected prior to use (Removed from service as required) |
| | | Tools and equipment shall be secured and under control at all times |
| | Heavy Equipment Operation | All equipment inspected prior to use |
| | | Use only qualified operators |
| | | Travel routes will be clearly established |
| | | Pedestrians shall maintain 25 feet clearance unless communication is established |
| | | Ventilate vehicle exhaust outside of building using hose. Monitor indoor air carbon monoxide and oxygen concentrations. |

| JOB STEPS | POTENTIAL HAZARDS | CRITICAL ACTIONS TO MITIGATE HAZARDS |
|---|---|---|
| 3. (cont'd) | Vehicle Accidents / Injuries | Drivers, occupants will comply with all traffic laws and URS requirements |
| | | Operators will inspect equipment prior to use |
| | Compressed Gas Cylinders | Cylinders shall be secured at all times |
| | | Workers shall be trained in proper recognition, handling, and storage requirements |
| | | Hot work permits shall be utilized prior to any hot work activity |
| | | Pressure shall be removed from regulators and hoses when systems are not in use |
| | Excavation Exposures | Excavations shall be inspected daily by a competent person |
| | | Barriers shall limit access to trenching |
| | | Shoring and sloping shall be utilized for excavation > 4 feet |
| | | Spoils shall be at least 3 feet from perimeters |
| | Soil Cuttings Off Gassing | Soil cuttings will be contained in a drum and stored in a well ventilated area on site or off site. Do not store the cuttings indoors in an enclosed room because of the possible off gassing of the cuttings into the room presenting a potential VOC exposure to occupants. |

| COMPANY/ PROJECT NAME or ID/ LOCATION (City, State) **Wickes** | DATE August 2009 | ☒ NEW ☐ REVISED |
|---|---|---|

| WORK ACTIVITY (Description): **Excavation** | Developed By: **Tarek Gaylon.** Reviewed By:  **Richard Moore, CIH** |
|---|---|

**MINIMUM REQUIRED PERSONAL PROTECTIVE EQUIPMENT (SEE CRITICAL ACTIONS FOR TASK-SPECIFIC REQUIREMENTS)**

| | | | |
|---|---|---|---|
| ☒ REFLECTIVE VEST | ☐ GOGGLES (On hard hat, used as necessary) | ☒ PPE CLOTHING as identified in approved HASP | ☒ FIRST AID KIT |
| ☒ HARD HAT | ☐ FACE SHIELD | ☒ GLOVES Leather gloves on person, used as necessary | ☒ EYE WASH STATION or BOTTLE |
| ☐ LIFELINE / HARNESS | ☒ HEARING PROTECTION (On person, used as necessary) | ☐ GLOVES Nitrile | ☒ AIR PURIFYING RESPIRATOR (As Needed) |
| ☒ SAFETY GLASSES | | ☒ TYVEK COVERALLS (As Needed) | ☐ SUPPLIED RESPIRATOR |
| | ☒ BOOTS Steel toe leather boots with Notched Heels | | ☒ CARBON MONOXIDE METER |

| TRAINING | Current 40-Hour HAZWOPER, First aid/CPR, heavy equipment operator, Excavation competent person |
|---|---|
| EQUIPMENT | Excavator, Dust meter |
| INSPECTIONS | Inspect heavy equipment daily; Inspect excavation daily |

| JOB STEPS | POTENTIAL HAZARDS | CONTROLS |
|---|---|---|
| All Site Activities (non-construction) | Slips, Trips, Falls | Keep work area free of excess material and debris |
| | | Remove all trip hazards by keeping materials/objects organized and out of walkways |
| | | Wear appropriate boots |
| | | Stay off steep hillside and loose soils on the hill |
| | | Stay aware of footing and do not run |
| | Heat Stress | Take many breaks, observe break schedule if temperatures exceed 85°F |
| | | Consume adequate food/beverages, keep adequate supply of cold water and/or hydrating drinks, e.g., Gatorade, available |
| | | If possible, adjust work schedule to avoid heat stresses (e.g. start work early in the morning) |
| | Cold Stress | Take many breaks, observe break schedule if temperatures below 32°F |
| | | Consume adequate food/beverages, keep adequate supply of water and/or hydrating drinks, e.g., Gatorade, available |
| | | If possible, adjust work schedule to avoid cold stresses (e.g. take more breaks out of the cold and/or wind to warm the body) |
| | Biological Hazards: Insects, Snakes, Wildlife, Vegetation | Inspect work areas upon arrival at site to identify hazard(s) |
| | | Provide awareness, recognition, avoidance and response training |
| | | Stay alert and a safe distance away from biological hazards (snakes and poison oak). |
| | | Wear appropriate PPE (snake-proof gator leggings), insect repellant, poison oak pre-contact lotion |
| | | Storage, lay down, and segregation areas will be kept clear and organized |
| | | Decontaminate equipment prior to removing from field |
| | | Tape ends of trousers and sleeves to prevent ticks crawling into clothing prior to entering vegetation where ticks are anticipated to be present |
| | | Perform a tick check prior to leaving field and entry into vehicle |

| JOB STEPS | POTENTIAL HAZARDS | CONTROLS |
|---|---|---|
| (cont'd) | Traffic Control Exposures (including pedestrian traffic) | Utilize cones and signs, snow fence, and a flag person as outlined in the Traffic Control Plan |
| | | Set up exclusion zone surrounding work area |
| | | Wear appropriate PPE including high visibility clothing such as reflective vest |
| | | Look both ways before walking into roads/streets. |
| | | Inspect area behind vehicle prior to backing and use spotter |
| | | Traffic controls utilized when moving equipment onto site |
| | | Identify personnel travel routes |
| | Fire/Explosion | No smoking will be allowed at the site |
| | | Park vehicles away from tall grass to prevent catalytic converter catching grass on fire |
| | | Fire observance maintained at all times for possible spontaneous ignition |
| | | Site will be kept clean and organized / flammables will be segregated as required |
| | | Ensure at least a type ABC, 10-lb, fully charged fire extinguisher on-site within 25 feet of vehicle |
| | | All equipment equipped with current and operational fire extinguisher |
| | | Stop work if hazardous conditions are identified |
| | Working Alone | Working alone is not allowable for certain tasks that includes⊗1) working near or over water, (2) in areas with potential for violence, (3) electricity, (4) at heights greater than 3.5 feet, or (5) confined spaces |
| | | Prepare a Lone Worker Communication Plan SMS 084-1 |
| | | Working in pairs is preferred over working alone with visual eye contact with each other at all times |
| | Emergency communications | Ensure cell phone coverage is adequate |
| | | Use a satellite phone if cell phone coverage is not available |
| | Lifting/Moving Heavy Materials and Containers | Do not lift or move heavy materials without assistance |
| | | Use proper bending/lifting techniques by lifting with arms and legs and not with back |
| | | If possible, use powered lift truck or other mechanical means |
| | | Seek assistance (equipment/tools/personnel) when moving heavy or awkward loads |
| | | Wear appropriate PPE including leather gloves and steel-toed boots |
| Excavation | Moving equipment | Wear specified PPE (Safety vests, safety glasses, steel toe boots, hard hat) |
| | | Use a spotter for equipment |
| | | Stay out of swing radius of equipment (at least 20 feet away from radius) |
| | | Do not approach equipment unless equipment is turned off and at zero potential energy |
| | | Implement dust control (e.g., water spray) at all times. Follow PPE upgrade for dust concentrations greater than 8 mg/m3 per Table 4-2 of this HASP. |

| JOB STEPS | POTENTIAL HAZARDS | CONTROLS |
|---|---|---|
| | Collapse of excavation walls | No one is allowed into the excavation unless the excavatation has benched walls or shoring installed. |
| | | Place spoil piles at least five feet from excavation edge or at least one half of the depth of the excavation away. |
| | Water accumulation in excavation | Inspect excavation to determine stability of walls |
| Excavation inside a building | Carbon monoxide exposure | Excavation inside a building using heavy equipment may produce high concentrations of carbon monoxide that could result in unconsciousness or death. Install ventilation fans to provide fresh air inside the building. |
| | | Use a carbon monoxide meter to continuously monitoring of the atmosphere. Follow the action |
| | Inhalation of arsenic in dust or dermal exposure | Use water spraying to control dust generation. |
| | | Wear Tyvek as needed to reduce dermal contact with dust. |

| COMPANY/ PROJECT NAME or ID/ LOCATION ( City, State) | DATE | ☒ NEW<br>☐ REVISED | Page 1 of 1 |
|---|---|---|---|

**WORK ACTIVITY (Description):**

| DEVELOPMENT TEAM | POSITION / TITLE | REVIEWED BY: | POSITION / TITLE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**MINIMUM REQUIRED PERSONAL PROTECTIVE EQUIPMENT (SEE CRITICAL ACTIONS FOR TASK-SPECIFIC REQUIREMENTS)**

| | | | |
|---|---|---|---|
| ☒ REFLECTIVE VEST<br>☒ HARD HAT<br>☐ LIFELINE / HARNESS<br>☒ SAFETY GLASSES | ☒ GOGGLES (On hard hat, used as necessary)<br>☐ FACE SHIELD<br>☒ HEARING PROTECTION (On person, used as necessary)<br>☒ SAFETY SHOES Leather Steel-Toed Boots with Notched Heels | ☐ AIR PURIFYING RESPIRATOR<br>☐ SUPPLIED RESPIRATOR<br>☐ PPE CLOTHING | ☒ GLOVES Leather gloves on person, used as necessary<br>☒ GLOVES Nitirile |

| JOB STEPS | POTENTIAL HAZARDS | CRITICAL ACTIONS TO MITIGATE HAZARDS |
|---|---|---|
| | | |

**Appendix E**

**Behavior-Based Safety Checklist**

# BEHAVIOR-BASED OBSERVATION FORM

| Observer | Location | Date |
|---|---|---|

|  |  | **Safe** | **Unsafe** | **Comments \*** |
|---|---|---|---|---|
| **1.0** | **Personal Protective Equipment** |  |  |  |
|  | Head | ☐ | ☐ |  |
|  | Hand | ☐ | ☐ |  |
|  | Feet | ☐ | ☐ |  |
|  | Eyes/Face | ☐ | ☐ |  |
|  | Skin | ☐ | ☐ |  |
|  | Hearing | ☐ | ☐ |  |
|  | Fall Protection | ☐ | ☐ |  |
| **2.0** | **Equipment/Tools** |  |  |  |
|  | Proper tool for the job | ☐ | ☐ |  |
|  | Condition | ☐ | ☐ |  |
|  | Proper Use | ☐ | ☐ |  |
| **3.0** | **Body Use / Position** |  |  |  |
|  | Lifting | ☐ | ☐ |  |
|  | Pinch Point | ☐ | ☐ |  |
|  | Ladder / stairs | ☐ | ☐ |  |
|  | Hand placement | ☐ | ☐ |  |
|  | Travel path / speed | ☐ | ☐ |  |
|  | Body position | ☐ | ☐ |  |
| **4.0** | **Work Practices** |  |  |  |
|  | Follow Safety Plan / Procedures | ☐ | ☐ |  |
|  | Housekeeping | ☐ | ☐ |  |
| **5.0** | **Other** |  |  |  |
|  |  | ☐ | ☐ |  |
|  |  | ☐ | ☐ |  |
|  |  | ☐ | ☐ |  |

\* Use comment column when unsafe behavior / conditions were observed. Describe what was observed and why this occurred.

**Appendix F**

The Near-Miss Form

| **URS** | **Health and Safety Program** **INCIDENT / NEAR MISS REPORT FORM** | Attachment 49-1 Revision 3: Oct 2007 |
|---|---|---|

## ADMINISTRATIVE INFORMATION (To be completed by Supervisor)

| | |
|---|---|
| Corporate Communications US Site Code: | Project/Order Number: |

| ☐ URS Division | ☐ EG&G Division |
|---|---|
| RBU: | SBU: |
| Region: | SBE Director: |
| Client Sector: | Program: |
| Site or Office: | Location/Client Name: |
| Date/Time of Event: | Time Work Started: |
| Date/Time Supervisor Notified: | Employee Submitting Report: |

Client Notification Completed (if required)?   ☐ Yes   ☐ No

## TYPE OF EVENT (Check all applicable items)

| **Illness (Check one)** | **Injury (Check one)** | **Near Miss (Check the potential consequences):** |
|---|---|---|
| ☐ Employee | ☐ Employee | ☐ Injury   ☐ Environmental release |
| ☐ Subcontractor | ☐ Subcontractor | ☐ Equipment Damage   ☐ Other (describe) |
| ☐ Other | ☐ Other | ☐ Property Damage |

| **Property Damage (Check one)** | **Vehicular Accident (Check one)** | ☐ Fire   ☐ Other (describe): |
|---|---|---|
| ☐ Company (owned, leased, rented) | ☐ Company (owned, leased, rented) | ☐ Explosion |
| ☐ Client/Customer | ☐ Client/Customer | ☐ Flash |
| ☐ Other | ☐ Other | |

## EVENT DESCRIPTION

Briefly state the facts contributing to the event. Attach additional pages and supporting information, as necessary. Avoid use of employees' names. *If this is an injury or illness, supply additional information as required on Page 2.*

## ROOT CAUSE DETERMINATION

Root Cause (State the root or primary cause, then select the most appropriate cause category from Page 4):

## CONTRIBUTING FACTORS

Contributing Causes (Describe any contributing causes, then select the applicable cause categories from Page 4):

## CORRECTIVE ACTIONS

List methods of preventing/avoiding this type of incident/near miss in the future. There must be one or more corrective action for each root cause.

