XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone: (510) 879-1299
  Fax: (510) 622-2270
  E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and the
Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC**<br><br>FED. R. CIV. P. 55(b)<br><br>Date: September 23, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 14th Floor<br>       501 I Street<br>       Sacramento, CA 95814<br><br>Action Filed: March 3, 2014 |

1

DECL. OF LAURA J. ZUCKERMAN IN SUPPORT OF PLTS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEF. COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)

I, Laura J. Zuckerman, declare:

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General, and have been assigned to represent Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC" or "Plaintiffs") in this action. I make the following statements upon personal knowledge or upon my review of files that the Office of the Attorney General maintains in the regular course of business, and, if called as a witness, could testify competently to these statements. This declaration is made in support of Plaintiffs' Application for Entry of Default Judgment Against Defendant Collins & Aikman Products, LLC ("C&A Products" or "Defendant").

2. In 2005, Defendant declared bankruptcy. On or about December 8, 2014, the Delaware Court of Chancery granted DTSC's petition for appointment of a receiver for C&A Products under Delaware Code § 18-805, and appointed a receiver.

3. On December 16, 2014, DTSC served Defendant, through the court-appointed receiver, with the Summons and First Amended Complaint in this case. Defendant never responded to the First Amended Complaint. The clerk of the Court entered the default of C&A Products on March 26, 2015. Attached as Exhibit A hereto is a true and correct copy of the Clerks Certificate of Entry of Default entering the default of Defendant Collins & Aikman Products, LLC.

4. In April 2019, counsel for DTSC met and conferred with the court-appointed receiver with respect to this Application for Default Judgment.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Oakland, California, on August 8, 2019.

*/s/ Laura J. Zuckerman*
LAURA J. ZUCKERMAN

2

DECL. OF LAURA J. ZUCKERMAN IN SUPPORT OF PLTS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AGAINST DEF. COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)