1  XAVIER BECERRA
   Attorney General of California
2  EDWARD H. OCHOA
   Supervising Deputy Attorney General
3  OLIVIA W. KARLIN, State Bar No. 150432
   LAURA J. ZUCKERMAN (Counsel for service)
4  State Bar No. 161896
   Deputy Attorneys General
5    1515 Clay Street, 20th Floor
     Oakland, CA 94612
6    Telephone:  (510) 879-1299
     Fax:  (510) 622-2270
7    E-mail:  Laura.Zuckerman@doj.ca.gov
   *Attorneys for Plaintiffs California*
8  *Department of Toxic Substances Control and the*
   *Toxic Substances Control Account*

9                IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11                     SACRAMENTO DIVISION

12

13

| | |
|---|---|
| 14 **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,** | 2:14-cv-00595-WBS-EFB |
| 15 | **DECLARATION OF SERVICE** |
| 16 Plaintiffs, | FED.R.CIV.P. 55(b) |
| 17 v. | Date:   September 23, 2019 |
| 18 Defendants. | Time:  1:30 p.m. Place: Courtroom 5, 14th Floor |
| 19 **JIM DOBBAS, INC., a California** | 501 I Street Sacramento, CA 95814 |
| 20 **corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN** | Action Filed: March 3, 2014 |
| 21 **OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California** | |
| 22 **corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited** | |
| 23 **liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware** | |
| 24 **limited liability company,** | |
| 25 Defendants. | |
| 26 **AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS** | |
| 27 | |

28

                                1

1    I declare:

2        I am employed in the Office of the Attorney General, which is the office of a member of
     the California State Bar at which member's direction this service is made.  I am 18 years of age or
3    older and not a party to this matter.  I am familiar with the business practice at the Office of the
     Attorney General for collection and processing of correspondence. In accordance with that
4    practice, correspondence placed in the internal mail collection system at the Office of the
     Attorney General is processed that same day in the ordinary course of business.

5    On August 21, 2019, I served the attached:

6
         **1)  Application for Default Judgment by Court Against Defendant Collins & Aikman**
7    **Products, LLC;**
         **2)  Memorandum of Points and Authorities in Support of Plaintiffs' Application for**
8    **Entry of Default Judgment by Court Against Defendant Collins & Aikman Products, LLC;**
         **3)  Declaration of Robin McGinnis in Support of Plaintiffs' Application for Entry of**
9    **Default Judgment by Court Against Defendant Collins & Aikman Products, LLC;**
         **4)  Declaration of McKinley Lewis, Jr., in Support of Plaintiffs' Application for**
10   **Entry of Default Judgment by Court Against Defendant Collins & Aikman Products, LLC;**
         **5)  Declaration of Anthony Westlake in Support of Plaintiffs' Application for Entry**
11   **of Default Judgment by Court Against Defendant Collins & Aikman Products, LLC;**
         **6)  Declaration of Jason Xiao in Support of Plaintiffs' Application for Entry of**
12   **Default Judgment by Court Against Defendant Collins & Aikman Products, LLC;**
         **7)  Declaration of Laura J. Zuckerman in Support of Plaintiffs' Application for**
13   **Entry of Default Judgment by Court Against Defendant Collins & Aikman Products, LLC;**
         **8)  [Proposed] Order Granting Application for Entry of Default Judgment by Court**
14   **Against Defendant Collins & Aikman Products, LLC**
         **9)  Proof of Service**
15

16

17   by placing a true copy thereof enclosed in a sealed envelope for **Federal Express Overnight**
     **Courier**, in the internal mail collection system at the Office of the Attorney General at 1515 Clay
18   Street, 20th Floor, Oakland, CA 94612-0550, addressed as follows:

19    Brian M. Rostocki
      Reed Smith LLP - Delaware
20    1201 Market Street - Suite 1500
      Wilmington, DE 19801
21

22   I declare under penalty of perjury under the laws of the State of California the foregoing is true
     and correct and that this declaration was executed on August 21, 2019, at Oakland, California.
23

24

25   _____          _____
          RYAN MALLARD                                    Signature
26            Declarant

27

28

2