XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone: (510) 879-1299
 Fax: (510) 622-2270
 E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and the
Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants. | 2:14-cv-00595-WBS-EFB<br><br>**AMENDED NOTICE OF HEARING OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC**<br><br>FED. R. CIV. P. 55(b)<br><br>Date: September 25, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 13th Floor<br>     501 I Street<br>     Sacramento, CA  95814<br><br>Action Filed: March 3, 2014 |
| **AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | |

1

TO ALL DEFENDANTS AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 25, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard before this Court, Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC" or "Plaintiffs"), will and hereby do move this Court for entry of a judgment of default against defendant Collins & Aikman Products LLC ("C&A Products" or "Defendant") pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Pursuant to Local Rule 302(c)(19), the hearing on DTSC's motion, previously noticed for September 23, 2019, before Senior Judge William B. Shubb, is hereby renoticed for 10:00 a.m. on September 25, 2019 before the Honorable Edmund F. Brennan, Magistrate Judge, 501 I Street, Sacramento, CA 95814, Courtroom 8, 13th Floor. The September 23 hearing date has been vacated.

DTSC's re-noticed Application for Default Judgment is based on and supported by this Amended Notice of Hearing, the previously-filed Application for Default Judgment, Memorandum of Points and Authorities, and supporting declarations of Robin McGinnis, McKinley Lewis, Jr., Anthony Westlake, Jason Xiao, and Laura J. Zuckerman, together with accompanying exhibits, the pleadings and file in this case, and such other matters as may be

///
///
///
///
///
///

presented at the hearing.

Dated:  August 21, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ED OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN
Deputy Attorney General

/S/ *Laura J. Zuckerman*

LAURA J. ZUCKERMAN
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

3

AMENDED NOTICE OF HEARING OF APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC (2:14-cv-00595-WBS-EFB)