**CLYDE & CO US LLP**
Alexander E. Potente, State Bar No. 208240
Email: alex.potente@clydeco.us
Hynki ("John") Jung, State Bar No. 318887
Email: john.jung@clydeco.us
101 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: 415.365.9800
Facsimile: 415.24th Floor
San Francisco, California 94105365.9801

Attorney for Proposed Intervenor
THE TRAVELERS INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br><br>Defendants, | Case No. 2:14-CV-00595-WBS-EFB<br><br>**DECLARATION OF ALEXANDER E. POTENTE IN SUPPORT OF PROPOSED INTERVENOR THE TRAVELERS INDEMNITY COMPANY'S *EX PARTE* APPLICATION AND NOTICE OF MOTION AND MOTION TO INTERVENE AND TO VACATE DEFAULT**<br><br>[Pursuant to F.R.C.P. 24, 55(c)]<br><br>Date: October 21, 2019<br>Time: 01:30 p.m.<br>Ctrm: Courtroom 5, 14th Floor<br>501 I Street<br>Sacramento, CA 95814<br>Judge: Hon. William B. Shubb<br><br>Complaint Filed: March 3, 2014 |

4701258

DECLARATION OF ALEXANDER E. POTENTE IN SUPPORT OF PROPOSED INTERVENOR'S EX PARTE APPLICATION AND NOTICE OF MOTION AND MOTION TO INTERVENE AND TO VACATE DEFAULT

I, Alexander E. Potente, declare as follows:

1. I am a partner with the law firm of Clyde & Co US LLP, which serves as counsel of the proposed intervenor, The Travelers Indemnity Company ("Travelers") in the above-captioned matter. The statements made herein are based upon my personal knowledge and are true. If called as a witness, I could and would competently testify to the following matters under oath.

2. On December 11, 2014, the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") filed its First Amended Complaint in *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc.*, et al., United States District Court, Eastern District of California, Case No. 2:14-cv-00595-WBS-EFB ("*DTSC* Action"), in which it named Collins & Aikman Products, LLC ("C&A Products, LLC). DTSC provided notice of the *DTSC* Action and the entry of default in the *DTSC* Action against C&A Products, LLC to Travelers on June 11, 2018, when DTSC served Travelers with a demand letter dated June 7, 2018 for payment of C&A Products, LLC's liabilities in the *DTSC* Action. A true and correct copy of the June 7, 2018 demand letter without attachments from counsel for DTSC, Olivia W. Karlin, to Travelers is attached hereto as **Exhibit A**.

3. After receiving notice of the default against C&A Products, LLC from DTSC and its demand that Travelers would be liable to DTSC for any judgment entered against C&A Products, LLC, counsel for Travelers promptly engaged in discussions with DTSC, explaining that the putative predecessor to C&A Products, LLC, Collins & Aikman Products Co., had released Travelers from the claims DTSC now asserts against C&A Products, LLC, which arise out of or relating to the property located at 147A Street, Elmira, California 95625 ("Site") in 2000. True and correct copies of correspondence between counsel for Travelers and counsel for DTSC without attachments are attached hereto as **Exhibit B**.

4. After counsel for Travelers explained in a letter dated January 15, 2019 why the Confidential Settlement Agreement precluded coverage for any claim by DTSC against Travelers as a potential judgment creditor of C&A Products, LLC, and after providing DTSC with a copy of the Confidential Settlement Agreement pursuant an agreement to keep it confidential, Travelers

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

heard nothing further from DTSC until after DTSC filed an application for default judgment in the *DTSC* Action. A true and correct copy of the January 15, 2019 letter from counsel for Travelers to DTSC is attached hereto as **Exhibit C**.

5.      Despite claiming that Travelers was C&A Products, LLC's insurer for any future judgment against C&A Products, LLC in the *DTSC* Action, DTSC provided no advance notice to Travelers that it intended to seek entry of default judgment against C&A Products, LLC. Travelers only learned of DTSC's application for entry of default judgment because its counsel was monitoring the docket.

