

**Notice of Service of Process**

SLM / ALL
**Transmittal Number: 18291792**
**Date Processed: 06/12/2018**

| | |
|---|---|
| **Primary Contact:** | Pamela Beyer<br>The Travelers Companies, Inc.<br>385 Washington Street,  9275-LC12L<br>Saint Paul, MN 55102 |

| | |
|---|---|
| **Entity:** | The Travelers Indemnity Company<br>Entity ID Number  2317465 |
| **Entity Served:** | Travelers Insurance |
| **Title of Action:** | California Department of Toxic Substances Control vs. Jim Dobbas, Inc |
| **Document(s) Type:** | Other |
| **Nature of Action:** | Contract |
| **Court/Agency:** | U.S. District Court Eastern District, California |
| **Case/Reference No:** | 2:14-C V-00 S 95-W I3 S-tTB |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 06/11/2018 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Ulivia W, Karlin<br>213-269-6000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

*XAVIER BECERRA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013

Public: (213) 269-6000
Telephone: (213) 269-6333
Facsimile: (213) 897-2802
E-Mail: Olivia.Karlin@doj.ca.gov

June 7, 2018

Corporation Service Company
DBA CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505

RE:   Travelers Insurance Policies Relating to California Department of Toxic Substances
Control v. Jim Dobbas, Inc., et. al.
United States District Court, Eastern District of California, Case No. 2:14-CV-00595-
WBS-EFB

Dear Corporation Service Company:

The California Attorney General's Office represents the California Department of Toxic
Substances Control (DTSC) in the above-referenced lawsuit. The lawsuit was brought under
section 107(a) of CERCLA, 42 U.S.C. section 9607(a), for the recovery of response costs that
DTSC has incurred in connection with releases and threatened releases of hazardous substances,
at, beneath, and/or from the approximately 7.5 acre property located northwest of the intersection
of A Street and Holdener Road in the community of Elmira, Solano County, California (the Site).
The property has a street address of 147A Street, Elmira, California 95625. I am enclosing a
copy of the First Amended Complaint which names Pacific Wood Preserving and Collins and
Aikman Products, L.L.C., as defendants.

Pacific Wood Preserving operated a wood treatment and preserving business at the Site
from 1972 to September 1979. Pacific Wood Preserving owned the Site from 1977 to 1979. In
September 1979, Pacific Wood Preserving sold the Site and wood preserving business to the
Wickes Corporation (Wickes). Wickes operated the site from 1979 to 1982. In 1991, Wickes
changed its name to Collins & Aikman Group. In 1994, Collins & Aikman Group merged into
Collins & Aikman Products. L.L.C, who owned the Site until 1997.

During Pacific Wood Preserving's and Wickes' ownership and operation of the Site,
hazardous substances were released into the environment, which included arsenic, chromium,
and copper. These hazardous substances were constituents of wood preserving chemicals used at
the Site.

June 7, 2018
Page 2


On June 2, 2014, the clerk entered a default judgment against Pacific Wood Preserving. Enclosed is a copy of the Clerk's entry of default. On March 26, 2015, the clerk entered a default judgment against Collins & Aikman Products, L.L.C. Enclosed is a copy of the Clerk's entry of default against Colling & Aikman Products, L.L.C.

Pursuant to section 107(a) of CERCLA, Pacific Wood Preserving and Collins & Aikman Products, L.L.C. are jointly and severally liable, without regard to fault, for DTSC's costs incurred in response to the release of hazardous substances at the Site. DTSC's unreimbursed response costs are estimated to exceed $3.4 million.

All or part of Wickes', and therefore Collins & Aikman Product, L.L.C.'s, liability under the judgment is covered by one or more insurance policies with you. These policies are:

Wickes. Travelers Policy 11501
Wickes. Travelers Policy 11448
Wickes, Travelers Policy 11449

I have enclosed copies of these three policies with this letter.

Now that DTSC has secured judgments against Pacific Wood Preserving and Collins & Aikman Products, L.L.C. for response costs incurred at the Site, DTSC may bring an action against you on the above-referenced policies, subject to their terms and limitations to recover on that judgment. DTSC seeks to do that now. Please contact me to discuss resolution of this matter.


Sincerely,


OLIVIA W. KARLIN
Deputy Attorney General


For     XAVIER BECERRA
Attorney General


OWK:jfa
Enclosures

Docket No.: LA2012602448