# Jung, John

| | |
|---|---|
| **From:** | Jung, John |
| **Sent:** | Tuesday, September 17, 2019 2:29 PM |
| **To:** | Laura Zuckerman |
| **Cc:** | Olivia W. Karlin; Ed Ochoa; Potente, Alex |
| **Subject:** | RE: DTSC v. Jim Dobbas, Inc. et al. [CC-US2.FID674399] |

Ms. Zuckerman:

On behalf of Travelers, we will file an *ex parte* application tomorrow, September 18, 2019, for an order to continue the September 25, 2019 hearing date on DTSC's application for default judgment. We will also move to intervene and set aside the default against Collins & Aikman, LLC.

Please let us know whether DTSC will be filing an opposition to Travelers' *ex parte* request.

Thank you.

**John Jung**
Associate | Clyde & Co US LLP
**Direct Dial:** +1 415 365 9841 | **Mobile:** +1 415 297 7743



101 Second Street | 24th Floor | San Francisco | CA 94105 | USA
**Main** +1 415 365 9800 | **Fax** +1 415 365 9801 | **www.clydeco.us**