**Jung, John**

| | |
|---|---|
| **From:** | Laura Zuckerman <Laura.Zuckerman@doj.ca.gov> |
| **Sent:** | Tuesday, September 17, 2019 2:40 PM |
| **To:** | Jung, John |
| **Cc:** | Olivia W. Karlin; Ed Ochoa; Potente, Alex |
| **Subject:** | Re: DTSC v. Jim Dobbas, Inc. et al. [CC-US2.FID674399] |

Mr. Jung,

DTSC plans to file an opposition to Travelers's ex parte request.

Laura Zuckerman