XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612
  Telephone:  (510) 879-1299
  Fax:  (510) 622-2270
  E-mail:  Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and the
Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants. | 2:14-cv-00595-WBS-EFB<br><br>**DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO TRAVELERS INDEMNITY COMPANY'S EX PARTE APPLICATION FOR AN ORDER TO CONTINUE HEARING ON MOTION FOR DEFAULT JUDGMENT, OR, ALTERNATIVELY, FOR AN ORDER SHORTENING TIME FOR HEARING ON TRAVELERS' PROPOSED MOTION TO INTERVENE AND TO VACATE DEFAULT**<br><br>Magistrate Judge Brennan<br><br>Action Filed:  March 3, 2014 |
| **AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | |

1

1   I, Laura J. Zuckerman, declare:

2       1.    I am a Deputy Attorney General with the California Department of Justice, Office of

3   the Attorney General, and have been assigned to represent Plaintiffs the California Department of

4   Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC" or

5   "Plaintiffs") in this action.  I make the following statements upon personal knowledge or upon my

6   review of files that the Office of the Attorney General maintains in the regular course of business,

7   and, if called as a witness, could testify competently to these statements.  This declaration is made

8   in support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Travelers

9   Indemnity Company's Application for an Order to Continue Hearing on Motion for Default

10   Judgment, or, Alternatively, for an Order Shortening Time for Hearing on Travelers' Proposed

11   Motion to Intervene and to Vacate Default.

12       2.    The receiver for Defendant Collins & Aikman Products, LLC ("C&A Products" or

13   "Defendant") filed a motion to terminate the receivership in the Delaware Court of Chancery on

14   April 9, 2019.  A true and correct copy of the motion to terminate the receivership is attached

15   hereto as Exhibit A.

16       3.    Acting on behalf of the receiver, Mr. Brian Rostocki sent a letter to the Honorable

17   Andre G. Bouchard of the Delaware Court of Chancery on April 15, 2019.  A true and correct

18   copy of this letter is attached hereto as Exhibit B.

19       4.    Exhibit C hereto is a true and correct copy of an e-mail sent by Laura Zuckerman to

20   Brian M. Rostocki, listing as cc's Stephanie Q. Chadick, Olivia W. Karlin, Ed Ochoa, and Robin

21   McGinnis on April 11, 2019.

22       5.    Exhibit D hereto is a true and correct copy of the docket sheet for this action in the

23   Delaware Court of Chancery dated September 19, 2019.

24       6.    On July 25, 2018, Mr. Alexander Potente sent a letter to Olivia Karlin responding to

25   DTSC's June 7, 2018 demand letter.  A true and correct copy of this July 25 letter is attached

26   hereto as Exhibit E.

27   2

28   DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO TRAVELERS INDEMNITY COMPANY'S EX PARTE APPLICATION FOR AN ORDER TO CONTINUE HEARING ON MOTION FOR DEFAULT JUDGMENT (2:14-cv-00595-WBS-EFB)

1    7.    On September 10, 2019, through its agent Arcina Risk Group, DTSC sent tenders and

2  notification of the pending application for default judgment to a number of insurance companies.

3      I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true

4  and correct to the best of my knowledge and that this declaration was executed in Oakland,

5  California, on September 19, 2019.

6

7  _____

8  LAURA J. ZUCKERMAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          3

28
DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS
AND AUTHORITIES IN OPPOSITION TO TRAVELERS INDEMNITY COMPANY'S EX PARTE
APPLICATION FOR AN ORDER TO CONTINUE HEARING ON MOTION FOR DEFAULT JUDGMENT (2:14-
cv-00595-WBS-EFB)