# EXHIBIT B

# ReedSmith

Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801-1163
Tel +1 302 778 7500
Fax +1 302 778 7575
reedsmith.com

**Brian M. Rostocki**
Direct Phone: (302) 778-7561
Email: brostocki@reedsmith.com

April 15, 2019

**VIA FILE & SERVE*XPRESS* & HAND DELIVERY**

The Honorable Andre G. Bouchard
Delaware Court of Chancery
500 North King Street, Suite 11400
Wilmington, DE 19801

**Re: *In re Collins & Aikman Products, LLC*, Del. Ch., C.A. No. 10348-CB**

Dear Chancellor Bouchard:

I write in regard to the recently filed Motion to Terminate the Receivership (the "Motion") in the above-captioned action. *See* D.I. 17.

On December 8, 2014, I was appointed by this Court as the Receiver for Collins & Aikman Products, LLC "for the limited purpose of allowing Collins & Aikman Products, LLC to be sued in the action entitled *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*, No. 2:14-cv-00595-WBS-EFB (E.D. Cal., filed Mar. 3, 2014) ('*DTSC v. Dobbas*'), and with the power, but not the obligation, to defend, in the name of Collins & Aikman Products, LLC, any claims made against it in *DTSC v. Dobbas*." *See* D.I. 8 at ¶ 1. As the Receiver, I "act as registered agent in the State of Delaware for service of process on Collins & Aikman Products, LLC, including, without limitation, for service of process in *DTSC v. Dobbas*." *Id.* at ¶ 2.

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

The Honorable Andre G. Bouchard  
April 15, 2019  
Page 2

**ReedSmith**

On April 9, 2019, I filed with the Court the Motion as a result of inactivity with the receivership and for the other reasons set forth in the Motion and accompanying affidavit. *See* D.I. 17. Also on April 9, 2019, I provided a copy of the Motion, and related ancillary papers, to the California Department of Justice, Office of the Attorney General, Environmental Section (the "California Office of the Attorney General"). The California Office of the Attorney General are the attorneys I have been dealing with since the Court entered the receivership.

On April 11, 2019, the California Office of the Attorney General requested that the receivership remain open for six additional months so the California Department of Toxic Substances Control (the "DTSC") can complete its determination of whether there exists any viable insurance policies that would justify the DTSC filing a motion for default judgment against Collins & Aikman Products, LLC. Thus, the California Office of the Attorney General requests that the receivership remain open for the limited purpose of me accepting service of process for a potential motion for default and accompanying pleadings. *See* Ex. A. I do not object to this request.

If the Court agrees, after the DTSC concludes its investigation or six months has passed, I will refile the Motion or provide the Court with a status update.

The Honorable Andre G. Bouchard
April 15, 2019
Page 3

ReedSmith

If Your Honor has any questions or requires additional information, I am available at the Court's convenience.

Respectfully,

*/s/ Brian M. Rostocki*

Brian M. Rostocki (No. 4599)

Words: 392

cc:    Michael A. Weidinger, Esq. (via File & Serve*Xpress*)