# EXHIBIT C

**Chadick, Stephanie Q**

| | |
|---|---|
| **From:** | Laura Zuckerman <Laura.Zuckerman@doj.ca.gov> |
| **Sent:** | Thursday, April 11, 2019 3:50 PM |
| **To:** | Rostocki, Brian M. |
| **Cc:** | Chadick, Stephanie Q; Olivia W. Karlin; Ed Ochoa; Robin.McGinnis@dtsc.ca.gov |
| **Subject:** | RE: IMO Collins and Aikman Products (Del. Ch., C.A. No. 10348-CB) |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

## EXTERNAL E-MAIL

Mr. Rostocki,

Thank you for speaking with us yesterday. We write to request that you withdraw without prejudice the Motion to Terminate Receivership you filed on April 9, 2019, and not seek termination of the receivership for a brief period (six months). This would permit the California Department of Toxic Substances Control (DTSC) to complete its determination whether there exist viable insurance policies that would justify DTSC's expenditure of state funds on a motion for a default judgment against Collins & Aikman. Moreover, we would propose that the receivership remain open for the limited purpose of accepting service of process of our motion for default judgment, together with accompanying pleadings. DTSC is requesting six months so that we may complete our review of these old insurance policies, prepare the request for a default judgment, notice the motion for a hearing in accordance with the local rules and the judge's available hearing dates, and obtain a ruling on the motion. If the receivership were to be terminated now, DTSC might have to incur added expenditure of public funds, as it would need to obtain counsel in Delaware to seek to create a new receivership.

Thank you very much for your help – please let us know if you need additional information. As we discussed, we understand you will provide a copy of this e-mail to the Court.

Regards,

**Laura J. Zuckerman**
Deputy Attorney General | Environment Section
Office of the Attorney General | California Department of Justice
1515 Clay Street, 20th Floor, Oakland, CA 94612
Tel.: 510-879-1299 | Fax: (510) 622-2270
Email: Laura.Zuckerman@doj.ca.gov



1