EXHIBIT D

Click to Print                                                           Printed on: 9/19/2019 10:38:22 GMT-0400 (Eastern Daylight Time)

# Case History Search

Search Created:
9/19/2019 10:38:22 GMT-0400 (Eastern Daylight Time)

| Court: | DE Court of Chancery Civil Action | Judge: | Bouchard, Andre G | File & ServeXpress Live Date: | 11/13/2014 |
|---|---|---|---|---|---|
| Division: | N/A | Case Number: | 10348-CB | Document(s) Filed: | 36 |
| Case Type: | Appointment of Receiver | Case Name: | IMO Collins & Aikman Products LLC | Date Range: | All |

1-20 of 20 transactions   <<Prev  Page 1 of 1  Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | # | Document Type | Document Title | Review Status | Size |
|---|---|---|---|---|---|---|---|---|---|
| 63172186 | 4/16/2019 8:50 AM EDT | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Andre G Bouchard, DE Court of Chancery Civil Action | 21 | Order | The court has reviewed Mr. Rostocki's April 15 letter. The proposed course of action of the Receiver outlined in that letter is acceptable to the court. | Accepted | 0MB |
| 63169362 | 4/15/2019 2:00 PM EDT | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Justin M Forcier, Reed Smith LLP-Wilmington | 19 | Letter | Letter to the Honorable Andre G. Bouchard from Brian M. Rostocki, Esq. Regarding Status of Motion to Terminate the Receivership • Linked to (2) | Accepted | 0.2MB |
| | | | | | 20 | Exhibits | Exhibit A (E-mail dated April 11, 2019 from Laura J. Zuckerman to Brian M. Rostocki Esq.) to Letter to the Honorable Andre G. Bouchard from Brian M. Rostocki, Esq. Regarding Status of Motion to Terminate the Receivership | Accepted | 0.2MB |
| 63150614 | 4/9/2019 3:58 PM EDT | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Andre G Bouchard, DE Court of Chancery Civil Action | 18 | Order | The court has reviewed the Receiver's Motion to Terminate Receivership that was filed today. Petitioner is directed to file a | Accepted | 0MB |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | response by no later than April 23, 2019, stating whether or not Petitioner opposes the motion and, if so, providing an explanation of the grounds for continuing the receivership given the extended period of inactivity. | | |
| 63150467 | 4/9/2019 3:38 PM EDT | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Brian M Rostocki, Reed Smith LLP-Wilmington | 17 | Motion | Motion to Terminate Receivership (with attached certificate of service)<br>• Linked to (1)<br>• Linked from (1) | Accepted | 0.1MB |
| | | | | | | Affidavit | Affidavit and Report of Brian M. Rostocki | Accepted | 0.9MB |
| | | | | | | Proposed Order | Proposed Order Granting Motion to Terminate Receivership | Accepted | 0.1MB |
| 63150014 | 4/9/2019 3:02 PM EDT | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Benjamin P Chapple, Reed Smith LLP-Wilmington | 16 | Entry of Appearance | Entry of Appearance of Benjamin P. Chapple as Counsel for Respondent (with attached certificate of service)<br>• Linked to (1) | Accepted | 0.1MB |
| 63007046 | 2/27/2019 11:20 AM EST | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Brian M Rostocki, Reed Smith LLP-Wilmington | 15 | Status Report | Letter to Chancellor Bouchard from Brian M. Rostocki, Esquire, dated February 27, 2019 regarding status update<br>• Linked to (1) | Accepted | 0.2MB |
| 62911325 | 1/30/2019 9:12 AM EST | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Brian M Rostocki, Reed Smith LLP-Wilmington | 14 | Letter | Letter to The Honorable Andre G. Bouchard from Brian M. Rostocki, Esquire, dated January 30, 2019, regarding status update<br>• Linked to (1)<br>• Linked from (1) | Accepted | 0.2MB |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 61456765 | 12/12/2017 11:08 AM EST | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Brian M Rostocki, Reed Smith LLP-Wilmington | 13 | Receivers Report | Letter to Chancellor Bouchard from Brian M. Rostocki, Esquire as Receiver for Collins & Aikman Products, LLC, dated December 12, 2017, regarding status update<br>• Linked to (1)<br>• Linked from (1) | Accepted | 0.1MB |
| 60350254 | 3/16/2017 3:47 PM EDT | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Brian M Rostocki, Reed Smith LLP-Wilmington | 12 | Status Report | Letter to The Honorable Andre G. Bouchard from Brian M. Rostocki, Esquire dated March 16, 2017 regarding status report<br>• Linked to (1)<br>• Linked from (1) | Accepted | 0.1MB |
