SARA M. THORPE (SBN: 146529)
sthorpe@nicolaidesllp.com
RANDALL P. BERDAN (SBN: 199623)
rberdan@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
101 Montgomery Street, Suite 2300
San Francisco, CA 94104
Telephone:    (415) 745-3770
Facsimile:     (415) 745-3771

Attorneys for Proposed Intervenor
THE CONTINENTAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS. | 2:14-cv-00595-WBS-EFB<br><br>**NOTICE OF JOINDER BY PROPOSED INTERVENOR THE CONTINENTAL INSURANCE COMPANY IN TRAVELERS' EX PARTE APPLICATION FOR AN ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, OR, ALTERNATIVELY, FOR AN ORDER SHORTENING TIME FOR HEARING ON TRAVELERS' PROPOSED MOTION TO INTERVENE AND TO VACATE DEFAULT**<br><br>Judge:　　Hon. William B. Shubb<br><br>Action Filed: March 3, 2014 |

THE CONTINENTIAL INSURANCE COMPANY ("Continental")[1] by its attorneys, Nicolaides Fink Thorpe Michaelides Sullivan LLP, joins in The Travelers Indemnity Company's ("Travelers") Ex Parte Application for An Order To Continue Hearing on Plaintiffs' Motion for Default Judgment, Or, Alternatively, For An Order Shortening Time For Hearing On Travelers' Proposed Motion to Intervene And To Vacate Default ("Travelers' Motion") and states as follows:

1. Continental just received notice of this lawsuit and the default against Defendant Collins & Aikman Products, LLC on September 10, 2019.

2. Upon information and belief, Continental allegedly issued policies SRL 3344602 (effective July 24, 1984 to July 24, 1985) and SRL3344617 (effective July 24, 1985 to July 24, 1986) to the Wickes Corporation or the Wickes Companies, Inc. (the "Continental Policies"). It is alleged that Defendant Collins & Aikman Products, LLC has rights under the Continental Policies. Continental is investigating this claim.

3. Travelers filed an Ex Parte Application for An Order To Continue Hearing on Plaintiffs' Motion for Default Judgment, Or, Alternatively, For An Order Shortening Time For Hearing On Travelers' Proposed Motion to Intervene And To Vacate Default and Memorandum in Support on September 18, 2019. [Dkt. 198].

4. Continental hereby joins, adopts, and incorporates by reference Travelers' Ex Parte Application for An Order To Continue Hearing on Plaintiffs' Motion for Default Judgment, Or, Alternatively, For An Order Shortening Time For Hearing On Travelers' Proposed Motion to Intervene And To Vacate Default and Memorandum in Support, including all arguments and authorities recited there.

Continental requests that this Court grant Travelers the relief sought in Travelers' Ex Parte Application for An Order To Continue Hearing on Plaintiffs' Motion for Default Judgment, Or, Alternatively, For An Order Shortening Time For Hearing On Travelers' Proposed Motion to Intervene And To Vacate Default. Continental files this Joinder in support

---

[1] Continental will be filing its own Motion to Intervene and Vacate Default. Continental objects to and opposes entry of any default judgment and, if a default judgment is entered, Continental will move to set it aside.

of the arguments set forth in Travelers' Motion.  Continental also reserves the right to submit supplemental briefs or joinders and argument as this Court may allow in further support of the rulings sought by Travelers.

Dated:   September 19, 2019

                                     NICOLAIDES FINK THORPE
                                     MICHAELIDES SULLIVAN LLP

                              By:      */s/ Sara M. Thorpe*
                                       Sara M. Thorpe
                                       Randall P. Berdan
                                   Attorneys for Proposed Intervenor
                                   The Continental Insurance Company