SARA M. THORPE (SBN: 146529)
sthorpe@nicolaidesllp.com
RANDALL P. BERDAN (SBN: 199623)
rberdan@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
101 Montgomery Street, Suite 2300
San Francisco, CA 94104
Telephone:    (415) 745-3770
Facsimile:    (415) 745-3771

Attorneys for Proposed Intervenor
THE CONTINENTAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>  Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS. | 2:14-cv-00595-WBS-EFB<br><br>**DECLARATION OF RANDALL P. BERDAN IN SUPPORT OF THE CONTINENTAL INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO INTERVENE AND SET ASIDE DEFAULT**<br><br>[Pursuant to F.R.C.P. 24, 55(c)]<br><br>Date:   October 21, 2019<br>Time:   1:30 p.m.<br>Place:  Courtroom 5, 14th Floor<br>         501 I Street<br>         Sacramento, CA 95814<br>Judge:  Hon. William B. Shubb<br><br>Action Filed: March 3, 2014 |

I, Randall P. Berdan, declare as follows:

1. I am an attorney at law admitted to practice before all courts in the State of California and the United States District Court for the Eastern District of California. I am senior counsel at Nicolaides Fink Thorpe Michaelides Sullivan LLP which serves as counsel for proposed intervenor The Continental Insurance Company ("Continental") in the above-captioned matter.

2. This Declaration is made in support of Continental's Motion to Intervene and to Set Aside Default in this lawsuit. I have personal knowledge of the facts contained in this Declaration, unless stated on information and belief, and if called as a witness I could and would competently testify to these facts.

3. On September 10, 2019, Resolute Management, Inc. ("Resolute"), which is the claims administrator for Continental, received notice from Arcina Risk Group about this lawsuit and the Application for Default Judgment against Collins & Aikman Products, LLC ("C&A Products"). A true and correct copy of the September 10, 2019 letter from Arcina Risk Group is attached hereto as Exhibit A.

4. Arcina Risk Group alleges that several insurance policies were issued to "Wickes Corporation and Wickes Companies, Inc., et al" by Continental and Transcontinental Insurance Company.

5. On information and belief, Resolute is conducting searches for insurance policies in response to the letter from Arcina Risk Group. Resolute continues to investigate.

6. On information and belief, a representative of Resolute contacted counsel for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account on September 19, 2019, just nine days after Resolute received notice from Arcina Risk Group about this lawsuit and the Application for Default Judgment against C&A Products. The Resolute representative requested that Plaintiffs continue the hearing set for September 25, 2019 on their Application for Default Judgment against C&A Products and requested that Plaintiffs stipulate to allow Continental to intervene in this lawsuit, but Plaintiffs refused.

///

DECLARATION OF RANDALL P. BERDAN IN SUPPORT OF PROPOSED INTERVENOR CONTINENTAL'S NOTICE OF MOTION AND MOTION TO INTERVENE AND SET ASIDE DEFAULT

2

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on September 20, 2019 in San Francisco, California.

                                                */s/ Randall P. Berdan*
                                                 Randall P. Berdan

DECLARATION OF RANDALL P. BERDAN IN SUPPORT OF PROPOSED INTERVENOR CONTINENTAL'S NOTICE OF MOTION AND MOTION TO INTERVENE AND SET ASIDE DEFAULT

3