# Exhibit A



September 10, 2019

**Via U.S. Mail and E-Mail**
Claimreporting@resolutemgmt.com

Resolute Management
141 W. Jackson Blvd., Suite 1800
Chicago, IL 60604


**IMMEDIATE ATTENTION REQUIRED**

| | | |
|---|---|---|
| Re: | Notice of Suit: | *California Department of Toxic Substances Control and the Toxic Substances Control Account v. Jim Dobbas, Inc., et al.,* U.S. District Court for the Eastern District of California, Civil Case No. 2:14-595 WBS EFB<br>Elmira Site Contamination – Solano County California |
| | Insured: | Wickes Corporation and Wickes Companies, Inc., et al |
| | Insurer(s): | Continental Insurance Company<br>Transcontinental Insurance Company |
| | Policy Numbers: | Continental: SRL 3344602 for the period 7/24/1984 to 7/24/1985<br>Continental: SRL 3344617 for the period 7/24/1985 to 7/24/1986<br>Continental: SRU 2101360 for the period 7/24/1985 to 7/24/1986<br>Continental: Unknown policy number for the period 7/24/1985 to 7/24/1986<br>Transcontinental: RDX 2820351 for the period 5/1/1981 to 5/1/1982<br>Transcontinental: RDX 2820433 for the period 4/24/1982 to 4/24/1983<br>Transcontinental: RDX 2820518 for the period 4/24/1983 to 4/24/1984 |

Dear Resolute Claims Unit:

This letter is to tender and advise you of an Application for Default Judgment pending against your insured Collins and Aikman Products, LLC (C&A). C&A is the successor in interest to the Wickes Companies, Inc. and the Wickes Corporation. This tender is under the identified policies and any other applicable policies that the company may have issued to the Wickes Companies, Inc. or the Wickes Corporation.

Attached hereto please find the Amended Notice of Hearing, setting the hearing on September 25, 2019. The Application for Default Judgment and Memorandum of Points and Authorities are also attached hereto. The Department of Toxic Substances Control and the Toxic Substances

Continental Insurance Company and Transcontinental Insurance Company (Resolute)
*Re: Elmira Site*
September 10, 2019
Page 2

Control Account (collectively, DTSC) seek to recover $3,219,449.85 in unreimbursed public funds that DTSC has spent through May 31, 2019 under CERCLA, and a declaration that C&A is liable for DTSC's future response costs at the Elmira Site.

We understand that Travelers intends to seek to intervene in the matter.

As per the policy terms and conditions, we request that you indemnify and defend your insured immediately.  Please direct any future correspondence and communication to the undersigned with copies to:

>Brian M. Rostocki  - Receiver for Collins & Aikman Products, LLC
>ReedSmith LLP
>1201 Market Street, Suite 1500
>Wilmington, DE 19801
>brostocki@reedsmith.com

and

>Olivia W. Karlin
>Deputy Attorney General
>State of California Department of Justice
>300 South Spring Street
>Los Angeles, CA 90013
>Olivia.Karlin@doj.ca.gov

We request that you contact us for additional information regarding the Elmira Site and pending application for a default judgment.

We continue to search for additional coverage for these matters.  **We kindly request you search your archives and underwriting materials and notify us of ANY information, including impairment, related to policies issued to the Wickes Corporation or Wickes Companies, Inc. with respect to the Elmira Site.**

**We also kindly ask that you provide us with copies of any policies, claims, files and underwriting materials in your possession immediately related to policies issued between 1979 and 1987.  Materials may be sent by email to rjanisch@arcinarisk.com or by mail.**

We look forward to hearing from you.


Sincerely,

Richard A. Janisch
RAJ/fr
Enclosures
cc:    brostocki@reedsmith.com
       Olivia.Karlin@doj.ca.gov
       msalem@arcinarisk.com