1

**CLYDE & CO US LLP**
Alexander E. Potente, State Bar No. 208240

2

Email:  alex.potente@clydeco.us
Hyunki ("John") Jung, State Bar No. 318887

3

Email:  john.jung@clydeco.us
101 Second Street, 24th Floor

4

San Francisco, CA  94105

5

Telephone:  415.365.9800
Facsimile:   415.365.9801

6

7

Attorney for Proposed Intervenor
THE TRAVELERS INDEMNITY COMPANY

8

9

UNITED STATES DISTRICT COURT

10

EASTERN DISTRICT OF CALIFORNIA

11

SACRAMENTO DIVISION

12

CALIFORNIA DEPARTMENT OF TOXIC
SUBSTANCES CONTROL, et al.,

Case No. 2:14-CV-00595-WBS-EFB

13

Plaintiffs,

**NOTICE OF RELATED CASE**

14

15

v.

16

JIM DOBBAS, INC., a California corporation,
et al.

17

18

Defendants,

Complaint Filed:       March 3, 2014

19

20

PLEASE TAKE NOTICE that the above-captioned case is related to *The Travelers*

21

*Indemnity Company v. California Department of Toxic Substances Control, et al.*, United States

22

District Court, Eastern District of California, Case No. 2:19-cv-01892-KJM-AC (the "Declaratory

23

Relief Action"), pursuant to Local Rule 123, in that both cases involve the same property,

24

transaction, or event (L.R. 123(a)(2)), and similar questions of fact and the same question of law

25

(L.R. 123(a)(3)).

26

The present action and the Declaratory Relief Action involve the same property,

27

transaction, or event.  In the present action, plaintiffs California Department of Toxic Substances

28

Control and Toxic Substances Control Account (collectively "DTSC"), that are defendants in the

4717677

1

NOTICE OF RELATED CASE

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1   Declaratory Relief Action, seek cost recovery they allegedly incurred in connection with the clean-

2   up of the property located at 147A Street, Elmira, California 95625 ("Site"), under CERCLA, 42

3   U.S.C. § 9607, declaratory relief under CERCLA, 42 U.S.C. § 9613(g), and damages, injunctive

4   relief, and civil penalties under the Hazardous Substance Account Act, Cal. Health & Safety Code

5   §§ 25300 *et seq.* against defendants, including Collins & Aikman Products, LLC ("C&A Products,

6   LLC"), that is also defendant in the Declaratory Relief Action.  Additionally, DTSC also filed an

7   application for default judgment against C&A Products, LLC, the putative insured of The

8   Travelers Indemnity Company ("Travelers"), intending to enforce any judgment therefrom against

9   Travelers, plaintiff in the Declaratory Relief Action, under Travelers' insurance policies issued to

10  C&A Products, LLC.  In the Declaratory Relief Action, Travelers seeks declaratory relief that

11  Travelers has no obligation to satisfy any judgment against C&A Products, LLC, if any, because

12  C&A Products, LLC had released Travelers from environmental liability at the Site in 2000.

13  Travelers further seeks declaratory relief that under the terms, conditions, and exclusions of

14  Travelers policies issued to C&A Products, LLC, Travelers has no obligation to indemnify any

15  judgment against C&A Products, LLC, if any.

16          Furthermore, Travelers' defense to DTSC's claims against C&A Products, LLC in the

17  Declaratory Relief Action shares common questions of law and fact in the present action regarding

18  insurance coverage under Travelers policies issued to C&A Products, LLC.

19          For the foregoing reasons, Travelers respectfully requests that the Court designate the

20  present action and the Declaratory Relief Action as related.

21   Dated:  September 23, 2019                    CLYDE & CO US LLP

22                                                          By

23                                                          _____
                                                            Alexander E. Potente
24                                                          Hyunki (John) Jung
                                                            Attorneys for Proposed Intervenor THE
25                                                          TRAVELERS INDEMNITY COMPANY

26

27

28

4717677

NOTICE OF RELATED CASE