**CLYDE & CO US LLP**
Alexander E. Potente, State Bar No. 208240
Email:  alex.potente@clydeco.us
Hyunki ("John") Jung, State Bar No. 318887
Email:  john.jung@clydeco.us
101 Second Street, 24th Floor
San Francisco, CA  94105
Telephone: 415.365.9800
Facsimile:  415.365.9801

Attorney for Proposed Intervenor
THE TRAVELERS INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br><br>Defendants, | Case No. 2:14-CV-00595-WBS-EFB<br><br>**PROPOSED INTERVENOR THE TRAVELERS INDEMNITY COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[F.R.C.P. Rule 7.1]<br><br>The Hon. William B. Shubb<br><br>Complaint Filed:     March 3, 2014 |

Pursuant to Fed. R. Civ. Proc. 7.1, the undersigned certifies that the following listed parties, associations of persons, firms, partnerships, corporations, (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The Travelers Indemnity Company is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc.  The Travelers Companies, Inc. is the only publicly held

4732856

1

PROPOSED INTERVENOR THE TRAVELERS INDEMNITY COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

company in the corporate family.  No individual or corporation owns 10% or more of the stock of The Travelers Company, Inc.

Other than set forth above, there is no publicly traded company that owns 10% or more of The Travelers Indemnity Company.

Dated:  September 27, 2019              CLYDE & CO US LLP

By  /s/ Alex Potente

Alexander E. Potente
Hyunki (John) Jung
Attorneys for Proposed Intervenor THE TRAVELERS INDEMNITY COMPANY

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

4732856

2

PROPOSED INTERVENOR THE TRAVELERS INDEMNITY COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 101 Second Street, 24th Floor, San Francisco, CA 94105.

On September 27, 2019, I served true copies of the following document(s) described as **PROPOSED INTERVENOR THE TRAVELERS INDEMNITY COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 27, 2019, at San Francisco, California.

*/s/ Trish Marwedel*
Trish Marwedel