Xavier Becerra
Attorney General of California
Edward H. Ochoa
Supervising Deputy Attorney General
Olivia W. Karlin, State Bar No. 150432
Laura J. Zuckerman (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone:  (510) 879-1299
Fax:  (510) 622-2270
E-mail:  Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC.**, a California corporation; **CONTINENTAL RAIL, INC.**, a Delaware corporation; **DAVID VAN OVER**, individually; **PACIFIC WOOD PRESERVING**, a dissolved California corporation; **WEST COAST WOOD PRESERVING, LLC.**, a Nevada limited liability company; and **COLLINS & AIKMAN PRODUCTS, LLC**, a Delaware limited liability company,<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR HEARING ON CONTINENTAL'S MOTION TO INTERVENE AND SET ASIDE DEFAULT (L.R. 144)**<br><br>Date:  October 21, 2019<br>Time:  1:30 p.m.<br>Place: Courtroom 5, 14th Floor<br>       501 I Street<br>       Sacramento, CA 95814<br>Judge: Hon. William B. Shubb<br><br>Action Filed: March 3, 2014 |

1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR HEARING ON CONTINENTAL'S MOT. TO INTERVENE AND SET ASIDE DEFAULT (2:14-cv-00595-WBS-EFB)

Plaintiffs the Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, DTSC) and The Continental Insurance Company (Continental) have conferred and jointly stipulate and request, pursuant to Local Rule 144(a), that the Court extend the time for hearing Continental's motion to intervene and to set aside default against Collins & Aikman Products, LLC (Collins & Aikman), ECF No. 205, by 42 days, to December 2, 2019.

The parties believe that the extension of time and the continuance of the hearing date will allow the eleven (11) tendered insurers time to complete their investigations, make coverage determinations, and decide whether or not to seek to intervene.  The delay would promote efficiency if additional insurers file motions to intervene and to set aside Collins & Aikman's default, as it may permit intervention and default issues to be resolved at a single hearing rather than through multiple hearings.[1]

The receiver for Collins & Aikman has indicated that, even if the hearing is continued to December 2, 2019, he will not seek to terminate the receivership provided there is sufficient activity in the case.  There have been no extensions already obtained by these parties for this particular matter.

---

[1] The Travelers Indemnity Company (Travelers) previously filed a motion to intervene and to vacate default, ECF No. 196, which is also set for hearing on October 21, 2019.  Continental joined in Travelers' motion, ECF No. 202, and subsequently filed its own motion to intervene and to set aside default, ECF No. 205.  Other insurers may file similar motions.  Because Travelers will not agree to continue the hearing on its motion unless DTSC stipulates to Travelers' intervention, DTSC is filing herewith, pursuant to L.R. 144(c), an initial request for an ex parte continuance of the hearing on Travelers' motion, so that Travelers' motion, Continental's motion, and any similar motions may be heard on the same day.

2

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR HEARING ON CONTINENTAL'S MOT. TO INTERVENE AND SET ASIDE DEFAULT (2:14-cv-00595-WBS-EFB)

1  The proposed briefing and hearing schedule is as follows:
2  1. <u>November 18, 2019</u> – by this date, Plaintiffs shall file
3  their opposition to Continental's motion to intervene and to set
4  aside default.
5  2. <u>November 25, 2019</u> – by this date, Continental shall
6  file its reply in support of its motion to intervene and to set
7  aside default.
8  3. <u>December 2, 2019</u> - A hearing on Continental's motion to
9  intervene and to set aside default shall be heard on this date,
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

3

or on such date thereafter as the Court may order.

    IT IS SO STIPULATED.

Dated:  October 3, 2019                Respectfully Submitted,

                                       XAVIER BECERRA
                                       Attorney General of California
                                       EDWARD H. OCHOA
                                       Supervising Deputy Attorney
                                       General
                                       OLIVIA W. KARLIN
                                       Deputy Attorney General


                                       /S/ Laura J. Zuckerman


                                       LAURA J. ZUCKERMAN
                                       Deputy Attorney General
                                       *Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

                                       /S/  Sara M. Thorpe
                                       (as authorized on October 2, 2019)

                                       NICOLAIDES FINK THORPE
                                       MICHAELIDES SULLIVAN LLP

                                       *Attorneys for Proposed Intervenor THE CONTINENTAL INSURANCE COMPANY*

4

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE FOR HEARING ON CONTINENTAL'S MOT. TO INTERVENE AND SET ASIDE DEFAULT (2:14-cv-00595-WBS-EFB)

ORDER

The Court, having reviewed and considered this Joint Stipulation and [Proposed] Order Extending the Date for Hearing Continental's Motion to Intervene and Vacate Default, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing date for the above-entitled motion is continued from October 21, 2019, to _____, at 1:30 p.m. in Courtroom 5.

IT IS HEREBY FURTHER ORDERED that the current deadline for filing opposition papers is continued from October 7, 2019, to November 18, 2019, with CM/ECF or mail service by that day.

IT IS HEREBY FURTHER ORDERED that the current deadline for filing Continental's reply is continued from October 14, 2019, to November 25, 2019, with CM/ECF or mail service by that day.

**IT IS SO ORDERED.**

DATED: _____, 2019          _____
                                                   WILLIAM B. SHUBB
                                           SENIOR U.S. DISTRICT JUDGE