XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-1299
Fax: (510) 622-2270
E-mail: Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC.**, a California corporation; **CONTINENTAL RAIL, INC.**, a Delaware corporation; **DAVID VAN OVER**, individually; **PACIFIC WOOD PRESERVING**, a dissolved California corporation; **WEST COAST WOOD PRESERVING, LLC.**, a Nevada limited liability company; and **COLLINS & AIKMAN PRODUCTS, LLC**, a Delaware limited liability company,<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**INITIAL EX PARTE REQUEST FOR CONTINUANCE OF HEARING ON THE TRAVELERS INDEMNITY COMPANY'S MOTION TO INTERVENE AND VACATE DEFAULT (L.R. 144); DECLARATION OF LAURA J. ZUCKERMAN; [PROPOSED] ORDER**<br><br>Judge: Hon. William B. Shubb<br><br>Action Filed: March 3, 2014 |

1

1        Plaintiffs the Department of Toxic Substances Control and
2   the Toxic Substances Control Account (collectively, DTSC) hereby
3   request, pursuant to L.R. 144(b) and (c), an initial ex parte
4   extension of time for the hearing on The Travelers Indemnity
5   Company's (Travelers') motion to intervene and to vacate the
6   default against Collins & Aikman Products, LLC (Collins &
7   Aikman), currently set for October 21, 2019.  The Continental
8   Insurance Company (Continental) joined in Travelers' motion, ECF
9   No. 202, and subsequently filed its own motion to intervene and
10  to set aside default, ECF No. 205.  As set forth in the
11  Declaration of Laura J. Zuckerman attached hereto (Zuckerman
12  Decl.), counsel for DTSC met and conferred by telephone with
13  counsel for Travelers on October 1 and 2, 2019, but were unable
14  to obtain Travelers' agreement to continue the October 21, 2019
15  hearing date unless DTSC agreed to stipulate to Travelers'
16  intervention.  Zuckerman Decl., ¶ 2 and Ex. A; ¶ 4 and Ex. C.
17  Continental has agreed to the continuance.  Zuckerman Decl., ¶ 3
18  and Ex. B.
19       As further set forth in the Joint Stipulation and [Proposed]
20  Order Extending the Date for Hearing on Continental's Motion to
21  Intervene and to Set Aside Default, also set for hearing on
22  October 21, 2019, lodged herewith, continuance of the hearing
23  date will allow the eleven (11) tendered insurers time to
24  complete their investigations, make coverage determinations, and
25  decide whether or not to seek to intervene.  The continuance
26  would promote efficiency and judicial economy if additional
27  insurers file motions to intervene and to set aside Collins &
28  Aikman's default, as it may permit intervention and default

2

issues to be resolved at a single hearing rather than through multiple hearings.[1]

The receiver for Collins & Aikman has indicated that, even if the hearing is continued to December 2, 2019, he will not seek to terminate the receivership provided there is sufficient activity in the case.  Zuckerman Decl., ¶ 5.  There have been no extensions already obtained by these parties for this particular matter.  *Id.*

The proposed briefing and hearing schedule is as follows:

1. <u>November 18, 2019</u> – Plaintiffs shall file their opposition to Travelers' motion to intervene and to vacate default.

2. <u>November 25, 2019</u> – Travelers shall file its reply in support of its motion to intervene and to vacate default.

3. <u>December 2, 2019</u> - a hearing on Travelers' motion to intervene and to vacate default shall be heard on this date, or on such date thereafter as the Court may order.

Counsel for DTSC has obtained approval from the Court for

///
///
///
///
///
///

---

[1] If the Court grants DTSC's and Continental's joint request to continue the hearing date on Continental's motion to December 2, 2019, but does not continue the hearing date on Travelers' motion, there will be two separate hearings on similar issues.  DTSC believes that, in the interests of judicial economy, the Continental motion, the Travelers motion, and any later-filed, similar motions should be heard on the same day.

3

INITIAL EX PARTE REQUEST FOR CONTINUANCE OF HEARING ON THE TRAVELERS INDEMNITY COMPANY'S MOTION TO INTERVENE AND VACATE DEFAULT (2:14-cv-00595-WBS-EFB)

this request for continuance of the hearing date to December 2, 2019. Zuckerman Decl., ¶ 6.

