**CLYDE & CO US LLP**
Alexander E. Potente, State Bar No. 208240
Email: alex.potente@clydeco.us
Hynki ("John") Jung, State Bar No. 318887
Email: john.jung@clydeco.us
101 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: 415.365.9800
Facsimile: 415.365.9801
San Francisco, California 94105

Attorney for Proposed Intervenor
THE TRAVELERS INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br><br>Defendants, | Case No. 2:14-CV-00595-WBS-EFB<br><br>**DECLARATION OF ALEXANDER E. POTENTE IN SUPPORT OF PROPOSED INTERVENOR THE TRAVELERS INDEMNITY COMPANY'S OPPOSITION TO PLAINTIFFS' INITIAL *EX PARTE* REQUEST FOR CONTINUANCE OF HEARING ON THE TRAVELERS INDEMNITY COMPANY'S MOTION TO INTERVENE AND VACATE DEFAULT**<br><br>Hon. William B. Shubb<br><br>Complaint Filed:   March 3, 2014 |

I, Alexander E. Potente, declare as follows:

1. I am a partner with the law firm of Clyde & Co US LLP, which serves as counsel of the proposed intervenor, The Travelers Indemnity Company ("Travelers") in the above-captioned matter. The statements made herein are based upon my personal knowledge and are true. If called as a witness, I could and would competently testify to the following matters under

oath.

2. In meet and confer sessions following DTSC's application for entry of default judgment, DTSC refused Travelers' request to continue the hearing date for DTSC's application in order to allow Travelers time to intervene. DTSC argued that any delay in the hearing on its motion for default judgment would prejudice DTSC for two reasons: (1) the Receiver for C&A Products, which DTSC was paying, had earlier indicated that he would move to terminate his appointment if there was no activity in the case, and (2) Travelers had delayed in seeking to vacate the default against C&A Products. A true and correct copy of the counsel for DTSC's September 12, 2019 letter to counsel for Travelers is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on October 4, 2019 in San Francisco, California.

*/s/ Alex Potente*

Alexander E. Potente

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 101 Second Street, 24th Floor, San Francisco, CA 94105.

On October 4, 2019, I served true copies of the following document(s) described as **DECLARATION OF ALEXANDER E. POTENTE IN SUPPORT OF PROPOSED INTERVENOR THE TRAVELERS INDEMNITY COMPANY'S OPPOSITION TO PLAINTIFFS' INITIAL *EX PARTE* REQUEST FOR CONTINUANCE OF HEARING ON THE TRAVELERS INDEMNITY COMPANY'S MOTION TO INTERVENE AND VACATE DEFAULT** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 4, 2019, at San Francisco, California.

       */s/ Trish Marwedel*
       Trish Marwedel

4752467

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

DECLARATION OF ALEXANDER E. POTENTE IN SUPPORT OF PROPOSED INTERVENOR THE TRAVELERS INDEMNITY COMPANY'S EX PARTE APPLICATION AND NOTICE OF MOTION AND MOTION TO INTERVENE AND TO VACATE DEFAULT