XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone:  (510) 879-1299
 Fax:  (510) 622-2270
 E-mail:
 Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>                                    Plaintiffs,<br><br>         v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC.,  a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>                                    Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | 2:14-cv-00595-WBS-EFB<br><br>DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE TRAVELERS INDEMNITY COMPANY'S MOTION TO INTERVENE AND TO VACATE DEFAULT<br><br>Date: October 21, 2019<br>Time: 1:30 p.m.<br>Place: Courtroom 5, 14th Floor<br>       501 I Street<br>       Sacramento, CA 95814<br>Judge: Hon. William B. Shubb<br><br>Action Filed: March 3, 2014 |

1

1     I, Laura J. Zuckerman, declare:

2     1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General, and have been assigned to represent Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC" or "Plaintiffs") in this action. I make the following statements upon personal knowledge or upon my review of files that the Office of the Attorney General maintains in the regular course of business, and, if called as a witness, could testify competently to these statements. This declaration is made in support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Travelers Indemnity Company's Application for an Order to Continue Hearing on Motion for Default Judgment, or, Alternatively, for an Order Shortening Time for Hearing on Travelers' Proposed Motion to Intervene and to Vacate Default.

    2. On telephone calls on or about October 1 or 2, 2019, I suggested to Alex Potente, counsel for Travelers, that Travelers agree to postpone the hearing on its motion to intervene until the additional insurers contacted had an opportunity to determine their positions on coverage; on behalf of DTSC, I offered to withdraw its tender to Travelers until a later point in time, and to stipulate to Travelers' intervention if Travelers accepted coverage under a reservation of rights. Mr. Potente, acting on

2

behalf of Travelers, did not agree to any of these proposals.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Oakland, California, on October 7, 2019.

_____
LAURA J. ZUCKERMAN

---

3

Declaration of Laura J. Zuckerman in Support of Plaintiffs' Memorandum of Points and Authorities in Opposition to The Travelers Indemnity Company's Motion to Intervene and to Vacate Default (2:14-cv-00595-WBS-EFB)