Xavier Becerra
Attorney General of California
Edward H. Ochoa
Supervising Deputy Attorney General
Olivia W. Karlin, State Bar No. 150432
Laura J. Zuckerman (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 Telephone:  (510) 879-1299
 Fax:  (510) 622-2270
 E-mail:
 Laura.Zuckerman@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | 2:14-cv-00595-WBS-EFB<br><br>**DECLARATION OF SERVICE BY OVERNIGHT MAIL**<br><br>Date:  October 21, 2019<br>Time:  1:30 p.m.<br>Place: Courtroom 5, 14th Floor<br>       501 I Street<br>       Sacramento, CA 95814<br>Judge: Hon. William B. Shubb<br><br>Action Filed: March 3, 2014 |

1

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing.

On October 7, 2019, I served the attached:

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THE TRAVELERS INDEMNITY COMPANY'S MOTION TO INTERVENE AND TO VACATE DEFAULT**

**DECLARATION OF LAURA J. ZUCKERMAN**

**DECLARATION OF SERVICE**

by placing a true copy thereof enclosed in a sealed envelope with **Federal Express**, in the internal mail collection system at the Office of the Attorney General at 1515 Clay Street, 20th Floor, Oakland, CA  94612-0550, addressed as follows:

Brian M. Rostocki
Reed Smith LLP - Delaware
1201 Market Street - Suite 1500
Wilmington, DE 19801

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 7, 2019, at Oakland, California.

| DEBRA BALDWIN | /s/ Debra Baldwin |
|---|---|
| Debra Baldwin | Signature |

2

DECLARATION OF SERVICE (2:14-cv-00595-WBS-EFB)