Thomas F. Vandenburg (State Bar No. 163446)
tvandenburg@wshblaw.com
Stratton P. Constantinides (State Bar No. 305103)
sconstantinides@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Proposed Intervenor Century Indemnity Company as successor to CCI Insurance Company as successor to Insurance Company of North America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT, <br><br>Plaintiffs, <br><br>v. <br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,, <br><br>Defendants. <br><br>AND RELATED CROSS-ACTIONS | Case No. 2:14-cv-0595-WBS-EFB <br><br>**DECLARATION OF NATALIE M. JACOBS IN SUPPORT OF CENTURY INDEMNITY COMPANY'S MOTION TO INTERVENE AS ALLEGED INSURER OF DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC AND TO VACATE DEFAULT** <br><br>Date: December 2, 2019 <br>Time: 1:30 p.m. <br>Place: Courtroom 5, 14th Floor <br>      501 I Street <br>      Sacramento, CA 95814 <br><br>The Hon. William B. Shubb <br><br>Trial Date: None Set |

## DECLARATION OF NATALIE M. JACOBS

I, Natalie M. Jacobs, declare as follows:

1. I am a Senior Direct Claims Handler at the Brandywine Group of Insurance and Reinsurance Companies ("Brandywine Holdings"). I am over 18 years of age. I know the

LEGAL:10468-0108/12925016.1

DECLARATION OF NATALIE M. JACOBS IN SUPPORT OF CENTURY INDEMNITY COMPANY'S MOTION TO INTERVENE AND TO VACATE DEFAULT

1  following facts to be true of my own knowledge, and if called to testify, I could competently do
2  so.

3      2.     My employer, Brandywine Holdings, handles legacy claims involving insurance
4  policies issued by Proposed Intervenor Century Indemnity Company as successor to CCI
5  Insurance Company as successor to Insurance Company of North America ("Century").

6      3.     December 11, 2014, the California Department of Toxic Substances Control and
7  the Toxic Substances Control Account (collectively, "DTSC") filed its First Amended Complaint
8  in *California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.*, United
9  States District Court, Eastern District of California, Case No. 2:14-cv-00595-WBS-EFB I ("DTSC
10 Action"), in which it named Collins & Aikman Products, LLC ("C&A Products, LLC").

11     4.     DTSC never provided notice to Century of the DTSC Action or the March 25, 2015
12 entry of default against C&A Products, LLC. Century was first provided notice of the DTSC
13 Action, including a tender of defense and indemnity, in a September 10, 2019 letter from Arcina
14 Risk Group ("Arcina Letter"), which was nearly five (5) years after DTSC named C&A Products,
15 LLC in the DTSC Action. The Arcina Letter further served as Century first notice of the pending
16 Application for Default Judgment, scheduled for September 25, 2019. After receiving the Arcina
17 Letter, Century promptly engaged outside counsel to assist with intervention in the DTSC Action
18 in order to protect Century's interests as putative insurer for C&A Products, LLC. Attached hereto
19 as **Exhibit "A"** is a true and correct copy of the September 10, 2019 Arcina Letter.

20     5.     On April 12, 2000, C&A Products Co., corporate predecessor to C&A Products,
21 LLC, entered into a settlement agreement to address certain outstanding litigation concerning
22 coverage for environmental investigation and remediation activities at certain properties
23 ("Confidential Settlement Agreement"), including the Site which serves as the subject of the
24 DTSC Action. The Confidential Settlement Agreement was effective April 13, 2000. Under the
25 terms of the Confidential Settlement Agreement, Century made a settlement payment to C&A
26 Products Co. which, in exchange for that payment, released Century from certain claims, including
27 the claims DTSC has now asserted against C&A Products, LLC arising out of or relating to the
28 Site. As part of the Confidential Settlement Agreement, C&A Products Co. dismissed its coverage

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1  actions against Century with prejudice.

2  I declare under penalty of perjury under the laws of the State of California that the
3  foregoing is true and correct.

4  Executed October 17, 2019, at Bordentown, New Jersey.

*[Signature]*
Natalie M. Jacobs

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 • FAX 310-481-7650

LEGAL:10468-0108/12925016.1              -3-

DECLARATION OF NATALIE M. JACOBS IN SUPPORT OF CENTURY INDEMNITY COMPANY'S MOTION TO INTERVENE AND TO VACATE DEFAULT

# EXHIBIT A

# ARCINA
RISK GROUP

September 10, 2019

**Via U.S. Mail and E-Mail**
john.glowackijr@brandywineholdings.com

John Glowacki, Jr.
Brandywine Group of Insurance and
Reinsurance Companies
510 Walnut Street, WB11E
Philadelphia, PA 19106

