MARIA S. QUINTERO (SBN 223629)
mquintero@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Proposed Intervenor
ALLSTATE INSURANCE COMPANY, solely as Successor in Interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, formerly known as NORTHBROOK INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | Case No. 2:14-cv-00595 WBS EFB<br><br>**NOTICE OF JOINDER BY PROPOSED INTERVENOR ALLSTATE INSURANCE COMPANY, SOLELY AS SUCCESSOR IN INTEREST TO NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, FORMERLY KNOWN AS NORTHBROOK INSURANCE COMPANY IN TRAVELERS' EX PARTE APPLICATION FOR AN ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, OR ALTERNATIVELY, FOR AN ORDER SHORTENING TIME FOR HEARING ON TRAVELERS' PROPOSED MOTION TO INTERVENE AND VACATE DEFAULT**<br><br>Date: October 21, 2019<br>Time: 1:30 p.m.<br>Dept.: Hon. William B. Shubb<br><br>Complaint Filed: March 3, 2014 |

ALLSTATE INSURANCE COMPANY, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company ("Northbrook")[1] by its attorneys, Hinshaw & Culbertson LLP, joins in The Travelers Indemnity Company's ("Travelers") Ex Parte Application for an Order To Continue Hearing on Plaintiff's Motion for Default Judgment, Or, Alternatively, For An Order Shortening Time For Hearing on Travelers' Proposed Motion to Intervene And To Vacate Default ("Travelers' Motion") and states as follows:

Northbrook first received notice of this lawsuit and the default against Defendant Collins & Aikman Products, LLC on September 10, 2019.

Upon information and belief, Northbrook allegedly issued the following excess level policies of insurance to the Wickes Corporation or the Wickes Companies, Inc. (the "Northbrook Policies"): Excess Umbrella Policy No.63007936 (excess of $75 million, excess of primary) for the period 5/1/1981 to 4/24/1982; Excess Umbrella Policy No. 63008720 (excess of $75 million, excess of primary) for the period 4/24/1982 to 4/24/1983; and, Excess Umbrella Policy No. 63009155 (excess of $50 million, excess of primary) for the period 4/24/1983 to 4/24/1984. It is alleged that Defendant Collins & Aikman Products, LLC has rights under the Northbrook Policies.  Northbrook is currently investigating this claim.

Travelers filed an Ex Parte Application for an Order To Continue Hearing on Plaintiff's Motion for Default Judgment, Or, Alternatively, For An Order Shortening Time For Hearing on Travelers' Proposed Motion to Intervene And To Vacate Default and Memorandum in Support thereof on September 18, 2019 [Dkt. 198].

Northbrook hereby joins, adopts, and incorporates by reference Travelers' Ex Parte Application for an Order To Continue Hearing on Plaintiff's Motion for Default Judgment, Or, Alternatively, For An Order Shortening Time For Hearing on Travelers' Proposed Motion to Intervene And To Vacate Default and Memorandum in Support, including all arguments and authorities recited therein.

---

[1] Northbrook objects to and opposes entry of any default judgment and, if a default judgment is entered, Northbrook will move to set it aside.

Northbrook requests that this Court grant the relief sought in Travelers' Ex Parte Application for an Order To Continue Hearing on Plaintiff's Motion for Default Judgment, Or, Alternatively, For An Order Shortening Time For Hearing on Travelers' Proposed Motion to Intervene And To Vacate Default. Northbrook files this Joinder in support of the arguments set forth in Travelers' Motion. Northbrook also reserves the right to submit supplemental briefs or joinders and argument as this Court may allow in further support of the relief sought in Travelers' Motion.

DATED: October 18, 2019                    HINSHAW & CULBERTSON LLP

                                           By: */s/ Maria S. Quintero*
                                           MARIA S. QUINTERO
                                           ALLSTATE INSURANCE COMPANY, solely
                                           as Successor in Interest to NORTHBROOK
                                           EXCESS AND SURPLUS INSURANCE
                                           COMPANY, formerly known as
                                           NORTHBROOK INSURANCE COMPANY