MARIA S. QUINTERO (SBN 223629)
mquintero@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Proposed Intervenor
ALLSTATE INSURANCE COMPANY, solely as Successor in Interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, formerly known as NORTHBROOK INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | Case No. 2:14-cv-00595 WBS EFB<br><br>**JOINDER BY PROPOSED INTERVENOR ALLSTATE INSURANCE COMPANY, SOLELY AS SUCCESSOR IN INTEREST TO NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, FORMERLY KNOWN AS NORTHBROOK INSURANCE COMPANY IN TRAVELERS' EX PARTE APPLICATION FOR AN ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT, OR ALTERNATIVELY, FOR AN ORDER SHORTENING TIME FOR HEARING ON TRAVELERS' PROPOSED MOTION TO INTERVENE AND VACATE DEFAULT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:    October 21, 2019<br>Time:    1:30 p.m.<br>Dept.:   Hon. William B. Shubb<br><br>Place:   Courtroom 5, 14th Floor<br>         501 I Street<br>         Sacramento, CA 95814<br><br>Complaint Filed: March 3, 2014 |

ALLSTATE INSURANCE COMPANY, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company ("Northbrook")[1] by its attorneys, Hinshaw & Culbertson LLP, joins in The Travelers Indemnity Company's ("Travelers") Notice of Motion and Motion to Intervene and to Vacate Default; and Memorandum of Points and Authorities in Support of Motion to Intervene and to Vacate and states as follows:

1. Northbrook first received notice of this lawsuit and the default against Defendant Collins & Aikman Products, LLC on September 10, 2019.

2. Upon information and belief, Northbrook allegedly issued the following excess level policies of insurance to the Wickes Corporation or the Wickes Companies, Inc. (the "Northbrook Policies"):  Excess Umbrella Policy No.63007936 (excess of $75 million, excess of primary) for the period 5/1/1981 to 4/24/1982; Excess Umbrella Policy No. 63008720 (excess of $75 million, excess of primary) for the period 4/24/1982 to 4/24/1983; and, Excess Umbrella Policy No. 63009155 (excess of $50 million, excess of primary) for the period 4/24/1983 to 4/24/1984.  It is alleged that Defendant Collins & Aikman Products, LLC has rights under the Northbrook Policies.  Northbrook is currently investigating this claim.

3. Travelers filed a Notice of Motion, a Motion to Intervene and To Vacate Default and Memorandum in Support thereof on September 18, 2019 [Dkts. 196, 197].

4. Northbrook hereby joins and adopts and incorporates by reference Travelers' Notice of Motion, Motion to Intervene and To Vacate Default and Memorandum in Support thereof, including all arguments and authorities as it pertains to its Motion to Intervene and Vacate Default, as well as any further argument or briefing Travelers sets forth in support of its Motion to Intervene And To Vacate Default.

---

[1] Northbrook objects to and opposes entry of any default judgment and, if a default judgment is entered, Northbrook will move to set it aside.

2

JOINDER IN EX PARTE APPLICATION TO CONTINUE HEARING ON MOTION FOR DEFAULT JUDGMENT - CASE NO. 2:14-CV-00595 WBS EFB
2687\304556881.v1

Northbrook respectfully request that this Court grant the relief sought in Travelers' Motion to Intervene and To Vacate Default.  Northbrook files this Joinder in support of the arguments set forth in Traveler's Motion to Intervene and To Vacate Default   Northbrook also reserves the right to submit supplemental briefs or joinders and argument as this Court may allow.

DATED:  October 18, 2019

HINSHAW & CULBERTSON LLP

By: */s/ Maria S. Quintero*
MARIA S. QUINTERO
ALLSTATE INSURANCE COMPANY, solely as Successor in Interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, formerly known as NORTHBROOK INSURANCE COMPANY