MARIA S. QUINTERO (SBN 223629)
mquintero@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Proposed Intervenor
ALLSTATE INSURANCE COMPANY, solely as Successor in Interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, formerly known as NORTHBROOK INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>vs.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:14-cv-00595 WBS EFB<br><br>**DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.PRO. 7.1**<br><br>Complaint Filed:  March 3, 2014<br><br>Department:  Hon. William B. Shubb |

Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company, by its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

1.  Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly known as Northbrook Insurance Company, is a wholly owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company.

2. Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware Corporation.

3. The stock of the Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

DATED: October 18, 2019

HINSHAW & CULBERTSON LLP

By: */s/ Maria S. Quintero*
MARIA S. QUINTERO
ALLSTATE INSURANCE COMPANY, solely as Successor in Interest to NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, formerly known as NORTHBROOK INSURANCE COMPANY