1  TIMOTHY M. THORNTON, JR.
   State Bar No. 106413
2  GRAY DUFFY, LLP
   15760 Ventura Boulevard
3  16th Floor
   Encino, CA 91436
4  Phone:(818) 907-4000
   Fax:  (818) 783-4551
5  E-mail:tthornton@grayduffylaw.com
   *Attorneys for Plaintiffs California*
6  *Department of Toxic Substances Control and the*
   *Toxic Substances Control Account*
7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants.<br><br>**AND RELATED COUNTERCLAIMS AND CROSS CLAIMS** | Case No. 2:14-cv-00595-WBS-EFB<br><br>**PLAINTIFFS' NOTICE OF ASSOCIATION OF COUNSEL**<br><br>**[L.R. 182(i)]**<br><br><br>Judge:       Hon. William B. Shubb<br>Trial Date:  Not Set<br>Action Filed:  March 3, 2014 |

23  **TO:   CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:**

24       **PLEASE TAKE NOTICE,** pursuant to L.R. 182(i), that Timothy M. Thornton, Jr. of

25  GRAY DUFFY, LLP, hereby associates in as co-counsel with the Office of the Attorney General

26  on behalf of Plaintiffs California Department of Toxic Substances Control and the Toxic

27  Substances Control Account in the above-captioned action.  All pleadings and other papers served

28

                                    1

on Plaintiffs should also be directed to the attention of Timothy M. Thornton, Jr. at the following address:

>Timothy M. Thornton, Jr. SBN: 106413
>GRAY DUFFY,LLP,
>15760 Ventura Blvd., 16th Floor
>Encino, CA 91436
>Main:  (818) 907-4000
>Direct: (818) 907-4023
>Fax:    (818) 783-4551
>Email: tthornton@grayduffylaw.com.

I hereby consent to the above association of counsel.

Dated:  November 12, 2019                    Respectfully Submitted,

/s/ Timothy M. Thornton, Jr.

TIMOTHY M. THORNTON, JR.
GRAY DUFFY, LLP
*Attorneys for: Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

I hereby consent to the above association of counsel.

DATED: November 12, 2019

XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN
Deputy Attorney General

/s/  Laura J. Zuckerman

LAURA J. ZUCKERMAN
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*