XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-1299
Fax: (510) 622-2270
E-mail: Laura.Zuckerman@doj.ca.gov

TIMOTHY M. THORNTON, JR., State Bar No. 106413
GRAY-DUFFY, LLP
15760 Ventura Blvd, 16th Fl.
Encino, CA 91436-3027
Telephone: (818) 907-4000
Fax: (818) 783-4551
E-mail: tthornton@grayduffylaw.com

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>                                  Plaintiffs,<br><br>          v.<br><br>JIM DOBBAS, INC., et al.,<br><br>                                  Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | 2:14-cv-00595-WBS-EFB<br><br>DECLARATION OF LAURA J. ZUCKERMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO ALLIANZ, ALLSTATE, CENTURY, and CONTINENTAL'S MOTIONS TO INTERVENE AND TO VACATE DEFAULT<br><br>Date: December 2, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. William Shubb<br>Place: Courtroom 5<br>Action Filed: March 3, 2014 |

1

I, Laura J. Zuckerman, declare:

1.  I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General, and have been assigned to represent Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC" or "Plaintiffs") in this action.  I make the following statements upon personal knowledge or upon my review of files that the Office of the Attorney General maintains in the regular course of business, and, if called as a witness, could testify competently to these statements.  This declaration is made in support of Plaintiffs' Memorandum of Points and Authorities in Opposition to Allianz, Allstate, Century, and Continental's Motions to Intervene and to Vacate Default.

2.  Exhibit A hereto is a true and correct copy of a draft insurance coverage chart, subject to change, prepared by DTSC's agent Arcina Risk Group and dated October 1, 2019.

3.  DTSC has stated that it will seek enforcement of a default judgment, not against C&A Products, but "only as a means to pursue a direct action against the company's historic insurers."  *See* Docket No. 197-4.  The investigation into the old insurance policies is still ongoing; tenders have been sent to multiple insurance companies, not just to Allianz, Allstate, Century, and Continental; and DTSC has not yet determined which insurers to proceed against if its default judgment motion is granted.

4.  Exhibit B hereto is a true and correct copy of an e-mail sent on November 15, 2019, by Laura Zuckerman to Thomas F.

2

Decl. of Laura J. Zuckerman in Support of Opp. To Allianz, Allstate, Century, and Continental's Motions to Intervene and to Vacate Default(2:14-cv-00595-WBS-EFB)

Vandenburg and Stratton P. Constantinides, Mario Quintero, Sara Thorpe, and Randall P. Berdan, listing as cc's Brian Rostocki, Timothy Thornton, Christopher Kane, Robin McGinnis, Olivia W. Karlin, and Ed Ochoa.  As of the time of this filing, I have received no response to this e-mail.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Oakland, California, on November 18, 2019.

_____
LAURA J. ZUCKERMAN