EXHIBIT A

## California -DOJ - Wickes Policy Chart

**Key**
- Policy Materials Available
- Listed as underlying on Excess Policy
- Awaiting/Searching for Policy Materials

| $ Layer | 5/1/1978 to 5/1/1979 | 5/1/1979 to 5/1/1980 | 5/1/1980 to 5/1/1981 | 5/1/1981 to 5/1/1982 | 4/24/1982 to 4/24/1983 | 4/24/1983 to 4/24/1984 | 4/24/1984 to 7/24/1985 | 7/24/1985 to 7/24/1986 |
|---|---|---|---|---|---|---|---|---|
| $101M | | | | INA XCP 144099 $10M p/o $25M XS $75M XS $1M | INA XCP 144683 $10M P/O $25M XS $75M XS $1M | INA XCP 145543 $10M P/O $50M XS $50M XS $1M | (Possible Mission Ins Co) MN 025282 | Aetna Casualty & Surety Co OIXN 5341 WCA $25M P/O $50M XS $50M XS $1M |
| | | | | Northbrook Excess Ins 63007936 $10M p/o $25M XS $75M XS $1M | Twin City Fire Ins Co TXS 100948 $5M P/O $25M XS $75M XS $1M | Associated Inernational Ins Co XS 101278 $5M P/O $50M XS $50M XS $1M | Aetna Casualty & Surety Co OIXN 4170 WCA $30M P/O $40M XS $50M XS $1M | Home Ins Co HXL 1643384 $15M P/O $50M XS $50M XS $1M |
| | | | | Mututal Fire Ins Co MEL 40328 $5M P/O $25M XS $75M XS $1M | Northbrook Excess Ins 63008720 $10M P/O $25M XS $75M XS $1M | Northbrook Excess Ins 63009155 $10M P/O $50M XS $50M $1M | | INA XCPG 00044428 $5M P/O $50M XS $50M XS $1M |
| $76M | | | | Lexington Ins Co 5514490 $20M P/O $25M XS $50M XS $1M | Lexington Ins Co 552243 $20M P/O $50M XS $25M XS $1M | Lexington Ins Co 5525417 $25M P/O $50M XS $50M XS $1M | Unknown Carrier(s) $20M P/O $40M XS $50M XS $1M (Possible Fireman's Fund) XLX 1620264 | Federal Ins Co 79291742 $5M P/O $50M XS $50M XS $1M |
| | | | Unknown | Old Republic Ins Co OZX12647 $5M P/O $25M XS $50M XS $1M | Twin City Fire Ins Co TXS 100948 $5M P/O $50M XS $25M XS $1M | | | |
| $51M | | | | Allianz Underwriters AUX 5201182 $10M P/O $25M XS $15M XS $10M XS $1M Policy Canceled 4/24/1982 | Allianz Underwriters AUX 5201482 $10M P/O $50M XS $25M XS $1M | Allianz Underwriters AUX 5201083 $10M P/O $25M XS $15M XS $10M XS $1M | | Federal Ins Co (86) 79287443 $15M XS $36M |
| | | | Lexington Insurance Co. 5514420 $10M XS Uknown or National Union Fire Ins Co of PA BE1330332 $10M XS Uknown | Assocaited International AEL 051138 $5M P/O $25M XS $15M XS $10M XS $1M | Associtated International XS 101278 $5M P/O $50M XS $25M XS $1M | Twin City Fire TXS 101597 $15M P/O $25M XS $15M XS $10M XS $1M | Federal Ins Co (85) 92874443 $25M XS $25M XS $1M | Continental Ins Co Unknown Policy # $5M P/O $10M XS $26M |
| $35M | Unknown | Unknown | | Integrity Ins Co XL 203172 $5M P/O $25M XS $15M XS $10M XS $1M | Integrity Ins Co XL 203487 $5M P/O $50M XS $25M XS $1M | | | |
| | | | | Old Republic Ins Co DZX 12647 $5M P/O $25M XS $15M XS $10M XS $1M | Twin City Fire TXS 100948 $10M P/O $50M XS $25M XS $1M | | | AIU Ins Co 75103421 $5M P/O $10M XS $26M |
| $25M | | | | Chicago Ins Co 255 UO 32341 $5M P/O $15M XS $10M XS $1M | Chicago Ins Co 255 UO 33533 $5M P/O $15M XS $10M XS $1M | Transcontinental Ins Co RDX 2820518 $10M P/O $20M XS $5M XS $1M | | Industrial Indemnity Ins Co XS 8764771 $15M XS $10M XS $1M |
| | Travelers Indemnity Co. TRL-NSL-133T700178 $25M XS $500K 5/1/1978 to 5/1/1981 | Travelers Indemnity Co. TRL-NSL-133T700178 $25M XS $500K 5/1/1978 to 5/1/1981 | Travelers Indemnity Co. TRL-NSL-133T700178 $25M XS $500K 5/1/1978 to 5/1/1981 | Transcontinental Ins Co RDX 2820351 $10M P/O $15M XS $10M XS $1M | Transcontinental Ins Co RDX 2820433 $10M P/O $15M XS $10M XS $1M | First State Ins Co EU 936017 $10M P/O $20M XS $5M XS $1M | INA XBC 154417 $25M XS $1M | INA XCPG 00044428 $5M XS $5M XS $1M |
| $10M | | | | New England Re Corp 686942 $10M XS $1M | First State Ins Co 951246 $10M XS $1M | St. Paul Surplus Lines Ins Co 966XA0702 $5M XS $1M | | Continental Ins Co SRU 2101360 $5M XS $1M |
| | Gap/Unknown | Travelers Indemnity Co. TRNSL-133T679-3-79 $500,000 | Travelers Indemnity Co. TRNSL-133T-3-80 $500,000 | INA GO-1907608 $1M | INA GLPG-0041245 $1M $250K Deductible | INA GLPG-0004216A $1M $250K Deductible | Continental Ins Co SRL 3344602 $1M | Continental Ins Co SRL 3344617 $1M |

as of 10/1/2019

PRIVILEGED AND CONFIDENTIAL