EXHIBIT B

| | |
|---|---|
| **From:** | Laura Zuckerman |
| **To:** | "Thomas F. Vandenburg"; "Stratton P. Constantinides"; mquintero@hinshawlaw.com; Sara M. Thorpe; Randall P. Berdan |
| **Cc:** | "Rostocki, Brian M."; "Timothy Thornton"; "Kane, Christopher@DTSC"; "McGinnis, Robin@DTSC"; Olivia W. Karlin; Ed Ochoa |
| **Subject:** | RE: DTSC et al. v. Jim Dobbas, Inc. et al. - Motions to intervene and vacate default |
| **Date:** | Friday, November 15, 2019 4:28:00 PM |

Counsel,

In an effort to address concerns raised by Mr. Constantides and to narrow the issues before the Court at the December 2 hearing in *DTSC et al. v. Jim Dobbas, Inc. et al.* on the motions to intervene and vacate C&A Products, LLC's default, **DTSC reiterates its offer to stipulate to the intervention of any insurer that (1) accepts coverage for C&A Products, LLC's potential liability without a reservation of rights, or (2) any insurer who agrees that there is a potential for coverage, as defined by *Gray v. Zurich Ins. Co.*, 65 Cal.2d 263 (1966), so that (if a primary insurer) it has a duty to defend C&A Products, LLC with a reservation of rights.** Please let us know by November 18, 2019 if your client will take such a position on coverage.

Thank you,

Laura