SARA M. THORPE (SBN: 146529)
sthorpe@nicolaidesllp.com
RANDALL P. BERDAN (SBN: 199623)
rberdan@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
101 Montgomery Street, Suite 2300
San Francisco, CA 94104
Telephone:     (415) 745-3770
Facsimile:      (415) 745-3771

Attorneys for Proposed Intervenor
THE CONTINENTAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>            Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS. | 2:14-cv-00595-WBS-EFB<br><br>**PROPOSED INTERVENOR THE CONTINENTAL INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[F.R.C.P Rule 7.1]**<br><br>The Hon. William B. Shubb<br><br>Action Filed: March 3, 2014 |

Pursuant to Federal Rule of Civil Procedure 7.1, The Continental Insurance Company, by its undersigned attorneys, states as follows:

The Continental Insurance Company is a wholly owned (100%) subsidiary of Continental Casualty Company, Inc., which is a wholly-owned (100%) subsidiary of The Continental Corporation, which is a wholly-owned (100%) subsidiary of CNA Financial

Corporation, which is an owned (approximately 89%) subsidiary of Loews Corporation. No parent entity or publicly held entity owns 10% or more of the stock of Loews Corporation.

Dated: November 27, 2019

NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP

By: /s/ Sara Thorpe

Sara M. Thorpe
Randall P. Berdan
Attorneys for Proposed Intervenor
The Continental Insurance Company