Thomas F. Vandenburg (State Bar No. 163446)
tvandenburg@wshblaw.com
Stratton P. Constantinides (State Bar No. 305103)
sconstantinides@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Proposed Intervenors Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:14-cv-0595-WBS-EFB<br><br>**PROPOSED INTERVENOR ALLIANZ UNDERWRITERS INSURANCE COMPANY, CHICAGO INSURANCE COMPANY, AND FIREMAN'S FUND INSURANCE COMPANY'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES**<br><br>The Hon. William B. Shubb<br><br>Trial Date:        None Set |

Pursuant to Fed. R. Civ. Proc. 7.1, the undersigned certifies that the following listed parties, associations of persons, firms, partnerships, corporations, (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial

LEGAL:05971-0074/13305066.1

ALLIANZ UNDERWRITERS INSURANCE COMPANY, CHICAGO INSURANCE COMPANY, AND FIREMAN'S FUND INSURANCE COMPANY'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES

interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Allianz Underwriters Insurance Company, an Illinois corporation, is a wholly owned subsidiary of Allianz Global Risks US Insurance Company, an Illinois corporation ("AGR US"). Eight percent (8%) of the equity and twenty percent (20%) of the voting control of AGR US are held by Allianz of America, Inc., which is a wholly owned subsidiary of Allianz Europe B.V., a wholly owned subsidiary of Allianz SE. Ninety-two percent (92%) of the equity and eighty percent (80%) of the voting control of AGR US are held by AGCS International Holding B.V., which is a wholly owned subsidiary of Allianz Global Corporate & Specialty SE, a wholly owned subsidiary of Allianz SE. Allianz SE is a publicly held company that indirectly holds ten percent (10%) or more of Allianz Underwriters Insurance Company's stock.

Chicago Insurance Company, an Illinois corporation, is a wholly owned subsidiary of Fireman's Fund Insurance Company, a California corporation, which in turn is a wholly owned subsidiary of Allianz Global Risks US Insurance Company, an Illinois corporation ("AGR US"). Eight percent (8%) of the equity and eighty percent (80%) of the voting control of AGR US are held by Allianz of America, Inc., which is a wholly owned subsidiary of Allianz Europe B.V., a wholly owned subsidiary of Allianz SE. Ninety-two percent (92%) of the equity and twenty percent (20%) of the voting control of AGR US are held by AGCS International Holding B.V., which is a wholly owned subsidiary of Allianz Global Corporate & Specialty SE, a wholly owned subsidiary of Allianz SE. Allianz SE is a publicly held company that indirectly holds ten percent (10%) or more of Fireman's Fund Insurance Company (and its subsidiaries, including Chicago Insurance Company).

Fireman's Fund Insurance Company, a California corporation, is a wholly owned subsidiary of Allianz Global Risks US Insurance Company, an Illinois

corporation ("AGR US").  Eight percent (8%) of the equity and eighty percent (80%) of the voting control of AGR US are held by Allianz of America, Inc., which is a wholly owned subsidiary of Allianz Europe B.V., a wholly owned subsidiary of Allianz SE.  Ninety-two percent (92%) of the equity and twenty percent (20%) of the voting control of AGR US are held by AGCS International Holding B.V., which is a wholly owned subsidiary of Allianz Global Corporate & Specialty SE, a wholly owned subsidiary of Allianz SE.  Allianz SE is a publicly held company that indirectly holds ten percent (10%) or more of Fireman's Fund Insurance Company (and its subsidiaries).

DATED:  December 2, 2019          WOOD, SMITH, HENNING & BERMAN LLP


By:   */s/ Stratton P. Constantinides*
      THOMAS F. VANDENBURG
      STRATTON P. CONSTANTINIDES
Attorneys for Proposed Intervenors
Allianz Underwriters Insurance Company,
Chicago Insurance Company, and Fireman's
Fund Insurance Company

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On December 2, 2019, I served the following document(s) described as **PROPOSED INTERVENOR ALLIANZ UNDERWRITERS INSURANCE COMPANY, CHICAGO INSURANCE COMPANY, AND FIREMAN'S FUND INSURANCE COMPANY'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES** on the interested parties in this action as follows:
**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I placed true copies of the foregoing document(s) enclosed in sealed envelopes addressed as shown on the Service List. I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 2, 2019, at Los Angeles, California.

*/s/ Christina Samayoa*
Christina Samayoa

LEGAL:05971-0074/13305066.1

-1-

ALLIANZ UNDERWRITERS INSURANCE COMPANY, CHICAGO INSURANCE COMPANY, AND FIREMAN'S FUND INSURANCE COMPANY'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES

# SERVICE LIST

*California Dept. of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al,*
*United States District Court, Eastern District of California*
**Case No. 2:14-cv-0595-WBS-EFB**

| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>EDWARD H. OCHOA<br>Supervising Deputy Attorney General<br>OLIVIA W. KARLIN, State Bar No. 150432<br>LAURA J. ZUCKERMAN (Counsel for service) State Bar No. 161896<br>Deputy Attorneys General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>Telephone: (510) 879-1299<br>Fax: (510) 622-2270<br>E-mail: Laura.Zuckerman@doj.ca.gov<br>**Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account** | Alexander Eugene Potente<br>Clyde & Co US LLP<br>101 2nd Street, Suite 2400<br>San Francisco, CA 94105<br>Telephone: (415) 365-9800<br>Fax: (415) 365-9801<br>Email: alex.potente@clydeco.us<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>**Attorneys for Intervenor, THE TRAVELERS INDEMNITY COMPANY** |
| Brian M. Rostocki<br>Reed Smith LLP - Delaware<br>1201 Market Street - Suite 1500<br>Wilmington, DE 19801<br>**Registered Agent for C&A Products, LLC** | Sam M. Thorpe<br>Nicolaides Fink Thorpe<br>Michaelides Sullivan LLP<br>101 Montgomery Street, Suite 2300<br>San Francisco, CA 94104<br>Telephone: (415) 745-3772<br>Fax: (415) 745-3771<br>Email: ssthorpe@nicolaidesllp.com<br>LEAD ATTORNEY<br>ATTORNEY 70 BE NOTICED<br>**Attorneys for the Intervenor, THE CONTINENTAL INSURANCE COMPANY** |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

LEGAL:05971-0074/13305066.1
-2-
ALLIANZ UNDERWRITERS INSURANCE COMPANY, CHICAGO INSURANCE COMPANY, AND FIREMAN'S FUND INSURANCE COMPANY'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES