UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL, ET
AL.,
    Plaintiff

v.                                 **CASE NO. 2:14–CV–00595–WBS–EFB**

**CONTINENTAL RAIL, INC., ET AL.,**
    Defendant

You are hereby notified that a Notice of Appeal was filed on **January 03, 2020** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 6, 2020

                              **KEITH HOLLAND**
                              **CLERK OF COURT**

                **by:** /s/ R. Becknal
                        Deputy Clerk