UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:      CLERK, U.S. COURT OF APPEALS

FROM:      CLERK, U.S. DISTRICT COURT

SUBJECT:      NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:14–CV–00595–WBS–EFB** |
| USDC Judge: | **SENIOR JUDGE WILLIAM B. SHUBB** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL vs. CONTINENTAL RAIL, INC.** |
| Type: | **CIVIL** |
| Complaint Filed: | **3/3/2014** |
| Appealed Order/Judgment Filed: | **12/4/2019** |
| Court Reporter Information: | **K. Barajas, V. Britt,** |

FEE INFORMATION

     **Fee Status: Paid on 1/3/2020 in the amount of $505.00**

Information prepared by: /s/ **R. Becknal , Deputy Clerk**