1   XAVIER BECERRA
    Attorney General of California
2   EDWARD H. OCHOA
    Supervising Deputy Attorney General
3   OLIVIA W. KARLIN, State Bar No. 150432
    LAURA J. ZUCKERMAN (Counsel for
4   service)
    State Bar No. 161896
5   Deputy Attorneys General
     1515 Clay Street, 20th Floor
6    Oakland, CA 94612
     Telephone:  (510) 879-1299
7    Fax:  (510) 622-2270
     E-mail:
8    Laura.Zuckerman@doj.ca.gov
    *Attorneys for Plaintiffs California*
9   *Department of Toxic Substances*
    *Control and the Toxic Substances*
10  *Control Account*

11            IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13                  SACRAMENTO DIVISION

14

15  CALIFORNIA DEPARTMENT OF TOXIC        2:14-cv-00595-WBS-EFB
    SUBSTANCES CONTROL and the
16  TOXIC SUBSTANCES CONTROL              DECLARATION OF SERVICE
    ACCOUNT,
17
                        Plaintiffs,       Date:  February 24, 2020
18                                        Time:  1:30 p.m.
                v.                        Place: Courtroom 5, 14th Floor
19                                               501 I Street
                                                 Sacramento, CA 95814
20  JIM DOBBAS, INC., et al.,             Judge: Hon. William B. Shubb
21                        Defendants.     Action Filed: March 3, 2014
22   AND RELATED COUNTERCLAIMS AND
     CROSS CLAIMS
23

24

25

26

27

28

                                1

DECLARATION OF SERVICE (2:14-cv-00595-WBS-EFB)

1    I declare:

2    I am employed in the Office of the Attorney General, which is the
     office of a member of the California State Bar at which member's
3    direction this service is made.  I am 18 years of age or older
     and not a party to this matter.  I am familiar with the business
4    practice at the Office of the Attorney General for collection and
     processing of correspondence for mailing.
5
     On February 10, 2020, I served the attached:
6
7    **Plaintiffs' Memorandum of Points and Authorities In Opposition to
     Proposed Intervenors' Joint Motion For Stay Pending Appeal**

8    **Declaration of Timothy M. Thornton, Jr. in Support of Plaintiffs'
     Opposition to Proposed Intervenors' Joint Motion for Stay Pending
9    Appeal**

10   **Declaration of Service**

11   by placing true copies thereof enclosed in a sealed envelope with
     the United States Postal Service, in the internal mail collection
12   system at the Office of the Attorney General at 1515 Clay Street,
     20th Floor, Oakland, CA  94612-0550, addressed as follows:
13
      Brian M. Rostocki
14    Reed Smith LLP - Delaware
      1201 Market Street - Suite 1500
15    Wilmington, DE 19801

16

17   I declare under penalty of perjury under the laws of the State of
     California the foregoing is true and correct and that this
18   declaration was executed on February 10, 2020, at Oakland,
     California.

19

20

21         Ryan Mallard                          /s/ Ryan Mallard
             Ryan Mallard                            Signature
22

23

24

25

26

27

28
                                      2

     DECLARATION OF SERVICE (2:14-cv-00595-WBS-EFB)