| CAED 435 (Rev. 04/18) | United States District Court, Eastern District of California | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Laura J. Zuckerman | 2. EMAIL<br>Laura.Zuckerman@doj.ca.gov | 3. PHONE NUMBER<br>(510) 879-1299 | 4. DATE<br>02/11/20 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>Calif. Attorney General's Office., 1515 Clay St., 20th Floor | | 6. CITY<br>Oakland | 7. STATE<br>CA | 8. ZIP CODE<br>94612 |
| 9. CASE NUMBER<br>2:14-cv-00595-WBS-EFB | 10. JUDGE<br>Hon. William B. Shubb | DATES OF PROCEEDINGS | | |
| | | 11. FROM 12/02/19 | 12. TO 12/02/19 | |
| 13. CASE NAME | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

16. ORDER FOR
- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Motions to Intervene and Vacate Default | 12/02/19 | Kacy Parker Barajas |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE<br>/s/ Laura J. Zuckerman | PROCESSED BY |
|---|---|
| 20. DATE<br>February 11, 2020 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |