XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN, State Bar No. 150432
LAURA J. ZUCKERMAN (Counsel for service)
State Bar No. 161896
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone:  (510) 879-1299
Fax:  (510) 622-2270
E-mail:  Laura.Zuckerman@doj.ca.gov

TIMOTHY M. THORNTON, JR., State Bar No. 106413
GRAY-DUFFY, LLP
15760 Ventura Blvd, 16th Fl.
Encino, CA 91436-3027
Telephone:   (818) 907-4000
Fax:  (818) 783-4551
E-mail:  tthornton@grayduffylaw.com

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>                    Plaintiffs,<br><br>         v.<br><br>JIM DOBBAS, INC., et al.,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | 2:14-cv-00595-WBS-EFB<br><br>PLAINTIFFS' STATUS REPORT<br><br>Date:  March 2, 2020<br>Time:  1:30 p.m.<br>Judge: Hon. William Shubb<br>Place: Courtroom 5<br>Action Filed: March 3, 2014 |

Plaintiffs Department of Toxic Substances Control and the Toxic Substances Control Account ("DTSC") submit this Status Report pursuant to the Court's minute order dated December 18, 2019. DTSC could not file a Joint Status Report, as the Court's order contemplated, as all of the other parties originally named in this action have resolved their liability to DTSC or failed to appear in the case.[1]

### A. BRIEF SUMMARY OF THE CASE

Plaintiffs' complaint asserts claims against multiple defendants under, inter alia, section 107(a) of CERCLA, 42 U.S.C. section 9607(a), for the recovery of over $3.2 million in response costs, plus interest, incurred in connection with releases and threatened releases of hazardous substances at, beneath, and/or from a property located at 147 A Street in Elmira, California (Site). The Site housed wood treatment and preserving operations that released arsenic, chromium, and copper, all hazardous substances, into soil, surface water, and groundwater at and around the Site over a period of many years. Plaintiffs have incurred substantial costs to assess and clean up those hazardous substances. Some contamination is still present in soil and groundwater at the Site and will require further response actions and associated costs.

### B. STATUS OF PROCEEDINGS

DTSC filed its original complaint in this case on March 3, 2014. The Clerk of the Court entered the defaults of Defendants Continental Rail, Inc. ("CRI") and Pacific Wood Preserving

---

[1] The attorney for the receiver for Collins & Aikman Products, LLC, is not a California attorney, and cannot sign pleadings in California.

("PWP") on June 22, 2014.  Docket Nos. 18, 19.  After DTSC successfully petitioned the Delaware Court of Chancery to have a receiver appointed to revive Collins & Aikman Products, LLC, a cancelled Delaware corporation ("C&A Products"), DTSC served the receiver, on behalf of C&A Products, with the complaint.  No answer was filed.  The Clerk of the Court entered C&A Products' default on March 25, 2015.  Docket No. 129.  Defendants West Coast Wood Preserving, LLC, Jim Dobbas, Inc., and David Van Over settled their liability as alleged in the complaint.  These settlements are embodied in consent decrees approved by the Court on September 16, 2015, November 18, 2015, and March 27, 2018. Docket Nos. 141, 150, 182.

After DTSC entered into settlements with the solvent defendants, on August 12, 2019, DTSC filed an Application for Default Judgment by Court against C&A Products, through the receiver.  Docket No. 184.  Subsequently, six insurance carriers – The Travelers Indemnity Company, The Continental Insurance Company ("Continental"), Century Indemnity Company ("Century"), and Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company (collectively, "Allianz") moved to intervene in the action and vacate C&A Products' default.  The Court denied these motions.  Docket Nos. 221, 237.

Subsequently, Continental, Century, and Allianz filed a joint notice of appeal, followed by a motion for a stay pending appeal. The hearing on the motion for a stay pending appeal is scheduled for February 24, 2020, in this Court.  The motion for entry of default judgment against C&A Products, previously set for January

29, 2020, was continued to March 4, 2020, in Courtroom 8, before Magistrate Judge Brennan.

DTSC does not intend to seek entry of default judgments against CRI or PWP, as it appears that CRI and PWP may not have insurance coverage available to reimburse DTSC for its response costs.  Thus, once the Court rules on the motion to stay, and Magistrate Judge Brennan rules on DTSC's application for entry of default judgment against C&A Products, there should be no further activity in this case pending resolution of any appeal(s).

Dated:  February 18, 2020           Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN
Deputy Attorney General


/s/  Laura J. Zuckerman

LAURA J. ZUCKERMAN
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

Docket No.:  LA2012602448