Thomas F. Vandenburg (State Bar No. 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (State Bar No. 332670)
acharkhchyan@wshblaw.com
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050

Attorneys for Proposed Intervenor
CENTURY INDEMNITY COMPANY as successor to CCI INSURANCE COMPANY as successor to INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:14-cv-0595-WBS-JDP<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY AND CHANGE OF ADDRESS**<br><br>Assigned to Judge William B. Shubb and Magistrate Judge Jeremy D. Peterson<br><br>Trial Date:   None Set |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that as of December 5, 2022 the handling attorneys in the above-referenced matter for Proposed Intervenor CENTURY INDEMNITY COMPANY as successor to CCI INSURANCE COMPANY as successor to INSURANCE COMPANY OF NORTH AMERICA, will be Thomas F. Vandenburg, Esq. and Alice Charkhchyan, Esq. of Wood, Smith, Henning & Berman LLP, 505 North Brand Boulevard, Suite 1100, Glendale, CA 91203, Telephone (818) 551-6000 and Facsimile (818) 551-6050.  Please update your records accordingly.

> Thomas F. Vandenburg (State Bar No. 163446)
> tvandenburg@wshblaw.com
> Alice Charkhchyan (State Bar No. 332670)
> acharkhchyan@wshblaw.com
> **WOOD, SMITH, HENNING & BERMAN LLP**
> 505 North Brand Boulevard, Suite 1100
> Glendale, California 91203
> Phone: 818 551-6000 ♦ Fax: 818 551-6050

Please note, for any items electronically served, please include the following e-mail addresses:

> tvandenburg@wshblaw.com
> acharkhchyan@wshblaw.com
> maria@sullivancourtreporters.com
> agaribay@wshblaw.com

Counsel respectfully requests that the Court update its records to reflect the above physical and mailing address change.

DATED: December 8, 2022          WOOD, SMITH, HENNING & BERMAN LLP

By: _____
THOMAS F. VANDENBURG
ALICE CHARKHCHYAN
Attorneys for Proposed Intervenor CENTURY INDEMNITY COMPANY as successor to CCI INSURANCE COMPANY as successor to INSURANCE COMPANY OF NORTH AMERICA