1  ROB BONTA
   Attorney General of California
2  ED OCHOA
   Senior Assistant Attorney General
3  LAURA J. ZUCKERMAN
    (Counsel for service)
4  State Bar No. 161896
   Supervising Deputy Attorney General
5  1515 Clay Street, 20th Floor
   Oakland, CA 94612
6  Telephone: (510) 879-1299
   Fax: (510) 622-2270
7  E-mail: Laura.Zuckerman@doj.ca.gov

8  *Attorneys for Plaintiffs California
   Department of Toxic Substances Control and the
9  Toxic Substances Control Account*

10 *(Additional counsel on the following page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS CLAIMS | 2:14-cv-00595-WBS-JDP<br><br>PLAINTIFFS' AND INTERVENORS' JOINT STATUS REPORT<br><br>Date: February 13, 2023<br>Time: 1:30 p.m.<br>Judge: Hon. William Shubb<br>Place: Courtroom 5<br>Action Filed: March 3, 2014 |

Timothy M. Thornton, Jr., State Bar No. 106413
GRAY-DUFFY, LLP
15760 Ventura Blvd, 16th Fl.
Encino, CA 91436-3027
Telephone: (818) 907-4000
Fax: (818) 783-4551
E-mail: tthornton@grayduffylaw.com

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

Thomas F. Vandenburg (State Bar No. 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (State Bar No. 332670)
acharkhchyan@wshblaw.co
Wood, Smith, Henning, & Berman LLP
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050

*Attorneys for Intervenors The Continental Insurance Company; Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America; Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company*

Sara M. Thorpe (State Bar No. 146529)
sthorpe@nicolaidesllp.com
Randall P. Berdan (State Bar No. 199623)
rberdan@nicolaidesllp.com
Nicolaides Fink Thorpe Michaelides Sullivan LLP
101 Montgomery Street, Suite 2300
San Francisco, CA 94104
Phone: 415-745-3770 / Fax: 415-745-3771

*Attorneys for Intervenor The Continental Insurance Company*

**PLAINTIFFS' AND INTERVENORS' JOINT STATUS REPORT**

Plaintiffs Department of Toxic Substances Control and the Toxic Substances Control Account ("DTSC"), together with Intervenors The Continental Insurance Company ("Continental"), Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), and Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company (collectively, "Allianz"), and Proposed Intervenor The Travelers Indemnity Company ("Travelers") (collectively, the "Parties") submit this Joint Status Report pursuant to the Court's minute order dated December 18, 2022.

## I. SUMMARY OF THE CASE

**The Parties' Brief Summary of the Case**

Plaintiffs' complaint asserts claims against multiple defendants under, inter alia, section 107(a) of CERCLA, 42 U.S.C. section 9607(a), for the recovery of over $3.2 million in response costs incurred in connection with releases and threatened releases of hazardous substances at, beneath, and/or from a property located at 147 A Street in Elmira, California (Site). The Site housed wood treatment and preserving operations that released arsenic, chromium, and copper, all hazardous substances, into soil, surface water, and groundwater at and around the Site. Plaintiffs allege they have incurred substantial costs to assess and clean up those hazardous substances. Plaintiffs allege contamination is still present in soil and groundwater at the Site and will require further response actions and associated costs.

## II. STATUS OF PROCEEDINGS

DTSC filed its original complaint in this case on March 3, 2014. Defendants West Coast Wood Preserving, LLC, Jim Dobbas, Inc., and David Van Over settled their liability as alleged in the complaint. These settlements are embodied in consent decrees approved by the Court on September 16, 2015, November 18, 2015, and March 27, 2018. Docket Nos. 141, 150, 182. The Clerk of the Court entered the defaults of Defendants Continental Rail, Inc. ("CRI") and Pacific Wood Preserving ("PWP") on June 22, 2014. Docket Nos. 18, 19. After DTSC successfully petitioned the Delaware Court of Chancery to have a receiver appointed to revive Collins &

Aikman Products, LLC, a cancelled Delaware corporation ("C&A Products"), DTSC served the receiver, on behalf of C&A Products, with the complaint. No answer was filed. The Clerk of the Court entered C&A Products' default on March 25, 2015.[1] Docket No. 129.

