**MC–050**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Dennis M. Baier, Esq (SBN 285374) \| Alice Charkhchyan (SBN 332670)<br>WOOD, SMITH, HENNING & BERMAN, LLP<br>505 North Brand Blvd., Suite 1100<br>Glendale, California 91203<br>TELEPHONE NO.: (818) 515-6000    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* (818) 515-6050<br>ATTORNEY FOR *(Name):* ASM Global Theater Management and Anschutz Ent. Group | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: 312 N. Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Spring Street Courthouse

CASE NAME: EDGAR IVAN GOMEZ VS ASM GLOBAL THEATER MANAGEMENT, LLC, ET AL.

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>22STCV02299 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* Anschutz Entertainment Group, LACC, LLC   makes the following substitution:

1. **Former legal representative**  ☐ Party represented self  ☒ Attorney *(name):* Dennis M. Baier, Esq.
2. **New legal representative**  ☐ Party is representing self*  ☒ Attorney
   a. Name: Steven Schwartz, Esq.   b. State Bar No. *(if applicable):*  94637
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):* Schwartz & Janzen, LLP, 12100 Wilshire Boulevard, Suite 1125, Los Angeles, CA 90025

   d. Telephone No. *(include area code):* (310) 979-4090
3. The party making this substitution is a  ☐ plaintiff  ☒ defendant  ☐ petitioner  ☐ respondent  ☐ other *(specify):*

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- **Guardian**
- **Conservator**
- **Trustee**
- **Personal Representative**
- **Probate fiduciary**
- **Corporation**
- **Guardian ad litem**
- **Unincorporated association**

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: January _7_, 2023

   Bill Helmig
   _____
   (TYPE OR PRINT NAME)

   ▶ *William C Helmig*
   _____
   (SIGNATURE OF PARTY)

5. ☒  I consent to this substitution.
   Date: January _31_, 2023

   Dennis M. Baier, Esq.
   _____
   (TYPE OR PRINT NAME)

   ▶ _____
   (SIGNATURE OF FORMER ATTORNEY)

6. ☒  I consent to this substitution.
   Date: January _31_, 2023

   Steven Schwartz, Esq.
   _____
   (TYPE OR PRINT NAME)

   ▶ _____
   (SIGNATURE OF NEW ATTORNEY)

---

(See reverse for proof of service by mail)

Page 1 of 2

Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2009]<br>27199947.1:10336-0026

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC–050

| CASE NAME:<br>EDGAR IVAN GOMEZ VS ASM GLOBAL THEATER MANAGEMENT, LLC, ET AL. | CASE NUMBER:<br>22STCV02299 |
|---|---|

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An _unsigned_ copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause. I** am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify):*

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing:                              (2) Place of mailing *(city and state):*

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          _____
             **(TYPE OR PRINT NAME)**                                          **(SIGNATURE)**

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4.  a. Name of person served:
    b. Address *(number, street, city, and ZIP):*

    c. Name of person served:
    d. Address *(number, street, city, and ZIP):*

    e. Name of person served:
    f. Address *(number, street, city, and ZIP):*

    g. Name of person served:
    h. Address *(number, street, city, and ZIP):*

    i. Name of person served:
    j. Address *(number, street, city, and ZIP):*

☐  List of names and addresses continued in attachment.

---

MC-050 [Rev. January 1, 2009]

**SUBSTITUTION OF ATTORNEY—CIVIL**
**(Without Court Order)**

Page 2 of 2

27199947.1:10336-0026

American LegalNet, Inc.
www.FormsWorkflow.com

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ◆ FAX 818 551-6050

**PROOF OF SERVICE**

**Gomez v. ASM Global Theater Management, LLC**
**Case No. 22STCV02299**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 505 North Brand Boulevard, Suite 1100, Glendale, CA 91203.

On February 8, 2023, I served the following document(s) described as **SUBSTITUTION OF ATTORNEY** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

Rodrigo Suarez, Esq.
LAW OFFICES OF JACOB EMRANI
714 W. Olympic Blvd., #300
Los Angeles, CA 90015
Tel: (213)748-7734
Fax: (213)748-8879
Email: rod@calljacob.com
         janette@calljacob.com
**Attorney for Plaintiff, EDGAR IVAN GOMEZ**

Angela G. Kim, Esq.
MUSICK PEELER & Garrett LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, CA 90017-3383
Tel: (213) 629-7600
Fax: (213) 624-1376
Email: a.kim@musickpeeler.com
         e.salazar@musickpeeler.com
**Attorneys for Defendants, UNITED MAINTENANCE COMPANY, INC. and UNITED NATIONAL MAINTENANCE, INC.**

Steven Schwartz, Esq.
SCHWARTZ & JANZEN, LLP
12100 Wilshire Blvd., Suite 1125
Los Angeles, CA 90025
Tel: (310) 979-4090
Email:  tmatteson@sj-law.com
          sschwartz@sj-law.com
          pcooley@sj-law.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address agaribay@wshblaw.com to the persons at the electronic notification address listed in the service list.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 8, 2023, at Glendale, California.

_____
Azucena Garibay

-1-
SUBSTITUTION OF ATTORNEY