Rob Bonta
Attorney General of California
Laura J. Zuckerman, State Bar No. 161896
Supervising Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-1299
Facsimile: (510) 622-2270
E-mail: Laura.Zuckerman@doj.ca.gov

Timothy M. Thornton, Jr., State Bar No. 106413
GRAY-DUFFY, LLP
15760 Ventura Blvd, 16th Fl.
Encino, CA 91436-3027
Telephone: (818) 907-4000
Facsimile: (818) 783-4551
E-mail: tthornton@grayduffylaw.com

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

Thomas F. Vandenburg, State Bar No. 163446
WOOD SMITH HENNING & BERMAN LLP
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone: (818) 551-6000
Facsimile: (818) 551-6050
E-mail: tvandenburg@wshblaw.com

*Attorneys for Proposed Intervenor The Travelers Indemnity Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JIM DOBBAS, INC., a California corporation, et al. <br><br> Defendants, | Case No. 2:14-CV-00595-WBS-JDP <br><br> **JOINT STIPULATION ALLOWING THE TRAVELERS INDEMNITY COMPANY TO INTERVENE AND [PROPOSED] ORDER** <br><br> [Pursuant to F.R.C.P. 24] <br><br> Complaint Filed: March 3, 2014 |

27528719.1:10468-0108                    1                    Case No. 2:14-cv-00595-WBS-JDP
STIPULATION TO INTERVENE AND [PROPOSED] ORDER

1.     On March 3, 2014, Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") filed this action seeking to recover costs it has incurred responding to releases of hazardous substances at a privately-owned, former wood treatment and preserving facility in Elmira, California, and related relief.  On December 11, 2014, DTSC filed a First Amended Complaint naming Collins & Aikman Products, LLC ("C&A Products, LLC"), a cancelled Delaware limited liability company, as an additional defendant.  (ECF No 77.)

2.     On September 18, 2019, The Travelers Indemnity Company ("Travelers") moved for an order permitting it to intervene in this action and to vacate the default against its putative insured C&A Products, LLC.  (ECF No. 196).  On October 22, 2019, the Court denied Travelers' Motion to Intervene and Set Aside Default against C&A Products, LLC.  (ECF No. 221.)

3.     Between October 17, 2019 and November 4, 2019, The Continental Insurance Company ("Continental"), Century Indemnity Company ("Century"), and Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company (collectively, "Allianz") moved for orders permitting them to intervene in this action and to vacate the default against C&A Products, LLC.  (ECF No. 217, 222.)  The insurers' motions were set for hearing on December 2, 2019.  On December 4, 2019, the Court denied the insurers' Motions to Intervene and Set Aside Default against C&A Products, LLC.  (ECF No. 237.)

4.     After the denial of the motions to intervene in this action, on January 3, 2020, Century, Continental, and Allianz (collectively, "Appealing Insurers") filed a notice of appeal, pursuant to Federal Rules of Appellate Procedure 3(d), with the Ninth Circuit regarding the orders denying their respective motions to intervene.  (ECF No. 241.)  The Ninth Circuit heard oral argument on November 9, 2021.  On December 1, 2022, the Ninth Circuit issued its ruling reversing this Court's order

denying the Appealing Insurers' motions to intervene, and remanded the case for further proceedings in this Court.

5. The Appealing Insurers have indicated that they will intervene in this action, appearing in their own names.

6. DTSC has indicated that it may seek to recover unreimbursed response costs against one or more historical insurers of C&A Products, LLC, which group DTSC alleges includes Travelers and the Appealing Insurers.

Given the foregoing, DTSC and Travelers hereby agree and request that the Court allow Travelers to join the Appealing Insurers in intervening in this litigation in its own name.

DATED: February 7, 2023

ROB BONTA
Attorney General of California

By: s/ Laura J. Zuckerman
Laura J. Zuckerman
Supervising Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

DATED: February 10, 2023

WOOD SMITH HENNING & BERMAN LLP

By: s/ Thomas F. Vandenburg
Thomas F. Vandenburg
*Attorneys for Proposed Intervenor The Travelers Indemnity Company*