CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL, et
al.,

Case No. 2:14-CV-00595-WBS-JDP

12

Plaintiffs,

**[PROPOSED] ORDER
ALLOWING THE TRAVELERS
INDEMNITY COMPANY TO
INTERVENE**

13

14

v.

[Pursuant to F.R.C.P. 24]

15

JIM DOBBAS, INC., a California
corporation, et al.

Complaint Filed:        March 3, 2014

16
17

Defendants,

18        The Court, having considered the parties' joint request that the Court allow

19   The Travelers Indemnity Company ("Travelers") to join The Continental Insurance

20   Company, Century Indemnity Company, and Allianz Underwriters Insurance

21   Company, Chicago Insurance Company, and Fireman's Fund Insurance Company in

22   intervening in this litigation in its own name, finds that good cause exists to allow

23   Travelers to intervene this action in its own name.

24        **IT IS SO ORDERED**.

25   Dated this _____ day of February, 2023.

26

27                                    _____
                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE

28

27528740.1:10468-0108                          1