# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JIM DOBBAS, INC., a California corporation, et al. <br><br> Defendants, | Case No. 2:14-CV-00595-WBS-JDP <br><br> **ORDER ALLOWING THE TRAVELERS INDEMNITY COMPANY TO INTERVENE** <br><br> [Pursuant to F.R.C.P. 24] <br><br> Complaint Filed:   March 3, 2014 |

The Court, having considered the parties' joint request that the Court allow The Travelers Indemnity Company ("Travelers") to join The Continental Insurance Company, Century Indemnity Company, and Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company in intervening in this litigation in its own name, finds that good cause exists to allow Travelers to intervene this action in its own name.

**IT IS SO ORDERED**.

Dated: February 13, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

27528740.1:10468-0108

MOTION TO INTERVENE AND TO VACATE DEFAULT