ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN, STATE BAR NO. 161896
Supervising Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
Telephone: (510) 879-1299
Facsimile:  (510) 622-2270
E-mail:    Laura.Zuckerman@doj.ca.gov

(Additional counsel on next page.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br><br>Defendants. | Case No. 2:14-CV-00595-WBS-JDP<br><br>**JOINT STIPULATION ALLOWING CENTURY INDEMNITY COMPANY; THE CONTINENTAL INSURANCE COMPANY; ALLIANZ UNDERWRITERS INSURANCE; CHICAGO INSURANCE COMPANY and FIREMAN'S FUND INSURANCE COMPANY TO INTERVENE AND [PROPOSED] ORDER**<br><br>[Pursuant to F.R.C.P. 24]<br><br>Assigned to Senior Judge William B. Shubb<br><br>Complaint Filed:     March 3, 2014 |

27569988.1:10468-0108                              1                    Case No. 2:14-cv-00595-WBS-JDP
STIPULATION TO INTERVENE AND [PROPOSED] ORDER

Additional Counsel:

TIMOTHY M. THORNTON, JR., STATE BAR NO. 106413
GRAY-DUFFY, LLP
15760 Ventura Blvd, 16th Fl.
Encino, CA 91436-3027
Telephone: (818) 907-4000
Facsimile:  (818) 783-4551
E-mail:     tthornton@grayduffylaw.com

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

THOMAS F. VANDENBURG, STATE BAR NO. 163446
WOOD SMITH HENNING & BERMAN LLP
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone: (818) 551-6000
Facsimile:  (818) 551-6050
E-mail:     tvandenburg@wshblaw.com

ALICE CHARKHCHYAN, STATE BAR NO. 332670
WOOD SMITH HENNING & BERMAN LLP
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone:   (818) 551-6000
Telephone:   (818) 551-6050
Email:       acharkhchyan@wshblaw.com

*Attorneys for Proposed Intervenors CENTURY INDEMNITY COMPANY as successor to CCI INSURANCE COMPANY as successor to INSURANCE COMPANY OF NORTH AMERICA; THE CONTINENTAL INSURANCE COMPANY; ALLIANZ UNDERWRITERS INSURANCE COMPANY; CHICAGO INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY and THE TRAVELERS INDEMNITY COMPANY*

1. On March 3, 2014, Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") filed this action seeking to recover costs it has incurred responding to releases of hazardous substances at a privately-owned, former wood treatment and preserving facility in Elmira, California, and related relief. On December 11, 2014, DTSC filed a First Amended Complaint naming Collins & Aikman Products, LLC ("C&A Products, LLC"), a cancelled Delaware limited liability company, as an additional defendant. (ECF No 77.)

2. On September 18, 2019, The Travelers Indemnity Company ("Travelers") moved for an order permitting it to intervene in this action and to vacate the default against its putative insured C&A Products, LLC. (ECF No. 196). On October 22, 2019, the Court denied Travelers' Motion to Intervene and Set Aside Default against C&A Products, LLC. (ECF No. 221.)

3. Between October 17, 2019 and November 4, 2019, The Continental Insurance Company ("Continental"), Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), and Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company (collectively, "Allianz") moved for orders permitting them to intervene in this action and to vacate the default against C&A Products, LLC. (ECF No. 217, 222.) The insurers' motions were set for hearing on December 2, 2019. On December 4, 2019, the Court denied the insurers' Motions to Intervene and Set Aside Default against C&A Products, LLC. (ECF No. 237.)

4. After the denial of the motions to intervene in this action, on January 3, 2020, Century, Continental, and Allianz (collectively, "Appealing Insurers") filed a notice of appeal, pursuant to Federal Rules of Appellate Procedure 3(d), with the Ninth Circuit regarding the orders denying their respective motions to intervene. (ECF No. 241.) The Ninth Circuit heard oral argument on November 9, 2021. On December 1, 2022, the Ninth Circuit issued its ruling reversing this Court's order denying the

Appealing Insurers' motions to intervene, and remanded the case for further proceedings in this Court.

5. The Appealing Insurers have indicated that they will intervene in this action, appearing in their own names, respectively.

6. On February 13, 2023, this Court entered an Order allowing The Travelers Indemnity Company to Intervene in this action in its own name. (ECF No. 266.)

Given the foregoing, DTSC, Appealing Insurers and The Travelers Indemnity Company hereby agree and request that the Court allow Appealing Insurers to intervene in this litigation in their own names, respectively. The parties further request that the Court allow Appealing Insurers and Travelers to file a joint responsive pleading on or before March 15, 2023.

DATED: February 15, 2023

ROB BONTA
Attorney General of California

By: *s/ Laura J. Zuckerman*
Laura J. Zuckerman
Supervising Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

DATED: February 15, 2023

WOOD SMITH HENNING & BERMAN LLP

By: *s/ Thomas F. Vandenburg*
Thomas F. Vandenburg
Alice Charkhchyan
*Attorneys for Proposed Intervenors* CENTURY INDEMNITY COMPANY; THE CONTINENTAL INSURANCE COMPANY; ALLIANZ UNDERWRITERS INSURANCE COMPANY; CHICAGO INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY and THE TRAVELERS INDEMNITY COMPANY