UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>    Plaintiffs,<br><br>    v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br><br>    Defendants. | Case No. 2:14-CV-00595-WBS-JDP<br><br>**[PROPOSED] ORDER ALLOWING CENTURY INDEMNITY COMPANY; THE CONTINENTAL INSURANCE COMPANY; ALLIANZ UNDERWRITERS INSURANCE; CHICAGO INSURANCE COMPANY and FIREMAN'S FUND INSURANCE COMPANY TO INTERVENE**<br><br>[Pursuant to F.R.C.P. 24]<br><br>Assigned to Senior Judge William B. Shubb<br><br>Complaint Filed:    March 3, 2014 |

The Court, having considered the parties' joint request that the Court allow The Continental Insurance Company, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, Allianz Underwriters Insurance Company, Chicago Insurance Company, and Fireman's Fund Insurance Company (collectively "Appealing Insurers") to intervene in this litigation

in their own names, respectively, finds that good cause exists to allow Appealing Insurers to intervene this action in their own names, respectively. The Court further orders that the intervenors file their joint responsive pleading on or before March 15, 2023.

**IT IS SO ORDERED**.

Dated this _____ day of February, 2023.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE