ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN, State Bar No. 161896
Supervising Deputy Attorney General
THOMAS SCHUMANN (Counsel for service), State Bar No. 324559
JAMES POTTER, State Bar No. 166992
Deputy Attorneys General
 1300 I Street
 Sacramento, CA 95814
 Telephone: (916) 210-6384
 Fax: (916) 322-5609
 E-mail: Thomas.Schumann@doj.ca.gov

(Additional counsel on next page.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>                                Plaintiffs,<br><br>    v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br><br>                                Defendants.<br><br>And Related Crossclaims | Case No. 2:14-CV-00595-WBS-JDP<br><br>**JOINT STIPULATION ALLOWING PLAINTIFFS ADDITIONAL TIME TO FILE RESPONSIVE PLEADINGS AND/OR MOTIONS IN RESPONSE TO INTERVENORS' ANSWER AND COUNTERCLAIMS**<br><br>[Pursuant to Fed. R. Civ. P. 12]<br><br>Judge:            William B. Shubb<br>Action Filed:   March 3, 2014<br>Trial Date:      Not set. |

Additional Counsel:

TIMOTHY M. THORNTON, JR., State Bar No. 106413
GRAY-DUFFY, LLP
15760 Ventura Blvd, 16th Fl.
Encino, CA 91436-3027
Telephone:   (818) 907-4000
Facsimile:   (818) 783-4551
E-mail:      tthornton@grayduffylaw.com

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

THOMAS F. VANDENBURG, State Bar No. 163446
WOOD SMITH HENNING & BERMAN LLP
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone:   (818) 551-6000
Facsimile:   (818) 551-6050
E-mail:      tvandenburg@wshblaw.com

ALICE CHARKHCHYAN, State Bar No. 332670
WOOD SMITH HENNING & BERMAN LLP
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone:   (818) 551-6000
Telephone:   (818) 551-6050
Email:       acharkhchyan@wshblaw.com

*Attorneys for Intervenors CENTURY INDEMNITY COMPANY as successor to CCI INSURANCE COMPANY as successor to INSURANCE COMPANY OF NORTH AMERICA; THE CONTINENTAL INSURANCE COMPANY; ALLIANZ UNDERWRITERS INSURANCE COMPANY; CHICAGO INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY and THE TRAVELERS INDEMNITY COMPANY*

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") and The Continental Insurance Company; Century Indemnity Company; Allianz Underwriters Insurance Company; Chicago Insurance Company; Fireman's Fund Insurance Company; and The Travelers Indemnity Company (collectively, the "Intervenors," and with DTSC, the "Parties") enter into this stipulation ("Stipulation"):

## BACKGROUND

1. On March 3, 2014, DTSC filed this action seeking to recover costs it has incurred responding to releases of hazardous substances at a privately-owned, former wood treatment and preserving facility in Elmira, California, and related relief. On December 11, 2014, DTSC filed a First Amended Complaint naming Collins & Aikman Products, LLC ("C&A Products, LLC"), a cancelled Delaware limited liability company, as an additional defendant. (ECF No 77.)

2. On August 12, 2019, DTSC filed an Application for Default Judgment by Court against C&A Products, still in receivership. (ECF No. 184.) Subsequently, Intervenors moved to intervene in the action and vacate C&A Products' default. The Court denied these motions. (ECF Nos. 221, 237.)

3. On December 1, 2022, the Ninth Circuit issued an opinion reversing this Court's denial of Continental, Century, and Allianz's motions to intervene as of right, and dismissing the appeal of their motions to set aside the clerk's entry of default. Mandate issued on December 23, 2022. (ECF No. 261.)

4. On February 16, 2023, the Court entered orders pursuant to stipulation allowing each of the Intervenors to intervene and directing them to file their joint response to DTSC's First Amended Complaint by March 15, 2023. (ECF Nos. 269, 270.)

