1  Rob Bonta
   Attorney General of California
2  Laura J. Zuckerman, State Bar No. 161896
   Supervising Deputy Attorney General
3  Thomas Schumann, State Bar No. 324559
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7790
6    Fax: (916) 731-2128
     E-mail: Thomas.Schumann@doj.ca.gov
7  *Attorneys for Plaintiffs California Department of
   Toxic Substances Control and the Toxic Substances*
8  *Control Account*

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**DTSC'S NOTICE OF MOTION AND MOTION TO STRIKE THE AFFIRMATIVE DEFENSE OF COMPARATIVE AND CONTRIBUTORY NEGLIGENCE FROM INTERVENORS' ANSWER IN INTERVENTION**<br><br>[Pursuant to Fed. R. Civ. P. 12(f)]<br><br>Date: May 15, 2023<br>Time: 1:30 pm<br>Courtroom: 5<br>Judge: Honorable William B. Shubb<br>Action Filed: March 3, 2014 |

TO ALL DEFENDANTS AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 15, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard before this Court, Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), will and hereby do move this Court to Strike the Affirmative Defense of Comparative and Contributory Negligence from Intervenors' Answer in Intervention. The hearing on DTSC's motion will take place before the Honorable William B. Shubb, United States District Judge, 501 I Street, Sacramento, CA 95814, Courtroom 5.

DTSC moves to strike the affirmative defense of comparative and contributory negligence asserted in the Answer in Intervention filed by the historical insurers of defendant Collins & Aikman Products, LLC, who have intervened in this case ("Intervenors"). Section 107(b) of the Comprehensive Environmental, Response, Compensation, and Liability Act, 42 U.S.C. section 9601 et. seq. ("CERCLA"), lists three defenses: act of God, act of war, and acts or omissions of certain third parties. 42 U.S.C. § 9607(b). Consistent with the plain language of section 107, the Ninth Circuit has recognized that the three defenses listed in subsection (b) are the only affirmative defenses available in a CERCLA cost-recovery action. *E.g.*, *California ex rel. Cal. Dep't of Toxic Substances Control v. Neville Chem. Co.*, 358 F.3d 661, 672 (9th Cir. 2004). Further, because section 113(g)(2) declaratory-relief actions are derivative of cost-recovery actions, this Court has recognized that section 107 also provides the exclusive defenses available in a declaratory relief action. *Cal. Dep't of Toxic Substances Control v. Jim Dobbas, Inc.*, No. 2:14-595, 2014 WL 4627248, at *8 (E.D. Cal. Sept. 16, 2014).

Comparative and contributory negligence are not among the exclusive affirmative defenses available in CERCLA actions. The Court previously ruled in this case that comparative and contributory negligence are not valid CERCLA defenses, and ordered them stricken from another defendant's answer. *Id.* at 10.

DTSC requests that the Court reaffirm its earlier ruling in this case and strike Intervenors' affirmative defense of comparative and contributory negligence pursuant to FED.R.CIV.P. 12(f).

2

DTSC's Notice of Motion and Motion to Strike the Affirmative Defense of Comparative and Contributory Negligence from Intervenors' Answer in Intervention (Case No. 2:14-cv-00595-WBS-EFB)

This motion is based on this Notice, the Memorandum of Points and Authorities, and the [Proposed] Order filed herewith; upon the pleadings in the case; and upon such other evidence and argument as the Court may allow at the hearing.

Dated:  April 5, 2023                                         Respectfully submitted,

R<small>OB</small> B<small>ONTA</small>
Attorney General of California
L<small>AURA</small> J. Z<small>UCKERMAN</small>
Supervising Deputy Attorney General


*/s/ Thomas Schumann*

T<small>HOMAS</small> S<small>CHUMANN</small>
Deputy Attorney General
*Attorneys for Plaintiff California Department of Toxic Substances Control and the Toxic Substances Control Account*

DTSC's Notice of Motion and Motion to Strike the Affirmative Defense of Comparative and Contributory Negligence from Intervenors' Answer in Intervention (Case No. 2:14-cv-00595-WBS-EFB)