IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANTCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation, a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE THE AFFIRMATIVE DEFENSE OF COMPARATIVE AND CONTRIBUTORY NEGLIGENCE FROM INTERVENORS' ANSWER IN INTERVENTION**<br><br>[Pursuant to Fed. R. Civ. P. 12(f)]<br><br>Date: May 15, 2023<br>Time: 1:30 pm<br>Courtroom: 5<br>Judge: Honorable William B. Shubb<br>Action Filed: March 3, 2014 |

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") brought this action under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"), 42 U.S.C. §§ 9601 et seq., to recover cleanup costs from multiple defendants, including defendant Collins & Aikman, LLC, a cancelled Delaware corporation. Several of Collins & Aikman's historical

1

[Proposed] Order Granting DTSC's Motion to Strike Affirmative Defense of Comparative and Contributory Negligence (Case No. 2:14-cv-00595-WBS-JDP)

insurers have intervened in the action ("Intervenors") and filed an Answer in Intervention ("Answer"). DTSC now moves pursuant to Federal Rule of Civil Procedure 12(f) to strike the affirmative defense of comparative and contributory negligence from Intervenors' Answer. DTSC's motion came on regularly for hearing before the Honorable William B. Shubb on May 15, 2023 at 1:30 p.m. in Courtroom 5 of the above-entitled Court.

After consideration of DTSC's motion and supporting documents, all other materials submitted by the parties, arguments by counsel, review of the record, and good cause appearing, the Court finds that the requirements for striking this affirmative defense under Federal Rule of Civil Procedure 12(f) has been met.

IT IS THEREFORE ORDERED that DTSC's motion for strike the affirmative defense of comparative and contributory negligence in Intervenors' Answer be, and the same hereby is, GRANTED.

**IT IS SO ORDERED**.

Dated this _____ day of May, 2023.

_____
HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LA2012602448

[Proposed] Order Granting DTSC's Motion to Strike Affirmative Defense of Comparative and Contributory Negligence (Case No. 2:14-cv-00595-WBS-JDP)