Rob Bonta
Attorney General of California
Laura J. Zuckerman, State Bar No. 161896
Supervising Deputy Attorney General
Thomas Schumann, State Bar No. 324559
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7790
 Fax:  (916) 731-2128
 E-mail:  Thomas.Schumann@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC., a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,**<br><br>Defendants. | Case No. 2:14-cv-00595-WBS-EFB<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO STRIKE THE AFFIRMATIVE DEFENSE OF COMPARATIVE AND CONTRIBUTORY NEGLIGENCE FROM INTERVENORS' ANSWER IN INTERVENTION**<br><br>[Pursuant to Fed. R. Civ. P. 12]<br><br>Judge:   Honorable William B. Shubb<br>Courtroom:   5<br>Action Filed:  3/03/2014 |

TO ALL DEFENDANTS AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), hereby withdraw their Motion to Strike the Affirmative Defense of Comparative and Contributory Negligence from Intervenors' Answer in Intervention, filed in this case April 5, 2023. Docket No. 275. DTSC plans to file an amended motion to strike, together with a motion to dismiss Intervenors' counterclaims, according to the timeframe set forth in the Order Allowing Plaintiffs Additional Time to File Responsive Pleadings and/or Motions in Response to Intervenors' Answer and Counterclaims. Docket No. 276. DTSC believes this approach will promote judicial economy and convenience to the parties by providing for a single briefing and hearing schedule to address all of DTSC's responses to Intervenors' Answer in Intervention.

Dated:  April 18, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN
Supervising Deputy Attorney General

/s/ Thomas Schumann

THOMAS SCHUMANN
Deputy Attorney General
*Attorneys for Plaintiff California Department of Toxic Substances Control and the Toxic Substances Control Account*

2

Plaintiffs' Notice of Motion and Motion to Strike the Affirmative Defense of Comparative and Contributory Negligence from Intervenors' Answer in Intervention (Case No. 2:14-cv-00595-WBS-EFB)