Rob Bonta
Attorney General of California
Laura J. Zuckerman, State Bar No. 161896
Supervising Deputy Attorney General
Thomas Schumann (Counsel for service), State Bar No. 324559
James Potter, State Bar No. 166992
Deputy Attorneys General
 1300 I Street
 Sacramento, CA 95814
 Telephone: (916) 210-6384
 Fax: (916) 322-5609
 E-mail: Thomas.Schumann@doj.ca.gov

(Additional counsel on next page.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. 2:14-CV-00595-WBS-JDP<br><br>**STIPULATION FOR [PROPOSED] JOINT SCHEDULING ORDER**<br><br>Judge: Hon. William B. Shubb<br>Action Filed: March 3, 2014<br>Trial Date: Not set. |

1

Additional Counsel:

TIMOTHY M. THORNTON, JR., State Bar No. 106413
GRAY-DUFFY, LLP
15760 Ventura Blvd, 16th Fl.
Encino, CA 91436-3027
Telephone:   (818) 907-4000
Facsimile:    (818) 783-4551
E-mail:         tthornton@grayduffylaw.com

*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

THOMAS F. VANDENBURG, State Bar No. 163446
WOOD SMITH HENNING & BERMAN LLP
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone:   (818) 551-6000
Facsimile:    (818) 551-6050
E-mail:         tvandenburg@wshblaw.com

ALICE CHARKHCHYAN, State Bar No. 332670
WOOD SMITH HENNING & BERMAN LLP
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone:   (818) 551-6000
Telephone:   (818) 551-6050
Email:           acharkhchyan@wshblaw.com

*Attorneys for Intervenors CENTURY INDEMNITY COMPANY as successor to CCI INSURANCE COMPANY as successor to INSURANCE COMPANY OF NORTH AMERICA; THE CONTINENTAL INSURANCE COMPANY; ALLIANZ UNDERWRITERS INSURANCE COMPANY; CHICAGO INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY and THE TRAVELERS INDEMNITY COMPANY*

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") and The Continental Insurance Company; Century Indemnity Company; Allianz Underwriters Insurance Company; Chicago Insurance Company; Fireman's Fund Insurance Company; and The Travelers Indemnity Company (collectively, the "Intervenors," and with DTSC, the "Parties") propose the attached joint scheduling order for this matter. This schedule is based on the Parties' agreement that there should be a 12-month period for fact discovery, to commence after the Court's ruling on DTSC's motions to dismiss and strike, anticipated in June 2023.

**Close of Fact Discovery: Friday, June 21, 2024**

**Disclosure of Expert Witnesses FRCP 26(a)(2)(D): Friday June 28, 2024**

**Disclosure of Rebuttal Experts FRCP 26(a)(2)(D): Friday July 30, 2024**

**Close of Expert Discovery: Friday September 6, 2024**

**Dispositive Motion Cutoff: Friday, October 31, 2024**

**Pretrial Conference: Monday, December 16, 2024**

**Trial:  Monday, January 20, 2025**

A copy of the [Proposed] Joint Scheduling Order is filed separately herewith.

IT IS SO STIPULATED

DATED: May 1, 2023

ROB BONTA
Attorney General of California

By: *s/* JAMES POTTER
James Potter
Deputy Attorney General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

| | | |
|---|---|---|
| 1 | DATED: May 1, 2023 | WOOD SMITH HENNING & BERMAN LLP |

By: *s/* THOMAS F. VANDENBURG
    Thomas F. Vandenburg
    Alice Charkhchyan
    *Attorneys for Proposed Intervenors*
    CENTURY INDEMNITY COMPANY; THE CONTINENTAL INSURANCE COMPANY; ALLIANZ UNDERWRITERS INSURANCE COMPANY; CHICAGO INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY and THE TRAVELERS INDEMNITY COMPANY