UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. 2:14-CV-00595-WBS-JDP<br><br>**[PROPOSED] JOINT SCHEDULING ORDER**<br><br>Judge:         Hon. William B. Shubb<br>Action Filed:  March 3, 2014<br>Trial Date:    Not set. |

The Court, having considered the Parties' Joint [Proposed] Scheduling Order, and good cause appearing, enters the following scheduling order for this matter:

**Close of Fact Discovery: Friday, June 21, 2024**

**Disclosure of Expert Witnesses FRCP 26(a)(2)(D): Friday June 28, 2024**

**Disclosure of Rebuttal Experts FRCP 26(a)(2)(D): Friday July 30, 2024**

**Close of Expert Discovery: Friday September 6, 2024**

**Dispositive Motion Cutoff: Friday, October 31, 2024**

**Pretrial Conference: Monday, December 16, 2024**

///

1 **Trial: Monday, January 20, 2025**

2 Dated this _____ day of May, 2023.

_____
HON. WILLIAM B. SHUBB