1  ROB BONTA
   Attorney General of California
2  LAURA J. ZUCKERMAN
   Supervising Deputy Attorney General
3  THOMAS SCHUMANN, State Bar No. 324559
   JAMES POTTER, State Bar No. 166992
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 210-7790
     Fax:  (916) 731-2128
7    E-mail:  Thomas.Schumann@doj.ca.gov
   *Attorneys for Plaintiffs California Department of*
8  *Toxic Substances Control and the Toxic Substances*
   *Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation, et al.**<br><br>Defendants.<br><br>**AND RELATED CROSS-ACTIONS.** | Case No. 2:14-cv-00595-WBS-JDP<br><br>**PLAINTIFFS' NOTICE OF MOTIONS AND MOTIONS TO DISMISS INTERVENORS' COUNTERCLAIMS AND TO STRIKE AN AFFIRMATIVE DEFENSE AND THE DEMAND FOR JURY TRIAL FROM INTERVENORS' ANSWER**<br><br>[Pursuant to Fed. R. Civ. P. 12(b)(6), (f)]<br><br>Date:         June 12, 2023<br>Time:         1:30 p.m.<br>Courtoom:    5<br>Judge:         Honorable William B. Shubb<br>Trial Date:    Not set.<br>Action Filed:  March 3, 2014 |

Plaintiffs' Notice of Motion and Motion to Dismiss Intervenors' Counterclaims and to Strike an Affirmative Defense and the Demand for Jury Trial from Intervenors' Answer (Case No. 2:14-cv-00595-WBS-JDP)

TO ALL DEFENDANTS AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 12, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard before this Court, Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC"), will and hereby do move this Court to order the following regarding the Answer in Intervention (ECF No. 271), filed by certain historical insurers of defendant Collins & Aikman Products, LLC ("Intervenors"): to dismiss Intervenors' counterclaims, to strike Intervenor's affirmative defense of comparative and contributory negligence, and to strike Intervenors' jury trial demand. The hearing on DTSC's motion will take place before the Honorable William B. Shubb, Senior United States District Judge, 501 I Street, Sacramento, CA 95814, Courtroom 5.

This motion is based on this Notice, the Memorandum of Points and Authorities, and the [Proposed] Order filed herewith; upon the pleadings in the case; and upon such other evidence and argument as the Court may allow at the hearing.

Dated:  May 3, 2023                                Respectfully submitted,

                                                   ROB BONTA
                                                   Attorney General of California
                                                   LAURA J. ZUCKERMAN
                                                   Supervising Deputy Attorney General


                                                   /s/  James Potter


                                                   THOMAS SCHUMANN
                                                   JAMES POTTER
                                                   Deputy Attorneys General
                                                   *Attorneys for Plaintiff California Department of Toxic Substances Control and the Toxic Substances Control Account*

2

Plaintiffs' Notice of Motion and Motion to Dismiss Intervenors' Counterclaims and to Strike an Affirmative Defense and the Demand for Jury Trial from Intervenors' Answer (Case No. 2:14-cv-00595-WBS-JDP)