IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANTCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**JIM DOBBAS, INC., a California corporation, a California corporation, et al.**<br><br>Defendants. | Case No. 2:14-cv-00595-WBS-JDP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS TO DISMISS INTERVENORS' COUNTERCLAIMS AND TO STRIKE AN AFFIRMATIVE DEFENSE AND THE DEMAND FOR JURY TRIAL FROM INTERVENORS' ANSWER**<br><br>[Pursuant to Fed. R. Civ. P. 12(b)(6), (f)]<br><br>Date:        June 12, 2023<br>Time:        1:30 pm<br>Courtroom:   5<br>Judge:       Honorable William B. Shubb<br>Trial Date:  Not set.<br>Action Filed: March 3, 2014 |
| **AND RELATED CROSS-ACTIONS** | |

Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account (collectively, "DTSC") brought this action under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"), 42 U.S.C. §§ 9601 et seq., to recover cleanup costs from multiple defendants, including defendant Collins &

Aikman, LLC, a cancelled Delaware corporation. Several of Collins & Aikman's historical insurers have intervened in the action ("Intervenors") and filed an Answer in Intervention ("Answer"). DTSC now moves pursuant to Rules 12(d) and (f) of the Federal Rules of Civil Procedure to dismiss Intervenors' counterclaims and to strike (1) the affirmative defense of comparative and contributory negligence, and (2) the jury trial demand from Intervenors' Answer. DTSC's motion came on regularly for hearing before the Honorable William B. Shubb on June 12, 2023 at 1:30 p.m. in Courtroom 5 of the above-entitled Court.

After consideration of DTSC's motion and supporting documents, all other materials submitted by the parties, arguments by counsel, review of the record, and good cause appearing, the Court finds that the requirements for dismissing Intervenors' counterclaims under Federal Rule of Civil Procedure 12(b)(6) have been met, and the requirements under Federal Rule of Civil Procedure 12(f) have been met for striking Intervenors' affirmative defense of comparative and contributory negligence and jury trial demand.

IT IS THEREFORE ORDERED that DTSC's motion to strike the counterclaims in Intervenors' Answer be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that DTSC's motion to strike the affirmative defense of comparative and contributory negligence in Intervenors' Answer be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that DTSC's motion to strike the jury trial demand in Intervenors' Answer be, and the same hereby is, GRANTED.

**IT IS SO ORDERED**.

Dated this _____ day of June, 2023.

_____
HONORABLE WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE

LA2012602448

2

[Proposed] Order Granting Plaintiffs' Motions to Dismiss Intervenors' Counterclaims and to Strike an Affirmative Defense and the Demand for Jury Trial from Intervenors' Answer (Case No. 2:14-Cv-00595-WBS-JDP)