UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br><br>　　　　　　　　　　　Defendants.<br><br>AND RELATED CROSS-CLAIMS | Case No. 2:14-CV-00595-WBS-JDP<br><br>**JOINT SCHEDULING ORDER**<br><br>Judge:　　　　Hon. William B. Shubb<br>Action Filed:　March 3, 2014<br>Trial Date:　　Not set. |

The Court, having considered the Parties' Joint [Proposed] Scheduling Order, and good cause appearing, enters the following scheduling order for this matter:

**Close of Fact Discovery: Friday, June 21, 2024**

**Disclosure of Expert Witnesses FRCP 26(a)(2)(D): Friday June 28, 2024**

**Disclosure of Rebuttal Experts FRCP 26(a)(2)(D): Friday July 30, 2024**

**Close of Expert Discovery: Friday September 6, 2024**

**Dispositive Motion Cutoff: Friday, October 31, 2024**

**Pretrial Conference: Monday, December 16, 2024 at 1:30 p.m.**

///

**Trial: Monday, January 22, 2025 at 9:00 a.m.**

Dated: May 7, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE