1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

THOMAS F. VANDENBURG, STATE BAR NO. 163446
ALICE CHARKHCHYAN, STATE BAR NO. 332670
WOOD SMITH HENNING & BERMAN LLP
505 North Brand Boulevard, Suite 1100
Glendale, CA 91203
Telephone:  (818) 551-6000
Facsimile:  (818) 551-6050
E-mail:      tvandenburg@wshblaw.com
Email:       acharkhchyan@wshblaw.com

Attorneys for Intervenors THE CONTINENTAL
INSURANCE COMPANY; CENTURY INDEMNITY
COMPANY as successor to CCI INSURANCE
COMPANY as successor to INSURANCE COMPANY
OF NORTH  AMERICA; ALLIANZ
UNDERWRITERS INSURANCE COMPANY;
CHICAGO INSURANCE COMPANY; FIREMAN'S
FUND INSURANCE COMPANY, and THE
TRAVELERS INDEMNITY COMPANY in each of
their capacities as alleged insurers of Wickes
Companies, Inc., alleged predecessor of Defendant
COLLINS & AIKMAN PRODUCTS, LLC

(Additional counsel on next page.)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL
and the TOXIC SUBSTANCES
CONTROL ACCOUNT,

        Plaintiffs,

      v.

JIM DOBBAS, INC., a California
corporation; et al,

        Defendants.

AND RELATED CROSS-ACTIONS

Case No. 2:14-cv-0595-WBS-JDP

**JOINT STIPULATION TO
CONTINUE HEARING DATE ON
PLAINTIFFS' MOTION TO
DISMISS AND MOTION TO
STRIKE**

Assigned to Senior Judge William B.
Shubb

Trial Date:        None Set

Complaint Filed:   March 3, 2014

1  Additional Counsel:

2

3  ROB BONTA
   Attorney General of California
4  LAURA J. ZUCKERMAN, STATE BAR NO. 161896
   THOMAS SCHUMANN, STATE BAR NO. 324559
5  JAMES POTTER, STATE BAR NO. 166992
   Supervising Deputy Attorney General
6  1515 Clay Street, 20th Floor
   Oakland, CA 94612
7  Telephone:  (510) 879-1299
   Facsimile:  (510) 622-2270
8  E-mail:  Laura.Zuckerman@doj.ca.gov
   E-mail:  Thomas.Schumann@doj.ca.gov
9  E-mail  James.potter@doj.ca.gov

10  *Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

**COME NOW** Intervenors THE CONTINENTAL INSURANCE COMPANY; CENTURY INDEMNITY COMPANY as successor to CCI INSURANCE COMPANY as successor to INSURANCE COMPANY OF NORTH AMERICA; ALLIANZ UNDERWRITERS INSURANCE COMPANY; CHICAGO INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY, and THE TRAVELERS INDEMNITY COMPANY in each of their capacities as alleged insurers of Wickes Companies, Inc., alleged predecessor of Defendant COLLINS & AIKMAN PRODUCTS, LLC (hereinafter collectively, "Intervenors") and Plaintiffs CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT (hereinafter collectively, "Plaintiffs"), by and through their counsel of record, and hereby stipulate as follows with respect to the upcoming hearing on Plaintiffs' Motions to Dismiss Intervenors' Counterclaims and to Strike an Affirmative Defense and the Demand for Jury Trial from Intervenors' Answer (hereinafter, "Motions") set for hearing on June 12, 2023:

WHEREAS lead counsel for Intervenors, Thomas F. Vandenburg, will be traveling on a pre-planned trip and will be unavailable to attend the Motions currently scheduled for Jun 12, 2023;

WHEREAS, lead counsel for Intervenors has communicated the aforementioned conflict to Plaintiffs' counsel and Plaintiffs' counsel has communicated that it is not adverse to rescheduling the hearing;

WHEREAS, on May 22, 2023, lead counsel contacted the Courtroom Deputy informing the Court about the parties' desire to reschedule the hearing on the Motions to July 24, 2023;

WHEREAS, on May 22, 2023, the Courtroom Deputy confirmed that July 24, 2023 at 1:30pm is an available law and motion date; and

WHEREAS, Intervenors have timely filed their Opposition.

WHEREAS, the parties are in agreement that Plaintiffs' reply deadline will be extended consistent with the new hearing date, and therefore, the rescheduling will not prejudice any of the parties herein.

IT IS HEREBY STIPULATED that the hearing on Plaintiffs' Motions to Dismiss Intervenors' Counterclaims and to Strike an Affirmative Defense and the Demand for Jury Trial from Intervenors' Answer set for hearing on June 12, 2023 be continued to July 24, 2023 at 1:30

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1   pm.  Plaintiff's Reply Brief will be due July 10, 2023 or two weeks before whatever new hearing

2   date the Court sets.

3          IT IS SO STIPULATED.

4   DATED:  May 23, 2023          WOOD, SMITH, HENNING & BERMAN LLP

5

6                               By:    /s/ Thomas F. Vandenburg

7                                      THOMAS F. VANDENBURG
                                       ALICE CHARKHCHYAN
8                               Attorneys for Intervenors THE CONTINENTAL
                                INSURANCE COMPANY; CENTURY  INDEMNITY
9                               COMPANY as successor to  CCI INSURANCE
                                COMPANY as successor to INSURANCE COMPANY
10                              OF NORTH  AMERICA; ALLIANZ
                                UNDERWRITERS  INSURANCE COMPANY;
11                              CHICAGO  INSURANCE COMPANY; FIREMAN'S
                                FUND INSURANCE COMPANY, and  THE
12                              TRAVELERS INDEMNITY COMPANY  in each of
                                their capacities as alleged insurers of  Wickes
13                              Companies, Inc., alleged predecessor of  Defendant
                                COLLINS & AIKMAN PRODUCTS, LLC
14

15

16   DATED:  May 23, 2023          ROB BONTA
                                    Attorney General of California
17

18

19                               By:    /s/ Laura J. Zuckerman
                                 Laura J. Zuckerman
20                               Supervising Deputy Attorney General
                                 Thomas Schumann
21                               James Potter
                                 Deputy Attorneys General/s/
22                               Attorneys for Plaintiffs *California Department of Toxic*
                                 *Substances Control and the Toxic Substances Control*
23                               *Account*

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650