UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:14-cv-0595-WBS-JDP<br><br>**[PROPOSED] ORDER TO JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Assigned to Judge William B. Shubb and Magistrate Judge Jeremy D. Peterson<br><br>Trial Date:   None Set |

IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motions to Dismiss Intervenors' Counterclaims and to Strike an Affirmative Defense and the Demand for Jury Trial from Intervenors' Answer set for hearing on June 12, 2023 is vacated and the hearing on these Motions is reset for July 24, 2023 at 1:30 pm. Plaintiffs' Reply Brief will be due July 10, 2023 or whatever new hearing date the Court sets.

**IT IS SO ORDERED**.

DATED this ___ day of _____, 2023

_____

HON. WILLIAM B. SHUBB