Thomas F. Vandenburg (State Bar No. 163446)
tvandenburg@wshblaw.com
Alice Charkhchyan (State Bar No. 332670)
acharkhchyan@wshblaw.com
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050

Attorneys for Intervenors THE CONTINENTAL INSURANCE COMPANY; CENTURY INDEMNITY COMPANY as successor to CCI INSURANCE COMPANY as successor to INSURANCE COMPANY OF NORTH AMERICA; ALLIANZ UNDERWRITERS INSURANCE COMPANY; CHICAGO INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY, and THE TRAVELERS INDEMNITY COMPANY in each of their capacities as alleged insurers of Wickes Companies, Inc., alleged predecessor of Defendant COLLINS & AIKMAN PRODUCTS, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:14-cv-0595-WBS-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>Assigned to Judge William B. Shubb and Magistrate Judge Jeremy D. Peterson<br><br>Trial Date: 01/22/2025 |

On June 18, 2024, the Parties submitted a Stipulation to Amend the Scheduling Order. [Dkt. 289].

The Court, having considered the Joint Stipulation to Amend the Scheduling Order and finding good cause, hereby GRANTS the Stipulation to Amend the Scheduling Order as attached in Exhibit 1 of the Stipulation [Dkt. 289] and below in this Order.

All deadlines as found below in Exhibit 1 in this Order are hereby amended.

**EXHIBIT 1**
**MAGISTRATE JUDGE JEREMY D. PETERSON**
**AMENDED SCHEDULING ORDER**

**Case No.:** 2:14-cv-0595-WBS-JDP

| Trial and Final Pretrial Conference Dates | Current Date | Amended Date |
|---|---|---|
| Trial | 01/22/2025 | Unchanged |
|  | ☒ Jury Trial<br>☐ Bench Trial | ☒ Jury Trial<br>☐ Bench Trial |
| Final Pretrial Conference ("FPTC") [L.R. 16] | 12/16/2024 | Unchanged |

| Event<br>~~Note: All deadlines shall be on Fridays.~~<br>~~Hearings shall be on Fridays at 2:00 p.m.~~ | Current Date | Amended Date |
|---|---|---|
| Fact Discovery Cut-Off | 06/21/2024 | Unchanged |
| Expert Disclosure (Initial) | 06/28/2024 | 07/30/2024 |
| Expert Disclosure (Rebuttal) | 07/30/2024 | 08/30/2024 |
| Expert Discovery Cut-Off | 09/06/24 | 09/27/2024 |
| Dispositive Motion Cut-Off | 10/31/2024 | Unchanged |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

33285340.1:10468-0108        -2-        Case No. 2:14-cv-0595-WBS-JDP
ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER

IT IS SO ORDERED.

Dated:   June 24, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE