ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN
Supervising Deputy Attorney General
THOMAS SCHUMANN (Counsel for service)
State Bar No. 324559
JAMES POTTER, State Bar No. 166992
Deputy Attorneys General
  1300 I Street
  Sacramento, CA 95814
  Telephone:  (916) 210-7790
  Fax:  (916) 731-2128
*Attorneys for Plaintiffs California
Department of Toxic Substances Control and the
Toxic Substances Control Account*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>    Plaintiffs,<br><br>    v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:14-cv-0595-WBS-JDP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>Assigned to Judge William B. Shubb and Magistrate Judge Jeremy D. Peterson<br><br>Trial Date:          January 22, 2025<br>Complaint Filed:   March 3, 2014 |

On August 27, 2024, the Parties submitted their Second Joint Stipulation to Amend the Scheduling Order.  On June 24, 2024, the Court had approved an earlier stipulation to amend the Scheduling Order.  Docket No. 290.

The Court, having considered the Joint Stipulation to Amend the Scheduling Order and

finding good cause, hereby GRANTS the Second Joint Stipulation to Amend the Scheduling Order as attached in Exhibit 1 of the Stipulation. The new deadlines are set forth in the Scheduling Order chart filed with this Amended Order.

All current deadlines as set forth in Exhibit 1 of the Stipulation and as shown below are hereby amended as follows:

| Trial and Final Pretrial Conference Dates | Current Date | Amended Date |
|---|---|---|
| Trial | 01/22/2025 | Unchanged |
| | ☒ Jury Trial<br>☐ Bench Trial | ☒ Jury Trial<br>☐ Bench Trial |
| Final Pretrial Conference ("FPTC") [L.R. 16] | 12/16/2024 | Unchanged |
| **Event**<br>**Note: All deadlines shall be on Fridays.**<br>**Hearings shall be on Fridays at 2:00 p.m.** | **Current Date** | **Amended Date** |
| Fact Discovery Cut-Off | 06/21/2024 | Unchanged |
| Expert Disclosure (Initial) | 07/30/2024 | Unchanged |
| Expert Disclosure (Rebuttal) | 08/30/2024 | 09/06/2024 |
| Expert Discovery Cut-Off | 09/27/2024 | Unchanged |
| Dispositive Motion Cut-Off | 10/31/2024 | Unchanged |

IT IS SO ORDERED.

Dated:   September 4, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE