UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br>　　　　　　　　　　　Defendants,<br>and<br><br>THE CONTINENTAL INSURANCE COMPANY et al.,<br>　　　　　　　　　Defendant-Intervenors. | Case No. 2:14-CV-00595-WBS-JDP<br><br>**ORDER RE STIPULATION REQUESTING EIGHT-MONTH CONTINUANCE OF TRIAL DATE AND RELATED DEADLINES**<br><br>[Pursuant to Fed. R. Civ. P. 12]<br><br>Judge:　　　　　Hon. William B. Shubb<br>Action Filed:　　March 3, 2014<br>Current Trial Date:　January 22, 2025 |

The Court, having considered the Parties' Stipulation Requesting Six-Month Continuance of the Trial Date and Related Deadlines (the "Stipulation"), and good cause appearing, enters the following order in this matter:

1. The trial date is continued to **October 15, 2025 at 9:00 a.m**.;
2. The pretrial conference is continued to **August 11, 2025 at 1:30 p.m**.;
3. The new trial date will govern the setting of any related dates specified in statute or the Federal Rules of Civil Procedure;
4. The Parties are ordered to resume mediation as soon as possible; and

1

5. If the mediation has not resulted in a settlement by May 5, 2025, DTSC may file a motion for summary judgment or partial summary judgment no later than May 12, 2025. Thereafter Intervenors may depose a DTSC employee to the extent specified in the Stipulation.

**IT IS SO ORDERED.**

Dated:  October 31, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE