WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>    Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:14-cv-0595-WBS-JDP<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Assigned to Judge William B. Shubb and Magistrate Judge Jeremy D. Peterson<br><br>Trial Date:    10/15/25 |

**IT IS HEREBY ORDERED** that the hearing on to Plaintiffs' Motion for Partial Summary Judgment on the Liability of Defendant Collins & Aikman's Products, LLC Docket Number 300, set for hearing on June 23, 2025 at 1:30 p.m. is continued to **July 7, 2025 at 1:30 p.m.**

/ / /

37998448.2:10468-0108

ORDER TO JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

It is further ORDERED That Intervenors' Opposition, currently due on or before May 26, 2025, is due on June 9, 2025. In addition, it is further ORDERED that Plaintiffs' Reply deadline currently due on June 6, 2025, is extended to June 20, 2025.

**IT IS SO ORDERED**.

Dated: May 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

37998448.2:10468-0108

-2-
ORDER TO JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT