UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND THE TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JIM DOBBAS, INC., a California corporation, et al.<br><br>　　　　　　　　　　　Defendants,<br><br>and<br><br>THE CONTINENTAL INSURANCE COMPANY et al.,<br>　　　　　　　　　　　Defendant-Intervenors. | Case No. 2:14-CV-00595-WBS-JDP<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING (1) EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING, (2) CONTINUANCE OF FURTHER HEARING ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, (3) CONTINUANCE OF PRETRIAL CONFERENCE, AND (4) TRIAL CONTINUANCE**<br><br>Judge:　　　　　　Hon. William B. Shubb<br>Action Filed:　　　　March 3, 2014<br>Current Trial Date:　October 15, 2025 |

The Court, having considered the Parties' Joint Stipulation Requesting (1) Extension of Time to File Supplemental Briefing, (2) Rescheduling of Hearing on Supplemental Briefing, (3) Rescheduling of Pretrial Conference, and (4) Trial Continuance, and good cause appearing, enters the following order in this matter:

　　1.　The deadline for Intervenors to file supplemental briefing on Plaintiffs' Motion for Partial Summary Judgment on the Liability of Defendant Collins & Aikman

---

[Proposed] Order Granting Joint Stipulation Requesting (1) Extension of Time to File Supplemental Briefing, (2) Continuance of Further Hearing on Plaintiffs' Motion for Partial Summary Judgment, (3) Continuance of Pretrial Conference, and (4) Trial Continuance

1. Products, LLC ("Motion"), is extended from July 21, 2025, to July 28, 2025;

2. The deadline for Plaintiffs to file supplemental briefing on the Motion is extended from July 28, 2025, to August 11, 2025;

3. The date for further hearing on the Motion is continued to **September 2, 2025, at 1:30 pm** in Courtroom 5;

4. The trial date is continued to **January 27, 2026 at 9:00 a.m.**;

5. The pretrial conference is continued to **November 17, 2025 at 1:30 p.m.**;

**IT IS SO ORDERED.**

Dated: July 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Order Granting Joint Stipulation Requesting (1) Extension of Time to File Supplemental Briefing, (2) Continuance of Further Hearing on Plaintiffs' Motion for Partial Summary Judgment, (3) Continuance of Pretrial Conference, and (4) Trial Continuance