# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually; PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC, a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:14-cv-0595-WBS-JDP<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Assigned to Judge William B. Shubb and Magistrate Judge Jeremy D. Peterson<br><br>Trial Date:          01/27/2026 |

/ / /

/ / /

/ / /

/ / /

/ / /

40634633.1:10468-0108

ORDER TO JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the Pretrial Conference set for hearing on November 17, 2025 at 1:30 p.m. is continued to **December 1, 2025 at 1:30 p.m.**, to be held in person, in open court.

**IT IS SO ORDERED**.

Dated: November 14, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

40634633.1:10468-0108

-2-
ORDER TO JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE