**United States District Court**
**Eastern District of California**
Before the Honorable **WILLIAM B. SHUBB, SENIOR JUDGE**

**CIVIL TRIAL MINUTES**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, et al., <br><br> Plaintiffs, <br><br> vs <br><br> JIM DOBBAS, INC. and INTERVENOR INSURANCE COMPANIES, et al., <br><br> Defendant. | Time in Court: __4:35__ <br><br> CASE #: 2:14cv00595 WBS <br> DATE: __1/27/2026__ <br> Courtroom Deputy: Karen Kirksey Smith <br> Court Reporter: __Abigail Torres__ |

**Appearance(s) for Plaintiffs:**

James Potter
Thomas Schumann
Taylor Rhodes
Laura Zuckerman

**Appearance(s) for Intevenors:**

Thomas Vandenburg
Alice Charkhchyan

**Bench Trial (Day 1):**

| | |
|---|---|
| 9:00 a.m. | Trial commences. Court confers with counsel re the parties' ex parte application to continue the trial, and plaintiff's statement of non-opposition. Mr. Vandenburg informs the Court of the intervenors' intention to withdraw said application. Court ORDERS the application WITHDRAWN. Court GRANTS the intervenors' request to call a witness out of order. Court orders that there is no exclusion of witnesses. |
| 9:24 a.m. | Witness **McKinley Lewis, Jr.** called and sworn to testify by Plaintiffs. [Exhibits Identified and/or Admitted: 27, 17.] |
| 10:19 a.m. | Witness on cross-examination by Intervenors. [Exhibits Identified and/or Admitted: 17, .] |
| 11:01 a.m. | Witness on re-direct. Witness excused. |
| 11:05 a.m. | Court recessed. |
| 11:15 a.m. | Trial resumes. Witness **Jason Xiao** called and sworn to testify by Plaintiffs. [Exhibits Identified and/or Admitted: 2.] |

1

| 11:50 a.m. | Court recessed. |
| 1:50 p.m. | Trial resumes.  Witness taken on *voir dire* by Intervenors.   [Exhibits Identified and/or Admitted:  2.] |
| 2:20 p.m. | Witness resumes on direct by Plaintiffs.   [Exhibits Identified and/or Admitted:  3.] |
| 2:36 p.m. | Witness on cross-examination by Intervenors.   Witness excused. |
| 2:42 p.m. | Witness **Cycil Schomer** called and sworn to testify by Plaintiffs.  [Exhibits Identified and/or Admitted:  4, 5.] |
| 3:20 p.m. | Court recessed. |
| 3:30 p.m. | Witness on cross-examination by Intervenors.  [Exhibits Identified and/or Admitted:  4.] |
| 3:47 p.m. | Witness on re-direct.   [Exhibits Identified and/or Admitted:  5.]  Witness excused. |
| 3: 50 p.m. | Plaintiffs rest. |
| 3:51 p.m. | Court confers with counsel re plaintiffs' trial brief. |
| 3:55 p.m. | Court Adjourned.  **Bench Trial continued to January 28, 2026 at 9:00 a.m.** |