UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>                Plaintiffs,<br><br>     v.<br><br>JIM DOBBAS, INC., a California corporation; CONTINENTAL RAIL, INC., a Delaware corporation; DAVID VAN OVER, individually, PACIFIC WOOD PRESERVING, a dissolved California corporation; WEST COAST WOOD PRESERVING, LLC; a Nevada limited liability company; and COLLINS & AIKMAN PRODUCTS, LLC, a Delaware limited liability company,<br><br>                Defendants.<br><br>and<br><br>THE CONTINENTAL INSURANCE COMPANY, et al.,<br><br>Defendant-Intervenors. | No. 2:14-cv-00595 WBS JDP<br><br>JUDGMENT |

----oo0oo----

1

1    Pursuant to the court's Findings of Fact and
2 Conclusions of Law, entered this date (Docket No. 344), JUDGMENT
3 IS HEREBY ENTERED in favor of plaintiffs CALIFORNIA DEPARTMENT OF
4 TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL
5 ACCOUNT, and against defendant COLLINS & AIKMAN PRODUCTS, LLC.,
6 in the sum of $3,321,072.23 for unreimbursed response costs
7 incurred through June 30, 2023, plus interest in the sum of
8 $187,778.09; and $905,608.57 for attorneys' fees incurred through
9 June 30, 2023.
10   Pursuant to the court's Order of August 29, 2025,
11 (Docket No. 312), the court HEREBY DECLARES that Collins & Aikman
12 Products, LLC., is jointly and severally liable for future
13 response costs which plaintiffs may incur at the Elmira site.
14 Dated:  February 4, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE