# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| California Department of Toxic Substances Control and Toxic Substances Control Account <br> *Plaintiff* <br> v. <br> Jim Dobbas, Inc., a California corporation, et al. <br> *Defendant* | ) ) ) ) ) ) Case No. 2:14-cv-0595-WBS-JDP |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenors The Continental Insurance Company; Century Indemnity Company as successor to CCI Insurance Company as successor to Insurance Company of North America; Allianz Underwriters Insurance Company; Chicago Insurance Company; Fireman's Fund Insurance Company; and The Travelers Indemnity Company in each of their capacities as alleged insurers of Wickes Companies, Inc., alleged predecessor of Defendant Collins & Aikman Products

Date: 3-3-2026

*Attorney's signature*

Beth B. Koh (SBN: 256694)

*Printed name and bar number*

BAY LAW GROUP LLP
P.O. Box 8554
Berkeley, CA 94707

*Address*

bkoh@baylawgroupllp.com

*E-mail address*

(510) 495-0418

*Telephone number*

*FAX number*