ROB BONTA
Attorney General of California
LAURA J. ZUCKERMAN
Supervising Deputy Attorney General
THOMAS SCHUMANN (Counsel for service)
State Bar No. 324559
JAMES POTTER, State Bar No. 166992
TAYLOR WETZEL, State Bar No. 329637
Deputy Attorneys General
1300 I Street
Sacramento, CA
Telephone: (916) 210-7790
Fax: (916) 731-2128
E-mail: Thomas.Schumann@doj.ca.gov
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>JIM DOBBAS, INC., a California corporation, et al.,<br><br>Defendants,<br><br>and<br><br>THE CONTINENTAL INSURANCE COMPANY et al.,<br><br>Defendant-Intervenors. | 2:14-cv-00595-WBS-JDP<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CONTINENTAL RAIL, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Courtroom: 5, 14th Floor<br>Judge: Hon. William B. Shubb<br>Action Filed: March 3, 2014 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account hereby give notice that they voluntarily dismiss Defendant Continental Rail, Inc., from this action with prejudice. Defendant Continental Rail, Inc., has not served an answer or motion for summary judgment in the action.

Dated: August 17, 2026

Respectfully submitted,

ROB BONTA
Attorney General
LAURA J. ZUCKERMAN
Supervising Deputy Attorney General

***/s/ Taylor Wetzel***

TAYLOR WETZEL
JAMES POTTER
THOMAS SCHUMANN
Deputy Attorneys General
*Attorneys for Plaintiffs California Department of Toxic Substances Control and the Toxic Substances Control Account*

LA2012602448

# CERTIFICATE OF SERVICE

Case Name: **California Department of Toxic Substances Control, et al. v. Jim Dobbas, Inc., et al.** No. **2:14-cv-00595-WBS-JDP**

I hereby certify that on August 17, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CONTINENTAL RAIL, INC. PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 17, 2026, at Sacramento, California.

| | |
|---|---|
| Kristi Dykstra | ***/s/ Kristi Dykstra*** |
| Declarant | Signature |

LA2012602448
39998407.docx