*NOTE: If this is a near miss report, no further information is required. Submit only the first page of the form. The preferred method of distribution of near miss reports is by e-mail attachment in either Word or scanned to PDF. Forward URS near miss reports to incidentreport@urscorp.com. Alternatively, reports may be faxed to 512.419.6413.*

Additional Distribution: ☐ Office/Site Manager   ☐ Regional/SBE/SBU HSE Manager   ☐ Office/Site HSE Representative

'

**Appendix G**

**Hospital Map**

HOSPITAL MAP DIRECTIONS

| START:  Wickes Forest Industries<br>Elmira, California | FINISH:  Vacavalley Hospital<br>1000 Nut Tree Rd<br>Vacaville, CA 95687<br>(707) 446-4000 |
|---|---|

Directions:

1. Starting in ELMIRA, CA on A ST go toward VACA STATION RD - go 0.1 mi

2. Turn Right on ELMIRA RD - go 2.4 mi

3. Turn Right on NUT TREE RD – go 0.3 mi

4. Arrive at 1000 NUT TREE RD, VACAVILLE, on the Right

Trip distance: 2.8 miles    Time: 6 mins



**APPENDIX H**

**Quality Assurance Project Plan**

# APPENDIX H

# QUALITY ASSURANCE PROJECT PLAN
## FOR
## REMOVAL ACTION

**Wickes Forest Industries Site**
**A Street and Holdener Road**
**Elmira, Solano County, California**

Prepared for:

California Environmental Protection Agency
Department of Toxic Substances Control
8800 Cal Center Drive
Sacramento, California 95826

Prepared by:

**URS**

2870 Gateway Oaks Drive, Suite 150
Sacramento, California 95833

August 2009

REMEDIAL ACTION WORK PLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Case 2:14-cv-00595-WBS-JDP    Document 189-12    Filed 08/21/19    Page 182 of 223    Appendix H

August 2009
Page H-i

# TABLE OF CONTENTS

**SECTION**                                                     **PAGE**

| | | |
|---|---|---|
| **1.0** | **INTRODUCTION/BACKGROUND** | **1** |
| | 1.1 PROJECT HISTORY AND OBJECTIVES | 1 |
| **2.0** | **PROJECT DESCRIPTION** | **2** |
| | 2.1 ANALYTICAL SCOPE | 2 |
| | 2.2 DATA USE | 2 |
| **3.0** | **PROJECT ORGANIZATION** | **2** |
| | 3.1 DEPARTMENT OF TOXIC SUBSTANCES CONTROL | 2 |
| | 3.2 EXCAVATION AND DISPOSAL CONTRACTOR | 3 |
| | 3.3 ENVIRONMENTAL CONSULTANT | 3 |
| | 3.4 LABORATORY | 3 |
| **4.0** | **DATA QUALITY OBJECTIVES** | **3** |
| | 4.1 DATA QUALITY OBJECTIVE PROCESS | 4 |
| | 4.2 SPECIFIC OBJECTIVES | 4 |
| |     4.2.1 Precision | 5 |
| |     4.2.2 Accuracy | 5 |
| |     4.2.3 Representativeness | 5 |
| |     4.2.4 Completeness | 5 |
| |     4.2.5 Comparability | 5 |
| **5.0** | **QUALITY CONTROL ELEMENTS** | **5** |
| | 5.1 QUALITY CONTROL PROCEDURES | 5 |
| |     5.1.1 Equipment Decontamination | 5 |
| |     5.1.2 Standards | 5 |
| |     5.1.3 Supplies | 5 |
| |     5.1.4 Holding Time Compliance | 5 |
| |     5.1.5 Preventive Maintenance | 5 |
| | 5.2 QUALITY ASSURANCE AND QUALITY CONTROL (QA/QC) SAMPLES | 5 |
| |     5.2.1 Laboratory Reagent Blanks | 5 |
| |     5.2.2 Field Equipment Blanks | 5 |
| |     5.2.3 Matrix Spike Samples | 5 |
| |     5.2.4 Field Duplicate Samples | 5 |
| |     5.2.5 Performance Evaluation Samples | 5 |
| **6.0** | **SAMPLING PROCEDURES** | **5** |
| | 6.1 FIELD PROCEDURES | 5 |
| | 6.2 SAMPLE CONTAINERS, PRESERVATION AND HOLDING TIMES | 5 |
| | 6.3 SAMPLE HANDLING AND STORAGE | 5 |
| | 6.4 SAMPLE CUSTODY | 5 |

REMOVAL ACTION WORK PLAN
Case 2:14-cv-00895-WBS-JDP   Document 189-12   Filed 08/21/19   Page 183 of 223
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas
August 2009
Page H-ii

# TABLE OF CONTENTS

**SECTION**                                                                                            **PAGE**

**7.0   ANALYTICAL PROCEDURES** ..................................................................... 5
   7.1   INTERNAL STANDARDS ......................................................... 5
   7.2   RETENTION TIME WINDOWS ................................................ 5
   7.3   METHOD DETECTION LIMITS .............................................. 5
   7.4   INSTRUMENT CALIBRATION ............................................... 5

**8.0   DATA REPORTING** ..................................................................................... 5
   8.1   FIELD DATA .......................................................................... 5
   8.2   LABORATORY DATA ............................................................ 5
   8.3   PROCEDURES FOR DATA VALIDATION .............................. 5
   8.4   DATA QUALIFIERS ............................................................... 5

**9.0   PERFORMANCE AND SYSTEM AUDITS** ..................................... 5
   9.1   FIELD AUDITS ...................................................................... 5
   9.2   LABORATORY AUDITS ........................................................ 5
   9.3   DATA AUDITS ...................................................................... 5
   9.4   SCHEDULING ....................................................................... 5
   9.5   REPORTS TO MANAGEMENT AND RESPONSIBILITIES ........ 5
   9.6   CORRECTIVE ACTION .......................................................... 5

**10.0   REFERENCES** .......................................................................................... 5

### TABLES

Table H-1   Target Analytes and Reporting Limits, Confirmation Soil Sample Analyses
Table H-2   Quality Control Acceptance Criteria
Table H-3   Sample Storage and Preservation Requirements

# LIST OF ACRONYMS

| | |
|---|---|
| COC | contaminant of concern |
| DCS | duplicate control sample |
| DQO | data quality objective |
| DTSC | Department of Toxic Substances Control |
| ELAP | Environmental Laboratory Accreditation Program |
| EPA | United States Environmental Protection Agency |
| HPLC | high pressure liquid chromatography |
| LCSD | laboratory control sample duplicate |
| MDL | method detection limit |
| MSD | matrix spike duplicate |
| NIST | National Institute of Standards and Technology |
| PE | performance evaluation |
| PSI | Preliminary Site Investigation |
| QA | quality assurance |
| QAPP | Quality Assurance Project Plan |
| QC | quality control |
| RAW | Removal Action Workplan |
| RI | Remedial Investigation |
| RPD | relative percent difference |
| SOP | Standard Operating Procedure |
| URS | URS Corporation Americas |

## 1.0    INTRODUCTION/BACKGROUND

This document presents the Quality Assurance Project Plan (QAPP) for the removal action at the Wickes Forest Industries Site (the "site"), located near the intersection of A Street and Holdener Road in Elmira, Solano County, California. This QAPP was prepared by URS Corporation Americas (URS) for the Department of Toxic Substances Control (DTSC).

This QAPP addresses quality assurance (QA) and quality control (QC) policies associated with performing the removal action at the site. Together with the accompanying Removal Action Workplan (RAW), this QAPP presents the plan for confirmation sampling, analysis, and data review during the removal action, which will be performed under regulatory oversight of DTSC. The purpose of this QAPP is to identify the methods to be employed to establish technical accuracy, precision, and validity of data that are generated at the site.

The confirmation sampling and analysis program is defined in the RAW to which this QAPP is appended. This QAPP contains general and specific details regarding field sampling and analytical QA/QC procedures that apply to activities described in the RAW. The QAPP provides field and laboratory personnel with instructions regarding activities to be performed before, during, and after field investigations. These instructions will be followed to provide an appropriate level of assurance that data collected for use in project decisions will be of the type and quality needed for their intended purpose.

Guidelines followed in the preparation of this QAPP are described in *Requirements for Quality Assurance Project*, United States EPA (EPA) QA/R-5 (EPA, 2001) and *Guidance for Quality Assurance Project Plans*, EPA QA/G-5 (EPA, 1998). Other documents that have been referenced in this plan include *Guidance for the Data Quality Objectives Process*, EPA QA/G-4 (EPA, 2000) and *Test Methods for Evaluating Solid Waste, Physical/Chemical Methods* (EPA, SW-846, Third Edition, 1997).

## 1.1    PROJECT HISTORY AND OBJECTIVES

The Site is a former wood-treatment facility located in an area of low topographic relief near the intersection of A Street and Holdener Road in Elmira, California. The site is bordered by agricultural land to the east and north, a commercial property to the west, and residential property to the south, across A Street. An elementary school is located less than 200 feet south of the primary source of contamination. Historical Site operations included lumber treatment using wood preservatives that contained arsenic, chromium, and copper. Contaminants of concern in site soil and groundwater are arsenic and hexavalent chromium (Cr[VI]).

The data collected as part of this removal action will be used to assess whether the soil containing contaminants of concern (COC) above their respective cleanup goals has been removed from the site. The field-sampling program has been designed to include sufficient data through an adequate number of samples, a comprehensive analytical program, and proper QC procedures. The procedures presented in this QAPP will be used during the removal action to provide an appropriate level of assurance that the data quality is sufficiently high for the intended use.

REMEDIATION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Case 2:14-cv-00595-WBS-JDP   Document 189-12   Filed 08/21/19   Page 186 of 223

August 2009
Page H-2
Appendix H

## 2.0   PROJECT DESCRIPTION

This section presents information concerning the proposed sampling activities, selected analytical parameters, data objectives, and the resulting project decisions. The Remedial Action Workplan (RAW) provides specifications for field activities.

### 2.1   ANALYTICAL SCOPE

The planned sampling effort includes the sampling and analysis of soil for the COCs identified during the remedial investigation (RI). The RAW includes specific procedures for collecting confirmation samples from the on-site areas targeted for excavation of impacted soil. Samples will be analyzed in accordance with EPA-approved methods presented in the RAW. Analyzed QC samples will include field duplicates and equipment rinsate blanks. The target analytes and reporting limits for the analyses of soil samples and CA WET extracts are listed in Table H-1 below. Target reporting limits are based on the cleanup goals set in the RAW.

**TABLE H-1. Target Analytes and Reporting Limits for Confirmation Soil Samples**

| Method | Target Analyte | Soil Target Reporting Limit (mg/kg) | CA WET Target Reporting Limit (mg/L) |
|---|---|---|---|
| EPA Method 6010B | Arsenic | 0.5 | 0.05 |
| EPA Method SW7196A | Hexavalent Chromium | 0.2 | 0.01 |

### 2.2   DATA USE

Important decisions will be made based on the data compiled from the sampling and analysis program. The data collected will be used to assess whether the soil containing COCs above their respective cleanup goals has been removed from the site. These data will be used to determine the need for possible additional excavation of impacted soil.

## 3.0   PROJECT ORGANIZATION

This section provides a description of the organizational structure and responsibilities of the parties involved with this removal action. This description defines the lines of communication and identifies key personnel assigned to various activities for the project.

### 3.1   DEPARTMENT OF TOXIC SUBSTANCES CONTROL

DTSC is the party with ultimate responsibility for ensuring that the site is safe for future residents. DTSC will retain an Excavation and Disposal Contractor to remove and dispose of impacted soil. DTSC will also retain an Environmental Consultant to conduct air monitoring and confirmation soil sampling. The soil samples will be analyzed by a State-accredited laboratory.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix H
August 2009
Page H-3

## 3.2   EXCAVATION AND DISPOSAL CONTRACTOR

The Excavation and Disposal Contractor will be responsible for removing the soil identified as containing COCs at concentrations above the cleanup goals from the site and for disposing of it off-site in accordance with all applicable legal requirements, including providing documentation of such disposal. The Contractor will have an on-site Site Manager responsible for assuring that the day-to-day work is performed in accordance with the RAW and with any other applicable contractual or legal requirements.

## 3.3   ENVIRONMENTAL CONSULTANT

The Environmental Consultant will conduct air monitoring to assess whether airborne COCs or dust concentrations generated during the removal action exceed worker or community action levels. The Consultant will have authority from owner to stop the removal work if such action levels are exceeded. The Consultant will also conduct confirmation soil sampling to assess whether the soil containing COCs at concentrations above the cleanup goals has been removed from the site. The Consultant will have personnel to fill the following roles:

The Project Manager will provide day-to-day management and tracking of the Consultant's schedule and budget. Other responsibilities include coordination and preparation of the required project plans and reports, and assignment of technical responsibilities to appropriate personnel or subcontractors.

The Field Manager and Site Safety Officer for the Consultant will be responsible for the day-to-day coordination of Consultant's field activities to ensure that such activities conform to the specifications presented in the RAW.

The Quality Assurance Manager will be responsible for the QA and QC aspects of Consultant's work. It is the responsibility of the QA Manager to assure that all required QA/QC protocols are met in the field and laboratory. The QA Manager will also provide oversight of related data validation activities.

## 3.4   LABORATORY

A State-accredited laboratory will be retained to perform analytical testing of confirmation soil samples collected during the removal action. The Laboratory Manager will report to the Environmental Consultant's Project Manager on all aspects of the sample analysis. In addition, the Environmental Consultant's QA Manager will be advised of any matters related to data quality during the course of the investigation. The laboratory will conform to the QA and QC procedures outlined herein and in their respective laboratory QA manuals.

## 4.0   DATA QUALITY OBJECTIVES

Data quality objectives (DQO) have been specified for each data collection activity, and the work will be conducted and documented so that the data collected are of sufficient quality for their intended use. DQOs specify the data type, quality, quantity, and uses needed to make decisions, and are the bases for designing data collection activities. The DQOs have been used in designing the data collection activities presented in the RAW. The DQOs for the project are discussed in the following sections.

REMOVAL ACTION WORKPLAN                                                          Appendix H
WICKES FOREST INDUSTRIES SITE                                                   August 2009
URS Corporation Americas                                                         Page H-4

## 4.1   DATA QUALITY OBJECTIVE PROCESS

The project DQOs developed specifically for the planned sampling and analysis program have been determined based on EPA's seven-step DQO process (EPA, 2000). The QA Manager will evaluate the data collected during the removal action against the project DQOs to determine whether the quantitative and qualitative needs of the sampling and analysis program have been met. The project definition associated with each step of the DQO process can be summarized as follows:

**State the problem:** The problem is to remove the soil from the site that contains COCs above their respective cleanup goals.

**Identify the Decision:** The data obtained from the sampling and testing activities will be used to evaluate whether the soil containing COCs above their respective cleanup goals has been removed from the site.

**Identify Inputs to the Decision:** Inputs to the decision will include results of analytical testing of soil samples from selected locations on the site. The samples will be tested for the specified analytes discussed in Section 2.0 and presented in Table H-1 of this QAPP.

**Define the Study Boundaries:** The boundaries of the field sampling and analysis program will be the perimeter of the excavations on the parcels requiring removal of impacted soil.

**Develop a Decision Rule:** Decisions will be based upon laboratory results for the target constituents presented in Table H-1. If no valid concentrations of target compounds are reported above the cleanup goals, then a decision will be made that the excavation is complete, and no further excavation or testing will be required as part of the removal action. If valid concentrations of target compounds are reported above the cleanup goals, then further excavation and subsequent testing will occur.

**Specify Limits on Decision Error:** The results of the analytical testing will be subject to data evaluation following the procedures for data validation specified in this QAPP. Data will be determined to be valid if the specified limits on precision, accuracy, representativeness, comparability, completeness, and sensitivity are achieved.

**Optimize the Design:** The field-sampling program has been designed to provide the type and quantity of data needed to satisfy each of the aforementioned objectives. The RAW provides the specifications for the data collection activities, including the number of samples, respective locations and sampling techniques. The quality of the data will be assessed through the procedures further described in this QAPP.

## 4.2   SPECIFIC OBJECTIVES

The basis for assessing the elements of data quality is discussed in the following subsections. The QC limits listed in Table H-2 must be met for this project.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix H
August 2009
Page H-5

**TABLE H-2. Quality Control Acceptance Criteria**

| Analysis | Reference Method | Precision Objectives | | Accuracy Objectives | | Completeness (%) |
|---|---|---|---|---|---|---|
| | | Field Duplicate Analysis (RPD) | MS/MSD Duplicate Analysis (RPD) | MS Analyses (% Recovery) | Laboratory Control Sample Analyses (% Recovery) | |
| Arsenic | SW6010B | ≤50 | ≤35 | 60-140 | 75-125 | ≥90 |
| Hexavalent Chromium | SW7196A | ≤50 | ≤35 | 60-140 | 80-120 | ≥90 |

mg/kg   =   micrograms per kilogram
MS/MSD   =   matrix spike/matrix spike duplicate
RPD   =   relative percent difference

## 4.2.1   Precision

Precision measures the reproducibility of repetitive measurements. It is strictly defined as the degree of mutual agreement among independent measurements as the result of repeated application of the sample process under similar conditions.

Analytical precision is a measurement of the variability associated with duplicate or replicate analyses of the same sample in the laboratory, and is determined by analysis of laboratory quality control samples, such as duplicate control samples (LCSD or DCS), matrix spike duplicates (MSD), or sample duplicates. If the recoveries of analytes in the specified control samples are comparable within established control limits, then precision is within limits.

Total precision is a measurement of the variability associated with the entire sampling and analytical process. It is determined by analysis of duplicate or replicate field samples, and measures variability introduced by both the laboratory and field operations. Field duplicate samples are analyzed to assess field and analytical precision.

Duplicate results are assessed using the relative percent difference (RPD) between duplicate measurements. If the RPD for laboratory quality control samples exceeds 30%, data will be qualified as described in the applicable validation procedure. If the RPD between primary and duplicate field samples exceeds 50% for soil samples, data will be qualified as described in the applicable validation procedure. The RPD will be calculated as follows:

$$\%RPD = 200 \times \frac{X_2 - X_1}{X_2 + X_1}$$

where $X_1$ is the larger of the two observed values and $X_2$ is the smaller of the two observed values.

## 4.2.2   Accuracy

Accuracy is a statistical measurement of correctness and includes components of random error (variability due to imprecision) and systematic error. It reflects the total error associated with a measurement. A measurement is accurate when the value reported does not differ from the true value or known concentration of the spike or standard.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix H
August 2009
Page H-6

Accuracy of laboratory analyses will be assessed by laboratory control samples, surrogate standards, matrix spikes, and initial and continuing calibrations of instruments. Laboratory accuracy is expressed as the percent recovery (%R). Accuracy limits are statistically generated by the laboratory, required by specified EPA methods, or set forth in guidance documents prepared by various organizations. If the percent recovery is determined to be outside of acceptance criteria, data will be qualified as described in the applicable validation procedure. The calculation of percent recovery is provided below:

$$\% \, R = 100 \; x \; \frac{X_S - X}{T}$$

where $X_s$ is the measured value of the spiked sample, $X$ is the measured value of the unspiked sample, and $T$ is the true value of the spike solution added.

Field accuracy will be assessed through the analysis of field equipment. Analysis of blanks will monitor errors associated with the sampling process including equipment decontamination procedures, field contamination, sample preservation, and sample handling. The DQO for field equipment blanks is that all values are less than the reporting limit for each target constituent. If contamination is reported in the field equipment blanks, data will be qualified as described in the applicable validation procedure.

### 4.2.3   Representativeness

Representativeness is the degree to which data accurately and precisely represent selected characteristics of the media sampled. Representativeness of data collection is addressed by careful preparation of sampling and analysis programs. This QAPP, together with the RAW, addresses representativeness by specifying sufficient and proper numbers and locations of samples; incorporating appropriate sampling methodologies; specifying and performing proper sample collection and preservation techniques; performing required decontamination procedures; selecting appropriate laboratory methods to prepare and analyze samples; and establishing proper field and laboratory QA/QC procedures for the parameters of interest.

### 4.2.5   Completeness

Completeness is the amount of valid data obtained compared to the amount that was expected under ideal conditions. The number of valid results divided by the number of possible results, expressed as a percentage, determines the completeness of the data set. The objective for completeness is to obtain valid results for at least 90% of the planned analytical results. The formula for calculation of completeness is presented, as follows:

$$\% \, Completeness = 100 \; x \; \frac{number \; of \; valid \; results}{number \; of \; expected \; results}$$

### 4.2.6   Comparability

Comparability is an expression of confidence with which one data set can be compared to another. The objective of comparability is to assure that data developed during the investigation are comparable to site knowledge and adequately address applicable criteria or standards established by the EPA and the DTSC. This QAPP addresses comparability by specifying laboratory methods that are consistent with the current

standards of practice as approved by the EPA and the DTSC. Associated standard units of measurements will be used for data reports. Field methods are discussed in the RAW.

## 5.0    QUALITY CONTROL ELEMENTS

This section presents QC requirements relevant to analysis of environmental samples that will be followed during all project analytical activities. The purpose of the QC program is to produce data of known quality that satisfy the project objectives and that meet or exceed the requirements of the standard methods of analysis. This program provides a mechanism for ongoing control and evaluation of data quality measurements through the use of QC procedures.

## 5.1    QUALITY CONTROL PROCEDURES

The chemical data to be collected for this effort will be used to determine whether the soil containing COCs above their respective cleanup goals has been removed from the site. As such, it is critical that the chemical data be of the highest confidence and quality. Consequently, strict QA/QC procedures will be followed. QC procedures to be performed by project staff include the following:

- Adherence to strict protocols for field sampling, including field instrument calibration, preservation, decontamination, sample labeling, field notation, sample handling and transport, and chain-of-custody procedures.
- Collection and laboratory analysis of appropriate field equipment blanks to monitor for contamination of samples in the field or the laboratory.
- Collection and laboratory analysis of matrix spike/matrix spike duplicate and field duplicate samples to evaluate analytical precision and accuracy.
- Attainment of completeness goals.

### 5.1.1    Equipment Decontamination

Non-dedicated sampling equipment will be decontaminated before and after each sample is collected. The equipment will be washed in a non-phosphate detergent and potable tap water, rinsed in potable tap water, and then rinsed in distilled water before being set on clean plastic sheeting to air dry. When not in use, decontaminated sampling equipment will be covered with clean plastic. A description of the specific methodologies to be followed to maximize proper decontamination of non-dedicated sampling equipment is provided in the RAW.

### 5.1.2    Standards

Standards used for calibration or to prepare samples will be certified by the National Institute of Standards and Technology (NIST), the EPA, or other equivalent source. The standards will be current. The expiration date will be established by the manufacturer, or based on chemical stability, the possibility of contamination, and environmental and storage conditions. Standards will be labeled with expiration dates, and will reference primary standard sources if applicable. Expired standards will be discarded.

### 5.1.3    Supplies

All supplies will be inspected prior to their use in the field or laboratory. The descriptions for sample collection and analysis contained in the methods will be used as a guideline for establishing the acceptance criteria for supplies. A current inventory and appropriate storage system for these materials

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix H
August 2009
Page H-8

will assure their integrity prior to use. Laboratory personnel will monitor efficiency and purity of supplies through the use of standards and blank samples.

### 5.1.4    Holding Time Compliance

Sample preparation and analysis will be completed within the required method holding times. Holding times begin at the time of sample collection. If holding times are exceeded and the analyses are performed, the associated results will be qualified as described in the applicable validation procedure. The following definitions of extraction and analysis compliance are used to assess holding times:

- **Preparation or extraction completion** - completion of the sample preparation process as described in the applicable method, prior to any necessary extract cleanup.

- **Analysis completion** - completion of all analytical runs, including dilutions, second-column confirmations, and any required re-analyses.

### 5.1.5    Preventive Maintenance

The Field Manager/Site Safety Officer for the Environmental Consultant is responsible for documenting the maintenance of all field equipment prescribed in the manufacturer's specifications. Trained personnel will perform scheduled maintenance. Procedures specific to the calibration, use, and maintenance of field equipment are presented in the RAW. The analytical laboratory is responsible for all analytical equipment calibration and maintenance as described in their laboratory QA Plan. Subcontractors are responsible for maintenance of all equipment needed to carry out subcontracted duties.

### 5.2    QUALITY ASSURANCE AND QUALITY CONTROL (QA/QC) SAMPLES

The purpose of this QA/QC program is to produce data of known quality that satisfy the project objectives and that meet or exceed the requirements of the standard methods of analysis. This program provides a mechanism for ongoing control and evaluation of data quality measurements through the use of QC materials. Quality assurance and quality control samples will be collected as part of the overall QA/QC program.

### 5.2.1    Laboratory Reagent Blanks

A laboratory reagent blank is de-ionized, distilled water that is extracted by the laboratory and analyzed as a sample. Analysis of the reagent blank indicates potential sources of contamination from laboratory procedures (e.g., contaminated reagents, improperly cleaned laboratory equipment, or persistent contamination due to presence of certain compounds in the ambient laboratory air). A reagent blank will be analyzed at least once each day for each method utilized by the laboratory for that day.

### 5.2.2    Field Equipment Blanks

A field equipment rinsate blank is a sample that is prepared in the field by pouring de-ionized, distilled (for inorganics) or HPLC grade (for organics) water through and over cleaned sampling equipment. The water is then collected and analyzed as a sample. Field equipment rinsate blanks are typically blind (given a fictitious name so that the laboratory will not recognize it as a blank). The field equipment rinsate blank gives an indication of contamination from field procedures (e.g., improperly cleaned sampling equipment, or cross-contamination). Field equipment rinsate blanks will be collected at a minimum frequency of one per day per set of decontaminated sampling equipment per sample matrix when non-dedicated equipment

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix H
August 2009
Page H-9

is used. The field equipment rinsate blanks will be analyzed for the same parameters requested for the associated environmental samples collected with the same set of equipment.

## 5.2.3   Matrix Spike Samples

Matrix spikes are performed by the analytical laboratory to evaluate the efficiency of the sample extraction and analysis procedures, and are necessary because matrix interference (that is, interference from the sample matrix – water or soil) may have a widely varying impact on the accuracy and precision of the extraction analysis. The matrix spike is prepared by the addition of known quantities of target compounds to a sample. The sample is extracted and analyzed. The results of the analysis are compared with the known additions and a matrix spike recovery is calculated giving an evaluation of the accuracy of the extraction and analysis procedures. Matrix spike recoveries are reviewed to check that they are within acceptable range. However, the acceptable ranges vary widely with both sample matrix and analytical method. Matrix spikes and matrix spike duplicates will be analyzed by the laboratory at a frequency of at least 1 per 20, or 5%, of the primary field samples. Typically, matrix spikes are performed in duplicate in order to evaluate the precision of the procedures as well as the accuracy. Precision objectives (represented by agreement between matrix spike and matrix spike duplicate recoveries) and accuracy objectives (represented by matrix spike recovery results) are based on statistically generated limits established annually by the analytical laboratory. It is important to note that these objectives are to be viewed as goals, not as criteria. If matrix bias is suspected, the associated data will be qualified and the direction of the bias indicated in the data validation report.

## 5.2.4   Field Duplicate Samples

Field duplicate samples will be collected and analyzed to evaluate sampling and analytical precision (reproducibility). Field duplicates are collected and analyzed in the same manner as the primary samples. Agreement between duplicate sample results will indicate good sampling and analytical precision. Field duplicates will be collected generally at a frequency of 10% of the environmental samples collected. The duplicate sample will be analyzed by the same analytical method and for the same parameters as the primary sample. Each duplicate sample will be assigned a fictitious sample name so that it is not recognizable as a duplicate sample by the laboratory. The precision goal for field duplicate analyses will be plus or minus 50% relative difference as compared to the primary results.

## 5.2.5   Performance Evaluation Samples

Double-blind performance evaluation (PE) samples may be submitted to the analytical laboratory during any site investigation. These samples may be of water or soil matrix, and are used to assess the accuracy of analytical procedures employed for a given sample set. PE samples will be used if questionable data quality is suspected as determined during laboratory audits or data validation. Use of an EPA- and/or state-certified laboratory in current compliance will help to assure that routinely scheduled PE samples are sent through the laboratory as a check on accuracy by an independent reviewing agency.

If used for this project, double-blind PE samples will be prepared by Environmental Resources Standards, or similar supplier, in similar sample containers as the project field samples and shipped from the field to the laboratory for analysis.

If used for this project, double-blind PE samples will be prepared using NIST and/or A2LA certified standards. The project-specific PE samples will contain known concentrations of the analytes of interest. Laboratory results will be evaluated against the original Certificates of Analyses for the standards to check precision and accuracy. PE samples may be submitted for analysis as part of the laboratory pre-

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix H
August 2009
Page H-10

qualification process, or as part of a given sampling event. Results will be reported to the laboratory and project staff and reviewed with associated field sample results.

## 6.0    SAMPLING PROCEDURES

The defensibility of data is dependent on the use of well-defined, accepted sampling procedures. This section describes the sampling and handling procedures that will be followed for each sampling event.

## 6.1    FIELD PROCEDURES

Collection of environmental samples of high integrity is important to the quality of chemical data to be generated. To this end, strict field procedures have been developed as general descriptions of field methods that will be employed at various locations during the various phases of the field investigation. These procedures are set forth in the RAW.

## 6.2    SAMPLE CONTAINERS, PRESERVATION AND HOLDING TIMES

Sample containers, preservatives, and maximum holding times for samples will conform to the specified analytical methods as shown in Table H-3. Sample containers provided by the laboratory will be purchased commercially from I-Chem, Eagle Pitcher, or other equivalent source with certificates of analysis for sample bottle cleanliness provided per lot of containers.

### TABLE H-3. Sample Storage and Preservation Requirements

| Reference Parameter | Method | Holding Time | Container | Preservation | Storage Requirements |
|---|---|---|---|---|---|
| Arsenic | SW6010B | 6 months | 500-ml polyethylene bottle(w); 8-oz widemouth glass bottle (s) | pH<2 with HNO$_3$ (w) | 4°C |
| Hexavalent Chromium | SW7196A | 24 hours (w); one month to extraction and 24 hours after extraction (s) | 500-ml polyethylene bottle (w); 8-oz widemouth glass bottle (s) | None | 4°C |

(s)  =  soil
(w)  =  water

## 6.3    SAMPLE HANDLING AND STORAGE

In the field, each sample container will be marked with the sampling location number, and date and time of sample collection. All sample containers will be wiped with paper towels and securely packed, in an insulated container on ice, in preparation for delivery to the laboratory.

Upon receipt of the samples, the laboratory will immediately notify the Environmental Consultant's Project Manager if conditions or problems are identified which require immediate resolution. Such

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix H
August 2009
Page H-11

conditions would include container breakage, missing or improper chain-of-custody, exceeded holding times, missing or illegible sample labeling, or temperature excursions.

## 6.4    SAMPLE CUSTODY

For each sample that is submitted to the laboratory for analysis, an entry will be made on a chain-of-custody form supplied by the laboratory. The information to be recorded includes the sampling date and time, sample identification number, matrix type, requested analyses and methods, preservatives, and the sampler's name. Sampling team members will maintain custody of the samples until they are relinquished to laboratory personnel or a professional courier service. The chain-of-custody form will accompany the samples from the time of collection until receipt by the laboratory. Each party in possession of the samples (except the professional courier service) will sign the chain-of-custody form signifying receipt. The chain-of-custody form will be placed in a plastic bag and shipped with samples inside the cooler. After the samples, ice, and chain-of-custody forms are packed in the coolers, the cooler will be appropriately sealed before it is relinquished to the courier. A copy of the original completed form will be provided by the laboratory along with the report of results. Upon receipt, the laboratory will inspect the condition of the sample containers and report the information on the chain-of-custody or similar form.

## 7.0    ANALYTICAL PROCEDURES

The analytical methods that will be used for this project are EPA-approved methods and are listed in Table I-1 of this QAPP. Specific analytical method procedures are detailed in the QA Plan and standard operating procedures of the selected laboratory(ies). These documents may be reviewed by the Environmental Consultant's QA staff during laboratory audits to assure that project specifications are met. Laboratory audits are discussed in Section 9.2.

## 7.1    INTERNAL STANDARDS

Internal standards are measured amounts of method-specified compounds added after preparation, or extraction, of a sample. Internal standards are added to samples, controls, and blanks in accordance with method requirements to identify column injection losses, purging losses, or viscosity effects.

Acceptance limits for internal standard recoveries are set forth in the applicable method. If the internal standard recovery falls outside of acceptance criteria, the instrument will be checked for malfunction and reanalysis of the sample will be performed after any problems are resolved.

## 7.2    RETENTION TIME WINDOWS

Retention time windows will be established as required for the applicable analytical method. Retention time windows are used for qualitative identification of analytes and are calculated based on multiple, replicated analyses of a respective standard.

Retention times will be checked on a daily basis. Acceptance criteria for retention time windows are established in the referenced method. If the retention time falls outside the respective window, actions will be taken to correct the problem. The instrument must be re-calibrated after any retention time window failure, and the affected samples must be reanalyzed.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix H
August 2009
Page H-12

## 7.3    METHOD DETECTION LIMITS

The method detection limit (MDL) is the minimum concentration of an analyte, or compound, that can be measured and reported with 99% confidence that the concentration is greater than zero. MDLs are established for each method, matrix and analyte, and for each instrument used to analyze project samples. MDLs are derived using the procedures described in *40CFR 136 Appendix B* (EPA, 1990a). EPA requires that MDLs be established on an annual basis. MDLs must be less than applicable reporting limits for each target analyte presented in Section 2.1.

## 7.4    INSTRUMENT CALIBRATION

Analytical instruments will be calibrated in accordance with the procedures specified in the applicable method. All analytes that are reported shall be present in the initial and continuing calibrations, and these calibrations must meet the acceptance criteria specified in the reference method. Records of standard preparation and instrument calibration will be maintained. Records shall unambiguously document the preparation of standards, and their use in calibration.

At the onset of analysis, instrument calibrations will be checked using all of the analytes of interest. This applies equally to multi-response analytes. At a minimum, calibration criteria will satisfy method requirements. Analyte concentrations can be determined with either calibration curves or response factors, as defined in the method. Guidance provided in EPA publication SW-846 should be considered to determine appropriate evaluation procedures.

## 8.0    DATA REPORTING

This section presents reporting requirements relevant to the data produced during all project analytical activities.

## 8.1    FIELD DATA

Data measured by field instruments will be recorded in field notebooks, laptops, and/or on required field forms. The field data will be reviewed by the Environmental Consultant's Project Manager to evaluate completeness of the field records and appropriateness of the field methods employed. All field records will be retained in the Environmental Consultant's project files.

## 8.2    LABORATORY DATA

Analytical data will contain the necessary sample results and quality control data to evaluate the data quality objectives defined for the project. Documentation requirements for laboratory data are defined in *Region 9 Laboratory Documentation Requirements for Data Validation* (EPA, 1990b). The laboratory reports will include the following data and summary forms:

- Narrative, cross-reference, chain of custody, and method references
- Analytical results
- Surrogate recoveries (as applicable)
- Blank results

- Laboratory control sample recoveries

- Duplicate sample results or duplicate spike recoveries

- Sample spike recoveries

Data validation criteria are derived from the Contract Laboratory Program National Functional Guidelines for Inorganic Data Review (EPA, 1994b) and Contract Laboratory Program National Functional Guidelines for Organic Data Review (EPA 1994c). The Functional Guidelines provide specific data validation criteria that can be applied to data generated for this investigation.

The laboratory data will be reviewed for compliance with the applicable method and the quality of the data reported. The following summarizes the areas of data validation.

- Data Completeness

- Holding Times

- Blanks

- Laboratory Control Samples

- Matrix Spike/Matrix Spike Duplicates

- Surrogates/Internal Standards (as applicable);

- Field Quality Control Samples

The application of data validation criteria is a function of project-specific DQOs. The Environmental Consultant's QA Manager will determine whether the data quality objectives for the analytical data have been met.

## 8.3    PROCEDURES FOR DATA VALIDATION

Procedures for performing data validation for the types of analyses to be performed for this investigation are documented in the *National Functional Guidelines* (EPA, 1994c). Data validation will be documented in a manner consistent with the functional guidelines. The results of the data validation will be included in the removal action completion report.

## 8.4    DATA QUALIFIERS

The data validation procedures were designed to review each data set and identify biases inherent to the data and determine its usefulness. Data validation flags are applied to those sample results that fall outside of specified tolerance limits, and, therefore, did not meet the program's quality assurance objectives described in Section 4.2. Data validation flags to be used for this project are defined in the *National Functional Guidelines* (EPA, 1994c). Data validation flags will indicate whether results are considered anomalous, estimated, or rejected. Only rejected data are considered unusable for decision-making purposes; however, other qualified data may require further verification.

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix H
August 2009
Page H-14

## 9.0   PERFORMANCE AND SYSTEM AUDITS

Audit programs are established and directed to assure that field and laboratory activities are performed in compliance with project controlling documents. This section describes responsibilities, requirements and methods for scheduling, conducting and documenting audits of field and laboratory activities.

## 9.1   FIELD AUDITS

Field audits focus on appropriateness of personnel assignments and expertise, availability of field equipment, adherence to project-controlling documents for sample collection and identification, sample handling and transport, use of QA samples, chain-of-custody procedures, equipment decontamination and documentation. Field audits are not required, but may be performed in the event significant discrepancies are identified that warrant evaluation of field practices.

## 9.2   LABORATORY AUDITS

Laboratory audits include reviews of sample handling procedures, internal sample tracking, standard operating procedures (SOPs), analytical data documentation, QA/QC protocols, and data reporting. Any selected laboratory will be accredited by the State of California under the Environmental Laboratory Accreditation Program (ELAP). Laboratory audits are not required, but may be performed in the event significant discrepancies are identified that warrant evaluation of laboratory practices.

## 9.3   DATA AUDITS

Data audits will be performed on analytical results received from the laboratories. These audits will be accomplished through the process of data validation to be performed by the Environmental Consultant's QA Manager or his designee as described in Sections 8.2 and 8.3.

A more detailed review of laboratory analytical results is not required, but may be performed in the event significant discrepancies are identified. If such a detailed review becomes necessary, the laboratory will submit complete raw data files and all other supporting documentation to the Environmental Consultant in a timely fashion for review consistent with the level of effort described in *National Functional Guidelines* (EPA, 1994c). This level of validation consists of a detailed review of sample data, including verification of data calculations for calibration and quality control samples to assess whether these data are consistent with method requirements.

## 9.4   SCHEDULING

Audits will be scheduled such that field and laboratory activities are adequately monitored, or in the event that discrepancies are identified. The overall frequency of audits conducted for these activities will be based on the duration of work and the level of data being obtained (such as definitive-level data), as well as significant changes in project scope or personnel.

## 9.5   REPORTS TO MANAGEMENT AND RESPONSIBILITIES

Upon completion of any audit, the auditor will submit to the Environmental Consultant's Project Manager a report describing any problems or deficiencies identified during the audit. It is the responsibility of the

REMOVAL ACTION WORKPLAN
WICKES FOREST INDUSTRIES SITE
URS Corporation Americas

Appendix H
August 2009
Page H-15

Project Manager to determine whether the deviations will result in any adverse effect on the project conclusions. If it is determined that corrective action is necessary, procedures outlined in Section 9.6 will be followed.


## 9.6    CORRECTIVE ACTION

Corrective actions will be initiated whenever data quality indicators suggest that DQOs have not been met. Corrective actions will begin with identifying the source of the problem. Potential problem sources include failure to adhere to method procedures, improper data reduction, equipment malfunctions, or systemic contamination. The first level of responsibility for identifying the problems and initiating corrective action lies with the analyst/field personnel. The second level of responsibility lies with any person reviewing the data. Corrective actions may include more intensive staff training, equipment repair followed by a more intensive preventive maintenance program, or removal of the source of systemic contamination. Once resolved, the corrective action procedure will be fully documented, and if DQOs were not met, the samples in question must be re-collected and/or re-analyzed utilizing a properly functioning system.


## 10.0    REFERENCES

United States EPA (EPA), 1990a. *Code of Federal Regulations, Title 40 – Protection of Environment.* Office of the Federal Register. U.S. National Archives and Records Administration, Washington, D.C.

EPA, 1990b. *Region 9 Laboratory Documentation Requirements for Data Validation.* Document Control No. 9QA-07-90. U.S. Environmental Protection Agency, Region 9. San Francisco, California.

EPA, 1994b. *Contract Laboratory Program National Functional Guidelines for Inorganic Data Review.* EPA540/R-94/013. Office of Emergency and Remedial Response. Washington, D.C.

EPA, 1994c. *Contract Laboratory Program National Functional Guidelines for Organic Data Review.* EPA540/R-94/012. Office of Emergency and Remedial Response. Washington, D.C.

EPA, 1997. *Test Methods for Evaluating Solid Waste, Physical/Chemical Methods.* SW-846, Third Edition, Office of Solid Waste and Emergency Response U.S. Environmental Protection Agency. Washington, D.C.

EPA, 2000. *Guidance for the Data Quality Objectives Process.* EPA QA/G-4. Office of Research and Development U.S. Environmental Protection Agency. Washington, D.C.

EPA, 1998. *EPA Requirements for Quality Assurance Project Plans.* EPA QA/R-5. Washington, D.C.

EPA, 2001. *EPA Guidance for Quality Assurance Project Plans.* EPA QA/G-5. Office of Research and Development U.S. Environmental Protection Agency. Washington, D.C.

**APPENDIX I**

**Remedial Alternatives Cost Estimate
Spreadsheets**

# URS COST ESTIMATE
# In Situ Groundwater Treament with Cascade®
# Wickes Forest Industries

| | Labor Rate | Implementation of Groundwater Pilot Study | | Implementation of full scale injection | | Total Hours | Cost |
|---|---|---|---|---|---|---|---|
| | | Hours | Costs | Hours | Costs | | |
| Certified Industrial Hygienist | $125 | 0 | $0 | | $0 | 0 | $0 |
| Risk Assessor | $125 | 0 | $0 | 50 | $6,250 | 50 | $6,250 |
| Program Manager | $118 | 6 | $708 | 18 | $2,124 | 24 | $2,832 |
| Senior Scientist/Engineer | $105 | 180 | $18,900 | 300 | $31,500 | 480 | $50,400 |
| Regulatory Specialist | $90 | 4 | $360 | 30 | $2,700 | 34 | $3,060 |
| Project Scientist/Engineer | $85 | 110 | $9,350 | 190 | $16,150 | 300 | $25,500 |
| Senior GIS/Graphics Specialist | $85 | 0 | $0 | | $0 | 0 | $0 |
| GIS/Graphics Specialist | $72 | 0 | $0 | | $0 | 0 | $0 |
| Technical Editor | $70 | 8 | $560 | 18 | $1,260 | 26 | $1,820 |
| Field Supervisor | $68 | 40 | $2,720 | | $0 | 40 | $2,720 |
| CADD Drafter/Drafting | $65 | 16 | $1,040 | 34 | $2,210 | 50 | $3,250 |
| Staff Scientist/Engineer | $65 | 215 | $13,975 | 60 | $3,900 | 275 | $17,875 |
| Project Control/Procurement | $60 | 24 | $1,440 | 40 | $2,400 | 64 | $3,840 |
| Field Technician | $55 | 110 | $6,050 | 220 | $12,100 | 330 | $18,150 |
| Word Processor | $55 | 10 | $550 | 12 | $660 | 22 | $1,210 |
| Clerical | $45 | 10 | $450 | 10 | $450 | 20 | $900 |
| **Total Labor** | | **733** | **$56,103** | **982** | **$81,704** | **1,715** | **$137,807** |

| TRAVEL | Rate | | | | | | |
|---|---|---|---|---|---|---|---|
| Air fare | | | | | | | $0 |
| Mileage Reimbursement | $0.505 | 1120 | $566 | 200 | $101 | 1320 | $667 |
| Per Diem | | | | | | | $0 |

| OTHER DIRECT COSTS (ODCs) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Analytical | | | | | | | |
| Hexavalent Cr (7199) | $41 | 160 | $6,560.00 | 220 | $9,020.00 | 380 | $15,580 |
| Total Cr (6020) | $17 | 160 | $2,720.00 | 220 | $3,740.00 | 380 | $6,460 |
| Arsenic (6020) | $17 | 160 | $2,720.00 | 220 | $3,740.00 | 380 | $6,460 |
| Ca, Fe, Mn, K, Na | $55 | 160 | $8,800.00 | 220 | $12,100.00 | 380 | $20,900 |
| Bromide, Chloride, Nitrate, Sulfate | $44 | 160 | $7,040.00 | 220 | $9,680.00 | 380 | $16,720 |
| Sulfide | $25 | 160 | $4,000.00 | 220 | $5,500.00 | 380 | $9,500 |
| Turbidity, Alkalinity | $33 | 160 | $5,280.00 | 220 | $7,260.00 | 380 | $12,540 |
| Reproduction | | | $320.00 | | $500.00 | | $820 |
| Equipment and Supplies | | $ | 7,800.00 | $ | 12,000.00 | | $19,800 |
| Solano County Permits | | | $1,918.00 | | $3,200.00 | | $5,118 |
| Shipping | | | $85.00 | | $85.00 | | $170 |
| Subcontractors (**) | | | | | | | $0 |
| (1) - HSA Well Installation | | | $10,500.00 | | $26,000.00 | | $36,500 |
| IDW Disposal | | | $ 3,500.00 | $ | 5,000.00 | | $8,500 |
| ODC Subtotal | | $ | 61,243 | $ | 97,825 | $ | 159,068 |
| Fee (ODCs only) | 6% | $ | 3,675 | $ | 5,870 | $ | 9,544 |
| TRAVEL - PERDIEM | | $ | 566 | $ | 300 | $ | 667 |
| TOTAL ODCs + Travel | | $ | 65,483 | $ | 103,995 | $ | 169,279 |
| **TOTAL COSTS** | | $ | **121,586** | $ | **185,699** | | **307,086** |

# Wicke's Limited Excavation Estimate

| Wicke's Forest Industries Elmira Ca | Rate | Hours | AMOUNT |
|---|---|---|---|
| Senior technician(Supervisor) | $90.00 | 158 | $14,220.00 |
| Senior technician(Operator) | $80.00 | 140 | $11,200.00 |
| Senior technician(Truck Driver) | $70.00 | 140 | $9,800.00 |
| Project Manager | $100.00 | 125 | $12,500.00 |
| Procurement | $75.00 | 8 | $600.00 |
| SUBTOTAL LABOR | | 571 | $25,420.00 |
| Rental Equipment | | $10,763 | $10,762.90 |
| Materials | | $23,290 | $23,290.00 |
| Subcontractors | | $65,844 | $65,843.60 |
| Travel | | $2,310 | $2,310.00 |
| SUBTOTAL ODCs | | | $102,206.50 |
| TASK TOTAL | | | $127,626.50 |

**Scope of Work:**

Prepare a Work Plan and a Health and Safety Plan (HASP).

Visit the site and mark out excavation areas for USA Alert prior to the start date.

Prepare the site prior to excavation activities, tasks include the removal of debris, sump water, installation of

Trench Plate over open sumps, for safe entry of men and equipment and installing 3 large fans for air quality.

The Shot Crete cap will be removed and separated from the dirt. The concrete will be screened for possible clean recycling.

The top 6 to 8 inches of soil assumed to be hazardous will be separated from the other excavated soil.

URS will excavate approximately 130 cy of California hazardous soil and 1770 cy of contaminated non hzardous soil

Confirmation sampling will be conducted to assure all contamination is being removed.

Test equipment will be used to monitor dust and air quality, assuring the safety of workers.

Once areas are excavated and deemed clean, they will be backfilled and compacted with certified clean material.

All excavated materials will be stockpiled on 6 mil plastic in the large parking lot to the North West of the building for load out.

**Assumptions:**

Hanging plastic strips located at the North West side of the building, will be removed for ventilation.

This cost estimate includes dewatering of sumps to the storm drain, assuming water is clean.

Ground water will not be encountered (dewatering is not part of this estimate).

Approximate 30 cy of shot crete will be removed assuming it is clean and can be recycled.

Approximately 130 tons of Class 1 Hazardous soil @ $86.72 a ton will be removed and disposed of.

Approximately 1,040 tons of Class 2 Contaminated soil @ $26.00 a ton will be removed and disposed of.

This estimate assumes that the project will take 3 weeks to complete with 8 hour shifts 5 days a week.

Labor rates do not include certified payroll.

Workers inside the building will be in level C (tyvek and respirator)

URS accepts no responsibility for delays caused by others.

URS is not responsible for utilities not marked by USA.

1 Cubic Yard of excavated soil is equal to 1.3 Tons.

1 Cubic Yard of import soil is equal to 1.1 Tons.

## Wickes Limited Excavation ODCs

| Materials/Supplies | Category | Rate Frequency | Quantity | Cost/Item | Total | Justification |
|---|---|---|---|---|---|---|
| **MATERIALS** | | | | | | |
| PPE (respirator, gloves, tyvek) | Supplies | Each | 4 | $125.00 | $500.00 | |
| FOGM for equipment | Supplies | LS | 1 | $1,000.00 | $1,000.00 | |
| Clean fill delivered | Material | Ton | 1,200 | $17.65 | $21,180.00 | |
| Plastic for staging C-soil (6 mil) | Supplies | Each | 6 | $60.00 | $360.00 | |
| Sampling supplies | Supplies | LS | 1 | $250.00 | $250.00 | |
| | | | | **TOTAL** | **$23,290.00** | |
| **RENTALS** | | | | | | |
| Excavator with 3' bucket | Rental | Week | 2 | $1,070.00 | $2,140.00 | |
| Compaction Wheel | Rental | Week | 1 | $475.00 | $475.00 | |
| Wheel Loader 4 1/2 yd | Rental | Week | 1 | $1,997.50 | $1,997.50 | |
| 14 yard dump truck | Rental | Week | 2 | $1,220.00 | $2,440.00 | |
| 3 round 42" Fans | Rental | Month | 3 | $163.80 | $491.40 | |
| Delivery and Pick - all items | Rental | Each | 8 | $100.00 | $800.00 | |
| Dust Meter | Rental | Month | 1 | $900.00 | $900.00 | |
| 4 - Gas Meter (air quality) | Rental | Month | 1 | $660.00 | $660.00 | |
| Trench Plate 6 - 4' x 8' delivered | Rental | Month | 6 | $114.00 | $684.00 | |
| Portable Toilet (weekly service) | Rental | Month | 1 | $175.00 | $175.00 | |
| | | | | **TOTAL** | **$10,762.90** | |
| **SUBCONTRACTORS** | | | | | | |
| Trans and Disposal of Class 1 | Subcontract | Ton | 130 | $86.72 | $11,273.60 | |
| Trans and Disposal of Class 2 | Subcontract | Ton | 1,770 | $26.00 | $46,020.00 | |
| Plastic Truck Linners | Subcontrac | Each | 72 | $50.00 | $3,600.00 | |
| Sample analysis | Subcontract | Each | 33 | $150.00 | $4,950.00 | |
| | | | | **TOTAL** | **$65,843.60** | |
| **TRAVEL** | | | | | | |
| Truck Gasoline | Travel | Gallon | 270 | $3.00 | $810.00 | 15 trips x 9 gallons/trip x 2 trucks = 270 gallons |
| 2 Job Trucks with tools | Travel | Week | 6 | $250.00 | $1,500.00 | |
| | | | | **TOTAL** | **$2,310.00** | |
| | | | | **TOTAL** | **$102,206.50** | |

# Wickes Building Demolition and Expanded Excavation

| Wicke's Forest Industries Elmira Ca | Rate | Hours | AMOUNT |
|---|---|---|---|
| Senior technician(Supervisor) | $90.00 | 182 | $16,380.00 |
| Senior technician(Operator) | $80.00 | 170 | $13,600.00 |
| Senior technician (Electrician) | $80.00 | 16 | $1,280.00 |
| Senior technician(Truck Driver) | $70.00 | 190 | $13,300.00 |
| Project Manager | $100.00 | 190 | $19,000.00 |
| Procurement | $75.00 | 10 | $750.00 |
| SUBTOTAL LABOR | | 758 | $29,980.00 |
| Rental Equipment | | $12,102 | $12,101.50 |
| Materials | | $38,733 | $38,732.50 |
| Subcontractors | | $90,574 | $90,573.60 |
| Travel | | $3,230 | $3,230.00 |
| SUBTOTAL ODCs | | | $144,637.60 |
| TASK TOTAL | | | $174,617.60 |

**Scope of Work:**

URS will Prepare a Work Plan and a Health and Safety Plan (HASP).

URS will visit the site and mark out excavation areas for USA Alert prior to the start date.

URS will prep the site prior to the building demolition, tasks include the removal of electrical power lines to the building,
the removal of loose debris and sump water. Trench Plate will be installed over open sumps, for safe entry.

All steel removed from the building will be sent to a local recycler who will provide free trucking, for a credit back to the cl

The Shot Crete cap will be removed and separated from the dirt. The concrete will be screened for possible clean recycling.

URS will excavate approximately 130 cy of Califonia hazardous soil and 2300- cy of non-haz contaminated soil , outlined in the drawing

Confirmation sampling will be conducted to assure all contamination is being removed.

Test equipment will be used to monitor dust, assuring the safety of workers.

Once areas are excavated and deemed clean, they will be backfilled and compacted with certified clean material.

The topone foot of soil assumed to be hazardous will be separated from the other excavated soil.

All excavated materials will be stockpiled on 6 mil plastic in the large parking lot to the North West of the building for load out.

**Assumptions:**

URS will recycle all metal and wood possible from the building demolition for a credit back to the client.

The Building Demo is estimated to take 1 week. The Excavation , backfill and load out of C-soil is estimated to take 3 weeks.

This cost estimate includes dewatering of sumps to the storm drain, assuming water is clean.

Ground water will not be encountered (dewatering of the excavation is not part of this estimate).

Approximately 150 tons of Class 3 clean construction debris @ $50.00 a ton will be removed and disposed of.

Approximate 50 cy of shot crete will be removed assuming it is clean and can be recycled.

Approximately 130 tons of Class 1 Hazardous soil @ $86.72 a ton will be removed and disposed of.

Approximately 2,080 tons of Class 2 Contaminated soil @ $26.00 a ton will be removed and disposed of.

This estimate assumes that the project will take 4 weeks to complete with 8 hour shifts 5 days a week.

Labor rates do not include certified payroll.

Workers inside the building will be in level C (tyvek and respirator)

URS accepts no responsibility for delays caused by others.

URS is not responsible for utilities not marked by USA.

1 Cubic Yard of excavated soil is equal to 1.3 Tons.

1 Cubic Yard of import soil is equal to 1.1 Tons.

## Expanded Excavation Building Demo ODCs

| Materials/Supplies | Category | Rate Frequency | Quantity | Cost/Item | Total | Justification |
|---|---|---|---|---|---|---|
| **MATERIALS** | | | | | | |
| PPE (respirator, gloves, tyvek) | Supplies | Each | 4 | $125.00 | $500.00 | |
| FOGM for equipment | Supplies | LS | 1 | $1,200.00 | $1,200.00 | |
| Clean fill delivered | Material | Ton | 2,050 | $17.65 | $36,182.50 | |
| Plastic for staging C-soil (6 mil) | Supplies | Each | 10 | $60.00 | $600.00 | |
| Sampling supplies | Supplies | LS | 1 | $250.00 | $250.00 | |
| | | | | **TOTAL** | **$38,732.50** | |
| **RENTALS** | | | | | | |
| Excavator with Thumb (demo) | Rental | Week | 1 | $2,008.24 | $2,008.24 | |
| Excavator with 3' bucket | Rental | Week | 3 | $1,070.00 | $3,210.00 | |
| Compaction Wheel | Rental | Week | 1 | $475.00 | $475.00 | |
| Wheel Loader 4 1/2 yd | Rental | Week | 1 | $1,997.50 | $1,997.50 | |
| 14 yard dump truck | Rental | Week | 3 | $1,220.00 | $3,660.00 | |
| Delivery and Pick - all items | Rental | Each | 10 | $100.00 | $1,000.00 | |
| Dust Meter | Rental | Week | 3 | $300.00 | $900.00 | |
| Trench Plate 6 - 4' x 8' delivered | Rental | Month | 6 | $114.00 | $684.00 | |
| Portable Toilet (weekly service) | Rental | Month | 1 | $175.00 | $175.00 | |
| | | | | **TOTAL** | **$12,101.50** | |
| **SUBCONTRACTORS** | | | | | | |
| Trans and Disposal of Class 1 | Subcontract | Ton | 130 | $86.72 | $11,273.60 | |
| Trans and Disposal of Class 2 | Subcontract | Ton | 2,300 | $26.00 | $59,800.00 | |
| Trans and Disposal of Class 3 | Subcontrac | Ton | 150 | $50.00 | $7,500.00 | |
| Plastic Truck Linners | Subcontrac | Each | 120 | $50.00 | $6,000.00 | |
| Sample Analysis | Subcontract | Each | 40 | $150.00 | $6,000.00 | |
| | | | | **TOTAL** | **$90,573.60** | |
| **TRAVEL** | | | | | | |
| Truck Gasoline | Travel | Gallon | 410 | $3.00 | $1,230.00 | 20 trips x 9 gallons/trip x 2 trucks = 360 gallons |
| 2 Job Trucks with tools | Travel | Week | 8 | $250.00 | $2,000.00 | |
| | | | | | $0.00 | |
| | | | | **TOTAL** | **$3,230.00** | |
| | | | | **TOTAL** | **$144,637.60** | |

Wicke's Treatment System Demo Estimate

| Wicke's Forest Industries Elmira Ca | Rate | Hours | AMOUNT |
|---|---|---|---|
| Senior technician(Supervisor) | $90.00 | 56 | $5,040.00 |
| Senior technician(Operator) | $80.00 | 50 | $4,000.00 |
| Senior technician(Truck Driver) | $70.00 | 50 | $3,500.00 |
| Project Manager | $100.00 | 40 | $4,000.00 |
| Procurement | $75.00 | 5 | $375.00 |
| SUBTOTAL LABOR | | 201 | $9,040.00 |
| Rental Equipment | | $3,065 | $3,065.00 |
| ODC | | $685 | $685.00 |
| Subcontractors | | $0 | $0.00 |
| Travel | | $920 | $920.00 |
| SUBTOTAL ODCs | | | $4,670.00 |
| TASK TOTAL | | | $13,710.00 |

**Scope of Work:**

Prepare a Work Plan and a Health and Safety Plan (HASP).

Prepare the site prior to the treatment system demo , tasks include the removal of electrical , installation of Trench Plate over open sumps, for safe entry of men and equipment.

Recycle all metal and plastic possible from the building demolition for a credit back to the client.

Cut up all cleaned Poly tanks for recycle.

**Assumptions:**

The treatment system and tanks will be clean and free of any waste.

This cost estimate does not include dewatering of sumps to the storm drain.

This estimate assumes that the project will take 1 week to complete with 8 hour shifts 5 days a week.

Labor rates do not include certified payroll.

Workers cutting up tanks will be in level C (tyvek and respirator)

## Wickes Treatment System Demo ODCs

| Materials/Supplies | Category | Rate Frequency | Quantity | Cost/Item | Total | Justification |
|---|---|---|---|---|---|---|
| **MATERIALS** | | | | | | |
| PPE  (gloves, tyvek, respirator) | Supplies | Each | 3 | $125.00 | $375.00 | |
| FOGM for equipment | Supplies | LS | 1 | $250.00 | $250.00 | |
| Plastic for staging equipment | Supplies | Each | 1 | $60.00 | $60.00 | |
| | | | | TOTAL | $685.00 | |
| **RENTALS** | | | | | | |
| 6 K Extended reach Forklift | Rental | Week | 1 | $750.00 | $750.00 | |
| 14 yard dump truck | Rental | Day | 3 | $475.00 | $1,425.00 | |
| Trench Plate 6 - 4' x 8' delivered | Rental | Week | 1 | $615.00 | $615.00 | |
| Demo Saw | Rental | Week | 1 | $150.00 | $150.00 | |
| Portable Toilet (weekly service) | Rental | Week | 1 | $125.00 | $125.00 | |
| | | | | TOTAL | $3,065.00 | |
| **SUBCONTRACTORS** | | | | | | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | TOTAL | $0.00 | |
| **TRAVEL** | | | | | | |
| Truck Gasoline | Travel | Gallon | 140 | $3.00 | $420.00 | |
| Trucks with tools | Travel | Week | 2 | $250.00 | $500.00 | |
| | | | | TOTAL | $920.00 | |
| | | | | TOTAL | $4,670.00 | |

Wickes Dust Monitoring

| Wicke's Forest Industries Elmira Ca | Rate | Hours | AMOUNT |
|---|---|---|---|
| Senior scientist | $105.00 | 33 | $3,465.00 |
| Staff Scientist | $65.00 | 85 | $5,525.00 |
| Procurement | $60.00 | 4 | $240.00 |
| SUBTOTAL LABOR | | 122 | $3,465.00 |
| Rental Equipment | | $1,980 | $1,980.00 |
| ODC | | $125 | $125.00 |
| Subcontractors | | $0 | $0.00 |
| Travel | | $635 | $635.00 |
| SUBTOTAL ODCs | | | $2,740.00 |
| TASK TOTAL | | | $6,205.00 |

**Scope of Work:**

URS will conduct continuous dust monitoring downgradient of site activities.

5/22/2009                                    Page 1

## Wickes Dust Monitoring ODCs

| Materials/Supplies | Category | Rate Frequency | Quantity | Cost/Item | Total | Justification |
|---|---|---|---|---|---|---|
| **MATERIALS** | | | | | | |
| PPE  (gloves, tyvek, respirator) | Supplies | Each | 1 | $125.00 | $125.00 | |
| | | | | | $0.00 | |
| | | | | TOTAL | $125.00 | |
| **RENTALS** | | | | | | |
| Area dust monitor | Rental | Week | 2 | $650.00 | $1,300.00 | |
| Weather station | Rental | Week | 2 | $340.00 | $680.00 | |
| | | | | TOTAL | $1,980.00 | |
| **SUBCONTRACTORS** | | | | | | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | TOTAL | $0.00 | |
| **TRAVEL** | | | | | | |
| Truck Gasoline | Travel | Gallon | 45 | $3.00 | $135.00 | 5 trips x 9 gallons/trip x 1 truck = 45 gallons |
| Trucks with tools | Travel | Week | 2 | $250.00 | $500.00 | |
| | | | | TOTAL | $635.00 | |
| | | | | TOTAL | $2,740.00 | |

# Annual groundwater Monitoring Costs
## 2010 through 2015 (33 wells total)

## Wickes Forest Industries

| | Labor Rate | Bi-annual Groundwater Monitoring and Reporting from 33 wells | | Total Hours | Cost |
|---|---|---|---|---|---|
| | | Hours | Costs | | |
| Certified Industrial Hygienist | $125 | | $0 | 0 | $0 |
| Risk Assessor | $125 | | $0 | 0 | $0 |
| Program Manager | $118 | 6 | $708 | 6 | $708 |
| Senior Scientist/Engineer | $105 | 50 | $5,250 | 50 | $5,250 |
| Regulatory Specialist | $90 | | $0 | 0 | $0 |
| Project Scientist/Engineer | $85 | 35 | $2,975 | 35 | $2,975 |
| Senior GIS/Graphics Specialist | $85 | | $0 | 0 | $0 |
| GIS/Graphics Specialist | $72 | 26 | $1,872 | 26 | $1,872 |
| Technical Editor | $70 | 18 | $1,260 | 18 | $1,260 |
| Field Supervisor | $68 | 75 | $5,100 | 75 | $5,100 |
| CADD Drafter/Drafting | $65 | | $0 | 0 | $0 |
| Staff Scientist/Engineer | $65 | 32 | $2,080 | 32 | $2,080 |
| Project Control/Procurement | $60 | 8 | $480 | 8 | $480 |
| Field Technician | $55 | 70 | $3,850 | 70 | $3,850 |
| Word Processor | $55 | 14 | $770 | 14 | $770 |
| Clerical | $45 | 9 | $405 | 9 | $405 |
| **Total Labor** | | **343** | **$24,750** | **343** | **$24,750** |

| TRAVEL | Rate | | | | |
|---|---|---|---|---|---|
| Air fare | | | | | $0 |
| Mileage Reimbursement | $0.505 | 640 | $323 | 640 | $323 |
| Per Diem | | | | | $0 |

| OTHER DIRECT COSTS (ODCs) | | | | | |
|---|---|---|---|---|---|
| Analytical | | | | | |
| Hexavalent Cr (7199) | $44 | 74 | $3,256.00 | | $3,256 |
| Arsenic (6020) | $19 | 74 | $1,406.00 | | $1,406 |
| Reproduction | | | $400.00 | | $400 |
| Equipment and Supplies | | | $900.00 | | $900 |
| Shipping | | | $80.00 | | $80 |
| Subcontractors (**) | | | | | $0 |
| IDW Disposal | | | $400.00 | | $400 |
| ODC Subtotal | | $ | 6,442 | $ | 6,442 |
| Fee (ODCs only) | 6% | $ | 387 | $ | 387 |
| TRAVEL - PERDIEM | | $ | 323 | $ | 323 |
| TOTAL ODCs + Travel | | $ | 7,152 | $ | 7,152 |
| **TOTAL COSTS** | | $ | **31,902** | $ | **31,902** |

**Annual groundwater Monitoring Costs**
**2015 through 2020 (16 wells total)**

**Wickes Forest Industries**

| | Labor Rate | Bi-annual Groundwater Monitoring and Reporting from 16 wells | | Total Hours | Cost |
|---|---|---|---|---|---|
| | | Hours | Costs | | |
| Certified Industrial Hygienist | $125 | | $0 | 0 | $0 |
| Risk Assessor | $125 | | $0 | 0 | $0 |
| Program Manager | $118 | 4 | $472 | 4 | $472 |
| Senior Scientist/Engineer | $105 | 28 | $2,940 | 28 | $2,940 |
| Regulatory Specialist | $90 | | $0 | 0 | $0 |
| Project Scientist/Engineer | $85 | 23 | $1,955 | 23 | $1,955 |
| Senior GIS/Graphics Specialist | $85 | | $0 | 0 | $0 |
| GIS/Graphics Specialist | $72 | 14 | $1,008 | 14 | $1,008 |
| Technical Editor | $70 | 7 | $490 | 7 | $490 |
| Field Supervisor | $68 | 40 | $2,720 | 40 | $2,720 |
| CADD Drafter/Drafting | $65 | | $0 | 0 | $0 |
| Staff Scientist/Engineer | $65 | 17 | $1,105 | 17 | $1,105 |
| Project Control/Procurement | $60 | 4 | $240 | 4 | $240 |
| Field Technician | $55 | 36 | $1,980 | 36 | $1,980 |
| Word Processor | $55 | 14 | $770 | 14 | $770 |
| Clerical | $45 | 9 | $405 | 9 | $405 |
| **Total Labor** | | **196** | **$14,085** | **196** | **$14,085** |

| TRAVEL | Rate | | | | |
|---|---|---|---|---|---|
| Air fare | | | | | $0 |
| Mileage Reimbursement | $0.505 | 320 | $162 | 320 | $162 |
| Per Diem | | | | | $0 |

| OTHER DIRECT COSTS (ODCs) | | | | | |
|---|---|---|---|---|---|
| Analytical | | | | | |
|   Hexavalent Cr (7199) | $44 | 20 | $880.00 | | $880 |
|   Arsenic (6020) | $19 | 20 | $380.00 | | $380 |
| Reproduction | | | $400.00 | | $400 |
| Equipment and Supplies | | | $900.00 | | $900 |
| Shipping | | | $80.00 | | $80 |
| Subcontractors (**) | | | | | $0 |
| IDW Disposal | | | $200.00 | | $200 |
| ODC Subtotal | | $ | 2,840 | $ | 2,840 |
| Fee (ODCs only) | 6% | $ | 170 | $ | 170 |
| TRAVEL - PERDIEM | | $ | 162 | $ | 162 |
| TOTAL ODCs + Travel | | $ | 3,172 | $ | 3,172 |
| **TOTAL COSTS** | | **$** | **17,257** | **$** | **17,257** |

# URS COST ESTIMATE
# In Situ Groundwater Treament with Cascade®
# Wickes Forest Industries

| | Labor Rate | Implementation of Groundwater Pilot Study | | Implementation of full scale injection | | Total Hours | Cost |
|---|---|---|---|---|---|---|---|
| | | Hours | Costs | Hours | Costs | | |
| Certified Industrial Hygienist | $125 | 0 | $0 | | $0 | 0 | $0 |
| Risk Assessor | $125 | 0 | $0 | 50 | $6,250 | 50 | $6,250 |
| Program Manager | $118 | 6 | $708 | 18 | $2,124 | 24 | $2,832 |
| Senior Scientist/Engineer | $105 | 180 | $18,900 | 300 | $31,500 | 480 | $50,400 |
| Regulatory Specialist | $90 | 4 | $360 | 30 | $2,700 | 34 | $3,060 |
| Project Scientist/Engineer | $85 | 110 | $9,350 | 190 | $16,150 | 300 | $25,500 |
| Senior GIS/Graphics Specialist | $85 | 0 | $0 | | $0 | 0 | $0 |
| GIS/Graphics Specialist | $72 | 0 | $0 | | $0 | 0 | $0 |
| Technical Editor | $70 | 8 | $560 | 18 | $1,260 | 26 | $1,820 |
| Field Supervisor | $68 | 40 | $2,720 | | $0 | 40 | $2,720 |
| CADD Drafter/Drafting | $65 | 16 | $1,040 | 34 | $2,210 | 50 | $3,250 |
| Staff Scientist/Engineer | $65 | 215 | $13,975 | 60 | $3,900 | 275 | $17,875 |
| Project Control/Procurement | $60 | 24 | $1,440 | 40 | $2,400 | 64 | $3,840 |
| Field Technician | $55 | 110 | $6,050 | 220 | $12,100 | 330 | $18,150 |
| Word Processor | $55 | 10 | $550 | 12 | $660 | 22 | $1,210 |
| Clerical | $45 | 10 | $450 | 10 | $450 | 20 | $900 |
| **Total Labor** | | **733** | **$56,103** | **982** | **$81,704** | **1,715** | **$137,807** |

| TRAVEL | Rate | | | | | | |
|---|---|---|---|---|---|---|---|
| Air fare | | | | | | | $0 |
| Mileage Reimbursement | $0.505 | 1120 | $566 | 200 | $101 | 1320 | $667 |
| Per Diem | | | | | | | $0 |

| OTHER DIRECT COSTS (ODCs) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Analytical | | | | | | | |
| Hexavalent Cr (7199) | $41 | 160 | $6,560.00 | 220 | $9,020.00 | 380 | $15,580 |
| Total Cr (6020) | $17 | 160 | $2,720.00 | 220 | $3,740.00 | 380 | $6,460 |
| Arsenic (6020) | $17 | 160 | $2,720.00 | 220 | $3,740.00 | 380 | $6,460 |
| Ca, Fe, Mn, K, Na | $55 | 160 | $8,800.00 | 220 | $12,100.00 | 380 | $20,900 |
| Bromide, Chloride, Nitrate, Sulfate | $44 | 160 | $7,040.00 | 220 | $9,680.00 | 380 | $16,720 |
| Sulfide | $25 | 160 | $4,000.00 | 220 | $5,500.00 | 380 | $9,500 |
| Turbidity, Alkalinity | $33 | 160 | $5,280.00 | 220 | $7,260.00 | 380 | $12,540 |
| Reproduction | | | $320.00 | | $500.00 | | $820 |
| Equipment and Supplies | | $ 7,800.00 | | $ 12,000.00 | | | $19,800 |
| Solano County Permits | | $1,918.00 | | $3,200.00 | | | $5,118 |
| Shipping | | $85.00 | | $85.00 | | | $170 |
| Subcontractors (**) | | | | | | | $0 |
| (1) - HSA Well Installation | | $10,500.00 | | $26,000.00 | | | $36,500 |
| IDW Disposal | | $ 3,500.00 | | $ 5,000.00 | | | $8,500 |
| ODC Subtotal | | $ | 61,243 | $ | 97,825 | $ | 159,068 |
| Fee (ODCs only) | 6% | $ | 3,675 | $ | 5,870 | $ | 9,544 |
| TRAVEL - PERDIEM | | $ | 566 | $ | 300 | $ | 667 |
| TOTAL ODCs + Travel | | $ | 65,483 | $ | 103,995 | $ | 169,279 |
| **TOTAL COSTS** | | **$** | **121,586** | **$** | **185,699** | **$** | **307,086** |

## Wicke's Limited Excavation Estimate

| Wicke's Forest Industries Elmira Ca | Rate | Hours | AMOUNT |
|---|---|---|---|
| Senior technician(Supervisor) | $90.00 | 128 | $11,520.00 |
| Senior technician(Operator) | $80.00 | 120 | $9,600.00 |
| Senior technician(Truck Driver) | $70.00 | 120 | $8,400.00 |
| Project Manager | $100.00 | 120 | $12,000.00 |
| Procurement | $75.00 | 8 | $600.00 |
| SUBTOTAL LABOR | | 496 | $21,120.00 |
| Rental Equipment | | $10,763 | $10,762.90 |
| Materials | | $19,584 | $19,583.50 |
| Subcontractors | | $46,164 | $46,163.60 |
| Travel | | $2,310 | $2,310.00 |
| SUBTOTAL ODCs | | | $78,820.00 |
| TASK TOTAL | | | $99,940.00 |

**Scope of Work:**

Prepare a Work Plan and a Health and Safety Plan (HASP).

Visit the site and mark out excavation areas for USA Alert prior to the start date.

Prepare the site prior to excavation activities, tasks include the removal of debris, sump water, installation of

Trench Plate over open sumps, for safe entry of men and equipment and installing 3 large fans for air quality.

The Shot Crete cap will be removed and separated from the dirt. The concrete will be screened for possible clean recycling.

The top 6 to 8 inches of soil assumed to be hazardous will be separated from the other excavated soil.

URS will excavate approximately 100 cy of Hazardous soil and 800 cy of contaminated soil , outlined in the drawing provided.

Confirmation sampling will be conducted to assure all contamination is being removed.

Test equipment will be used to monitor dust and air quality, assuring the safety of workers.

Once areas are excavated and deemed clean, they will be backfilled and compacted with certified clean material.

All excavated materials will be stockpiled on 6 mil plastic in the large parking lot to the North West of the building for load out.

**Assumptions:**

Hanging plastic strips located at the North West side of the building, will be removed for ventilation.

This cost estimate includes dewatering of sumps to the storm drain, assuming water is clean.

Ground water will not be encountered (dewatering is not part of this estimate).

Approximate 30 cy of shot crete will be removed assuming it is clean and can be recycled.

Approximately 130 tons of Class 1 Hazardous soil @ $86.72 a ton will be removed and disposed of.

Approximately 1,040 tons of Class 2 Contaminated soil @ $26.00 a ton will be removed and disposed of.

This estimate assumes that the project will take 3 weeks to complete with 8 hour shifts 5 days a week.

Labor rates do not include certified payroll.

Workers inside the building will be in level C (tyvek and respirator)

URS accepts no responsibility for delays caused by others.

URS is not responsible for utilities not marked by USA.

1 Cubic Yard of excavated soil is equal to 1.3 Tons.

1 Cubic Yard of import soil is equal to 1.1 Tons.

## Wickes Limited Excavation ODCs

| Materials/Supplies | Category | Rate Frequency | Quantity | Cost/Item | Total | Justification |
|---|---|---|---|---|---|---|
| **MATERIALS** | | | | | | |
| PPE (respirator, gloves, tyvek) | Supplies | Each | 4 | $125.00 | $500.00 | |
| FOGM for equipment | Supplies | LS | 1 | $1,000.00 | $1,000.00 | |
| Clean fill delivered | Material | Ton | 990 | $17.65 | $17,473.50 | |
| Plastic for staging C-soil (6 mil) | Supplies | Each | 6 | $60.00 | $360.00 | |
| Sampling supplies | Supplies | LS | 1 | $250.00 | $250.00 | |
| | | | | TOTAL | $19,583.50 | |
| **RENTALS** | | | | | | |
| Excavator with 3' bucket | Rental | Week | 2 | $1,070.00 | $2,140.00 | |
| Compaction Wheel | Rental | Week | 1 | $475.00 | $475.00 | |
| Wheel Loader 4 1/2 yd | Rental | Week | 1 | $1,997.50 | $1,997.50 | |
| 14 yard dump truck | Rental | Week | 2 | $1,220.00 | $2,440.00 | |
| 3 round 42" Fans | Rental | Month | 3 | $163.80 | $491.40 | |
| Delivery and Pick - all items | Rental | Each | 8 | $100.00 | $800.00 | |
| Dust Meter | Rental | Month | 1 | $900.00 | $900.00 | |
| 4 - Gas Meter (air quality) | Rental | Month | 1 | $660.00 | $660.00 | |
| Trench Plate 6 - 4' x 8' delivered | Rental | Month | 6 | $114.00 | $684.00 | |
| Portable Toilet (weekly service) | Rental | Month | 1 | $175.00 | $175.00 | |
| | | | | TOTAL | $10,762.90 | |
| **SUBCONTRACTORS** | | | | | | |
| Trans and Disposal of Class 1 | Subcontract | Ton | 130 | $86.72 | $11,273.60 | |
| Trans and Disposal of Class 2 | Subcontract | Ton | 1,040 | $26.00 | $27,040.00 | |
| Plastic Truck Linners | Subcontrac | Each | 58 | $50.00 | $2,900.00 | |
| Sample analysis | Subcontract | Each | 33 | $150.00 | $4,950.00 | |
| | | | | TOTAL | $46,163.60 | |
| **TRAVEL** | | | | | | |
| Truck Gasoline | Travel | Gallon | 270 | $3.00 | $810.00 | 15 trips x 9 gallons/trip x 2 trucks = 270 gallons |
| 2 Job Trucks with tools | Travel | Week | 6 | $250.00 | $1,500.00 | |
| | | | | TOTAL | $2,310.00 | |
| | | | | TOTAL | $78,820.00 | |

Wickes Building Demolition and Expanded Excavation

| Wicke's Forest Industries Elmira Ca | Rate | Hours | AMOUNT |
|---|---|---|---|
| Senior technician(Supervisor) | $90.00 | 168 | $15,120.00 |
| Senior technician(Operator) | $80.00 | 160 | $12,800.00 |
| Senior technician (Electrician) | $80.00 | 16 | $1,280.00 |
| Senior technician(Truck Driver) | $70.00 | 160 | $11,200.00 |
| Project Manager | $100.00 | 160 | $16,000.00 |
| Procurement | $75.00 | 10 | $750.00 |
| SUBTOTAL LABOR | | 674 | $27,920.00 |
| Rental Equipment | | $12,102 | $12,101.50 |
| Materials | | $35,556 | $35,555.50 |
| Subcontractors | | $84,354 | $84,353.60 |
| Travel | | $3,080 | $3,080.00 |
| SUBTOTAL ODCs | | | $135,090.60 |
| TASK TOTAL | | | $163,010.60 |

**Scope of Work:**
URS will Prepare a Work Plan and a Health and Safety Plan (HASP).
URS will visit the site and mark out excavation areas for USA Alert prior to the start date.
URS will prep the site prior to the building demolition, tasks include the removal of electrical power lines to the building,
 the removal of loose debris and sump water. Trench Plate will be installed over open sumps, for safe entry.
All steel removed from the building will be sent to a local recycler who will provide free trucking, for a credit back to the cl
The Shot Crete cap will be removed and separated from the dirt. The concrete will be screened for possible clean recycling.
URS will excavate approximately 100 cy of Hazardous soil and 1580- cy of contaminated soil , outlined in the drawing provided.
Confirmation sampling will be conducted to assure all contamination is being removed.
Test equipment will be used to monitor dust, assuring the safety of workers.
Once areas are excavated and deemed clean, they will be backfilled and compacted with certified clean material.
The topone foot of soil assumed to be hazardous will be separated from the other excavated soil.
All excavated materials will be stockpiled on 6 mil plastic in the large parking lot to the North West of the building for load out.
**Assumptions:**
URS will recycle all metal and wood possible from the building demolition for a credit back to the client.
The Building Demo is estimated to take 1 week. The Excavation , backfill and load out of C-soil is estimated to take 3 weeks.
This cost estimate includes dewatering of sumps to the storm drain, assuming water is clean.
Ground water will not be encountered (dewatering of the excavation is not part of this estimate).
Approximately 150 tons of Class 3 clean construction debris @ $50.00 a ton will be removed and disposed of.
Approximate 50 cy of shot crete will be removed assuming it is clean and can be recycled.
Approximately 130 tons of Class 1 Hazardous soil @ $86.72 a ton will be removed and disposed of.
Approximately 2,080 tons of Class 2 Contaminated soil @ $26.00 a ton will be removed and disposed of.
This estimate assumes that the project will take 4 weeks to complete with 8 hour shifts 5 days a week.
Labor rates do not include certified payroll.
Workers inside the building will be in level C (tyvek and respirator)
URS accepts no responsibility for delays caused by others.
URS is not responsible for utilities not marked by USA.
1 Cubic Yard of excavated soil is equal to 1.3 Tons.
1 Cubic Yard of import soil is equal to 1.1 Tons.

## Expanded Excavation Building Demo ODCs

| Materials/Supplies | Category | Rate Frequency | Quantity | Cost/Item | Total | Justification |
|---|---|---|---|---|---|---|
| **MATERIALS** | | | | | | |
| PPE (respirator, gloves, tyvek) | Supplies | Each | 4 | $125.00 | $500.00 | |
| FOGM for equipment | Supplies | LS | 1 | $1,200.00 | $1,200.00 | |
| Clean fill delivered | Material | Ton | 1,870 | $17.65 | $33,005.50 | |
| Plastic for staging C-soil (6 mil) | Supplies | Each | 10 | $60.00 | $600.00 | |
| Sampling supplies | Supplies | LS | 1 | $250.00 | $250.00 | |
| | | | | **TOTAL** | **$35,555.50** | |
| **RENTALS** | | | | | | |
| Excavator with Thumb (demo) | Rental | Week | 1 | $2,008.24 | $2,008.24 | |
| Excavator with 3' bucket | Rental | Week | 3 | $1,070.00 | $3,210.00 | |
| Compaction Wheel | Rental | Week | 1 | $475.00 | $475.00 | |
| Wheel Loader 4 1/2 yd | Rental | Week | 1 | $1,997.50 | $1,997.50 | |
| 14 yard dump truck | Rental | Week | 3 | $1,220.00 | $3,660.00 | |
| Delivery and Pick - all items | Rental | Each | 10 | $100.00 | $1,000.00 | |
| Dust Meter | Rental | Week | 3 | $300.00 | $900.00 | |
| Trench Plate 6 - 4' x 8' delivered | Rental | Month | 6 | $114.00 | $684.00 | |
| Portable Toilet (weekly service) | Rental | Month | 1 | $175.00 | $175.00 | |
| | | | | **TOTAL** | **$12,101.50** | |
| **SUBCONTRACTORS** | | | | | | |
| Trans and Disposal of Class 1 | Subcontract | Ton | 130 | $86.72 | $11,273.60 | |
| Trans and Disposal of Class 2 | Subcontract | Ton | 2,080 | $26.00 | $54,080.00 | |
| Trans and Disposal of Class 3 | Subcontrac | Ton | 150 | $50.00 | $7,500.00 | |
| Plastic Truck Linners | Subcontrac | Each | 110 | $50.00 | $5,500.00 | |
| Sample Analysis | Subcontract | Each | 40 | $150.00 | $6,000.00 | |
| | | | | **TOTAL** | **$84,353.60** | |
| **TRAVEL** | | | | | | |
| Truck Gasoline | Travel | Gallon | 360 | $3.00 | $1,080.00 | 20 trips x 9 gallons/trip x 2 trucks = 360 gallons |
| 2 Job Trucks with tools | Travel | Week | 8 | $250.00 | $2,000.00 | |
| | | | | | $0.00 | |
| | | | | **TOTAL** | **$3,080.00** | |
| | | | | **TOTAL** | **$135,090.60** | |

## Wickes Dust Monitoring

| Wicke's Forest Industries Elmira Ca | Rate | Hours | AMOUNT |
|---|---|---|---|
| Senior scientist | $105.00 | 33 | $3,465.00 |
| Staff Scientist | $65.00 | 85 | $5,525.00 |
| Procurement | $60.00 | 4 | $240.00 |
| SUBTOTAL LABOR | | 122 | $3,465.00 |
| Rental Equipment | | $1,980 | $1,980.00 |
| ODC | | $125 | $125.00 |
| Subcontractors | | $0 | $0.00 |
| Travel | | $635 | $635.00 |
| SUBTOTAL ODCs | | | $2,740.00 |
| TASK  TOTAL | | | $6,205.00 |

**Scope of Work:**

URS will conduct continuous dust monitoring downgradient of site activities.

## Wickes Dust Monitoring ODCs

| Materials/Supplies | Category | Rate Frequency | Quantity | Cost/Item | Total | Justification |
|---|---|---|---|---|---|---|
| **MATERIALS** | | | | | | |
| PPE (gloves, tyvek, respirator) | Supplies | Each | 1 | $125.00 | $125.00 | |
| | | | | | $0.00 | |
| | | | | TOTAL | $125.00 | |
| **RENTALS** | | | | | | |
| Area dust monitor | Rental | Week | 2 | $650.00 | $1,300.00 | |
| Weather station | Rental | Week | 2 | $340.00 | $680.00 | |
| | | | | TOTAL | $1,980.00 | |
| **SUBCONTRACTORS** | | | | | | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | TOTAL | $0.00 | |
| **TRAVEL** | | | | | | |
| Truck Gasoline | Travel | Gallon | 45 | $3.00 | $135.00 | 5 trips x 9 gallons/trip x 1 truck = 45 gallons |
| Trucks with tools | Travel | Week | 2 | $250.00 | $500.00 | |
| | | | | TOTAL | $635.00 | |
| | | | | TOTAL | $2,740.00 | |

Wicke's Treatment System Demo Estimate

| Wicke's Forest Industries Elmira Ca | Rate | Hours | AMOUNT |
|---|---|---|---|
| Senior technician(Supervisor) | $90.00 | 44 | $3,960.00 |
| Senior technician(Operator) | $80.00 | 40 | $3,200.00 |
| Senior technician(Truck Driver) | $70.00 | 40 | $2,800.00 |
| Project Manager | $100.00 | 40 | $4,000.00 |
| Procurement | $75.00 | 4 | $300.00 |
| SUBTOTAL LABOR | | 168 | $7,160.00 |
| Rental Equipment | | $2,115 | $2,115.00 |
| ODC | | $685 | $685.00 |
| Subcontractors | | $0 | $0.00 |
| Travel | | $770 | $770.00 |
| SUBTOTAL ODCs | | | $3,570.00 |
| TASK TOTAL | | | $10,730.00 |

**Scope of Work:**

URS will Prepare a Work Plan and a Health and Safety Plan (HASP).

URS will prep the site prior to the treatment system demo , tasks include the removal of electrical , installation of Trench Plate over open sumps, for safe entry of men and equipment.

URS will recycle all metal and plastic possible from the building demolition for a credit back to the client.

URS will cut up all cleaned Poly tanks for recycle.

**Assumptions:**

The treatment system and tanks will be clean and free of any waste.

This cost estimate does not include dewatering of sumps to the storm drain.

This estimate assumes that the project will take 1 week to complete with 8 hour shifts 5 days a week.

Labor rates do not include certified payroll.

Workers cutting up tanks will be in level C (tyvek and respirator)

URS accepts no responsibility for delays caused by others.

## Wickes Treatment System Demo ODCs

| Materials/Supplies | Category | Rate Frequency | Quantity | Cost/Item | Total | Justification |
|---|---|---|---|---|---|---|
| **MATERIALS** | | | | | | |
| PPE (gloves, tyvek, respirator) | Supplies | Each | 3 | $125.00 | $375.00 | |
| FOGM for equipment | Supplies | LS | 1 | $250.00 | $250.00 | |
| Plastic for staging equipment | Supplies | Each | 1 | $60.00 | $60.00 | |
| | | | | TOTAL | $685.00 | |
| **RENTALS** | | | | | | |
| 6 K Extended reach Forklift | Rental | Week | 1 | $750.00 | $750.00 | |
| 14 yard dump truck | Rental | Day | 1 | $475.00 | $475.00 | |
| Trench Plate 6 - 4' x 8' delivered | Rental | Week | 1 | $615.00 | $615.00 | |
| Demo Saw | Rental | Week | 1 | $150.00 | $150.00 | |
| Portable Toilet (weekly service) | Rental | Week | 1 | $125.00 | $125.00 | |
| | | | | TOTAL | $2,115.00 | |
| **SUBCONTRACTORS** | | | | | | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | TOTAL | $0.00 | |
| **TRAVEL** | | | | | | |
| Truck Gasoline | Travel | Gallon | 90 | $3.00 | $270.00 | 5 trips x 9 gallons/trip x 2 trucks = 90 gallons |
| Trucks with tools | Travel | Week | 2 | $250.00 | $500.00 | |
| | | | | TOTAL | $770.00 | |
| | | | | TOTAL | $3,570.00 | |

**Annual groundwater Monitoring Costs**
**2010 through 2015 (33 wells total)**

**Wickes Forest Industries**

| | Labor Rate | Bi-annual Groundwater Monitoring and Reporting from 33 wells | | Total Hours | Cost |
|---|---|---|---|---|---|
| | | Hours | Costs | | |
| Certified Industrial Hygienist | $125 | | $0 | 0 | $0 |
| Risk Assessor | $125 | | $0 | 0 | $0 |
| Program Manager | $118 | 6 | $708 | 6 | $708 |
| Senior Scientist/Engineer | $105 | 50 | $5,250 | 50 | $5,250 |
| Regulatory Specialist | $90 | | $0 | 0 | $0 |
| Project Scientist/Engineer | $85 | 35 | $2,975 | 35 | $2,975 |
| Senior GIS/Graphics Specialist | $85 | | $0 | 0 | $0 |
| GIS/Graphics Specialist | $72 | 26 | $1,872 | 26 | $1,872 |
| Technical Editor | $70 | 18 | $1,260 | 18 | $1,260 |
| Field Supervisor | $68 | 75 | $5,100 | 75 | $5,100 |
| CADD Drafter/Drafting | $65 | | $0 | 0 | $0 |
| Staff Scientist/Engineer | $65 | 32 | $2,080 | 32 | $2,080 |
| Project Control/Procurement | $60 | 8 | $480 | 8 | $480 |
| Field Technician | $55 | 70 | $3,850 | 70 | $3,850 |
| Word Processor | $55 | 14 | $770 | 14 | $770 |
| Clerical | $45 | 9 | $405 | 9 | $405 |
| **Total Labor** | | **343** | **$24,750** | **343** | **$24,750** |
| | | | | | |
| **TRAVEL** | **Rate** | | | | |
| Air fare | | | | | $0 |
| Mileage Reimbursement | $0.505 | 640 | $323 | 640 | $323 |
| Per Diem | | | | | $0 |
| | | | | | |
| **OTHER DIRECT COSTS (ODCs)** | | | | | |
| Analytical | | | | | |
| Hexavalent Cr (7199) | $44 | 74 | $3,256.00 | | $3,256 |
| Arsenic (6020) | $19 | 74 | $1,406.00 | | $1,406 |
| Reproduction | | | $400.00 | | $400 |
| Equipment and Supplies | | | $900.00 | | $900 |
| Shipping | | | $80.00 | | $80 |
| Subcontractors (**) | | | | | $0 |
| IDW Disposal | | | $400.00 | | $400 |
| ODC Subtotal | | $ | 6,442 | $ | 6,442 |
| Fee (ODCs only) | 6% | $ | 387 | $ | 387 |
| TRAVEL - PERDIEM | | $ | 323 | $ | 323 |
| TOTAL ODCs + Travel | | $ | 7,152 | $ | 7,152 |
| **TOTAL COSTS** | | $ | **31,902** | $ | **31,902** |

# Annual groundwater Monitoring Costs
## 2015 through 2020 (16 wells total)

# Wickes Forest Industries

| | Labor Rate | Bi-annual Groundwater Monitoring and Reporting from 16 wells | | Total Hours | Cost |
|---|---|---|---|---|---|
| | | Hours | Costs | | |
| Certified Industrial Hygienist | $125 | | $0 | 0 | $0 |
| Risk Assessor | $125 | | $0 | 0 | $0 |
| Program Manager | $118 | 4 | $472 | 4 | $472 |
| Senior Scientist/Engineer | $105 | 28 | $2,940 | 28 | $2,940 |
| Regulatory Specialist | $90 | | $0 | 0 | $0 |
| Project Scientist/Engineer | $85 | 23 | $1,955 | 23 | $1,955 |
| Senior GIS/Graphics Specialist | $85 | | $0 | 0 | $0 |
| GIS/Graphics Specialist | $72 | 14 | $1,008 | 14 | $1,008 |
| Technical Editor | $70 | 7 | $490 | 7 | $490 |
| Field Supervisor | $68 | 40 | $2,720 | 40 | $2,720 |
| CADD Drafter/Drafting | $65 | | $0 | 0 | $0 |
| Staff Scientist/Engineer | $65 | 17 | $1,105 | 17 | $1,105 |
| Project Control/Procurement | $60 | 4 | $240 | 4 | $240 |
| Field Technician | $55 | 36 | $1,980 | 36 | $1,980 |
| Word Processor | $55 | 14 | $770 | 14 | $770 |
| Clerical | $45 | 9 | $405 | 9 | $405 |
| **Total Labor** | | 196 | $14,085 | 196 | $14,085 |
| | | | | | |
| **TRAVEL** | **Rate** | | | | |
| Air fare | | | | | $0 |
| Mileage Reimbursement | $0.505 | 320 | $162 | 320 | $162 |
| Per Diem | | | | | $0 |
| | | | | | |
| **OTHER DIRECT COSTS (ODCs)** | | | | | |
| Analytical | | | | | |
| Hexavalent Cr (7199) | $44 | 20 | $880.00 | | $880 |
| Arsenic (6020) | $19 | 20 | $380.00 | | $380 |
| Reproduction | | | $400.00 | | $400 |
| Equipment and Supplies | | | $900.00 | | $900 |
| Shipping | | | $80.00 | | $80 |
| Subcontractors (**) | | | | | $0 |
| IDW Disposal | | | $200.00 | | $200 |
| ODC Subtotal | | $ | 2,840 | $ | 2,840 |
| Fee (ODCs only) | 6% | $ | 170 | $ | 170 |
| TRAVEL - PERDIEM | | $ | 162 | $ | 162 |
| TOTAL ODCs + Travel | | $ | 3,172 | $ | 3,172 |
| **TOTAL COSTS** | | $ | 17,257 | $ | 17,257 |

Wicke's Treatment System Demo Estimate

| Wicke's Forest Industries Elmira Ca | Rate | Hours | AMOUNT |
|---|---|---|---|
| Senior technician(Supervisor) | $90.00 | 44 | $3,960.00 |
| Senior technician(Operator) | $80.00 | 40 | $3,200.00 |
| Senior technician(Truck Driver) | $70.00 | 40 | $2,800.00 |
| Project Manager | $100.00 | 40 | $4,000.00 |
| Procurement | $75.00 | 4 | $300.00 |
| SUBTOTAL LABOR | | 168 | $7,160.00 |
| Rental Equipment | | $2,115 | $2,115.00 |
| ODC | | $685 | $685.00 |
| Subcontractors | | $0 | $0.00 |
| Travel | | $770 | $770.00 |
| SUBTOTAL ODCs | | | $3,570.00 |
| TASK TOTAL | | | $10,730.00 |

**Scope of Work:**

Prepare a Work Plan and a Health and Safety Plan (HASP).

Prepare the site prior to the treatment system demo , tasks include the removal of electrical , installation of Trench Plate over open sumps, for safe entry of men and equipment.

Recycle all metal and plastic possible from the building demolition for a credit back to the client.

Cut up all cleaned Poly tanks for recycle.

**Assumptions:**

The treatment system and tanks will be clean and free of any waste.

This cost estimate does not include dewatering of sumps to the storm drain.

This estimate assumes that the project will take 1 week to complete with 8 hour shifts 5 days a week.

Labor rates do not include certified payroll.

Workers cutting up tanks will be in level C (tyvek and respirator)