6.      DTSC has stated in legal filings that it will seek to enforce its judgment against Travelers under Insurance Code Sec. 11580. A true and correct copy of DTSC's petition for appointment of receiver, filed with Delaware Court of Chancery on November 13, 2014, in which DTSC represents that it "will not seek enforcement of the judgment directly against C&A Products, LLC, but only as a means to pursue a direct action against the company's historic insurers" is attached hereto as **Exhibit D**.

7.      When DTSC did file its application for entry of default judgment against C&A Products, LLC on August 21, 2019, counsel for Travelers contacted counsel for DTSC, Laura Zuckerman and Olivia W. Karlin of California Department of Justice, on September 6, 2019, by telephone and by email to request that DTSC continue the hearing on its motion for judgement against C&A Products, LLC and requested that DTSC stipulate to allowing Travelers to intervene. After having received no response, counsel for Travelers sent a follow up request on September 11, 2019. On September 12, 2019, counsel for DTSC sent a letter to counsel for Travelers and stated that DTSC was "not willing either to stipulate to intervention by Travelers or to postpone the date of the September 25, 2019, hearing on the motion for default judgment so that Travelers may intervene, move to vacate C&A Products, LLC's default, and oppose DTSC's motion for default judgment." Counsel for DTSC further stated that it would be prejudiced by a continuance because the Receiver's appointment for C&A Products, LLC is set to expire in October 2019. On September 17, 2019, counsel for Travelers contacted Brian Rostocki, the receiver for C&A Products, LLC, via telephone to inquire the status and duration of his receivership in the DTSC

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

Action. Rostocki confirmed, pursuant to the Delaware Court of Chancery's December 14, 2014 order granting DTSC's petition for the appointment of a receiver, that his appointment does not expire until the conclusion of the *DTSC* Action and any appeals thereof or until the Delaware court terminates his receivership upon motion. True and correct copies of correspondence between counsel for Travelers and counsel for DTSC are attached hereto as **Exhibit E**.

8. On September 17, 2019, counsel for Travelers contacted counsel for DTSC via email to inform DTSC of Travelers' intent to move to intervene and to vacate the entry of default against C&A Products, LLC in the DTSC Action, and to file an *ex parte* application for continuance of the hearing date on DTSC's motion for default judgment. In the same e-mail, counsel for Travelers also inquired whether DTSC would be filing an opposition to Travelers' *ex parte* application. A true and correct copy of a September 17, 2019 email from counsel for Travelers to counsel for DTSC is attached hereto as **Exhibit F**.

9. On September 17, 2019, counsel for DTSC notified counsel for Travelers that DTSC will file an opposition to Travelers' *ex parte* application. A true and correct copy of a September 17, 2019 letter from counsel for DTSC to counsel for Travelers is attached hereto as **Exhibit G**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on September 18, 2019 in San Francisco, California.

*Alex Potente*

Alexander E. Potente

4701258

4

DECLARATION OF ALEXANDER E. POTENTE IN SUPPORT OF PROPOSED INTERVENOR'S EX PARTE APPLICATION AND NOTICE OF MOTION AND MOTION TO INTERVENE AND TO VACATE DEFAULT

PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 101 Second Street, 24th Floor, San Francisco, CA 94105.

On September 18, 2019, I served true copies of the following document(s) described as **DECLARATION OF ALEXANDER E. POTENTE IN SUPPORT OF PROPOSED INTERVENOR THE TRAVELERS INDEMNITY COMPANY'S EX PARTE APPLICATION AND NOTICE OF MOTION AND MOTION TO INTERVENE AND TO VACATE DEFAULT** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 18, 2019, at San Francisco, California.

_/s/ Trish Marwedel_
Trish Marwedel

4701258

DECLARATION OF ALEXANDER E. POTENTE IN SUPPORT OF PROPOSED INTERVENOR THE TRAVELERS INDEMNITY COMPANY'S EX PARTE APPLICATION AND NOTICE OF MOTION AND MOTION TO INTERVENE AND TO VACATE DEFAULT