| 60349054 | 3/16/2017 1:54 PM EDT | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Andre G Bouchard, DE Court of Chancery Civil Action | 11 | Letter | Letter to Counsel Requesting Status Report by March 24, 2017<br>• Linked from (1) | Accepted | 0.1MB |
| 58545558 | 2/9/2016 9:26 AM EST | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Brian M Rostocki, Reed Smith LLP-Wilmington | 10 | Receivers Report | Letter to The Honorable Andre G. Bouchard from Brian M. Rostocki, Esq. providing the Court with a status update as the Court appointed Receiver for Collins & Aikman Products, LLC.<br>• Linked to (1) | Accepted | 0.1MB |
| 56433180 | 12/8/2014 10:54 AM EST | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Andre G Bouchard, DE Court of Chancery Civil Action | 9 | Judicial Action Form | Petition for appointment of Reciever approved by Chancellor Bouchard 12.8.2014. Order to be entered on Docket. | Accepted | 0.1MB |
| 56432636 | 12/8/2014 10:14 AM EST | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Andre G Bouchard, DE Court of Chancery Civil Action | 8 | Order | Granted with Modifications ([Proposed] Order Granting Verified Petition for the Appointment of a Receiver for | Accepted | 0.2MB |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Collins & Aikman Products, LLC)<br>• Linked to (1)<br>• Linked from (5) | | |
| 56407953 | 12/2/2014 2:59 PM EST | File Only | 10348-CB IMO Collins & Aikman Products LLC | Michael A Weidinger, Pinckney Weidinger Urban & Joyce LLC | 7 | Letter | December 2, 2014 Letter to The Honorable Andre G. Bouchard from Michael A. Weidinger, Esquire recommending a Receiver for Collins & Aikman Products, LLC<br>• Linked to (2) | Accepted | 0.1MB |
| | | | | | | Proposed Order | [Proposed] Order Granting Verified Petition for the Appointment of a Receiver for Collins & Aikman Products, LLC<br>• Linked from (1) | Accepted | 0.1MB |
| 56380759 | 11/24/2014 3:11 PM EST | File Only | 10348-CB IMO Collins & Aikman Products LLC | Michael A Weidinger, Pinckney Weidinger Urban & Joyce LLC | 6 | Affidavit | Michael A. Weidinger, Esquire's Affidavit of Service regarding efforts made to serve Collins & Aikman Products, LLC<br>• Linked to (3) | Accepted | 0.1MB |
| | | | | | | Exhibits | Exhibits A-D to Michael A. Weidinger, Esquire's Affidavit of Service regarding efforts made to serve Collins & Aikman Products, LLC | Accepted | 2.5MB |
| 56362099 | 11/19/2014 3:47 PM EST | File Only | 10348-CB IMO Collins & Aikman Products LLC | Michael A Weidinger, Pinckney Weidinger Urban & Joyce LLC | 5 | Summons | Summons and Return of Service Confirming Service Pursuant to 6 Del. C. sec. 18-105(b) upon Defendant Collins & Aikman Products, LLC on November 14, 2014<br>• Linked to (1)<br>• Linked from (1) | Accepted | 0.1MB |
| 56360194 | 11/19/2014 1:52 PM | File And Serve | 10348-CB IMO Collins & | Andre G Bouchard, | 4 | Order | Granted with Modifications | Accepted | 0.2MB |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | EST | | Aikman Products LLC | DE Court of Chancery Civil Action | | | ([Proposed] Order Expediting Proceedings)<br>• Linked to (1)<br>• Linked from (2) | | |
| 56358478 | 11/19/2014 11:11 AM EST | File Only | 10348-CB IMO Collins & Aikman Products LLC | Michael A Weidinger, Pinckney Weidinger Urban & Joyce LLC | 3 | Proposed Order | [Proposed] Order Expediting Proceedings<br>• Linked to (2)<br>• Linked from (1) | Accepted | 0.1MB |
| 56335211 | 11/13/2014 3:32 PM EST | File And Serve | 10348-CB IMO Collins & Aikman Products LLC | Judge Unassigned, DE Court of Chancery Civil Action | 2 | Issuance of Summons | Issued 6 Del.C. sec 18-105(b) summons to Special Process Server (1 copy) | Accepted | 0.1MB |
| 56332830 | 11/13/2014 1:09 PM EST | File Only | 10348-CB IMO Collins & Aikman Products LLC | Michael A Weidinger, Pinckney Weidinger Urban & Joyce LLC | 1 | Petition - Originating Filing | Petitioner California Department of Toxic Substances Control's Verified Petition for the Appointment of a Receiver for a Cancelled Limited Liability Company<br>• Linked from (4) | Accepted | 0.1MB |
| | | | | | | Exhibits | Exhibit 1 to Petitioner California Department of Toxic Substances Control's Verified Petition for the Appointment of a Receiver for a Cancelled Limited Liability Company | Accepted | 0.2MB |
| | | | | | | Exhibits | Exhibit 2 to Petitioner California Department of Toxic Substances Control's Verified Petition for the Appointment of a Receiver for a Cancelled Limited Liability Company | Accepted | 1.9MB |
| | | | | | | Exhibits | Exhibits 3-6 to Petitioner California Department of Toxic Substances Control's Verified Petition for the Appointment of a Receiver for a | Accepted | 1.4MB |

| | | | |
|---|---|---|---|
| | | | Cancelled Limited Liability Company | | |
| Exhibits | Exhibit 7 to Petitioner California Department of Toxic Substances Control's Verified Petition for the Appointment of a Receiver for a Cancelled Limited Liability Company | Accepted | 4.1MB |
| Exhibits | Exhibit 8 to Petitioner California Department of Toxic Substances Control's Verified Petition for the Appointment of a Receiver for a Cancelled Limited Liability Company | Accepted | 0.2MB |
| Exhibits | Exhibit 9 to Petitioner California Department of Toxic Substances Control's Verified Petition for the Appointment of a Receiver for a Cancelled Limited Liability Company | Accepted | 0.4MB |
| Verification to Complaint | Verification to Petitioner California Department of Toxic Substances Control's Verified Petition for the Appointment of a Receiver for a Cancelled Limited Liability Company | Accepted | 0.1MB |
| Supplemental Information Sheet | Supplemental Information Pursuant to Rule 3(a) of the Rules of the Court of Chancery to Petitioner California Department of Toxic Substances Control's Verified Petition for the Appointment of a Receiver for a Cancelled Limited Liability Company | Accepted | 0.2MB |

| | | | |
|---|---|---|---|
| Summons Instructions | Summons Instruction Letter to Petitioner California Department of Toxic Substances Control's Verified Petition for the Appointment of a Receiver for a Cancelled Limited Liability Company | Accepted | 0.1MB |
| Motion to Expedite | Petitioner California Department of Toxic Substances Control's Motion to Expedite Proceedings | Accepted | 0.1MB |
| Proposed Order | [Proposed] Order Expediting Proceedings<br>• Linked from (1) | Accepted | 0.1MB |

1-20 of 20 transactions   <<Prev   Page 1 of 1   Next>>