Dated: October 3, 2019                    Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN
Deputy Attorney General

/S/ Laura J. Zuckerman

LAURA J. ZUCKERMAN
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

4

INITIAL EX PARTE REQUEST FOR CONTINUANCE OF HEARING ON THE TRAVELERS INDEMNITY COMPANY'S MOTION TO INTERVENE AND VACATE DEFAULT (2:14-cv-00595-WBS-EFB)

DECLARATION OF LAURA J. ZUCKERMAN

I, Laura J. Zuckerman, declare as follows:

1. I am a Deputy Attorney General V in the California Department of Justice, Office of the Attorney General. In that capacity, I am one of the attorneys for plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, DTSC) in this action. I have personal knowledge of the facts stated herein, and, if called to do so, could and would testify competently thereto.

2. In an e-mail dated September 30, 2019, I requested that The Travelers Indemnity Company (Travelers) and The Continental Insurance Company (Continental) agree to a continuance of the hearing on their motions to intervene and to set aside default from October 21, 2019, to December 9, 2019. (At the time of the request, I was unaware that the December 9 hearing date was unavailable.) A true and correct copy of this e-mail is attached hereto as Exhibit A.

3. In an e-mail dated October 2, 2019, counsel for Continental indicated it would agree to DTSC's request to continue the hearing date. A true and correct copy of this e-mail is attached hereto as Exhibit B. Pursuant to this agreement, DTSC filed a Joint Stipulation and [Proposed] Order extending the date for hearing on Continental's motion to intervene and to set aside default to December 2, 2019. ECF No. 210.

4. Despite DTSC's meeting and conferring by telephone with Alex Potente, counsel for Travelers, on October 1 and 2, 2019, to explain that Travelers would suffer no prejudice from a

5

continuance, given that DTSC's motion for default judgment had been taken off calendar, Travelers would not agree to a continuance of the hearing on its motion to intervene and to set aside default unless DTSC would stipulate to Travelers' intervention in the action. On October 2, 2019, Mr. Potente subsequently sent me an e-mail reiterating Travelers' position. A true and correct copy of this e-mail is attached as Exhibit C hereto.

5. The receiver for Collins & Aikman Products, LLC, Mr. Brian Rostocki, has indicated that, even if the hearing is continued to December 2, 2019, he will not seek to terminate the receivership provided there is sufficient activity in the case. There have been no extensions already obtained by these parties for this particular matter.

6. On October 3, 2019, I confirmed with the Court that that the December 2, 2019, date would be available for the hearing on this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2019, at Oakland, California.

*/s/ Laura J. Zuckerman*
Laura J. Zuckerman

6

INITIAL EX PARTE REQUEST FOR CONTINUANCE OF HEARING ON THE TRAVELERS INDEMNITY COMPANY'S MOTION TO INTERVENE AND VACATE DEFAULT (2:14-cv-00595-WBS-EFB)

EXHIBIT A

**Laura Zuckerman**

| | |
|---|---|
| **From:** | Laura Zuckerman |
| **Sent:** | Monday, September 30, 2019 11:33 AM |
| **To:** | Potente, Alex; 'sthorpe@nicolaidesllp.com' |
| **Cc:** | McGinnis, Robin@DTSC; Jung, John; Olivia W. Karlin; Rostocki, Brian M.; 'rberdan@nicolaidesllp.com' |
| **Subject:** | Motions to intervene - DTSC v. Jim Dobbas, Inc. |

Dear Mr. Potente and Ms. Thorpe,

Now that the motion for default judgment has been taken off calendar, please let us know if you would be willing to stipulate to postponing the hearing on your motions to intervene and to set aside default by approximately 45 days, to December 9, 2019. The postponement would serve to allow the tendered insurers time to complete their investigations (pull old files, search policies, etc.), and make coverage determinations – which in turn would inform both the need for the insurers (including Travelers and Continental) to seek to intervene, and DTSC's position on their intervention motions. This will promote efficiency, as it may permit the issues to be resolved in one day of hearings, rather than through a series of hearings. The receiver has indicated that, even if the hearing is continued to December 9, 2019, he will not seek to terminate the receivership provided there is sufficient activity in the case.

We look forward to hearing from you.

Regards,

Laura Zuckerman
Deputy Attorney General
State of California Department of Justice
Attorney General's Office
1515 Clay Street, 20th Floor
Oakland, CA 94612
(510) 879-1299

1

# EXHIBIT B

## Laura Zuckerman

| | |
|---|---|
| **From:** | Sara M. Thorpe <sthorpe@nicolaidesllp.com> |
| **Sent:** | Wednesday, October 2, 2019 9:04 AM |
| **To:** | Laura Zuckerman; Potente, Alex |
| **Cc:** | McGinnis, Robin@DTSC; Jung, John; Olivia W. Karlin; Rostocki, Brian M.; Randall P. Berdan |
| **Subject:** | RE: Motions to intervene - DTSC v. Jim Dobbas, Inc. |

Laura,

Continental will agree to stipulate to postpone the hearing on the motions to intervene and set aside default. December 9 sounds like a reasonable time. Are you suggesting that would be the date of the hearing on the motions, with opposition and reply dating back from that date? Can you send a proposed stipulation with those dates included.

Can you also let us know if the DOJ sent notice of the lawsuit and default to any insurers other than Travelers, Hartford, and Continental. If so, we would like their contact information in order to communicate with them about this.

Thank you,

Sara


Sara M. Thorpe
sthorpe@nicolaidesllp.com

 NICOLAIDES
FINK THORPE
MICHAELIDES
SULLIVAN LLP

101 Montgomery St. | Suite 2300 | San Francisco, CA 94104
D: 415.745.3772 | F: 415.745.3771
www.nicolaidesllp.com

This email communication may contain CONFIDENTIAL INFORMATION THAT ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**From:** Laura Zuckerman <Laura.Zuckerman@doj.ca.gov>
**Sent:** Monday, September 30, 2019 1:33 PM
**To:** Potente, Alex <Alex.Potente@clydeco.us>; Sara M. Thorpe <sthorpe@nicolaidesllp.com>
**Cc:** McGinnis, Robin@DTSC <Robin.McGinnis@dtsc.ca.gov>; Jung, John <John.Jung@clydeco.us>; Olivia W. Karlin <Olivia.Karlin@doj.ca.gov>; Rostocki, Brian M. <BRostocki@ReedSmith.com>; Randall P. Berdan <rberdan@nicolaidesllp.com>
**Subject:** Motions to intervene - DTSC v. Jim Dobbas, Inc.

Dear Mr. Potente and Ms. Thorpe,

1

Now that the motion for default judgment has been taken off calendar, please let us know if you would be willing to stipulate to postponing the hearing on your motions to intervene and to set aside default by approximately 45 days, to December 9, 2019. The postponement would serve to allow the tendered insurers time to complete their investigations (pull old files, search policies, etc.), and make coverage determinations – which in turn would inform both the need for the insurers (including Travelers and Continental) to seek to intervene, and DTSC's position on their intervention motions. This will promote efficiency, as it may permit the issues to be resolved in one day of hearings, rather than through a series of hearings. The receiver has indicated that, even if the hearing is continued to December 9, 2019, he will not seek to terminate the receivership provided there is sufficient activity in the case.

We look forward to hearing from you.

Regards,

Laura Zuckerman
Deputy Attorney General
State of California Department of Justice
Attorney General's Office
1515 Clay Street, 20th Floor
Oakland, CA 94612
(510) 879-1299

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

EXHIBIT C

## Laura Zuckerman

**From:** Potente, Alex <Alex.Potente@clydeco.us>
**Sent:** Wednesday, October 2, 2019 1:32 PM
**To:** McGinnis, Robin@DTSC; Laura Zuckerman; Olivia W. Karlin
**Cc:** Rostocki, Brian M.
**Subject:** Wickes [CC-US2.FID674398]

Counsel: As we discussed today, Travelers will agree to continue its motion to vacate the default against Collins & Aikman Products, LLC as DTSC has requested if DTSC agrees to consent to Travelers' motion to intervene.

Thank you.

Alex Potente
Partner | Clyde & Co US LLP
Direct Dial: 415 365 9869 | Mobile: 415 845 3049
alex.potente@clydeco.us

  | 101 Second Street | 24th Floor | San Francisco | CA
94105 | USA
www.clydeco.us

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

ORDER

The Court, having reviewed and considered this initial ex parte request for continuance of hearing on The Travelers Indemnity Company's (Travelers') Motion to Intervene and to Vacate Default, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing date for the above-entitled motion is continued from October 21, 2019, to _____, at 1:30 p.m. in Courtroom 5.

IT IS HEREBY FURTHER ORDERED that the current deadline for filing opposition papers is continued from October 7, 2019, to November 18, 2019, with CM/ECF or mail service by that day.

IT IS HEREBY FURTHER ORDERED that the current deadline for filing Travelers' reply is continued from October 14, 2019, to November 25, 2019, with CM/ECF or mail service by that day.

**IT IS SO ORDERED.**

DATED: _____, 2019       _____
                                   WILLIAM B. SHUBB
                                   SENIOR U.S. DISTRICT JUDGE

7

INITIAL EX PARTE REQUEST FOR CONTINUANCE OF HEARING ON THE TRAVELERS INDEMNITY COMPANY'S MOTION TO INTERVENE AND VACATE DEFAULT (2:14-cv-00595-WBS-EFB)