**IMMEDIATE ATTENTION REQUIRED**

| | |
|---|---|
| Re:   Notice of Suit: | *California Department of Toxic Substances Control and the Toxic Substances Control Account v. Jim Dobbas, Inc., et al.*, U.S. District Court for the Eastern District of California, Civil Case No. 2:14-595 WBS EFB |
| | Elmira Site Contamination – Solano County California |
| Insured: | Wickes Corporation and Wickes Companies, Inc., et al |
| Insurer(s): | Insurance Company of North America |
| | Industrial Indemnity Insurance Company |
| Policy Numbers: | INA: GO 1907608 for the period 5/1/1981 to 5/1/1982 |
| | INA: XCP 144099 for the period 5/1/1981 to 5/1/1982 |
| | INA: GLPG 0041245 for the period 4/24/1982 to 4/24/1983 |
| | INA: XCP 144683 for the period 4/24/1982 to 4/24/1983 |
| | INA: GLPG 000 4216A for the period 4/24/1983 to 7/24/1984 |
| | INA: XCP 145543 for the period 4/24/1983 to 4/24/1984 |
| | INA: XBC 154417 for the period 4/24/1984 to 4/24/1985 |
| | INA: XCPG 000 44428 for the period 7/24/1985 to 7/24/1986 |
| | Industrial Indemnity: XS 8764771 for the period 7/24/1985 to 7/24/1986 |

Dear Mr. Glowacki:

This letter is to tender and advise you of an Application for Default Judgment pending against your insured Collins and Aikman Products, LLC (C&A). C&A is the successor in interest to the Wickes Companies, Inc. and the Wickes Corporation. This tender is under the identified policies and any other applicable policies that the company may have issued to the Wickes Companies, Inc. or the Wickes Corporation.

Attached hereto please find the Amended Notice of Hearing, setting the hearing on September 25, 2019. The Application for Default Judgment and Memorandum of Points and Authorities are also attached hereto. The Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, DTSC) seek to recover $3,219,449.85 in unreimbursed public

Insurance Company of North America and Industrial Indemnity Insurance Company (Brandywine)
*Re: Elmira Site*
September 10, 2019
Page 2

funds that DTSC has spent through May 31, 2019 under CERCLA, and a declaration that C&A is liable for DTSC's future response costs at the Elmira Site.

We understand that Travelers intends to seek to intervene in the matter.

As per the policy terms and conditions, we request that you indemnify and defend your insured immediately. Please direct any future correspondence and communication to the undersigned with copies to:

>Brian M. Rostocki - Receiver for Collins & Aikman Products, LLC
>ReedSmith LLP
>1201 Market Street, Suite 1500
>Wilmington, DE 19801
>brostocki@reedsmith.com

and

>Olivia W. Karlin
>Deputy Attorney General
>State of California Department of Justice
>300 South Spring Street
>Los Angeles, CA 90013
>Olivia.Karlin@doj.ca.gov

We request that you contact us for additional information regarding the Elmira Site and pending application for a default judgment.

We continue to search for additional coverage for these matters. **We kindly request you search your archives and underwriting materials and notify us of ANY information, including impairment, related to policies issued to the Wickes Corporation or Wickes Companies, Inc. with respect to the Elmira Site.**

**We also kindly ask that you provide us with copies of any policies, claims files and underwriting materials in your possession immediately related to policies issued between 1979 and 1987. Materials may be sent by email to rjanisch@arcinarisk.com or by mail.**

We look forward to hearing from you.

Sincerely,

Richard A. Janisch
RAJ/fr
Enclosures
cc:  brostocki@reedsmith.com
     Olivia.Karlin@doj.ca.gov
     msalem@arcinarisk.com

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On October 17, 2019, I served the following document(s) described as **DECLARATION OF NATALIE M. JACOBS IN SUPPORT OF CENTURY INDEMNITY COMPANY'S MOTION TO INTERVENE AS ALLEGED INSURER OF DEFENDANT COLLINS & AIKMAN PRODUCTS, LLC AND TO VACATE DEFAULT** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 17, 2019, at Los Angeles, California.

/s/ Jacqueline V. Wilburn
Jacqueline V. Wilburn

LEGAL:10468-0108/12925016.1

-4-

DECLARATION OF NATALIE M. JACOBS IN SUPPORT OF CENTURY INDEMNITY COMPANY'S MOTION TO INTERVENE AND TO VACATE DEFAULT

# SERVICE LIST

*California Dept. of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al,*
*United States District Court, Eastern District of California*
Case No. 2:14-cv-0595-WBS-EFB

| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>EDWARD H. OCHOA<br>Supervising Deputy Attorney General<br>OLIVIA W. KARLIN, State Bar No. 150432<br>LAURA J. ZUCKERMAN (Counsel for service) State Bar No. 161896<br>Deputy Attorneys General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>Telephone: (510) 879-1299<br>Fax: (510) 622-2270<br>E-mail: Laura.Zuckerman@doj.ca.gov<br>**Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account** | Alexander Eugene Potente<br>Clyde & Co US LLP<br>101 2nd Street, Suite 2400<br>San Francisco, CA 94105<br>Telephone: (415) 365-9800<br>Fax: (415) 365-9801<br>Email: alex.potente@clydeco.us<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>**Attorneys for Intervenor, THE TRAVELERS INDEMNITY COMPANY** |
| Brian M. Rostocki<br>Reed Smith LLP - Delaware<br>1201 Market Street - Suite 1500<br>Wilmington, DE 19801<br>**Registered Agent for C&A Products, LLC** | Sam M. Thorpe<br>Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>101 Montgomery Street, Suite 2300<br>San Francisco, CA 94104<br>Telephone: (415) 745-3772<br>Fax: (415) 745-3771<br>Email: ssthorpe@nicolaidesllp.com<br>LEAD ATTORNEY<br>ATTORNEY 70 BE NOTICED<br>**Attorneys for the Intervenor, THE CONTINENTAL INSURANCE COMPANY** |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650