On August 12, 2019, DTSC filed an Application for Default Judgment by Court against C&A Products, still in receivership. Docket No. 184. Subsequently, Travelers, Continental, Century, and Allianz moved to intervene in the action and vacate C&A Products' default. The Court denied these motions. Docket Nos. 221, 237.

Subsequently, Continental, Century, and Allianz filed a joint notice of appeal, followed by a motion for a stay pending appeal. The Court granted the motion for a stay, and in light of the stay, Plaintiffs' Motion for Default Judgment was administratively terminated. Docket Nos. 255, 256. On October 1, 2020, Chief Judge Kimberly J. Mueller reassigned the case from Magistrate Judge Edmund F. Brennan to Magistrate Judge Jeremy D. Peterson for all further proceedings. Docket No. 257.

On December 1, 2022, the Ninth Circuit issued an opinion reversing this Court's denial of Continental, Century, and Allianz's motions to intervene as of right, and dismissing the appeal of their motions to set aside the clerk's entry of default ("Opinion"). Mandate issued on December 23, 2022. Docket No. 261.

### III. NEXT STEPS IN THE LITIGATION

The next step in the litigation is for the Court to lift the stay currently in effect. DTSC is willing to stipulate to the intervention of Continental, Century, and Allianz, should that be considered necessary from a procedural standpoint, and to the intervention of Travelers; and to the filing of the Intervenors' proposed responsive pleadings as contemplated by the Opinion, footnote 7. It is DTSC's position that the Intervenors' intervention will not be effective until the Court accepts the responsive pleadings. DTSC reserves, however, all rights to challenge the pleadings once filed.

The Intervenors propose to file responsive pleadings on or before March 15, 2023, as well as amended motions to intervene that include copies of the responsive pleadings as exhibits,

---

[1] DTSC does not intend to seek entry of default judgments against CRI or PWP.

pursuant to the Opinion, footnote 7. The Parties agree DTSC's time to file a motion to strike or other motion challenging the responsive pleadings would be governed by Rule 12 of the Federal Rules of Civil Procedure. Once filed, the parties propose to submit, no later than May 1, 2023, a proposed joint scheduling order for the Court's consideration.  The parties will use this time to meet and confer regarding the discovery required and anticipated motion practice.

Dated:  January 30, 2023

Respectfully Submitted,

ROB BONTA
Attorney General of California
ED OCHOA
Senior Assistant Attorney General

/s/ *Laura J. Zuckerman*

LAURA J. ZUCKERMAN
Supervising Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

Dated:  January 30, 2023

/s/ *Thomas F. Vandenburg* (as authorized on January 30, 2023)

THOMAS F. VANDENBURG
ALICE CHARKHCHYAN
Wood, Smith, Henning, & Berman LLP
*Attorneys for Intervenor The Continental Insurance Company; Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America; Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company*

Dated:  January 30, 2023

/s/ *Randall P. Berdan* (as authorized on January 30, 2023)

SARA M. THORPE
RANDALL P. BERDAN
Nicolaides Fink Thorpe Michaelides Sullivan LLP
*Attorneys for Intervenor The Continental Insurance Company*

**DECLARATION OF SERVICE BY ELECTRONIC MAIL AND OVERNIGHT MAIL**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On January 30, 2023, I served the attached:

**Plaintiffs' and Insurers' Status Report**

by transmitting a true copy to each party's email address in the case docket via the court's Electronic Filing System.

Additionally, the following person was served a true copy via overnight mail at the following address:

Brian M. Rostocki
Reed Smith LLP - Delaware
1201 Market Street - Suite 1500
Wilmington, DE 19801

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 30, 2023, at Oakland, California.

RYAN MALLARD

Ryan Mallard                                                        Signature