5. On March 15, 2023, Intervenors filed their Answer-in-Intervention and Counterclaims. DTSC's answer to the Answer-in-Intervention and Counterclaim is currently due April 5, 2023. (ECF No. 271.)

6. DTSC has notified Intervenors that it believes it can file motions to dismiss and strike that will narrow the scope of the pleadings and that it requests an extension of time to file any such motions or otherwise respond to Intervenors' pleadings.

275514422.1:10468-0108

3

Case No. 2:14-cv-00595-WBS-JDP
Joint Stipulation Allowing Plaintiffs Additional Time to File Responsive Pleadings and/or Motions in Response to Intervenors' Answer and Counterclaims

1 **STIPULATION**

2 Based on the above, the Parties agree and stipulate as follows:

3 1. In accordance with Local Rule 144, DTSC's time to respond to Intervenors'
4 Counterclaim is extended by 28 days to May 3, 2023.

5 2. The Parties ask the Court to enter the attached Proposed Order, extending to May 3,
6 2023, DTSC's time to file any motion to strike regarding Intervenors' Answer-in-Intervention.

7

8 DATED: April 3, 2023                          ROB BONTA
                                                Attorney General of California
9

10

11                                              By: *s/Thomas Schumann*
                                                    Thomas Schumann
12                                                  Deputy Attorney General
                                                *Attorneys for Plaintiffs California Department of*
13                                              *Toxic Substances Control and the Toxic*
                                                *Substances Control Account*
14

15

16
   DATED: April 3, 2023                         WOOD SMITH HENNING & BERMAN LLP
17

18

19                                              By: *s/Thomas F. Vandenburg*
                                                    Thomas F. Vandenburg
20                                                  Alice Charkhchyan
                                                *Attorneys for Proposed Intervenors*
21                                              CENTURY INDEMNITY COMPANY; THE
                                                CONTINENTAL INSURANCE COMPANY;
22                                              ALLIANZ UNDERWRITERS INSURANCE
                                                COMPANY; CHICAGO INSURANCE
23                                              COMPANY, FIREMAN'S FUND
                                                INSURANCE COMPANY and THE
24                                              TRAVELERS INDEMNITY COMPANY

25

26

27

28
27551422.1:10468-0108                          4                      Case No. 2:14-cv-00595-WBS-JDP
Joint Stipulation Allowing Plaintiffs Additional Time to File Responsive Pleadings and/or Motions in
Response to Intervenors' Answer and Counterclaims

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>            Plaintiffs,<br><br>    v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br><br>            Defendants. | Case No. 2:14-CV-00595-WBS-JDP<br><br>**[PROPOSED] ORDER ALLOWING PLAINTIFFS ADDITIONAL TIME TO FILE RESPONSIVE PLEADINGS AND/OR MOTIONS IN RESPONSE TO INTERVENORS' ANSWER AND COUNTERCLAIMS**<br><br>[Pursuant to Fed. R. Civ. P. 12]<br><br>Judge:           William B. Shubb<br>Action Filed:  March 3, 2014<br>Trial Date:     Not set. |

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") and The Continental Insurance Company; Century Indemnity Company; Allianz Underwriters Insurance Company; Chicago Insurance Company; Fireman's Fund Insurance Company; and The Travelers Indemnity Company (collectively, the "Intervenors" and with DTSC the "Parties") filed a stipulation ("Stipulation") regarding DTSC's DTSC time to respond to Intervenors' Answer-in-Intervention and Counterclaim. (ECF No. 271.) In accordance with Local Rule 144, the Stipulation provided that DTSC's time to respond to Intervenors' Counterclaim would be extended to May 3, 2023. The Stipulation also conveyed the

Parties' request that DTSC's time to file any motion to strike regarding Intervenors' Answer-in-Intervention likewise be extended to May 3, 2023.  Having considered that request, and good cause appearing, the Court extends to May 3, 2023 DTSC's time to file any motion to strike regarding Intervenors' Answer-in-Intervention.

**IT IS SO ORDERED**.

Dated this _____ day of April, 2023.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE